# *In re Pharmaceutical Industry Average Wholesale Price Litigation*
## MDL - 1456
# Drugs Analysis for Proposed Track Two Settlement - Known Examples of Spreads > 30%

| # | Brand Name | Track 2 Manufacturer(s) | Est. Total Claims | Pro Rata After Latest Rebalancing (14.087%) | Avg. Calculated Spread | Source for Avg. Calculated Spread | Proposed Intervenor |
|---|---|---|---|---|---|---|---|
| 1 | Depo provera | Pharmacia | $2,673.62 | $250.60 | 49.22% | W-6 | Roots |
| 2 | Eligard | Aventis | $2,965,545.51 | $277,960.58 | 50.00% | Lupron Settlement | Monk |
| 3 | Trelstar | Watson, Pharmacia | $3,885.71 | $364.21 | 50.00% | Lupron Settlement | Thomson |
| 4 | Accuneb | Dey | $965,221.12 | $90,470.18 | 40.84% | W-5 | |
| 5 | Gammagard | Baxter | 1108564.24 | $103,905.73 | 67.28% | W-3 and W-4 | |
| 6 | Gamimune | Bayer | 4410187.59 | $413,366.88 | 60.38% | W-3 and W-4 | |
| 7 | Koate | Bayer | 544175.25 | $51,005.55 | 60.38% | W-3 and W-4 | |
| 8 | Kogenate | Bayer | 0 | $0.00 | 60.38% | W-3 and W-4 | |
| 9 | Albuterol Sulfate | Dey | 102618.49 | $9,618.43 | 40.84% | W-5 | Walters, Bean, Aaronson, Roots |
| 10 | Ipratropium | Dey | 1213050.98 | $113,699.27 | 40.84% | W-5 | Walters, Bean, Aaronson |
| 11 | Adriamycin | Pharmacia | $1,271,640.26 | $119,190.84 | 82.53% | W-6 | |
| 12 | Adrucil | Pharmacia | $90,507.33 | $8,483.25 | 45.93% | W-6 | |
| 13 | Amphocin | Pharmacia | $151,581.76 | $14,207.76 | 94.50% | W-6 | |
| 14 | Bleomycin Sulfate | Pharmacia | $0.00 | $0.00 | 36.05% | W-6 | Hopkins |
| 15 | Neosar | Pharmacia | $283,365.30 | $26,559.83 | 66.96% | W-6 | |
| 16 | Vincasar | Pharmacia | $173,686.23 | $16,279.61 | 98.92% | W-6 | |

# EXHIBIT W-3

CONFIDENTIAL
COMMERICAL INFORMATION

# Gamimune®N Alternate Site Strategy

## Reimbursement

| | | Distributor Acquisition Price | A.W.P. | Spread |
|---|---|---|---|---|
| Bayer | Gamimune®N 10% | $33.60 | $75.00 | $41.40 |
| Alpha | Venoglobulin S 10% | $29.00 | $80.00 | $51.00 |
| Baxter | Gammagard | $23.75 | $64.00 | $40.25 |
| Centeon | Gammar P | $22.00 | $68.00 | $46.00 |
| Red Cross | Polygam S/D | $21.00 | $58.00 | $37.00 |

BAY005297

Ap. 8 1996 Red Box

Christopher Cheney

# Bayer 

08/07/97 01:15 PM

**Pharmaceutical Division**

To:     Brian Shortell/WESTH/PH/US/BAYER
cc:
Subject:  Re: Recombinate AWP Change

FYI ... It looks like if the reports are true we will need to follow suit.

———— Forwarded by Christopher Cheney/BAYER-US-NOTES on 08/07/97 01:13 PM ————

   David Mahoney
08/07/97 12:19 PM

To:     Christopher Cheney/BAYER-US-NOTES
cc:
Subject:  Re: Recombinate AWP Change

Chris, if Baxter has increased their AWP then we must do the same. Many of the Homecare companies are paid based on a discount from AWP. If we are lowed than Baxter then the return will be lower to the HHC. It is a very simple process to increase our AWP, and can be done overnight. Lets talk about this next week at our meeting in Old Saybrook.
08/06/97 06:35 AM

Christopher Cheney

# Bayer

08/06/97 06:35 AM

**Pharmaceutical Division**

To:     Brian Shortell/WESTH/PH/US/BAYER
cc:     Carole Guthrie/WESTH/PH/US/BAYER, David Mahoney/BAYER-US-NOTES, Terry Tenbrunsel/BAYER-US-NOTES
Subject:  Recombinate AWP Change

Carole reports that a rep has heard that Baxter recently increased the AWP for Recombinate from $1.18 to $1.24.  Do we have any means for verifying this information?  Secondly if the info is correct would it be possible for us to match their increase?  Would you be able to comment on the pro's and con's of a change to our AWP?

Call me when you get a chance.

BAY0031(

# EXHIBIT W-4

# IGIV PRICING- 1997
## AWP vs. ASP

| BRAND | AWP | ASP |
|-------|-----|-----|
| Gammimune- N 10% (Bayer) | $90.00 | $31.00 |
| Venoglobulin-S 10% (Alpha) | $95.00 | $29.00 |
| Gammagard  SD (Baxter) | $73.70- 109.84 | $26.00 |
| Polygam SD (ARC) | $58.00 | $21.00 |
| Sandoglobulin (Novartis) | $42.00 - 70.00 | $22.00 |
| Gammar-P IV (Centeon) | $75.00 | $24.00 |

Source:  Red Book 1997/MRB 1997

MxPPaW

1AB/HRCOMM/6: 0030
C61G/8:000011

# Baxter

To: Pete O'Malley

Date:  June 11, 1996

From:  Kyle A. Bush

cc: Larry Guiheen
     Matt Likens
     John Sonnier

Subject:  AWP/WAC

Attached is a memo from one of our customers voicing a concern about the reimbursement levels of Gammagard S/D.  Reimbursement for Gammagard S/D in Florida is significantly lower than any of the other IGIVs.

Reimbursement for IGIVs is based on either AWP (+/- a percentage depending on the state), or wholesale acquisition cost (WAC) + 8%.  (WAC is used as the method of reimbursement in TX, RI, MA, MD, FL, CO, AL).

Walter has provided us with WAC prices for several IGIVs..

| Ven S 10% | Ven S 5% | Gam N 10% | Gam P-IV | Poly S/D | Gam S/D |
|-----------|----------|-----------|----------|----------|---------|
| $71.26 g  | $67.76   | $67.76    | $51.89   | $51.62   | $38.09  |

This price is being promoted by certain manufacturers sales force as a financial incentive to use their product   The deliberate manipulation of AWP or WAC prices is a problem that we need to address.  The spread between acquisition cost and AWP/WAC is direct profit for customers, and is being used to increase product positioning in the market by certain manufacturers.

6/17      – We'll raise AWP for GG/SD by 15%

          – Reasons ne:

                    – Nonfractionation          – SD Process
                    – HIV antigen               – R+D
                    – Pull off field

          – will try to implement  Q3 15.96

2003187

# Baxter

Interoffice Memorandum - For Internal Use Only

To: Sales Managers
    Biotech Sales
    Hemophilia Sales

Date: August 6, 1997

cc: Brad Bridges   Pete O'Malley
    L.Cunningham  Steve Finney
    Jim Post      Judy Reuter

From: Kyle Bush

Subject: AWP History

Attached is a 1997 AWP history update for all IGIV products. Under the "1997   AWP column", the BOLDED entries represent recent increases.

We are very aware of the current AWP increases in the market place and the potential impact that could have on alternate site sales for Gammagard S/D. We have a strategy to raise AWP's for Hyland's products and will proceed when the timing is right. Specifically, we can increase AWP's proportionate to the average ASP increase for a specific product line. Or, we can justify an AWP increase if our internal investments have increased; i.e. PCR testing, packaging improvements, HIV/HCV antigen testing, capacity improvements, etc...

We increased the AWP for Gammagard S/D by 15% in October 1996. We will look at Gammagard S/D again in Q4 - 97 and see if the timing (criteria mentioned above has been met ) is right for another AWP increase.

0003304

| Price History (Are 1/6/97) | Size | NDC | 1996 AWP Change | 1997 AWP | AWP/gram | 1996 WAC | 1996 WAC (Bergen) |
|---|---|---|---|---|---|---|---|
| ARC | Polygam 5% | | | | | | |
| | 2.5 gram | | n/a | n/a | | | |
| | 5 gram | | n/a | n/a | | | |
| | 10 gram | | n/a | n/a | | | |
| | Polygam S/D 5or10% | | | | | | $112.50 |
| | 2.5 gram | 52769-0471-72 | $145.00 | $168.93 | $67.57 | | $225.00 |
| | 5 gram | 52769-0471-75 | $290.00 | $337.86 | $67.57 | | $450.00 |
| | 10 gram | 52769-0471-80 | $580.00 | $675.72 | $67.57 | | |
| | | | | | | | |
| ALPHA | Venoglobulin-I 5% | | $152.05 | $152.05 | $60.82 | | |
| | 2.5 gram | | $304.10 | $304.10 | $60.82 | | |
| | 5 gram | | $608.20 | $608.20 | $60.82 | | |
| | 10 gram | | | | | | |
| | Venoglobulin-S 5% | | $190.38 | $225.00 | $90.00 | | |
| | 2.5 gram | 49669-1612-01 | $380.75 | $450.00 | $90.00 | | |
| | 5 gram | 49669-1613-01 | $761.50 | $900.00 | $90.00 | | |
| | 10 gram | 49669-1614-01 | | | | | |
| | Venoglobulin-S 10% | | | | | | $180.00 |
| | 5 gram | 49669-1622-01 | $400.00 | $475.00 | $95.00 | | $360.00 |
| | 10 gram | 49669-1623-01 | $800.00 | $950.00 | $95.00 | | $720.00 |
| | 20 gram | 49669-1624-01 | $1,600.00 | $1,900.00 | $95.00 | | |
| | | | | | | | |
| ARMOUR | Gammar IV 5% | | $62.00 | n/a | $62.00 | | |
| | 1.0 gram | 00053-7490-01 | $155.00 | n/a | $62.00 | | |
| | 2.5 gram | 00053-7490-02 | $310.00 | n/a | $62.00 | | |
| | 5 gram | 00053-7490-05 | $1,767.00 | n/a | $58.90 | | |
| | 5gr x 6bx | 00053-7490-06 | $620.00 | n/a | $62.00 | | |
| | 10 gram | 00053-7490-10 | | | | | $48.5 |
| | Gammar IV P 5% | | $75.00 | $75.00 | $75.00 | | $121.2 |
| | 1.0 gram | 00053-7486-01 | $187.50 | $187.50 | $75.00 | | $242.5 |
| | 2.5 gram | 00053-7486-02 | $375.00 | $375.00 | $75.00 | | |
| | 5 gram | 00053-7486-05 | | | $68.00 | | |
| | 5gr x 6bx | | | | $75.00 | | $485.5 |
| | 10 gram | 00053-7486-10 | $750.00 | $750.00 | | | |
| | | | | | | | |
| BAXTER | Gammagard 5% | | n/a | n/a | | | |
| | 0.5 gram | | n/a | n/a | | | |
| | 2.5 gram | | n/a | n/a | | | |
| | 5 gram | | n/a | n/a | | | |
| | 10 gram | | n/a | n/a | | | |
| | Gammagard S/D 5or10% | | | | | $109.84 | $34.00 |
| | 0.5 gram | 00944-2620-01 | $54.92 | $54.92 | $73.70 | $108.00 | $95 |
| | 2.5 gram | 00944-2620-02 | $184.25 | $184.25 | $73.70 | $210.00 | $231 |
| | 5 gram | 00944-2620-03 | $368.50 | $368.50 | $73.70 | $420.00 | $458 |
| | 10 gram | 00944-2620-04 | $737.00 | $737.00 | | | |
| | | | | | | | |
| MILES/BAYER | Gammune N 5% | | $47.50 | $47.50 | $95.00 | | |
| | 0.5 gram | 00192-0640-12 | $148.75 | $148.75 | $59.50 | | |
| | 2.5 gram | 00192-0640-20 | $297.50 | $297.50 | $59.50 | | |
| | 5 gram | 00192-0640-71 | $743.75 | $743.75 | $59.50 | | |
| | 12.5 gram | 00192-0640-25 | | | | | |
| | Gammune N 10% | | $90.00 | $90.00 | $90.00 | | |
| | 1 gram | 00192-0649-12 | $450.00 | $450.00 | $90.00 | | |
| | 5 gram | 00192-0649-20 | $900.00 | $900.00 | $90.00 | | |
| | 10 gram | 00192-0649-71 | $1,800.00 | $1,800.00 | $90.00 | | |
| | 20 gram | 00192-0649-24 | | | | | |
| | | | | | | | |
| SANDOZ | Sandoglobulin | | $70.02 | $70.02 | $70.02 | | $ |
| | 1 gram | 00078-0120-58 | $133.20 | $133.20 | $44.40 | | $1 |
| | 3 gram | 00078-0122-59 | $1,305.00 | $1,305.00 | $43.50 | | |
| | 3 gr x 10 | 00078-0122-19 | $252.00 | $252.00 | $42.00 | | $2 |
| | 6 gram | 00078-0124-60 | $2,464.00 | $2,464.00 | $41.40 | | |
| | 6 gr x 10 | 00078-0124-19 | $504.00 | $504.00 | $42.00 | | |
| | 12 gram | 00078-0244-93 | $4,956.00 | $4,956.00 | $41.30 | | |
| | 12 gr x 10 | 00078-0244-19 | | | | | |

CONFIDENTIAL-FOR INTERNAL USE ONLY

CONFIDENTIAL
—BAXTER INTERNAL USE ONLY—-

AWP = POINTS TO CONSIDER



**CTS/OHS 50% Recombinate and 70% Hemofil M**

**homecare companies make significantly greater margins**

**our customers do not have to pass on the cost to patients**

**be prepared for competitor reaction**

**unfortunate timing of recent recalls**

·Caremark and Olsten comprise greater than 50% of our sales revenue and total unit sales for Recombinate and greater than 70% of our sales revenue and total unit sales for Hemofil M (1996 and 1997 YTD)

·Increasing AWPs was a large part of our negotiations with the large homecare companies

·Homecare companies that reimburse based on AWP make a significantly larger margin okn FVIII products compared to Baxter

eg. If Caremark or Olsten reimburse at today s AWP, their margins are greater than fifty cents per unit for Recombinate and greater than forty cents per unit for Hemofil M

·Our customers do not have to pass on the increase in AWPs to patients by reimbursing at these levels

·We need to be prepared for competitors to alarm the hemophilia community that Baxter has increased ASP and AWP!

·We need to stress that we witheld from increasing prices during product shortages in 1996 and now even though the prices increase seems untimely it is necessary and has been postponed as long as possible

·Baxter has been a leader in cost containment by keeping prices down - perhaps homecare companies, treatment centers, and insurance companies need to also do their fair share

CONFIDENTIAL
—BAXTER INTERNAL USE ONLY —

AWP – ASP (Ave. Selling Price)

**costs are increasing while revenues are decreasing**

**no price increase throughout the life of either product**

**prices remained steady during shortage**

**investment in research and capacity**

- Our costs are increasing while revenues are decreasing - we are *not* experiencing economies of scale
- Baxter has not increased ASPs or AWPs for either Hemofil M or Recombinate in the life of either product
- During product shortages in 1996, Baxter held prices steady (even though costs were increasing) as a gesture of goodwill to the hemophilia community
- Baxter is spending much money on future research and capacity

0003154

CONFIDENTIAL
— BAXTER INTERNAL USE ONLY —

AWP + LIFETIME CAPS



minimal impact
1,000,000 x 5% = $5,000/year
*if our customer seeks reimbursement at new AWP from payor*

encourage insurance companies to increase caps

use of AWPs for reimbursement decreasing

•Increasing AWPs will have a minimal impact on life time caps. For example a given cap of one million dollars combined with a 5% increase in AWP will result in a $5,000 increase per year for product *if our customer seeks reimbursement from the payor (insurance or managed care company) at the new AWP*

•The hemophiliac community should target insurance companies and request that they increase life time caps. This was mentioned at our June CIE meeting with the NHF  Our price increases will help justify an increase in life time caps.

•The use of AWPs for reimbursement is decreasing so the impact of an increased AWP may be negligible.

0003155

CONFIDENTIAL
—BAXTER INTERNAL USE ONLY —

## INVESTMENTS IN PRODUCT SAFETY

**PCR testing**
**building plasma inventory**
**revalidation of viral inactivation**
**process**
**packaging changes**
**HIV/HCV antigen testing**
**peel-off labels**

1. implementation of PCR testing (including clinical trial costs) - 1997

2. building plasma inventory to extend holding periodd for increased product safety - 1997

3. significant revalidation of the viral inactivation process and additional viral inactivation studies to ensure product safety

4 packaging changes to bottle label, unit cartons, and package insert representing new HAV viral reduction data. 12-month room temperature storage, updated viral warning statement, and latex precaution statement - 1997

5. packaging color graphics for easier potency identification 1997

6. implementation of HIV anitgen testing - 1995

7. implementation of HCV antigen testing - 1992

8. peel-off labels with lot numbers for ease and accuracy of record retention

0003156

CONFIDENTIAL
— BAXTER INTERNAL USE ONLY —

## INVESTMENTS IN FACTOR PRODUCTS



increased capacity
removal of exogenous proteins
enhanced delivery initiative
multicenter safety, efficacy and
inhibitor risk studies
peel-off labels

1. increased capacity via improved efficiencies and new facilities

2. R&D efforts toward the removal of exogenous proteins

3. R&D enhanced delivery initiative

4. ongoing multicenter safety, efficacy, and inhibitor risk studies in previously untreated patients

5. ongoing multicenter safety, efficacy, and inhibitor risk studies in previously treated patients

6. peel-off labels with lot numbers for ease and accuracy of record retention

# RED BOOK
## Product Listing Verification
**Medical Economics Company**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 722-2666

Page 3 of 4

Please Respond By: 9/26/97
Contact Name: KYLE BUSH
Contact Phone: 800-241-9360

OTECH NORTH AMERICA
IVISION
E COOK ROAD, LCIV-2
D     IL 60015

| UPC NUMBER | PRODUCT NAME/ADDITIONAL DESCRIPTION/FORM/ROUTE OF ADMINISTRATION/STRENGTH/SIZE/QUANTITY/GENERIC DESCRIPTION/NDA/ANDA/STATUS | OBC | PTY | DEA | UD | AWP | DIRP | WAC | SRP | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 2620-04 | GAMMAGARD S/D<br>PDI  IJ     10 GM<br>1 EA<br>GLOBULIN, IMMUNE | 01 | RX | | | 737.00 | | 420.00 | | 10/21/94 |
| 14-2935-01 | HEMOFIL-M<br>PDI  IJ     1 IU<br>1 EA<br>ANTIHEMOPHILIC FACTOR, HUMAN (MONOC | 05<br>01 | RX | | | 0.90<br>0.95 | | | | 1/1/92<br>08/01/97 |
| 14-0581-01 | PROPLEX T<br>(ACTIVATED IN 30 ML)<br>PDI  IJ     1 IU<br>1 EA<br>FACTOR IX COMPLEX, HUMAN | 06 | RX | | | 0.26 | | | | 10/15/90 |
| 14-0450-01 | PROTENATE<br>INJ  IJ     5%<br>250 ML  EA<br>PLASMA PROTEIN FRACTION | 05 | RX | | | 56.00 | | | | 10/1/85 |
| 14-0450-02 | PROTENATE<br>INJ  IJ     5%<br>500 ML  EA<br>PLASMA PROTEIN FRACTION | 05 | RX | | | 112.00 | | | | 1/1/93 |

tions: Please make corrections directly on this printout.

as is        X OK with changes

Signature: _Bernadette Connolley_   Date: 08/21/97

0003307

**RED BOOK**
**Product Listing Verification**
Medical Economics Company
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 722-2666

Page 4 of 4

R BIOTECH NORTH AMERICA
D DIVISION
LAKE COOK ROAD, LCIV-2
IELD    IL 60015

Please Respond By: 9/26/97
Contact Name: KYLE BUSH
Contact Phone: 800-241-9360

| NHRI/UPC & G NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM, ROUTE OF ADMINISTRATION, STRENGTH, SIZE, QUANTITY, GENERIC DESCRIPTION, ANDA/NDA STATUS | OBC | PT | DEA | UD | AWP | DIRP | WAC | SRP | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| -2938-01 C | RECOMBINATE (APPROX. 250 IU/VIAL) PDI   IJ        1 IU 1 EA ANTIHEMOPHILIC FACTOR, RECOMBINANT | | 01 | RX | | 1.18 1.24 | | | | 12/21/9 08/01/97 |
| 2938-02 bc | RECOMBINATE (APPROX. 500 IU/VIAL) PDI   IJ        1 IU 1 EA ANTIHEMOPHILIC FACTOR, RECOMBINANT | | 01 | RX | | 1.18 1.24 | | | | 12/21/9 08/01/97 |
| 2938-03 c | RECOMBINATE (APPROX. 1000 IU/VIAL) PDI   IJ        1 IU 1 EA ANTIHEMOPHILIC FACTOR, RECOMBINANT | | 01 | RX | | 1.18 1.24 | | | | 12/21/9 08/01/97 |

Please make corrections directly on this printout.

0003308

08/21/97

# RED BOOK

## Product Listing Verification

 doc Medical Economics Company

Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2220  Fax (201) 722-2666

Page 1 of 4

BIOTECH NORTH AMERICA
ID DIVISION
LAKE COOK ROAD, LCIV-2
FIELD    IL 60015

Please Respond By: 3/26/97
Contact Name:    KYLE BUSH
Contact Phone:    800-241-9360

| HRI/UPC<br>ID NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM, ROUTE OF ADMINISTRATION, STRENGTH, SIZE, QUANTITY, GENERIC DESCRIPTION, ANDA/NDA STATUS | OBC | PT | DEA | UD | AWP | DIRECT | WAC | SRP | PRICE<br>EFFECTIVE<br>DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| -0996-01 | ATNATIV | | 05 | RX | | 625.00 | | | | 6/4/90 |
| | PDI  IJ      500 IU | | | | | | | | | |
| | 1 EA | | | | | | | | | |
| | ANTITHROMBIN III (HUMAN) | | | | | | | | | |
| -6650-01 | AUTOPLEX T | | 01 | RX | | 1.30 | | | | 10/15/79 |
| | (ACTIVATED IN 30 ML) | | | | | | | | | |
| | PDI  IJ | | | | | | | | | |
| | 1 EA | | | | | | | | | |
| | ANTI-INHIBITOR COAGULANT COMPLEX | | | | | | | | | |
| 0490-01 | BUMINATE | | 05 | RX | | 23.50 | | | | 7/28/78 |
| | INJ  IJ      25% | | | | | | | | | |
| | 20 ML  EA | | | | | | | | | |
| | ALBUMIN, NORMAL SERUM, HUMAN | | | | | | | | | |
| 0490-02 | BUMINATE | | 05 | RX | | 56.00 | | | | 7/28/78 |
| | INJ  IJ      25% | | | | | | | | | |
| | 50 ML  EA | | | | | | | | | |
| | ALBUMIN, NORMAL SERUM, HUMAN | | | | | | | | | |
| 0490-03 | BUMINATE | | 05 | RX | | 112.00 | | | | 1/1/93 |
| | INJ  IJ      25% | | | | | | | | | |
| | 100 ML  EA | | | | | | | | | |
| | ALBUMIN, NORMAL SERUM, HUMAN | | | | | | | | | |

*Handwritten note across AUTOPLEX T row:* This product is now being distributed by Nabi in the U.S. under a new NDC #. Please contact Fred Moshetti @ 800-635-1766. ext. 5727 for more information

Please make corrections directly on this printout.

[ ] OK with changes

0003309

Signature

Date

# EXHIBIT W-5

# Ipratropium Bromide

## INHALATION SOLUTION

## From DEY

### The only generic alternative to Atrovent® that's Packaged For Profit.™

- Prices are based on the current published average wholesale prices for Atrovent® Inhalation Solution and DEY's Ipratropium Bromide Inhalation Solution.

Atrovent® is a registered trademark of Boehringer Ingelheim Pharmaceuticals, Inc.

© 1997 DEY Laboratories
02-719-01 09/97

**Dey markets its generic product using the 'spread', saying the drug is "Packaged for Profit" and referring to the AWP**

# PERCENTAGE OF "SPREAD" BETWEEN DEY LAB'S REPORTED AWP AND THE ACTUAL WHOLESALE PRICE FOR ALBUTEROL SULFATE 0.083% NDC# 49502-0687-03, 3ml/25's

| Year | Red Book/First Data Bank AWP | McKesson Wholesale Price | Percent "Spread" |
|------|------|------|------|
| 1992 | $32.30 | $25.45 | 21.3% |
| 1993 | $30.25 | $25.39 | 16.1% |
| 1994 | $30.25 | $23.69 | 21.7% |
| 1995 | $30.25 | $15.26 | 49.6% |
| 1996 | $30.25 | $15.26 | 49.6% |
| 1997 | $30.25 | $11.84 | 60.9% |
| 1998 | $30.25 | $10.00 | 67.0% |

# COMPARISONS IN REDUCTIONS IN TRUE WHOLESALE PRICES vs INCREASES IN UTILIZATION BY MEDICARE FOR ALBUTEROL 0.083% HCPCS J-7620 (1ml)



# EXHIBIT W-6

## AOR/PHARMACIA & UPJOHN
## PARTNERSHIP PROPOSAL

**Elements of proposal:**

1.  Contract Pricing for P&U products (see Attachment I)
    - 3-year agreement
    - 3% administrative fee on all products or contract ($473,800 based on '97 projections).
    - CAMPTOSAR price protection thru 1997.  Six month reviews after January 1, 1998.
    - Flexibility in negotiation of pricing if government intervenes in reimbursement processes.

2.  **New Product Introductions**
    P&U will work with AOR on all new product introductions.

    P&U will work with AOR at introducing our LHRH to compete against Lupron/Zoladex.  Our LHRH, brand name Triptorelin, will be available in late 2nd Quarter, early 3rd Quarter.

    P&U, working with AOR, would establish a pricing mechanism for Triptorelin with spreads favoring AOR versus current LHRH.  Triptorelin would be a therapeutic equivalent to Lupron/Zoladex.  This pricing advantage would increase profitability to AOR

3.  **Medical Education Grants**

    A $55,000 grant has been committed for 1997 for the AOR Partnership for excellence package including:
    - Education/Disease Management
    - Research Task Force
    - AOR Annual Yearbook

    A $40,000 grant to sponsor the AOR monthly teleconference.  This sponsorship was committed and completed in February 1997.

    Both of these grants would be committed in 1998 and future years if the partnership is agreed to.

4.  **P&U Customer Development Program with AOR**

    This commitment valued at $300,000-$400,000 would include:

    a.   Clinical practice improvement program (CPI).
    b.   Consultation on disease management processes and principles.
    c.   Research and analysis of "Best Practices" for CPI.
    d.   Design Works, a P&U customized behavior change program.
    e.   Other developmental customized programs for AOR.  Example:  Development of Internet access, coordination of AOR's Regional Marketing Directors for recruitment, patient satisfaction surveys, etc.

000865

All of the above to be co-developed to the satisfaction of AOR and P&U.

5.     Clinical Research Trials

Initial Phase III Protocol trial for "Oral Idamycin" in lymphomas. This trial will offer AOR
$1.1M in additional revenues. Two hundred twenty-five (225) patients at $5,000 per
patient.

This clinical research trial is dependent on the signing of a partnership agreement.
AOR will become a "first choice" for clinical studies.

6.     Sharing of AOR Clinical Information Systems

P&U is committed for $100,000 to AOR per calendar year to develop and share AOR Clinical
Information System.

The above six items are contingent on the signing of the AOR Disease Management Partner Program.
AOR's exclusive compliance to the purchase of the products listed in the contract product attachment
is also necessary for the above items to be in effect.

00266

Sheet1

| Attachment 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| AOR Contract Pricing Proposal, April 1997 | | | | | | | |
| | | | | | | | |
| Product | | AWP | List Price | AOR Current Price | Suggested New Contract Prices | | $ Volume |
| | | | | | | $ | 2,123,528.00 |
| Adriamycin | | | | | | | |
| | | | | | | | |
| 1086-91 | RDF 10 mg | $ 46.00 | $ 36.80 | $ 8.00 | $ 7.50 | | |
| 1096-91 | RDF 20 mg | $ 92.00 | $ 73.60 | $ 16.00 | $ 15.00 | | |
| 1106-79 | RDF 50 mg | $ 230.00 | $ 184.00 | $ 40.00 | $ 37.50 | | |
| 1116-83 | RDF 150 mg | $ 676.19 | $ 540.95 | $ 120.00 | $ 114.00 | | |
| 1136-91 | PFS 10 mg | $ 48.31 | $ 38.65 | $ 8.40 | $ 7.50 | | |
| 1146-91 | PFS 20 mg | $ 96.63 | $ 77.30 | $ 16.80 | $ 15.00 | | |
| 1156-79 | PFS 50 mg | $ 241.56 | $ 193.25 | $ 42.00 | $ 37.50 | | |
| 1176-87 | PFS 75 mg | $ 362.35 | $ 289.88 | $ 63.00 | $ 56.25 | | |
| 1166-83 | PFS 200 mg | $ 946.94 | $ 757.55 | $ 168.00 | $ 150.00 | | |
| | | | | | | | |
| Adrucil | | | | | | $ | 160,427.00 |
| | | | | | | | |
| 7525-36 | 500 mg | $ 1.54 | 1.23 | $ 0.93 | $ 0.93 | | |
| 7525-37 | 2.5 gm | $ 7.69 | 6.15 | $ 4.42 | $ 4.42 | | |
| 7525-38 | 5 gm | $ 15.38 | 12.30 | $ 6.82 | $ 6.82 | | |
| | | | | | | | |
| bleomycin | | | | | | $ | 1,182,348.00 |
| | | | | | | | |
| 1616-79 | 15 IU | $ 292.43 | 233.94 | $ 187.00 | $ 175.00 | | |
| 1616-86 | 30 IU | $ 584.83 | 467.86 | $ 374.00 | $ 350.00 | | |
| | | | | | | | |
| Neosar | | | | | | $ | 370,575.00 |
| | | | | | | | |
| 7525-40 | 100 mg | $ 5.39 | 4.31 | $ 2.50 | $ 3.00 | | |
| 7525-41 | 200 mg | $ 10.24 | 8.19 | $ 3.50 | $ 3.50 | | |
| 7525-42 | 500 mg | $ 21.50 | 17.20 | $ 6.95 | $ 5.00 | | |
| 7525-43 | 1 gm | $ 43.01 | 34.41 | $ 11.50 | $ 9.00 | | |
| 7525-44 | 2 gm | $ 86.00 | 68.80 | $ 22.00 | $ 18.00 | | |
| | | | | | | | |
| Toposar | | | | | | $ | 931,621.00 |
| | | | | | | | |
| 7525-45 | 100 mg | $ 136.49 | 109.19 | $ 19.50 | $ 12.00 | | |
| 7525-46 | 200 mg | $ 272.98 | 218.38 | $ 39.00 | $ 24.00 | | |
| 7525-47 | 500 mg | $ 665.38 | 532.30 | $ 97.50 | $ 60.00 | | |
| 7366-73 | 1 gram | $ 1,330.75 | 1,064.60 | $ 195.00 | $ 120.00 | | |
| | | | | | | | |
| Vincasar | | | | | | $ | 129,264.00 |
| | | | | | | | |
| 7525-48 | 1mg | $ 370.75 | 296.60 | $ 4.15 | $ 4.15 | | |
| 7525-49 | 2mg | $ 741.50 | 593.20 | $ 7.75 | $ 7.50 | | |

000867

Sheet1

| Product | AWP | List Price | AOR Current Price | Suggested New Contract Prices | \$ Volume | |
|---|---|---|---|---|---|---|
| **Zinecard** | | | | | \$ | 372,000.00 |
| 8715-62 | 250 mg | \$ 141.10 | \$ 112.88 | \$ 112.88 | \$ 95.00 | |
| 8725-89 | 500 mg | \$ 282.19 | \$ 225.75 | \$ 225.76 | \$ 180.00 | |
| **Amphocin** | | | | | | |
| 1045-44 | | \$ 172.69 | \$ 138.15 | \$ - | \$ 9.50 | \$ 998.00 |
| **Cytosar-U** | | | | | \$ | 15,095.00 |
| 0373-01 | 100mg | \$ 6.96 | \$5.57 | 0. | \$ 3.24 | |
| 0473-01 | 500mg | \$ 92.00 | \$73.60 | 0 | \$ 10.35 | |
| 3295-01 | 1Gm | \$ 52.56 | \$42.05 | 0. | \$ 19.71 | |
| 3296-01 | 2Gm | \$ 102.90 | \$82.32 | 0 | \$ 39.41 | |
| **Depo Provera 400 mg.** | | | | | \$ | 5,003.00 |
| 0626-01 | 2.5 ml | \$ 96.45 | \$77.16 | 0 | \$ 50.36 | |
| 0626-02 | 10 ml | \$ 366.18 | \$292.94 | 0 | \$ 180.68 | |
| **Zanosar** | | | | | \$ | 35,015.00 |
| 0844-01 | 1Gm | \$ 68.84 | \$55.07 | 0 | \$ 41.01 | |
| **Camptosar** | | | | | | |
| 7529-01 | 5ml/100mg | \$ 481.25 | \$385.00 | | \$ 385.00 | \$ 10,315,174.00 |
| **Fragmin** | | | | | | |
| 2406-91 | 2500IU/2ml | \$ 139.50 | \$111.60 | | \$ 95.00 | |
| 2426-91 | 5000IU/2ml | \$ 237.13 | \$189.70 | | \$ 160.00 | |
| | | | | | Total | \$ 15,793,327.00 |

000868

thor:    GRDERR at PNO4PO
iority:  10/21/97  9:22 AM
iority:  Normal
o:       *SGAMS at Mail_List
ubject:  Market Company Alert - October 1997 Price Increase

       SGAMS                            ------ Message Contents ------

       FYI - Heads up.  The following P&U price increases may create a
       spread between purchase price and Medicaid reimbursement that may
       create sales complaints if not resolved in a reasonable time period
       by customary Medicaid updates.  Therefore, your action may be
       required in some instances if over the next few months Medicaid does
       not automatically pick up the price changes.

       Glen

                                    Forward Header
       Subject: Market Company Alert - October 1997 Price Increase
       Author:  JSHOLLEN at PNO1PO
       Date:    10/20/97 7:44 PM

October 20, 1997                              Contracting & Pricing

TO:    °  VP US Pharm Sls     °  Acct Team Dirs    °  Pharm Sls Spec
       °  Reg Sls Dirs/PSMs    °  Natl Acct Dirs   °  Ophthalmic Reps/DSMs
       °  Operations Dir       °  Mgd MC Dirs      °  Peptide Hormone Reps
       °  Team Fed Govt        °  Reg Acct Mgrs    °  Oncology/Aids Reps
       °  HC Ed Svcs           °  DC Reg Dir/Mgr   °  Uro/Derm Reps/UBCs
       °  Therapeutic DSMs                          °  Hospital Reps
       °  PSL                                       °  Team Kaiser
       °  Public Affairs                            °  Team Coaches/DSMs
       °  Nat Cust Svc Sls Dir

FROM:     William Hillmer, Pricing Analyst, ext. 3-8386

SUBJECT:  October 1997 Price Increase - Effective October 21, 1997

Effective with the close of business hours, Monday, October 20, 1997, the
Retail & Wholesale prices of many Pharmacia & Upjohn Company products will be
revised.

All catalog orders received after business hours, October 20, 1997, will be
invoiced at revised prices.  Attached are the product families affected and
their percentages.  A complete reprint of the Retail and Wholesale Price
Lists will be issued in January 1998.  Until then, please use your January
1997 Retail and Wholesale Price lists along with all 1997 price change
announcements.  Within the next few days you will receive a letter detailing
the revised products and their new prices.

As a courtesy, we are allowing our customers the opportunity to make a one-
time buy-in purchase at old list prices if they have direct purchase history
for the products with price revisions.  Their one-time purchase will be
limited to a two-week average supply based on their net-direct April 1997
through September 1997 purchase history.

For all our customers who have April 1997 through September 1997 direct
purchase history for the products with price revisions, we will mail them a
Special Buy-In Order Form the week of November 10, 1997.  The Special Buy-In
Order Form will indicate the maximum allotment of each product that they may
purchase at old list prices.  Excessive purchases will be reduced to the buy-
in allotment.  They must use the Special Buy-In Order Form and it must be
received on or before December 10, 1997 to be invoiced at the old prices.
As inventory allotments allow, their buy-in order will be shipped between the
receipt of their Order Form and January 16, 1998.

Complete buy-in instructions will be provided to customers with their
Special Buy-In Order Form.  PSM s will receive complete Price Increase
Buy-In order form packages in early November.

| PRODUCT | PERCENT INCREASE |
|---------|------------------|
| ADRIAMYCIN | 6.0 |
| ADRUCIL Injection | 6.0 |
| ALBAMYCIN Capsules | 6.0 |
| ANSAID Tablets | 7.0 |
| AZULFIDINE Tablets | 10.0 |
| AZULFIDINE En-Tabs | 10.0 |
| BLEOMYCIN | 6.0 |
| CAVERJECT Sterile Powder | 5.0 |
| CLEOCIN Vaginal Cream | 7.5 |
| CLEOCIN HCl Capsules | 10.0 |
| CLEOCIN PHOSPHATE | 20.0* |
| CLEOCIN T Topical Solution | 7.0 |
| CLEOCIN T Topical Gel & Lotion | 7.0 |
| COLESTID Granules | 7.0 |
| COLESTID Tablets | 7.0 |
| CORTEF Oral Suspension | 7.0 |
| CORTEF Tablets | 7.0 |
| Cortisone Acetate Tablets | 7.0 |
| CORVERT Tablets | 15.0 |
| CYKLOKAPRON Ampoule | 30.0 |
| CYTOSAR-U Sterile Powder | 6.0 |
| DELTASONE Tablets | 6.0 |
| DEPO-Estradiol Sterile Solution | 10.0 |
| DEPO-MEDROL Sterile Aqueous Suspension | 6.0 |
| DEPO-PROVERA Contraceptive Injection | 6.0 |
| DEPO-PROVERA Sterile Aqueous Solution | 9.0 |
| DEPO-TESTADIOL Sterile Solution | 10.0 |
| DEPO-Testosterone Sterile Solution | 10.0 |
| DIDREX Tablets | 10.0 |
| DIPENTUM Capsules | 9.0 |
| DOSTINEX Tablets | 4.0 |
| EMCYT Capsules | 6.0 |
| ESTRING Ring | 5.0 |
| FLAVORED COLESTID Granules | 7.0 |
| GELFILM Products | 9.9 |
| GELFOAM Sterile Powder | 15.0 |
| GELFOAM Sterile Sponge | 4.8 |
| HALCION Tablets | 10.0 |
| HALOTESTIN Tablets | 10.0 |
| HEMABATE Sterile Solution | 9.9 |
| Heparin Sodium Injection | 7.0 |
| IDAMYCIN Injection | 6.0 |
| KABIKINASE Lyphilized Powder | 15.0 |
| LINCOCIN Capsules | 10.0 |
| LINCOCIN Sterile Solution | 6.0 |
| LONITEN Tablets | 10.0 |
| MEDROL Tablets | 7.0 |
| MICRONASE Tablets | 8.0 |
| MOTRIN Tablets | 6.0 |
| MYCOBUTIN Capsules | 5.0 |
| NEOSAR | 6.0 |
| OGEN Tablets | 5.0 |
| OGEN Vaginal Cream | 5.0 |
| ORINASE Tablets | 7.0 |
| PREPIDIL Gel | 9.9 |
| PROSTIN E2 Vaginal Suppository | 50.0 |
| PROSTIN VR PEDIATRIC Sterile Solution | 20.0 |
| PROVERA Tablets | 10.0 |
| SOLU-MEDROL | 6.0 |
| TOLINASE Tablets | 7.0 |
| TOPISAR | 5.0 |
| TROBICIN Sterile Powder | 10.0 |
| VINCASAR | 6.0 |
| XANAX Tablets | 8.0 |
| ZANOSAR Sterile Powder | 10.0 |
| ZINECARD Injection | 8.0 |

WARNING NOTICE: Documents contain confidential trade secret information. Do not release outside of State Attorney General's Offices.