# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF SCHUYLER J. SCHOUTEN

Notice is hereby given of the withdrawal of appearance of Schuyler J. Schouten as counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter.

Dated: Boston, Massachusetts
August 17, 2011

Respectfully Submitted,

By:   /s/  Jeff Bone
Sarah Cooleybeck (BBO #631161)
Jeff Bone (BBO #666688)
**FOLEY HOAG LLP**
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

Joel M. Cohen, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on August 17, 2011 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

    /s/  Jeff Bone
    Jeff Bone