# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | Judge Patti B. Saris |

## BAXTER HEALTHCARE CORPORATION'S CONSENTED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF ITS PARTIAL MOTION TO DISMISS

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, Defendant Baxter Healthcare Corporation ("Baxter") seeks leave of the Court to file a Reply Brief in Further Support of its Partial Motion to Dismiss. Counsel for Baxter has conferred with counsel for Relators Sun and Hamilton, and they have consented to the Motion. The proposed Reply Brief in Further Support of its Partial Motion to Dismiss is annexed hereto as Exhibit A.

DSMDB-2968190v1

Respectfully submitted,

Dated:  August 19, 2011  /s/_Shamir Patel_____
J. Andrew Jackson
Merle M. DeLancey
Tina D. Reynolds
Shamir Patel

**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC  20006
Telephone:   (202) 420-2200
Facsimile:    (202) 420-2201

*Admitted pro hac vice*

Peter E. Gelhaar (BBO #188310)
**DONNELLY, CONROY & GELHAAR, LLP**
One Beacon Street, 33rd Floor
Boston, MA  02108
Telephone:   (617) 720-2880
Facsimile:    (617) 720-3554

Counsel for Defendant Baxter Healthcare Corporation

## LOCAL RULE 7.1 CERTIFICATION

I certify that counsel for Baxter has conferred with counsel for Relators Sun and Hamilton, and they have consented to this Motion.

## **CERTIFICATE OF SERVICE**

       I hereby certify that I, Shamir Patel, an attorney, electronically filed the foregoing Motion for Leave to File a Reply in Further Support of Their Partial Motion to Dismiss with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on August 19, 2011. I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties.

       /s/ Shamir Patel
       Shamir Patel
       **DICKSTEIN SHAPIRO LLP**
       1825 Eye Street NW
       Washington, DC  20006
       Telephone:  (202) 420-2200
       Facsimile:   (202) 420-2201