# EXHIBIT "A"

**Baxter2 Advate Medicaid Utilization by YEAR**

| Year | Units Reimbursed | Total Reimbursement | Amt Reimbursed Per Unit | Pharmacy Acquisition Cost (per I.U.) | Should Have Reimbursed | Single Damages |
|---|---|---|---|---|---|---|
| 2003 | 3,457,444 | 5,035,584 | 1.46 | 1.05 | 3,630,316 | 1,405,268 |
| 2004 | 30,969,550 | 41,625,740 | 1.34 | 0.94 | 29,111,377 | 12,514,363 |
| 2005 | 57,018,920 | 70,042,139 | 1.23 | 0.90 | 51,317,028 | 18,725,111 |
| 2006 | 77,305,973 | 96,266,305 | 1.25 | 0.93 | 71,894,555 | 24,371,750 |
| 2007 | 98,016,680 | 114,012,387 | 1.16 | 0.94 | 92,135,679 | 21,876,708 |
| 2008 | 124,281,367 | 146,345,949 | 1.18 | 0.92 | 114,338,857 | 32,007,091 |
| 2009 | 137,815,855 | 164,287,508 | 1.19 | 0.93 | 128,168,746 | 36,118,763 |
| 2010 | 166,647,921 | 195,251,104 | 1.17 | 0.92 | 153,316,087 | 41,935,016 |
| half 2011 proj | 95,000,000 | 112,000,000 | 1.18 | 0.93 | 88,350,000 | 23,650,000 |
| Total | 528,865,789 | 637,615,612 | 1.21 | | 732,262,645 | 212,604,070 |

Should Have Reimbursed = Pharmacy Acquisition Cost x Units Reimbursed
Single Damages = Total Reimbursement - Should Have Reimbursed

Values in RED are projected and estimations.





**Baxter2 Recombinate Medicaid Utilization by YEAR**

| Year | Units Reimbursed | Total Reimbursement | Amt Reimbursed Per Unit | Pharmacy Acquisition Cost (per I.U.) | Should Have Reimbursed | Single Damages |
|---|---|---|---|---|---|---|
| 2003 | 147,170,087 | 174,122,215 | 1.18 | 0.89 | 130,981,377 | 43,140,837 |
| 2004 | 128,781,255 | 143,497,553 | 1.11 | 0.90 | 115,903,130 | 27,594,424 |
| 2005 | 118,940,838 | 121,279,610 | 1.02 | 0.86 | 102,289,121 | 18,990,489 |
| 2006 | 106,006,510 | 115,511,133 | 1.09 | 0.91 | 96,465,924 | 19,045,209 |
| 2007 | 88,347,429 | 97,614,525 | 1.10 | 0.92 | 81,279,634 | 16,334,891 |
| 2008 | 78,688,362 | 90,702,769 | 1.15 | 0.89 | 70,032,642 | 20,670,127 |
| 2009 | 58,747,974 | 68,554,984 | 1.17 | 0.88 | 51,698,218 | 16,856,766 |
| 2010 | 46,571,575 | 54,987,254 | 1.18 | 0.91 | 42,380,133 | 12,607,121 |
| half 2011 proj | 16,500,000 | 19,500,000 | 1.18 | 0.88 | 14,520,000 | 4,980,000 |
| Total | 789,754,030 | 885,770,043 | | | 705,550,179 | 180,219,864 |

Should Have Reimbursed = Pharmacy Acquisition Cost x Units Reimbursed
Single Damages = Total Reimbursement - Should Have Reimbursed

Values in RED are projected and estimations.





**Baxter2 Gammagard Medicaid Utilization by YEAR**

| Year | Units Reimbursed | Total Reimbursement | Amt Reimbursed Per Unit | Pharmacy Acquisition Cost (per I.U.) | Should Have Reimbursed | Single Damages |
|---|---|---|---|---|---|---|
| 1999 | 263,866 | 8,038,842 | 30.47 | 44.50 | 11,742,046 | -3,703,204 |
| 2000 | 358,669 | 8,413,337 | 23.46 | 47.50 | 17,036,759 | -8,623,422 |
| 2001 | 116,675 | 5,295,754 | 45.39 | 49.70 | 5,798,746 | -502,991 |
| 2002 | 95,129 | 11,748,698 | 123.50 | 47.00 | 4,471,084 | 7,277,614 |
| 2003 | 107,971 | 15,278,040 | 141.50 | 38.00 | 4,102,907 | 11,175,133 |
| 2004 | 202,120 | 18,975,438 | 93.88 | 42.00 | 8,489,044 | 10,486,394 |
| 2005 | 347,310 | 21,922,659 | 63.12 | 45.00 | 15,628,968 | 6,293,692 |
| 2006 | 477,381 | 23,836,995 | 49.93 | 58.00 | 27,688,107 | -3,851,111 |
| 2007 | 403,409 | 22,318,100 | 55.32 | 61.50 | 24,809,654 | -2,491,554 |
| 2008 | 326,502 | 28,363,832 | 86.87 | 66.24 | 21,627,515 | 6,736,317 |
| 2009 | 415,226 | 34,892,192 | 84.03 | 69.50 | 28,858,207 | 6,033,985 |
| 2010 | 459,720 | 37,035,487 | 80.56 | 67.50 | 31,031,097 | 6,004,390 |
| half 2011 proj | 230,000 | 19,000,000 | 82.61 | 68.00 | 15,640,000 | 3,360,000 |
| Total | 3,803,979 | 255,119,373 | 67.07 |  | 216,924,132 | 38,195,241 |

Should Have Reimbursed = Pharmacy Acquisition Cost x Units Reimbursed
Single Damages = Total Reimbursement - Should Have Reimbursed

Values in RED are projected and estimations.



