# EXHIBIT "B"

BAXTER

| YEAR | BASE SALARY | BONUS | BENEFITS* | Options (sh) | Estimated Value |
|------|-------------|-------|-----------|--------------|-----------------|
| 8/1/2003-7/2004 | $157,500 | $31,500 | $18,900 | 3500 | $105,000.00 |
| 8/1/2004-7/2005 | $165,375 | $33,075 | $65,489 | 3500 | $105,000.00 |
| 8/1/2005-7/2006 | $173,644 | $34,729 | $68,763 | 3500 | $105,000.00 |
| 8/1/2006-7/2007 | $182,326 | $36,465 | $72,201 | 3500 | $105,000.00 |
| 8/1/2007-7/2008 | $191,442 | $38,288 | $75,811 | 3500 | $105,000.00 |
| 8/1/2008-3/2009 | $134,680 | $26,936 | $53,333 | 2345 | $70,350.00 |
| Total | $1,004,967 | $200,993 | $354,497 | | $595,350 |

**Total compensation loss**　　**$2,155,807**

Note: *　　Benefits include vacation payments, medical, dental and vision insurance, employment investment
**　　Items are prorated for 8 months

**

company match.