

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE PHARMACEUTICAL INDUSTRY           )
AVERAGE WHOLESALE PRICE                  )     MDL No. 1456
LITIGATION                               )
                                         )     CIVIL ACTION: 01-CV-12257-PBS
_____          )
                                         )     Judge Patti B. Saris
THIS DOCUMENT RELATES TO                 )
01-CV-12257-PBS AND 01-CV-339            )     Chief Magistrate Judge Marianne B. Bowler
                                         )
                                         )     **[FILED UNDER SEAL]**
                                         )
_____          )


### SUPPLEMENTAL DECLARATION OF RAYMOND S. HARTMAN
### IN SUPPORT OF TRACK 2 SETTLEMENT ALLOCATION


#### I.   OVERVIEW

1.    I have been asked by counsel to provide additional information relating to a list of 22 brand-name drugs appearing in Group B of Exhibit B of the Settlement Agreement. Though I addressed each of these drugs in my August 5, 2011 Settlement Declaration,[1] I have been asked to provide more detail regarding the spreads for these 22 drugs.

2.    This Declaration proceeds as follows. In Section II, I briefly describe the data sources used to calculate spreads. In Section III, I review each of the 22 brand-name drugs. I summarize my conclusions in Section IV.

#### II.   REVIEW OF DATA SOURCES

3.    In Section III below, I refer to a variety of data sources that were used to determine spreads for the brand-name Group B drugs. These data sources are briefly described in this section. I find that I have adequate data for the determination of reliable spreads for the brand-name Group B drugs.

---

[1] Declaration of Raymond S. Hartman in Support of Track 2 Settlement Allocation, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS, August 5, 2011.

## A.    AMP Data

4.    For a manufacturer's drug to be covered by the Federal Medicaid Program, it must enter into a rebate agreement with the Centers for Medicare and Medicaid Services (CMS).  Part of this rebate agreement requires manufacturers to submit the Average Manufacturer Price (AMP) to CMS.  This price is provided by manufacturers to CMS on a quarterly basis and is used to calculate Medicaid rebates.  AMPs generally include direct and indirect sales to classes of trade such as outpatient facilities (which could include physician offices), pharmacies, independent practice associations and clinics.[2] Therefore, it is reasonable to rely on AMP data as reflecting average sales prices that are most relevant to my review here.  It is possible that AMPs have included some discounts, such as prompt pay discounts or PBM discounts, that would not be appropriate for the providers relevant here.[3]  Furthermore, studies conducted by the Office of Inspector General (OIG) have shown that the CMS ASP is frequently greater than the AMP for certain J-codes.[4]  Therefore, AMPs may reveal relatively higher spreads with respect to spreads based on ASPs (either from CMS or manufacturer transactional data) for the relevant drugs in this matter.

5.    It is my opinion that spreads based on AMP data are reliable for the matter at hand.  Indeed, where I am able to compare AMP spreads with manufacturer transactional data spreads, I find that the two data sets generally provide very similar results.

## B.    CMS ASP Data

6.    The Medicare Modernization Act (MMA) of 2003 required that, beginning on January 2005, "drugs and biologicals not paid on a cost or prospective payment basis will be paid based on 106% of the Average Sales Price (ASP)."[5]  These ASPs are a weighted average of all NDCs and drugs that belong to a given J-code for the relevant provider classes of trade, i.e., the same classes of trade that are relevant here as well.  Manufacturers submit the ASP information to CMS.  Note that the first ASP published in this regard in the first quarter of 2005 represents data from the third quarter of 2004.  I have made use of spreads based on the CMS ASP below to corroborate spreads calculated from other sources as appropriate.

---

[2] Though there has been some debate on the classes of trade that should be included in AMPs, outpatient clinics and physicians should be included in AMPs (see Department of Health and Human Services, Centers for Medicare & Medicaid Services, 42 CFR Part 447 Final Rule, at §447.500).

[3] Prompt pay discounts were included in AMPs prior to January 2007 (see Department of Health and Human Services, Office of Inspector General, *Comparison of Average Sales Prices and Average Manufacturer Prices: An Overview of 2007*, December 2008, p. 4).  Historically, there has been some confusion relating to the inclusion of PBM rebates in AMP calculations (see Department of Health and Human Services, Health Care Financing Administration, Medicaid Drug Rebate Program Releases #28, 29, 30 and 31).

[4] See Department of Health and Human Services, Office of Inspector General, *Monitoring Medicare Part B Drug Prices: A Comparison of Average Sales Prices to Average Manufacturer Prices*, April 2006.  Note that this report relates to the CMS ASPs based on third quarter 2004 data.

[5] Department of Health & Human Services, Centers for Medicare & Medicaid Services, CMS Manual System, Pub. 100-04 Medicare Claims Processing, Transmittal 352, November 3, 2004.

---

### C.   Wholesaler Transactional Data

7.      As I explained in my August 5, 2011 Settlement Declaration, I have examined wholesaler transactional sales data that reflect sales made by the three major wholesalers (AmerisourceBergen, Cardinal and McKesson) to their customers.   Following the methodology I have used in my damages calculations for Track 1 and Track 2, the wholesaler customers have been limited to those providers that are relevant for Medicare Part B reimbursement, such as retail pharmacies (as appropriate), physicians and clinics. Classes of trade that were excluded according to my methodology are governmental entities (including correctional facilities), hospitals and managed care organizations (i.e., PPOs and HMOs).   A weighted average actual acquisition cost (AAC) by NDC and by quarter was then calculated, and the resulting spreads were calculated as (AWP − AAC) / AAC.   I have noted that the wholesaler data do not include rebates, if any, or direct sales from the manufacturer to the relevant classes of trade, if any.   To address this concern, I have also examined as many other data sources as possible, including AMP spreads, manufacturer data spreads and CMS ASP spreads.   Furthermore, if a given drug is known to be sold mostly through wholesalers, then wholesaler data would provide a sufficiently accurate measure of spreads.

### D.   Manufacturer Transactional Data

8.      In my analysis in Track 1, and for many drugs in Track 2, I have made use of manufacturer transactional data to calculate ASPs and spreads.   I have used direct sales data to track sales and discounts to the relevant classes of trade (providers) that purchased directly from the manufacturer.   I have used indirect sales data to track sales and discounts to providers that purchased through a wholesaler.   In addition, I have made use of rebate data.   Where available, manufacturer data provide the best measure of ASPs and spreads.

## III.   REVIEW OF BRAND-NAME GROUP B DRUGS

9.      In this Section, I first review 9 brand-name drugs for which I previously had not reviewed detailed spread information (although I had reviewed other information for these drugs).   Those drugs are Azmacort, Cefizox, Cipro IV, Depo Provera, Enbrel, Idamycin, Mithracin, Thioplex and Trelstar.   I discuss them in Sections A through I below.   In Sections J through V below, I revisit the spread information I have for the remaining 13 drugs, which are AccuNeb, Aromasin, Calcijex, Calcimar, Camptosar, Eligard, Ellence, Leukine, Lovenox, Novantrone, Prograf, Taxotere and Zemplar.   For each drug, I have determined whether spreads are "significantly and consistently over 40 percent."[6]

---

[6] Track Two Settlement Hearing, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS, August 8, 2011, p. 56.

### *Review of the Nine Brand-Name Group B Drugs*

#### A.   Azmacort

10.   Azmacort is an inhalation drug that is used to prevent asthma attacks and is manufactured by Aventis.  Since this drug is a metered dose inhalation product, it is typically provided via a pharmacy and not a physician's office.  There are little or no direct sales to physician offices.  Therefore, wholesaler data would provide a reliable source of spread information.  The quarterly wholesaler data spreads are almost all below 30%.  For a very few quarters for a few NDCs, spreads reach as high as 31%.  Spreads based on ASPs calculated from manufacturer data are all below 30%, thus corroborating the wholesaler data spreads.  I do not find spreads that are "significantly and consistently over 40 percent" for Azmacort over the relevant time period.

#### B.   Cefizox

11.   Cefizox is an injectable, third-generation cephalosporin antibiotic used to treat severe pneumonia, bone and joint infections and sepsis.  It is manufactured by Fujisawa and is primarily a hospital inpatient drug with relatively little Medicare Part B utilization. AMP spreads for Cefizox vary substantially by NDC.  A review of AMP data spreads for Cefizox reveals some spreads above 40% for 5 out of 9 NDCs.  But spreads are below 32% for some NDCs and time periods.  It therefore cannot be concluded that spreads for Cefizox are "significantly and consistently over 40 percent."  Furthermore, it should be noted that Cefizox accounts for only 24,327 administrations out of a total of 37.6 million claims for all 22 drugs in the claims data (about 0.06%); the total member obligation is only about $109,000; and the average member copay obligation is only $4.50.

#### C.   Cipro IV

12.   Cipro IV is an injectable antibiotic used mostly in the hospital setting and was manufactured by Bayer.  An examination of manufacturer direct sales data shows that 99.7% of all sales were made through wholesalers, after excluding sales to government and hospitals.  Therefore, wholesaler data are a reliable source of spread information. Quarterly wholesaler sales data spreads are almost all below 30%.  Two NDCs have higher spreads, but these two NDCs account for only 2% of all wholesaler Cipro IV sales. Thus, I do not find spreads that are "significantly and consistently over 40 percent" for Cipro IV over the relevant time period.  Note also that Cipro IV accounts for only 5,772 administrations out of 37.6 million in the CMS data.

#### D.   Depo Provera

13.   Depo Provera, manufactured by Pharmacia, is a form of progesterone and is primarily used as a contraception to prevent pregnancy.  Weighted average spreads for the Depo Provera J-code using AMP data for 1998 through 2003 are below 40%. Similarly, quarterly spreads based on wholesaler data are well below 40% across the relevant time period.  The CMS ASP spread for Depo Provera in 2004 is less than 30%.  I do not find spreads that are "significantly and consistently over 40 percent" for Depo Provera over the relevant time period.

### E.    Enbrel

14.    Enbrel is used to treat arthritis and is manufactured by Amgen. The quarterly wholesaler data spreads are all below 30%. Similarly, the quarterly AMP data spreads are very similar to the wholesaler data spreads and are all below 30%. Finally, the 2004 spread based on CMS ASPs is also below 30%. I do not find spreads that are "significantly and consistently over 40 percent" for Enbrel over the relevant time period.

### F.    Idamycin

15.    Idamycin is a chemotherapy drug and is manufactured by Pharmacia. Quarterly wholesaler data spreads are almost all below 30%, with only a few quarters reaching as high as 36%. Quarterly AMP data spreads are very similar to wholesaler data spreads, though one out of the four NDCs has spreads that reach above 40% in 2004. Note that Idamycin went generic in 2003. Therefore, the slightly higher spreads in 2004 are of little or no consequence. I do not find spreads that are "significantly and consistently over 40 percent" for Idamycin over the relevant time period. Note also that Idamycin accounts for only 2,068 transactions out of 37.6 million in the CMS data.

### G.    Mithracin

16.    Mithracin is an antineoplastic cancer medication used to treat certain types of testicular cancer and is manufactured by Bayer. According to a Senior Vice President at Bayer, the company has not maintained a sales force for Mithracin for at least the last 20 years. In fact, Mithracin was discontinued by Bayer in 2001.[7]  This explains why Mithracin does not appear in the wholesaler data. However, quarterly AMP data spreads are all below 30%. The same is true of spreads calculated from 2004 CMS ASPs. I do not find spreads that are "significantly and consistently over 40 percent" for Mithracin over the relevant time period. I also note that there are only 893 transactions relating to Mithracin in the CMS data during the relevant time period.

### H.    Thioplex

17.    Thioplex is used in chemotherapy for bladder, ovarian, breast and lung cancers and is manufactured by Immunex. Note that Thioplex faced generic competition starting in 2001. Quarterly wholesaler data spreads are virtually all below 30%. Annual AMP spreads are similar, ranging from 30% to 35%. I do not find spreads that are "significantly and consistently over 40 percent" for Thioplex over the relevant time period.

### I.    Trelstar

18.    Trelstar is a drug used to treat prostate cancer and is manufactured by Pharmacia. It competes with drugs like Eligard, Lupron and Zoladex, although its share of this

---

[7] Declaration of Gerald Rosenberg in Support of Bayer Corporation's Motion for Summary Judgment, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS, February 6, 2007.

market is extremely small.[8] Furthermore, Pharmacia's Product Manager for Trelstar has testified in a declaration that the company did not market Trelstar to physicians or other providers and instead sold 99% of the product through wholesalers.[9] Given such testimony, it is clear that wholesaler data are a reliable source of spread information. The quarterly wholesaler data spreads for Trelstar are all below 30%. I do not find spreads that are "significantly and consistently over 40 percent" for Trelstar over the relevant time period.

## Review of the Remaining Thirteen Brand-Name Group B Drugs

19.    For the remaining 13 brand-name drugs in the Group B drug pool identified below, I had already reviewed spreads based on limited data as reported in my August 5, 2011 Settlement Declaration. I have reviewed additional data for these drugs and provide additional analysis below for each.

### J.    AccuNeb

20.    AccuNeb, made by Dey, is an albuterol sulfate solution used in nebulizers to treat acute asthma attacks and COPD. Although AccuNeb is a brand-name drug with a particular dosage that did not have AB-rated generic competitors during the relevant time period, it shares a J-code with generic albuterol sulfate. Therefore, it is subject to the median price analysis discussed in my August 5, 2011 Settlement Declaration. An analysis of manufacturer transaction data ASPs shows spreads that are below 30% for the relevant classes of trade during the relevant time period. In addition, quarterly wholesaler data spreads are all less than 30%. I do not find spreads that are "significantly and consistently over 40 percent" for AccuNeb over the relevant time period.

### K.    Aromasin

21.    Aromasin is a chemotherapy drug used to treat cancers such as lymphomas and testicular cancers. It is a tablet-form drug manufactured by Pharmacia. Although it is a self-administered drug, it is covered by Medicare Part B because it is a chemotherapy drug. Since it is a tablet-form drug, it is typically dispensed though retail pharmacies and it is unlikely that the drug was sold directly to physicians. As such, wholesaler data is an appropriate source for spread information. Quarterly wholesaler data spreads are all below 30%. I do not find spreads that are "significantly and consistently over 40 percent" for Aromasin over the relevant time period.

### L.    Calcijex

22.    Calcijex is an injection of the active form of Vitamin D and is used to treat low calcium due to dialysis or hypoparathyroidism. It is manufactured by Abbott. Calcijex

---

[8] Trelstar's market share as of March 2004 was only 0.2% according to AV-BDS-0290135.

[9] Affidavit of Mark F. Bolendz, *Robert J. Swanston v. Tap Pharmaceutical Products Inc., et al.*, In the Superior Court of the State of Arizona in and for the County of Maricopa, No. CV2002-004988, September 4, 2002.

faced generic competition starting in 2001. Therefore, starting in 20001, it is subject to the median price analysis discussed in my August 5, 2011 Settlement Declaration. Quarterly spreads based on wholesaler data are almost all less than 30%, with only one NDC-quarter reaching as high as 31%. Quarterly spreads based on AMPs are similar and range from about 27% to 36%. I do not find spreads that are "significantly and consistently over 40 percent" for Calcijex over the relevant time period.

### M.   Calcimar

23.   Calcimar, manufactured by Aventis, is used to treat osteoporosis and Paget's disease of the bone. Its molecule name is "calcitonin, salmon" and as of the 1998 edition of the Red Book, there were at least two other generic competitors for this molecule name. Therefore, this is a multi-source drug and is subject to the median price analysis mentioned in my previous declaration. In addition, this drug was discontinued in 1999. Spread information is unavailable for this drug, but given that it was a multi-source drug in 1998 and discontinued in 1999, it is of little consequence. Calcimar is a multi-source drug and should not have been classified as a Group B brand-name drug.

### N.   Camptosar

24.   Camptosar is a chemotherapy drug usually given in combination with other drugs to treat cancers of the colon and rectum. It is manufactured by Pharmacia. Wholesaler data spreads are typically between 25% and 35%. Spreads based on quarterly AMP data are approximately the same, ranging from about 28% to 38%. I do not find spreads that are "significantly and consistently over 40 percent" for Camptosar over the relevant time period.

### O.   Eligard

25.   Eligard is used to treat prostate cancer and is manufactured by Aventis. It launched in May 2002 and competes with Lupron and Zoladex. In fact, Eligard's only J-code is also shared with Lupron, thus making it impossible from the CMS data to determine if a CMS claim for this J-code is for Lupron or Eligard after Eligard's introduction in May 2002. Furthermore, Aventis documents show that Eligard accounted for a very small dollar-based market share (with respect to Lupron and Zoladex) of only 1.9% at the beginning of 2003; an average of 4.4% over the entire year of 2003; 7.3% at the end of 2003; and 7.9% as of March 2004.[10]

26.   Weighted average AMP data spreads for Eligard are almost all below 30% and are always below 40%. Quarterly wholesaler data spreads are very similar to the AMP spreads, with almost all quarters having spreads below 30% and just a few quarters and NDCs with spreads between 30% and 40%. No wholesaler data spreads are above 40%. I do not find spreads that are "significantly and consistently over 40%" for Eligard over the relevant time period.

---

[10]   See AV-BDS-0280297 and AV-BDS-0290135.

27.     I have also reviewed the claims data provided by CMS for the Eligard/Lupron J-Code. Approximately 50% of the co-pay obligations for the Eligard/Lupron J-Code were incurred **before** Eligard was even introduced to the market in May 2002. This means, given the shared J-code, that these were actually claims for Lupron given the shared J-code. Based on Eligard's introduction during the second quarter of 2002 and its estimated market shares described above, I estimate that no more than 2.4% of the total co-pay obligation over the entire time period for the Eligard/Lupron J-Code in the CMS could be Eligard administrations (i.e., the remainder being Lupron administrations).

### P.     Ellence

28.     Ellence, manufactured by Pfizer, is used to treat some kinds of breast cancer after surgery. Quarterly spreads based on wholesaler data are almost all below 30%. Only a handful of quarters reach above 30% and they never exceed 40%. AMP spreads are very similar to the wholesaler data spreads, with only a few quarters reaching barely above 30%. Spreads based on CMS ASP data are also below 30%. I do not find spreads that are "significantly and consistently over 40 percent" for Ellence over the relevant time period.

### Q.     Leukine

29.     Leukine is a bone marrow stimulator that is used to treat leukopenia (low white blood cell count). It was manufactured by Immunex, although Immunex divested the drug and stopped manufacturing it in 2002. Quarterly spreads based on wholesaler data are almost all below 30%, with a few quarters having spreads of about 31%. Spreads based on quarterly AMP data range from 32% to 38%. The spread based on 2004 CMS ASP data is about 41%, but note that this occurs after Immunex divested itself of the drug. I do not find spreads that are "significantly and consistently over 40 percent" for Leukine over the relevant time period.

### R.     Lovenox

30.     Lovenox is used as a blood thinner to prevent blood clots and is manufactured by Aventis. Manufacturer data spreads are almost all below 30% and never above 40%. Spreads based on quarterly wholesaler data are very similar, again with most spreads below 30% and no spreads above 40%. The 2004 spread based on CMS ASP data is about 32%. I do not find spreads that are "significantly and consistently over 40 percent" for Lovenox over the relevant time period.

### S.     Novantrone

31.     Novantrone is used to treat Multiple Sclerosis and is sometimes used to treat prostate cancer and leukemia. It is manufactured by Immunex. Note that Novantrone is included in Table 2 of my August 5, 2011 Settlement Declaration. Spreads based on manufacturer data are well below 40% in almost all years, except in 1999 where the spreads reached about 44%. AMP data spreads are comparable to the manufacturer data spreads. Spreads based on wholesaler data are very similar to the manufacturer data spreads as well, with most below 30% and a limited number as high as 42%. Although

some spreads in the data are at or above 40%, there is no enduring pattern and most spreads are below 40% over time. Thus, I do not find spreads that are "significantly and consistently over 40 percent" for Novantrone over the relevant time period.

### T.   Prograf

32.   Prograf, manufactured by Immunex, is an immunosuppressant used to treat patients with organ transplants. Manufacturer data spreads are less than 30% for all years from 1998 through 2003. Quarterly spreads based on wholesaler data are all below 30%. The CMS ASP data spread for 2004 is 37%. I do not find spreads that are "significantly and consistently over 40 percent" for Prograf over the relevant time period.

### U.   Taxotere

33.   Taxotere is used to treat breast cancer and is manufactured by Aventis. In Table 3 of my August 5, 2011 Settlement Declaration, I summarized manufacturer data spreads. I found that manufacturer data spreads range from 29% to 35%. Spreads based on wholesaler data are very similar to the manufacturer data spreads. Finally, the 2004 CMS ASP spread is 25%. I do not find spreads that are "significantly and consistently over 40 percent" for Taxotere over the relevant time period.

### V.   Zemplar

34.   Zemplar, manufactured by Abbott, is a man-made form of Vitamin D that is used to treat secondary hyperparathyroidism (over activity of the parathyroid gland) in patients with chronic kidney failure. Spreads calculated using manufacturer data range from 25% to 38%. Quarterly spreads based on wholesaler data are very similar to the manufacturer data spreads, where almost all are less than 30%, and spreads never reach 40%. I do not find spreads that are "significantly and consistently over 40 percent" for Zemplar over the relevant time period.

## IV.   CONCLUSION

35.   It is my opinion that I have adequate and sufficient data to determine reliable spreads for each of the brand-name Group B drugs. In most cases, I am able to compare spreads calculated from several different data sources and therefore confirm my findings.

36.   In my August 5, 2011 Settlement Declaration, I found that 13 of the 22 brand-name Group B drugs had spreads based on wholesaler data that were frequently below 30% and rarely above 30%. I have corroborated that finding here with additional data sources, including AMPs, CMS ASPs and manufacturer transactional data ASPs. I find that those 13 drugs do not have spreads that are "significantly and consistently over 40 percent." In addition, using the same data sources, I have found here that the remaining 9 brand-name Group B drugs do not have spreads that are "significantly and consistently over 40 percent."

/s/ **Raymond S. Hartman**

Raymond S. Hartman

August 19, 2011

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on August 19, 2011, I caused copies of **_Supplemental Declaration of Raymond S. Hartman in Support of Track Two Settlement Allocation_**, to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

_____/s/ Steve W. Berman_____
Steve W. Berman