UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 <br><br> Master File No. 01-cv-12257-PBS |
| | ) ) | Subcategory No. 06-11337-PBS <br> Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: <br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) | Judge Patti B. Saris |

**[PROPOSED] ORDER ON JOINT MOTION TO EXTEND
THE 90-DAY ORDER OF DISMISSAL AS TO
DEFENDANTS PAR PHARMACEUTICAL, INC. AND
PAR PHARMACEUTICAL COMPANIES, INC.**

The Court having reviewed the Parties' Joint Motion to Extend the 90-Day Order of

Dismissal and having been advised that the Parties need additional time to file all necessary

documents with the Court per the Parties' settlement agreement:

IT IS ORDERED that the time period to reopen the action if settlement is not

consummated in the Settlement Order of Dismissal dated May 27, 2011 is extended up to and

including September 2, 2011.

SO ORDERED by the Court.

Entered _____ day of _____, 2011.

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE