**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

**STIPULATION OF DISMISSAL OF CLAIMS**
**AGAINST MYLAN WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff the State of Iowa (the "Plaintiff" or "State") and Defendants Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. (the State, Mylan Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. shall be collectively referred to as the "Parties") that:

1. On or about October 8, 2007, Plaintiff filed its Complaint against Mylan Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. in the case entitled *In re Pharmaceutical Average Wholesale Price Litigation, State of Iowa v. Abbott Laboratories, et al.*, (Master File No. 01-12257-PBS, Subcategory Case No. 07-12141-PBS; Original Southern District of Iowa No. 07-CV-00461) (the "Litigation"); and

2. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Settlement Agreement and Release between the Parties, the Parties hereby stipulate to entry of an Order dismissing with prejudice all claims asserted or that could have been asserted against Mylan Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. in the Litigation.

The undersigned Parties hereto respectfully request the Court to enter an Order in the form of attached hereto.

Dated:  Auguest 24, 2011.

                Respectfully submitted,

By: \_\_\_\_/s/ Joanne M. Cicala_____
      Joanne M. Cicala
      Daniel Hume
      KIRBY MCINERNEY LLP
      825 Third Avenue
      New York, NY 10022
      212-371-6600

*On Behalf of Plaintiff the State of Iowa*

By: \_\_\_\_/s/\_William A. Escobar _____
      William A. Escobar
      Christopher C. Palermo
      KELLEY DRYE & WARREN LLP
      101 Park Avenue
      New York, New York 10178
      212-808-7800

*On Behalf of Defendants Mylan Inc. (f/k/a Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

**ORDER OF DISMISSAL OF CLAIMS
AGAINST MYLAN WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff the State of Iowa (the "Plaintiff" or "State") and Defendants Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. (collectively, "Mylan"), by and through their respective counsel, have filed a Stipulation of Dismissal of Claims Against Mylan with Prejudice (the "Stipulation of Dismissal"), dismissing with prejudice all claims asserted or that could have been asserted against Mylan in the above-captioned action. Upon due consideration of the Stipulation of Dismissal and the papers on file in the above-captioned action,

IT IS HEREBY ORDERED that, consistent with the terms of the Settlement Agreement and Release between the State and Mylan, all claims asserted or that could have been asserted against Mylan in the above-captioned action shall be dismissed with prejudice and without costs to any party.

Entered this _____ day of _____, 2011.

_____
Hon. Patti B. Saris
United States District Court

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 24, 2011, I caused a true and correct copy of the foregoing Stipulation of Dismissal of Claims Against Mylan with Prejudice to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

                                                                                          /s/ James Carroll  
                                                                                        KIRBY McINERNEY LLP