UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

**JOINT NOTICE OF SETTLEMENT OF VEN-A-CARE CLAIMS AS TO THE PAR PARTIES AND REQUEST THAT COURT DISMISS SETTLED CLAIMS IN ACCORDANCE WITH STIPULATION OF DISMISSAL WITH PREJUDICE OF PAR PARTIES AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**

Ven-A-Care of the Florida Keys, Inc. (the "Relator") and PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC. (collectively PAR) hereby notify the Court that they have reached a comprehensive settlement, of all matters between them, in the above action under the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3729, *et seq*. The Relator and PAR have filed contemporaneously with this Notice their Stipulation of Dismissal with Prejudice attached to which are copies of the fully executed Settlement Agreement and Release (Exhibit A) and the proposed Order of Dismissal With Prejudice (Exhibit B). The Relator and PAR jointly request that the Court consent to the dismissal pursuant to 31 U.S.C. §3730(b)(1) and enter the proposed Order of Dismissal With Prejudice and further state as follows:

1.	The Settlement also encompasses settlements of the Relator's companion state *qui tam* claims relating to Florida and Texas. This Court's approval of the Settlement and entry of the proposed Order of Dismissal with Prejudice is a condition to the settlement as to Florida and Texas as well as to settlements reached with certain other government plaintiffs.

2.	Florida and Texas have joined in the Settlement and the United States has given its consent in the form specified as Exhibit 8 of the Settlement Agreement. The United States' consent is attached as Exhibit 1 to the instant Notice. The Relator has been instructed by the United States to file its executed consent with the Court upon PAR's payment of One Hundred Fifty Four Million Dollars ($154,000,000.00) provided for in the Settlement. PAR has made payment and the Relator has filed the consent, as Exhibit 1 to the instant Notice, with the Court.

Wherefore, the Relator and PAR request that the Court consent to the settlement and dismissal and enter the Order of Dismissal With Prejudice in accordance with the parties' Stipulation filed herewith.

Dated:  August 26, 2011	Respectfully submitted,

/s/ Alison W. Simon
ALISON W. SIMON, P.A.
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 430457
Miami, FL  33243
Phone:  305-663-2433
Fax:  305-665-1508
Counsel for Relator


 /s/ James J. Breen
JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
Phone: (770) 740-0008
Counsel for Relator

/s/ Paul K. Dueffert
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Phone: 202-434-5097
Fax: 202-434-5029
pdueffert@wc.com
Counsel for PAR

**CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the foregoing document, filed this 26th day of August, 2011 via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case management Order No 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Alison W. Simon
ALISON W. SIMON