## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> Master File No. 01-12257-PBS <br> Subcategory Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Iowa v. Abbott Laboratories, et al.* | |

### ORDER OF DISMISSAL OF CLAIMS
### AGAINST MYLAN WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff the State of Iowa (the "Plaintiff" or "State") and Defendants Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. (collectively, "Mylan"), by and through their respective counsel, have filed a Stipulation of Dismissal of Claims Against Mylan with Prejudice (the "Stipulation of Dismissal"), dismissing with prejudice all claims asserted or that could have been asserted against Mylan in the above-captioned action. Upon due consideration of the Stipulation of Dismissal and the papers on file in the above-captioned action,

IT IS HEREBY ORDERED that, consistent with the terms of the Settlement Agreement and Release between the State and Mylan, all claims asserted or that could have been asserted against Mylan in the above-captioned action shall be dismissed with prejudice and without costs to any party.

Entered this 29 day of august, 2011.

Hon. Patti B. Saris
United States District Court