# United States Court of Appeals
## For the First Circuit

No. 08-1055

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

### JUDGEMENT

Entered: September 1, 2011

Upon consideration of the parties' stipulated motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Azure M. Abuirmeileh
Eric Fleisig-Greene
Michael S. Raab
Steve Berman
Rita Hanscom
Donald Haviland
Steven Edwards
Andrew Schau
D. Scott Wise
Jill Brenner Meixel
Scott Kinsel
Jennifer F. Connolly
Michael S. D'Orsi