# United States Court of Appeals
## For the First Circuit

No. 08-1055

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

**MANDATE**

Entered: September 1, 2011

In accordance with the judgment of September 1, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Azure M. Abuirmeileh
Marc E. Ackerman
Joseph G. Adams
Kenneth W. Africano
Kevin N. Ainsworth
Neil Alden
Brooks Averell Ames
Anthony J. Anscombe
P. Jeffrey Archibald
Martin A. Aronson
Gary L. Azorsky
Violeta I Balan
Kathryn Bale
Brian L. Banks
Susan Hughes Banning
Scott A. Barbour
Charles Barnhill
Christopher K. Barry-Smith
S. Paul Battaglia
Jon Steven Baughman
Edwin Baum
P. Ryan Beckett

Rebecca Bedwell-Coll
Stacy D Belf
TerriAnne Benedetto
Daniel J. Bennett
Curtis Bergen
Elizabeth M. Bergen
Dawn M. Berhony
Mark A. Berman
Steve W. Berman
David H. Bershad
David J. Bershad
Lara A. Berwanger
Aimee E. Bierman
Thomas M Biesty
Brandon L Bigelow
Scott A. Birnbaum
Sheila L. Birnbaum
Donald Wayne Bivens
Steven E. Bizar
Rex Blackburn
Sam B. Blair
Lynn M. Blake
Robert P. Blood
Elise M. Bloom
Jack B. Blumenfeld
Anthony Bolognese
Nancy M Bonnell
Ali Bovingdon
Felix Lee Bowie
George Ian Brandon
James J. Breen
Thomas W. Breidenstein
Julie B. Brennan
Kenneth Brennan
Jill Brenner Meixel
Charlie Bridgmon
Ferris Brooke
Ross B Brooks
Raymond L Brown
John Anthony Bruegger
Nicole Y. Brumsted
Jason Bruno
Bill L. Bryant
Michael M. Buchman
Michael M. Buchman
Daniel Jerome Buckley

John P. Bueker
James C. Burling
David J. Burman
William F. Burns
Richard O. Burson
Michelle L. Butler
Evan D. Buxner
Ann M. Campbell
Susan F. Campbell
William P. Campos
Robert B Carey
James P. Carroll
Clinton C. Carter
Todd S. Cashin
Brent Caslin
Gregory Andrew Castanias
William F. Cavanaugh Jr.
Chris Chapman
Stanley M. Chesley
Lloyd B. Chinn
Eric Paul Christofferson
Joanne M. Cicala
Toni-Ann Citera
Peter J Clines
Stephen L. Coco
Dale Samuel Coffman
Barak Cohen
Randy Scott Cohn
Lisa Colcock Phelan
Jeremy P. Cole
Jennifer F. Connolly
Terrence M Connors
R. Christopher Cook
J. Gordon Cooney
Michael Coons
Charles Greg Copeland
W. Rick Copeland
Lisa Stephanie Core
John G. Corlew
Zachary N. Coseglia
Richard J. Costa
Patricia A. Costigan
Paul J. Coval
John P. Cowart
James Craft
John Adam Crawford

John K. Crisham
Florence A. Crisp
Jonathan W. Cuneo
Christopher J. Cunio
Michael S. D'Orsi
John R. Dacey
James R. Daly
Jobe Galope Danganan
Joseph Danis
Sasha K. Danna
David Lee Darwin
Dawn L. Dauphine
R. James De Rose
Vincent M. DeBella
Brett T. DeLange
Robert S. DeLuca
Michael DeMarco
John E. DeWulf
Merle M. Delancey
Joseph G. Derespino
Ryan Michael DiSantis
Bryan R. Diederich
Christopher Dillon
Nada Djordjevic
John C. Dodds
Beth Lillian Domenick
James A. Donahue
Lloyd Donders
Michael P. Doss
Mark A. Dreher
Rebecca L. Dubin
Paul K Dueffert
James J. Duffy
Patrick C. Dunican
Davisson F Dunlap
Kimberly A. Dunne
Stephen A Ecenia
Marc H. Edelson
Steven M. Edwards
Adrienne Ehrhardt
Robert G. Eisler
Jacob Elberg
G. Scott Emblidge
Frank R. Emmerich
David F. Engstrom
David W. Engstrom

George Q. Evans
John Clayton Everett
Charles David Ewing
Tyrone C. Fahner
Bruce E. Falby
Douglas Farquhar
Eric B. Fastiff
David D Fauvre
Karl Angelo Fazio
Michael N Feder
Brian T. Feeney
Elizabeth Fegan Hartweg
Ira M. Feinberg
Steven Fermon
Jack E. Fernandez
Anastasia M. Fernands
Anastasia M. Fernands
Sabrina G. Ferris
Noam B Fischman
Thomas F Fitzgerald
Michael J. Flannery
Eric Fleisig-Greene
Jason Brett Fliegel
Alicia M. Freind
Kimberly I. Friday
Jeffrey S. Friedman
Laci P. Frisbie
Robert Funkhouser
Jeff H Galloway
Nancy Freeman Gans
Todd S. Garber
Peter E. Gelhaar
Barry Gerstman
David C. Giardina
C. V. Gibson
Jordan Samuel Ginsberg
Lucy Fowler Glasson
Scott A. Glogovac
Daniel Loras Glynn
David M. Glynn
Gejaa T. Gobena
Jessica Chong Goebeler
Neil A. Goldberg
Richard M. Goldstein
Lars C Golumbic
Andrew S Gordon

James W. Grabble
David F. Graham
David G. Greene
Richard A. Griffin
Daniel E. Gustafson
Erik Haas
Elizabeth I. Hack
Thomas V. Hagerty
Andrew Foster Halaby
Lisa A. Hall
Barry D. Halpern
Thomas B. Hamilton
Samuel J Hand
Blake M. Harper
James S. Harrington
Kimberly D. Harris
David E. Haviland
Donald E. Haviland Jr.
Joseph E. Haviland
Dwight A. Healy
Eden M. Heard
Richard C. Heidlage
Samuel D. Heins
Joshua R. Heller
Richard Hempfling
George Bunsen Henderson II
John C. Henegan
Colleen M. Hennessey
Thomas J. Hennessey
Mary Ellen Hennessy
Frederick G. Herold
Nicola R. Heskett
Theodore M. Hess-Mahan
Robert Heuck
Kimberly K. Heuer
Michael B Hewes
Jonathan S. Hickey
Robert D. Hillman
Geoffrey E. Hobart
Janet E. Hochberg
Paula J. Holbrook
Kathryn L. Holloman
William E Hopkins
James D Houston
Aaron D. Hovan
Derek G. Howard

Robert B. Hubbell
Stephen M. Hudspeth
Kirk B. Hulett
Daniel Hume
Andrew L. Hurst
Daniel J. Hurteau
Kasey Todd Ingram
J. Andrew Jackson
Albert L Jacobs
Andrew Martin Jacobs
Lawrence E. Jacobs
Gavin G Jangard
Edwin U. John
Kelly Overstreet Johnson
C. David Johnstone
Clyde Havird Jones
Jaime L.M. Jones
Lydia Alyce Jones
Karen R. Kaczmarski
Paul E. Kalb
Alexander L. Karan
Jonathan D. Karmel
Mandi Jean Karvis
Brian P. Kavanaugh
Benjamin J. Keith
D. Michael Kelly
D. Michael Kelly
Fred Anthony Kelly Jr.
Michael K. Kennedy
Susan Kennedy
John Albert Kiernan
Sung W. Kim
Scott C. Kinsel
Roger W. Kirby
Alan Klein
Kenneth D. Klein
Terry Klein
Carisa A. Klemeyer
Joseph L. Kociubes
Jeffrely L. Kodroff
Michael L. Koon
Katy E. Koski
Daniel Kovel
David Kovel
Walter J. Lack
Casey D. Laffey

Adam Lang Lang
Matthew L. Larrabee
Scott R. Lassar
Caesar Kinnier Lastimosa
Donald A. Lattin
Mark A Lavine
Michael Thomas Layden
Meredith Myers LeConey
Thomas Henry Lee II
William F. Lee
Douglas E Levanway
Adam S. Levy
Bruce A. Levy
Robert S Libman
Stephen D. Libowsky
Robert S. Litt
M. James Lorenz
John R. Low-Beer
Patricia K. Lundvall
Mark J. MacDougall
Susan E. MacMenamin
John A. Macoretta
William J. Madelon
Daniel Joseph Maher
Willim J Maledon
Ann H. Malekzadeh
Alan Mansfield
Andrea Lynn Marconi
Marc Marinaccio
Wilbert Benjamin Markovits
Ana Maria Martinez
Glen G. Mastroberte
Justin L. Matheny
Melanie Matison Brown
Sean R. Matt
James W. Matthews
Joseph G. Matye
Kirsten V. Mayer
S. Elaine McChesney
Michael L. McCluggage
Robert J. McCully
T. English McCutchen
Gregory J. McDonald
John A. McDonald
John P. McDonald
David C. McElhinney

Jennifer H. McGee
Kathleen H. McGuan
John J. McIntosh
Henry McMaster
Ronald Edward McMillan
Joseph L. McNamara
Hugh E. McNeely
Benjamin McRae Watson
Jessica Medina
Charles V. Mehler
Brian Melber
Michael T. Mervis
Joseph U. Metz
Geoffrey J. Michael
W. Daniel Miles
Adam D. Miller
Darrell A.H. Miller
Jeffrey A. Miller
Jeffrey N. Miller
Mary Miller
Robert Miller
Douglas T. Miracle
Cheryl A. Mitchell
J. Ryan Mitchell
Ryan J. Mitchell
Vincent John Montell
Bridget E. Montgomery
John T. Montgomery
Joseph L. Mooney
C. Michael Moore
Mary Clay W. Morgan
Saul P. Morgenstern
C. Glenn Morris
Christopher Moscone
James P. Muehlberger
Luther T Mumford
Brian J. Murray
Gilmur R. Murray
David S. Nalven
Dianne M. Nast
Eugene R. Naylor
Kim B. Nemirow
David Newmann
Timothy Nimrod
Edward Notargiacomo
Brien T. O'Connor

Michael Sean O'Reilly
Kathleen M. O'Sullivan
Victoria L. Oswald
Rodney Wayne Ott
Pamela M. Overton
Mario A. Pacella
Christopher C Palermo
Randall Papetti
Niraj J. Parekh
Mona M. Patel
Shamir Patel
Carlos M. Pelayo
Maria Pellagrino Rivera
Richard J. Pendergast
Paul J. Pennock
William C Pentecost
Michael F. Perley
Michael F. Perley
Edward J. Peters
Edward J. Peters
Gregory M. Petouvis
Lisa Colcock Phelan
Robert Alexander Pitcairn
Harold Edward Pizzetta
Anthony C. Porcelli
Sharon M. Porcellio
David C. Potter
Michael J. Prame
Christopher E. Prince
Kristi T. Prinzo
Carlos Provencio
Mary G Pryor
William H. Pryor
James A. Quadra
Vivian M. Quinn
Michael S. Raab
Sara Kristine Rankin
Richard C. Raskin
Richard D. Raskin
William N Reed
Jonathan T. Rees
Sarah L. Reid
Daniel E. Reidy
Charles Roderick Reynolds
Tina D. Reynolds
Robert P. Reznick

Ira N. Richards
J. Douglas Richards
Eric Wade Richardson
Matthew T. Richardson
Michael David Richman
Kevin A Ricotta
Richard J. Riley
Stephanie Rippee
Maria Pellagrino Rivera
Rosalind M. Robertson
Joseph F. Roda
Kevin P. Roddy
Jared D. Rodrigues
Grace Rodriguez
Douglas L. Rogers
Jill Rogers-Manning
Alfred O. Rose
Andrew C. Rose
Daniel Edward Rosenfeld
Henry H. Rossbacher
Matthew A. Rossi
Jennifer B. Rubin
Lee Ann Russo
J. Rheba Rutkowski
David M. Ryan
Jennifer M. Ryan
Winn L Sammons
Mark S Sandmann
Robert D. Sanford
Joseph R. Saveri
Sherrie R. Savett
K. Michael Sawicki
Andrew Jonathan Schaeffer
Andrew D. Schau
Lori A. Schechter
Richard L Scheff
Aaron Schepler
Andrea Schillaci
Paul S. Schleifman
John Stephen Schmutz
Mark Paul Schnapp
Susan Schneider Thomas
Lance A. Selfridge
Mark D. Seltzer
Gary Senega
John D. Shakow

Jay B. Shapiro
Jonathan Shapiro
James W. Shelson
Robert W. Shely
Robert P. Sherman
Jonathan Shub
Carrie A. Shufflebarger
Anne Sidrys
Robert P. Simbro
David M Simon
John G Sims
Eliseo Zamora Sisneros
D. Jacques Smith
Katherine K Smith
Mark David Smith
Thomas M. Sobol
Charles L. Solomont
Nathan R. Soucy
Robert Spagnoletti
Shanin Specter
Lee Squitieri
Peter Dexter St. Phillip Jr.
Robert R. Stauffer
Paul K Stecker
Scott David Stein
Scott A. Stempel
Theodore Reed Stephens
Laurie J. Sternberg
Catherine Emily Stetson
Andrew D. Stillufsen
Faye Elizabeth Stilz
Paul Lincoln Stoller
Jack M Stover
Joseph Preston Strom
Christopher P. Sullivan
Kevin R. Sullivan
Richard T Sullivan
Paul G. Summers
J. Thomas Susich
James Edwin Swaim
Joseph Swanson
Thomas J. Sweeney
Marisa A. Szelag
Tina M. Tabacchi
Crystal D. Talley
Paul R. Taskier

Robert Taylor-Manning
Randal C. Teague
Lee Davis Thames
Nicholas C. Theodorou
John R. Therien
Elizabeth Abimbola Thomas
Mark S Thomas
Ann Thompson Uglietta
Sarah Allison Thornton
Sandra G. Tillotson
Dana George Toole
David S. Torborg
Karin B Torgerson
Mitchell A. Toups
John M. Townsend
Lyndon M. Tretter
Stephen A. Tuggy
J. Kennedy Turner
Mark R. Uba
Palmer G. Vance
Michael J. Vanselow
James M. Vant
J Bradley Vatrt
Clark Vellis
Peter J. Venaglia
Stephanie Vithoulkas Hackett
B. J. Wade
Morris Waisbrot
Karen N. Walker
Molly Mitchell Walker
Edward A. Wallace
Jason D Wallach
Jason D. Wallach
Liza M. Walsh
Stephanie Walsh
Atlee W. Wampler
Lawrence G. Wasden
Benjamin Martin Wattenmaker
Darlene Marie Wauro
Nina I Webb-Lawton
Melvyn I. Weiss
Kenneth A. Wexler
Robert A. White
Jeffrey A. Wieczkowski
Lasagne A. Wilhite
Brian L. Williams

Kent M. Williams
Christopher B Wilson
Michael Winget-Hernandez
D. Scott Wise
Helen Witt
Sarah R. Wolff
Michael R. Wolford
Amanda J. Wong
Frank A Wood
David Woodward
Adam Wright
Damon M. Young
Mark Gregory Young
Joseph E. Zdarsky
George A Zelcs
Bruce M. Zessar