UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, Inc., et al.* | ) )<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**SEPTEMBER 2011 STATUS REPORT ON BEHALF OF
THE CITY OF NEW YORK AND NEW YORK COUNTIES**

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for September 2011, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: September 1, 2011

                                                        Respectfully submitted,

                                              **City of New York and New York Counties in
MDL 1456 except Nassau and Orange, by**

                                              **KIRBY McINERNEY, LLP**
                                              825 Third Avenue
                                              New York, New York 10022
                                              (212) 371-6600

                      By:  /s/ Joanne M. Cicala_____
                                  Joanne M. Cicala

1

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**September 2011 Status Report on Behalf of the
City of New York and New York Counties**

**<u>Summary Judgment and Daubert Motions</u>**

On or before September 30, 2011, motions for summary judgment and/or Daubert motions are due. All oppositions to the motions are due on or before October 31, 2011. *See* the Court's June 23, 2011 Electronic Notice of Set Deadlines.

**<u>Settlement Order of Dismissal</u>**

On July 7, 2011, the court entered plaintiffs' proposed settlement order of dismissal of claims against the following defendants: Alpharma, Inc., Purepac Pharmaceutical Co., Eli Lilly and Company, Endo Pharmaceuticals Inc., King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Merck & Co., Inc., Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., UDL Laboratories Inc., Par Pharmaceutical Company Inc., Par Pharmaceutical Inc., Roche Laboratories Inc., Hoffman-La Roche Inc., Schering-Plough Corp., Schering Corporation, Warrick Pharmaceuticals Corporation, TAP Pharmaceutical Products Inc., Watson Pharmaceuticals Inc., and Watson Pharma Inc. The order provides that claims against these defendants shall be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated. *See* Docket No. 7656, Sub-docket No. 296.

**CERTIFICATE OF SERVICE**

I, Kathryn Allen, hereby certify that on the 1st day of September, 2011, I caused a true and correct copy of the above September 2011 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  September 1, 2011

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600