UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br>*v.*<br>*Abbott Laboratories Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 07-12141<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## SEPTEMBER 2011 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for September 2011, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  September 1, 2011

                                              Respectfully submitted,

                                              **KIRBY McINERNEY, LLP**
                                              825 Third Avenue
                                              New York, New York 10022
                                              (212) 371-6600

                          By:   /s/ Joanne M. Cicala_____
                                    Joanne M. Cicala

                                              *Counsel for the State of Iowa*

1

### September 2011 Status Report for the State of Iowa

**Summary Judgment and Daubert Motions**

On or before September 30, 2011, motions for summary judgment and/or Daubert motions are due. All oppositions to the motions are due on or before October 31, 2011. *See* the Court's June 23, 2011 Electronic Notice of Set Deadlines.

**Voluntary Dismissal of Claims**

On April 14, 2011, plaintiff filed a notice of voluntary dismissal of claims against defendant Tap Pharm. Products, Inc. n.k.a. Takeda Pharm. N.A., Inc. *See* Docket No. 7502, Sub-docket No. 112.

On April 15, 2011, plaintiff filed a notice of voluntary dismissal with prejudice of claims against defendant Novartis Pharmaceuticals Corp. *See* Docket No. 7505, Sub-docket No. 113.

On April 20, 2011, plaintiff filed a notice of voluntary dismissal of claims against defendants Hoffman-La Roche, Inc. and Roche Laboratories, Inc. *See* Docket No. 7509, Sub-docket No. 115.

On August 30, 2011, the court entered an order granting plaintiff's stipulation of dismissal of claims with prejudice against defendants Mylan Inc., Mylan Pharmaceuticals Inc., and UDL Laboratories Inc. *See* Docket No. 7774, Sub-docket 126.

**Settlement Order of Dismissal**

On July 7, 2011, the court entered plaintiff's proposed settlement order of dismissal of claims against defendants: Alpharma, Inc., Purepac Pharmaceutical Co., Eli Lilly and Company, Endo Pharmaceuticals Inc., King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Merck & Co., Inc., Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., UDL Laboratories Inc., Par Pharmaceutical Company Inc., Par

Pharmaceutical Inc., Schering-Plough Corp., Schering Corporation, Warrick Pharmaceuticals Corporation, Watson Pharmaceuticals Inc., and Watson Pharma Inc. The order provides that claims against these defendants shall be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.  *See* Docket No. 7657, Sub-docket No. 122.

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of September, 2011, she caused a true and correct copy of the above September 2011 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: September 1, 2011

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600