UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of South Carolina v. Abbott Laboratories, Inc.* Civil Action No. 06-cv-11883-PBS | Judge Patti B. Saris |

## AGREED MOTION TO REVISE SCHEDULING ORDER

Plaintiff the State of South Carolina and Defendant Abbott Laboratories Inc. (collectively, the "Parties") respectfully request that this Court amend its Scheduling Order to correspond to the Second Amended Scheduling Order recently entered by the Honorable Judge Maddox in the related actions brought by the State of South Carolina currently pending in state court in South Carolina. In support of this Motion, the Parties state as follows:

1. This action is related to a set of actions also brought by the State of South Carolina against numerous pharmaceutical manufacturers to recover damages on behalf of the South Carolina Medicaid Agency and South Carolina State Health Plan which are currently pending in the South Carolina Court of Common Pleas for the Fifth Judicial Circuit in Richland County.

2. On August 1, 2011, at a status conference in this case, the Court entered a Scheduling Order which, among other things, set various fact and expert discovery deadlines for this case, including a fact discovery deadline of January 3, 2012.

3. At the time the Court entered this Scheduling Order, the Parties informed the Court that a status conference was scheduled for August 24, 2011 in the related actions pending before Judge Maddox in state court. The Parties also informed the Court of their intention to

move to modify the Scheduling Order depending on the outcome of the state court status conference. The Court expressed its willingness to coordinate discovery with the related state court actions and to amend the Scheduling Order in this action to correspond to the scheduling order entered in the state court actions.

4. At the August 24, 2011 status conference, Judge Maddox entered the Second Amended Scheduling Order, attached as Exhibit A, which now governs the related actions pending in state court. The deadlines set forth in the Second Amended Scheduling Order differ from those in the Scheduling Order entered in this case. The Second Amended Scheduling Order, among other things, sets a fact discovery deadline of March 16, 2012.

5. The Parties agree that coordination between the schedule of this action and the related actions pending in state court is the most practical and cost efficient means of moving forward in this litigation.

WHEREFORE, the Parties respectfully request that this Court amend the fact discovery deadline in the Scheduling Order entered on August 1, 2011 to correspond to the March 16, 2012 fact discovery deadline set forth in the Second Amended Scheduling Order entered by Judge Maddox and that all other deadlines set forth in the Scheduling Order be adjusted accordingly.

| | |
|---|---|
| Dated: September 9, 2011 | /s/ Jeremy P. Cole<br>Jones Day<br>James R. Daly<br>Jeremy P. Cole<br>Carol P. Geisler<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL  60601<br>Tel: (312) 782-3939<br>Fax: (312) 782-8585<br><br>/s/Robert Y. Knowlton<br>Haynsworth Sinkler Boyd, P.A.<br>1201 Main Street, Suite 2200 (29201)<br>Post Office Box 11889 (29211)<br>Columbia, SC<br>Tel: (803) 779-3080<br>Fax: (803) 765-1243<br><br>*Counsel for Defendant Abbott Laboratories Inc.* |

## CERTIFICATE OF SERVICE

I, Robert Y. Knowlton, an attorney, hereby certify that I caused a true and correct copy of the foregoing AGREED MOTION TO REVISE SCHEDULING ORDER to be served upon all counsel of record electronically, this 9th day of September, 2011.

/s/ Robert Y. Knowlton
Robert Y. Knowlton