## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: *The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) | Judge Patti B. Saris |

## [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS WATSON PHARMACEUTICALS, INC. AND WATSON PHARMA, INC. F/K/A SCHEIN PHARMACEUTICALS, INC.

The Motion for Dismissal is hereby GRANTED.  All Claims in this action against Defendants Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. f/k/a Schein Pharmaceuticals, Inc. are dismissed with prejudice and without costs to any party.


IT IS SO ORDERED


Dated: _____, 2011


_____
The Honorable Patti B. Saris
United States District Court Judge