UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141-PBS<br><br><br>Judge Patti B. Saris |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE:

The State of Iowa ("Plaintiff") and defendants Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. f/k/a Schein Pharmaceuticals, Inc. (collectively "Watson Parties"), having settled all matters in dispute between them in this cause, jointly move this Court to dismiss with prejudice all of the Plaintiff's claims asserted herein against the Watson Parties, provided that the dismissal shall not affect the rights and duties of such parties as expressed in their Settlement Agreement.

Dated:  September 14, 2011

                                                        Respectfully submitted,

                                        By:   /s/ Joanne M. Cicala
                                             Joanne M. Cicala
                                             Daniel Hume
                                             Kirby McInerney LLP
                                             825 Third Avenue
                                             New York, NY 10022
                                             212-371-6600

                                             *On Behalf of Plaintiffs the State of Iowa*

By:  /s/ James W. Matthews
James W. Mattews
K&L Gates
State Street Financial Center, One Lincoln Street
Boston, Massachusetts 02111-2950
(617) 261-3197
(617) 262-3175 (FAX)

*On Behalf of Watson Pharmaceuticals, Inc.and Watson Pharma, Inc., f/k/a Schein Pharmaceuticals, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2011, I caused a true and correct copy of the foregoing, JOINT MOTION TO DISMISS WITH PREJUDICE, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

  /s/ James Carroll
KIRBY McINERNEY LLP