UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| **TRACK TWO SETTLEMENT** | Judge Patti B. Saris |

**PLAINTIFFS' NOTICE OF FILING OF ADDITIONAL DECLARATIONS RELATING TO MOTION FOR ATTORNEYS' FEES AND COSTS AND COMPENSATION TO THE CLASS REPRESENTATIVES IN ASSOCIATION WITH THE
TRACK TWO SETTLEMENT**

Plaintiffs have moved the Court for an entry of an order awarding attorneys' fees and costs to Class Counsel and compensation to the class representatives in association with the Track Two Settlement. *See* Dkt. No. 7515. Plaintiffs hereby supplement Dkt. No. 7515 with the attached declarations and respectfully request that the Court approve compensation to these individuals, clients of Don Haviland who were previously offered as class representatives in this action and who have performed tasks in furtherance of the litigation as more particularly set forth in the declarations.[1]

---

[1] The Court recently added additional Track Two consumer class representatives . Class Counsel will supplement the request for compensation for these new representatives if and when it becomes clear that no further work is required of the new representatives.

- 1 -

001534-16 473075 V1

DATED:  September 15, 2011

Respectfully submitted,

By:  /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:   (202) 355-6455

Jeffrey L. Kodroff
John A. Macoretta
SPECTOR, ROSEMAN, KODROFF & WILLIS P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:   (215) 496-6611

Kenneth A. Wexler
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone:  (312) 346-2222
Facsimile:   (312) 346-0022

>	Marc H. Edelson
>	EDELSON & ASSOCIATES, LLC
>	45 West Court Street
>	Doylestown, PA  18901
>	Telephone:  (215) 230-8043
>	Facsimile:   (215) 230-8735
>
>	*Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing pleading to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 15, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

By **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 8th Avenue, Suite 3300
Seattle, WA  98101
(206) 623-7292

- 4 -

**INDEX OF DECLARATIONS**

| EXHIBIT | DECLARATION |
|---|---|
| 1 | Declaration of **Katie Bean** In Support of Request for Reimbursement from the Track Two Settlement |
| 2 | Declaration of **Jimmie May Carter** In Support of Request for Reimbursement from the Track Two Settlement |
| 3 | Declaration of **Pat Drewett** In Support of Request for Reimbursement from the Track Two Settlement |
| 4 | Declaration of **Virginia Newell** In Support of Request for Reimbursement from the Track Two Settlement |
| 5 | Declaration of **Mary Wright** In Support of Request for Reimbursement from the Track Two Settlement |
| 6 | Declaration of **Roger Clark** In Support of Request for Reimbursement from the Track Two Settlement |
| 7 | Declaration of **Rev. David Aaronson** In Support of Request for Reimbursement from the Track Two Settlement |
| 8 | Affidavit of **Alex K. Gunther** In Support of Request for Reimbursement from the Track Two Settlement – The Estate of Oral Ray Roots |
| 9 | Declaration of **Beverly Thomson Shaw, Esq**. In Support of Request for Reimbursement from the Track Two Settlement |
| 10 | Declaration of **Rebecca Anne Hopkins** In Support of Request for Reimbursement from the Track Two Settlement |
| 11 | Declaration of **Larry Young** In Support of Request for Reimbursement from the Track Two Settlement |
| 12 | Affidavit of Donald E. Haviland, Jr. In Support of Request for Reimbursement from the Track Two Settlement Fund to **M. Joyce Howe** |
| 13 | Affidavit of Donald E. Haviland, Jr. In Support of Request for Reimbursement from the Track Two Settlement Fund to **Ethel Walters** |

001534-16  473075 V1