Case 1:01-cv-12257-PBS   Document 7591   Filed 06/08/11   Page 1 of 11

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> All CLASS ACTIONS RELATING ) <br> TO TRACK TWO DEFENDANTS ) <br> ) <br> _____ ) | MDL NO. 1456 <br> CIVIL ACTION NO. <br> 01-CV-12257-PBS <br><br> *September 17, 2011,* <br> *After careful review of the* <br> *relevant portions of the record, the Court* <br> *adopts the report and recommendation and* <br> *allows the motion to withdraw. (Docket Entry* <br> *# 7503).* <br><br> *William G. Young* <br> *District Judge* |

**REPORT AND RECOMMENDATION RE:**
**HEALTH CARE FOR ALL'S MOTION TO WITHDRAW AS CLASS 1**
**REPRESENTATIVE FOR TRACK 2 SETTLEMENT**
**(DOCKET ENTRY # 7503)** [1]

June 8, 2011

**BOWLER, U.S.M.J.**

Health Care for All ("HCFA"), one of five associational class representatives of class 1 preliminarily designated for settlement purposes for track two, moves to withdraw as a class representative. (Docket Entry # 7503). "Named Consumer Plaintiffs,"[2] represented by Donald E. Haviland, Jr., Esq.

---

[1] Issues with respect to class certification, including amendment of a class certification order, are properly addressed as a report and recommendation under 28 U.S.C. § 636(b)(1)(B). See Nelson v. Nationwide Mortgage Corp., 659 F.Supp. 611, 619 (D.D.C. 1987) (magistrate judges "have no authority to rule on class action certification motions, 28 U.S.C. § 636(b)(1)(A), but such motions may be referred to a magistrate to . . . prepare proposed findings of fact and recommendations for disposition"); see, e.g., Kiobel v. Millson, 592 F.3d 78, 80 (2nd Cir. 2010).

[2] The named consumer plaintiffs are described in part infra. Counsel provides a more detailed description in an