# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) <br> ) Master File No. 01-cv-12257-PBS <br> ) <br> ) Subcategory No. 06-11337-PBS <br> ) Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: | ) |
| United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al. | ) Judge Patti B. Saris <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL WITH PREJUDICE OF CERTAIN CLAIMS AGAINST WATSON DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, Relator Ven-A-Care of the Florida Keys, Inc. (the "Relator") and Watson Pharmaceuticals, Inc., ("WPI") and Schein Pharmaceuticals, Inc. (now known as Watson Pharma, Inc.) ("Schein, and collectively with WPI, "Watson") (Watson together with Relator collectively the "Parties") filed with this Court, a Stipulation of Dismissal and Motion for Order of Dismissal with Prejudice as to Certain Claims Against Watson. Upon due consideration of the Stipulation and the Parties' Settlement Agreement and Release, the United States' Consent, the lack of objection to the proposed Settlement, and the Court's determination that the Settlement Amount appears to the Court to be fair, adequate, and reasonable under all the circumstances, the Court hereby approves the Settlement.

WHEREFORE, IT IS ORDERED, that

1. Consistent with the terms of, and as limited by, the Settlement Agreement and Release attached hereto as Exhibit A, the above captioned Civil Action is partially dismissed with prejudice as to Watson with respect to the federal share of Medicaid program payments by the settling states that are parties to the Settlement Agreement and Release and is not dismissed, at this time, with respect to claims relating to the federal share of Medicaid program payments by states that are not parties to the Settlement Agreement and Release.

2. This Order resolves all claims against Watson for the federal share of Medicaid program payments by the settling states that are parties to the Settlement Agreement and Release encompassed by the above-captioned Civil Action, and those attributable to the remaining states are not dismissed by this Order. This Order shall in no way prejudice or limit any claims for a state's share.

3. Except as specified in the Settlement Agreement and Release, each party shall be responsible for its own expenses, attorneys' fees, and costs.

4. The Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Parties' Settlement Agreement and Release to the extent reasonably necessary and appropriate.

IT IS SO ORDERED this __ day of September, 2011.

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE