UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **In re Pharmaceutical Industry** <br> **Average Wholesale Price Litig.** | ) <br> ) <br> ) <br> ) | **MDL No. 1456** <br> **C.A. No. 01-CV-12257-PBS** |
| THIS DOCUMENT RELATES TO: <br> TRACK TWO SETTLEMENT | ) <br> ) <br> ) <br> ) | Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE

John J. Pentz hereby withdraws his appearance in this matter on behalf of putative intervenor Corinna Connick, 12545 Ashton Trail, Chardon, OH 44024, who will proceed in this matter *pro se*.

Dated:   September 23, 2011        Respectfully submitted,

*/s/ John J. Pentz*
John J. Pentz, Esq.
MA Bar # 561907
2 Clock Tower Place, Suite 440
Maynard, MA  01754
Phone: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 23, 2011 he efiled a true copy of the foregoing document via the ECF filing system of the District of Massachusetts, and as a result a copy of this document was served on every counsel of record.

*/s/ John J. Pentz*
John J. Pentz