UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.*<br><br>and<br><br>*State of Iowa v. Abbott Laboratories, et al.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] REVISED SUMMARY JUDGMENT AND DAUBERT BRIEFING SCHEDULE**

The summary judgment and <u>Daubert</u> briefing and hearing schedule entered in the above-referenced matters by this Court on June 23, 2011 is hereby modified as follows:

| ACTION | DEADLINE |
|---|---|
| Summary Judgment Motions and <u>Daubert</u> Motions | October 28, 2011 |
| Oppositions to Motions | November 30, 2011 |
| Summary Judgment and <u>Daubert</u> Motion Hearing | February 22, 2011 |

SO ORDERED

_____  _____
                                                                 PATTI B. SARIS
                                                                 U.S. DISTRICT COURT JUDGE