UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **In re Pharmaceutical Industry** <br> **Average Wholesale Price Litig.** | ) <br> ) <br> ) | MDL No. 1456 <br> C.A. No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: <br> TRACK TWO SETTLEMENT | ) <br> ) <br> ) <br> ) | Judge Patti B. Saris |

## MOTION TO WITHDRAW OBJECTIONS

Class members John J. Pentz and Connie Pentz hereby move, pursuant to FRCP 23(e)(5), to withdraw their objections to the Track 2 settlement and associated request for attorneys' fees, in light of the beneficial changes to the settlement allocation and the more accurate and comprehensive notice to the Class 3 consumers that were advocated in their objections.

Dated:   September 23, 2011          Respectfully submitted,

*/s/ John J. Pentz*
John J. Pentz, Esq.
MA Bar # 561907
2 Clock Tower Place, Suite 440
Maynard, MA  01754
Phone: (978) 461-1548
Fax: (978) 405-5161
Clasaxn@earthlink.net

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 23, 2011 he efiled a true copy of the foregoing document via the ECF filing system of the District of Massachusetts, and as a result a copy of this document was served on every counsel of record.

*/s/ John J. Pentz*
John J. Pentz