For                                              Sept 23, 11

D. E. Jones
[address redacted]
Richmond, CA 94801                2011 SEP 26  P 1:23

Comments: Civil Action (#: 01-CV-12257-PBS, MDL No. 1456)

To whom it may concern, thank you for hearing my comments on the the lawsuite: AWP Track 2 Settlement, I'am or was on the drugs Epogen + Lasix, and they help me, payco + Medicare Part D, and wish to be in the lawsuite to use moneys, to help pay for eye glasses, and dental work done on me, last year I 2010 paid 1,900.00 for dentish. This year 2011 I payed 316.00 for dental work, also 2011 paid for eye glasses all so 2011.

I'am on a fix income monthly 878.00, plus paid, Rent, Phone, Cell Phone I have to have because of kidney transplant P.G +E, and this is because medicare don't pay any more, no $20.00 for (on SSI) the last two year. It IS HARD! Thanks this lawsuite could help me!   Darnell Ernestine Jones.