UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **In re Pharmaceutical Industry** | ) | **MDL No. 1456** |
| **Average Wholesale Price Litig.** | ) | C.A. No. 01-CV-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| TRACK TWO SETTLEMENT | ) | |
| | ) | |

### NOTICE OF APPEAL

Corinna Connick hereby appeals to the United States Court of Appeals for the First Circuit from the Order of the Court denying her motion to intervene on the grounds that she is not a class member (Document 7770).

Dated:

*[signature: Corinna Connick]*

Corinna Connick, *pro se*
12545 Ashton Trail,
Chardon, OH 44024

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2011 she served a true copy of the foregoing document on the following counsel of record via electronic mail and Ordinary U.S. Mail:

Sean Matt
Hagens Berman
1918 Eighth Ave.
Suite 3300
Seattle, WA 98101

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Steve Berman

Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Jeffrey Kodroff
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603

/s/ Corinna Connick
Corinna Connick