UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT ENDO PHARMACEUTICALS INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendant Endo Pharmaceuticals Inc. (the "Settling Defendant"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and the Settling Defendant, that all claims in this action against the Settling Defendant are dismissed with prejudice and without costs to any party.

Dated:  September 28, 2011

                                            Respectfully submitted,

                                By:   /s/ Joanne M. Cicala
                                        Joanne M. Cicala
                                        Daniel Hume
                                        Kirby McInerney LLP
                                        825 Third Avenue
                                        New York, NY 10022
                                        212-371-6600

                                        *On Behalf of the State of Iowa*

By: /s/ Jonathan L. Stern
Jonathan L. Stern
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

*On Behalf of Endo Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2011, I caused a true and correct copy of the foregoing Notice of Voluntary DismissalWith Prejudice of Plaintiff's Claims Against Defendant Endo Pharmaceuticals Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP