UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.*<br><br>and<br><br>*State of Iowa v. Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

[PROPOSED] REVISED SUMMARY JUDGMENT AND DAUBERT BRIEFING
SCHEDULE

The summary judgment and Daubert briefing and hearing schedule entered in the above-referenced matters by this Court on June 23, 2011 is hereby modified as follows:

| ACTION | DEADLINE |
|---|---|
| Summary Judgment Motions and Daubert Motions | October 28, 2011 |
| Oppositions to Motions | November 30, 2011 |
| Summary Judgment and Daubert Motion Hearing | February 22, 2011 |

SO ORDERED

9/28/2011

PATTI B. SARIS
U.S. DISTRICT COURT JUDGE