# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| BMS SETTLEMENT AND TRACK TWO SETTLEMENT | Judge Patti B. Saris |

## CLASS PLAINTIFFS' ELEVENTH STATUS REPORT FOR BMS AND TRACK TWO SETTLEMENTS

### A.   Background

On November 30, 2010, the Court issued an Order for Final Consideration of the BMS Settlement (Dkt. No. 7313) and an Order for Final Consideration of the Track Two Settlement (Dkt. No. 7314) (collectively, the "November Orders"). The November Orders directed Class Counsel to provide monthly status reports "detailing the progress" of the BMS and Track 2 Settlements. This is the eleventh such report.

### B.   BMS Settlement

The Court held a final fairness hearing related to the BMS Settlement on July 7, 2011. On July 19, 2011 the Court entered an order granting final approval of the BMS Settlement (Dkt. No. 7674). No appeals to the Court's Order granting final approval of the BMS Settlement were filed. On August 29, 2011 the parties entered a stipulation dismissing all appeals in the First Circuit related to the BMS Settlement. The claims administrator is currently processing consumer claims for a projected distribution of funds to class claimants in December 2011.

- 1 -

### C.   Track Two Proposed Settlement

Pursuant to discussions with the Court during a hearing on August 8, 2011, on August 19, 2011 Class counsel submitted a revised proposed rebalancing related to the Track Two Settlement and addressed certain issues raised by the Court in the August 8, 2011 hearing.  Dkt. Nos. 7750-53, 7660-61.  In addition, Class Counsel submitted proposed notices to be served on certain class members.  Dkt. No. 7756.   On August 24, 2011 objector Patricia Weatherly filed a response to the proposed rebalancing.  Dkt. No. 7764.  On August 25, 2011, objectors Susan Aaronson *et al.*, represented by attorney Donald Haviland, withdrew their objections to the Track Two Settlement.  Dkt. No. 7766.  On August 30, 2011, the Court overruled Ms. Weatherly's objections (Dkt. No. 7777), allowed a pending motion to add individual and associational plaintiffs as class representatives (Dkt. No. 7775) and approved the form and manner of notice to be sent to class members affected by the proposed rebalancing. Dkt. No. 7772.

The supplemental notice approved by the Court was mailed, first class, to all affected consumer class members on September 16, 2011.  Class members have until October 28, 2011 to respond to the supplemental notice.  The Court has scheduled a final approval hearing on November 22, 2011.

### D.   The Next Status Report

Pursuant to the November Orders, Class Counsel will submit its next regularly-scheduled Status Report on November 1, 2011.

DATED: October 3, 2011

By____/s/ Steve W. Berman_____
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shaprio LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

001534-16  477358 V1

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

001534-16  477358 V1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFF'S ELEVENTH STATUS REPORT FOR BMS AND TRACK TWO SETTLEMENTS**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 3, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

 /s/ Steve W. Berman
Steve W. Berman

001534-16  477358 V1