# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 1

District Court Number: 01-cv-12257

Fee:  Paid?  Yes  ✕  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  ✕

| Motions Pending | Yes ✕ No ____ | Sealed documents | Yes ✕ No ____ |
|---|---|---|---|
| *If yes, document #* | 5120, 5377, 5666 | *If yes, document #* | 1680, 1931, 3091 |
| *Ex parte* documents | Yes ✕ No ____ | Transcripts | Yes ✕ No ____ |
| *If yes, document #* | 1363, 1403, 1982 | *If yes, document #* | 654, 707, 713 |

Notice of Appeal filed by: Plaintiff/Petitioner  ✕   Defendant/Respondent ____   Other: ____

Appeal from:  #7770 Order on Motion to Intervene

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7814  , filed on  9/27/2011  .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on  9/30/2011  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**