## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:      In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 3

District Court Number: 01-cv-12257

Fee:     Paid?   Yes   × No ____   Government filer ____   *In Forma Pauperis* Yes ____   No   ×

| | | | |
|---|---|---|---|
| Motions Pending | Yes  × No ____ | Sealed documents | Yes  × No ____ |
| *If yes, document #* | 5941, 5979, 5982 | *If yes, document #* | 3774, 3941, 3943 |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes  × No ____ |
| *If yes, document #* | | *If yes, document #* | 1147, 1306, 1307 |

Notice of Appeal filed by: Plaintiff/Petitioner   ×   Defendant/Respondent ____   Other: ____

Appeal from:        #7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #   7814   , filed on   9/27/2011   .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on   9/30/2011   .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**