UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 9 |
| District Court Number: | 01-cv-12257 |

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes ____ No ____ |
| If yes, document # | 6685, 6694, 6696 | If yes, document # | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| If yes, document # | | If yes, document # | 3120, 3152, 3269 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   #7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7814__, filed on __9/27/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/30/2011__.

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

PLEASE RETURN TO THE USDC CLERK'S OFFICE