## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 11

District Court Number: 01-cv-12257

Fee: Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

Motions Pending   Yes __X__ No ____        Sealed documents   Yes ____ No ____
*If yes, document #*   6769, 6793, 6810     *If yes, document #*

*Ex parte* documents   Yes ____ No ____    Transcripts   Yes __X__ No ____
*If yes, document #*                       *If yes, document #*   3328, 3329, 3363

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   #7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7814__, filed on __9/27/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/30/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**