# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 12

District Court Number: 01-cv-12257

Fee:   Paid? Yes __  No _X_   Government filer ___   *In Forma Pauperis* Yes ___   No _X_

Motions Pending   Yes _X_ No ___         Sealed documents      Yes ___ No ___
*If yes, document #*   6821, 6850, 6903     *If yes, document #*

*Ex parte* documents   Yes ___ No ___       Transcripts           Yes ___ No _X_
*If yes, document #*                         *If yes, document #*  3364, 3365, 3367

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   # 7770 Order on Motion to Intervene

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7814, filed on 9/27/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/30/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**