# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 14

District Court Number: 01-cv-12257

Fee:   Paid? Yes _X_ No ___   Government filer ___   *In Forma Pauperis* Yes ___ No _X_

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes _X_ No ___<br>6930, 6959, 6964 | Sealed documents<br>*If yes, document #* | Yes ___ No ___ |
| *Ex parte* documents<br>*If yes, document #* | Yes ___ No ___ | Transcripts<br>*If yes, document #* | Yes _X_ No ___<br>3426, 3428, 3440 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   # 7770 Order on Motion to Intervene

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7814__, filed on __9/27/2011__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/30/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**