UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 15

District Court Number: 01-cv-12257

Fee:   Paid? Yes  X  No ____   Government filer ____   In Forma Pauperis Yes ____ No  X

Motions Pending   Yes ___ X No ____         Sealed documents       Yes ____ No ____
If yes, document #  6968, 6969, 6974         If yes, document #

Ex parte documents  Yes ____ No ____         Transcripts            Yes  X  No ____
If yes, document #                           If yes, document #     3447, 3464-68

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ____   Other: ____

Appeal from:   # 7770 Order on Motion to Intervene

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:
  Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7814  , filed on  9/27/2011  .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on  9/30/2011  .

                                                SARAH ALLISON THORNTON
                                                Clerk of Court

                                                /s/ Jeanette Ramos
                                                Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

PLEASE RETURN TO THE USDC CLERK'S OFFICE