# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 16 |
| District Court Number: | 01-cv-12257 |

Fee:   Paid?   Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  X

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes  X  No ___<br>6978, 6991, 6998 | Sealed documents<br>*If yes, document #* | Yes ___ No ___ |
| *Ex parte* documents<br>*If yes, document #* | Yes ___ No ___ | Transcripts<br>*If yes, document #* | Yes  X  No ___<br>3616, 3624, 3790 |

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ___   Other: ___

Appeal from:   #7770 Order on Motion to Intervene

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7814__, filed on __9/27/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/30/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**