UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation  Page 17

District Court Number: 01-cv-12257

Fee:  Paid?  Yes __X__ No ____  Government filer ____  In Forma Pauperis Yes ____ No __X__

Motions Pending  Yes __X__ No ____          Sealed documents  Yes ____ No ____
If yes, document #  7055, 7068, 7102          If yes, document #

Ex parte documents  Yes ____ No ____          Transcripts  Yes __X__ No ____
If yes, document #                             If yes, document #  3829, 3838, 3981

Notice of Appeal filed by: Plaintiff/Petitioner __X__  Defendant/Respondent ____  Other: ____

Appeal from:  #7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7814__, filed on __9/27/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/30/2011__.

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

PLEASE RETURN TO THE USDC CLERK'S OFFICE