# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 18

District Court Number: 01-cv-12257

Fee:   Paid?   Yes  X   No ___   Government filer ___   *In Forma Pauperis* Yes ___   No  X

| | | | |
|---|---|---|---|
| Motions Pending *If yes, document #* | Yes  X  No ___ 7124, 7125, 7131 | Sealed documents *If yes, document #* | Yes ___ No ___ |
| *Ex parte* documents *If yes, document #* | Yes ___ No ___ | Transcripts *If yes, document #* | Yes  X  No ___ 3982, 4064, 4214 |

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ___   Other: ___

Appeal from:   #7770 Order on Motion to Intervene

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7814  , filed on  9/27/2011  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  9/30/2011  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**