# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 20

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __X__ No ____   Government filer ____   In Forma Pauperis   Yes ____ No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ___ No ___ | Sealed documents | Yes ___ No ___ |
| If yes, document # | | If yes, document # | |
| Ex parte documents | Yes ___ No ___ | Transcripts | Yes __X__ No ___ |
| If yes, document # | | If yes, document # | 4492, 4516, 4519 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   #7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7814__, filed on __9/27/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/30/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**