## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:    In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page  21

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | _____ | *If yes, document #* | _____ |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | _____ | *If yes, document #* | 4670, 4730, 4950 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:        # 7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # ___7814___ , filed on __9/27/2011_____ .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/30/2011_____ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**