# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:   In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 24

District Court Number: 01-cv-12257

Fee:   Paid?   Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  X

Motions Pending   Yes ___ No ___          Sealed documents   Yes ___ No ___
*If yes, document #*                       *If yes, document #*

*Ex parte* documents   Yes ___ No ___     Transcripts   Yes  X  No ___
*If yes, document #*                       *If yes, document #*   5166, 5259, 5290

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:   # 7770 Order on Motion to Intervene

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:
   Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7814, filed on 9/27/2011.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/30/2011.

                                   SARAH ALLISON THORNTON
                                   Clerk of Court

                                   /s/ Jeanette Ramos
                                   Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**