Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 29

District Court Number: 01-cv-12257

Fee:   Paid?   Yes _X_ No ___   Government filer ___   *In Forma Pauperis* Yes ___ No _X_

| | | | |
|---|---|---|---|
| Motions Pending | Yes ___ No ___ | Sealed documents | Yes ___ No ___ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ___ No ___ | Transcripts | Yes _X_ No ___ |
| *If yes, document #* | | *If yes, document #* | 6094, 6099, 6175 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   #7770 Order on MOTION TO INTERVENE

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7814, filed on 9/27/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/30/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**