# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 29

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

| | | | |
|---|---|---|---|
| Motions Pending   Yes ___ No ___ | | Sealed documents   Yes ___ No ___ | |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents   Yes ___ No ___ | | Transcripts   Yes __X__ No ___ | |
| *If yes, document #* | | *If yes, document #*   6185, 6191, 6199 | |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   #7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7814  , filed on  9/27/2011  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  9/30/2011  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**