## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 3**l**

District Court Number: 01-cv-12257

Fee: Paid? Yes **X** No ___   Government filer ___   *In Forma Pauperis* Yes ___   No **X**

| | | | |
|---|---|---|---|
| Motions Pending   Yes ___ No ___ | | Sealed documents   Yes ___ No ___ | |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents   Yes ___ No ___ | | Transcripts   Yes **X** No ___ | |
| *If yes, document #* | | *If yes, document #*   6579, 6582, 6584 | |

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ___   Other: ___

Appeal from:   # 7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7814, filed on 9/27/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/30/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**