# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 35 |
| District Court Number: | 01-cv-12257 |

Fee:   Paid?   Yes  X   No ___   Government filer ___   *In Forma Pauperis* Yes ___ No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes ___ No ___ | Sealed documents | Yes ___ No ___ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ___ No ___ | Transcripts | Yes  X  No ___ |
| *If yes, document #* | | *If yes, document #* | 7043, 7097, 7195 |

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ___   Other: ___

Appeal from:   # 7770 Order on Motion to Intervene

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7814  , filed on  9/27/2011  .

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on  9/30/2011  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**