# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

| | |
|---|---|
| Case Caption: | In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Page 37 |
| District Court Number: | 01-cv-12257 |

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes ____ No ____ | Sealed documents<br>*If yes, document #* | Yes ____ No ____ |
| *Ex parte* documents<br>*If yes, document #* | Yes ____ No ____ | Transcripts<br>*If yes, document #* | Yes __X__ No ____<br>7692, 7747, 7796 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   #1770 Order on Motion to Intervene

Other information:   Trans. 7436, 7485, 7560, 7587, 7607, 7612, 7623, 7664, Mt. 7515, 7522, 7559

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Intervene

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  __7814__, filed on __9/27/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/30/2011__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**