# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

## JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

Plaintiffs The City of New York and New York Counties in MDL 1456 ( collectively "NY Counties") and  defendants Alpharma Inc. and Purepac Pharmaceutical Co.; King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc.; Merck & Co. Inc.; Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc.; Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc.; Roche Laboratories Inc. and Hoffman-La Roche Inc.; and, Schering-Plough Corp., Schering Corporation and Warrick Pharmaceuticals Corporation, in the above-entitled action (collectively "the Settling Defendants"), (NY Counties and the Settling Defendants collectively "the Settling Parties"), hereby move the Court to extend the 90-day Order of Dismissal of July 7, 2011(Doc. # 7656, Sub-Doc. # 296), to allow the Settling Parties an additional time to file the necessary papers with the Court before the Order of Dismissal becomes final.[1]

---

[1] NY Counties also move the Court for additional time to file the necessary papers with the Court as to defendants Eli Lilly & Company ("Eli Lilly") and TAP Pharmaceutical Products Inc. ("TAP").  Defendants Eli Lilly and TAP do not oppose or object to the extension of the 90-day Order of Dismissal of July 7, 2011 (Doc. # 7656, Sub-Doc. # 296).

At a hearing on June 23, 2011, NY Counties reported to the Court that, other than defendant Sandoz, Inc., they had settled or reached agreements in principle to resolve all claims against all other defendants, including the Settling Defendants, Eli Lilly and TAP.  However, NY Counties reported it would take some time to draft and negotiate the details of the settlement documents and to seek the Court's written consent.  Thereafter the Court entered an Order of Dismissal on July 7, 2011 allowing the parties 90 days to finalize the settlement.  Doc. # 7656, Sub-Doc. # 296.  The 90-day period expires Wednesday, October 5, 2011.

In the time since July 7, plaintiffs and the defendants named herein have negotiated diligently and in good faith on the terms of the settlement agreements and related documents.  All have agreed or are near agreement on the language of settlements and/or await final approval and signatures.  Settlement agreements between NY Counties and Eli Lilly; Merck & Co. Inc.; Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc.; and, Schering-Plough Corp., Schering Corporation and Warrick Pharmaceuticals Corporation await either final signature by a party, approval by a county legislature or final signature by the State of New York.  Settlement agreements between NY Counties and: Alpharma Inc. and Purepac Pharmaceutical Co.; King Pharmaceuticals Inc., King Research and Development and Monarch Pharmaceuticals Inc.; Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc.; Roche Laboratories Inc. and Hoffman-La Roche Inc.; and, TAP are near agreement on language and in the final papering stage.  On September 20, 2011, the Court entered dismissals as to defendants Watson Pharmaceuticals Inc. and Watson Pharma Inc.  As of the date of this motion, notice of voluntary dismissal between NY Counties and defendant Endo Pharmaceuticals Inc. (filed on June 2, 2011) remains *sub judice*.

The Settling Parties, however, need additional time to comply with the terms of the settlement agreements and file the necessary documents with the Court.  The Settling Parties do

not anticipate problems finalizing the settlements and filing all necessary documents with the Court by December 5, 2011.

For the foregoing reasons, it is respectfully requested that the Court modify its 90-day Order of Dismissal of July 7, 2011 to allow the Settling Parties, Eli Lilly and TAP up to and including December 5, 2011 to file the requisite documents with the Court seeking dismissals with prejudice pursuant to their settlements.

Dated: October 3, 2011

Respectfully submitted,

**KIRBY McINERNEY LLP**

By: _____/s/_____
    Joanne M. Cicala (*pro hac vice*)
    James P. Carroll Jr. (*pro hac vice*)
    Kathryn B. Allen (*pro hac vice*)
    825 Third Avenue
    New York, New York 10022
    (212) 371-6600

    *Counsel for The City of New York and various New York Counties*

    HYMAN, PHELPS & McNAMARA, P.C.
    John R. Fleder (*pro hac vice*)
    Riëtte L. van Laack (*pro hac vice*)
    J.P. Ellison (*pro hac vice*)
    700 13th Street, N.W., Suite 1200
    Washington, D.C. 20005
    (202) 737-5600

    *Counsel for Alpharma Inc. and Purepac Pharmaceutical Co.*

    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
    Sam Blair (*pro hac vice*)
    First Tennessee Building
    165 Madison Avenue

Memphis, Tennessee 38103
(901) 526-2000

*Counsel for King Pharmaceuticals Inc.,*
*King Research and Development, Monarch*
*Pharmaceuticals Inc.*


ORRICK, HERRINGTON
  & SUTCLIFFE LLP
Robert P. Reznick (*pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 20005-1706
United States
(202) 339-8400

*Counsel for Merck & Co., Inc.*

KELLEY DRYE & WARREN LLP
William A. Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
Christopher C. Palermo (*pro hac vice*)
101 Park Avenue
New York, NY 10178
(212) 808-7800

*Counsel for Mylan Laboratories Inc., Mylan*
*Pharmaceuticals Inc. and UDL*
*Laboratories, Inc.*


WILLIAMS & CONNOLLY LLP
Paul K. Dueffert (*pro hac vice*)
725 12th Street, N. W.
Washington, D.C. 20005
(202) 434-5097

*Counsel for Par Pharmaceutical*
*Companies, Inc., Par Pharmaceutical Inc.*


KING & SPALDING LLP
Grace Rodriguez (*pro hac vice*)
Kevin Sullivan (*pro hac vice*)
Ann Malekzadeh (*pro hac vice*)
1700 Pennsylvania Avenue NW
Washington DC 20006

(202) 737-0500

*Counsel for Roche Laboratories Inc. and
Hoffman-La Roche Inc.*


ROPES & GRAY LLP
John T. Montgomery
John P. Bueker
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Schering Corporation,
Schering-Plough Corporation and Warrick
Pharmaceuticals Corporation*


## CERTIFICATE OF SERVICE

I, James P Carroll Jr, hereby certify that I caused a true and correct copy of the foregoing **JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.


Dated:  October 3, 2011                      ___/s/ James P. Carroll Jr_____
                                                                          James P. Carroll Jr.