# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>  *v.*<br>*Baxter Healthcare Corporation* | |

## OCTOBER 2011 STATUS REPORT

The undersigned counsel for hereby submit the attached Status Report for October 2011.

DATED this 3rd day of October 2011.

Digitally signed by Mark Kleiman
DN: cn=Mark Kleiman, o=Law Office of Mark Kleiman, ou, email=mkleiman@quitam.org, c=US
Date: 2011.09.30 17:25:28 -07'00'

Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA  90292

Counsel for Relators

Respectfully submitted,

/s/ Shamir Patel
Shamir Patel
Merle DeLancey
J. Andrew Jackson
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:   (202) 420-2201

Counsel for Defendant Baxter Healthcare Corporation

Lauren John Udden
15 W. Carrillo St., Ste. 101B
Santa Barbara, CA  93101

Counsel for Relators

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: ) *United States ex rel. Linnette Sun and Greg Hamilton, Relators* ) ) *v.* ) *Baxter Healthcare Corporation* ) | Judge Patti B. Saris |

## OCTOBER 2011 STATUS REPORT

The undersigned counsel for hereby submit the attached Status Report for October 2011.

DATED this 3rd day of October 2011.

Respectfully submitted,

_____
Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292

Counsel for Relators

_____
Lauren John Udden
15 W. Carrillo St., Ste. 101B
Santa Barbara, CA 93101

Counsel for Relators

/s/ Shamir Patel
_____
Shamir Patel
Merle DeLancey
J. Andrew Jackson
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Counsel for Defendant Baxter Healthcare Corporation

## CERTIFICATE OF SERVICE

   I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing, OCTOBER 2011 STATUS REPORT, to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on October 3, 2011, for posting and notification to all parties.

                  /s/ Shamir Patel
                  Shamir Patel
                  **DICKSTEIN SHAPIRO LLP**
                  1825 Eye Street NW
                  Washington, DC  20006
                  Telephone:  (202) 420-2200
                  Facsimile:   (202) 420-2201

**OCTOBER 2011 STATUS REPORT**

| **PRIVATE CLASS CASE** | *United States ex rel. Linnette Sun and Greg Hamilton, Relators v. Baxter Hemoglobin Therapeutics and Baxter International Inc.* |
|---|---|
| **MDL DOCKET NUMBER** | Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| **JURISDICTION** | D. Mass, pursuant to JPML order |
| **STATUS** | • Transferred to MDL 1456 by JPML on July 14, 2008<br><br>• Court Order entered on July 15, 2008 consolidating *Sun* case with the lead case No. 01-12257<br><br>• Court received MDL record from the United States District Court for the District of Colorado on August 5, 2008<br><br>• Status Conference held on June 22, 2009<br><br>• Court entered Case Management Order with respect to briefing schedule on June 23, 2009; otherwise, all discovery is stayed<br><br>• Defendant filed Motion for Leave to File Excess Pages on August 14, 2009<br><br>   • Relators filed Opposition to Defendant's Motion for Leave to File Excess Pages on August 20, 2009<br><br>   • Electronic order entered by the Court granting Defendant's Motion for Leave to File Excess Pages on August 21, 2009<br><br>• Defendant filed Motion to Dismiss Relators' Complaint (and accompanying Memorandum, Declaration, Exhibits, and Proposed Order) on August 14, 2009<br><br>   • Relators filed Opposition to Defendant's Motion to Dismiss Relators' Complaint (and accompanying Proposed Order) and Motion for Excess Pages on September 15, 2009<br><br>   • Defendant filed Reply in Further Support of Its Motion to Dismiss Relators' Complaint (and accompanying Declaration and Exhibits) on September 30, 2009<br><br>• Relators filed Motion to Lift Stay on Discovery (and accompanying Memorandum, Exhibits, and Proposed Order) on August 31, 2009 |

|  | <ul><li>Defendant filed Opposition to Relators' Motion to Lift Stay on Discovery on September 10, 2009</li><li>Electronic order entered by the Court finding as moot on June 23, 2010</li></ul><ul><li>Defendant filed Motion For Leave to Conduct Limited Discovery and for an Extension of Time to Submit Reply Brief on September 23, 2009</li><ul><li>Electronic order entered by the Court granting Defendant's Motion for Leave to Conduct Limited Discovery on October 15, 2009</li></ul><li>Defendant served Notices of Deposition and Requests for Documents on Relators on October 19, 2009</li><ul><li>Relators produced documents and served Objections and Responses to Requests for Documents on November 19, 2009</li><li>Relators finalized document production for Linnette Sun on January 4, 2010. Production for Greg Hamilton is ongoing.</li><li>Defendant deposed Linnette Sun on January 19, 2010 and Greg Hamilton on January 21, 2010</li></ul><li>Defendant filed Supplemental Reply Brief in Further Support of its Motion to Dismiss Relators' Complaint (and accompanying Exhibits and Proposed Order) on January 27, 2010</li><li>Hearing on Motion to Dismiss held on February 9, 2010 at 3:30 p.m. The Court issued various rulings on the record, including dismissal of Counts II, III, and VII-XXI</li><li>Memorandum and Order issued by the Court denying Defendant's Motion to Dismiss on March 25, 2010. The Court dismissed without prejudice Counts I (as to all drugs other than Advate and Recombinate), II, III, and VII-XXI</li><li>Answer and Affirmative Defenses filed by Baxter Hemoglobin Therapeutics and Baxter International Inc. on April 19, 2010</li><li>Relators filed Stipulation re: Filing Non-Substantive Amendment to First Amended Complaint to Correct the Names of the Parties on June 17, 2010</li><ul><li>Electronic endorsement entered by the Court approving stipulation on June 24, 2010</li></ul></ul> |
|---|---|

|  | <ul><li>Relators filed Second Amended Complaint on August 13, 2010</li><li>Answer and Affirmative Defenses filed by Baxter Healthcare Corporation on August 26, 2010</li><li>Relators filed Voluntary Dismissal of Baxter Hemoglobin Therapeutics and Baxter International Inc. on August 30, 2010<ul><li>Court entered order of dismissal on September 29, 2010</li></ul></li><li>Defendant filed Joint Motion for Proposed Scheduling Order on August 31, 2010<ul><li>Court entered electronic order granting motion and scheduling order on September 29, 2010</li></ul></li><li>Defendant filed Joint Motion for Entry of Scheduling Order on October 15, 2010<ul><li>Court entered scheduling order on October 29, 2010</li></ul></li><li>Defendant filed Joint Motion for Order to Set Proposed Schedule on January 7, 2011<ul><li>Court entered scheduling order on January 14, 2011</li></ul></li><li>Ven-A-Care and Baxter have made substantial progress and, if an agreement in principle is reached with Ven-A-Care by March 7, we would then turn our attention to resolving the Sun/Hamilton case</li><li>Defendant filed Joint Motion for Order to Set Proposed Schedule on March 14, 2011<ul><li>Court entered scheduling order on March 24, 2011</li></ul></li><li>Relators filed Unopposed Motion for Entry of Scheduling Order on June 27, 2011<ul><li>Court denied motion.  Schedule entered .  All fact discovery shall be completed by 12/1/2011.  All expert discovery shall be completed by 3/1/2012.  Any motion for summary judgment shall be filed by 4/15/2012.</li></ul></li><li>Relators and Defendant participated in a Rule 26(f) conference on July 20, 2011.</li><li>Defendant filed Partial Motion to Dismiss on July 29, 2011<ul><li>Relators filed Opposition on August 12, 2011</li></ul></li></ul> |
|---|---|

|  | <ul><li>Baxter filed Reply on August 22, 2011</li><li>Hearing on motion set for November 8, 2011</li></ul> |
|---|---|