9749 Willow Way
Estero, Florida  33928
September 30,  2011
Tele: 412 - 527 - 8900

Clerk of Court
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts  02210

Relating to:  Civil Action Number: 01-CV-12257-PBS,  MDL No.1456

Dear Sir:

I wish to file disagreement with the revision to the Proposed Settlement of the Class Action lawsuit involving "Track Two Settlement Revision"  in re: Pharmaceutical Industry Average Wholesale Price Litigation No. 01-CV-12257-PBS, MDL No. 1456.

Why does the "LATEST" revision (dated September 16, 2011)  " REQUIRE  proof of the administration of the drug at least once, either in the form of prescribing physician notes, a letter from a prescribing physician, or some other documentary evidence from the physician, hospital or medical provider identifying at least one administration of the drug"   (in my husband's case 'alcohol injection')   when the documentation is present in the Medicare information obtained through the Center for Medicare and Medicaid Service records.

At the initiation of this class action case,  this  SAME  source of documentation was used to notify me of my eligibility to participate !!!   If it was valid enough to get the ball rolling (meaning Medicare and Medicaid services)  why on earth is it not enough to satisfy and provide sufficient detail to distinguish administration from the drugs that are not part of this settlement?   Is this further "RED TAPE" that claimants must go through to get fair and equitable treatment?

WHERE  IS  THE  JUSTICE  YOUR  HONOR ?

Sincerely,

*Margaret R. Wild*
Margaret R. Wild

Attachments;  AWP TRACK TWO SETTLEMENT
              Section C Medicare Purchase Information Chart

cc: Counsel for Class
    Counsel for Track Two Defendants