$CoPy$

9749 Willow Way
Estero, Florida 33928
September 30, 2011

Counsel for the Class
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 Eight Avenue, Suite 3300
Seattle, WA 98101

Mr. Berman

Attached are documents pertaining to my disagreement with the revision to the Proposed Class
Action Settlement involving "Track Two Settlement Revision" in re: Pharmaceutical Industry
Average Wholesale Price Litigation No. 01-CV-12257-PBS, MDL No. 1456.

Sincerely,

Margaret R. Wild

Attachments: AWP TRACK TWO SETTLEMENT
             Section C Medicare Purchase Information Chart

CoPy

9749 Willow Way
Estero, Florida 33928
September 30, 2011

Counsel for Track Two Defendants
Steven F. Barley
Hogan Lovells US LLP
100 International Drive
Suite 2000
Baltimore, MD. 21202

Mr. Barley:

Attached are documents pertaining to my disagreement with the revision to the Proposed Class
Action Settlement involving "Track Two Settlement Revision"in re: Pharmaceutical Industry
Average Wholesale Price Litigation No. 01-CV-12257-PBS, MDL No. 1456

Sincerely,

Margaret R. Wild

Attachments:  AWP TRACK TWO SETTLEMENT
              Section C Medicare Purchase Information Chart

$\mathcal{C}_{o/}$

9749 Willow Way
Estero, Florida 33928
September 30, 2011

Counsel for Track Two Defendants
James P. Muehlberger
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

Mr. Muehlberger:

Attached are documents pertaining to my disagreement with the revision to the Proposed Class
Action Settlement involving "Track Two Settlement Revision"in re: Pharmaceutical Industry
Average Wholesale Price Litigation No. 01-CV-12257-PBS, MDL No. 1456

Sincerely,

Margaret R. Wild

Attachments:  AWP TRACK TWO SETTLEMENT
              Section C Medicare Purchase Information Chart

FOR OFFICIAL USE ONLY

**MUST BE POSTMARKED BY JULY 1, 2011**

## AWP TRACK 2 SETTLEMENT
### MEDICARE PART B CLAIM FORM

IF YOU DO NOT MAKE ANY CHANGES
TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

12

**Section A: Patient Information**

Please review the preprinted information below and fill in any missing information. If you need to make corrections, please make them in the space provided.

0015681665

2378 - CF1A12 - 150 *********AUTO**MIXED AADC 553
GLENN V WILD
MARGARET R WILD
9749 WILLOW WAY
ESTERO FL 33928-4283

If the preprinted address to the left is incorrect or out of date, OR if there is no preprinted data to the left, check this box and print the patient's current name and address

Name: _____

Address: _____

City: _____

State: _____   Zip Code: _____

( ____ ) _____ - _____
Daytime Telephone Number

Please review the information printed on this claim form carefully.

**Section B: Patient Representative Information**

If you are the patient, DO NOT complete this section. Complete this section only if you are a representative (such as a spouse, guardian, executor or personal representative) filing this claim on behalf of the patient listed above.

Representative's Name: _MARGARET R. WILD_  Relationship to Patient: _SPOUSE_

Representative's Mailing Address: _9749 WILLOW WAY_

City: _ESTERO_                State: _FL_          Zip Code: _33928_

Daytime Telephone Number: ( _412_ ) _527_ - _8900_

Evening Telephone Number: ( _412_ ) _527_ - _8900_

IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.





## .icare Purchase Information Chart

| | **Name of Drug** | **Date of Administration** | **Patient Responsibility**<br>*(Percentage co-payment made or incurred by claimant)* |
|---|---|---|---|
| 1 | Paraplatin | 02/01/1999 | $213.07 |
| 2 | Taxol | 02/01/1999 | $416.38 |
| 3 | Paraplatin | 02/22/1999 | $213.07 |
| 4 | Taxol | 02/22/1999 | $416.38 |
| 5 | Paraplatin | 01/11/1999 | $213.07 |
| 6 | Taxol | 01/11/1999 | $416.38 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |



## Section 4 — Instructions for Completing Medicare Part B Purchase Information

The **Medicare Part B Purchase** Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | Name of Drug | Date Drug Received | Amount Paid Out-of-Pocket |
| 1 | Alcohol injection | 01/11/1999 | $0.31 |
| 2 | Dexamethasone sodium\Dexamethasone sodium phosphate | 01/11/1999 | $0.59 |
| 3 | Sodium chloride | 01/11/1999 | $15.26 |
| 4 | Alcohol injection | 02/01/1999 | $0.31 |
| 5 | Dexamethasone sodium\Dexamethasone sodium phosphate | 02/01/1999 | $0.59 |
| 6 | Sodium chloride | 02/01/1999 | $15.26 |
| 7 | Alcohol injection | 02/22/1999 | $0.31 |
| 8 | Dexamethasone sodium\Dexamethasone sodium phosphate | 02/22/1999 | $0.59 |
| 9 | Sodium chloride | 02/22/1999 | $15.26 |
| 10 | Dexamethasone acetate | 06/07/1999 | $0.89 |
| 11 | Sodium chloride | 07/25/1999 | $2.18 |
| 12 | Sodium chloride | 08/02/1999 | $2.18 |
| 13 | Sodium chloride | 08/09/1999 | $2.18 |
| 14 | Sodium chloride | 08/23/1999 | $2.18 |
| 15 | Sodium chloride | 08/30/1999 | $2.18 |
| 16 | Sodium chloride | 09/07/1999 | $2.18 |
| 17 | Sodium chloride | 09/20/1999 | $2.18 |
| 18 | Sodium chloride | 09/27/1999 | $2.18 |
| 19 | Sodium chloride | 10/04/1999 | $2.18 |
| 20 | Sodium chloride | 10/18/1999 | $2.18 |

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

PLEASE CONTINUE TO THE NEXT PAGE



## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| Medicare Part B Purchase Information Chart | | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 21 | Sodium chloride | 11/08/1999 | $2.18 |
| 22 | Sodium chloride | 11/15/1999 | $2.18 |
| 23 | Sodium chloride | 11/29/1999 | $2.18 |
| 24 | Sodium chloride | 12/06/1999 | $2.18 |
| 25 | Sodium chloride | 03/06/2000 | $6.54 |
| 26 | Sodium chloride | 03/20/2000 | $8.72 |
| 27 | Sodium chloride | 04/03/2000 | $8.72 |
| 28 | Dexamethasone sodium\Dexamethasone sodium phosphate | 04/17/2000 | $0.35 |
| 29 | sodium chloride | 04/17/2000 | $10.90 |
| 30 | Sodium chloride | 05/01/2000 | $6.54 |
| 31 | Dexamethasone sodium\Dexamethasone sodium phosphate | 05/15/2000 | $0.35 |
| 32 | Sodium chloride | 05/29/2000 | $8.72 |
| 33 | Dexamethasone sodium\Dexamethasone sodium phosphate | 06/12/2000 | $0.35 |
| 34 | Sodium chloride | 06/12/2000 | $10.90 |
| 35 | Dexamethasone sodium\Dexamethasone sodium phosphate | 06/30/2000 | $0.35 |
| 36 | Sodium chloride | 06/30/2000 | $10.90 |
| 37 | Dexamethasone sodium\Dexamethasone sodium phosphate | 07/24/2000 | $0.35 |
| 38 | Sodium chloride | 07/24/2000 | $10.90 |
| 39 | Dexamethasone sodium\Dexamethasone sodium phosphate | 08/14/2000 | $0.35 |
| 40 | Sodium chloride | 08/14/2000 | $10.90 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

**YOU DO NOT NEED TO RETURN THIS CLAIM FORM**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 41 | Dexamethasone sodium\Dexamethasone sodium phosphate | 09/01/2000 | $0.35 |
| 42 | Sodium chloride | 09/01/2000 | $10.90 |
| 43 | Dexamethasone sodium\Dexamethasone sodium phosphate | 09/25/2000 | $0.35 |
| 44 | Sodium chloride | 09/25/2000 | $10.90 |
| 45 | Dexamethasone sodium\Dexamethasone sodium phosphate | 10/16/2000 | $0.35 |
| 46 | Sodium chloride | 10/16/2000 | $8.72 |
| 47 | Sodium chloride | 03/12/2001 | $1.78 |
| 48 | Anzemet (injection & tablets) | 0/17/2001 | $32.92 |
| 49 | Dexamethasone sodium\Dexamethasone sodium phosphate | 10/17/2001 | $1.14 |
| 50 | Sodium chloride | 10/17/2001 | $8.47 |
| 51 | Anzemet (injection & tablets) | 10/31/2001 | $32.92 |
| 52 | Dexamethasone sodium\Dexamethasone sodium phosphate | 10/31/2001 | $1.14 |
| 53 | Sodium chloride | 10/31/2001 | $8.47 |
| 54 | Anzemet (injection & tablets) | 11/21/2001 | $32.92 |
| 55 | Dexamethasone sodium\Dexamethasone sodium phosphate | 11/21/2001 | $1.14 |
| 56 | Sodium chloride | 11/21/2001 | $8.47 |
| 57 | Anzemet (injection & tablets) | 12/05/2001 | $65.84 |
| 58 | Dexamethasone sodium\Dexamethasone sodium phosphate | 12/05/2001 | $1.14 |
| 59 | Sodium chloride | 12/05/2001 | $8.47 |
| 60 | Anzemet (injection & tablets) | 12/19/2001 | $32.92 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

PLEASE CONTINUE TO THE NEXT PAGE

YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid services records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out of pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form.** A check will **automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 61 | Sodium chloride | 12/19/2001 | $8.47 |
| 62 | Anzemet (injection & tablets) | 01/02/2002 | $32.92 |
| 63 | Sodium chloride | 01/02/2002 | $8.47 |
| 64 | Anzemet (injection & tablets) | 01/23/2002 | $32.92 |
| 65 | Sodium chloride | 01/23/2002 | $8.47 |
| 66 | Anzemet (injection & tablets) | 02/06/2002 | $32.92 |
| 67 | Sodium chloride | 02/06/2002 | $8.47 |
| 68 | Alcohol injection | 02/20/2002 | $162.71 |
| 69 | Anzemet (injection & tablets) | 02/20/2002 | $32.92 |
| 70 | Sodium chloride | 02/20/2002 | $10.59 |
| 71 | Anzemet (injection & tablets) | 03/07/2002 | $32.92 |
| 72 | Sodium chloride | 03/07/2002 | $8.47 |
| 73 | Alcohol injection | 03/21/2002 | $162.71 |
| 74 | Anzemet (injection & tablets) | 03/21/2002 | $32.92 |
| 75 | Sodium chloride | 03/21/2002 | $10.59 |
| 76 | Alcohol injection | 04/03/2002 | $162.71 |
| 77 | Anzemet (injection & tablets) | 04/03/2002 | $32.92 |
| 78 | Sodium chloride | 04/03/2002 | $10.59 |
| 79 | Anzemet (injection & tablets) | 04/18/2002 | $32.92 |
| 80 | Sodium chloride | 04/18/2002 | $8.47 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

PLEASE CONTINUE TO THE NEXT PAGE

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filed a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 81 | Alcohol injection | 05/01/2002 | $162.71 |
| 82 | Anzemet (injection & tablets) | 05/01/2002 | $32.92 |
| 83 | Sodium chloride | 05/01/2007 | $10.59 |
| 84 | Anzemet (injection & tablets) | 05/15/2007 | $40.00 |
| 85 | Sodium chloride | 05/15/2007 | $8.47 |
| 86 | Alcohol injection | 10/23/2007 | $173.94 |
| 87 | Sodium chloride | 10/23/2007 | $2.12 |
| 88 | Alcohol injection | 11/18/2007 | $173.94 |
| 89 | Dexamethasone sodium\Dexamethasone sodium phosphate | 11/18/2002 | $0.14 |
| 90 | Sodium chloride | 11/18/2007 | $2.12 |
| 91 | Alcohol injection | 12/16/2002 | $173.94 |
| 92 | Sodium chloride | 12/16/2007 | $2.12 |
| 93 | Anzemet (injection & tablets) | 01/13/2003 | $32.90 |
| 94 | Sodium chloride | 01/13/2003 | $2.70 |
| 95 | Anzemet (injection & tablets) | 01/27/2003 | $32.90 |
| 96 | Sodium chloride | 01/27/2003 | $2.16 |
| 97 | Anzemet (injection & tablets) | 02/10/2003 | $32.90 |
| 98 | Sodium chloride | 02/10/2003 | $2.70 |
| 99 | Anzemet (injection & tablets) | 02/24/2003 | $32.90 |
| 100 | Sodium chloride | 02/24/2003 | $2.70 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

PLEASE CONTINUE TO THE NEXT PAGE

## Medicare Part B Purchase Information Chart

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | injection & tablets | 03/24/2003 | |
| | Sodium chloride | 03/24/2003 | $0.08 |
| | (injection & tablets) | 03/07/2003 | $4 |
| | Sodium chloride | 04/07/2003 | $1.02 |
| | (injection & tablets) | 04/21/2003 | $32.90 |
| 109 | Sodium chloride | 04/21/2003 | $1.08 |
| 110 | (injection & tablets) | 05/05/2003 | $33.90 |
| 111 | Sodium chloride | 05/05/2003 | $1.08 |
| 112 | Anzemet (injection & tablets) | 05/19/2003 | $32.90 |
| 113 | Sodium chloride | 05/19/2003 | $0.54 |
| 114 | Dexamethasone sodium(Dexamethasone sodium phosphate) | 05/30/2003 | $0.08 |
| 114 | Sodium chloride | 06/04/2003 | $0.54 |
| 115 | Anzemet (injection & tablets) | 10/13/2003 | $32.90 |
| 116 | Sodium chloride | 10/13/2003 | $1.08 |
| 117 | Anzemet (injection & tablets) | 10/27/2003 | $32.90 |
| 118 | Sodium chloride | 10/27/2003 | $0.54 |
| 119 | Anzemet (injection & tablets) | 11/10/2003 | $32.90 |
| 120 | Sodium chloride | 11/10/2003 | $1.08 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

PLEASE CONTINUE TO THE NEXT PAGE



7    11

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 121 | Anzemet (injection & tablets) | 11/24/2003 | $32.90 |
| 122 | Sodium chloride | 11/24/2003 | $1.08 |
| 123 | Anzemet (injection & tablets) | 12/08/2003 | $32.90 |
| 124 | Sodium chloride | 12/08/2003 | $1.08 |
| 125 | Sodium chloride | 12/08/2003 | $0.54 |
| 126 | Anzemet (injection & tablets) | 12/22/2003 | $32.90 |
| 127 | Sodium chloride | 12/22/2003 | $1.08 |
| 128 | Anzemet (injection & tablets) | 01/05/2004 | $27.70 |
| 129 | Sodium chloride | 01/05/2004 | $1.13 |
| 130 | Sodium chloride | 01/05/2004 | $0.44 |
| 131 | Anzemet (injection & tablets) | 02/02/2004 | $27.70 |
| 132 | Sodium chloride | 02/02/2004 | $1.13 |
| 133 | Sodium chloride | 02/02/2004 | $0.44 |
| 134 | Anzemet (injection & tablets) | 02/23/2004 | $27.70 |
| 135 | Sodium chloride | 02/23/2004 | $0.44 |
| 136 | Sodium chloride | 03/01/2004 | $0.44 |
| 137 | Anzemet (injection & tablets) | 03/15/2004 | $27.70 |
| 138 | Anzemet (injection & tablets) | 04/12/2004 | $27.70 |
| 139 | Sodium chloride | 04/12/2004 | $1.13 |
| 140 | Sodium chloride | 04/12/2004 | $0.44 |

## IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information chart below contains information obtained through the records for Medicare and Medicaid Services' records. The chart indicates that you received prescriptions for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | Name of Drug | Date Drug Received | **Amount Paid Out-of-Pocket** |
| 141 | Anzemet (injection & tablets) | 05/03/2004 | $27.70 |
| 142 | Dextrose\Dextrose sodium chloride\Ringers lactated with dextrose | 05/03/2004 | $1.62 |
| 143 | Sodium chloride | 05/03/2004 | $0.44 |
| 144 | Sodium chloride | 05/03/2004 | $0.44 |
| 145 | Anzemet (injection & tablets) | 05/24/2004 | $27.70 |
| 146 | Sodium chloride | 05/24/2004 | $0.44 |
| 147 | Anzemet (injection & tablets) | 06/14/2004 | $27.70 |
| 148 | Sodium chloride | 06/14/2004 | $1.13 |
| 149 | Sodium chloride | 06/14/2004 | $0.44 |
| 150 | Anzemet (injection & tablets) | 10/11/2004 | $27.70 |
| 151 | Sodium chloride | 10/11/2004 | $0.44 |
| 152 | Anzemet (injection & tablets) | 10/25/2004 | $27.70 |
| 153 | Sodium chloride | 10/25/2004 | $1.13 |
| 154 | Anzemet (injection & tablets) | 11/08/2004 | $27.70 |
| 155 | Sodium chloride | 11/08/2004 | $0.44 |
| 156 | Anzemet (injection & tablets) | 11/22/2004 | $27.70 |
| 157 | Sodium chloride | 11/22/2004 | $1.13 |
| 158 | Anzemet (injection & tablets) | 12/13/2004 | $27.70 |
| 159 | Sodium chloride | 12/13/2004 | $0.44 |
| 160 | Sodium chloride | 12/20/2004 | $0.44 |

## IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.