UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., v. Baxter Healthcare Corporation and Baxter International, Inc.,*<br>Case No. 10-cv-11186 | ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

**JOINT NOTICE OF SETTLEMENT OF VEN-A-CARE CLAIMS AS TO THE BAXTER PARTIES AND REQUEST THAT COURT DISMISS SETTLED CLAIMS IN ACCORDANCE WITH STIPULATION OF DISMISSAL WITH PREJUDICE OF BAXTER PARTIES AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**

Ven-A-Care of the Florida Keys, Inc. (the "Relator") and BAXTER HEALTHCARE CORPORATION and BAXTER INTERNATIONAL, INC. (collectively, BAXTER) hereby notify the Court that they have reached a comprehensive settlement, of all matters between them, in the above action under the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. §3729, *et seq.* The Relator and BAXTER have filed herewith their Stipulation of Dismissal with Prejudice attached to which are copies of the fully executed Settlement Agreement and Release (Exhibit A) and the proposed Order of Dismissal With Prejudice (Exhibit B). The Relator and BAXTER jointly request that the Court consent to the dismissal pursuant to 31 U.S.C. §3730(b)(1) and enter the proposed Order of Dismissal With Prejudice and further state as follows:

1. The Settlement also encompasses settlements of the Relator's companion state *qui tam* claims relating to Florida. This Court's approval of the Settlement and entry of the proposed Order of Dismissal with Prejudice is a condition to the settlement as to Florida.

2. Florida has joined in the Settlement and the United States has given its consent which is attached as Exhibit 1. The Relator has been instructed by the United States to file its executed consent with the Court as provide in the Settlement Agreement.

Wherefore, the Relator and BAXTER request that the Court consent to the settlement and dismissal and enter the Order of Dismissal With Prejudice in accordance with the parties' Stipulation filed herewith.

Respectfully submitted,

/s/ James J. Breen
JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
Phone: (770) 740-0008
Counsel for Relator


/s/ Merle M. Delancey
Merle M. Delancey
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Phone: (202) 420-2285
Fax: (202) 420-2201
Counsel for BAXTER

## CERTIFICATE OF SERVICE

      I hereby certify that true and accurate copies of the foregoing document, filed this 7th day of October, 2011 via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 7, 2011.

      /s/ James J. Breen
      JAMES J. BREEN