October 1, 11

2011 OCT -7 P 1:08

Marchelle E. Kellum
116 Blake Street, Easton, MD. 21601
443-385-0493

Civil Action Number, 01-CV-12257-PBS, MDL 1456.

I'm on a fixed income. and had to pay out account for medicals. I understand there will be calculated has change. I have no problems with that.

Thank-you

Marchelle E. Kellum