UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS<br>Subcategory Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Iowa v. Abbott Labs., et al.* |  |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) | Magistrate Judge Marianne B. Bowler |
| *County of Nassau v. Abbott Labs., et al.* (E.D.N.Y. No. 04-CV-05126) |  |
| and other cases listed on the following page |  |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

| | |
|---|---|
| THIS DOCUMENT RELATES TO:               ) | *County of Herkimer v. Abbott Labs., et al.*   ) |
| *County of Westchester v. Abbott Labs., et al.* ) | (N.D.N.Y. No. 05-CV-00415)                   ) |
| (S.D.N.Y. No. 03-CV-6178)                    ) | *County of Oneida v. Abbott Labs., et al.*     ) |
| *County of Rockland v. Abbott Labs., et al.*  ) | (N.D.N.Y. No. 05-CV-00489)                   ) |
| (S.D.N.Y. No. 03-CV-7055)                    ) | *County of Fulton v. Abbott Labs., et al.*     ) |
| *County of Putnam v. Abbott Labs., et al.*    ) | (N.D.N.Y. No. 05-CV-00519)                   ) |
| (S.D.N.Y. No. 05-CV-04740)                   ) | *County of St. Lawrence v. Abbott Labs., et al.*) |
| *County of Dutchess v. Abbott Labs., et al.*  ) | (N.D.N.Y. No. 05-CV-00479)                   ) |
| (S.D.N.Y. No. 05-CV-06458)                   ) | *County of Jefferson v. Abbott Labs., et al.*  ) |
| *County of Orange v. Abbott Labs., et al.*    ) | (N.D.N.Y. No. 05-CV-00715)                   ) |
| (S.D.N.Y. Case No. 07-CV-2777)               ) | *County of Lewis v. Abbott Labs., et al.*      ) |
| *County of Washington v. Abbott Labs., et al.* ) | (N.D.N.Y. No. 05-CV-00839)                  ) |
| (N.D.N.Y. No. 05-CV-00408)                   ) | *County of Chautauqua v. Abbott Labs., et al.*) |
| *County of Rensselaer v. Abbott Labs., et al.* ) | (W.D.N.Y. No. 05-CV-06204)                  ) |
| (N.D.N.Y. No. 05-CV-00422)                   ) | *County of Allegany v. Abbott Labs., et al.*   ) |
| *County of Albany v. Abbott Labs., et al*     ) | (W.D.N.Y. No. 05-CV-06231)                   ) |
| (N.D.N.Y. No. 05-CV-00425)                   ) | *County of Cattaraugus v. Abbott Labs., et al.*) |
| *County of Warren v. Abbott Labs., et al.*    ) | (W.D.N.Y. No. 05-CV-06242)                   ) |
| (N.D.N.Y. No. 05-CV-00468)                   ) | *County of Genesee v. Abbott Labs., et al.*    ) |
| *County of Greene v. Abbott Labs., et al.*    ) | (W.D.N.Y. No. 05-CV-06206)                   ) |
| (N.D.N.Y. No. 05-CV-00474)                   ) | *County of Wayne v. Abbott Labs., et al.*      ) |
| *County of Saratoga v. Abbott Labs., et al.*  ) | (W.D.N.Y. No. 05-CV-06138)                   ) |
| (N.D.N.Y. No. 05-CV-00478)                   ) | *County of Monroe v. Abbott Labs., et al.*     ) |
| *County of Columbia v. Abbott Labs., et al.*  ) | (W.D.N.Y. No. 05-CV-06148)                   ) |
| (N.D.N.Y. No. 05-CV-00867)                   ) | *County of Yates v. Abbott Labs., et al.*      ) |
| *Essex County v. Abbott Labs., et al.*        ) | (W.D.N.Y. No. 05-CV-06172)                   ) |
| (N.D.N.Y. No. 05-CV-00878)                   ) | *County of Niagara v. Abbott Labs., et al.*    ) |
| *County of Chenango v. Abbott Labs., et al.*  ) | (W.D.N.Y. No. 05-CV-06296)                   ) |
| (N.D.N.Y. No. 05-CV-00354)                   ) | *County of Seneca v. Abbott Labs., et al.*     ) |
| *County of Broome v. Abbott Labs., et al.*    ) | (W.D.N.Y. No. 05-CV-06370)                   ) |
| (N.D.N.Y. No. 05-CV-00456)                   ) | *County of Orleans v. Abbott Labs., et al.*    ) |
| *County of Onondaga v. Abbott Labs., et al.*  ) | (W.D.N.Y. No. 05-CV-06371)                   ) |
| (N.D.N.Y. No. 05-CV-00088)                   ) | *County of Ontario v. Abbott Labs., et al.*    ) |
| *County of Tompkins v. Abbott Labs., et al.*  ) | (W.D.N.Y. No. 05-CV-06373)                   ) |
| (N.D.N.Y. No. 05-CV-00397)                   ) | *County of Schuyler v. Abbott Labs., et al.*   ) |
| *County of Cayuga v. Abbott Labs., et al.*    ) | (W.D.N.Y. No. 05-CV-06387)                   ) |
| (N.D.N.Y. No. 05-CV-00423)                   ) | *County of Chemung v. Abbott Labs., et al.*    ) |
| *County of Madison v. Abbott Labs., et al.*   ) | (W.D.N.Y. No. 05-CV-06744)                   ) |
| (N.D.N.Y. No. 05-CV-00714)                   ) | *County of Steuben v. Abbott Labs., et al.*    ) |
| *County of Cortland v. Abbott Labs., et al.*  ) | (W.D.N.Y. Case No. 05-CV-6223)               ) |
| (N.D.N.Y. No. 05-CV-00881)                   ) | *County of Wyoming v. Abbott Labs., et al.*    ) |
| *County of Ulster v. Abbott Labs., et al.*    ) | (W.D.N.Y. Case No. 05-CV-6379)               ) |
| (N.D.N.Y. Case No. 06-CV-0123)               ) | |

PLEASE TAKE NOTICE that Robert P. Reznick has changed his firm affiliation and contact information from Hubbard Hughes & Reed LLP to Orrick, Herrington & Sutcliffe LLP. His new contact information is as follows:

Robert P. Reznick
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Telephone: (202) 339-8409
Facsimile: (202) 339-8500
Email: rreznick@orrick.com

Mr. Reznick will remain an attorney of record for Defendant Merck Sharp & Dohme Corp.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Robert P. Reznick
Robert P. Reznick
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Tel: 202-339-8409
Fax: 202-339-8500

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

      I certify that, on October 11, 2011, I caused a true and correct copy of the foregoing document to be delivered to all counsel of record through the Court's Electronic Case Filing System and via Lexis-Nexis File & Serve for posting and notification to all parties.

                                                                       /s/ Robert P. Reznick