UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
:
IN RE PHARMACEUTICAL INDUSTRY AVERAGE  :  01-CV-12257-PBS
AVERAGE WHOLESALE PRICE LITIGATION     :  MDL No. 1456
                                       :
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF OBJECTING CLASS MEMBER JAMES W. WILSON'S AMENDED OBJECTION TO THE COURT'S APPROVAL OF ATTORNEYS' FEES IN EXCESS OF $10 MILLION

James W. Wilson hereby gives notice that his Objection and Amended Objection filed in the above captioned matter are hereby withdrawn

Respectfully submitted,

Date: October 11, 2011

JAMES KING, Esquire
Offerman & King, LLP
6420 Wellington Place
Beaumont, Texas 77706
(409) 860-9000
(409) 860-9199
jking@offermanking.com

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing amended objection has been forwarded to the following parties via first class mail postage, prepaid at the following addresses listed:

CLERK OF COURT
John Joseph Moakley US Courthouse
1 Courthouse Way
Ste. 2300
Boston, MA 02210


Steve W. Berman
Hagens Berman Sobol & Shapiro
1918 Eighth Ave.
Suite 3300
Seattle, WA 98101
Counsel for the Class

Steven F. Barley
Hogan & Hartson
100 International Drive
Suite 2000
Baltimore, MD 21202

James P. Muehlberger
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

Counsel for Defendants

SIGNED AND DONE this 11th day of October, 2011.

James W. King