# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS |  |

## DEFENDANT MERCK SHARP & DOHME CORP.'S
## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c), Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves this Court to allow the withdrawal of John M. Townsend, Charles W. Cohen, Jeff H. Galloway, Robert Funkhouser, Eric Parnes, and Elizabeth Pugh of Hughes Hubbard & Reed LLP as its counsel in the above-captioned matter. In support of this motion, Merck states the following:

1. Hughes Hubbard & Reed LLP no longer serves as counsel to Merck in the above-captioned matter.

2. The existing appearances of Robert P. Reznick of Orrick, Herrington & Sutcliffe LLP and other attorneys that represent Merck remain in effect and are not affected by this withdrawal.

3. No party will be prejudiced by allowance of this motion.

WHEREFORE, Defendant Merck Sharp & Dohme Corp. respectfully moves this Court to allow the withdrawal of John M. Townsend, Charles W. Cohen, Jeff H. Galloway, Robert Funkhouser, Eric Parnes, and Elizabeth Pugh as its counsel in the above-captioned matter.

61542404_1

Dated:  October 12, 2011

Respectfully Submitted,

/s/ Robert Funkhouser
John M. Townsend (Admitted *pro hac vice*)
Robert Funkhouser (Admitted *pro hac vice*)
Eric Parnes (Admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel: 202-721-4600
Fax: 202-721-4646

Robert P. Reznick (Admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, NW
Washington, D.C. 20005-1706
Phone: 202- 339-8409
Fax: 202-339-8500


*Counsel for Merck Sharp & Dohme Corp.*

61542404_1

## **CERTIFICATE OF SERVICE**

      I, Robert Funkhouser, hereby certify that I caused a true and correct copy of the foregoing Defendant Merck Sharp & Dohme Corp.'s Motion for Withdrawal of Counsel to be served upon all counsel of record electronically by causing the same to be posted via LexisNexis File & Serve, this 12th day of October, 2011.

                                                          /s/ Robert Funkhouser