T 206.623.7292   F 206.623.0594



Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
sean@hbsslaw.com

October 12, 2011

Margaret R. Wild
9749 Willow Way
Estero, FL 33928

Re:   In re Pharmaceutical Industry Average Wholesale Price Litigation

Dear Mrs. Wild:

We write in response to your letter of September 30, 2011 that you submitted to the Court with regard to the notice that you recently received describing changes to the proposed Track Two Class Action Settlement. I am one of the attorneys representing the Class in this case.

You have asked why it is now necessary to submit proof that your husband was administered Alcohol Injection, when records from the Center for Medicare and Medicaid Services ("CMS") indicate that he was administered that drug. The proof now requested is required because it is not certain that your husband was in fact administered Alcohol Injection, even though the words "Alcohol Injection" appear on the Medicare Part B purchase information included on the Claim Form that you received with your Settlement Notice.

This issue arises because of the way in which CMS identifies drugs. CMS assigns a number code called a "J-Code Number" to each drug for purposes of tracking reimbursements to physicians. Most drugs are assigned a J-Code Number that is unique to that drug. However, there are about 51 drugs that share the common J-Code Numbers J3490 and J8999. Of these 51 drugs, only 16 are covered by the Track Two Settlement, leaving 35 drugs that are not covered by the Settlement and are not even at issue in this case. The 16 drugs covered by the Settlement that share the common J-Code Numbers J3490 and J8999 are:

| | |
|---|---|
| Alcohol Injection | Manganese Chloride |
| Bupivacaine | Novacaine/Procaine |
| Copper trace/cupric chloride | Pancuronium bromide |

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   MINNEAPOLIS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

001534-16 479735 V1

October 12, 2011
Page 2

|  |  |
|---|---|
| Diltazem hydrochloride | Potassium acetate |
| Enalaprilat | Propofol |
| Kineret | Sodium acetate |
| Labetalol | Verapamil HCL |
| Leucovorin calcium | Zinc chloride |

Because CMS provides data to the Claims Administrator by J-Code and not by drug name, the Claims Administrator cannot identify which, if any, of the 51 drugs were actually administered to a Class member like your husband. The Claims Administrator printed "Alcohol Injection" on the Claim Form as a default, but more information is needed from you to determine whether your husband received one of the 16 Track Two drugs covered by the common J-Code Numbers identified above. If this additional information was not required, thousands of Medicare beneficiaries would end up receiving money in the Settlement for drugs that were not even part of the litigation, at the expense of the Class members who actually paid for relevant drugs covered by the Settlement.

In sum, even though "Alcohol Injection" is listed on your husband's Claim Form, the Claims Administrator cannot be certain that your husband was indeed administered Alcohol Injection or any of the 16 drugs identified above. That is why more information is needed from you.

Please note that the Court has tried to minimize the burden associated with gathering the required documentary proof. That is why the Claims Administrator will accept any <u>one</u> of the following as proof that your husband was administered one of the 16 drugs covered by the Track Two Settlement under the common J-Code Numbers:

- A prescribing physician's note from your husband's medical file identifying at least one administration of one of the 16 drugs;

- A letter from a prescribing physician stating that at least one of the 16 drugs was administered once; or

- Some other documentary evidence from the prescribing physician, hospital or medical provider identifying at least one administration of one of the 16 drugs.

We hope that, in light of this additional explanation, you will conclude that it is only fair and equitable that Class members provide the additional information requested.

October 12, 2011
Page 3

Please call or write if you have any further questions.

Sincerely,

Sean R. Matt

cc: Hon. Patti B. Saris
    Counsel for Track Two Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, *Letter to Margaret Wild from Sean R. Matt*, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 12, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

By **/s/ Steve W. Berman**
Steve W. Berman