**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| State of Mississippi <br>       Plaintiff <br><br> V. <br><br> Forest Laboratories, Inc., et al. <br>       Defendants | CIVIL ACTION NO. <br> 01-12257-PBS <br> MDL NO 1456 <br><br><br> SUB-CASE NO.   09-cv-12065-PBS |
| State of Mississippi <br>       Plaintiff <br><br> V. <br><br> Teva Pharmaceuticals USA, Inc., et al. <br>       Defendants | SUB-CASE NO.   09-cv-12064-PBS |
| State of Mississippi <br>       Plaintiff <br><br> V. <br><br> Boehringer Ingelheim Corp., et al. <br>       Defendants | SUB-CASE NO.   09-cv-12063-PBS |
| State of Mississippi <br>       Plaintiff <br><br> V. <br><br> Baxter International, Inc., et al. <br>       Defendants | SUB-CASE NO.   09-cv-12062-PBS |
| State of Mississippi <br>       Plaintiff | |

|  |  |
|---|---|
| V. | SUB-CASE NO.  09-cv-12061-PBS |
| Sanofi-Aventis, et al. |  |
| Defendants |  |

State of Mississippi
        Plaintiff

      V.                            SUB-CASE NO.  09-cv-12060-PBS

Schering-Plough Corp., et al.
        Defendants

State of Mississippi
        Plaintiff

      V.                            SUB-CASE NO.  09-cv-12059-PBS

Ivax Corp., et al.
        Defendants

State of Mississippi
        Plaintiff

      V.                            SUB-CASE NO.  09-cv-12058-PBS

Abbott Laboratories, Inc., et al.
        Defendants

State of Mississippi
        Plaintiff

      V.                            SUB-CASE NO.  09-cv-12056-PBS

Barr Laboratories, Inc.
        Defendants

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D. J.

The Court having been advised on ___9/01/2011___ that the nine above-entitled actions have been settled;

IT IS ORDERED that the nine above-entitled actions are hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.

By the Court,

10/14/11  
Date

/s/ Jennifer Anderson  
Deputy Clerk