UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | MDL NO. 1456<br>Master File No.: 01-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF DAVID GUNN ON BEHALF OF BAXTER HEALTHCARE CORPORATION AND MOTION FOR ADMISSION *PRO HAC VICE*.

Pursuant to Local Rule 83.5.3 and paragraph 16 this Court's Case Management Order No. 1 entered in MDL No. 1456, the undersigned counsel hereby moves that David Gunn enter his appearance on behalf of Baxter Healthcare Corporation in the above-captioned action.

Mr. Gunn is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's case Management Order No. 1. The attached Certificate demonstrates that Mr. Gunn is a member in good standing of various bars and is familiar with the Local Rules of this Court.

DSMDB-2988638v1

WHEREFORE, the undersigned counsel respectfully moves Mr. Gunn's admission to practice before this Court *pro hac vice*.

/s/ Peter Gelhaar
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA 02108
(BBO#: 188310)

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that the moving party has communicated with counsel for Relators in an effort to resolve the dispute referred to in this Motion, and counsel for Relators consent to this Motion.

/s/ David Gunn

**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of October, 2011, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

/s/ Peter Gelhaar
Peter Gelhaar

Dated: October 14, 2011

DSMDB-2988638v1