**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *United States ex rel. Linnette Sun and Greg* ) <br> *Hamilton, Relators* ) <br> *v.* ) <br> *Baxter Healthcare Corporation* ) <br> ) | MDL NO. 1456 <br> Master File No.: 01-12257-PBS <br> Sub-Category Case No. 1:08-CV-11200 <br><br> Judge Patti B. Saris |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Peter Gelhaar for the admission *pro hac vice* of David Gunn for the purpose of representing Baxter Healthcare Corporation in this matter, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that David Gunn is admitted to practice before this Honorable Court in connection with the above styled cause.

_____
Patti B. Saris

United States District Judge

DSMDB-2988638v1