PHYLLIS GRANAT
152 POND VIEW DRIVE
PORT WASHINGTON, NY 11050
516-883-3075
PHGRANAT@GMAIL.COM

October 11, 2011
To: Clerk of the Court
Re: AWP Track 2 Settlement
*Civil action # 01-CV-12257-PBS, MDL no 1456*

I strongly disagree with the revisions to the Proposed Settlement.
My late father (he passed away more than 10 years ago) was on a number of medications involved in the suit., in particular Epogen.
As I have stated previously to the Court and the attorneys involved, there is NO way we can document his drug use at this time.
I have spent days trying to get someone at the hospital (NYU-NY), to provide me with his records. All to no avail. His doctor passed away a few years ago, and the doctor who took over his practice, would also not reveal any records.
A few years ago, we had a flood in our basement and any records we had were distroyed. What am I to do?
The court is putting unnecessary hardship on families like mine.
Class action suits serve a purpose, and the attorneys do receive excessive fees, but the bottom line should be helping the people involved..
I am not an attorney, and trust my letter, written in frustration, is acceptable and will be reviewed favorably.

Respectfully yours,

*Phyllis Granat*

Phyllis Granat

cc: *Council for the Class*
    *Counsel for Track Two Defendants*