**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Master File No. 01-cv-12257-PBS |
| | ) | |
| | ) | Subcategory No. 06-11337-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| *United States of America ex rel. Ven-A-* | ) | Judge Patti B. Saris |
| *Care of the Florida Keys, Inc., v. Baxter* | ) | |
| *Healthcare Corporation and Baxter* | ) | |
| *International, Inc.,* | ) | |
| Case No. 10-cv-11186 | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE OF CERTAIN CLAIMS**
**AGAINST BAXTER DEFENDANTS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam*

provisions of the federal False Claims Act, Relator Ven-A-Care of the Florida Keys, Inc.

(the "Relator") and Baxter healthcare Corp. and Baxter International, Inc. (collectively "Baxter")

(Baxter together with Relator collectively the "Parties") filed with this Court, a Stipulation of

Dismissal and Motion for Order of Dismissal with Prejudice as to Certain Claims Against

Baxter. Upon due consideration of the Stipulation and the Parties' Settlement Agreement and

Release, the United States' Consent, the lack of objection to the proposed Settlement, and the

Court's determination that the Settlement Amount appears to the Court to be fair, adequate, and

reasonable under all the circumstances, the Court hereby approves the Settlement.

WHEREFORE, IT IS ORDERED, that

1. Consistent with the terms of, and as limited by, the Settlement Agreement and Release attached hereto as Exhibit A, the above captioned Civil Action is dismissed with prejudice as to Baxter.

2. This Order resolves all claims against Baxter for the federal share of Medicaid program payments encompassed by the above-captioned Civil Action. This Order shall in no way prejudice or limit any claims for a State's share or the United States' right to recover from States, or state agencies or departments, the federal Share of Prior Settlements as defined by the Settlement Agreement.

3. Except as specified in the Settlement Agreement and Release, each party shall be responsible for its own expenses, attorneys' fees, and costs.

4. The Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Parties' Settlement Agreement and Release to the extent reasonably necessary and appropriate.

IT IS SO ORDERED this _1_day of _October_, 2011.

THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE