October 17, 2011

The Honorable Patti B. Saris
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

RE:   Civil Action Number: 01-CV-12257-PBS, MDL No. 1456

On Behalf Of: Peggy O. Fairey, Claimant

Good Morning, Judge Saris:

In my continuing attempt to satisfy the requirements of the above-titled case, I am having a problem obtaining records relating to my mother's medications.

On September 20, 2011, I contacted the records personnel at the clinic where she was administered the included medications. I provided them with her death certificate and a copy of her will that designates me as her executor.

I was assured that the records would be available after they were retrieved from their off-site storage facility. Weeks went by with no activity. Finally in early October, I made contact with the records personnel. The information was "forthcoming". On October 14, I was informed that my mother's information would not be released absent a subpoena or court order.

The date certain for filing the supplementary documents is rapidly approaching and I wish to fulfill my obligations to this Court insofar as it will allow my mother to continue to be included in the action and allow her to maximize her return from the case.

Can the Court assist me in emphasizing to the clinic the absolute need for their cooperation? I would genuinely appreciate any help that the Court deems appropriate.

The information for the clinic in question is:

>Charleston Hematology Oncology Associates
>Roper Cancer Center
>2085 Henry Tecklenburg Drive, 2nd Floor
>Charleston, South Carolina  29414
>843-577-6957      843-577-6523 FAX
>OR
>Charleston Hematology Oncology Associates
>Roper Medical Office Building
>125 Doughty Street Suite 500
>Charleston, South Carolina 29403
>843-577-6957      843-723-3324 FAX

If you require additional information, please contact me at the address below.

Thank you for your time and consideration in this matter.

Respectfully,

_____    _10/17/11_____
William S, Fairey, Jr.                                    Date

Executor
On Behalf Of Peggy O. Fairey, Claimant
5629 Boulder Boulevard
Sarasota, Florida 34233
941-685-7674      941-377-6545 FAX
wsfairey@yahoo.com

2