UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Healthcare Corporation* | Judge Patti B. Saris |

**BAXTER HEALTHCARE CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMITATION**

Baxter Healthcare Corporation ("Baxter") respectfully requests leave to file a memorandum in support of its Motion for Partial Summary Judgment in excess of the page limitation imposed by District of Massachusetts Local Rule 7.1(b)(4). This case presents at least three separate grounds justifying summary dismissal of the remaining False Claims Act claims in Relators' Complaint. Baxter's brief exceeds the 20-page limit in Local Rule 7.1(b)(4) by less than four full pages. Counsel for Baxter conferred with counsel for Relators prior to filing this motion and Relators are unopposed to Baxter exceeding the page limitations.

Based on the foregoing, Baxter respectfully requests that the Court grant leave to exceed the page limit.

Respectfully submitted,

| Dated: October 19, 2011 | /s/ Shamir Patel _____<br>J. Andrew Jackson<br>Merle M. DeLancey<br>Shamir Patel<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone:  (202) 420-2200<br>Facsimile:  (202) 420-2201<br>*Admitted pro hac vice*<br><br>Peter E. Gelhaar (BBO #188310)<br>**DONNELLY, CONROY & GELHAAR, LLP**<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>Telephone:  (617) 720-2880<br>Facsimile:  (617) 720-3554<br><br>Counsel for Defendant Baxter Healthcare Corporation |
|---|---|

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that the moving party has communicated with counsel for Relators in an effort to resolve the dispute referred to in this Motion, and Relators do not oppose this motion.

 /s/ Shamir Patel _____
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

## CERTIFICATE OF SERVICE

I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing, Baxter Healthcare Corporation's Motion For Leave To File Memorandum In Excess Of Page Limit, to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on October 19, 2011, for posting and notification to all parties.

/s/ Shamir Patel _____
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

DSMDB-2989675v1