UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Healthcare Corporation* | MDL No. 1456 <br> Master File No. 1:01-CV-12257-PBS <br> Sub-Category Case No. 1:08-CV-11200 <br><br><br> Judge Patti B. Saris |

### [PROPOSED] ORDER GRANTING DEFENDANT BAXTER HEALTHCARE CORPORATION PARTIAL SUMMARY JUDGMENT

Upon consideration of the Motion and the parties' filings related thereto, the arguments of counsel, and with good cause having been found and for the reasons stated from the Bench, and this Court having adopted as findings the facts set forth in the Motion, it is hereby:

**ORDERED** that Defendant's Motion for Partial Summary Judgment is Granted.

**ORDERED** that the Clerk of this Court is expressly directed to enter final judgment in favor of Defendant Baxter Healthcare Corporation on the sole remaining FCA count in Relators' Second Amended Complaint for the Baxter therapies Advate and Recombinate.

Dated: _____

_____
Hon. Patti B. Saris
United States District Judge

DSMDB-2967097v1