# EXHIBIT D

REG-ADOPT, MED-GUIDE 1977 MED-GUIDE-TB ¶28,714, **MEDICAID--FORMULA FOR DETERMINING EAC FOR DRUGS,** (Dec. 13, 1977)
**MEDICAID--FORMULA FOR DETERMINING EAC FOR DRUGS**

*Action Transmittal,* Dec. 13, 1977.. HCFA-AT-77-113 (MMB),, , Subject: Title XIX, Social Security Act: Limitation on Payment or Reimbursement for Drugs: Estimated Acquisition Cost (EAC).

**Medicaid--Limitation on payment or reimbursement for drugs--Formula for determining estimated acquisition cost.--**
The intent of the final Medicaid regulations on drug reimbursement is to have each state's estimated acquisition cost as close as feasible to the price generally and currently paid by the provider. The states are, therefore, expected to see that their ingredient cost levels are as close as possible to actual acquisition cost. The Department's analysis of price data over several months indicates that a specific percentile listing--the 70th--might appropriately be used as a bench mark in determining the degree to which the ingredient cost levels established by states approach actual acquisition cost. Any state which is found to be reimbursing at a level above the 70th percentile could be expected to provide evidence to indicate that its reimbursement levels are closer to the providers' AAC than the federal data.

Back reference: ¶14,723.
[Text of Transmittal]

Present federal reimbursement limits under the drug program are based upon the lower of the state-determined estimated acquisition cost (EAC) (or federal MAC limit) plus dispensing fee or the provider's usual and customary charge to the general public.

Although the final Medicaid regulations, effective in August 1976, do not require that states limit their reimbursement to the provider's actual acquisition cost (AAC), the intent of those regulations is to have each state's estimate as close as feasible to the price generally and currently paid by the provider.

Many states have taken positive steps to comply with the intent of the regulation. However, the Department is not convinced that those states which continue to reimburse at average wholesale price (AWP), or wholesale invoice cost, have made a real effort to approach AAC.

In order to set estimated acquisition costs which come close to AAC, some states, for example, begin with AWP prices but apply a percentage markdown to determine acquisition costs. Others set limits of manufacturer's direct prices for certain high volume drugs from manufacturers who are direct sources of supply for pharmacists.

The Department has been issuing Federal Invoice Level Price Data to assist states in establishing EAC's. The Department does not mandate any specific upper limit on ingredient cost. We expect the states, nonetheless, to see that their ingredient cost levels are as close as possible to actual acquisition cost. Our analysis of price data over several months indicates that a specific percentile listing--the 70th--might appropriately be used as a bench mark in determining the degree to which the ingredient cost levels established by states approach actual acquisition cost. Any state which is found to be reimbursing at a level above the 70th percentile could be expected to provide evidence to indicate that its reimbursement levels are closer to the providers' AAC than the federal data.

Each program administrator should reevaluate the state's method of setting EAC limits for the drug program to assure that drug reimbursement limits are as close as feasible to Actual Acquisition Cost.

*Copyright © 2005, CCH INCORPORATED. All rights reserved.*