# EXHIBIT CC



**Thursday,
August 5, 2004**

Part II

# Department of Health and Human Services

Centers for Medicare and Medicaid Services

42 CFR Parts 405, 410, 411, et al.
Medicare Program; Revisions to Payment Policies Under the Physician Fee Schedule for Calendar Year 2005; Proposed Rule

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Centers for Medicare & Medicaid Services**

**42 CFR Parts 405, 410, 411, 414, 418, 424, 484, and 486**

**[CMS–1429–P]**

**RIN 0938–AM90**

**Medicare Program; Revisions to Payment Policies Under the Physician Fee Schedule for Calendar Year 2005**

**AGENCY:** Centers for Medicare & Medicaid Services (CMS), HHS.

**ACTION:** Proposed rule.

**SUMMARY:** This proposed rule would refine the resource-based practice expense relative value units (RVUs) and make other changes to Medicare Part B payment policy. The proposed policy changes concern: supplemental survey data for practice expense, updated geographic practice cost indices for physician work and practice expense, updated malpractice RVUs, revised requirements for supervision of therapy assistants, revised payment rules for low osmolar contrast media, changes to payment policies for physicians and practitioners managing dialysis patients, clarification of care plan oversight requirements, revised requirements for supervision of diagnostic psychological testing services, clarifications to the policies affecting therapy services, revised requirements for assignment of Medicare claims, addition to the list of telehealth services, and several coding issues.

We are proposing these changes to ensure that our payment systems are updated to reflect changes in medical practice and the relative value of services. We solicit comments on these proposed policy changes.

This proposed rule also addresses the following provisions of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 (MMA): coverage of an initial preventive physical examination; coverage of cardiovascular screening blood tests; coverage of diabetes screening tests; incentive payment improvements for physicians in shortage areas; payment for covered outpatient drugs and biologicals; payment for renal dialysis services; coverage of routine costs associated with certain clinical trials of category A devices as defined by the Food and Drug Administration; hospice consultation service; indexing the Part B deductible to inflation; extension of coverage of intravenous immune globulin (IVIG) for the treatment in the home of primary immune deficiency diseases; revisions to reassignment provisions; clinical conditions for payment of covered items of durable medical equipment; and payment for diagnostic mammograms.

In addition, we discuss physicians' services associated with drug administration services and payment for set-up of portable x-ray equipment.

**DATES:** To be assured consideration, comments must be received at one of the addresses provided below, no later than 5 p.m. on September 24, 2004.

**ADDRESSES:** In commenting, please refer to file code CMS–1429–P. Because of staff and resource limitations, we cannot accept comments by facsimile (FAX) transmission.

You may submit comments in one of three ways (no duplicates, please):

1. *Electronically.* You may submit electronic comments on specific issues in this regulation to *http://www.cms.hhs.gov/regulations/ecomments.* (Attachments should be in Microsoft Word, WordPerfect, or Excel; however, we prefer Microsoft Word.)

2. *By mail.* You may mail written comments (one original and two copies) to the following address ONLY:

Centers for Medicare & Medicaid Services, Department of Health and Human Services, Attention: CMS–1429–P, P.O. Box 8012, Baltimore, MD 21244–8012.

Please allow sufficient time for mailed comments to be received before the close of the comment period.

3. *By hand or courier.* If you prefer, you may deliver (by hand or courier) your written comments (one original and two copies) before the close of the comment period to one of the following addresses. If you intend to deliver your comments to the Baltimore address, please call telephone number (410) 786–7197 in advance to schedule your arrival with one of our staff members.

Room 445–G, Hubert H. Humphrey Building, 200 Independence Avenue, SW., Washington, DC 20201; or 7500 Security Boulevard, Baltimore, MD 21244–1850.

(Because access to the interior of the HHH Building is not readily available to persons without Federal Government identification, commenters are encouraged to leave their comments in the CMS drop slots located in the main lobby of the building. A stamp-in clock is available for persons wishing to retain a proof of filing by stamping in and retaining an extra copy of the comments being filed.)

Comments mailed to the addresses indicated as appropriate for hand or courier delivery may be delayed and received after the comment period.

*Submission of comments on paperwork requirements.* You may submit comments on this document's paperwork requirements by mailing your comments to the addresses provided at the end of the ''Collection of Information Requirements'' section in this document.

For information on viewing public comments, see the beginning of the **SUPPLEMENTARY INFORMATION** section.

**FOR FURTHER INFORMATION CONTACT:**

Pam West (410) 786–2302 (for issues related to Practice Expense, Respiratory Therapy Coding, and Therapy Supervision).

Rick Ensor (410) 786–5617 (for issues related to Geographic Practice Cost Index (GPCI) and malpractice RVUs).

Craig Dobyski (410) 786–4584 (for issues related to list of telehealth services or payments for physicians and practitioners managing dialysis patients).

Bill Larson or Tiffany Sanders (410) 786–7176 (for issues related to coverage of an initial preventive physical examination).

Cathleen Scally (410) 786–5714 (for issues related to payment of an initial preventive physical examination).

Joyce Eng (410) 786–7176 (for issues related to coverage of cardiovascular screening tests).

Betty Shaw (410) 786–7176 (for issues related to coverage of diabetes screening tests).

Anita Greenberg (410) 786–0548 (for issues related to payment of cardiovascular and diabetes screening tests).

David Worgo (410) 786–5919, (for issues related to incentive payment improvements for physicians practicing in shortage areas).

Angela Mason or Jennifer Fan (410) 786–0548 (for issues related to payment for covered outpatient drugs and biologicals).

David Walczak (410) 786–4475 (for issues related to reassignment provisions).

Henry Richter (410) 786–4562 (for issues related to payments for ESRD facilities).

Steve Berkowitz (410) 786–7176 (for issues related to coverage of routine costs associated with certain clinical trials of category A devices).

Terri Deutsch (410) 786–9462 (for issues related to hospice consultation services).

Karen Daily (410) 786–7176 (for issues related to clinical conditions for payment of covered items of durable medical equipment).

TABLE 27.—COMBINED PAYMENT IMPACT DRUG AND PHYSICIAN FEE SCHEDULE PAYMENT CHANGES FOR SELECTED SPECIALTIES

| Specialty | Drugs | | Physician fee schedule | | All revenues | |
|---|---|---|---|---|---|---|
| | Percent of total medicare revenues from drugs | Percent change medicare drug revenues | Percent of total medicare revenues from fee schedule | Percent change physician fee schedule revenues | Combined medicare revenues all sources ($ in millions) | Combined percent change all medicare revenues |
| HEMATOLOGY/ONCOLOGY. | 70 | −8 | 28 | −9% to 12% | $6,251 | −8% to −2% |
| UROLOGY | 37 | −36 | 60 | 0% to 19% | 2,842 | −13% to −2% |
| RHEUMATOLOGY | 46 | −6 | 51 | 0% to 2% | 818 | −3% to −2% |
| OBSTETRICS/GYNECOLOGY. | 13 | −18 | 85 | 1% to 1% | 684 | −2% to −2% |

The above tables show those specialties that receive significant revenues from drugs and physician fee schedule services that could be further affected by the review of drug administration coding currently undertaken by the CPT Editorial Panel and any changes we may make after further consideration of this effort and public comments.

Although infectious disease physicians do receive significant revenues from drugs and drug administration, we are not showing them in this table because we have validated only drug payment data accounting for 27 percent of their allowed charges for drugs. Based on these data, we estimate an 11 percent reduction in their Medicare drug payments that account for approximately 6 percent of their total Medicare revenues. If total drug payment were to decline by 11 percent, we estimate that net revenues to infectious disease physicians will remain unchanged, absent any further changes in drug and drug administration coding. We are not showing DME and Other Medical Suppliers in the above table because they do not receive significant revenues for physician fee schedule services and will be unaffected by any further changes made to drug administration coding or RVUs because they do not bill for these services. However, they do receive a substantial portion of their total Medicare revenues from drugs that are affected by the change to ASP+6 pricing. For DME/Other Medical Suppliers, 40 and 60 percent of Medicare revenues respectively are received from drugs and DME fee schedule services. These suppliers would receive an approximate reduction of 70 percent in their Medicare drug revenues from the adoption of ASP+6 drug prices due to the large reduction in payment for two high volume inhalation drugs (J7619 and J7644). These impacts will be reduced somewhat by the dispensing fee we are proposing for inhalation drugs. We estimate the total reduction in payment across all of the services provided by DME suppliers as a result of provisions of this proposed rule would be approximately 28 percent.

TABLE 28.—DRUG PRICING TABLE USED FOR PAYMENT IMPACTS

| Code | Short description | Trade name | CY 2004 Pay allowance limit | Estimated CY 2005 allowance limit 6%) | Percent change |
|---|---|---|---|---|---|
| J0152 | Adenosine injection | ADENOSCAN | $66.56 | $69.78 | 5% |
| J0585 | Botulinum toxin a per unit | BOTOX | 4.43 | 4.69 | 6 |
| J0880 | Darbepoetin alfa injection | ARANESP | 21.20 | 18.10 | −15 |
| J1441 | Filgrastim 480 mcg injection | NEUPOGEN | 267.79 | 267.04 | 0 |
| J1745 | Infliximab injection | REMICADE | 58.79 | 53.32 | −9 |
| J2430 | Pamidronate disodium/30 MG | AREDIA, PAMIDRONATE DISODIUM, | 237.88 | 67.27 | −72 |
| J2505 | Injection, pegfilgrastim 6mg | NEULASTA | 2,507.50 | 2,260.77 | −10 |
| J2792 | Rho(D) immune globulin h, sd | WINRHO | 18.39 | 13.04 | −29 |
| J3395 | Verteporfin injection | VISUDYNE | 1,404.26 | 1,368.79 | −3 |
| J3487 | Zoledronic acid | ZOMETA | 194.54 | 202.50 | 4 |
| J7192 | Factor viii recombinant | KOGENATE, HELIXATE, RECOMBINATE, REFACTO, BIOCLATE,. | 1.29 | 0.92 | −29 |
| J7317 | Sodium hyaluronate injection | HYALGAN, SUPARTZ, ORTHOVISC | 124.11 | 110.07 | −11 |
| J7320 | Hylan G-F 20 injection | SYNVISC | 204.03 | 188.88 | −7 |
| J7507 | Tacrolimus oral per 1 MG | PROGRAF | 3.13 | 3.19 | 2 |
| J7517 | Mycophenolate mofetil oral | CELLCEPT | 2.55 | 2.54 | 0 |
| J7619 | Albuterol inh sol u d | PROVENTIL, ALBUTEROL SULFATE, VENTOLIN. | 0.39 | 0.04 | −89 |
| J7626 | Budesonide inhalation sol | PULMICORT | 4.04 | 3.91 | −3 |
| J7644 | Ipratropium brom inh sol u d | IPRATROPIUM BROMIDE | 2.82 | 0.30 | −89 |
| J9045 | Carboplatin injection | PARAPLATIN | 137.54 | 131.77 | −4 |
| J9170 | Docetaxel | TAXOTERE | 301.40 | 287.59 | −5 |
| J9201 | Gemcitabine HCl | GEMZAR | 111.33 | 107.46 | −3 |
| J9202 | Goserelin acetate implant | ZOLADEX | 375.99 | 234.28 | −38 |
| J9206 | Irinotecan injection | CAMPTOSAR | 130.24 | 123.86 | −5 |
| J9217* | Leuprolide acetate suspnsion | LUPRON DEPOT, ELIGARD, LUPRON DEPOT-PED. | 500.58 | 234.28 | −53 |

TABLE 28.—DRUG PRICING TABLE USED FOR PAYMENT IMPACTS—Continued

| Code | Short description | Trade name | CY 2004 Pay allowance limit | Estimated CY 2005 allowance limit 6%) | Percent change |
|---|---|---|---|---|---|
| J9219 | Leuprolide acetate implant | VIADUR | 4,831.40 | 2,190.71 | −55 |
| J9265 | Paclitaxel injection | TAXOL, ONXOL, NOV-ONXOL | 138.28 | 25.84 | −81 |
| J9310 | Rituximab cancer treatment | RITUXAN | 427.28 | 438.38 | 3 |
| J9350 | Topotecan | HYCAMTIN | 706.17 | 731.46 | 4 |
| J9355 | Trastuzumab | HERCEPTIN | 52.01 | 50.84 | −2 |
| J9390 | Vinorelbine tartrate/10 mg | NAVELBINE | 76.19 | 64.67 | −15 |
| Q0136 | Non esrd epoetin alpha inj | PROCRIT | 11.62 | 10.37 | −11 |
| **Unlisted | | ALOXI | 307.80 | 202.51 | −34 |

*The figures here for J9217 reflect the ASP prices submitted by the drug manufacturer. However, we assumed that Medicare carriers are applying "least costly alternative" pricing and are using the J9202 price for J9217.

**Aloxi is the brand name for an antiemetic that is paid in 2004 at 95% of AWP using an unlisted code because the drug was approved by the FDA in the fall of 2003. Even though we do not have a code or volume for this drug from 2003 like we do for the other drugs shown in the table, we are showing it here because it is the highest growth injectable antiemetic drug currently on the market.

*B. Geographic Practice Cost Indices*

As discussed in section II.B, in this rule, we are proposing changes to the work and practice expense GPCIs based on new census data. The resulting geographic redistributions would not result in an overall increase in the current geographic adjustment indices by more than 3.5 percent or a decrease by more than 1.6 percent for any given locality in 2005. These geographic redistributions would not result in an overall increase in the current geographic adjustment indices by more than 7 percent or a decrease by more than 3.5 percent for any given locality in 2006. Addenda E and F illustrate the locality specific overall impact of this proposal. The GAF, as displayed in addenda E and F is a weighted composite index of the individual proposed revisions to the work, practice expense, and malpractice expense GPCIs, respectively. The malpractice GPCI was updated as part of the November 7, 2003 final rule, and the MMA provisions were addressed in the final rule published on January 7, 2004.

*C. Coding Issues*

1. Revisions to Global Period

In section II.D.1, we are proposing a change in the global period for procedure code 77427, *Radiation treatment management, five treatments* from a global indicator of "xxx" (meaning that the global concept does not apply) to "090" (meaning that there is a 90-day global period). We are not changing any of the RVUs for procedure code 77427 because this service was valued to reflect a global period of 90 days. The implication of this change is that any visit services provided in the 90-day global period that are related to procedure code 77427 will no longer be paid separately. We reviewed Medicare data and found that physicians rarely bill for services during the 90-day period following the date-of-service for procedure code 77427. Therefore, we believe this proposal will have little effect on Medicare program expenditures and our payments to physicians.

2. Additions to the List of Medicare Telehealth Services

In section II.D.2, we are proposing to add end stage renal disease (ESRD) services, as represented by HCPCS codes G0308, G0309, G0311, G0312, G0314, G0315, G0317, G03178 to the list of telehealth services. We believe that this change will have little effect on Medicare expenditures.

3. National Pricing of G0238/G0239 (Respiratory Therapy Service Codes)

As discussed earlier in the preamble, we are proposing to use the nonphysician workpool to value two respiratory therapy service codes (G0238 and G0239) that are currently carrier priced. We believe that this proposed change will eliminate the uncertainty surrounding payment of these codes when performed in comprehensive outpatient rehabilitation facilities that are paid under the physician fee schedule through fiscal intermediaries. We do not anticipate that nationally pricing these services would have a significant impact on Medicare expenditures.

4. New HCPCS Code for Bone Marrow Aspiration

We are proposing a new HCPCS code for instances when a bone marrow aspiration and a bone marrow biopsy are performed on the same day through a single incision. Currently, we do not allow payment for both of these procedures on the same day. While this coding change will allow for a small additional payment for the second procedure performed through a single incision on the same day, we anticipate that the costs will be insignificant.

5. New HCPCS Code for Venous Mapping

As stated earlier in the preamble, we are proposing a new HCPCS code for venous mapping for hemodialysis access placement. The primary reason for this new code is to enable us to track the use of venous mapping for quality improvement purposes. Since pricing for this service is not changing, there will be no impact on Medicare expenditures.

*D. MMA Provisions*

1. Section 611—Preventive Physical Examination

As discussed earlier in this preamble, the MMA authorizes coverage of an initial preventive physical examination effective January 1, 2005, subject to certain eligibility and other limitations. We estimate that this new benefit will result in an increase in Medicare expenditures. These new payments will be made to physicians and other practitioners who provide these examinations and for any medically necessary follow-up tests, counseling, or treatment that may be required as a result of the coverage of these examinations. The impact of this provision is shown in the following table.