# EXHIBIT FF

**BLOOD CLOTTING FACTORS**
New additions to the blood clotting factor list are marked with an asterisk
Please note this list includes active NDCs only (i.e., those with no termination date or those for which four quarters have not yet passed since the termination date)

| LABELER NAME | NDC | PRODUCT NAME |
| --- | --- | --- |
| BAYER | 00026-0372 | Kogenate Fs |
| BAYER | 00026-0379 | Kogenate FS Bio-Set |
| BAYER | 00026-3782 | Kogenate FS Fixed Poly Classic |
| BAYER | 00026-3783 | Kogenate Fs |
| BAYER HEALTHCARE INC. | 00026-3785 | Kogenate FS |
| BAYER | 00026-3786 | Kogenate Fs |
| BAYER HEALTHCARE INC. | 00026-3787 | Kogenate FS 3000 |
| BAYER | 00026-3792 | Kogenate FS Fixed Poly Bio-Set |
| BAYER | 00026-3793 | Kogenate FS Fixed Poly Bio-Set |
| BAYER | 00026-3795 | Kogenate FS Bio-Set |
| BAYER | 00026-3796 | Kogenate Fs |
| BAYER HEALTHCARE INC. | 00026-3797 | Kogenate FS 3000  Bio-Set |
| ZLB BIOPLASMA | 00053-7615 | Humate-P |
| AVENTIS BEHRING | 00053-7656 | Monoclate-P |
| AVENTIS BEHRING | 00053-7668 | Mononine |
| AVENTIS BEHRING | 00053-8130 | Helixate Fs |
| CSL BEHRING | 00053-8131 | Helixate FS |
| CSL BEHRING | 00053-8132 | Helixate FS |
| CSL BEHRING | 00053-8133 | Helixate FS |
| CSL BEHRING | 00053-8134 | Helixate FS |
| CSL BEHRING | 00053-8135 | Helixate FS 3000 |
| NOVO NORDISK | 00169-7010 | Novoseven RT |
| NOVO NORDISK | 00169-7020 | Novoseven RT |
| NOVO NORDISK | 00169-7040* | Novoseven RT |
| NOVO NORDISK | 00169-7050 | Novoseven RT |
| NOVO NORDISK | 00169-7060 | Novoseven |
| NOVO NORDISK | 00169-7061 | Novoseven |
| NOVO NORDISK | 00169-7062 | Novoseven |
| BAXTER | 00944-1301* | Monarch-M |
| BAXTER | 00944-1302* | Monarch-M |
| BAXTER | 00944-1303* | Monarch-M |
| BAXTER | 00944-2831 | Recombinate |
| BAXTER | 00944-2832 | Recombinate |
| BAXTER | 00944-2833 | Recombinate |
| BAXTER | 00944-2834* | Recombinate |
| BAXTER | 00944-2835* | Recombinate |
| BAXTER | 00944-2930 | Hemofil M |
| BAXTER | 00944-2931 | Hemofil M |
| BAXTER | 00944-2932 | Hemofil M |
| BAXTER | 00944-2933 | Hemofil M |
| BAXTER | 00944-2935 | Hemofil M |
| BAXTER | 00944-2938* | Recombinate |
| BAXTER | 00944-2941 | Advate |
| BAXTER | 00944-2942 | Advate |

**BLOOD CLOTTING FACTORS**
New additions to the blood clotting factor list are marked with an asterisk
Please note this list includes active NDCs only (i.e., those with no termination date or those for which four quarters have not yet passed since the termination date)

| LABELER NAME | NDC | PRODUCT NAME |
|---|---|---|
| BAXTER | 00944-2943 | Advate |
| BAXTER | 00944-2944 | Advate |
| BAXTER | 00944-2945 | Advate |
| BAXTER | 00944-2946 | Advate |
| TALECRIS | 13533-0603* | Thrombate III |
| TALECRIS | 13533-0665 | Koate-Dvi |
| WYETH | 58394-0001 | Benefix 1000 IU |
| WYETH | 58394-0002 | Benefix |
| WYETH | 58394-0003 | Benefix |
| WYETH | 58394-0005 | Refacto |
| WYETH | 58394-0006 | Refacto |
| WYETH | 58394-0007* | Refacto |
| WYETH | 58394-0008 | Benefix |
| WYETH | 58394-0011 | Refacto |
| WYETH | 58394-0012 | Xyntha |
| WYETH | 58394-0013 | Xyntha |
| WYETH | 58394-0014 | Xyntha |
| WYETH | 58394-0015 | Xyntha |
| CSL Behring GmbH | 63833-0615 | Profilnine® SD FIX SD M2V(500) |
| CSL Behring GmbH | 63833-0616 | Profilnine® SD FIX SD M2V(1500) |
| CSL Behring GmbH | 63833-0617 | Alphanine®SD VF 1000 IU M2V USA |
| CSL BEHRING | 63833-8915 | RiaStap |
| BAXTER | 64193-0222 | Feiba Vh Immuno (Anti-Inhibitor Coagulant Complex) |
| BAXTER HEALTHCARE CORPORATION | 64193-0223 | Feiba NF 400-650 IU ANTI INHIB |
| BAXTER HEALTHCARE CORPORATION | 64193-0224 | Feiba NF 651-1200 IU ANTI INHIB |
| BAXTER HEALTHCARE CORPORATION | 64193-0225 | Feiba NF 1750-3250 IU ANTI INHIB |
| OCTAPHARMA USA, INC | 67467-0181 | Wilate |
| GRIFOLS | 68516-3200 | Profilnine Sd |
| GRIFOLS BIOLOGICALS INC. | 68516-3201 | Profilnine® SD FIX SD M2V(500) |
| GRIFOLS BIOLOGICALS INC. | 68516-3202 | Profilnine® SD FIX SD M2V(1000) |
| GRIFOLS BIOLOGICALS INC. | 68516-3203 | Profilnine® SD FIX SD M2V(1500) |
| GRIFOLS | 68516-3600 | Alphanine Sd |
| GRIFOLS BIOLOGICALS INC. | 68516-3601 | Alphanine®SD VF 500 IU M2V USA |
| GRIFOLS BIOLOGICALS INC. | 68516-3602 | Alphanine®SD VF 1000 IU M2V USA |
| GRIFOLS BIOLOGICALS INC. | 68516-3603 | Alphanine®SD VF 1500 IU M2V USA |
| GRIFOLS | 68516-4601 | Alphanate /von Willebrand Factor Complex |
| GRIFOLS | 68516-4602 | Alphanate /von Willebrand Factor Complex |
| GRIFOLS | 68516-4603 | Alphanate /von Willebrand Factor Complex |
| GRIFOLS | 68516-4604 | Alphanate /von Willebrand Factor Complex |