UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Healthcare Corporation* | Judge Patti B. Saris |

### (PROPOSED) ORDER

For the reasons set forth in Defendant's Emergency Motion To Stay Discovery Pending Rulings On Baxter's Partial Motion To Dismiss And Motion For Partial Summary Judgment:

1. Discovery in this matter is hereby STAYED, until further Order by this Court;

2. The November 8, 2011 hearing on the Baxter's Partial Motion to Dismiss is CONTINUED until the Court is ready to jointly consider Baxter's Motion For Partial Summary Judgment; and

3. The Court orders an expedited hearing on Defendant's Emergency Motion To Stay Discovery at the earliest convenience of the Court.

_____
Hon. Patti B. Saris
U.S. District Court Judge