# EXHIBIT A



**STATE OF INDIANA**
**OFFICE OF THE INDIANA ATTORNEY GENERAL**
MEDICAID FRAUD CONTROL UNIT
8005 CASTLEWAY DRIVE • INDIANAPOLIS, IN 46250-1946
www.AttorneyGeneral.IN.gov

**GREG ZOELLER**
INDIANA ATTORNEY GENERAL

TOLL FREE: 800.382.1039
PHONE: 317.915.5300
FAX: 317.232.6523

September 19, 2011

<u>**Via Certified Mail**</u>

Tina D. Reynolds, Esq.
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006-5403

Re: *United States ex re. Linnette Sun and Greg Hamilton v. Baxter Healthcare Corporation*
Cause No.: 08-11200-PBS (D. Mass.)
Our Case No.: 111-1041

Dear Ms. Reynolds:

Enclosed please find the Objections and Responses of the Family and Social Services Administration (the "FSSA") to the subpoena issued to it in connection with the above-referenced case. The service of such Objections and Responses to the subpoena issued is not intended as, nor does it act as, a waiver of the FSSA's rights to move to quash the subpoena under Fed. R. Civ. P. 45(c)(3) or to obtain a protective order under Fed. R. Civ. P. 26(c).

To the extent that the subpoena purports to command the presence of a designee of the FSSA for the purposes of taking testimony upon oral examination under Fed. R. Civ. P. 30(b)(6), please be advised that the FSSA disputes the need for such an examination and will resist enforcement of the subpoena. As your letter of September 1, 2011, indicates that the date for the deposition is simply a placeholder and the deposition may be unnecessary, please contact me so that we can dispose of the issue without the Court's intervention.

As you may be aware, this is the fourth[1] case related to the *In re Average Wholesale Price Pharmaceutical Litigation* in which the State of Indiana or its agency, the FSSA, has received a non-party subpoena for the production of

Ms. Tina D. Reynolds
September 19, 2011
Page 2 of 2

documents or to depose a witness. Compliance with each of these subpoenas has exacted a cumulative toll on the limited resources of an agency, which, to this time, has not been a party to an action. The FSSA cannot be expected to continue to expend its funds to the detriment of the citizens it has a mission to serve. Therefore, to the extent that it has produced documents responsive to your requests to other parties, the FSSA will advise you of the production that it has made in the past and not re-produce such documents. With respect to claims data, costs for similar requests were estimated to be over $150,000 – an amount that would place an undue burden on a third party, therefore absent an order compelling production, FSSA will not produce claims data.

If you have any questions please contact me at Lawrence.Carcare@atg.in.gov or (317) 915-5319.

Sincerely yours,

Lawrence J. Carcare II
Deputy Attorney General

LJC:
cc:    Mason Pike, FSSA

---

[1] The State of Indiana or the FSSA, as a non-party, has previously responded to subpoenas in the following cases that are a part of *In re Average Wholesale Price Pharmaceutical Litigation*, MDL 1456:
  i.   *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories*, Case No. 06-cv-11337-PBS;
  ii.  *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc.*, Case No. 05-cv-11084-PBS; and
  iii. *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Actavis MidAtlantic, LLC*, Case No. 06-cv-1137-PBS.