UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) Master File No. 01-cv-12257-PBS ) ) Subcategory No. 06-11337-PBS ) Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

**SECOND JOINT MOTION TO EXTEND THE ORDER OF DISMISSAL
AS TO DEFENDANTS ALPHARMA INC., ALPHARMA USPD INC., f/k/a BARRE-NATIONAL, INC., BARRE PARENT CORP., AND ACTAVIS MID ATLANTIC LLC**

The Relator, Ven-a-Care of the Florida Keys, Inc., and Defendants, Alpharma Inc., Alpharma USPD Inc., f/k/a Barre-National, Inc., Barre Parent Corp., and Actavis Mid Atlantic LLC (collectively, "Actavis"), (the Relator and Actavis collectively, "the Parties") hereby move the Court to extend the Order of Dismissal of May 27, 2011 (Doc. # 178) a second time, to allow the Parties an additional 45 days to conclude their settlement discussions and obtain the United States' consent to the settlement before the Order of Dismissal becomes final.

At a hearing on May 24, 2011, the Parties reported to the Court that they had reached agreements in principle on settlements of the actions against Actavis. However, the parties reported it would take some time to draft and negotiate the details of the settlement documents, to secure the written consent of the United States and to seek the Court's written consent as required by 31 U.S.C § 3730(b). Thereupon the Court entered an Order of Dismissal on May 27, 2011 allowing the parties 90 days to finalize the settlement. Doc. #178. At the request of the

Parties, the 90-day period was extended to October 24, 2011 by Electronic Court Order on August 30, 2011.

In the time since May 24, counsel for the Parties have negotiated diligently and in good faith on the terms of the settlement agreement and related documents and worked closely with the United States to obtain the United States' consent to the settlement. Counsel for the Relator has also diligently been working on the terms of settlements reached in principle with the other remaining defendants. Despite their efforts, the Parties need additional time to finalize negotiations. The Parties do not anticipate problems finalizing the settlement and filing all necessary documents with the Court provided an additional 45 days is allowed by the Court.

For the foregoing reasons, the Parties request that the Court modify its Order of Dismissal to allow the Parties an additional 45 days (until December 8, 2011) to file the requisite documents with the Court seeking dismissals with prejudice pursuant to their settlements.
Dated: October 20, 2011.

                                              Respectfully submitted,

                                              ALISON W. SIMON, P.A.
                                              Alison W. Simon
                                              Florida Bar No. 0109568
                                              P. O. Box 430457
                                              MIAMI, FL 33243
                                              Phone: 305-663-2433
                                              Fax: 305-665-1508

THE BREEN LAW FIRM, P.A.
James J. Breen
Florida Bar No. 0297178
5755 Northpoint Parkway
Suite 260
Alpharetta, GA 30022
Phone: 770-740-0008
Fax: 770-740-9109


/s/_____
Rand J. Riklin
Texas State Bar No. 16924275
John E. Clark
Texas State Bar No. 04287000
GOODE CASSEB JONES
  RIKLIN CHOATE & WATSON, PC
2122 N. Main Ave.
San Antonio, Texas 78212
Telephone:  (210) 733-6030
Facsimile:  (210) 733-0330

Attorneys for Relator, Ven-A-Care of the Florida Keys, Inc.


/s/ Amy T. Tridgell by Rand J. Riklin with permission
_____
Amy T. Tridgell (*pro hac vice*)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Tel.:  212-223-4000
Fax:  212-223-4134

Robert T. Rhoad (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Attorneys for Alpharma Inc., Alpharma USPD Inc., f/k/a Barre-National, Inc., Barre Parent Corp., and Actavis Mid Atlantic LLC

3

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 20th day of October, 2011 caused an electronic copy of the above SECOND JOINT MOTION TO EXTEND THE ORDER OF DISMISSAL AS TO DEFENDANTS ALPHARMA INC., ALPHARMA USPD INC., f/k/a BARRE-NATIONAL, INC., BARRE PARENT CORP., and ACTAVIS MID ATLANTIC LLC to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/_____
Rand J. Riklin