UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) _____ ) THIS DOCUMENT RELATES TO: ) *United States of America ex rel.* ) *Ven-A-Care of the Florida Keys, Inc., by* ) *and through its principal officers and* ) *directors, Zachary T. Bentley and T. Mark* ) *Jones v. Actavis Mid Atlantic LLC, et al.* ) _____ ) | MDL No. 1456 Master File No. 01-cv-12257-PBS Subcategory No. 06-11337-PBS Civil Action No. 08-cv-10852 Judge Patti B. Saris |

### ORDER ON SECOND JOINT MOTION TO EXTEND
### ORDER OF DISMISSAL AS TO DEFENDANTS ALPHARMA INC., ALPHARMA USPD INC. f/k/a BARRE-NATIONAL, INC., BARRE PARENT CORP., AND ACTAVIS MID ATLANTIC LLC

The Court having reviewed the Relator's and Actavis parties' Second Joint Motion to Extend the deadline to finalize their settlement and file the requisite dismissal pleadings and related documents for a period of 45 days from the current deadline of October 24, 2011, and having been advised that the Parties need the additional time to conclude their settlement negotiations, complete and execute the settlement documents, and obtain the United States' written consent to the settlement:

IT IS ORDERED that the deadline for Relator and the Actavis parties to finalize their settlement and file the requisite dismissal pleadings and documents and the United States' consent to the settlement is hereby extended an additional 45 days to and including December 8, 2011.

Entered this _____ day of _____, 2011.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE