Clerk of Court  10-16-11
John Joseph Moakley
US Courthouse, 1 Courthouse Way
Ste 2300
Boston MA 02210

Dear Sir,   Re - Case # 01-CV-12257-PBS, MDL No. 1456
            Track Two Settlement Revision

My objection to the revised settlement is as follows:
All records are destroyed after seven years which is permissable legally.

My husband, Charles E. Geiselhart had esophogeal cancer and did not require dialysis. He had treatments of Epogen and/or Procrit seven times as per Medicare records. His oncologist, Dr Dennis Meisner, has relocated to Steubenville, Ohio and cannot verify records that no longer exist from 2001-2002. He said he could have prescribed both during that time as one is longer lasting.

This must be a problem for many of us.
Your consideration is appreciated.

Sincerely,
Carol J. Geiselhart
560 Idaho Ave.
Verona PA 15147
412-793-6842