# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* | ) | |
| VEN-A-CARE OF THE<br>FLORIDA KEYS, INC., *et al.* | )<br>)<br>) | Civil Action No. 00 CV10698 MEL |
| Plaintiffs, | )<br>) | FILED UNDER SEAL |
| v. | ) | |
| APOTHECON, INC., BRISTOL-MYERS<br>SQUIBB, CO., *et al.*, | )<br>)<br>) | |
| Defendants. | )<br>) | |

## JOINT STIPULATION OF DISMISSAL

Case No. 00 CV10698 is an action under the *qui tam* provisions of the False Claims Act,

31 U.S.C. § 3729 *et seq.*, filed by Relator Ven-A-Care of the Florida Keys, Inc. *et al.* against

various pharmaceutical companies.  By Order dated October 8, 2007, the Court, *inter alia*,

dismissed with prejudice to the Relators all claims asserted on behalf of the United States against

Bristol-Myers Squibb Company ("BMS") and Apothecon, Inc. ("Apothecon") in Civil Action

No. 00 CV10698.  Subsequently, by Order dated July 14, 2008, the Court, *inter alia*, dismissed

with prejudice to the Relators all claims asserted on behalf of Arkansas, California, Delaware,

District of Columbia, Florida, Hawaii, Illinois, Louisiana, Massachusetts, New Mexico, Nevada,

Tennessee, Texas, Utah and Virginia (the "States") against BMS and Apothecon in Case No. 00

CV10698.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the

December 9, 2009 Settlement Agreement between the BMS Defendants and Relators Ven-A-

Care of the Florida Keys, Inc., Zachary T. Bentley, T. Mark Jones, John M. Lockwood, and Luis E. Cobo ("Relators"), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order: (1) dismissing with prejudice all claims asserted on behalf of the Relators against BMS, its present and former subsidiaries (including but not limited to Apothecon, Inc. and Onocology Therapeutics Network), affiliates (including but not limited to Bristol-Myers Squibb Sanofi Pharmaceuticals Partnership (the "Partnership") and its collaborator Otsuka Pharmaceuticals Co., Ltd. ("Otsuka"), but as to Otsuka, only as to the drug Abilify, as well as to BMS and Apothecon, Inc.'s divisions, directors, officers, attorneys, agents, employees and assigns (the "Released Entities") in Case No. 00 CV10698 concerning Relators' expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d) or any state statute, law, or regulation; and (2) dismissing the Released Entities from Case No. 00 CV10698 as there are no remaining claims against the Released Entities in the matter.

This stipulation has no effect on claims or allegations against any defendants other than the Released Entities in Case No. 00 CV10698.

Relators, on behalf of themselves, their heirs, successors, attorneys, agents, and assigns, stipulate that the Settlement Amount set forth in the December 9, 2009 Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances.

The parties respectfully request that the Court enter an order in the form of the attached, proposed order.

Respectfully submitted,

COUNSEL FOR RELATORS:

Dated: 3/16/10

JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway
Suite 260
Alpharetta, GA 30022

COUNSEL FOR BRISTOL-MYERS SQUIBB
COMPANY & APOTHECON, INC.:

STEPHEN J. IMMELT
MITCHELL J. LAZRIS
Hogan & Hartson, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C.  20004-1109

Dated: 10/21/11