# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA                )<br>*ex rel*.                                                          )<br>          VEN-A-CARE OF THE              )<br>          FLORIDA KEYS, INC., et al.         )<br>                                                              )<br>                    Plaintiffs,                           )<br>v.                                                           )<br>                                                              )<br>APOTHECON, INC.,                              )<br>BRISTOL-MYERS SQUIBB CO, et al.,  )<br>                                                              )<br>                    Defendants                         ) | **MDL No. 1456**<br>Master File No. 01-cv-12257-PBS<br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852<br>Civil Action No. 00-CV-10698 |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), Bristol-Myers Squibb Company ("BMS") and Apothecon, Inc. ("Apothecon") and Relators Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, T. Mark Jones, John M. Lockwood, and Luis E. Cobo ("Relators") filed a Joint Stipulation of Dismissal as to claims against BMS and Apothecon. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

1.      Consistent with the terms of the December 9, 2009 Settlement Agreement executed by the BMS, Apothecon and Relators, all claims asserted on behalf of the Relators against BMS, its present and former subsidiaries (including but not limited to Apothecon, Inc. and Onocology Therapeutics Network), affiliates (including but not limited to Bristol-Myers Squibb Sanofi Pharmaceuticals Partnership (the "Partnership") and its collaborator Otsuka Pharmaceuticals Co., Ltd. ("Otsuka"), but as to Otsuka, only as to the drug Abilify, as well as to

BMS and Apothecon, Inc.'s divisions, directors, officers, attorneys, agents, employees and assigns (the "Released Entities") in Case No. 00 CVl0698 concerning Relators' expenses, attorneys' fees, and costs under 31 U.S.C. § 3730(d) or any states statute, law or regulation shall be dismissed with prejudice.

    2.    The Released Entities hereby are dismissed from Case No. 00 CV10698 as there are no remaining claims against the Released Entities in the matter.

    SO ORDERED this_____day of _____, 2011.

                                               _____
                                               UNITED STATES DISTRICT JUDGE