4310 Cortez Road.
Baltimore MD 21225
October 17, 2011

Clerk of Court
John Joseph Moakley
U.S. Court house
1 Court house Way
S-2300
Boston Massachusetts 02210

Re: Beatrice M. Hall
Ann R. Hall for
Beatrice M. Hall
4310 Cortez Road
Baltimore MD 21225

Your Case No: Civil Action No: 01-CV-12257-PBS
PBS MDL No. 1456

Dear Clerk:

I am submitting this letter to notify you
and all parties that the undersigned writer
am responding to my receipt of recent correspondence
on the above referenced matter.

Beatrice M. Hall received dialysis during
August of 2000 until August 1, 2004 to my
recollection. Please note, the dates are
approximated. However, she was on a lot
of medicine for a long time prior to
expiring / sucumb to death.

(2)

John Joseph Moakley
Hon Ann Hall / District Hall
Civil Action 01-CV-12257-PBS
                MDL No. 1456

As her administrator, I will attempt to ascertain medical records from the treating physicians and/or facilities where she received treatment and forward them to you, as well as all legal counsel involved in this matter by October 28, 2011

I also elect to be represented by Counsel for the Class: Steven W. Berman of Hogan Berman Sobol Shapiro LLP, in this matter.

My residence was formerly:

4138 6th St., Apt. 1
Baltimore MD 21225

New Address and telephone number as of July 31, 2011 is as follows.

Ann R. Hall
4310 Cortez Road
Baltimore MD 21225
1-410-354-0992

Thank You in advance for your anticipated concern and assistance.

Sincerly
Ann R. Hall

③

Hon. Joseph Moakley
Hon. Ann Hall f / Beatrice M. Hall
Civil Action No. 01-CV-12257-PBS
MDL No. 1456

cc: Counsel for Track Two Defendants
Steven F. Barley
Hogan Lovells US LLP
100 International Drive
S-2000
Baltimore MD 21202

James P. Muehlberger
Shook, Hardy + Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108

Claims Administrator
AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

Steven W. Berman
Counsel for Class
Hagens Berman Sobol Shapiro LLP
1918 Eight Avenue
S-3300
Seattle, WA 98101

Personal File

Enc: 1 copy of Letter of Administration