

# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. 56648

I certify that administration of the Estate of

**BEATRICE M HALL**

was granted on the __28th__ day of __JANUARY, 2005__ ,

to __ANN RUSSELL HALL__

as personal representative(s) and the appointment is in effect

this __7th__ day of __JUNE__ __2011__ ,

☑ Will probated __January 28, 2005__
                  (date)

☐ Intestate estate

*Lauren M. Parker*

LAUREN M. PARKER
Register of Wills for

Anne Arundel County

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1120

ROWNET
11/2009

FOR OFFICIAL USE ONLY

12

Class 1
0015140945

3096 T19 P1 *************AUTO**3-DIGIT 212
BEATRICE M HALL
ANN R HALL FOR
BEATRICE M HALL
4138 6TH ST APT 1
BALTIMORE MD 21225-2354

PLEASE INCLUDE THIS SHEET OF PAPER WITH ANY SUPPORTING DOCUMENTATION SUBMITTED TO THE SETTLEMENT ADMINISTRATOR BY OCTOBER 28, 2011.



