# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| *AVERAGE WHOLESALE PRICE* ) | |
| LITIGATION ) | **MDL No. 1456** |
| ) | **Master File No. 01-cv-12257-PBS** |
| ) | |
| ) | **Civil Action No. 03-11226-PBS** |
| **THIS DOCUMENT RELATES TO:** ) | **(Original Central District of** |
| *State of California, ex rel.* ) | **California No. 03-CV-2238)** |
| **Ven-A-Care of the Florida Keys, Inc.,** ) | |
| **v. Abbott Labs, Inc., et al.,** ) | **Judge Patti B. Saris** |

## MOTION FOR ORDER OF DISMISSAL AND
## NOTICE OF FILING JOINT STIPULATION OF DISMISSAL

Ven-A-Care of the Florida Keys, Inc. (the "Relator") hereby notifies the Court that

it has reached a resolution of all remaining claims for expenses, attorneys' fees and

costs related to the civil action against Bristol Myers Squibb Co. ("Bristol Myers").  The

Relator has attached as Exhibit A to this Notice and Motion the signed Joint Stipulation

of Dismissal and as Exhibit B the Proposed Order agreed upon by the parties

dismissing the remaining claims against Bristol Myers and states as follows:

1.      This *qui tam* action was originally filed on or about July 28, 1998 by the

Relator on behalf of the State of California under Case Number 722855.

2.      On September 28, 2007, the Relators and Bristol Myers (among others)

entered into a settlement agreement (the "Settlement Agreement").  In consideration of

the Bristol Myers obligations in the Settlement Agreement, Relators released claims and

allegations, but "expressly reserve[d] claims they may assert  for expenses, attorneys'

fees, and costs."  All claims Relators asserted against Bristol Myers on behalf of the State of California were dismissed with prejudice on July 9, 2008.

3.     On December 9, 2009, the Relator and Bristol Myers entered into a Settlement Agreement and Release to resolve the Relators expenses, attorneys' fees and costs claims.  However, it appears that the Parties never moved the Court for dismissal of the remaining claims.

4.     The Relator attaches as Exhibit A to this Motion and Notice the Joint Stipulation of Dismissal relating to its claims for expenses, attorneys' fees and costs and as Exhibit B the agreed upon Proposed Order dismissing the remaining claims against Bristol Myers.

Wherefore, the Relator requests that the Court enter the Order of Dismissal in accordance with the parties' Stipulation filed herewith.

Respectfully submitted,


/s/ James J. Breen_____
James J. Breen
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 260
Alpharetta, GA 30022
Tel:  (770) 740-0008
E-mail: jbreen@breenlaw.com
Counsel for the Relator

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the foregoing documents, filed this 28th day of October, 2011 via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

__ /s/  James J. Breen_____