# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>STATE OF CALIFORNIA, *ex rel.* VEN-A-CARE OF THE FLORIDA KEYS, INC. v. ABBOTT LABS., INC., et. al, | ) Judge Patti B. Saris<br>)<br>) CIVIL ACTION NO. 03-11226-PBS<br>)<br>) (Original Central District of<br>) California No. 03-CV-2238)<br>) |

## JOINT STIPULATION OF DISMISSAL

Case No. 03-11226 is an action under the *qui tam* provisions of the California False Claims Act, Cal. Gov't Code §§ 12650-12655, filed by Relators Ven-A-Care of the Florida Keys, Inc. *et al.* against various pharmaceutical companies. By order of this Court, Case No. 03-11226 was administratively consolidated with Case No. 01-12257. By Order dated July 16, 2008, the Court, *inter alia*, dismissed with prejudice to the Relators all claims asserted on behalf of the State of California against Bristol-Myers Squibb Company ("BMS"), its present and former subsidiaries (including but not limited to Apothecon, Inc. and Onocology Therapeutics Network), affiliates (including but not limited to Bristol-Myers Squibb Sanofi Pharmaceuticals Partnership (the "Partnership") and its collaborator Otsuka Pharmaceuticals Co., Ltd. ("Otsuka"), but as to Otsuka, only as to the drug Abilify, as well as to BMS and Apothecon, Inc.'s divisions, directors, officers, attorneys, agents, employees and assigns (the "Released Entities") in Case No. 03-11226.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the California False Claims Act, Cal. Gov't Code § 12652(b)(3)(C)(1), and in accordance with

the terms of the December 9, 2009 Settlement Agreement between BMS and Apothecon, Inc. and Relators Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, T. Mark Jones, John M. Lockwood, and Luis E. Cobo ("Relators"), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order: (1) dismissing with prejudice all claims asserted on behalf of the Relators against the Released Entities in Case No. 03-11226 concerning Relators' expenses, attorneys' fees, and costs under Cal. Gov't Code § 12652(g)(8); and (2) dismissing the Released Entities from Case No. 03-11226 as there are no remaining claims against the Released Entities in the matter.

This stipulation has no effect on claims or allegations against any defendants other than the Released Entities in Case No. 03-11226.

Relators, on behalf of themselves, their heirs, successors, attorneys, agents, and assigns, stipulate that the Settlement Amount set forth in the December 9, 2009 Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances.

The parties respectfully request that the Court enter an order in the form of the attached, proposed order.

Respectfully submitted,

COUNSEL FOR RELATORS:

Dated: 10/28/01

JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway
Suite 260
Alpharetta, GA 30022

COUNSEL FOR BRISTOL-MYERS SQUIBB COMPANY:

STEPHEN J. IMMELT
MITCHELL J. LAZRIS
Hogan & Hartson, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004-1109

Dated: 12/23/09