# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>STATE OF CALIFORNIA, *ex rel.* VEN-A-CARE OF THE FLORIDA KEYS, INC. v. ABBOTT LABS., INC., et. al, | ) Judge Patti B. Saris<br>)<br>) CIVIL ACTION NO. 03-11226-PBS<br>)<br>) (Original Central District of<br>) California No. 03-CV-2238)<br>) |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the California False Claims Act, Cal. Gov't Code § 12652(b)(3)(C)(1), Bristol-Myers Squibb Company ("BMS") and Relators Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, T. Mark Jones, John M. Lockwood, and Luis E. Cobo ("Relators") filed a Joint Stipulation of Dismissal as to claims against BMS. Upon due consideration of the Stipulation and the papers on file in this action,

**IT IS HEREBY ORDERED** that,

1. Consistent with the terms of the December 9, 2009 Settlement Agreement executed by BMS and Apothecon, Inc. and Relators, all claims asserted on behalf of the Relators against BMS, its present and former subsidiaries (including but not limited to Apothecon, Inc. and Onocology Therapeutics Network), affiliates (including but not limited to Bristol-Myers Squibb Sanofi Pharmaceuticals Partnership (the "Partnership") and its collaborator Otsuka Pharmaceuticals Co., Ltd. ("Otsuka"), but as to Otsuka, only as to the drug Abilify, as well as to BMS and Apothecon, Inc.'s divisions, directors, officers, attorneys, agents, employees and

2

assigns (the "Released Entities") in Case No. 03-11226 concerning Relators' expenses, attorneys' fees, and costs under Cal. Gov't Code § 12652(g)(8) shall be dismissed with prejudice.

    2.    The Released Entities hereby is dismissed from Case No. 03-11226 as there are no remaining claims against the Released Entities in the matter.

Done this \_\_\_\_\_ day of _____, 2009.

    _____
    Hon. Patty B. Saris
    UNITED STATES DISTRICT JUDGE