UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories et al.* | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 07-12141<br><br>Hon. Patti B. Saris |

### SETTLEMENT ORDER OF DISMISSAL
### AS TO DEFENDANT SANDOZ INC.

The Court having been advised on October 14, 2011 that counsel for plaintiff, the State of Iowa, and defendant, Sandoz Inc., in the above-entitled action have reached agreement on a proposed settlement to recommend to their clients.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within one hundred and twenty (120) days if settlement is not consummated.

SO ORDERED by the Court.

Entered this ___ day of October, 2011.

_____
Hon. Patti B. Saris
United States District Court

NEWYORK 8294834 (2K)