UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | Master Civil No. 01-cv-12257<br><br>MDL No. 1456 |
| THIS DOCUMENT RELATES TO<br><br>ASTRAZENECA CLASS 1 | Judge Patti B. Saris |

**CLASS COUNSEL'S STATUS REPORT ON FINAL DISTRIBUTION OF
<u>ASTRAZENECA CLASS 1 SETTLEMENT FUNDS</u>**

Pursuant to Paragraph 4 of this Court's May 16, 2011 Order, Class Counsel respectfully submit this Status Report setting forth the final distribution of the AstraZeneca Class 1 Settlement funds.  AstraZeneca has reviewed this Status Report and agrees that its contents are accurate.

1.  Since the First Circuit affirmed final approval of this Settlement, the Court-appointed Claims Administrator has distributed a total of $17,715,800 of the Settlement funds to 8,259 Class members.  Affidavit of Eric J. Miller Regarding the Accounting of the AstraZeneca Class 1 Settlement Fund ("Miller Aff."), ¶ 10.

2.  On March 22, 2011, this Court entered an order authorizing the distribution of a total of $2.8 million to ZERO - The Project to End Prostate Cancer to provide mobile prostate cancer testing and to Cancer*Care* to fund its Transportation Assistance Program for People With Cancer.  *See* Dkt. No. 7473.  Those funds have been distributed.

3.  On May 16, 2011, this Court authorized the further distribution of the Settlement funds to the American Cancer Society ("ACS") to be used as follows:  (1) $500,000 for the Health Insurance Assistance Service ("HIAS") to expand its services designed to help cancer patients navigate insurance issues; (2) $200,000 for Man to Man, a nationwide prostate education

program, to update its Internet materials designed to assist prostate cancer patients; (3) and the remaining amount to solicit participants for the Cancer Prevention Study 3. AstraZeneca has distributed $500,000 to HIAS and $200,000 to Man to Man.

4. There is currently $485,459 in the distribution account. Miller Aff., ¶ 11. Those funds consist of checks that are, consistent with the Claims Administrator's longstanding practice, now void. Miller Aff., ¶ 9. In each instance where there are unclaimed settlement funds, those recipients and/or the Class members themselves have been contacted multiple times and have had multiple opportunities to cash their Settlement checks. *See* Decl. of Ryan Walter Regarding Distribution of Class 1 AstraZeneca Settlement Fund, Dkt. No. 7441-3, ¶¶ 4-9; Decl. of Ryan Walter Regarding Distribution of Class 1 AstraZeneca Settlement Fund, Dkt. No. 7519-1, ¶¶ 4-9. In addition, Rust will apply for refunds of federal and state taxes that were paid on settlement checks that were never cashed. Miller Aff., ¶ 11. These amounts will be added to the distribution account when they are received. *Id.*

5. Under the Settlement Agreement, $534,533 still remains to be distributed to *cy pres*. Therefore, $433,984 will be distributed to ACS within ten days of this filing, and, once Rust receives the refunded federal and state taxes owed, Rust will distribute those amounts, totaling up to an additional $100,549, to ACS as well.

6. Because the amount in the distribution account will exceed AstraZeneca's obligation under the Settlement Agreement, AstraZeneca will receive a refund from the Settlement funds of $51,475. Miller Aff., ¶ 11.

DATED: November 1, 2011                                     Respectfully submitted,

By: /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
    Hagens Berman Sobol Shapiro LLP
    55 Cambridge Parkway, Suite 301
    Cambridge, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    *Liaison Counsel*

    Steve W. Berman
    Sean R. Matt
    Hagens Berman Sobol Shapiro LLP
    1918 8th Avenue, Suite 3300
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    Jennifer Fountain Connolly
    Hagens Berman Sobol Shapiro LLP
    1629 K St. NW, Suite 300
    Washington, D.C.  20006
    Telephone:  (202) 355-6435
    Facsimile:  (202) 355-6455

    Jeffrey L. Kodroff
    John A. Macoretta
    Spector, Roseman, Kodroff & Willis P.C.
    1818 Market Street, Suite 2500
    Philadelphia, PA  19103
    Telephone: (215) 496-0300
    Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

***Co-Lead Class Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing**, CLASS COUNSEL'S STATUS REPORT ON FINAL DISTRIBUTION OF ASTRAZENECA CLASS 1 SETTLEMENT FUNDS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 1, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Steve W. Berman
Steve W. Berman