UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ASTRAZENECA CLASS 1 SETTLEMENT | Judge Patti B. Saris |

**AFFIDAVIT OF ERIC J. MILLER**
**REGARDING THE FINAL ACCOUNTING**
**OF THE ASTRAZENECA CLASS 1 SETTLEMENT FUND**

STATE OF FLORIDA           )
                           ) ss:
COUNTY OF PALM BEACH       )

ERIC J. MILLER, being duly sworn, deposes and says:

1. I submit this affidavit in order to provide the Court and the parties to the above-captioned action with information about the final accounting of AstraZeneca Class1 Settlement Fund and, specifically, the amount of unclaimed funds due to uncashed settlement checks.

2. The Court appointed Complete Claim Solutions, LLC ("CCS") as the Claims Administrator for the AstraZeneca Class 1 Settlement (the "Settlement"). In February 2009, CCS began doing business as Rust Consulting, Inc. ("Rust"). This change was in name only.

3. I am a Managing Senior Project Administrator for Rust. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

*Status of Settlement Checks*

4. As described in ¶4 of the Declaration of Ryan Walter Regarding Distribution of Class 1 AstraZeneca Settlement Fund dated February 28, 2011, Rust initially distributed $19,409,682.94

1

-- $18,211,357.85 to 8,636 Class members and $1,198,325.09 in taxes.

5.     Pursuant to the Order Granting Class Counsel's Motion to Partially Distribute AstraZeneca Class 1 Settlement Funds to *Cy Pres* Receipts dated March 22, 2011, on April 20, 2011, Rust issued 14 checks, totaling $53,994.18, to late but otherwise valid claimants with a stale date of June 4, 2011.  All of those 14 checks have been cashed.

6.     On May 6, 2011, Rust issued 27 checks to recently located relatives or next-of-kin of Class members totaling $133,184.12.[1]

7.     In order to encourage the recently located relatives or next of kin of the Class members to promptly cash the checks referenced above, the checks contained a notation that the checks would be null and void 30 days after the issue date and reissues would be null and void 30 days after the issue date.  Despite these efforts, seven (7) of the 27 recently-issued checks remained uncashed.

8.     In an effort to get the remaining outstanding checks cashed, Class Counsel attempted to contact the remaining seven (7) claimants by telephone and was only able to reach one of them whose check totaled $4,517.03.  As of October 18, 2011, six (6) checks totaling $34,118.63 remain uncashed.

9.     Consistent with Rust's standard and customary procedures in other similar actions, Rust considers these checks to be "unclaimed funds" because they have remained uncashed well past the "void."

10.    In total, 8,259 claimants have cashed checks with total payments of $17,715,800.12.

*Funds Available for Cy Pres*

11.    There are 385 checks from the initial distribution which remain uncashed and are past the "void."  In addition, there are 6 checks which were issued pursuant to the Declaration of Ryan Walter Regarding Distribution of Class 1 AstraZeneca Settlement Fund dated April 29, 2011 which remain uncashed and past the "void."  As a result, there remains an available balance in the distribution account of $485,459.  In addition, Rust paid federal and state taxes on some of

---

[1] Please note that ¶6 of Ryan Walter's April 29, 2011 declaration inadvertently stated that 28 checks were mailed for a total of $133,184.12.  However, the correct number of checks mailed was 27 for the same total amount.

the uncashed settlement checks. Rust has sought refunds of those amounts but will not receive them for several months.

*Cy Pres Obligation:*

| | |
|---|---:|
| Total Settlement Fund | $22,857,805 |
| Total Checks Cashed | $(17,715,800) |
| Federal Taxes for Cashed Checks | $(1,088,759) |
| State Taxes for Cashed Checks | $(18,713) |
| **Total *Cy Pres* Obligation** | **$4,034,533** |

*Distributed Cy Pres:*

| | |
|---|---:|
| Health Insurance Assistance Service | $(500,000) |
| Man to Man | $(200,000) |
| CancerCare | $(1,800,000) |
| ZERO – The Project to End Prostate Cancer | $(1,000,000) |
| **Remaining *Cy Pres* Obligation** | **$534,533** |

*Distribution of Remaining Funds:*

| | |
|---|---:|
| Funds Remaining in Distribution Account | $485,459 |
| Expected Federal Tax Refund on Uncashed Checks | $99,140 |
| Expected State Tax Refund on Uncashed Checks | $1,409 |
| **Estimated Total** | **$586,008** |
| **American Cancer Society, Cancer Prevention Study 3** | **$(534,533)** |
| **Estimated Refund to AstraZeneca** | **$51,475** |

12.     Pursuant to the Order Granting Class Counsel's Motion to Distribute Remaining AstraZeneca Class 1 Settlement Funds to *Cy Pres* Recipients dated May 16, 2011, Rust will issue a check to the American Cancer Society, Cancer Prevention Study 3 in the amount of $433,984. This amount is the Remaining *Cy Pres* Obligation set forth above minus the expected federal and state tax refunds which will be forthcoming. Once those refund amounts are received, Rust will forward them to the American Cancer Society.

13. Following disposition of the AstraZeneca Class 1 Settlement Fund distribution account and final tax returns, Rust will destroy all records submitted by any claimant no later than 90 days from filing of this document.

14. I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

*[signature]*

Eric J. Miller

Sworn to before me this
31 day of October 2011.

*[signature]*
Notary Public

ERIC P. LACHANCE
MY COMMISSION # DD 911248
EXPIRES: November 25, 2013
Bonded Thru Notary Public Underwriters

4

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing**, AFFIDAVIT OFAFFIDAVIT OF ERIC J. MILLER REGARDING THE FINAL ACCOUNTING OF THE ASTRAZENECA CLASS 1 SETTLEMENT FUND** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 1, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Steve W. Berman
Steve W. Berman