UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: )<br>*United States of America ex rel. Ven-A-* )<br>*Care of the Florida Keys, Inc., by and* )<br>*through its principal officers and directors,* )<br>*Zachary T. Bentley and T. Mark Jones v.* )<br>*Actavis Mid Atlantic LLC, et al.* ) | Judge Patti B. Saris |

**JOINT MOTION TO EXTEND THE ORDER OF DISMISSAL
AS TO DEFENDANT SANDOZ INC., f/k/a GENEVA PHARMACEUTICALS, INC.**

The Relator, Ven-a-Care of the Florida Keys, Inc., and Defendant Sandoz Inc., f/k/a Geneva Pharmaceuticals, Inc. ("Sandoz") (the Relator and Sandoz collectively, "the Parties") hereby move the Court to extend the Order of Dismissal of July 8, 2011 (Doc. #s 190, 872, and 873), to allow the Parties an additional 24 days (from November 4 to and including November 28, 2011) to consummate their settlement before the Order of Dismissal becomes final.

The Parties previously reported to the Court that they had reached an agreement in principle on settlement of the action against Sandoz. However, the Parties reported it would take some time to draft and negotiate the details of the settlement documents, to secure the written consent of the United States and to seek the Court's written consent as required by 31 U.S.C § 3730(b). Thereupon the Court entered an Order of Dismissal on July 8, 2011 allowing the Parties 120 days to finalize the settlements.

Since that time, counsel for the Parties have negotiated diligently and in good faith on the terms of the settlement agreements and related documents and have worked closely with the United States to obtain the United States' consent to the settlements. The Parties have been

successful in concluding the drafting of the settlement documents, have signed them and received assurances from the United States that it will provide the written consent required by the settlement. However, the Parties' settlement also encompasses resolutions of the related Florida action, pending in Florida state court, and the California action, pending in this MDL, and the Parties are awaiting signatures from those states.  Pursuant to the Settlement Agreement, Sandoz will have up to ten business days to fund the settlement upon receipt of the final remaining signatures and the parties will then file their Stipulation of Dismissal with the Court within three business days.  The current deadline to finalize the settlement is November 4, 2011. The Parties do not anticipate problems finalizing the settlement and filing all necessary documents with the Court, but need some additional time to do so.

For the foregoing reasons, the Parties request that the Court modify its Order of Dismissal to allow the Parties an additional 24 days to and including November 28, 2011, to file the requisite documents with the Court seeking a dismissal with prejudice pursuant to their settlement.

Respectfully submitted,

ALISON W. SIMON, P.A.
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 430457
MIAMI, FL 33243
Phone: 305-663-2433
Fax: 305-665-1508

THE BREEN LAW FIRM, P.A.
James J. Breen
Florida Bar No. 0297178
5755 Northpoint Parkway
Suite 260
Alpharetta, GA 30022
Phone: 770-740-0008
Fax: 770-740-9109

/s/ Rand J. Riklin_____
Rand J. Riklin
Texas State Bar No. 16924275
John E. Clark
Texas State Bar No. 04287000
GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, PC
2122 N. Main Ave.
San Antonio, Texas 78212
Telephone:  (210) 733-6030
Facsimile:  (210) 733-0330

Attorneys for Relator, Ven-A-Care of the Florida Keys, Inc.


/s/ Paul B. Carberry_____
Paul B. Carberry (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113
pcarberry@ny.whitecase.com

CERTIFICATE OF SERVICE

      I hereby certify that I have this 2nd day of November, 2011 caused an electronic copy of the above Joint Motion to Extend the Order of Dismissal as to Defendant Sandoz Inc., f/k/a Geneva Pharmaceuticals, Inc., to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/ Rand J. Riklin
      Rand J. Riklin