UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) |
| | MDL No. 1456 |
| | Master File No. 01-cv-12257-PBS |
| | Subcategory No. 06-11337-PBS |
| | Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) Judge Patti B. Saris |

**ORDER ON JOINT MOTION TO EXTEND THE ORDER OF DISMISSAL
AS TO DEFENDANT SANDOZ INC., f/k/a GENEVA PHARMACEUTICALS, INC.**

The Court having reviewed the Relator's and Sandoz' Joint Motion to Extend the deadline to finalize their settlement and file the requisite dismissal pleadings and related documents for a period of 24 days from the current deadline of November 4, 2011, and having been advised that the Parties need the additional time to consummate their settlement:

IT IS ORDERED that the deadline for Relator and Sandoz Inc. to finalize their settlement and file the requisite dismissal pleadings and documents and the United States' consent to the settlement is hereby extended an additional 24 days to and including November 28, 2011.

Entered this _____ day of _____, 2011.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE