UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *United States of America ex rel. Ven-A-Care of* ) *the Florida Keys, Inc., by and through its principal* ) *officers and directors, Zachary T. Bentley and* ) *T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* ) ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852<br><br>Judge Patti B. Saris |

## NOTICE OF CORPORATE NAME CHANGE

UDL Laboratories, Inc., a defendant in this civil action, hereby notifies the Court and all parties that its corporate name has changed to Mylan Institutional Inc.  Mylan Institutional Inc. respectfully requests that all future pleadings reflect this name change.

Dated:  November 2, 2011

                                                       KELLEY DRYE & WARREN LLP

                                                           /s/ Sung W. Kim
                                                       William A. Escobar (*pro hac vice*)
                                                       Neil Merkl (*pro hac vice*)
                                                       Christopher C. Palermo (*pro hac vice*)
                                                       Sung W. Kim (*pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

                                                       -and-

Martin F. Murphy (BBO # 363250)
Brian C. Carroll (BBO # 658940)
FOLEY HOAG LLP
155 Seaport Boulevard

NY01/KIMS/1511805.1

2

Boston, MA 02110
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000

*On Behalf of Defendants Mylan Inc., Mylan Pharmaceuticals Inc. and Mylan Institutional Inc. (f/k/a UDL Laboratories, Inc.)*

NY01/KIMS/1511805.1                             2

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by causing to be sent, on November 2, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              /s/ Sung W. Kim
                                                Sung W. Kim