# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ———————————————————— ) | **MDL No. 1456** |
| **IN RE: PHARMACEUTICAL INDUSTRY** ) | **Master File No. 1:01-CV-12257-PBS** |
| **AVERAGE WHOLESALE PRICE** ) | **Sub-Category Case No.  1:08-CV-11200** |
| **LITIGATION** ) | |
| ) | |
| ———————————————————— ) | |
| ) | **Judge Patti B. Saris** |
| **THIS DOCUMENT RELATES TO** ) | |
| ***United States ex rel. Linnette Sun and Greg*** ) | |
| ***Hamilton, Relators*** ) | |
| ***v.*** ) | |
| ***Baxter Healthcare Corporation*** ) | |
| ———————————————————— ) | |

## STIPULATION FOR PARTIAL DISMISSAL

On April 22, 2005 Relators Greg Hamilton and Linnette Sun filed under seal Case No.

05-cv-00736 in the United States District Court for Colorado. The case was transferred to MDL

No. 1456 on July 14, 2008.

The complaint was amended on June 14, 2005 and August 13, 2010.

The parties have stipulated that Counts XXII and XXIII in which Ms. Sun alleged

unlawful discrimination and unlawful harassment by Baxter are hereby dismissed with prejudice.

Each party shall bear its own costs relative to Count XXII and XXIII.

Dated: November 2, 2011        /s/ Lauren John Udden

Lauren John Udden
15 W. Carrillo St., Ste. 101B
Santa Barbara, CA 93101
805-879-7544
805-560-0506 (fax)

Counsel for Relators

Dated: November 2, 2011        J. Andrew Jackson

J. Andrew Jackson
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
202-420-2200
202-420-2201 (fax)

Counsel for Defendant
Baxter Healthcare Corporation

2

### <u>CERTIFICATION OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing **<u>STIPULATION</u>**

**<u>FOR PARTIAL DISMISSAL</u>** to be delivered by electronic service via LexisNexis File & Serve

on all counsel of record on November 2, 2011.


/s/ Mark Allen Kleiman
MARK ALLEN KLEIMAN