UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* ) ) ) ) ) ) | |

**[PROPOSED] ORDER FOR PARTIAL DISMISSAL**

Good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

Count XXII and Count XXIII of the Second Amended Complaint are dismissed with prejudice.

Each party shall bear its own costs.

Dated: _____     _____
                                                                        Hon. Patti B. Saris
                                                                        Judge of the U.S. District Court

**CERTIFICATION OF SERVICE**

 I hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] ORDER FOR PARTIAL DISMISSAL** to be delivered by electronic service via LexisNexis File & Serve on all counsel of record on November 2, 2011.

             /s/ Mark Allen Kleiman
             MARK ALLEN KLEIMAN