UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 1:01-CV-12257-PBS<br>) Sub-Category Case No. 1:08-CV-11200<br>)<br>) |
| THIS DOCUMENT RELATES TO<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | ) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MARK ALLEN KLEIMAN IN SUPPORT OF RELATORS' RESPONSE TO DEFENDANT'S EMERGENCY MOTION TO STAY DISCOVERY PENDING RULINGS ON BAXTER'S PARTIAL MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Mark Allen Kleiman, hereby declare as follows:

I am one of the counsel for the Relators in United States ex rel Sun and Hamilton v. Baxter. If called upon to do so, I could and would testify competently to the following based upon firsthand knowledge, except as to any matters asserted based upon information and belief.

1. Baxter has moved for partial summary judgment based, *inter alia*, on the theory that the Government knew of and permitted some of the conduct which the Relators allege is the basis for their False Claims suit.

2. Relators intend to file a declaration pursuant to Fed. R. Civ. P. 56(f) outlining the discovery they need to take in order to meaningfully oppose this motion. The declaration will be filed by November 9, 2011, as part of Relators' opposition to the motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of November, 2011.

    /s/ Mark Allen Kleiman
    Mark Allen Kleiman

## CERTIFICATION OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing **DECLARATION OF MARK ALLEN KLEIMAN IN SUPPORT OF RELATORS' RESPONSE TO DEFENDANT'S EMERGENCY MOTION TO STAY DISCOVERY PENDING RULINGS ON BAXTER'S PARTIAL MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT** to be delivered by electronic service via LexisNexis File & Serve on all counsel of record on November 2, 2011.

                                        /s/ Mark Allen Kleiman
                                        MARK ALLEN KLEIMAN