October 31, 2011

Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue
Suite 3300
Seattle, Washington
               98101


RE: Objections to Track Two Settlement Revision Notice
    (e.g., "Track Two Settlement Revision")

    Civil Action Number:  01-CV-12257-PBS, MDL No. 1456


Dear sir:

I am in receipt of your letter of October 20, 2011, in response to the objections I raised in referenced matter. Your explanations notwithstanding it remains clear to me that prospective members of the Class cannot reach an informed decision whether to opt in or opt out of the proposed settlement based solely on the information initially provided to them. Thus, my general objection is reasserted.

As I am unfamiliar with State of Washington procedural law, State of Massachusetts procedural law, or federal procedural law controlling this case, it is unclear to me whether this response and my continuing objection must be served on all parties. Accordingly, I shall be forwarding a copy of this letter to the Clerk of Court, John Joseph Moakley. If copies should be served on additional representatives please notify me promptly. Thank you.

Respectfully,


*Cynthia L. Schubert* (signature)
Cynthia L. Schubert
P.O. Box 1602
Midland, Michigan
              48641


Cc: John Joseph Moakley, Clerk of Court