UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | MDL No. 1456<br><br>Master File No. 1:01-CV-12257-PBS<br><br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |

## BAXTER HEALTHCARE CORPORATION'S MOTION TO COMPEL RESPONSE TO INTERROGATORY AND THE PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 37, Defendant Baxter Healthcare Corporation ("Baxter") respectfully requests that the Court compel Relator Linnette Sun to adequately and completely respond to Baxter's discovery requests. In particular, and as described more fully in its accompanying memorandum in support of this motion, Baxter seeks the production of: (1) all email attachments, and (2) documents and an interrogatory response relating to Ms. Sun's post-Baxter consulting work. A proposed order is attached.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Baxter requests oral argument on the issues raised in this motion, which it believes will assist the Court in deciding the motion.

Respectfully submitted,

| | |
|---|---|
| Dated: November 4, 2011 | /s/ Tina D. Reynolds<br>J. Andrew Jackson<br>Merle M. DeLancey<br>Tina D. Reynolds<br>*Admitted pro hac*<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone:  (202) 420-2200<br>Facsimile:   (202) 420-2201<br>reynoldst@dicksteinshapiro.com<br><br>/s/ Peter E. Gelhaar<br>Peter E. Gelhaar (BBO #188310)<br>**DONNELLY, CONROY & GELHAAR, LLP**<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>Telephone: (617) 720-2880<br>Facsimile:  (617) 720-3554<br><br>Counsel for Defendant Baxter Healthcare Corporation |

## CERTIFICATION IN ACCORDANCE WITH FED. R. CIV. P. 37(d)(1)(B) AND LOCAL RULES 7.1 AND 37.1

I certify that counsel for Baxter has attempted to address this dispute with counsel for Relators, that counsel for Relators have indicated that they agree a further response is required, but that they have not indicated when a response will be forthcoming and specifically whether the response will come prior to Ms. Sun's scheduled deposition and/or the close of discovery.

/s/ Tina D. Reynolds
Tina D. Reynolds
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
reynoldst@dicksteinshapiro.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I, Tina D. Reynolds, an attorney, caused a true and correct copy of the foregoing **BAXTER HEALTHCARE CORPORATION'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS** and the attached **PROPOSED ORDER** to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on November 4, 2011, for posting and notification to all parties.

                  **/s/ Tina D. Reynolds**
                  Tina D. Reynolds
                  DICKSTEIN SHAPIRO LLP
                  1825 Eye Street NW
                  Washington, DC 20006
                  Telephone:  (202) 420-2200
                  **reynoldst@dicksteinshapiro.com**