**EXHIBIT D**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 1:01-CV-12257-PBS<br>) Sub-Category Case No. 1:08-CV-11200<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | ) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>) |

### LINNETTE SUN'S PRODUCTION OF DOCUMENTS TO SUPPLEMENT HER OBJECTIONS AND RESPONSES TO BAXTER HEALTHCARE CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Relator Linnette Sun hereby produces the attached documents to supplement her Objections and Responses to Baxter HealthCare Corporation's First Set of Requests for Production of Documents, served on September 8, 2011 without prejudice to further discovery, reserving the right to present evidence of any subsequently discovered facts at the trial of this action.

Each of the following documents are produced based upon information in the possession of the responding party at the time of the preparation of this production, after diligent inquiry. Discovery will continue as along as permitted by statute or stipulation of the parties, and the investigation of this responding party's attorneys and agents will continue to and throughout the trial of this action. We therefore specifically reserve the right, at time of trial, to introduce any

evidence from any source which may hereinafter be discovered and testimony from any witnesses whose identities may hereafter be discovered.

If any information has unintentionally been omitted from this production, the responding party reserves the right to apply for relief so as to permit the insertion of the omitted data from this production.

These responses are sent subject to and without waiving any of the previously made objections.

These introductory comments shall apply to each and every documents provided herein.

Respectfully submitted.

Dated: October 13, 2011

/s/ Mark Allen Kleiman
Mark Allen Kleiman
2907 Stanford Avenue
Venice, California 90292
Telephone: (310) 306-8094

Counsel for Relators Linnette Sun and Greg Hamilton

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing **LINNETTE SUN'S PRODUCTION OF DOCUMENTS TO SUPPLEMENT HER OBJECTIONS AND RESPONSES TO BAXTER HEALTHCARE CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be delivered by electronic service via LexisNexis File & Serve on was served on all counsel of record by electronic service on October 13, 2011.

/s/ Mark Allen Kleiman
MARK ALLEN KLEIMAN