**EXHIBIT F**

*Linnette Sun <linnettesun@yahoo.com>* wrote:
Date: Mon, 21 Aug 2006 15:52:43 -0700 (PDT)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Re: FW: Follow up on launch SKU's discussion
To: "D'Alba, Peter" <PD'Alba@connetics.com>

Hi Peter,

I hope you had a good vacation. Please let me know if you have time for a conference call this week as we have been moving with the project. What we do need right now is to a AWP price list for the same category products. Does your company subscribe to Redbook or PriceCheck? Please let me know asap. Thanks.

Linnette
626-251-5253

*"D'Alba, Peter" <PD'Alba@connetics.com>* wrote:
More info...

**Peter D'Alba**
Sr. Product Manager
Connetics Corporation
3160 Porter Drive
Palo Alto, CA 94304
office: 650.739.2639
fax:    650.739.2784
cell:   650-269-5493
Email: PD'Alba@connetics.com
-----Original Message-----
**From:** Spiridon, Grace
**Sent:** Friday, May 05, 2006 8:57 AM
**To:** Chen, Michael; Su, Cathy; Cavanaugh, Karen; Shupenus, Ed
**Cc:** D'Alba, Peter; Trah, Jim; Lederer, Bob
**Subject:** RE: Follow up on launch SKU's discussion

Hi Mike-

As a follow up to the discussion we had on Wednesday, attached please find the spreadsheet that details claims, reversals, rejections and copays over the past 2 years by product size for Olux, Luxiq, Evoclin, Clobex Lotion, and Vanos.

Some observations on our competitors:

Clobex

1

LS-DFP1-000128

*Linnette Sun <linnettesun@yahoo.com>* wrote:
Date: Wed, 16 Jun 2004 11:58:29 -0700 (PDT)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Follow-Up
To: Keith.McCormick@biogenidec.com

Hi Keith,

I am glad we got to talk briefly yesterday. I know
things are little hectic on your end. But please let
me know if I can be of any help.

As discussed, I and my assistant will be finishing up
the work plan (road map)in next couple of weeks. I
have called Eric to receive the reimbursement research
so that we can incorporate some primary research data.
We will also be developing a presentation for you to
use in case you need to update your team.

I have attached an invoice I sent some time ago. What
we have agreed is that we will bill you 1/3 of the two
items (communication plan and consulting services) at
the initiation of the projects. Once we develop a
draft, we will bill for second payment. We will not
bill for the third item until we develop the tools and
start customizing for audience types.

Please let me know if you have any questions. Thanks.

Linnette Date: Thu, 20 May 2004 17:54:39 -0700 (PDT)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: LSY Health Research Invoice
To: Regina Thomas <Regina.Thomas@biogenidec.com>
CC: Keith.McCormick@biogenidec.com

Hi Regina,

1

LS-DFP1-000133

*Linnette Sun <linnettesun@yahoo.com>* wrote:
Date: Fri, 30 Apr 2004 13:46:05 -0700 (PDT)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Re: From Linnette Sun
To: Regina Thomas <Regina.Thomas@biogenidec.com>
CC: Christian.Friese@biogenidec.com

Hi Regina,

Thanks for the message. Enclosed please find an attachement of detailed hours we have worked on the project. Although we received the hard copies from you the week before the meeting, Christian had sent us the electronic files one week before last.

Please also be aware that the Aequitas studies are quite deep and takes time to digest. That's one of the reasons we want to customize for different audience types.

I also feel it is cost effecient and necessary to do some background reading and work before we jump on the plan. Unless we fully understand what the studies say and what the payers and providers need, can we successflly develop tools that would faciliate Zevalin reimbursement and utilization.

Please let me know if you have any further questions. Thanks.

Linnette

*Regina Thomas <Regina.Thomas@biogenidec.com>* wrote:

Hi Linnette,
Hope you are doing well. I have been requested to ask for a more detailed copy of the hours worked on the
Health Economics project that had begun last week. Can you please break out the work performed by hours.
Hope all is well
Thanks,
Regina
858 805-5743

Linnette Sun <linnettesun@yahoo.com>
04/29/2004 02:07 PM                                    To Regina Thomas <Regina.Thomas@biogenidec.com>
Message Size: 25.3 KB                                  cc
                                                       Subject From Linnette Sun

1

Hi Regina,

I am forwarding the first invoice for the Zevalin HE project. Please call if you have any questions. Thanks for all your help.

Linnette

> ATTACHMENT part 2 application/octet-stream name=IDEC invoice 1.doc

2

LS-DFP1-000137

*Linnette Sun <linnettesun@yahoo.com>* wrote:
Date: Thu, 2 Nov 2006 10:52:04 -0800 (PST)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Invoice from LSY Health Research
To: "Pada, Lora" <LPada@connetics.com>

Hi Lora,

Hope things are going well at the company. Please review the attached invoice for the Primolux economics project. Please let me know if you have any questions or need more information. Thanks.

Linnette
626-251-5253

*"Pada, Lora" <LPada@connetics.com>* wrote:
Thank you, I receive it.

-Lora
     -----Original Message-----
     **From:** Linnette Sun [mailto:linnettesun@yahoo.com]
     **Sent:** Tuesday, August 08, 2006 11:38 AM
     **To:** Pada, Lora
     **Subject:** RE: RE: FW: CPE 301 and 302 Post-Questionnaire tables

     Hi Lora,

     I have faxed you a complete W-9. Please review and let me know if you have questions or need additional information. Thanks.

     Best regards,

     Linnette

     *"Pada, Lora" <LPada@connetics.com>* wrote:
     Hi Linnette,

     In order for me to process your invoice I need you to fax me back a completed W-9. Please fax to me at the number below at your earliest convenience. Once I receive it, I can process your invoice.

1

LS-DFP1-000148

*Linnette Sun <linnettesun@yahoo.com>* wrote:
Date: Mon, 16 Feb 2004 15:36:25 -0800 (PST)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Re: Linnette Consultaing agreement
To: Christian Friese <Christian.Friese@biogenidec.com>

Hi Christain,

As communicated through voice mail, I am forwarding you the consulting agreement. Please review and let me know your thoughts.

Please let me know if I need another CDA and have your assistant send me the data and the HE drafts. Thanks.

Linnette

*Christian Friese <Christian.Friese@biogenidec.com>* wrote:

Linnette,

sorry I did not come back to your voicemails, crazy week. I got general agreement from our SBU head to work with you, next step would be to get an agreement and CDA in place and define the work scope. I am out of the office on Monday, and only available on Tuesday next week ,so I will try to call you Tuesday after 11:00 am, please call me in case I don't so we will amke sure we advance on this project
thanks for your patience and persistance, have a good weekend,

Christian P. Friese
Associate Director Marketing, Zevalin
Biogen Idec
3030 Callan Road
San Diego, CA 92121
Tel: 858-431-8998
Fax: 858-431-8876
e-mail: christian.friese@biogenidec.com

Administrative Assistant:
Barbara Juliano: 858-431-8633 barbara.compeau@biogenidec.com

---

Linnette Sun <linnettesun@yahoo.com>
01/27/2004 12:03 PM
Message Size: **25.8 KB**

To christian.friese@biogenidec.com
cc

1

LS-DFP1-000151

Subject Linnette CV

Dear Christian,

Attached please find a copy of my biography. As discussed, I have been serving as consultant for both internal and external customers for the last 15 years. My expertise is really the integration of the clinical data (programs) with the customer needs. I strongly believe you'll be very happy with my consulting and work. Please let me know if you have any questions.

Looking forward to working with you. Thanks and best regards.

Linnette
626-574-3071
805-289-2720


> ATTACHMENT part 2 application/octet-stream name=Linnette Sun.doc

LS-DFP1-000152

Date: Mon, 7 Aug 2006 19:15:15 -0700 (PDT)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Fwd: RE: Economic Assessment Proposal
To: Bob Lederer <rlederer@connetics.com>

Dear Bob,

Thanks for the opportunity to work with us. As we are moving quickly to the field research, I'd like to confirm with you if we could use our own list of MCO directors. If you'd like to include any one from your list, please let me know asap as we will be completing recruitment next week.

Bob,  as I have some questions and would  like to seek your advice, could you let me know if I can call you to disucss tomorrow or Wed? Thanks.

Linnette
626-251-5253

*Linnette Sun*
*<linnettesun@yahoo.com>*
wrote:

  Date: Mon, 31 Jul 2006 11:32:17 -0700 (PDT)
  From: Linnette Sun <linnettesun@yahoo.com>
  Subject: Fwd: RE: Economic Assessment Proposal
  To: Bob Lederer <rlederer@connetics.com>

  Hi Bob,

  Hope things are going well. I have started developing the research instruments and identifying and recruiting respondents. Please provide me names of MCO directors you might like to include in the panel.  I can also work from my lists.  Thanks.

  Bob, can I have a copy of your last AB report? Thanks.

  Best,
  Linnette

  *"Brandwene, Jason"*
  *<JBrandwene@connetics.*
  *com>*          wrote:

    Subject: RE: Economic Assessment Proposal
    Date: Mon, 31 Jul 2006 10:17:20 -0700
    From: "Brandwene, Jason" <JBrandwene@connetics.com>
    To: <linnettesun@yahoo.com>,

LS-DFP1-000240

"Lederer, Bob" <rlederer@connetics.com>,
"Pada, Lora" <LPada@connetics.com>
CC: "Go, Amiela" <AGo@connetics.com>

Linnette, per our conversation last Friday, here is the execution version of the Services Agreement (in pdf format). Please note that Bob and Lora have not yet had the opportunity to review this version (Bob and Lora, please confirm back to me that you are ok with the description and timing of the services set forth in Exhibit A). Linnette, please execute two originals and return via overnight delivery to my attention. Please call with any questions, thanks, Jason

Jason Brandwene, Esq.
Connetics Corporation
3160 Porter Drive
Palo Alto, CA 94304
Tel: 650.739.2628
Fax: 650.494.0172

-----Original Message-----
**From:** Linnette Sun [mailto:linnettesun@yahoo.com]
**Sent:** Monday, July 10, 2006 4:26 PM
**To:** Chen, Michael
**Subject:** Fwd: Economic Assessment Proposal

Hi Mike,

I hope you had some good rest during the long weekend. How was your trip?

Please let me know if you have had time reviewing the proposal. I gave more thoughts to the work over the weekend. We may be able to find some ways to charge a "premium", but strategically presented and preceived as "parity". Many products, with varying SKUs, are optimally priced and presented like this. I do believe we need to explore such opporutinites. They mean a lot for revenue returns.

Please let's discuss. Thanks.

Regards,

Linnette

*Linnette Sun <linnettesun@yahoo.com>* wrote:
Date: Tue, 4 Jul 2006 14:15:43 -0700 (PDT)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Economic Assessment Proposal
To: Mike Chen <mchen@connetics.com>, Bob Lederer
<rlederer@connetics.com>

Dear Mike and Bob,

Thanks very much for the opportunity to work with you. I have prepared a proposal to conduct the economic assessment as suggested. As you can see

LS-DFP1-000241

from the proposal, there is a lot of work involved in the assessment. We will do two sets of interviews, the model and the presentation. I would love to and have to work with the team and particularly with Bob to develop both the physician panel and MCO panel. I would also love to have both your inputs on the instruments and the modeling as we move on.

Mike and Bob, as I worked with you before, we will have to be very efficient in conducting the research as we are short both on funds and time. I'll try my very best with my managers and modeler. I am confident that you'll be happy with the work and the investment.

Please let me know when I can start the work at your earliest convenience. Thanks.

Linnette
626-251-5253

LS-DFP1-000242

Hi Connie,

Have you seen this? I have been working with Marta on the reimbursement model (the first one). The second model, which I just brought up to Marta's attention and as we discussed, may benefit your team. I think we should probably develop a core field education/reimbursement document combined with this model so that the internal managers can have a core document with consistent and useful information and an interactive model (which they can enter customer data) when they go visit their customers. Probably you can build into your plan?

I'll be done with my conference calls around 4pm your time. We can talk then. Will you have time? Thanks.

Linnette
626-251-5253

---

**From:** Marta A Schroeder [mailto:marta.schroeder@abbott. com]
**Sent:** Wednesday, September 21, 2005 2:59 PM
**To:** gupta@mpi.com
**Cc:** linnettesun@yahoo.com
**Subject:** RE: From Linnette Sun

Sanjay, Please review the attached from Linnette Sun. I think the second attachment may be of use to you and your HEOR team. FYI, Marta

----- Forwarded by Marta A Schroeder/LAKE/PPD/ABBOTT on 09/21/2005 04:57 PM -----

LS-DFP1-000375

Date: Thu, 16 Mar 2006 08:38:38 -0800 (PST)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Re: FW: Invoice of 2005
To: Regina Thomas <Regina.Thomas@biogenidec.com>
CC: Charmie Chirgwin <Charmie.Chirgwin@biogenidec.com>

Thanks, Regina. This is the updated invoice for last year's work. I
have one for this year for the onsite meeting and preparation of ST
model and data, which I have not invoiced yet.

Please call if you have any questions or need more information.

Thanks,

Linnette

**Regina Thomas
<Regina.
Thomas@biogenidec.
com>**          wrote:


Hi Linnette,
Thank you for the invoice. I will be sure to get this processed. I
do need to make sure that this is the most up-do-date invoice for
services provided for budget purposes. Charmie will follow up
with ya on additional work to be performed.

Thanks,
Regina

LS-DFP1-000449

Andrew de Guttadauro
Zevalin Brand Director
Biogen Idec
5200 Research Place
San Diego, CA  92122
Tel.  (858) 401-5364
Fax.  (858) 795-9602
Cell.  (818) 667-5178
e-mail:  andrew.deguttadauro@biogenidec.com

Hi Andrew,

Please review the attached invoice. The invoiced amount was
from 2005. Please let me know if you need me to make changes.
Thanks.

Linnette
626-251-5253

**"Linnette Sun"**
**<linnettesun@yahoo.**
**com>**
01/24/2006 10:12 AM
Message Size: **39.3 KB**

| | |
|---|---|
| To | "'Andrew De Guttadauro'" <Andrew.DeGuttadauro@biogenidec.com> |
| cc | "'Keith McCormick'" <Keith.McCormick@biogenidec.com> |
| Subject | Invoice of 2005 |

Hi Andrew,

Please review the attached invoice. The invoiced amount was
from 2005. Please let me know if you need me to make changes.
Thanks.

Linnette
626-251-5253

LS-DFP1-000451

investment we may consider for new products. Revenue curves with and
without the investment and solutions would be plotted for management to
make informed business decisions.

Please let me know your thoughts. Thanks.

Linnette

**Linnette Sun**
**<linnettesun@yahoo.**
**com>**            wrote:
Date: Mon, 22 Jan 2007 21:13:00 -0800 (PST)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: Re: New Product Development Program
To: James Ziegler <James.Ziegler@biogenidec.com>

Hi Jim,

Attached please find some slides of some work I have done and can help
with. Please review. Thanks.

I'd love to go through the examples with you if you have time. I am
confident that you'll be happy with my work. Please let me know. Thanks.

Linnette

**James Ziegler**
**<James.**
**Ziegler@biogenidec.**
**com>**            wrote:

That would be great. Please send and I will review.

Jim

**Linnette Sun <linnettesun@yahoo.**
**com>**                                     To James Ziegler <James.Ziegler@biogenidec.
22-Jan-2007 01:35 PM                              com>
Message Size: **4.7 KB**                          cc
                                          Subject Re: New Product Development Program

Hi Jim,

Thanks so much for remembering me. I'll get in touch with you then. Jim, I
wonder if you remember me working on new product programs, such as
clinical trial (patient selection and design), indications, dosing, formulations,

have those type of examples (well thought out plan and commercial value vs. poorly thought out plan, etc.)? Let me know, thank you Linnette, Marta

**Linnette Sun**
**<linnettesun@yahoo.com>**
01/22/2007 01:35 PM

To Marta A Schroeder <marta.
    schroeder@abbott.com>
cc
Subject Fwd: Re: reimbursement impact research

Hi Marta,

I hope things are going well. Would you have time this week? Can I call you? Thanks.

Best Regards,

Linnette

***Marta A Schroeder <marta. schroeder@abbott. com>***    wrote:
To: Linnette Sun <linnettesun@yahoo.com>
Subject: Re: reimbursement impact research
From: Marta A Schroeder <marta.schroeder@abbott.com>
Date: Thu, 30 Nov 2006 12:56:24 -0600

Hi Linnette, Thank you, I will look this information over... hope you have a wonderful holiday season as well. Marta

**Linnette Sun**
**<linnettesun@yahoo.com>**
11/27/2006 12:58 PM

To Marta A Schroeder <marta.
    schroeder@abbott.com>
cc
Subject reimbursement impact research

LS-DFP1-000465

Hi Marta,

I hope you had a good Holiday and plenty of rest. How is your family?

Just would like to share with you some work I have done quite recently. The goal of the project is to quantitatively assess the impacts of reimbursement on product utilization. I used a multi-step approach combining market research, secondary data and modeling. I feel it would be quite useful for new and existing products in terms of formulary submission and renewal. Particularly, the management can see how important reimbursement efforts are for the revenue line. I am attaching a few slides for you. Thanks.

Please keep in touch.

Best,
Linnette

**Marta A Schroeder <marta. schroeder@abbott. com>**          wrote:

Hi Linnette,
Family is doing fine. Connie is doing well too.  I believe the projects listed below are/have been done for our in-line products at this point. We have a larger health outcomes shop than before and they have produced much of the work we now use. We do not need additional reimbursement tools at this time but please keep in touch, that may change at some point in the future. I hope all is well with you and your family. Kind Regards, Marta

**Linnette Sun
<linnettesun@yahoo.com>**
09/25/2006 03:59 PM

To Marta A Schroeder <marta. schroeder@abbott.com>

cc

Subject From Linnette

Date: Tue, 4 May 2004 09:43:19 -0700 (PDT)
From: Linnette Sun <linnettesun@yahoo com>
Subject: Re: Proposal for the Reimbursement Landscape and Planning Study
To: Dan Maravei <dmaravei@incyte.com>

Hi Dan,

I hope you liked the study we did for you. We had actually received much more addtional information while
we were conding the study and connected with many pharmacy directors. Please let me know if you
have additional business needs and any projects that we can bid on. Thanks.

Linnette
805-298-2720

**Dan Maravei**
**<dmaravei@incyte.com>**                                    wrote:

Dear Linnette,
Best wishes to you as well. Thank you for the update. We look forward to receiving the report.
Dan
Linnette Sun wrote:

> Hi Dan, Happy New Year! Hope you've had a good vacation and everything is going well with you. Just wanted
> to keep you updated on the reimbursement project. We have collected most of the information as needed. As
> we had expected, holiday time recruiting of physicians, office managers and pharmacy directors was
> challenging particularly with the high criteria we had set for this disease. However, we have recruited most of
> them to participate, and interviews will be complete by the end of this week. At this point, I am confident
> the project will be complete as planned and I'll fedex the report to you January 15. Thanks. Linnette
> **Dan Maravei**
> **<dmaravei@incyte.com>**                                    wrote:

> Hi Linnette,
> Yes, you may send me the invoice. We will also need a W9 filled out in order to send payment. Thank you. Dan
> Linnette Sun wrote:

>> Hi Dan, I have received your two copies. Thanks. As of last week, we have started recruiting physicians,
>> office managers and payers. As we realized, the work seems to be quite challenging as the holidays
>> are approaching. But I am confident that we will deliver quality work as we have agreed.Dan, please let me know
>> if I should invoice you for the first payment. I can enclose an invoice with the contract copy I am sending back
>> to you. Thanks. Linnette
>> **Dan Maravei**
>> **<dmaravei@incyte.com>**                                    wrote:

>> Hi Linnette,
>> I have signed two copies and am faxing one to you now at 626-330-8590.
>> Dan
>> Linnette Sun wrote:

>>> Dear Dan, I have reviewed the attachment and accepted with the changes we had made. If you have no
>>> more changes, please initiate the contract and let's start the work ASAP. Thanks. Please call or send me an email
>>> if you have any questions. Linnette
>>> **Dan Maravei**
>>> **<dmaravei@incyte.com>**                                    wrote:

>>> Dear Linnette,
>>> Attached is a consulting agreement with the letter outlining the study (Exhibit B) as we have discussed. Could
>>> you please take a moment to review the two documents and let me know if you are in agreement. We can
>>> have the contract executed by Monday.
>>> Regards,
>>> Dan
>>> Linnette Sun wrote:

>>>> Dear Dan, The revised proposal looks fine. If we were to start today (which I think is absolutely
>>>> necessary, considering the holiday time when physician offices are usually not accessible.), could you send me
>>>> a contract with the revised proposal as an attachment either via email or fax (626-330-8590) asap? Thanks
>>>> and look forward to working with you Linnette
>>>> **Dan Maravei**
>>>> **<dmaravei@incyte.com>**                                    wrote:

>>>> Dear Linnette,
>>>> Here is a revised version of the proposal that you have sent. Please contact me if you need to discuss.
>>>> Thank you,
>>>> Dan
>>>> Linnette Sun wrote:

>>>>> Dear Dan, As discussed, I have scaled down the project to meet your needs. Please be aware that the study
>>>>> is two phased including both database analysis and interviews. The interviews will also include three
>>>>> different audiences. I really believe any vendor who attempts to do these steps with such limited budget will
>>>>> be a big stretch. However, I am confident that I will do a good job due to the first time relationship with
>>>>> your company. Please review the proposal and let me know your thoughts at your earliest convenience.
>>>>> Many thanks.Linnette805-298-2720
>>>>> **Dan Maravei**
>>>>> **<dmaravei@incyte.com>**                                    wrote:

>>>>> Dear Linnette,
>>>>> We have revised your quotation to include a fraction of the work that we had initially proposed.
>>>>> Attached, please find a revised proposal with the budget that we have to spend on this project. I am
>>>>> available tomorrow to discuss at your convenience.
>>>>> Regards,
>>>>> Dan
>>>>> Linnette Sun wrote:

>>>>>> Dear Dan, Enclosed please find a copy of the reimbursement study as discussed.
>>>>>> Please let me know your thoughts. I am open for any revision. Please call if you have
>>>>>> any questions. Thanks. Linnette
>>>>>> **Dan Maravei**
>>>>>> **<dmaravei@incyte.com>**                                    wrote:

>>>>>> Dear Linnette,

LS-DFP1-000573

Attached is a proposal for the reimbursement study.
Regards,
Dan
Linnette Sun wrote:

> Dear Dan, I have received your CDA. The form was signed and
> faxed to you. I'll call you 10am Monday as agreed. As discussed
> on the phone, I have substantial pricing and reimbursement
> experience and have conducted many such studies successfully. I
> am confident that you will be happy with my work. Thanks. Linnette 805-298-2720
> **Dan Maravei**
> **<dmaravei@incyte.**
> **com>**    wrote:

Dear Lynntte,
I have attached a CDA fro your review. Please contact me
if you need to
discuss.
Thank you,
Dan
--
Daniel V. Maravei, Ph D.
Director, Business Development
Incyte Corporation
Experimental Station
Route 141 & Henry Clay Road
Building E336/126
Wilmington, DE 19880
Voice: (302) 498-6825
Mobile: (302) 545-1642
Fax: (302) 425-2750

> ATTACHMENT part 2 application/msword
name=Incyte_LSY.CDA OneWay.11.14 03.DOC

--
Daniel V. Maravei, Ph.D.
Director, Business Development
Incyte Corporation
Experimental Station
Route 141 & Henry Clay Road
Building E336/126
Wilmington, DE 19880
Voice: (302) 498-6825
Mobile: (302) 545-1642
Fax: (302) 425-2750

> ATTACHMENT part 2 application/msword name=Reimbursement
Study_LSY.11.17.03.doc

--
Daniel V. Maravei, Ph.D.
Director, Business Development
Incyte Corporation
Experimental Station
Route 141 & Henry Clay Road
Building E336/126
Wilmington, DE 19880
Voice: (302) 498-6825
Mobile: (302) 545-1642
Fax: (302) 425-2750

> ATTACHMENT part 2 application/msword name=Linnette Sun 12 02.03.doc

--
Daniel V. Maravei, Ph D.
Director, Business Development
Incyte Corporation
Experimental Station
Route 141 & Henry Clay Road
Building E336/126
Wilmington, DE 19880
Voice: (302) 498-6825
Mobile: (302) 545-1642
Fax: (302) 425-2750

> ATTACHMENT part 2 application/msword name=Incyte Reimbursement Proposal 12.04.03.doc

--
Daniel V. Maravei, Ph.D.
Director, Business Development
Incyte Corporation
Experimental Station
Route 141 & Henry Clay Road
Building E336/126
Wilmington, DE 19880
Voice: (302) 498-6825
Mobile: (302) 545-1642
Fax: (302) 425-2750

> ATTACHMENT part 2 application/msword name=Linnette Sun Consulting Agreement.12.05.03.DOC

> ATTACHMENT part 3 application/msword name=Incyte Reimbursement Proposal 12 05.03. Final.doc

--
Daniel V. Maravei, Ph.D.
Director, Business Development
Incyte Corporation
Experimental Station
Route 141 & Henry Clay Road
Building E336/126
Wilmington, DE 19880
Voice: (302) 498-6825
Mobile: (302) 545-1642
Fax: (302) 425-2750

Daniel V. Maravei, Ph D.
Director, Business Development

We'll see how we can move forward.

Thanks,
-Mike

-----Original Message-----
From: Linnette Sun [mailto:linnettesun@yahoo.com]
Sent: Saturday, February 28, 2004 10:59 AM
To: mchen@connetics.com; kcavanaugh@connetics.com
Subject: Proposal from Linnette Sun

Dear Mike and Karen,

I have drafted a proposal to cover three areas Mike
mentioned in his last email. Thanks very much for the
clinical sldies Karen has sent me. Please review the
attached proposal and let me know your thoughts.
Thanks.

Linnette

LS-DFP1-000577

-----Original Message-----
From: Linnette Sun [mailto:linnettesun@yahoo.com]
Sent: Monday, July 31, 2006 11:27 AM
To: Chen, Michael
Subject: Fwd: RE: Economic Assessment Proposal


Hi Mike,

I hope things are going well. Is last week at Connetics good for you? As you'll be going through lots of changes with the new job, I hope you'll like them and gain good experience. I have a friend, who used to work at J&J as a manager, went to work for IMS as a director for two years, and then came back to J&J as a diretor.
So I do believe such an experience will be valuable.

Mike, I did receive a contract for signiture this morning. I'll be working with Bob and others(?), and deliver the work as promised. Please advise me on who should be contacts for getting information and data and who should be the reveiwer and approval person. Thanks.

Please keep in touch.


Best of luck,
Linnette

"Brandwene, Jason" <JBrandwene@connetics.com> wrote:

Subject: RE: Economic Assessment Proposal
Date: Mon, 31 Jul 2006 10:17:20 -0700
From: "Brandwene, Jason" <JBrandwene@connetics.com>
To: <linnettesun@yahoo.com>,
"Lederer, Bob" <rlederer@connetics.com>,
"Pada, Lora" <LPada@connetics.com>
CC: "Go, Amiela" <AGo@connetics.com>

Linnette, per our conversation last Friday, here is the execution version of the Services Agreement (in pdf format). Please note that Bob and Lora have not yet had the opportunity to review this version (Bob and Lora, please confirm back to me that you are ok with the description and timing of the services set forth in Exhibit A). Linnette, please execute two originals and return via overnight delivery to my attention. Please call with any questions, thanks, Jason

LS-DFP1-000593

Marketing Associate
Connetics Corporation
3160 Porter Drive
Palo Alto, CA 94304
Tel:    650.739.2766
Fax:   650.739.2784
Email: LPada@Connetics.com

> -----Original Message-----
> **From:** Linnette Sun [mailto:linnettesun@yahoo.com]
> **Sent:** Monday, August 07, 2006 7:07 PM
> **To:** Pada, Lora
> **Subject:** Fwd: RE: FW: CPE 301 and 302 Post-
> Questionnaire tables
>
> Hi Lora,
>
> Hope things are going well. As we have initiated the
> Primolux project, I'd like to submit the first invoice.
> Please review the attached and let me know if you
> have questions or need more information. As I have
> not yet received a PO#, I have left the PO line open.
> Please advice. Thanks.
>
> Best regards,
>
> Linnette
> 626-251-5253
>
>
>
> *"Chen, Michael" <MChen@connetics.com>* wrote:
> Subject: RE: FW: CPE 301 and 302 Post-
> Questionnaire tables
> Date: Wed, 2 Aug 2006 13:45:39 -0700
> From: "Chen, Michael" <MChen@connetics.com>
> To: "Linnette Sun" <linnettesun@yahoo.com>
>
> Lora Pada.
>
>
> -----Original Message-----

LS-DFP1-000634

**From:** Linnette Sun [linnettesun@yahoo.com]
**Sent:** 12/19/2005 07:08 PM
**To:** Marta A Schroeder <marta.
schroeder@abbott.com>
**Subject:** Reimbursement Model and Application

Dear Marta,

Please review the attached reimbursement model and a
presentation of one application. Now the model is built, we
can use it estimate and evaluate the returns of
reimbursement initiatives both long-term and Short-term.
Please let me know your thoughts. Thanks.

Hope things are going well with you.

Linnette

LS-DFP1-000694