**EXHIBIT G**

Date: Sun, 18 Jul 2004 22:03:40 -0700 (PDT)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: RE: From Linnette Sun
To: "Grinstead, Eric" <egrinst@amgen.com>

Hi Eric,

I have talked to two of my friends on the east coast who may be interested.

Have you written your plan? Do you need any help? I would be very interested in conducting some contracting research and development of strategies for you.

Thanks and hope everything is going well with you.

Linnette

> **"Grinstead, Eric" <egrinst@amgen.com>** wrote:
>
> Here¡¦s the job descry¡X
> **Title:** Mgr Marketing
> **Department:** 7017 - ABU Value Access
> **Location:** Thousand Oaks CA
> **Job ID:** amge-00007435
> **Recruiter:** Amie Krause - 73740
> **Grade:** E 28
> **Hiring Manager:** Eric Grinstead - 20353
> **Requirements:**

LS-DFP1-000291

Date: Tue, 9 Mar 2004 17:19:21 -0800 (PST)
From: Linnette Sun <linnettesun@yahoo.com>
Subject: RE: Invoice for the Reimbursement Landscape and Planning Study
To: Dan Maravei <DMaravei@incyte.com>

Dear Dan,

I have received the second payment from Incyte. Thank you very much. Please let me know if you need any assistance. Please keep in touch. Thanks.

Linnette

**Dan Maravei <DMaravei@incyte.com>** wrote:

> Yes Linnette, we have received the invoice and I have passed it on to accounts payable. I will verify its status and get back to you.
> Dan
>
> Daniel V. Maravei, Ph.D.
> Director, Business Development
> Incyte Corporation
> Experimental Station
> Route 141 & Henry Clay Road
> Building E336/126
> Wilmington, DE 19880
> Voice: (302) 498-6825
> Mobile: (302) 545-1642
> Fax: (302) 425-2750

LS-DFP1-000486

-----Original Message-----
**From:** Linnette Sun [mailto:linnettesun@yahoo.com]
**Sent:** Monday, January 23, 2006 5:12 PM
**To:** Grinstead, Eric
**Subject:** Re: New Contact Info

Hi Eric,

It's so nice talking with you. Glad things are going well with you.

I am sending you the generic budget analysis model and working on a dossier framework to remove the products so that I can send it to you. Since there will be proprietary information involved, can we initiate a confidentiality agreement? Thanks.

Please let's discuss the work after your review. I really believe this is something quite substantial. It will improve company's work quality and reliability with payers. The reimbursement dossier can also be a ready document to be used with reimbursement presentation and formulary review and extension.

Eric, as I talked with you, I was involved with some orphan drugs at Amgen and interviewed doctors and payers regarding Genzyme products. It may be necessary to conduct such a project. I obtained very useful information by spending minimal amount of money ($20k). Would like to share with the research plan and methodology with you. Thanks.

Best regards,
Linnette
626-251-5253

*"Grinstead, Eric" <Eric.Grinstead@genzyme.com>* wrote:
Lynette, happy New Year. I enjoyed catching up and look forward to seeing the example of your work.

### Eric Grinstead, Patient and Product Services

Genzyme Therapeutics | Genzyme Center 9th Floor, 500 Kendall Street | Cambridge, MA 02142 | Tel (617) 768-9115 I Cell (508)-685-2387 I Fax (617) 768-9940 | email: eric.grinstead@genzyme.com