**EXHIBIT H**

From: Linnette Sun <linnettesun@yahoo.com>
Subject: MCO projects
To: mchen@connetics.com, rlederer@connetics.com

Hi Mike and Bob,
It was great to have the call for the three of us on Monday. As discussed, I am listing some of the things we may need to do in order to prepare for the launch of Primolux.
  A. An Economic Assessment: The objective is to evaluate various pricing, reimbursement and sku launch approaches and model economic impact. This is a multiple-step research project, including

    a.   Individual interviews with top-list physicians (10)

    b.   Individual interviews with MCO directors (10)

    c.   Combine market research data with clinical trial data to identify pricing and reimbursement opportunities and challenges

    d.   Develop a influence diagram chart to clearly show what key variables impact pricing, reimbursement and sales

    e.   Model and simulate with company forecast or similar databases to determine the revenue impact for next three years

    f.   Company should be able to identify which approach has the most economic impact and make an intelligent and evidence-based business decision.
  (appx: $32k)
B. Development of pricing and reimbursement strategies

    a.   Price comparison analysis (discount, flat, non-linear, linear, premium)

    b.   Identify best comparisons and competitors

    c.   Develop and evaluate pricing scenarios (such as breakthrough, me-too, improvement, generic)

    d.   Develop best pricing strategies

    e.   Develop supportive data for such strategies (from clinical, research and marketing data)

    f.   Develop reimbursement strategies
  (appx: $25k)

LS-DFP1-000503

   C.  Preparation of reimbursement tools

       a. Develop a presentation kit by launch to be used by MCO managers to present to MCO directors (clinical, economic and societal impact of the product, pricing rational and programsï¿½ï¿½.)

       b. Develop a AMCP budget impact model

       c. Use one or two MCO databases to input and populate the model. The model should address MCOï¿½s concern of increasing pharmacy budget with introduction of new products. It should also allow us to offer some value added tools and services to our customers.

(appx. $38k)

Mike and Bob, We probably need to initiate the first project asap as instruments of the research and recruiting may take some time. And we may need the data to make pricing and reimbursement decisions. I do believe it is too risky not to do such work and just give a price. We may lose financial opportunities and not be prepared for risks and challenges if we don't. To many companies, this should a small budget spent for big business issues. I think the company will find such investment upfront worthwhile for the success of the product.

Best regards,
Linnette
626-251-5253