**EXHIBIT I**



# Earnings Statement

**SHIRE DEVELOPMENT INC.**
725 CHESTERBROOK BLVD
WAYNE, PA 19087-5637

Period Beginning: 07/11/2011
Period Ending: 07/24/2011
Pay Date: 07/29/2011

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 4
   PA: N/A

LINNETTE YEN
244 CARRIAGE CT.
CHESTERBROOK PA 19087

Social Security Number: XXX-XX-7483

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7750.96 | 80.00 | 7,750.96 | 113,574.56 |
| Long Term Dis | | | 12.40 | 181.72 |
| Amex Award | | | | 426.13 |
| Bonus | | | | 60,000.00 |
| Health Assess | | | | 497.17 |
| Retro | | | | 672.46 |
| Sars/Psa | | | | 7,024.93 |
| **Gross Pay** | | | **$7,763.36** | 182,376.97 |

| Other | this period | year to date |
|---|---|---|
| 401K | | 16,500.00 |

**Net Pay** $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $7,626.36

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,432.06 | 33,959.85 |
| | Medicare Tax | -111.59 | 2,629.50 |
| | PA State Income Tax | -234.13 | 5,395.56 |
| | PA SUI/SDI Tax | -6.21 | 145.90 |
| | Social Security Tax | | 4,485.60 |
| | **Other** | | |
| | Checking | -5,337.84 | 104,753.76 |
| | Dental | -11.00* | 165.00 |
| | Espp2010 | -480.76 | |
| | Long Term Dis | -12.40 | 181.72 |
| | Medical | -119.00* | 1,785.00 |
| | Opt Sp Life | -11.37 | 170.55 |
| | Vision | -7.00* | 105.00 |
| | Amex Offset | | 300.00 |
| | Option Fees | | 3.69 |
| | Pa Loc Svcs Tax | | 14.00 |
| | Stock Offset | | 4,570.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 70.06 | 1,023.14 |
| 401K Wages | 7,750.96 | 174,247.02 |
| 401K Match | | 6,889.22 |
| Grp Term Life | | 1,023.14 |

---

SHIRE DEVELOPMENT INC.
725 CHESTERBROOK BLVD
WAYNE, PA 19087-5637

Advice number: 00000304186
Pay date: 07/29/2011

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| LINNETTE YEN | xxxxxxxx4553 | xxxx xxxx | $5,337.84 |

**THIS IS NOT A CHECK**

Base Salary $204,000
Bonus: $60K

**NON-NEGOTIABLE**