**EXHIBIT J**



February 27, 2009

Linnette Yen
1133 South Eighth Ave
Arcadia CA 91006

Dear Linnette,

On behalf of Shire Pharmaceuticals ("the Company"), I am pleased to offer you the position of Director Global Health Economics & Outcomes Research located in Wayne, PA USA, reporting to Paul Hodgkins, Senior Global Health Economics and Outccomes Research Director. Your start date will be determined upon your acceptance of this offer. A summary of the terms of your employment follows.

**Exempt Base Salary**
Your base salary will be $6,615.39 payable bi-weekly or at such other periods as the Company may pay its employees. Your base salary is equivalent to an annual salary of $172,000.00 and will be subject to applicable tax withholdings and other payroll deductions. This position is considered an exempt position for purposes of federal wage-hour law, which means that you will not be eligible for overtime time pay for hours actually worked in excess of 40 in a given work week.

**Relocation**
For your move to the Wayne, PA USA, you will be reimbursed for the reasonable relocation expenses detailed in the Gold (Sr Professional I to Sr Director) policy (see enclosed Shire Relocation Policy). Capital Relocation Services will contact you to begin the relocation process. Please contact Jackie Bell if you have any questions regarding relocation.

**Annual Incentive Plan**
Subject to the terms of the Company's Annual Incentive Plan (AIP) then in effect, you are eligible to earn a target incentive award of 20% of your annual base salary. Awards are discretionary and can range from 0% to 150% of this target. Based on your position, the weighting for your AIP target is: 20% Corporate and 80% Individual. The determination of this discretionary award is subject to evaluation of performance at the corporate and individual levels. You must be on the active payroll on December 31st of the Plan year to be eligible to receive an AIP payment under the terms of the Plan for that Plan year.

AIP awards are generally made in the first quarter of each year in conjunction with the performance review process for the previous fiscal year. Employees starting on or before the first Monday in October are eligible to participate in the plan. For the Plan year, AIP will be prorated based upon date of hire. Eligible employees starting after the first Monday in October are eligible to participate in the following year AIP.

LS-DFP1-000111



**Benefits**

You will be eligible to participate in Shire's employee benefit program in accordance with the terms and conditions of each plan, as may be amended by the Company from time to time, at the Company's discretion. Benefits currently include, but are not limited to, medical, dental, vision, life and disability insurance, flexible spending accounts, a wellness program, and a 401(k) savings plan. In addition, you are entitled to 4 weeks vacation in a calendar year, pro-rated in your first year of employment. Vacation is accrued on a bi-weekly basis at 6.154 hours per pay period. If you have specific program questions, please contact our Benefits Helpline at (866) 866-7893.

**Equity Grant**

Upon joining the Company, we will recommend to the Remuneration Committee that you be granted the equivalent of 12,000 Share Appreciation Rights (SARs) over ordinary shares. Your actual award will be in the form of American Depository Receipts (ADRs) and traded on the NASDAQ. As each ADR is equivalent to three SARs, your ADR equivalent award will be 4,000. SARs/ADRs will have an exercise price equal to the closing mid-market price of the shares on the date of grant and are subject to terms of the Shire Portfolio Share Plan. The exercise of SARs/ADRs is conditional upon vesting, which occurs 3 years following the date of grant as long as you continue to be an employee of Shire. Further information is available in the enclosed in your offer letter packet.

**Waiver and Amendment**

No amendment to this offer shall be valid unless in writing and signed by you and the SVP, Global Human Resources on behalf of the Company.

**Employment at Will**

Employment with Shire is at-will; that is, employment is not for any specific duration and may be terminated by either you or Shire at any time, with or without cause. By your signature below you acknowledge that your employment with Shire is at-will.

**No Conflicts**

You represent that you are not bound by any employment contract, restrictive covenant or other restriction preventing you from entering into employment with or carrying out your responsibilities for the Company, or which is in any way inconsistent with the terms of this letter.

Please confirm your acceptance of this offer by signing the attached copy of this letter; including specifying your actual start date. Please return one copy of the document to Jackie Bell in Human Resources along with a signed copy of your job description. Your employment with the Company is contingent upon you agreeing to and signing the document and upon a satisfactory background check, drug screen, and pre-employment physical if applicable. Drug screen must be taken within 48 hours of acceptance of this offer. Please contact Jackie Bell at (484) 595-2643 if you have any questions regarding the drug screen process.



This offer requires a response by March 6, 2009. You will be required to present proof of eligibility to work in the U.S. within three days of your start date.

Shire's Confidentiality & Intellectual Property Assignment, Non-Competition Agreement, and the Code of Ethics have also been included for your review. We will request your signature on these documents which will be collected on your first day of employment.

Congratulations Linnette! I am excited to welcome you to Shire and we look forward to you joining the team. Please do not hesitate to call me at (484) 595-8676 if you have any questions.

Regards,

*Pam Daknis*

Pam Daknis
Global Recruitment Manager


I accept the offer of employment set forth above.

*Linnette Yen*
Linnette Yen

Date: 3/02/09

Start Date: 3/23/09

LS-DFP1-000113