**EXHIBIT K**

## Reynolds, Tina

| | |
|---|---|
| **From:** | Reynolds, Tina |
| **Sent:** | Wednesday, November 02, 2011 11:17 AM |
| **To:** | ludden@ljulaw.com |
| **Cc:** | 'markkleiman@earthlink.net'; mkleiman@quitam.org; DeLancey, Merle |
| **Subject:** | meet and confer re outstanding Linnette Sun documents |
| **Attachments:** | DSMDB-#2988237-v1-10-20-11_discovery_letter.DOC |

Lauren - As you are aware, we have been trying since October 20 to resolve problems with and omissions from Ms. Sun's document production. We had a meet and confer with Mark on this yesterday, and he indicated that only you can speak to Ms. Sun's documents. Ms. Sun's deposition is scheduled for November 16, and the close of discovery follows two weeks thereafter. It is therefore imperative that we resolve this issue immediately, preferably without, but if necessary with, court intervention. Please call either me or Merle today to discuss. Thank you.

**Tina Reynolds**
Dickstein Shapiro LLP
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-4114
ReynoldsT@dicksteinshapiro.com

11/2/2011