UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| TRACK TWO SETTLEMENT | Judge Patti B. Saris |

**PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BOND AGAINST CORINNA CONNICK UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**

Pursuant to Federal Rule of Appellate Procedure 7, Plaintiffs hereby move for imposition of an appeal bond in the amount of $241,500 against Corinna Connick, who is not a Class member yet is filing an appeal of the Court's order denying her motion to intervene. This motion is supported by the accompanying supporting Memorandum and the Declarations of Class Counsel Steve W. Berman and Claims Administrator representative Daniel Coggeshall.

There is good cause for requiring Connick to post an appeal bond. Not only will the appeal cause lengthy delays in distributing long-awaited relief to tens-of-thousands of Class members who submitted claims, it will also cause significant additional administrative costs. As outlined in the Coggeshall Declaration and explained further in the accompanying Memorandum, the delay will require the Settlement Administrator to expend additional operating expenses that will be deducted from Settlement Fund. Additional attorneys' fees and costs will also be incurred if the Objector's appeal is unsuccessful.

WHEREFORE, for the reasons set forth in the accompanying Memorandum, Plaintiffs respectfully request that this Court enter an order, pursuant to Rule 7 of the Federal Rule of Appellate Procedure, requiring Connick to post an appeal bond in the amount of $241,500, and all other relief that this Court deems just and appropriate.

DATED:  November 4, 2011 By   /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on November 4, 2011, I caused copies of **PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BOND AGAINST CORINNA CONNICK UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                                         **/s/ Steve W. Berman**
                                                                         Steve W. Berman