UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| TRACK TWO SETTLEMENT | Judge Patti B. Saris |

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BOND AGAINST CORINNA
CONNICK UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**

I, Steve W. Berman, duly declare under penalty of perjury as follows:

1. I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am Co-Lead Counsel for the Plaintiffs in the above-captioned matter.  I submit this declaration under penalty of perjury in support of Plaintiffs' Motion for Imposition of Appeal Bond Against Corinna Connick under Federal Rule of Appellate Procedure 7.

2. We estimate that Corinna Connick's unsuccessful appeal will cause Class Counsel to accrue approximately $45,000 in attorneys' fees and expenses.  This estimate includes approximately 15 hours for paralegal time, 66 hours of attorney time (including travel), and $5,000 in estimated out-of-pocket expenses.  These time and expense estimates would result from the work necessary to compile the record on appeal, prepare and serve the appellate brief and prepare for and attend a hearing before the First Circuit.

Executed this 4th day of November, 2011, in Seattle, Washington.

                                               **/s/ Steve W. Berman**
                                               STEVE W. BERMAN

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BOND AGAINST CORINNA CONNICK UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 4, 2011 a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                         /s/ **Steve W. Berman**
                                                         Steve W. Berman

001534-16  484644 V1