UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *United States of America ex rel. Ven-A-* ) <br> *Care of the Florida Keys, Inc., by and* ) <br> *through its principal officers and directors,* ) <br> *Zachary T. Bentley and T. Mark Jones v.* ) <br> *Actavis Mid Atlantic LLC, et al.* ) | MDL No. 1456 <br><br> Master File No. 01-cv-12257-PBS <br><br> Subcategory No. 06-11337-PBS <br> Civil Action No. 08-cv-10852 <br><br> Judge Patti B. Saris |

### ORDER ON JOINT MOTION TO EXTEND THE ORDER OF DISMISSALS AS TO DEFENDANTS MYLAN INC, MYLAN PHARMACEUTICALS, INC., WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.

The Court having reviewed the Relator's and Mylan and Watson Defendants' Joint Motion to Extend the deadline to finalize their settlement and file the requisite dismissal pleadings and related documents for a period of 42 days from the current deadline of November 4, 2011, and having been advised that the Parties need the additional time to conclude their settlement negotiations, complete and execute the settlement documents, and obtain the United States' written consent to the settlement:

IT IS ORDERED that the deadline for Relator and the Mylan and Watson Defendants to finalize their settlement and file the requisite dismissal pleadings and documents and the United States' consent to the settlement is hereby extended an additional 42 days to and including December 16, 2011.

Entered this 4 day of November, 2011.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE