# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 1:01-CV-12257-PBS <br> ) Sub-Category Case No. 1:08-CV-11200 <br> ) <br> ) |
| | ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Healthcare Corporation* | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER FOR PARTIAL DISMISSAL

Good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

Count XXII and Count XXIII of the Second Amended Complaint are dismissed with prejudice.

Each party shall bear its own costs.

Dated: 11/7/2011

Hon. Patti B. Saris
Judge of the U.S. District Court