# MARK ALLEN KLEIMAN
LAWYER

2907 STANFORD AVENUE
VENICE, CALIFORNIA 90292

TELEPHONE (310) 306-8094
FACSIMILE  (310) 306-8491

*Mark A. Kleiman*
MKLEIMAN@QUITAM.ORG

*Pooja Rajaram*
PRAJARAM@QUITAM.ORG

November 8, 2011

*Via Federal Express*

Hon. Patti B. Saris, Dept. 20
USDC - District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

> IN RE: PHARMACEUTICAL INDUSTRY AWP LITIGATION
> Master File No. 1:01-CV-12257-PBS, Sub-Category Case No. 1:08-CV-11200
> THIS DOCUMENT RELATES TO:
> *United States ex rel Linnette Sun and Greg Hamilton, Relators v. Baxter Hemoglobin Therapeutics and Baxter International Inc.*

Your Honor:

During today's argument the Court asked for a citation to the AWP decision which contained the language I was quoting about the inappropriateness of broad conclusory language. The decision is:

> In re PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION.
> United States of America ex rel. Ven-A-Care of the Florida Keys, Inc.,
> Zachary T. Bentley, and T. Mark Jones, Plaintiffs,
> v.
> Abbott Laboratories, Inc., Defendant.
> MDL No. 1456.
> Master File No. 01-12257-PBS.
> Civil Action No. 07-11618-PBS.
> Ruling Date: July 15, 2008.
> 2008 WL 2778808 (D.Mass.)

Hon. Patti B. Saris, Dept. 20
November 8, 2011
Page Two

The quoted language reads in full:

"Notice of fraud in one drug's pricing is not notice of fraud in another drug's pricing, as Abbott well knows. This is because drugs are often marketed, reimbursed, sold, and priced in different ways. See *In re Pharm. Indus. Average Wholesale Price Litig.*, No. 01-12257, 2007 WL 4287572, at *3 (D.Mass. Dec. 6, 2007) ("The conclusory allegation of one 'broad scheme' is inadequate particularly in light of the evidence in this MDL demonstrating that each drug must be analyzed differently."). For this reason, this Court has required plaintiffs to plead the allegedly fraudulent average wholesale price of each drug with specificity under Rule 9(b). See *In re Pharm. Indus. Average Wholesale Price Litig.*, 263 F.Supp.2d 172, 194 (D.Mass.2003)."

Sincerely,

Mark Kleiman /prs

Mark Kleiman

MAK/prs

cc:   Andy Jackson
      Merle Delancey
      Tina Reynolds