# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| **TRACK TWO SETTLEMENT** | Judge Patti B. Saris |

## PLAINTIFFS' RESPONSE TO THE COURT'S
## NOVEMBER 4, 2011 ELECTRONIC ORDER

On November 4, 2011, the Court issued an Electronic Order directing Class Counsel to respond to the requests contained in Docket Filing Nos. 7883, 7861, 7854 and 7852.  Class Counsel have responded to each and report as follows:

- Dkt. No. 7883:  We sent a letter on October 20, 2011 and followed-up by phone after receiving her October 31, 2011 letter and believe that we have answered all of this Class member's questions.

- Dkt. No. 7861:  We have spoken with this Class member (who is not objecting) and provided assistance.

- Dkt. No. 7854:  We have spoken with this Class member and provided assistance. As a result, we believe that this objection has been resolved.

- Dkt. No. 7852:  We have spoken with this Class member and provided assistance. As a result, we believe that this objection has been resolved.

001534-16  485258 V1

DATED:  November 10, 2011

Respectfully submitted,


By: ___/s/ Steve W. Berman_____
       Thomas M. Sobol (BBO#471770)
       Edward Notargiacomo (BBO#567636)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Jeffrey L. Kodroff
John A. Macoretta
SPECTOR, ROSEMAN, KODROFF & WILLIS P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611

Kenneth A. Wexler
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

- 2 -

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA  18901
Telephone:  (215) 230-8043
Facsimile:   (215) 230-8735

*Co-Lead Class Counsel*

001534-16  485258 V1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing pleading to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 10, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

By **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 8th Avenue, Suite 3300
Seattle, WA  98101
(206) 623-7292

001534-16  485258 V1

## INDEX OF DECLARATIONS

| EXHIBIT | DECLARATION |
|---|---|
| 1 | Declaration of **Katie Bean** In Support of Request for Reimbursement from the Track Two Settlement |
| 2 | Declaration of **Jimmie May Carter** In Support of Request for Reimbursement from the Track Two Settlement |
| 3 | Declaration of **Pat Drewett** In Support of Request for Reimbursement from the Track Two Settlement |
| 4 | Declaration of **Virginia Newell** In Support of Request for Reimbursement from the Track Two Settlement |
| 5 | Declaration of **Mary Wright** In Support of Request for Reimbursement from the Track Two Settlement |
| 6 | Declaration of **Roger Clark** In Support of Request for Reimbursement from the Track Two Settlement |
| 7 | Declaration of **Rev. David Aaronson** In Support of Request for Reimbursement from the Track Two Settlement |
| 8 | Affidavit of **Alex K. Gunther** In Support of Request for Reimbursement from the Track Two Settlement – The Estate of Oral Ray Roots |
| 9 | Declaration of **Beverly Thomson Shaw, Esq**. In Support of Request for Reimbursement from the Track Two Settlement |
| 10 | Declaration of **Rebecca Anne Hopkins** In Support of Request for Reimbursement from the Track Two Settlement |
| 11 | Declaration of **Larry Young** In Support of Request for Reimbursement from the Track Two Settlement |
| 12 | Affidavit of Donald E. Haviland, Jr. In Support of Request for Reimbursement from the Track Two Settlement Fund to **M. Joyce Howe** |
| 13 | Affidavit of Donald E. Haviland, Jr. In Support of Request for Reimbursement from the Track Two Settlement Fund to **Ethel Walters** |

001534-16  485258 V1