UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO *United States ex rel. Linnette Sun and Greg Hamilton, Relators v. Baxter Healthcare Corporation* | |

MDL # 1456

Master File No. 1:01-CV-12257-PBS
Sub-Category Case No. 1:08-CV-11200

Judge Patti B. Saris

### DECLARATION OF GREG HAMILTON IN SUPPORT OF RELATORS' MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Greg Hamilton, hereby declare as follows:

1. I am one of the Relators in United States ex rel Sun et al. v. Baxter. If called upon to do so, I could and would testify competently to the following based upon firsthand knowledge.

2. From 2001 – 2004 I was the Senior Director of Strategic Sales and Planning at Specialty Distribution Services for Express Scripts, the Pharmacy Benefit Manager. From 2004 – 2006 I was the Vice-President of the Curascript Bleeding Disorder Program. (CuraScript is an operating division of Express Scripts.)

3. I have worked for pharmaceutical manufacturers and pharmacy benefit managers for over twenty years. During this time I have developed detailed knowledge about the pricing and marketing of blood factor products.

    4.    For Advate the pharmacy acquisition cost is approximately $0.91 but the AWP is $1.75, which is 192% of the acquisition cost.

    5.    For Recombinate the pharmacy acquisition cost is approximately $0.87 but the AWP is $1.62, which is 186% of the acquisition cost.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true, accurate and correct to the best of my knowledge, information and belief.

Executed this 14th day of November, 2011, at Algonquin, Illinois.

                                                  /s/ Greg Hamilton
                                                      Greg Hamilton

**CERTIFICATION OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing **DECLARATION OF GREG HAMILTON IN SUPPORT OF RELATORS' MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties on November 14, 2011.

                                     /s/ Mark Allen Kleiman
                                       MARK ALLEN KLEIMAN