# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 1:01-12257-PBS |
| | ) | |
| PHARMACEUTICAL INDUSTRY | ) | Subcategory No. 08-11200 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| _____ | ) | Judge Patti B. Saris |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| *United States ex rel. Linnette Sun* | ) | |
| *and Greg Hamilton v.* | ) | |
| *Baxter Healthcare Corporation.* | ) | |
| | ) | |

STATEMENT OF THE UNITED STATES
REGARDING THE CONSENT OF THE UNITED STATES TO THE DISMISSAL
WITH PREJUDICE OF CLAIMS PURSUANT TO 31 U.S.C. § 3730 (b) (1) IN A
RELATED MATTER

Pursuant to the invitation of the Court during the hearing held on November 8, 2011, in this matter, the United States submits this statement concerning the scope of its consent filed on October 7, 2011, in *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Baxter Healthcare Corporation and Baxter International, Inc.*, Case No. 10-cv-11186 (Dkt 892-1 in Subcategory 06-11337). Specifically, the United States states that its consent reflected the United States' consent to the dismissal with prejudice

1

only of claims pled in relator Ven-A-Care's complaint against Baxter Healthcare Corporation and Baxter International, Inc.

                Respectfully submitted,

                TONY WEST
                Assistant Attorney General

                CARMEN M. ORTIZ
                United States Attorney
                District of Massachusetts

                /s/ *George B. Henderson, II*
                George B. Henderson, II
                Assistant U.S. Attorney
                United States Courthouse
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3272

                Joyce R. Branda
                Daniel R. Anderson
                Laurie A. Oberembt
                U.S. Department of Justice,
                Civil Division
                P.O. Box 261, Ben Franklin Station
                Washington, D.C. 20044
                (202) 514-3345

Dated: November 14, 2011

### CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: November 14, 2011                 /s/ *George B. Henderson, II*
                                                George B. Henderson, II