UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | MDL NO. 1456<br>Master File No.: 01-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF TIMOTHY HIX ON BEHALF OF BAXTER HEALTHCARE CORPORATION AND MOTION FOR ADMISSION *PRO HAC VICE*.

Pursuant to Local Rule 83.5.3 and paragraph 16 this Court's Case Management Order No. 1 entered in MDL No. 1456, the undersigned counsel hereby moves that Timothy Hix enter his appearance on behalf of Baxter Healthcare Corporation in the above-captioned action.

Mr. Hix is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's case Management Order No. 1. The attached Certificate demonstrates that Mr. Hix is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

13952537v.1

WHEREFORE, the undersigned counsel respectfully moves Mr. Hix's admission to practice before this Court *pro hac vice*.

/s/ Jocelyn L. Dyer_____
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA   02108
(BBO#:  660240)

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that the moving party has communicated with counsel for Relators concerning this Motion, and that counsel for Relators consent to this Motion.

/s/ Jocelyn L. Dyer_____
Donnelly, Conroy & Gelhaar, LLP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of November, 2011, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

/s/ Jocelyn L. Dyer_____
Jocelyn L. Dyer

Dated: November 16, 2011

13952537v.1