# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | Master File No.: 01-12257-PBS |
| ) | Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: ) | |
| *United States ex rel. Linnette Sun and Greg* ) | Judge Patti B. Saris |
| *Hamilton, Relators* ) | |
| *v.* ) | |
| *Baxter Healthcare Corporation* ) | |
| ) | |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Timothy Hix the admission *pro hac vice* of Timothy Hix for the purpose of representing Baxter Healthcare Corporation in this matter, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that Timothy Hix is admitted to practice before this Honorable Court in connection with the above styled cause.

_____

Patti B. Saris

United States District Judge

13952537v.1