# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Healthcare Corporation* | MDL NO. 1456 <br> Master File No.: 01-12257-PBS <br> Sub-Category Case No. 1:08-CV-11200 <br><br> Judge Patti B. Saris |

## CERTIFICATE OF TIMOTHY HIX

I, Timothy Hix, hereby certify pursuant to Local Rule 83.5.3 and Case Management Order No. 1, section V entered in MDL No. 1456 that:

1. I am a partner at the law firm of Seyfarth Shaw LLP, attorneys for Baxter Healthcare Corporation in the above-captioned action.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: the bar of the State of California, including the United States District Court, Central, Southern, Northern, and Eastern Districts of California.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Timothy Hix
Timothy Hix
SEYFARTH SHAW LLP
2029 Century Park East
Suite 3500
Los Angeles, CA 90067

13952537v.1

6

Dated: November 15, 2011

13952537v.1

DSMDB-2988638v1