UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE COURT ACTIONS

The undersigned firms Kline & Specter, P.C., Williams Law Firm, and Jennings Haug & Cunningham, LLP (collectively, "Movants") hereby move for an Order that Movants' state court time and expense be counted in any allocation undertaken by Lead Counsel. The reasons therefore are stated in the accompanying Memorandum of Law, Declaration of Kent M. Williams, and Exhibits A-J thereto.

### RULE 7.1 CERTIFICATION

The undersigned certify pursuant to Local Rule 7.1 that they have conferred with Lead Counsel on the issues raised in this motion, or have attempted to do so, and have been unable to resolve the issues without Court intervention.

Dated:  November 17, 2011

/s/ Shanin Specter
Shanin Specter
Kila Baldwin
Kline & Specter, PLC
1525 Locust Street, 19th Floor
Philadelphia, PA 19102-3712
215-772-1000 telephone
215-735-0937 facsimile

/s/ Kent M. Williams
Kent M. Williams
WILLIAMS LAW FIRM
1632 Homestead Trail
Long Lake, MN  55356
(763) 473-0314


/s/ Larry Crown
Larry Crown
Jorge Franco
Jennings, Haug & Cunningham, LLP
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
(602) 234-7822
(602) 277-5595 (Fax)

CERTAIN CLASS COUNSEL FOR
PLAINTIFFS