**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the **DECLARATION OF KENT M. WILLIAMS AND EXHIBITS A-J (REDACTED)** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  November 17, 2011                          /s/ Kent M. Williams
                                                                             Kent M. Williams, Esq.