# Exhibit B

```
-----Original Message-----
From: Steve Berman [mailto:Steve@hbsslaw.com]
Sent: Tuesday, November 01, 2005 9:22 AM
To: Haviland, Donald E.; Jeff Kodroff; Sean Matt; Thomas Sobol; Beth
Fegan; David Nalven; Edward Notargiacomo; ahoffman@hofedlaw.com;
medelson@hofedlaw.com; espector@srk-law.com; John Macoretta;
JFConnolly@wexlerfirm.com; kawexler@wexlerfirm.com
Cc: Specter, Shanin; Benedetto, TerriAnne
Subject: RE: FW: thoughts

Don can I get a cc of your complaint
```

REDACTED

```
-----Original Message-----
From: Haviland, Donald E. [mailto:Donald.Haviland@KlineSpecter.com]
Sent: Tuesday, November 01, 2005 6:19 AM
To: Steve Berman; Jeff Kodroff; Sean Matt; Thomas Sobol; Beth Fegan;
David Nalven; Edward Notargiacomo; ahoffman@hofedlaw.com;
medelson@hofedlaw.com; espector@srk-law.com; John Macoretta;
JFConnolly@wexlerfirm.com; kawexler@wexlerfirm.com
Cc: Specter, Shanin; Benedetto, TerriAnne
Subject: Re: FW: thoughts

Hey all
As counsel to Local 68 with another firm in New Jersey I have just this
to add.
```

REDACTED

Lastly, thanks for the support for our unified approach. We at KnS view the New Jersey case as just another vehicle to bring pressure on the defendants to settle and when it gets remanded - over Wise's opposition for expect to litigate it with the other leads as part of our unified strategy.
Don

---

Donald E. Haviland, Jr., Esquire
Kline & Specter
A Professional Corporation
1525 Locust Street, 19th Floor
Philadelphia, PA 19102-3712
215*772*1000 telephone
215*735*0957 facsimile

This message is intended only for the use of the individual or entity to which it is addressed and contains information that is privileged (protected by the attorney-client privilege and the work-product privilege), confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this message in error, please notify us immediately via return e-mail and delete the original message from your files.(bb)

-----Original Message-----
From: Steve Berman <Steve@hbsslaw.com>
To: Jeff Kodroff <jkodroff@srk-law.com>; Sean Matt <Sean@hbsslaw.com>; Thomas Sobol <Tom@hbsslaw.com>; Beth Fegan <beth@hbsslaw.com>; David Nalven <davidn@hbsslaw.com>; Edward Notargiacomo <ed@hbsslaw.com>; ahoffman@hofedlaw.com <ahoffman@hofedlaw.com>; medelson@hofedlaw.com <medelson@hofedlaw.com>; Eugene Spector <espector@srk-law.com>; John Macoretta <jmacoretta@srk-law.com>; JFConnolly@wexlerfirm.com <JFConnolly@wexlerfirm.com>; kawexler@wexlerfirm.com <kawexler@wexlerfirm.com>
CC: Haviland, Donald E. <Donald.Haviland@KlineSpecter.com>
Sent: Tue Nov 01 08:57:43 2005
Subject: RE: FW: thoughts

Until class is certified I don't see it as duplicative

I say we tell him to pound sand

Others?

-----Original Message-----
From: Jeffrey Kodroff [mailto:jkodroff@srk-law.com]
Sent: Tuesday, November 01, 2005 5:59 AM
To: Sean Matt; Steve Berman; Thomas Sobol; Beth Fegan; David Nalven; Edward Notargiacomo; Steve Berman; ahoffman@hofedlaw.com; medelson@hofedlaw.com; Eugene Spector; John Macoretta; JFConnolly@wexlerfirm.com; kawexler@wexlerfirm.com
Subject: Re: FW: thoughts

Not sure I see his issue. In the lupron case, there were several coordinated state court cases working with federal lead counsel.

More courts we have the more pressure we can put on defendants.

>>> "Steve Berman" <Steve@hbsslaw.com> 10/31/2005 7:53:14 PM >>>

-----Original Message-----
From: D. Scott Wise [mailto:wise@dpw.com]
Sent: Monday, October 31, 2005 3:18 PM
To: Steve Berman
Subject:

Steve,

I can understand that you are still ironing out all the ramifications of Don Haviland's joining your team; but since there is current motion to remand pending in the New Jersey case, I think we need to inform the Court of its status. We don't see how Don can be part of your group in filing the Third AMCC and simultaneously seek remand of a duplicative action to state court.

We need to hear from you on this.

Thanks.