# Exhibit C

-----Original Message-----
From: Specter, Shanin
Sent: Monday, April 24, 2006 12:00 PM
To: Haviland, Donald E.
Cc: Kline, Thomas R.
Subject: 11pm call



REDACTED