# Exhibit D

**From:** Steve Berman [mailto:Steve@hbsslaw.com]
**Sent:** Friday, May 26, 2006 8:53 AM
**To:** Haviland, Donald E.; Sean Matt
**Cc:** Rob Lopez
**Subject:** RE: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Motion for Protective Order"

i think we need a coorndated nj strategy and we should have a call your shop and mine sean and i here to do so

Steve W. Berman

Hagens Berman Sobol Shapiro LLP

1301 Fifth Avenue

Suite 2900

Seattle WA 98101

206-224-9320

---

**From:** Haviland, Donald E. [mailto:Donald.Haviland@KlineSpecter.com]
**Sent:** Thursday, May 25, 2006 7:13 PM
**To:** Sean Matt; Steve Berman
**Cc:** Rob Lopez
**Subject:** Re: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Motion for Protective Order"

Sean
Once we get an overall idea of what needs to be done, we can ~~REDACTED~~ in either Pennsylvania or New Jersey. As I said, we should not do it piecemeal, but as part of an integrated strategy of REDACTED

We will be able to do any depo not taken in the mdl

-----Original Message-----
From: Sean Matt <Sean@hbsslaw.com>
To: Steve Berman <Steve@hbsslaw.com>
CC: Haviland, Donald E.; Rob Lopez <robl@hbsslaw.com>
Sent: Thu May 25 20:45:02 2006
Subject: RE: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Motion for Protective Order"

REDACTED

From: Steve Berman
Sent: Thursday, May 25, 2006 5:38 PM
To: Sean Matt
Cc: Donald Haviland
Subject: FW: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Motion for Protective Order"

note these in pa

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle WA 98101
206-224-9320

From: ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
Sent: Thursday, May 25, 2006 5:29 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Motion for Protective Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from O'Sullivan, Kathleen M. entered on 5/25/2006 at 8:27 PM EDT and filed on 5/25/2006

Case Name:    Citizens for Consume, et al v. Abbott Laboratories,, et al
Case Number:   1:01-cv-12257
Filer:  Immunex Corp.
Document Number:    2603

Docket Text:
MOTION for Protective Order Defendant Immunex Corporation's Motion for Protective Order Regarding May 17, 2006, Deposition Notice by Immunex Corp.. (Attachments: # (1) Exhibit 1-4# (2) Exhibit 5# (3) Exhibit 6-17# (4) Exhibit 18-21# (5) Exhibit 22-30)(O'Sullivan, Kathleen)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=5/25/2006] [FileNumber=1440845-0
] [c79afa363722ea824ad4a17866c7912d9dafd779cab2984c16f7f4ce8be7cce6619
d46e0cb32fba78a3469c66a99b1d8148df5af9264b7dcba8e60371a496154]]
Document description:Exhibit 1-4
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=5/25/2006] [FileNumber=1440845-1
] [bd5da8bce3b9027d9722cbb50b460723ed27377f597e27069531842df7d9d75aa90
f4e83089051645fa0164161ded8c5d1549097c3f4f1de50f83bcc372b61b5]]
Document description:Exhibit 5
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=5/25/2006] [FileNumber=1440845-2
] [29c3ab73dae51afaebd3ace47fde63794a94e7d8d14a3c04042a6d888e72b489a99
334df3ca7dd3bad5b656006fbd849739ba610a8633e93d0fe47c805844adb]]
Document description:Exhibit 6-17
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=5/25/2006] [FileNumber=1440845-3
] [b438b1e590f5006250aae0f6a8e1e9c09ea9069e61bad8a68483078ac9f0a529ec3
2b8ab26bd9cd6d38ede6d5d3d6d31c72cf3bf72b00de6862d3aa6bdffa8c4]]
Document description:Exhibit 18-21
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=5/25/2006] [FileNumber=1440845-4
] [1ee5db2fa54aabd5993a58843c4da783b51aaeb23dbc5a0ba42d7d7117c17c7ca99
c3fc298d3cf5a9051a5260b622a56c94d862c9ee2ae8bc7dc12721992f741]]
Document description:Exhibit 22-30
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=5/25/2006] [FileNumber=1440845-5
] [59f179c5f70ad5a84a7f2958f5a8b4b7df0f6c31cdb5d170e4b3d058593b4209c5f
bddaea8251359a8baac3aac7587c3fc390f476ce5d69984fc247d968d902b]]