# Exhibit E

From: Donald Haviland [mailto:haviland@havilandlaw.com]
Sent: Tuesday, March 20, 2007 10:46 AM
To: 'Steve Berman'; 'Carrie Flexer'
Cc: 'Adam Levy'; 'AWP Trial'
Subject: RE: MDL 1456 - Ken Greisman Designations

On the "AZ wasn't there", there were given notice of the depo being conducted in 2 "Coordinated State Court Cases", Sawnston [Arizona] and Local 68 [New Jersey]. See Reidy's invocation at the outset. The record of coordination between Swanston and MDL 1456 cld not be clearer: by Astra's motion [and over my objection at the time] the case was designated a "coordinated state court case" under Saris CMO respecting the same. Once depositions began, incl the Sundberg one we just designated for the Class 1 trial, Scott Wise objected, and I wrote back that his decision to not appear would be at his peril. See attached letters [I am having someone pull Wise's letters to me and the Court Order designating the case "Coordinated".]

REDACTED

Donald E. Haviland, Jr., Esquire

The Haviland Law Firm, LLC

740 South Third Street, Third Floor

Philadelphia, Pennsylvania 19147

(215) 609-4661 ph

(215) 392-4400 fax

haviland@havilandlaw.com

-----Original Message-----

**From:** Steve Berman [mailto:Steve@hbsslaw.com]
**Sent:** Monday, March 19, 2007 6:03 PM
**To:** Donald Haviland; Carrie Flexer
**Cc:** Adam Levy; AWP Trial
**Subject:** RE: MDL 1456 - Ken Greisman Designations

i read this

REDACTED

assuming we got around fact az wasn't there at the dep

**From:** Donald Haviland [mailto:haviland@havilandlaw.com]
**Sent:** Friday, March 16, 2007 1:01 PM
**To:** Carrie Flexer
**Cc:** Steve Berman; 'Adam Levy'
**Subject:** FW: MDL 1456 - Ken Greisman Designations

Carrie and Steve,

Attached are the depo designations for the depo I took of TAP's general counsel, Ken Greisman, wherein he

REDACTED

Donald E. Haviland, Jr., Esquire

The Haviland Law Firm, LLC

740 South Third Street, Third Floor

Philadelphia, Pennsylvania 19147

(215) 609-4661 ph

(215) 392-4400 fax

haviland@havilandlaw.com