# Exhibit F

From: Steve Berman
To: AWP Trial
Sent: Apr 16, 2007 11:51 PM
Subject: FW: settlement

REDACTED

-----Original Message-----
From: Steve Berman
Sent: Tuesday, April 10, 2007 5:23 PM
To: AWP Trial
Subject: FW: settlement


Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle WA 98101
206-224-9320

-----Original Message-----
From: Doyle, Paul [mailto:PDOYLE@KelleyDrye.com]
Sent: Tuesday, April 10, 2007 11:55 AM
To: Steve Berman
Subject: RE: settlement

Steve,

Dey's counter is $1.5 million, contingent, as previously discussed, on that amount being allocated to nationwide class 1, Massachusetts only classes 2 and 3, and the state claims of Arizona. We are only interested in a release through the present so your next offer should reflect that full period, not partial periods. We also don't want to make an open ended commitment on notice costs, so your next offer should factor in an amount for notice costs. One way of reducing the notice costs would be to settle with you now and notice the settlement later, within some agreed time of our settlement, when you reach additional settlements with other companies.

Paul

-----Original Message-----
From: Steve Berman [mailto:Steve@hbsslaw.com]
Sent: Monday, April 02, 2007 4:39 PM
To: Doyle, Paul
Subject: RE: settlement


yes...though we may have to take Havilland out against his will if it came to that

---

From: Doyle, Paul [mailto:PDOYLE@KelleyDrye.com]
Sent: Monday, April 02, 2007 1:22 PM
To: Steve Berman
Subject: RE: settlement

Steve,

It sounds like we're saying something close to the same thing. We're willing to continue negotiating so long as it's clear from the outset that any number we agree on will be contingent on that number being allocated to the three classes, a (nationwide), b and c (Massachusetts) and Arizona. Okay?

Paul

-----Original Message-----
From: Steve Berman [mailto:Steve@hbsslaw.com]
Sent: Monday, April 02, 2007 11:59 AM
To: Doyle, Paul
Subject: RE: settlement

i have sent what i am willing to send if we were able to settle the nationwide class i would attempt to allocate among the rest

From: Doyle, Paul [mailto:PDOYLE@KelleyDrye.com]
Sent: Monday, April 02, 2007 8:43 AM
To: Steve Berman
Subject: RE: settlement

Steve,

If you can't settle Don Haviland's suit, that's fine; but we're obviously not in a position, nor willing, to engage in four separate negotiations with you over, classes a, b and c and Arizona (which is effectively a class action since the recent amendment). To get you a response, I need a single number (not four separate numbers) through the present for all four categories.

Paul

-----Original Message-----
From: Steve Berman [mailto:Steve@hbsslaw.com]
Sent: Monday, April 02, 2007 9:43 AM
To: Doyle, Paul
Cc: Marc Edelson; Kenneth Wexler; Jeff Kodroff
Subject: RE: settlement

we are not interested in settling on a "helping dey clean things up" basis . we will come down by 500k for class a. so it would be 8.5 million plus notice costs thru 2001 or 11.5 plus notice thru 2004. i cant comment on havilands suit which in my view would be wiped out by a nationwide settlement. this does not include Arizona

From: Doyle, Paul [mailto:PDOYLE@KelleyDrye.com]

Sent: Monday, April 02, 2007 5:47 AM

To: Steve Berman
Subject: FW: settlement

Steve,

In response to your email of March 20th, Dey is prepared to make an opening offer of $1 million to settle all of the following through the present: (a) the nationwide Medicare Part B class; (b) the two Massachusetts only classes; (c) the Arizona parens patriae action in which you are lead counsel; and (d) the Arizona class action in which Don Haviland is lead counsel. We've corresponded recently as to our views on (a). While we believe that Dey's exposure in (b) through (d) is quite low, we'd like to clean these somewhat related actions up together rather than piecemeal. If you respond, I'd appreciate it if your response would be a single amount for all four categories.

Paul

-----Original Message-----
From: Steve Berman [mailto:Steve@hbsslaw.com]
Sent: Tuesday, March 20, 2007 2:37 PM
To: Doyle, Paul
Subject: settlement

Sent via BlackBerry from Cingular Wireless