# Exhibit G

From: "Donald Haviland" <Haviland@HavilandLaw.com>

Date: Tue, 11 Sep 2007 18:55:16
To:"Steve Berman" <Steve@hbsslaw.com>,"D Haviland"
<haviland@havilandlaw.com> Cc:"AWP Trial" <AWPTrial@hbsslaw.com>
Subject: Re: pls forward us ASAP


Well, I just landed.
I spoke with Tom about getting a definitive list of mdl Ds so we can sort
out the overlap. I will send around our cplt within the hour

We should discuss what the Leads really want to accomplish with the stip,
esp with respect to the track 1 Ds as New Jersey may afford us the only
oppty to pressure astra etc to settle in the coming year. Jeff and I
discussed this some time ago over coffee.

As we told saris, it would cover "overlapping" Ds
Donald E. Haviland, Jr., Esquire
The Haviland Law Firm, LLC
740 South Third Street, Third Floor
Philadelphia, Pennsylvania 19147
(215) 609-4661 tel
(215) 392-4400 fax
(215) 221-4941 cell
haviland@havilandlaw.com

-----Original Message-----
From: "Steve Berman" <Steve@hbsslaw.com>

Date: Tue, 11 Sep 2007 11:49:28
To:"Donald Haviland" <haviland@havilandlaw.com>
Cc:"AWP Trial" <AWPTrial@hbsslaw.com>
Subject: RE: pls forward us ASAP


And the stip?

-----Original Message-----
From: Donald Haviland [mailto:Haviland@HavilandLaw.com]
Sent: Tuesday, September 11, 2007 11:49 AM
To: Steve Berman; Donald Haviland
Cc: AWP Trial
Subject: Re: pls forward us ASAP

I asked my office to do so before I took. Just landed Donald E. Haviland,
Jr., Esquire The Haviland Law Firm, LLC 740 South Third Street, Third Floor
Philadelphia, Pennsylvania 19147
(215) 609-4661 tel
(215) 392-4400 fax
(215) 221-4941 cell
haviland@havilandlaw.com

-----Original Message-----
From: "Steve Berman" <Steve@hbsslaw.com>

Date: Tue, 11 Sep 2007 11:48:25
To:"Donald Haviland" <haviland@havilandlaw.com> Cc:"AWP Trial"
<AWPTrial@hbsslaw.com>
Subject: pls forward us ASAP

the letter of 27 July 2007 Judge Saris was referring to as well as the stipulation she asked be presented dismissing from the new jersey action any overlapping claims with this action

Steve W. Berman
1301 Fifth Ave
Suite 2900
Seattle, WA 98101
206 224 9320