# Exhibit I

LJC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br>CIVIL ACTION: 1:01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) | |

## CROSS-NOTICE OF DEPOSITIONS IN COORDINATED STATE COURT CASE

**YOU ARE HEREBY NOTIFIED**, as required by Case Management Order No. 9 and the Order Designating Case As Coordinated State Court Case issued on November 22, 2004 in the Superior Court of the State of Arizona in and for the County of Maricopa, that a deposition will be taken upon oral examination of a representative of Raytheon Company on January 24, 2005 at 9:00 a.m. (EST) in Waltham, Massachusetts in the matter of *Swanston v. TAP Pharmaceutical Products Inc., et al.*, No. Civ 2002-004988, Superior Court of Arizona, Maricopa County. This deposition is being cross-noticed for MDL 1456. A copy of the Amended Notice of Deposition served on counsel of record in *Swanston v. TAP Pharmaceutical Products Inc., et al.* on January 6, 2005 for the above depositions is attached.

Please inform Arizona counsel for Apothecon, Inc., Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp., Brian Kaiser, by January 18, 2005, if you plan on attending this deposition. Raytheon is a secure facility due to national security concerns and must have the names of all attendees by this date to provide appropriate clearances for entry to its buildings.

Dated: January 7, 2005

/s/ Lyndon M. Tretter
Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: 212.918.3000
Facsimile: 212.918.3100

Attorneys for Defendants Bristol-Myers
Squibb Co., Oncology Therapeutics
Network Corp. and Apothecon, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2005, a true and correct copy of CROSS-NOTICE OF DEPOSITION IN COORDINATED STATE COURT CASE was served upon all counsel of record by electronic service pursuant to CMO No. 2, by causing a copy to be sent to Verilaw Technologies for posting and notification.

/s/ Lyndon M. Tretter

George Brandon (Arizona Bar No. 017947)
    gbrandon@ssd.com
Cynthia A. Ricketts (Arizona Bar No. 012668)
    cricketts@ssd.com
Andrea L. Marconi (Arizona Bar No. 022577)
    amarconi@ssd.com

SQUIRE, SANDERS & DEMPSEY L.L.P. (No. 00042400)
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498
Telephone: 602.528.4000
Facsimile: 602.253.8129

Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: 212.918.3000
Facsimile: 212.918.3100

Attorneys for Defendants Apothecon, Inc., Bristol-Myers Squibb Co., and Oncology Therapeutics Network Corp.

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ROBERT J. SWANSTON, individually and on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC., et al.,<br><br>               Defendants. | Case No. CV2002-004988<br><br>**AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION**<br><br>(Assigned to the Hon. Rebecca A. Albrecht) |

PLEASE TAKE NOTICE THAT pursuant to Rules 30 and 45 of the Arizona Rules of Civil Procedure, Bristol Myers Squibb Company, by its attorneys, pursuant to the subpoena attached to the Notice of Rule 30(b)(6) Deposition, will take the deposition by the person or persons most knowledgeable concerning the matters set forth in Exhibit A attached hereto. Such deposition will be recorded by stenographic means and/or video and sound and will take place beginning at 9:00 a.m., Eastern Standard Time, on January 24, 2005.

Defendants reserve the right to take subsequent depositions, not just on all material issues, but also on those issues raised by any documents produced after the date of this Notice.

PLEASE TAKE FURTHER NOTICE THAT the witness will be commanded to produce the documents set forth in Exhibit B.

PERSONS TO BE EXAMINED:

> Raytheon Company
> 870 Winter Street
> Waltham, MA 02451
>
>> (by designated representative(s) with full knowledge with respect to the matters upon which examination is requested)

DATE AND TIME OF DEPOSITION:

> January 24, 2005 at 9:00 a.m. (Eastern Standard Time)

MATTERS UPON WHICH EXAMINATION IS REQUESTED:

> Please see Matters of Examination and Documents Requested as identified in Exhibits A and B, respectively, attached hereto.

PLACE OF DEPOSITION:

> Raytheon Company
> 870 Winter Street
> Waltham, MA 02451

You are invited to attend and participate.

DATED this 6th day of January, 2005.

/s/    Andrea L. Marconi
George Brandon (Arizona Bar No. 017947)
Cynthia A. Ricketts (Arizona Bar No. 012668)
Andrea L. Marconi (Arizona Bar No. 022577)
SQUIRE, SANDERS & DEMPSEY L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498
Telephone: 602.528.4000
Facsimile: 602.253.8129

Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: 212.918.3000
Facsimile: 212.918.3100

Attorneys for Defendants Apothecon, Inc., Bristol-Myers Squibb Co., and Oncology Therapeutics Network Corp.

A copy of this document has been served upon the parties to this action through LEXIS/NEXIS File & Serve on this 6th day of January, 2005.

/s/            Andrea L. Marconi

3