# Exhibit J





Oct 19 2010
4:59PM

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

Attorneys for Defendants
AstraZeneca PLC, AstraZeneca LP,
AstraZeneca Pharmaceuticals LP, and Zeneca, Inc.

FILED
OCT - 1 2010
JOSEPH P. QUINN, J.S.C.

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND (AN UNINCORPORATED TRUST), <br><br> Plaintiff, <br><br> v. <br><br> ASTRAZENECA PLC, et al., <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MONMOUTH COUNTY DOCKET NO.: MON-L-3136-06 <br><br> Civil Action <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by, between, and among International Union of Operating Engineers, Local No. 68 Welfare Fund, Plumbers' Union Local 690 Health Plan, and United Association Local Union No. 322 Health and Welfare Fund (collectively, "plaintiffs"), each in its individual capacity, and defendants AstraZeneca PLC, AstraZeneca LP, AstraZeneca Pharmaceuticals LP, and Zeneca, Inc. (collectively, "AstraZeneca") as evidenced by the signatures of their duly authorized counsel that (i) plaintiffs' Complaint (and all claims asserted therein) is dismissed with prejudice as against AstraZeneca, without costs or fees and (ii) as to AstraZeneca, this Stipulation of Dismissal with Prejudice shall replace and supersede the "Order Dismissing Without

Prejudice Defendants Overlapping MDL 1456" dated November 5, 2007 (the "November 2007 Order"), including the November 2007 Order's provisions relating to dismissal without prejudice of AstraZeneca Pharmaceuticals LP and Zeneca, Inc., to tolling of applicable statutes of limitations and/or repose, and to removal.

| | |
|---|---|
| HAVILAND HUGHES, L.L.C.<br>Attorney for Plaintiffs<br>International Union of Operating Engineers, Local No. 68 Welfare Fund, Plumbers' Union Local 690 Health Plan and United Association Local Union No. 322 Health and Welfare Fund | McCARTER & ENGLISH, LLP<br>Attorneys for Defendants<br>AstraZeneca PLC, AstraZeneca LP, AstraZeneca Pharmaceuticals LP, and Zeneca, Inc. |
| By: _____<br>Donald E. Haviland, Jr., Esq. | By: _____<br>David J. Cooner, Esq.<br>A Member of the Firm |
| Dated: September 15, 2010 | DAVIS POLK & WARDWELL LLP<br>Attorneys for Defendants<br>AstraZeneca PLC, AstraZeneca LP, AstraZeneca Pharmaceuticals LP, and Zeneca, Inc. |
| | By: _____<br>Joel M. Cohen, Esq.<br>A Member of the Firm |
| | Dated: September 14, 2010 |

SO ORDERED this ___ day of OCT 2010:

_____
J.S.