UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |
| | **(PROPOSED) ORDER** |

THE COURT, having considered the Motion of Kline & Specter, P.C., Williams Law Firm, and Jennings Haug & Cunningham, LLP (collectively, "Movants") for an Order requiring that Movants' state court time and expense be counted in any allocation undertaken by Lead Counsel,

ORDERS that the time and expense incurred by each of the Movants in *International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca et al.*, Case No. MON-L-3136-06, and *Swanston v. Tap Pharmaceutical Products et al.*, Case No. CV 2002-004988, respectively, be included in any allocation of attorneys fees undertaken by Lead Counsel in this case.

Dated: _____

                                                                                            _____
                                                                                            Hon. Patti B. Saris
                                                                                            United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **PROPOSED ORDER** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  November 17, 2011          /s/ Kent M. Williams
                                                       Kent M. Williams, Esq.