CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the **MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE COURT ACTIONS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  November 17, 2011            /s/ Kent M. Williams
                                     Kent M. Williams, Esq.