UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**NOTICE OF FILING DECLARATION AND
UNREDACTED EXHIBITS UNDER SEAL**

PLEASE TAKE NOTICE THAT the undersigned has filed under seal the Declaration of Kent M. Williams and unredacted Exhibits A-J thereto, submitted in support of the motion by Kline & Specter, P.C., Williams Law Firm, and Jennings Haug & Cunningham, LLP (collectively, "Movants") for modification of Lead Counsel's allocation of fees to include Movants' time and expense incurred in related state court actions in New Jersey and Arizona, until further order by this Court.  Portions of some exhibits to the Williams Declaration may tend to reveal attorney work product or other privileged or confidential information.

Dated: November 17, 2011    /s/ Kent M. Williams
                            Kent M. Williams
                            WILLIAMS LAW FIRM
                            1632 Homestead Trail
                            Long Lake, MN  55356
                            (763) 473-0314

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the **NOTICE OF FILING DECLARATION AND UNREDACTED EXHIBITS UNDER SEAL** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: November 17, 2011                            /s/ Kent M. Williams
                                                    Kent M. Williams, Esq.