Oct 26. 2011 9:19AM  CANCER CENTER    ATTY WILDES

EXHIBIT "A"

Sep. 27. 2011 11:10AM  860 CANCER CENTER    ATTY WILDES

## ATTORNEY NANCY E. WILDES

**To:** Dr. Govil  **Company:** New London Cancer Ctr
**Fax:** 8604478961  **Pages:** 2 (incl. cover)
**Phone:** 860-443-4455  **Date:** 9/26/11
**Re:** Robert P. Wildes, Sr.
Letter request for litigation

**CONFIDENTIAL**

We do not have records
for patients deceased — past 3 years

m govil
9/27/11