# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> TRACK TWO SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## PLAINTIFFS' THIRD SUPPLEMENTAL SUBMISSION IN SUPPORT OF FINAL APPROVAL OF THE REBALANCED TRACK TWO SETTLEMENT

Plaintiffs, by their counsel, submit this supplemental brief in support of final approval of the rebalanced Track Two settlement, which settlement is scheduled for hearing on November 22, 2011.  In sum, Plaintiffs timely completed a supplemental notice mailing concerning the rebalancing of the settlement consideration and received (i) no new objections from third-party payor ("TPP") class members and (ii) only eight new objections from consumers, most of whom are required to submit additional documentation for certain drugs.

In compliance with the Court's electronic Order Directing Notice of Track Two Settlement Revision to Affected Class Members and Scheduling Fairness Hearing (Dkt. No. 7772), Settlement Administrator Rust Consulting, Inc. ("Rust") mailed the Notice of Revision to Proposed Class Action Settlement Involving Certain Drugs (the "Supplemental Notice").  The Supplemental Notice was mailed on September 16, 2011 to 865 Class 2 and Class 3 TPPs who had previously filed a claim form.  Declaration of Daniel Coggeshall Regarding Track Two Supplemental Notice ("Coggeshall Decl."), ¶ 4.  On that same date, Rust also mailed the Supplemental Notice to 64,158 consumer Class members who fell into the following categories: (i) all Consumer Class members who timely filed claims and whose settlement amount under the

-1-

revised distribution formula calculated to less than the original settlement amount; (ii) Class 1 consumer claimants whose CMS data indicates an administration of a drug under the "not otherwise classified" J-Codes J3490 and J8999 or under the J-Codes for Epogen and Eligard and those consumers in Class 3 whose claim forms indicate an administration for Epogen or Eligard; and (iii) those Consumer Class members with payments for Leukine and Novantrone after 2002. The Supplemental Notice was also posted on the Track Two Settlement website (www.awptrack2settlement.com).  *Id.*, ¶ 5.

As the Court is aware, the Supplemental Notice advised affected Class members of the change in the settlement terms.  The deadline for receipt of additional requests for exclusion in response to the supplemental Consumer Notice was October 28, 2011.  To date, the Claims Administrator has received 289 new exclusion requests from Class 1 members and two new exclusion requests from Class 3 members.  *Id.*, ¶ 6.

The objection deadline was October 21, 2011.  Class Counsel have not received any objections from any of the 865 TPPs.  Out of the 64,158 consumers who received the Supplemental Notice, we have received just eight objections.[1]  A summary of the objections, Class Counsel's response thereto, and the status of each objection is attached as Table 1.  The majority of the objectors expressed difficulty in obtaining the additional documentation for Epogen administrations, and we were able to provide sufficient assistance to enable them to obtain the documentation.  We believe that five of the eight objections are resolved.

Class Counsel continue to believe that the Track Two Settlement, as revised, is fair and reasonable.  We respectfully request that the Court grant final approval.

---

[1] And of the eight, two are not proper objections.  The Bethune objection is not proper because (i) it was not filed with the Court and served on Class Counsel as required, and (ii) the objection does not pertain to the revised terms of the Proposed Settlement.  The Ivey objection is not proper because it was not filed with the Court.  *See* Table 1.

DATED:  November 18, 2011                By      /s/ **Steve W. Berman**
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

        Marc H. Edelson
        Hoffman & Edelson LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        **CLASS COUNSEL**

-5-

## **CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, ***Plaintiffs' Third Supplemental Submission in Support of Final Approval of the Rebalanced Track Two Settlement***, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 18, 2011, a copy to LEXISNexis File & Serve for posting and notification to all parties.

      **/s/ Steve W. Berman**
      Steve W. Berman