# EXHIBIT 1

Authorized by the U.S. District Court for the District of Massachusetts

# Notice of Revision to Proposed Class Action Settlement Involving Certain Drugs

## 1. What Is This Notice About?

There is a Proposed Settlement (the "AWP Track Two Settlement") of a class action lawsuit involving various drug manufacturers ("Defendants") concerning the drugs listed on Attachment A (referred to as the "Track Two Drugs"). The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation,* Docket No. 01-CV-12257-PBS, MDL No. 1456.

You were mailed this Notice because you previously filed a Claim Form in response to an earlier Notice that was sent to you. On the Claim Form, you indicated that you made a payment for an insured's Medicare Part B co-payment for one or more of the Track Two Drugs from January 1, 1991 through January 1, 2005 and/or that you made a payment for one or more of the Track Two Drugs outside of Medicare Part B from January 1, 1991 through March 1, 2008.

This revised Notice informs you of a change in the terms of the Proposed Settlement.

## 2. What Is The Relevant Change In The Terms Of The Proposed Settlement?

Under the Proposed Settlement, Defendants will pay a total of $125 million to settle the lawsuit. This amount is meant to satisfy the claims of both Third-Party Payors ("TPPs") who meet the criteria for inclusion in one of the two Settlement Classes as well as claims by consumers who made percentage co-payments and full cash payments based on the published Average Wholesale Price ("AWP"). All costs associated with notice and administration, attorneys' fees and litigation costs, and compensation to the named class representatives for time spent providing documents and testimony in connection with this case will be paid from the $125 million settlement amount.

Under the initial proposal, 82.5% (or $103,125,000) of the gross settlement amount was allocated to satisfy the claims of TPPs and 17.5% (or $21,875,000) of the gross settlement amount was allocated to satisfy consumer claims. Consumers and TPPs are sharing the costs of notice and administration in proportion to the amount of settlement proceeds they are allocated.

The Court considered the Proposed Settlement at hearings held June 13, 2011 and July 7, 2011. Among other things, the Court considered whether certain changes to the Proposed Settlement be made to provide more money to consumer members of the Classes. Afterward, a mediation was held in which Allocation Counsel for TPPs agreed to provide Consumers with an additional $3,125,000. Thus, the Proposed Settlement now provides that Consumers will receive a gross settlement amount of $25,000,000 (20%), and that TPPs will receive a gross settlement amount of $100,000,000 (80%).

*Your legal rights are affected even if you do not act.*
*Read this Notice carefully.*

All other terms of the Proposed Settlement relevant to TPPs remain unchanged.

The Court has approved the Proposed Settlement, as revised, on a preliminary basis. It has further determined that the revision does not warrant a second "opt out" period in which TPP class members who declined to exclude themselves before should now be offered another chance to do so. Accordingly, if the Proposed Settlement is finally approved as revised, you will be bound by its terms. The Court will hold a Hearing to decide whether the revised Proposed Settlement should be finally approved (*See* Question 4).

### 3. May I Object To, Or Comment On, The Revision To The Proposed Settlement?

Yes. If you have comments about, or disagree with, any aspect of the revision to the Proposed Settlement, you may express your views to the Court. You must do this in writing. Your written response must include:

- Your name, address, telephone number, a brief explanation of your reasons for objection, and

- The case number (Civil Action Number: 01-CV-12257-PBS, MDL No. 1456).

The document **must** be signed to ensure the Court's review. The response must be filed with the Court at the following address on or before **October 21, 2011**: Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210 and served on Counsel for the Parties so that the objection is **received** on or before **October 21, 2011** at the following addresses:

| Counsel for the Class | Counsel for Track Two Defendants | |
|---|---|---|
| Steve W. Berman | Steven F. Barley | James P. Muehlberger |
| Hagens Berman Sobol Shapiro LLP | Hogan Lovells US LLP | Shook, Hardy & Bacon, LLP |
| 1918 Eighth Avenue | 100 International Drive | 2555 Grand Boulevard |
| Suite 3300 | Suite 2000 | Kansas City, MO 64108 |
| Seattle, WA 98101 | Baltimore, MD 21202 | |

In addition, your document must clearly state that it relates to the "Track Two Settlement." If you file or present an objection, you will be subject to the jurisdiction of the Court.

### 4. When And Where Will The Court Decide On Whether To Grant Final Approval Of The Proposed Settlement?

The Court will hold a Hearing on **November 22, 2011** at 2:30 p.m. to consider whether the Proposed Settlement is fair, reasonable and adequate. At the Hearing, the Court will also consider whether to approve the Proposed Settlement; the request for attorneys' fees and expenses; and any comments or objections. You are not required to attend, but may do so at your own expense.

If you want your own lawyer instead of Class Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance must include:

- Your name, address, telephone number, signature;
- The name, and number of the lawsuit (Civil Action Number: 01-CV-12257-PBS, MDL No. 1456);
- State that you wish to enter an appearance at the Final Approval Hearing; and
- Any documentation in support of such opposition.

Your Notice of Appearance **must** be filed with the Court on or before **October 21, 2011** and served on Counsel so that it is **received** on or before **October 21, 2011**. The Notice of Appearance must be filed with the Court and served on Counsel at the addresses set forth above in response to Question 3.

### 5. Where Do I Obtain More Information?

You may obtain more information, including a copy of the original Notice that was previously mailed to you, by visiting the Track Two AWP Settlement web site at www.AWPTrack2Settlement.com, by calling 1-877-465-8136, or by writing to:

>AWP Track 2 TPP Settlement Administrator
>P.O. Box 24703
>West Palm Beach, FL 33416

DATED: September 16, 2011                                                                 **BY ORDER OF THE COURT**

# ATTACHMENT A

**Attachment A - NDC List**

| DRUG | NDC | NDC Name | DRUG | NDC | NDC Name |
|---|---|---|---|---|---|
| ANZEMET INJECTABLE | 00088120632 | 20MG IV 5ML VIAL | ARANESP | 55513004304 | 150 mcg/0.3 ml syringe |
| ANZEMET TABLETS | 00088120205 | 50MG 5CT TABS | ARANESP | 55513004301 | 150 mcg/0.3 ml syringe |
| ANZEMET TABLETS | 00088120229 | 50MG 5CT TABS BLISTER PACK | ARANESP | 55513005804 | 25 mcg/0.42 ml syringe |
| ANZEMET TABLETS | 00088120243 | 50MG 10 UDIP | ARANESP | 55513005801 | 25 mcg/0.42 ml syringe |
| ANZEMET TABLETS | 00088120305 | 100MG 5CT TABS | ARANESP | 55513003704 | 40 mcg/0.4 ml syringe |
| ANZEMET TABLETS | 00088120329 | 100MG 5CT TABS BLISTER | ARANESP | 55513003701 | 40 mcg/0.4 ml syringe |
| ANZEMET TABLETS | 00088120343 | 100MG 10CT TABS UDIP | ARANESP | 55513004104 | 100 mcg (0.5 mL) syringe, 4 pk |
| ANZEMET INJECTABLE | 00088120806 | Intravenous Solution 20 MG/ML | ARANESP | 55513001304 | 100 mcg (1.0 mL) vial, 4 pk |
| ANZEMET INJECTABLE | 00088120865 | Intravenous Solution 20 MG/ML | ARANESP | 55513005404 | 150 mcg (0.75 mL) vial, 4 pk |
| ANZEMET INJECTABLE | 00088120869 | Intravenous Solution 20 MG/ML | ARANESP | 55513004401 | 200 mcg (0.4 mL) syringe, 1 pk |
| ANZEMET INJECTABLE | 00088120876 | Intravenous Solution 20 MG/ML | ARANESP | 55513001401 | 200 mcg (1.0 mL) vial, 1 pk |
| ANZEMET INJECTABLE | 00088120926 | Intravenous Solution 20 MG/ML | ARANESP | 55513001404 | 200 mcg (1.0 mL) vial, 4 pk |
| ANZEMET | 54569487000 | 100MG TABLET | ARANESP | 55513001004 | 25 mcg (1.0 mL) vial, 4 pk |
| ANZEMET | 54868413800 | 100 MG TABLET | ARANESP | 55513004601 | 300 mcg (0.6 mL) syringe, 1 pk |
| ANZEMET | 54569530900 | 20MG/ML AMPUL | ARANESP | 55513001501 | 300 mcg (1.0 mL) vial, 1 pk |
| ANZEMET | 54868413801 | 100 MG TABLET | ARANESP | 55513001104 | 40 mcg (1.0 mL) vial, 4 pk |
| ANZEMET INJECTION | 55154215205 | 12.5MG/.625ML | ARANESP | 55513003904 | 60 mcg (0.3 mL) syringe, 4 pk |
| ANZEMET INJECTION | 12522879501 | 100MG/5ML | ARANESP | 55513001204 | 60 mcg (1.0 mL) vial, 4 pk |
| ANZEMET SOLUTION FOR INJECTION | 12522879902 | 12.5MG/ML | ARANESP | 55513004101 | Injection Solution 100 MCG/0.5ML |
| ANZEMET INJECTION | 12522879801 | 20MG/ML | ARANESP | 55513001301 | Injection Solution 100 MCG/ML |
| ANZEMET INJECTION | 12522879806 | 20MG/ML | ARANESP | 55513005401 | Injection Solution 150 MCG/0.75ML |
| ANZEMET INJECTION | 00409249802 | 12.5MG/0.625ML | ARANESP | 55513004401 | Injection Solution 200 MCG/0.4ML |
| ANZEMET TABLETS | 00068120205 | 50MG | ARANESP | 55513001001 | Injection Solution 25 MCG/ML |
| ANZEMET TABLETS | 00068120229 | 50MG | ARANESP | 55513001101 | Injection Solution 40 MCG/ML |
| ANZEMET TABLETS | 00068120243 | 50MG | ARANESP | 55513003901 | Injection Solution 60 MCG/0.3ML |
| ANZEMET TABLETS | 67651120205 | 50MG | ARANESP | 55513001201 | Injection Solution 60 MCG/ML |
| ANZEMET TABLETS | 67651120201 | 50MG | ARANESP | 54868542800 | 200 MCG/0.4 ML SYRINGE |
| ANZEMET TABLETS | 67651120203 | 50MG | ARANESP | 55513005701 | 25 MCG/0.42 ML SYRINGE |
| ANZEMET TABLETS | 67651120301 | 100MG | ARANESP | 55513009701 | 500 MCG/1 ML AUTOINJ |
| ANZEMET TABLETS | 67651120305 | 100MG | ARANESP | 55513002104 | 40 MCG/0.4 ML SYRINGE |
| ANZEMET TABLETS | 54868413801 | 100MG | ARANESP | 55513009201 | 60 MCG/0.3 ML AUTOINJ |
| ANZEMET TABLETS | 54868413800 | 100MG | ARANESP | 55513000401 | 60 MCG/ML VIAL |
| | | | ARANESP | 55513002504 | 100 MCG/0.5 ML SYRINGE |
| | | | ARANESP | 55513004801 | 500MCG/1ML SYRINGE |

Attachment A - Page 1 of 3

| DRUG | NDC | NDC Name | DRUG | NDC | NDC Name |
|---|---|---|---|---|---|
| ARANESP | 55513000601 | 200 MCG/ML VIAL | EPOGEN | 55513014801 | Injection Solution 4000 UNIT/ML |
| ARANESP | 55513009601 | 300 MCG/0.6 ML AUTOINJ | EPOGEN | 55513026701 | Injection Solution 3000 UNIT/ML |
| ARANESP | 55513002301 | 60 MCG/0.3 ML SYRINGE | EPOGEN | 55513028301 | Injection Solution 10000 UNIT/ML |
| ARANESP | 55513000304 | 40 MCG/ML VIAL | EPOGEN | 55513047801 | Injection Solution 20000 UNIT/ML |
| ARANESP | 55513002501 | 100 MCG/0.5 ML SYRINGE | EPOGEN | 55513082301 | Injection Solution 40000 UNIT/ML |
| ARANESP | 55513002801 | 200 MCG/0.4 ML SYRINGE | EPOGEN | 54569313700 | 10000 U/ML Vial |
| ARANESP | 55513002701 | 150 MCG/0.3 ML SYRINGE | | | |
| ARANESP | 55513000301 | 40 MCG/ML VIAL | FERRLECIT | 00364279123 | 62.5MG 10X5ML |
| ARANESP | 55513002101 | 40 MCG/0.4 ML SYRINGE | FERRLECIT | 52544092226 | 62.5MG 10X5ML |
| ARANESP | 55513009301 | 100 MCG/0.5 ML AUTOINJ | | | |
| ARANESP | 55513000404 | 60 MCG/ML VIAL | INFED | 00364301247 | 50MG/ML 10X2ML |
| ARANESP | 55513000201 | 25 MCG/ML VIAL | INFED | 52544093102 | 50MG/ML 10X2ML |
| ARANESP | 55513000204 | 25 MCG/ML VIAL | INFED | 54569384600 | Injection Solution 50 MG/ML |
| ARANESP | 55513009001 | 25 MCG/0.42 ML AUTOINJ | INFED | 54868431900 | 50 MG/ML VIAL |
| ARANESP | 55513009501 | 200 MCG/0.4 ML AUTOINJ | | | |
| ARANESP | 55513005301 | 150 MCG/0.75 ML VIAL | NEULASTA | 55513019001 | 6 mg (0.6 mL) syringe, 1 pk |
| ARANESP | 55513005704 | 25 MCG/0.42 ML SYRINGE | | | |
| ARANESP | 55513009401 | 150 MCG/0.3 ML AUTOINJ | NEUPOGEN | 55513020910 | 480 mcg (0.8 mL) syringe, 10 pk |
| ARANESP | 55513009101 | 40 MCG/0.4 ML AUTOINJ | NEUPOGEN | 55513034710 | 300 mcg (1.0 mL) vial, 10 pk |
| ARANESP | 55513000504 | 100 MCG/ML VIAL | NEUPOGEN | 55513034810 | 480 mcg (1.6 mL) vial, 10 pk |
| ARANESP | 55513005304 | 150 MCG/0.75 ML VIAL | NEUPOGEN | 55513053010 | 300 mcg (1.0 mL) vial, 10 pk |
| ARANESP | 55513003201 | 500 MCG/1 ML SYRINGE | NEUPOGEN | 55513054610 | 480 mcg (1.6 mL) vial, 10 pk |
| ARANESP | 55513002704 | 150 MCG/0.3 ML SYRINGE | NEUPOGEN | 55513092410 | 300 mcg (0.5 mL) syringe, 10 pk |
| ARANESP | 55513002304 | 60 MCG/0.3 ML SYRINGE | NEUPOGEN | 54868252200 | Injection Solution 300 MCG/ML |
| | | | NEUPOGEN | 54868252201 | Injection Solution 300 MCG/ML |
| EPOGEN | 55513012610 | 2,000 U/mL (1 mL) vial, 10 pk | NEUPOGEN | 55513020901 | Injection Solution 480 |
| EPOGEN | 55513014410 | 10,000 U/mL (1 mL) vial, 10 pk | NEUPOGEN | 55513053001 | Injection Solution 300 MCG/ML |
| EPOGEN | 55513014810 | 4,000 U/mL (1 mL) vial, 10 pk | NEUPOGEN | 55513054601 | Injection Solution 480 |
| EPOGEN | 55513026710 | 3,000 U/mL (1 mL) vial, 10 pk | NEUPOGEN | 55513092401 | Injection Solution 300 MCG/0.5ML |
| EPOGEN | 55513028310 | 10,000 U/mL (2 mL) vial, 10 pk | NEUPOGEN | 55513034701 | 300MCG/ML VIAL |
| EPOGEN | 55513047810 | 20,000 U/mL (1 mL) vial, 10 pk | NEUPOGEN | 54569482400 | 300MCG/ML VIAL |
| EPOGEN | 55513082310 | 40,000 U/mL (1 mL) vial, 10 pk | NEUPOGEN | 54868305000 | 480 MCG/0.8 ML SYR |
| EPOGEN | 55513012601 | Injection Solution 2000 UNIT/ML | NEUPOGEN | 54868502000 | 300MCG/0.5ML SYR |
| EPOGEN | 55513014401 | Injection Solution 10000 | NEUPOGEN | 55513034801 | 300MCG/ML VIAL |

Attachment A - Page 2 of 3

## Attachment A - J-CODE List

| DRUG | J-CODE | DRUG | J-CODE |
|---|---|---|---|
| Anzemet | J1260 | Ferrlecit | J2915 |
|  | Q0180 |  | J2916 |
|  | S0174 |  |  |
|  |  | InFed | J1750 |
| Aranesp | J0880 |  | J1751 |
|  | Q0137 |  | J1760 |
|  | C1774 |  | J1770 |
|  |  |  | J1780 |
| Epogen | Q0136 |  |  |
|  | Q4055 | Neulasta | J2505 |
|  | Q9920 |  | Q4053 |
|  | Q9921 |  |  |
|  | Q9922 | Neupogen | J1440 |
|  | Q9923 |  | J1441 |
|  | Q9924 |  |  |
|  | Q9925 |  |  |
|  | Q9926 |  |  |
|  | Q9927 |  |  |
|  | Q9928 |  |  |
|  | Q9929 |  |  |
|  | Q9930 |  |  |
|  | Q9931 |  |  |
|  | Q9932 |  |  |
|  | Q9933 |  |  |
|  | Q9934 |  |  |
|  | Q9935 |  |  |
|  | Q9936 |  |  |
|  | Q9937 |  |  |
|  | Q9939 |  |  |
|  | Q9940 |  |  |
|  |  | Attachment A - Page 3 of 3 | |

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416

# IMPORTANT COURT DOCUMENTS

## Attention – President/CEO, Fund Administrator or Legal Department