UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS<br><br><br>Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS MERCK & CO., INC. (F/K/A SCHERING-PLOUGH CORPORATION), SCHERING CORPORATION, AND <u>WARRICK PHARMACEUTICALS CORPORATION</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation (collectively, "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  November 18, 2011

                                  Respectfully submitted,

                    By: /s/ Joanne M. Cicala
                         Joanne M. Cicala
                         Daniel Hume
                         Kirby McInerney LLP
                         825 Third Avenue
                         New York, NY 10022
                         212-371-6600

                    *On Behalf of Plaintiffs the Consolidated New York Counties*

By: /s/ John P. Bueker
John P. Bueker
ROPES & GRAY LLP
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7000

*On Behalf of Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiffs' Claims Against Defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP