UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No.:  07-12141-PBS |
| THIS DOCUMENT RELATES TO: <br><br> *State of Iowa  v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS MERCK & CO., INC. (F/K/A SCHERING-PLOUGH CORPORATION), SCHERING CORPORATION, AND WARRICK PHARMACEUTICALS CORPORATION**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation (collectively, "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  November 18, 2011

             Respectfully submitted,

            By:   /s/ Joanne M. Cicala
              Joanne M. Cicala
              Daniel Hume
              Kirby McInerney LLP
              825 Third Avenue
              New York, NY 10022
              212-371-6600

              *On Behalf of the State of Iowa*

By: /s/ John P. Bueker
John P. Bueker
ROPES & GRAY LLP
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7000

*On Behalf of Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, I caused a true and correct copy of the foregoing Notice of Voluntary DismissalWith Prejudice of Plaintiff's Claims Against Defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP