UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 1:01-CV-12257-PBS <br> ) Sub-Category Case No. 1:08-CV-11200 <br> ) <br> ) |
| THIS DOCUMENT RELATES TO <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> **Baxter Healthcare Corporation,** | ) Judge Patti B. Saris <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF RELATOR LINNETTE SUN'S IN SUPPORT OF HER OPPOSITION TO BAXTER HEALTHCARE CORPORATION'S MOTION TO COMPEL RESPONSE TO INTERRGATORY AND PRODUCTION OF DOCUMENTS

I, Linnette Sun, hereby declare as follows:

1. I am one of the Relators in United States ex rel Sun et al. v. Baxter. If called upon to do so, I could and would testify competently to the following based upon firsthand knowledge.

2. I have provided a supplemental response to Special Interrogatory No. 4, a true and correct copy of which is attached hereto as Exhibit C, which provides all responsive information Relator as with respect to that interrogatory.

3. I have produced all of the email attachments that are the subject of the motion with the exception of those email attachments which constitute confidential proprietary information of mine as well as that from third parties; the documents produced are numbered LS-DFP1-000719 through LS-DFP1-000742 and a privilege log identifies the email attachments that have not been

mine as well as that from third parties; the documents produced are numbered LS-DFP1-000719 through LS-DFP1-000742 and a privilege log identifies the email attachments that have not been produced. I have not produced these documents because I signed written agreements with certain companies for whom I performed consulting work and in those agreements I agreed to keep all documents confidential. The documents I am withholding from production are confidential documents which I have agreed not to disclose under the terms of the agreements I signed. The documents I am withholding are not relevant to my wage loss claims in this case.

4. I have made a diligent, thorough and reasonable search of all documents and records within my possession, custody and control and/or available to me, and I have produced all responsive documents that I have with respect to any type of employment, including consulting and independent contractor work since Baxter.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true, accurate and correct to the best of my knowledge, information and belief.

Executed this 18th day of November, 2011, at _Chesterbrooke_ Pennsylvania

_____
LINNETTE SUN.

## CERTIFICATION OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DECLARATION OF RELATOR LINNETTE SUN IN SUPPORT OF HER OPPOSITION TO BAXTER HEALTHCARE CORPORATION'S MOTION TO COMPEL RESPONSE TO INTERROGATORY AND PRODUCTION OF DOCUMENTS** to be served on all counsel of record by electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties on November 18, 2011.

/s/ Mark Allen Kleiman
MARK ALLEN KLEIMAN