# EXHIBIT "A"

**DICKSTEIN**SHAPIRO**LLP**

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

November 10, 2011

Via E-mail:  markkleiman@earthlink.net; ludden@ljulaw.com

Mark A. Kleiman
2907 Stanford Avenue
Venice, CA  90292

Lauren John Udden
15 West Carillo St., Suite 209
Santa Barbara,  CA 93101

Re:   *U.S. ex rel. Sun v. Baxter*; Relators' Objections and Responses to Interrogatories and
      Requests for Production of Documents

Dear Mark and Lauren:

On October 20, we wrote concerning deficiencies in Ms. Sun's discovery responses with
respect to the omission of email attachments and the absence Ms. Sun's tax forms and other
indicators of income from her consulting work.  In discussions with Lauren on November 2 and
3, he agreed the documents should be produced, but he could not tell us when that would happen.
Baxter was therefore forced to file a motion to compel.  We expect that the documents will be
produced, and that a revised response to Interrogatory No. 4 will be provided, in advance of Ms.
Sun's December 1 deposition.  Upon receipt of the requisite information and documents, Baxter
will withdraw its motion.  In the event the documents are not produced before December 1,
Baxter reserves the right to re-depose Ms. Sun, and will seek costs for doing so from Relators.

The October 20 letter also referenced Mr. Jackson's September 27 letter concerning other
deficiencies in your earlier discovery responses.  Mark addressed some of these items in the meet
and confer discussion we had on November 1.  In that call Mark represented that he would send
a letter that day and, in any event, "within 48 hours" confirming Relators' position with respect
to the items enumerated in that letter and in particular, Mr. Hamilton's responses to Document
Requests Nos. 2, 5, and 7-10.  More than a week has passed and we have not received such a
letter.

Moreover, we have not yet received a privilege log for either the Sun or Hamilton
productions, nor written confirmation that the Relators are not withholding any additional
documents on the basis of privilege, as was promised by each of you in conversations on
November 1 and 2.

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC

DSMDB-2998637v1

EXHIBIT A

November 10, 2011
Page 2

Please consider this letter a request for a meet and confer on all these outstanding discovery matters as outlined in Massachusetts Local Rule 37.1.  Should these matters not successfully be resolved within seven days, Baxter will be forced to file yet another motion to compel in order to protect its interests.


I look forward to your prompt response.


Sincerely,
/s/

Tina Reynolds
ReynoldsT@dicksteinshapiro.com
202-420-4114