# EXHIBIT "C"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 1:01-CV-12257-PBS<br>) Sub-Category Case No. 1:08-CV-11200<br>)<br>) |
| THIS DOCUMENT RELATES TO<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International, Inc.* | ) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>) |

### SUPPLEMENTAL RESPONSES OF RELATOR LINNETTE SUN TO BAXTER HEALTCARE CORPORATION'S FIRST SET OF INTERROGATORIES

Relator Linnette Sun, pursuant to Rule 33 of the Federal Rules of Civil Procedure, subject to and without waiving her prior objections and responses to Baxter Healthcare Corporation's First Set of Interrogatories To Linnette Sun, provides supplemental responses as follows:

### INTERROGATORY NO. 4

Have you obtained other Employment since any Adverse Employment Action? If so, for each new employment:

    a. state the name of the employer;

1

EXHIBIT C

c.  invoiced them for $22,000.00 on December 15, 2005; all additional invoices if any were reflected in Schedule Cs 2004, 2005 and 2006

d.  No benefits.

a.  Abbott Laboratories 100 Abbott Park Road, Abbott Park, Il 60024

b.  Commenced approximately in 2005

c.  Invoiced amounts were reflected in Schedule C 2005 and 2006

d.  No benefits.

Respectfully submitted.

Dated: November 17, 2011

Lauren John Udden
15 West Carrillo Street
Suite 101
Santa Barbara, California 93101
Telephone: (805) 879-7544
Facsimile: (805) 560-0506

Mark Allen Kleiman
2907 Stanford Avenue
Venice, California 90292
Telephone: (310) 306-8094

Counsel for Relator Linnette Sun

## VERIFICATION

STATE OF PENNSYLVANIA    )

COUNTY OF CHESTER )

I the undersigned say: I am a plaintiff in the above entitled matter.

I have read the foregoing **SUPPELEMENTAL RESPONSES OF LINNETTE SUN TO BAXTER HEALTCARE CORPORATION'S FIRST SET OF INTERROGATORIES** and know the contents thereof. The information stated therein is true and correct to the best of my knowledge except for statements based on information and belief and as to those responses I believe them to be true and correct.

I declare under penalty of perjury in accordance with the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 18 day of November, 2011, at Wayne, Pennsylvania.

_____

LINNETTE SUN