UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | Master Civil No. 01-cv-12257<br><br>MDL No. 1456<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO TRACK 2 SETTLEMENT | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF PLAINTIFFS' MOTION FOR IMPOSITION
OF APPEAL BOND AGAINST CORINNA CONNICK
UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**

Plaintiffs, by their attorneys, respectfully request leave to file a short reply brief in support of their Motion for Imposition of an Appeal Bond Against Corinna Connick Under Federal Rule of Appellate Procedure 7 ("Motion"). As grounds for the foregoing, Plaintiffs state as follows:

1. Local Rule 7.1(b)(2) requires that additional papers, "whether in the form of a reply or otherwise, may be submitted only with leave of Court." Plaintiffs seek to file this supplemental brief to provide the Court with new evidence of conduct by Mrs. Connick that warrants the imposition of a bond. Plaintiffs served Ms. Connick with a notice of deposition in this matter for the purpose of questioning her on her ability and willingness to post a bond, as well as the basis for her *pro* se notice of appeal. Rather than move for relief in this Court, Ms. Connick refused to appear for her deposition and, on November 17, 2011, sued Class Counsel Kenneth A. Wexler and Wexler Wallace LLP in the United States District Court of the Northern District of Ohio. In her complaint, Ms. Connick seeks declaratory and injunctive relief relating to her deposition, as well as costs, attorneys' fees and interest.

2. On top of this, it has become evident that "professional objector" Edward Cochran is "ghost-writing" Ms. Connick's submissions in this case without identifying himself as her counsel. This conduct further supports Plaintiffs' request for the imposition of an appellate bond.

3. Plaintiffs therefore respectfully request leave to file a short supplemental memorandum in support of their Motion, attached as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file the attached supplemental memorandum in support of their Motion for Imposition of Appellate Bond, and all other relief that this Court deems just and proper.

Respectfully submitted,

DATED: November 21, 2011        /s/ Kenneth A. Wexler

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*LIAISON COUNSEL*

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455


Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson LLC
45 W. Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
*CLASS COUNSEL*

**CERTIFICATE OF SERVICE**

I hereby certify that I, Kenneth A. Wexler, caused a true and correct copy of the foregoing *MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BOND AGAINST CORINNA CONNICK UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7* be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 21, 2011 a copy to LexisNexis File and Serve for Posting and notification to all parties.

By: **/s/ Kenneth A. Wexler**
Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022