# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ASTRAZENECA MASSACHUSETTS AND NON-MASSACHUSETTS CLASS 2 AND CLASS 3 SETTLEMENTS | Judge Patti B. Saris |

## DECLARATION OF ROBIN M. NIEMIEC
## REGARDING ALLOCATION AND DISTRIBUTION OF THE NET SETTLEMENT FUND TO CONSUMER CLAIMANTS AND THIRD-PARTY PAYORS IN THE ASTRAZENECA MASSACHUSETTS AND NON-MASSACHUSETTS CLASS 2 AND CLASS 3 SETTLEMENTS

ROBIN M. NIEMIEC declares as follows:

1.      I am a Client Services Director for Rust Consulting, Inc. ("Rust").  Rust was appointed the Claims Administrator by the Revised Order Granting Preliminary Approval of the Settlement Agreement and Release of AstraZeneca Related to Massachusetts Classes Two and Three, Directing Notice to the Classes, and Scheduling Fairness Hearing (the "Massachusetts Settlement") dated August 11, 2011, and the Revised Order Granting Preliminary Approval of the Settlement Agreement and Release of AstraZeneca Related to Non-Massachusetts Classes Two and Three, Directing Notice to the Classes, and Scheduling Fairness Hearing (the "Nationwide Settlement") dated August 12, 2010 (collectively, "Preliminary Approval Orders"). I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this declaration in order to provide the Court and the parties with information about the administration of the Settlement Amount with regard to the Consumer and Third-Party Payor ("TPP") claims submitted to Rust.

3.      Rust was engaged as the Claims Administrator to, among other things, provide notice about the Settlement to potential class members; to process, evaluate, and audit completed Claim Forms ("claims") submitted to Rust; to calculate the *pro rata* share for each class member who filed a valid and timely claim; and to distribute the Settlement Amount to the claimants.  *See* Declaration of Robin M. Niemiec dated December 14, 2010, previously filed with the Court.

4.      In this regard, Rust has served as a repository for potential class members' inquiries, communications, and claims in this Settlement.

### *Consumer Claims - Processing Activities*

5.      As of November 15, 2011, Rust has mailed Notice Packets to more than 68,972 potential Consumer Class Members.

6.      As of November 15, 2011, Rust received and processed a total of 5,052 Consumer claims.  Of these, 4,839 filed claim only in the Nationwide Settlement and 202 filed claim only in the Massachusetts Settlement 11 filed claim in both settlements.

7.      For quality control purposes, each claim was sequentially stamped upon receipt with a unique "claim number."  Claims were grouped in batches of fifty (50), each claim was grouped in the order it was processed by Rust's mailroom staff, and each batch of claims was numbered sequentially.

8.      Rust created a segregated AstraZeneca Consumer database as a repository for Consumer claims data in this matter.

9.      Rust data-entry staff entered each claimant's name, address, the refund option chosen, and the amounts paid for Zoladex during the period between January 1, 1991 and June 11, 2010, and whether purchased inside or outside of Massachusetts.  The claim number on each claim was used as the unique identifier for the claimant's corresponding record in the Rust database.

10.      Data-entry staff coded the computerized claim records if the corresponding hard-copy claim was in any way "deficient" (that is, missing pertinent information, in whole or in part, necessary to calculate each claimant's recognized claim) which, if corrected, would make the claim valid and eligible for payment.  Of the claims received, Rust initially determined that deficient claims were those where the Proof of Claim form:

    (a)   did not provide a claim amount;

    (b)   was not signed;

    (c)   selected full refund option and did not provide proof of purchase;

    (d)   did not answer eligibility questions on claim form; and/or

    (e)   did not indicate either Easy Refund or Full Refund or indicated both.

11.      Rust sent over 863 letters to these claimants reporting these deficiencies, notifying them that their claims were deficient, explaining the reason(s), and requesting that they provide the documentation and/or information necessary to remedy the deficiency.  Samples of these letters are attached as Exhibit A.  Rust reviewed and processed the responses from claimants to the deficiency letters.

12.     In addition, Rust sent 1,152 letters, samples of which are attached as Exhibit B, to claimants whose claims were determined to be ineligible because:

(a)     the claim was duplicative of previously filed claims (for example, where a claim was submitted to Rust by facsimile and the original hard-copy was sent in by mail and received at a later date);

(b)     the claim was in excess of $15,000 for Zoladex and did not supply documentation that supported at least 12 purchases of Zoladex;

(c)     the claim filed by the claimant was withdrawn;

(d)     indicated a "no" response to one of the eligibility questions;

(e)     the claim was filed by a claimant who also filed an exclusion request; and

(f)     the claim was filed by a Third-Party Payor who erroneously filed the claim using the Consumer claim form.  Those claims have been transferred and reprocessed into the segregated TPP claims database and the TPP has been notified in writing.

13.     In the aggregate, Rust sent more than 2,015 letters to Consumer claimants by first-class U.S. mail.  In certain cases, Rust made telephone calls to Consumer claimants in an effort to resolve the deficient or ineligible conditions in the claims.

***Allocation of the Consumer Net Settlement Fund***

14.     Despite the efforts described in ¶¶10-13, above, 1,034 Consumer claims remain ineligible, 983 in the Nationwide Settlement only, 46 in the Massachusetts Settlement only and five (5) in both settlements.  Rust prepared a list of Ineligible Consumer Claims, a copy of which was provided to class counsel.  Included in this list are:

(a)     Claimants who filed duplicative claims;

(b)     Claimants whose claims were wholly deficient (*e.g.*, lacking necessary information) and who failed to cure the deficiencies despite being contacted by Rust;

(c)     TPPs who filed claims using the Consumer claim form;

(d)     Claimants who wrote to Rust advising that they were withdrawing their claims (and Rust subsequently sent a letter to those claimants to confirm receipt of their withdrawal);

(e)     Claimants who responded "no" to one of the eligibility questions;

(f)     Claimants who filed both an exclusion request and a claim form;

(g)     Claimants who did not answer eligibility questions on the claim form;

(h)     Claimants who selected full refund option but did not provide an amount; and

(i)     Claimants who selected full refund option but did not provide proof of purchase.

15.     Each eligible Consumer claimant is identified on the Eligible Consumer Claims Summary provided to class counsel and available to be filed with the Court (under seal) upon request.  This list encompasses 4,018 eligible Consumer claims.

16.     Included in the Eligible Consumer Claims Summary are eight (8) Consumer claims in the Nationwide settlement that remain deficient because of a missing signature.  At the instruction of Class Counsel, if a Claim Form was not signed but met other all eligible conditions, then the deficient condition was waived and the claim was not deemed ineligible, and thus would be eligible for distribution from the Settlement Fund.

17.     On the Eligible Consumer Claims Summary:

   (a)   3,856 claims have purchases only in the Nationwide Settlement with a total Recognized Claim of $4,559,136.77;

   (b)   156 claims have purchases only in the Massachusetts Settlement with a total Recognized Claim of $296,146.78; and

   (c)   Six (6) claims have purchases in both the Nationwide and Massachusetts Settlements.  These claims have a total Recognized Claim in the Nationwide Settlement of $155,505.78 and a total Recognized Claim in the Massachusetts Settlement of $14,848.27.

18.     In total, there are 3,862 eligible claims in the Nationwide Settlement with a total Recognized Claim of $4,714,642.55.  As of November 15, 2011, Rust estimates the Nationwide Net Consumer Settlement Fund to be $6,785,768.58 and all 3,862 eligible claimants will receive 100% of their calculated award amount; of which 3,469 claimants have chosen the "Easy Refund option" (and will receive a payment of $400) and 393 claimants have chosen the "Full Refund option."  In accordance with ¶II.L of the Nationwide Settlement Agreement, the Consumer Overage of $2,071,126.03 (6,785,768.58 - $4,714,642.55) will be applied equally to the Nationwide TPP and ISHP Settlement Pools.

19.     In total, there are 162 eligible claims in the Massachusetts Settlement with a total Recognized Claim of $310,995.05.  As of November 15, 2011, Rust estimates the Massachusetts Net Consumer Settlement Fund to be $979,710.46 and all 162 eligible claimants will receive 100% of their calculated award amount; of which 127 claimants have chosen the "Easy Refund option" (and will receive a payment of $400) and 35 claimants have chosen the "Full Refund option."  In accordance with ¶II.L of the Massachusetts Settlement Agreement, the Consumer

Overage of $668,715.41 ($979,710.46 - $310,995.05) will be applied to the Massachusetts TPP Settlement Pool.

20.     Upon approval of the Court, Rust will promptly distribute the Nationwide and Massachusetts Net Consumer Settlement Funds and mail to the 4,018 eligible Consumer claimants their "Recognized Claim" or "Easy Refund" amount.

### *Third-Party Payor Claims Processing Activities*

21.     As of November 15, 2011, Rust has mailed Notice Packets to more than 42,211 potential TPP Class Members.

22.     As of November 15, 2011, Rust received and processed 426 claims from TPP claimants and record-keeping entities or agents filing on behalf of TPPs.  Of these 390 were filed in the Nationwide Settlement only, 22 in the Massachusetts Settlement only, and 14 in both settlements.  For quality control purposes, each claim was sequentially stamped upon receipt with a unique "claim number."  Claims were grouped in batches of fifty (50), each claim was grouped in the order it was processed by Rust's mailroom staff, and each batch of claims was numbered sequentially.

23.     Rust created a segregated AstraZeneca TPP database as a repository for TPP claims data in this matter.

24.     Rust data-entry staff entered each claimant's name, address, telephone number, fax number, Federal Employer Identification Number ("FEIN"), the total amount paid or reimbursed for Zoladex from January 1, 2003 to December 31, 2004 (the "Claims Period") in the Nationwide Settlement and in the Massachusetts Settlement, and the type of claimant providing

the information on the TPP Claim Form (*e.g.*, whether the claim was filed directly by a potential class member or by some duly authorized agent, such as a third party administrator ("TPA") or pharmacy benefits manager filing on behalf of a self-insured employer-sponsored health plan). In addition, for claims filed by an agent, the name and FEIN of each party on behalf of which the agent was acting were entered into the corresponding claimant's database record.  The claim number on each claim was used as the unique identifier for the claimant's corresponding record in the AstraZeneca TPP Database.

25.     Data-entry staff coded the computerized claim records if the corresponding hard-copy claim was in any way "deficient" (that is, missing pertinent information or documentation, in whole or in part, necessary to calculate each claimant's *pro rata* share) which, if corrected, would make the claim eligible for payment.  Of the claims received, Rust initially determined that deficient claims were those in which the TPP Claim Form:

(a)     was missing the FEIN for the claimant;

(b)     was not signed;

(c)     did not list the name and/or FEIN of the potential class member on whose behalf an agent was filing a Claim;

(d)     did not list the total amount paid or reimbursed for Zoladex during the Claims Period in the Nationwide Settlement nor in the Massachusetts Settlement; and/or

(e)     listed the total amount paid for Zoladex greater than $300,000.00 and the necessary supporting documentation as required in Part II of the TPP Claim Form was missing.

Rust sent letters to these claimants notifying them that their claims were deficient, explaining the reason for the deficiency and giving them an opportunity to resolve the deficiency. Examples of these letters are attached as Exhibit C.

26.     In addition, Rust sent letters, by certified mail, return receipt requested, to claimants whose claims were determined to be ineligible because (a) the claim was duplicative of a previously filed claim (such as where one claim was faxed to Rust and a copy sent by mail was received at a later date) or (b) the claimant had withdrawn their claim. Examples of this type of Notice of Ineligibility letter are attached as Exhibit D.

27.     Rust also sent letters to TPAs who filed on behalf of class members which had filed their own individual claims. This letter asked the TPA to either reduce its claim amount by excluding purchases made by a class member that filed its own claim or to explain the reason (with supporting documentation) why the claim did not contain duplicative or overlapping purchases. An example of this letter is attached as Exhibit E. Rust reviewed and processed all responses from claimants.

28.     As a result of the responses received from TPP claimants to our request for additional information, many deficient claims were cured.

29.     Under the Court-approved terms of this Settlement, all claims must indicate the total Zoladex amount paid or reimbursed during the Claims Period and whether payment was in the Nationwide Settlement or in the Massachusetts Settlement.

30.     Rust audited all TPP claims listing purchases over $300,000.00 by reviewing the documentation included with each claim. As a result of the audit, Rust adjusted some TPPs'

claim amounts either upward or downward.  Rust then notified the claimants in writing of any adjustment to their claim and gave them an opportunity to dispute our findings by responding with any documentation supporting their position.   Most purchase amounts were adjusted downward because the documentation included purchases made outside the Claims Period and/or included drugs that were not part of these Settlements.  In a few instances, purchase amounts were adjusted upward because the documentation listed eligible purchases that had been overlooked by the claimant.  A sample of this letter is attached as Exhibit F.

31.     As indicated in ¶¶ 25 – 30, above, letters were sent to each of the claimants, and in certain cases, Rust made telephone calls to the claimants in an effort to resolve the deficient or ineligible condition in these claims along with sending Final Request Deficiency Letters and Notices of Ineligibility attached hereto as Exhibit G.  All such letters were sent by certified mail, return receipt requested or by FedEx.  However, despite these efforts, some claimants did not rectify their deficient or ineligible claims.

### *Allocation of the TPP Net Settlement Fund*

32.     Despite the efforts described in ¶¶25 – 31, above, 87 TPP Claims remain ineligible, 86 in the Nationwide Settlement only, none in the Massachusetts Settlement only, and one (1) in both settlements.  Rust prepared a list of 87 Ineligible TPP Claims, a copy of which is attached as Exhibit H.  Included in this list are:

    (a)   Claimants who filed duplicative claims;

    (b)   Claimants whose claims were wholly deficient (*e.g.*, lacking necessary information or documentation) and who failed to cure the deficiencies despite being contacted by Rust;

(c)     Claimants who wrote to Rust advising that they were withdrawing their claims (and Rust subsequently sent a letter to those claimants to confirm receipt of their withdrawal);

(d)     Consumers who filed using a TPP claim form and were subsequently processed in the Consumer database; and

(e)     Claimants that did not sign the claim form.

33.     Each eligible TPP claimant is identified on the Eligible TPP Claims Summary attached as Exhibit I.  This list encompasses 339 eligible TPP claims with Recognized Claims totaling $48,016,858.20.

34.     Included in the Eligible TPP Claims Summary are five (5) TPP Claims that remain deficient because the agent did not list the name or FEIN of a potential class member on whose behalf the agent was filing a Claim.  At the instruction of Class Counsel, this deficient condition was waived, the claim was not deemed ineligible for the deficient condition, and thus would be eligible for distribution from the Settlement Fund.

35.     Included in the Eligible TPP Claims Summary are 23 claimants in the Nationwide Settlement with Recognized Claims of $6,771,398.41 and one (1) claimant in the Massachusetts Settlement with a Recognized Claim of $2,071.91, whose claims were postmarked after the October 26, 2010 filing deadline, but which would otherwise be eligible to receive a distribution. These claimants are separately listed on a Late TPP Claims Summary attached as Exhibit J.  In Rust's experience, courts supervising class action distributions commonly allow payment of late-filed claims when the claims would otherwise be eligible for payment.

36.     On the Eligible TPP Claims Summary:

(a)   304 claims have purchases only in the Nationwide Settlement with a total Recognized Claim of $23,594,344.04;

(b)   22 claims have purchases only in the Massachusetts Settlement with a total Recognized Claim of $9,208,935.67; and

(c)   13 claims have purchases in both the Nationwide and Massachusetts Settlements. These claims have a total Recognized Claim in the Nationwide Settlement of $11,715,788.71 and a total Recognized Claim in the Massachusetts Settlement of $3,497,789.78.

37.     In total, there are 317 eligible claims in the Nationwide Settlement with a total Recognized Claim of $35,310,132.75.  As of November 15, 2011, Rust estimates the Nationwide Net TPP Settlement Fund to be $14,612,264.22.  Claimants with eligible TPP claims are estimated to receive a *pro rata* share of 41.38%.

38.     In total, there are 35 eligible claims in the Massachusetts Settlement with a total Recognized Claim of $12,706,725.45.   As of November 15, 2011, Rust estimates the Massachusetts Net TPP Settlement Fund to be $8,501,695.33.   Claimants with eligible TPP claims are estimated to receive a *pro rata* share of 66.9%.

39.     Upon approval of the Court, Rust will promptly mail eligible TPP claimants their appropriate share of the fund.

40.    I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this day 18th of November, 2011 in Palm Beach Gardens, Florida.


_____/s/ Robin M. Niemiec_____
                              Robin M. Niemiec

# EXHIBIT A

**AstraZeneca Class 2 and 3 Claims Administrator**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

January XX, 2010

RESPONSE DUE DATE: February XX, 2010

&lt;&lt;compute_0007&gt;&gt;
&lt;&lt;compute_0008&gt;&gt;
&lt;&lt;compute_0009&gt;&gt;&lt;&lt;compute_0010&gt;&gt;
&lt;&lt;compute_0011&gt;&gt;
&lt;&lt;compute_0012&gt;&gt;, &lt;&lt;compute_0013&gt;&gt; &lt;&lt;compute_0014&gt;&gt;

REQUEST FOR ADDITIONAL INFORMATION - Claim No.  «clm_no»

Dear Claimant:

We received your claim in the AstraZeneca Class 2 and 3 Pharmaceutical Industry Average Wholesale Price Litigation. Unfortunately, there is a problem with your claim.  You did not provide the total amount of your purchases.

In order for your claim to be eligible you must provide the total and final amount paid or reimbursed for Zoladex with an administration date from January 1, 1991 though June 11, 2010, net of co-pays, deductibles and co-insurance for each Class Member on whose behalf you are submitting a claim.

Please provide the total amount spent on Zoladex in the table on the back of this letter.

PLEASE RETURN THIS LETTER TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE.  FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

AstraZeneca Class 2 and 3 Consumer AMT – Did not provide amount

**Instructions for Completing the Out-of-Pocket Expenditures Chart**

A.  In the Out-of-Pocket Expenditures Chart below, please provide the total amount paid (not monthly) by the Claimant for Zoladex®, or the amount the Claimant is obligated to pay for Zoladex®, during the time periods in the table.

- Print clearly
- Do not include flat co-payments in the total amounts paid
- Enter the full amount paid, not a monthly amount

B.  For example, if you made a percentage co-payment for Zoladex®® 6 times for $200 each, please print $1200 for the Amount.

## OUT-OF-POCKET EXPENDITURES

| MASSACHUSETTS SETTLEMENT Zoladex® Expenditures IN Massachusetts | | |
|---|---|---|
| | | **TOTAL AMOUNT PAID** |
| **FROM** JANUARY 1, 1991 **TO** NOVEMBER 30, 1997 | | $ |
| **FROM** DECEMBER 1, 1997 **TO** DECEMBER 31, 2004 | | $ |
| **FROM** JANUARY 1, 2005 **TO** JUNE 11, 2010 | | $ |

| NATIONWIDE SETTLEMENT Zoladex® Expenditures OUTSIDE Massachusetts | | |
|---|---|---|
| | | **TOTAL AMOUNT PAID** |
| **FROM** JANUARY 1, 1991 **TO** NOVEMBER 30, 1997 | | $ |
| **FROM** DECEMBER 1, 1997 **TO** DECEMBER 31, 2004 | | $ |
| **FROM** JANUARY 1, 2005 **TO** JUNE 11, 2010 | | $ |

AstraZeneca Class 2 and 3 Consumer AMT – Did not provide amount

AstraZeneca Class 2 and 3 Consumer Settlements
c/o Rust Consulting, Inc.
P.O. Box 24644
West Palm Beach, FL 33416
1-888-812-1643

June XX, 2011

RESPONSE DUE DATE: June XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

REQUEST FOR INFORMATION - Claim No.  «clm_no»

Dear Claimant:

We received and processed your claim in the AstraZeneca Class 3 Consumer Settlement.  Unfortunately, there is a problem with your claim.

You did not sign the Proof of Claim form.

In order to ensure you receive the right amount of money from the Settlement Fund, please sign and date this letter where indicated below and return it to the address listed above by the Response Due Date. Your signature will be treated as the proper execution of your previously submitted Proof of Claim which will allow us to send you a check immediately.

Failure to respond will result in disallowance of your claim.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

_____          _____
Claimant Signature                                                          Date

AstraZeneca Class 2 and 3 – SIGN

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

Month XX, 2011

### RESPONSE DUE DATE:  Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: CLAIM FORM SUBMISSION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the AstraZeneca Class 2 and 3 Consumer Settlements.  Unfortunately, there is a problem with your claim.  You failed to answer the eligibility questions under Section C on your Claim Form.

Please answer the eligibility questions on the reverse side of this letter and return it to the address above by the Response Due Date.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE ABOVE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

BSEC

**Claim No. <<clm_no>>**

| AstraZeneca Class 2 and 3 Consumer Eligibility Questions |
|---|

Please answer the following questions in order to determine if you are eligible for cash from the proposed Settlement:

1.   Were you, or the Claimant that you are filing on behalf of, prescribed Zoladex® during the period from January 1, 1991 to June 11, 2010?      ☐ **Yes**     ☐ **No**

2.   Did you, or the Claimant that you are filing on behalf of, pay either the full price of Zoladex® or a percentage of the cost of Zoladex®?      ☐ **Yes**     ☐ **No**

Note: If you paid a flat co-payment (i.e., your out-of-pocket expense was always the same for every drug, like a $10 or $25 co-pay) you did not pay a percentage of the cost.

If you answered ***No*** to <u>any</u> of the questions above, you are not eligible to receive any benefits from these proposed Settlements.

BSEC

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR MORE INFORMATION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the AstraZeneca Class 2 and 3 Consumer Settlements.  Unfortunately, there is a problem with your claim. In Section D of your Claim Form, you did not select the option of either "Easy Refund" or "Full Refund", but did provide a purchase amount under Section E along with documentation.

In order to expedite the distribution of the Settlement Fund, we will be processing your claim as a "Full Refund."

If you disagree with this determination, you must advise us in writing by [Response Due Date].

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

NAMT

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

Month XX, 2011

## RESPONSE DUE DATE:  Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the AstraZeneca Class 2 and 3 Consumer Settlements. Unfortunately, there is a problem with your claim. In Section D of your Claim Form, you selected the option of "Full Refund", however, you did not include proof of payment with your claim OR the proof you provided was insufficient under the terms of the settlement.

In order to receive a full refund you needed to provide one form of proof of a full cash or non-Medicare Part B percentage co-payment for Zoladex with an administration date from January 1, 1991 through June 11, 2010.

Any one of the following are acceptable as proof of a full cash payment or a percentage co-payment for Zoladex®:

(1)   A receipt, cancelled check, or credit card statement that shows a payment for Zoladex® (other than a flat co-payment); or

(2)   A letter from a doctor saying that he or she prescribed one of the drugs and you paid part or all of the cost of Zoladex® (other than a flat co-payment) at least once.

(3)   An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make full cash or percentage co-payments for Zoladex®.

(4)   A notarized statement signed by you indicating you paid or are obligated to pay the total cost or a percentage co-payment for prescriptions between January 1, 1991 through June 11, 2010, including the total of all full cash and/or percentage co-payments for the drugs during the time period.

(5)   Records from your pharmacy showing that you made full cash and/or percentage co-payments for Zoladex® purchased between January 1, 1991 through June 11, 2010.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE ABOVE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

ADOC & BDOC

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: CLAIM FORM SUBMISSION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the AstraZeneca Class 2 and 3 Consumer Settlements. Unfortunately, there is a problem with your claim. Section D of your Claim Form is incomplete for the one of the following reasons:

_____ (EAMT) You selected "Easy Refund" but supplied a purchase amount.

_____ (MAMT) You did not select either "Easy Refund" or "Full Refund" and did not supply a purchase amount.

_____ (BAMT) You selected BOTH "Easy Refund" and "Full Refund".

_____ (DAMT) You did not select either "Easy Refund" or "Full Refund" but supplied a purchase amount without documentation.

In order to expedite the distribution of the settlement fund, we will be processing your claim as an "Easy Refund." The "Easy Refund" option allows you to receive a payment of up to $400.00 and will not require you to provide additional documentation unless requested at a later time.

If you disagree with this determination, you must advise us in writing by [Response Due Date]. You must also include documentation supporting your purchases of Zoladex with an administration date from January 1, 1991 through June 11, 2010.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

EAMT, MAMT, BAMT, DAMT

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: CLAIM FORM SUBMISSION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the AstraZeneca Class 2 and 3 Consumer Settlements. Unfortunately, there is a problem with your claim. Section D of your Claim Form is incomplete for the one of the following reasons:

\_\_\_\_\_  (EAMT) You selected "Easy Refund" but supplied a purchase amount.

\_\_\_\_\_  (MAMT) You did not select either "Easy Refund" or "Full Refund" and did not supply a purchase amount.

\_\_\_\_\_  (BAMT) You selected BOTH "Easy Refund" and "Full Refund" and did not supply a purchase amount.

\_\_\_\_\_  (DAMT) You did not select either "Easy Refund" or "Full Refund" but supplied a purchase amount without documentation.

In order to expedite the distribution of the settlement fund, we will be processing your claim as an "Easy Refund." The "Easy Refund" option allows you to receive a payment of up to $400.00 and will not require you to provide additional documentation unless requested at a later time.

If you disagree with this determination, you must advise us in writing by [Response Due Date]. You must also include documentation supporting your purchases of Zoladex with an administration date from January 1, 1991 through June 11, 2010.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

EAMT, MAMT, BAMT, DAMT

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR MORE INFORMATION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the AstraZeneca Class 2 and 3 Consumer Settlements.  Unfortunately, there is a problem with your claim. In Section D of your Claim Form, you did not select the option of either "Easy Refund" or "Full Refund", but did provide a purchase amount under Section E along with documentation.

In order to expedite the distribution of the Settlement Fund, we will be processing your claim as a "Full Refund."

If you disagree with this determination, you must advise us in writing by [Response Due Date].

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

NAMT

# EXHIBIT B

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

June XX, 2010

### RESPONSE DUE DATE:  June XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**NOTICE OF INELIGIBILITY - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed more than one Consumer Claim Form that you filed, in the AstraZeneca Class 2 and 3 Consumer Settlement.  We write to advise you that we consider Claim No. <<clm_no>> as a duplicate of another Claim Form filed by you. Only one Claim Form is necessary. The duplicative Claim Form, which has been assigned the Claim Number listed above, is considered ineligible.

 In accordance with the Court-approved Settlement Agreement, we have processed Claim Form Number <<orig_clm_no>> and any settlement benefit you might be entitled to would be based on this claim.

 If you accept this determination, you do not need to do anything in response to this letter.

**IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  YOUR LETTER MUST ALSO INCLUDE DOCUMENTATION SUPPPORTING YOUR POSITION.**

If you have any questions, please call us at 1-888-812-1643.
.

Sincerely yours,

Claims Administrator

AstraZeneca Class 2 and Consumer – DUP

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

May XX, 2011

### RESPONSE DUE DATE:  June XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**Re:**    AstraZeneca Class 2 and 3 Consumer Settlement Litigation
**REQUEST FOR ADDITIONAL INFORMATION**
<u>**Claim No.  «clm_no»**</u>

Dear Claimant:

We are the Claims Administrator appointed by the Court in the AstraZeneca Class 2 and 3 Consumer Settlement.  We have received your claim form claiming purchases of the AstraZeneca manufactured drug Zoladex and are in the process of reviewing all claim forms.

As part of our responsibility as Claims Administrator, we routinely request additional information from claimants.  The purpose of this process is to assure accuracy of claims and fairness in the distribution of settlement proceeds.  Your claim has been selected for such a request.  Please be assured that we have made no determination concerning your claim.  We are requesting additional information from claimants as part of our usual procedure.  However, your response is important to us, and failure to respond may result in disallowance of your claim.  We are requesting two kinds of information.

First, please provide all available documentation that supports at least 12 purchases of Zoladex.  Such proof might include copies of: (1) pharmacy receipts, cancelled checks, or credit card statements that show payment for Zoladex; (2) a letter from a doctor saying that he or she administered Zoladex and you paid part of the cost; (3) an Explanation of Benefits (EOB) from your insurance company that shows your payments for Zoladex.

Second, on the reverse side of this letter, in the space provided, please show how you calculated the total claim amount listed on your claim form.

After you have provided your claim calculation on the reverse of this letter, please sign and date the letter, enclose the supporting documentation, and return it to the address listed above postmarked by **[RESPONSE DUE DATE].** If you have any questions, please call us toll-free at 1-888-812-1643.

Sincerely yours,

Claims Administrator

AstraZeneca Class 2 and 3 - AUDH

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

May XX, 2011

### RESPONSE DUE DATE:  June XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**Re:**     AstraZeneca Class 2 and 3 Consumer Settlement Litigation
             **REQUEST FOR ADDITIONAL INFORMATION**
             <u>**Claim No.  «clm_no»**</u>

Dear Claimant:

We are the Claims Administrator appointed by the Court in the AstraZeneca Class 2 and 3 Consumer Settlement.  We have received your claim form claiming purchases of the AstraZeneca manufactured drug Zoladex and are in the process of reviewing all claim forms.

As part of our responsibility as Claims Administrator, we routinely request additional information from claimants.  The purpose of this process is to assure accuracy of claims and fairness in the distribution of settlement proceeds.  Your claim has been selected for such a request.  Please be assured that we have made no determination concerning your claim.  We are requesting additional information from claimants as part of our usual procedure.  However, your response is important to us, and failure to respond may result in disallowance of your claim.  We are requesting the following information.

Please provide all available documentation that supports at least 3 purchases of Zoladex.  Such proof might include copies of: (1) pharmacy receipts, cancelled checks, or credit card statements that show payment for Zoladex; (2) a letter from a doctor saying that he or she administered Zoladex and you paid part of the cost; (3) an Explanation of Benefits (EOB) from your insurance company that shows your payments for Zoladex.

Please sign and date the letter, enclose the supporting documentation, and return it to the address listed above postmarked by <mark>**[RESPONSE DUE DATE]**.</mark> If you have any questions, please call us toll-free at 1-888-812-1643.

Sincerely yours,

Claims Administrator

AstraZeneca Class 2 and 3 - AUD

**AstraZeneca Class 2 & 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: ACKNOWLEDGMENT OF WITHDRAWL - Claim No. <<clm no>>**

Dear Claimant:

We have received and processed the Claim Form you filed in the AstraZeneca Class 2 & 3 Consumer Settlements.

Subsequently we have received correspondence indicating you have withdrawn your claim. Therefore, you are not entitled to receive any distribution from the Settlement Fund.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY [Response Due Date].  Your letter must also include documentation supporting your position.

If, however, you agree with this determination, you do not need to do anything else and you will not receive any disbursement from the Settlement Fund.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

WDW

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL 33416**
**Toll Free Telephone 1-888-812-1643**

June XX, 2010

### RESPONSE DUE DATE:  June XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**NOTICE OF INELIGIBILITY - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed, in the AstraZeneca Class 2 and 3 Consumer Settlement.  We write to advise you that we consider Claim No. <<clm_no>> ineligible.

 Your claim is ineligible due to your answers in Section C of the claim form to one or both of the following questions:

- Were you (or the Claimant) prescribed Zoladex® during the period from January 1, 1991 through June 11, 2010?

- Did you (or the Claimant) pay either the full price of Zoladex® or a percentage of the cost of Zoladex® for a non-Medicare Part B purchase?

 If you accept this determination, you do not need to do anything in response to this letter.

**IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  YOUR LETTER MUST ALSO INCLUDE DOCUMENTATION SUPPPORTING YOUR POSITION.**

If you have any questions, please call us at 1-888-812-1643.
.

Sincerely yours,

Claims Administrator

AstraZeneca Class 2 and Consumer – NO

**BMS AWP Class 1 Settlement Administrator**
**c/o Rust Consulting, Inc.**
**P.O. Box 2364**
**Faribault, MN 55021**
**Toll-free Phone: 877-690-7097**

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: FINAL DISPOSITION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the BMS AWP Class 1 Settlement. We also received your request to exclude yourself from this settlement. Pursuant to the Settlement Agreement, you cannot exclude yourself and submit a Claim Form for payment.

This letter serves to confirm that your previously filed Request for Exclusion is valid and therefore, your claim is not entitled to receive any distribution from the settlement fund.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Claims Administrator

EXCL

**AstraZeneca Class 2 and 3 Consumer Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24644**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Month XX, 2011

<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**NOTICE OF INELIGIBILITY - Claim No.  «clm_no»**

Dear Claimant:

We received your claim in the AstraZeneca Class 2 and 3 Consumer Settlements.  However, we have determined that your claim is not eligible to receive a distribution from the Consumer Settlement Fund because you are not a Consumer as defined under the terms of the Settlement.

It has been determined that you are a Third-Party Payor and your claim will be processed as such pursuant to the Settlement Agreement and the Notice, as approved by the Court.

If you agree with this determination, you do not need to respond to this letter.

If you disagree with this determination, you must advise us in writing by [Response Due Date]. You must also include documentation supporting your position.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

TPP

# EXHIBIT C

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Date

## RESPONSE DUE DATE:

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION \*\*\* Claim No. <<clm no>>**

Dear Claimant:

We have received and processed the Claim Form you filed in the AstraZeneca Class 2 & 3 TPP Settlements. However, we noted one or more deficiencies in the claim you submitted.  Your Proof of Claim is deficient or incomplete for the following reason(s) below, as indicated by an "X":

_____     (C5) You indicated that you are a duly Authorized Agent filing on behalf of a Class Member, however you failed to provide the names and Federal Employer Identification Numbers (FEINs) of Class Members on whose behalf you were filing.

_____     (TIN) You did not provide your Federal Employer Identification Number.  Please provide this information in the space provided and return this letter to us no later than the Response Due Date listed above.

_____     (SIGN) You did not sign the Proof of Claim form.  Please sign this letter in the space provided and return it to us no later than the Response Due Date listed above.  Your signature will be treated as the proper execution of your previously submitted Proof of Claim.

PLEASE SIGN AND RETURN THIS LETTER TO THE ADDRESS LISTED ABOVE WITH THE REQUESTED INFORMATION BY THE RESPONSE DUE DATE LISTED ABOVE.

FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.  If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

C5,SIGN,TIN

**TPP REQUEST FOR ADDITIONAL INFORMATION FORM**

Claim No. <<clm_no>>

(**C5**) Please list the name and FEIN of every Class Member for whom you have been duly authorized to submit this claim (attach additional sheets as necessary).  Alternatively, you may submit the requested list of Class Member names and FEINs in an acceptable electronic format.  Please contact the Claims Administrator to determine what formats are acceptable.

_____      _____

_____      _____

_____      _____

_____      _____

(**TIN**) Please print your Federal Employer Identification Number (FEIN):

_____

(**SIGN**)        <u>**ALL CLAIMANTS MUST SIGN AND DATE THIS FORM**</u>

_____      _____
SIGNATURE                              DATE

_____      _____
PRINT NAME                             TITLE/POSITION

Multi

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Date

### RESPONSE DUE DATE:

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

### REQUEST FOR ADDITIONAL INFORMATION *** Claim No. <<clm no>>

Dear Claimant:

We received and processed the claim you filed in the AstraZeneca Class 2 & 3 TPP Settlements. However, we noted one or more deficiencies in the claim you submitted.  To insure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

(XC5)  You indicated that you are a duly Authorized Agent filing on behalf of one or more Class Members.  However, certain required information about each Class Member listed below is either missing or inconsistent.  Please provide the requested information where indicated and return this letter to the address listed above.

In order to share in the Third Party Payer Settlement Fund, YOU MUST PROVIDE THIS INFORMATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE LISTED ABOVE.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

<<C5_def flags E, N and/or U_table>>

XC5

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Date

## RESPONSE DUE DATE:

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

## REQUEST FOR ADDITIONAL INFORMATION *** Claim No. <<clm no>>

Dear Claimant:

We received and processed the claim you filed in the AstraZeneca Class 2 & 3 TPP Settlements. Unfortunately, you did not provide the total amount of your purchases.

In order for your claim to be eligible you must provide the total amount paid or reimbursed for Zoladex between January 1, 2003 and December 31, 2004.

PLEASE RETURN THIS LETTER WITH THE REQUIRED DOCUMENTATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE.   FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

AMT

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL 33416**
**Toll-Free Telephone: 1-888-812-1643**

Month XX, 2011

### RESPONSE DUE DATE: Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

### REQUEST FOR ADDITIONAL INFORMATION *** Claim No. <<clm no>>

Dear Claimant:

We have received and processed the claim form that you filed in the AstraZeneca Class 2 & 3 TPP Settlements.  However, we noted one or more deficiencies in the claim you submitted as follows:

You failed to provide adequate documentation supporting your claim for payments of Zoladex® between January 1, 2003 and December 31, 2004.  According to Part II on page 5 of the Third-Party Payor Claim Form, as approved by the Court, if you are claiming $300,000 or more of purchases of Zoladex®, you must provide documentation with your Claim form.  The back of this letter provides further details on what the electronic documentation must include.  We prefer that you submit this in an electronic format such as Excel, if possible at all.

PLEASE RETURN THIS LETTER WITH THE REQUIRED DOCUMENTATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE.  FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

ADOC

Claimant Documentation Instructions


If you are claiming more than $300,000, you will need to provide additional claims data and information.  Please provide data and information containing purchases of Zoladex® between January 1, 2003 and December 31, 2004, net of co-pays, deductibles, and/or co-insurance.

It is mandatory that you provide the following data:

    **1.** **Patient Social Security Number or unique patient identification number or code) (REQUIRED)**
       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

    **2.** **J-Code or NDC Code (REQUIRED)**
       00000-0000

    **3.** **Fill Date (REQUIRED)**
       01/01/2004

    **4.** **Amount Billed (not including dispensing fee) (REQUIRED)**
       100.00

    **5.** **Amount Paid by TPP (REQUIRED)**
       80.00


**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**

ADOC

# EXHIBIT D

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Date

## RESPONSE DUE DATE:

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**NOTICE OF INELIGIBILITY *** Claim No. <<clm no>>**

Dear Claimant:

We have received and processed more than one Third Party Payor Claim Form that you filed in the AstraZeneca Class 2 & 3 TPP Settlements.  We write to advise you that we consider Claim No. <<clm_no>> as a duplicate of another Claim Form filed by you. Only one Claim Form is necessary. The duplicative Claim Form, which has been assigned the Claim Number listed above, is considered ineligible.

In accordance with the Court-approved Settlement Agreement, we have processed Claim Form Number <<orig_clm_no>> and any settlement benefit you might be entitled to would be based on this claim.

If you accept this determination, you do not need to do anything in response to this letter.

**IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  YOUR LETTER MUST ALSO INCLUDE DOCUMENTATION SUPPPORTING YOUR POSITION.**

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

DUP

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Date

<div align="center">

**RESPONSE DUE DATE:**

</div>

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**ACKNOWLEDGMENT OF WITHDRAWL *** Claim No. <<clm no>>**

Dear Claimant:

We have received and processed the Claim Form you filed in the AstraZeneca Class 2 & 3 TPP Settlements.

Subsequently we have received correspondence indicating you have withdrawn your claim. Therefore, you are not entitled to receive any distribution from the Settlement Fund.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  Your letter must also include documentation supporting your position.

If, however, you agree with this determination, you do not need to do anything else and you will not receive any disbursement from the Settlement Fund.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

WDW

# EXHIBIT E

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Month XX, 2011

### RESPONSE DUE DATE: Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AstraZeneca Class 2 & 3 TPP Settlements.  To ensure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

You indicated that you are a duly Authorized Agent filing on behalf of the Class Member(s) listed below. However, we noted one or more claims have already been filed by the Class Member(s).  Therefore, the claims filed on behalf of the Class Member(s) are considered duplicative.

WE ARE REQUESTING, AT THIS TIME, THAT YOU SUBMIT A LETTER WHICH REDUCES YOUR CLAIM TO EXCLUDE THE CLAIMED AMOUNTS FOR THE CLASS MEMBER(S) LISTED BELOW.  Then return it with this letter by the Response Due Date to the address listed above.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE. Your letter must also include documentation supporting your position.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM OR IN THE RECEIPT OF LESS MONEY THAN YOU MAY OTHERWISE BE ENTITLED TO.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

<<C5D2_table (C5 recs w/T flag)>>

C5D2

# EXHIBIT F

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Date

## RESPONSE DUE DATE:

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**NOTICE OF CLAIM AMOUNT ADJUSTMENT *** Claim No. <<clm no>>**

Dear Claimant:

We have received and processed the Proof of Claim you filed in the AstraZeneca Class 2 & 3 TPP Settlements.  Upon reviewing the documentation that you provided with your original claim, we have adjusted your claim amount because the total purchases in the documentation you provided differed from the amount claimed and/or the documentation you provided included purchases outside of the proxy period of January 1, 2003 through December 31, 2004.

**Nationwide:**

Original Claimed Amount: $<<nation_orig>>

Revised Amount:  $<<nation_amt>>

**Massachusetts:**

Original Claimed Amount: $<<mass_orig>>

Revised Amount:  $<<mass_amt>>

The Revised Amount will now become the basis for calculating any settlement benefits you may be entitled to.

IF YOU DISAGREE with the Revised Amount, you must advise us in writing by the Response Due Date listed above.  Your letter must also include documentation supporting your position.  If you have any questions, please call our toll free number at 1-888-812-1643.

Sincerely yours,

Claims Administrator

ADJ

# EXHIBIT G

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Date

<div align="center">

**RESPONSE DUE DATE:**

</div>

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**FINAL REQUEST FOR ADDITIONAL INFORMATION *** Claim No. <<clm no>>**

Dear Claimant:

We received and processed the claim you filed in the AstraZeneca Class 2 & 3 TPP Settlements. Unfortunately, you did not provide the total amount of your purchases.

We previously wrote to you requesting the total amount of your purchases and supporting documentation. To date, we have not had a response.

In order for your claim to be eligible, you must properly fill out the backside of this letter by stating the total amount paid or reimbursed for Zoladex® between January 1, 2003 and December 31, 2004 for the Class Member on whose behalf you are submitting a claim.

WE HAVE PREVIOUSLY MAILED A LETTER REQUESTING THIS INFORMATION, BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

FAMT

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Month XX, 2011

### RESPONSE DUE DATE: Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

### FINAL REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AstraZeneca Class 2 & 3 TPP Settlements.  To ensure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

You indicated that you are a duly Authorized Agent filing on behalf of the Class Member(s) listed below. However, we noted one or more claims have already been filed by the Class Member(s).  Therefore, the claims filed on behalf of the Class Member(s) are considered duplicative.

WE ARE REQUESTING, AT THIS TIME, THAT YOU SUBMIT A LETTER WHICH REDUCES YOUR CLAIM TO EXCLUDE THE CLAIMED AMOUNTS FOR THE CLASS MEMBER(S) LISTED ON THE BACKSIDE OF THIS LETTER. Then return it with a copy of this letter by the Response Due Date to the address listed above.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE. Your letter must also include documentation supporting your position.

WE HAVE PREVIOUSLY MAILED A LETTER REQUESTING THIS INFORMATION, BUT HAVE YET TO RECEIVE ANY RESPONSE. THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM OR IN A REDUCTION OF YOUR CLAIM AMOUNT AND THE RECIEPT OF LESS MONEY THAN YOU MAY OTHERWISE BE ENTITLED TO.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

<<C5D2_table (C5 records w/T flag)>>

FC5D

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Month XX, 2011

**RESPONSE DUE DATE: Month XX, 2011**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. <<clm no>>**

Dear Claimant:

We have received and processed the claim form that you filed in the AstraZeneca Class 2 & 3 TPP Settlements.  However, we noted one or more deficiencies in the claim you submitted as follows:

You failed to provide adequate documentation supporting your claim for payments of Zoladex® between January 1, 2003 and December 31, 2004.  According to Part II on page 5 of the Third-Party Payor Claim Form, as approved by the Court, if you are claiming $300,000 or more of purchases of Zoladex®, you must provide documentation with your Claim Form.  The back of this letter provides further details on what the electronic documentation must include.  We prefer that you submit this in an electronic format such as Excel, if possible at all.

WE HAVE PREVIOUSLY MAILED A LETTER REQUESTING THIS INFORMATION, BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

FDOC

## CLAIMANT DOCUMENTATION INSTRUCTIONS

If you are claiming more than $300,000, you will need to provide additional claims data and information.  Please provide data and information containing purchases of Zoladex® between January 1, 2003 and December 31, 2004, net of co-pays, deductibles, and/or co-insurance.

It is mandatory that you provide the following data:

**1. Patient Social Security Number or unique patient identification number or code) (REQUIRED)**
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

**2. J-Code or NDC Code (REQUIRED)**
00000-0000

**3. Fill Date (REQUIRED)**
01/01/2004

**4. Amount Billed (not including dispensing fee) (REQUIRED)**
100.00

**5. Amount Paid by TPP (REQUIRED)**
80.00

<div align="center">

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**

</div>

**AstraZeneca Class 2 & 3 TPP Settlements**
**c/o Rust Consulting, Inc.**
**P.O. Box 24653**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-888-812-1643**

Date

### RESPONSE DUE DATE:

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**FINAL REQUEST FOR ADDITIONAL INFORMATION *** Claim No. <<clm no>>**

Dear Claimant:

We received and processed the claim you filed in the AstraZeneca Class 2 & 3 TPP Settlements. However, we noted one or more deficiencies in the claim you submitted.  To insure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

(XC5)  You indicated that you are a duly Authorized Agent filing on behalf of one or more Class Members.  However, certain required information about each Class Member listed below is either missing or inconsistent.  Please provide the requested information where indicated and return this letter to the address listed above.

In order to share in the Third Party Payer Settlement Fund, YOU MUST PROVIDE THIS INFORMATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE LISTED ABOVE.

WE HAVE PREVIOUSLY MAILED A LETTER REQUESTING THIS INFORMATION, BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-888-812-1643.

Sincerely yours,

Claims Administrator

<<C5 def flags E, N and/or U table>>

XC5

# EXHIBIT H

# Ineligible Claims

PROJECT:  Astra23 TPP  -  Database:  AZ2T

Report Criteria:   Includes  Excludes IWDW OR ISHP

| CLM NO | NAME | FATAL | MSG CODE(S) |
|--------|------|-------|-------------|
| 9 | AVON PRODUCTS | WDW | Claimant withdrew claim in writing |
| 16 | DOW CORNING | WDW | Claimant withdrew claim in writing |
| 17 | TEREX CORPORATION | FAMT | FINAL - Claim Amount is Missing |
| 18 | SPARKS HEALTH SYSTEMS | FAMT | FINAL - Claim Amount is Missing |
| 19 | INVACARE CORPORATION | WDW | Claimant withdrew claim in writing |
| 20 | THE MENS WEARHOUSE | WDW | Claimant withdrew claim in writing |
| 33 | HOLZER HOSPITAL | WDW | Claimant withdrew claim in writing |
| 34 | ARDENT MEDICAL SERVICES INC | WDW | Claimant withdrew claim in writing |
| 49 | THE FINISH LINE | FAMT | FINAL - Claim Amount is Missing |
| 85 | SOMERSET MEDICAL CENTER | WDW | Claimant withdrew claim in writing |
| 86 | INGERSOLL RAND | WDW | Claimant withdrew claim in writing |
| 117 | LOUISIANA HEALTH SERVICE & INDEMNITY CO | NIC | Not intended to be a claim |
| 118 | HMO LOUISIANA INC | NIC | Not intended to be a claim |
| 119 | MASSACHUSETTS GROUP INSURANCE COMMISION | DUP | Duplicate claim filed |
| 120 | HMO LOUISIANA INC | NIC | Not intended to be a claim |
| 139 | LOUISIANA HEALTH SERVICE & INDEMNITY CO | NIC | Not intended to be a claim |
| 145 | SOUTHERN CALIFORNIA EDISON | DUP | Duplicate claim filed |
| 158 | CHILDRENS HOSPITAL OF ALABAMA | WDW | Claimant withdrew claim in writing |
| 159 | 84 LUMBER COMPANY | FAMT | FINAL - Claim Amount is Missing |
| 160 | SMITH & WESSON HOLDING CORPORATION | FAMT | FINAL - Claim Amount is Missing |
| 203 | SONOCO PRODUCTS CO | FAMT | FINAL - Claim Amount is Missing |
| 219 | CITY OF CHICAGO | FAMT | FINAL - Claim Amount is Missing |
| 243 | NISSAN NORTH AMERICA INC | DUP | Duplicate claim filed |
| 257 | SUPERVALU INC | DUP | Duplicate claim filed |
| 263 | AMERISOURCE BERGEN CORPORATION | FAMT | FINAL - Claim Amount is Missing |
| 266 | THE AMERIHEALTH MERCY FAMILY OF COMPANIE | ADOC | All documentation missing |
| 313 | BRIAN MCCALLIB | NIC | Not intended to be a claim |
| 314 | PASSPORT HEALTH PLAN | NOL | NOL |
| 315 | SELECT HEALTH OF SOUTH CAROLINA INC | NOL | NOL |
| 318 | EDWARD HOSPITAL | FAMT | FINAL - Claim Amount is Missing |
| 331 | CATHOLIC HEALTH SYSTEM | FAMT | FINAL - Claim Amount is Missing |
| 337 | PA EMPLOYEES BENEFIT TRUST FUND | DUP | Duplicate claim filed |
| 341 | INTERNATIONAL COFFEE & TEA LLC | WDW | Claimant withdrew claim in writing |
| 343 | CINTAS CORPORATION | WDW | Claimant withdrew claim in writing |
| 344 | AVIS BUDGET GROUP INC | WDW | Claimant withdrew claim in writing |
| 345 | SWISS POST SOLUTIONS INC | WDW | Claimant withdrew claim in writing |
| 346 | DOLE FOOD COMPANY INC | WDW | Claimant withdrew claim in writing |
| 347 | TEXTRON INC | FAMT | FINAL - Claim Amount is Missing |
| 348 | HOSPITAL HOUSEKEEPING SYSTEMS GP LLC | WDW | Claimant withdrew claim in writing |
| 349 | WHIRLPOOL CORPORATION | FAMT | FINAL - Claim Amount is Missing |
| 351 | BON SECOURS HEALTH SYSTEM | DUP | Duplicate claim filed |
| 352 | S BROWARD HOSPITAL DISTRICT | WDW | Claimant withdrew claim in writing |
| 356 | WISCONSIN HOSPITALITY GROUP LLC | FAMT | FINAL - Claim Amount is Missing |
| 366 | HOSPITAL SISTERS HEALTH SYSTEM | WDW | Claimant withdrew claim in writing |
| 367 | CAPITAL HEALTH SYSTEM INC | FAMT | FINAL - Claim Amount is Missing |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Ineligible Claims

PROJECT:  Astra23 TPP  -  Database:  AZ2T

Report Criteria:   Includes  Excludes IWDW OR ISHP

| CLM NO | NAME | FATAL | MSG CODE(S) |
|--------|------|-------|-------------|
| 369 | RGH LIQUIDATING TRUST | FAMT | FINAL - Claim Amount is Missing |
| 370 | USA TRUCK INC | WDW | Claimant withdrew claim in writing |
| 372 | TRINITY HEALTH | WDW | Claimant withdrew claim in writing |
| 385 | HMO LOUISIANA INC C/O CHARLES A O'BRIEN | NIC | Not intended to be a claim |
| 386 | HMA LOUISIANA INC | NIC | Not intended to be a claim |
| 387 | LOUISIANA HEALTH SERVICE & INDEMNITY COM | NIC | Not intended to be a claim |
| 388 | LOUISIANA HEALTH SERVICE & INDEMNITY COM | NIC | Not intended to be a claim |
| 389 | PENN TRAFFIC COMPANY | FAMT | FINAL - Claim Amount is Missing |
| 390 | COMMUNITY UNITED METHODIST HOSPITAL INC | FAMT | FINAL - Claim Amount is Missing |
| 391 | ARKANSAS METHODIST HOSPITAL CORP | WDW | Claimant withdrew claim in writing |
| 392 | DAVIS MEMORIAL HOSPITAL | FAMT | FINAL - Claim Amount is Missing |
| 393 | HONEYWELL INTERNATIONAL INC | DUP | Duplicate claim filed |
| 395 | THE MEDICAL CENTER OF CENTRAL GEORGIA | WDW | Claimant withdrew claim in writing |
| 396 | WISHEK COMMUNITY HOSPITAL | FAMT | FINAL - Claim Amount is Missing |
| 397 | IRWIN COUNTY HOSPITAL | FAMT | FINAL - Claim Amount is Missing |
| 398 | BEAUFORT COUNTY HOSPITAL ASSOCIATION INC | FAMT | FINAL - Claim Amount is Missing |
| 399 | INTRACARE HOSPITAL | WDW | Claimant withdrew claim in writing |
| 400 | HERBERT J THOMAS MEMORIAL HOSPITAL ASSOC | FAMT | FINAL - Claim Amount is Missing |
| 401 | ALTRU HEALTH SYSTEM | FAMT | FINAL - Claim Amount is Missing |
| 402 | THOMAS H BOYD MEMORIAL HOSPITAL | FAMT | FINAL - Claim Amount is Missing |
| 403 | BAYFRONT MEDICAL CENTER | FAMT | FINAL - Claim Amount is Missing |
| 404 | THE UNION HOSPITAL OF CECIL COUNTY HEALT | FAMT | FINAL - Claim Amount is Missing |
| 405 | THE UNIV OF CHICAGO MEDICAL CENTER | FAMT | FINAL - Claim Amount is Missing |
| 406 | JOHNSON REGIONAL MEDICAL CENTER | WDW | Claimant withdrew claim in writing |
| 407 | NORTON HEALTHCARE | WDW | Claimant withdrew claim in writing |
| 408 | MCCUNE-BROOKS REGIONAL HOSPITAL | FAMT | FINAL - Claim Amount is Missing |
| 409 | CALDWELL MEMORIAL HOSPITAL | WDW | Claimant withdrew claim in writing |
| 410 | MONONGALIA HEALTH SYSTEM INC | FAMT | FINAL - Claim Amount is Missing |
| 411 | CAPITAL CARING AKA CAPITAL HOSPICE | FAMT | FINAL - Claim Amount is Missing |
| 412 | CAPITAL CARING AKA CAPITAL HOSPICE | DUP | Duplicate claim filed |
| 413 | ASHLAND HOSPITAL CORP D/B/A KING'S DAUGT | FAMT | FINAL - Claim Amount is Missing |
| 414 | UNIV OF MARYLAND MEDICAL SYSTEM | FAMT | FINAL - Claim Amount is Missing |
| 415 | SLEEPY'S | FAMT | FINAL - Claim Amount is Missing |
| 416 | FAIRFIELD MEMORIAL HOSPITAL ASSN | FAMT | FINAL - Claim Amount is Missing |
| 417 | OTTAWA REGIONAL HOSPITAL & HEALTHCARE CE | WDW | Claimant withdrew claim in writing |
| 418 | PARKVIEW HEALTH SYSTEM INC | FAMT | FINAL - Claim Amount is Missing |
| 420 | KISHWAUKEE COMMUNITY HOSPITAL | FAMT | FINAL - Claim Amount is Missing |
| 421 | STATE TEACHERS RETIREMENT SYSTEM OF OHIO | NIC | Not intended to be a claim |
| 423 | FERTILITY INSTITUTE OF NJ & NY | WDW | Claimant withdrew claim in writing |
| 5047 | PHILIP A MINJARES | NIC | Not intended to be a claim |
| 100044 | PREMERA BLUE CROSS C/O RAWLINGS & ASSOCI | NIC | Not intended to be a claim |
| 100045 | PREMERA BLUE CROSS C/O RAWLINGS AND ASSO | NIC | Not intended to be a claim |

TOTAL CLAIMS:          87

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# EXHIBIT I

# Eligible Claims Report

PROJECT:  Astra23 TPP  -  Database:  AZ2T

Report Criteria:  Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 1 | SIERRA PACIFIC INDUSTRIES HEALTH BEN PLN | $0.00 | 0.000000000000 | $0.00 | $12,355.05 | 0.000349900978 | $5,112.85 | $5,112.85 |
| 2 | TENERE INC | $0.00 | 0.000000000000 | $0.00 | $30,000.00 | 0.000849614478 | $12,414.79 | $12,414.79 |
| 3 | COVENTRY HEALTH CARE OF FLORIDA INC | $0.00 | 0.000000000000 | $0.00 | $20,253.65 | 0.000573593142 | $8,381.49 | $8,381.49 |
| 4 | COVENTRY HEALTH PLAN OF FLORIDA INC | $0.00 | 0.000000000000 | $0.00 | $31,777.49 | 0.000899953852 | $13,150.36 | $13,150.36 |
| 5 | MET COUNCIL ON JEWISH POVERTY | $0.00 | 0.000000000000 | $0.00 | $207.86 | 0.000005886696 | $86.02 | $86.02 |
| 6 | SOUTHEAST MISSOURI HOSPITAL ASSOCIATION | $0.00 | 0.000000000000 | $0.00 | $990.85 | 0.000028061350 | $410.04 | $410.04 |
| 7 | MASTERS MATES & PILOTS | $0.00 | 0.000000000000 | $0.00 | $14,154.48 | 0.000400861704 | $5,857.50 | $5,857.50 |
| 8 | UCARE MINNESOTA | $0.00 | 0.000000000000 | $0.00 | $275,840.18 | 0.007811927017 | $114,149.94 | $114,149.94 |
| 10 | OPTIMA HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $150,303.84 | 0.004256677285 | $62,199.69 | $62,199.69 |
| 11 | SENTARA HEALTH PLANS INC | $0.00 | 0.000000000000 | $0.00 | $280,002.05 | 0.007929793184 | $115,872.23 | $115,872.23 |
| 12 | OPTIMA HEALTH INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $64,442.70 | 0.001825048364 | $26,668.09 | $26,668.09 |
| 13 | NORTH CENTRAL STATES REGIONAL  COUNCIL OF CARPENTERS HEALTH FUND | $0.00 | 0.000000000000 | $0.00 | $830.49 | 0.000023519878 | $343.68 | $343.68 |
| 14 | UFCW MIDWEST HEALTH BENEFITS FUND | $0.00 | 0.000000000000 | $0.00 | $17,081.00 | 0.000483742163 | $7,068.57 | $7,068.57 |
| 15 | IBEW NORTHEASTERN OHIO HEALTH & WELFARE FND | $0.00 | 0.000000000000 | $0.00 | $28,088.00 | 0.000795465715 | $11,623.56 | $11,623.56 |
| 21 | REGIONAL CARE INC | $0.00 | 0.000000000000 | $0.00 | $11,018.29 | 0.000312043290 | $4,559.66 | $4,559.66 |
| 22 | EMPLOYEES SECURITY FUND H&W FUND | $0.00 | 0.000000000000 | $0.00 | $4,926.52 | 0.000139521424 | $2,038.72 | $2,038.72 |
| 23 | PENSION HOSPITALIZATION & BENEFIT PLAN OF THE ELEC INDUSTRY | $0.00 | 0.000000000000 | $0.00 | $5,819.59 | 0.000164813597 | $2,408.30 | $2,408.30 |
| 24 | BCBSAL | $27,141.34 | 0.002135982249 | $18,159.47 | $0.00 | 0.000000000000 | $0.00 | $18,159.47 |
| 25 | BCBSAL | $714.38 | 0.000056220621 | $477.97 | $0.00 | 0.000000000000 | $0.00 | $477.97 |
| 26 | WELFARE AND PENSION ADMIN SERV INC | $0.00 | 0.000000000000 | $0.00 | $1,567.69 | 0.000044397737 | $648.75 | $648.75 |
| 27 | DEAN HEALTH PLAN INC | $0.00 | 0.000000000000 | $0.00 | $213,591.56 | 0.006049016058 | $88,389.82 | $88,389.82 |
| 28 | DELPHI CORPORATION | $0.00 | 0.000000000000 | $0.00 | $1,544.87 | 0.000043751464 | $639.31 | $639.31 |
| 29 | FAREWAY STORES INC EMPLOYEE HEALTH CARE PLAN | $0.00 | 0.000000000000 | $0.00 | $13,338.00 | 0.000377738597 | $5,519.62 | $5,519.62 |
| 30 | CONSUMERS ENERGY | $0.00 | 0.000000000000 | $0.00 | $8,597.01 | 0.000243471472 | $3,557.67 | $3,557.67 |
| 31 | STEAMFITTERS INDUSTRY WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $2,427.36 | 0.000068744007 | $1,004.51 | $1,004.51 |
| 32 | WELLS FARGO & COMPANY | $0.00 | 0.000000000000 | $0.00 | $25,053.16 | 0.000709517582 | $10,367.66 | $10,367.66 |
| 35 | NRECA GROUP BENEFITS TRUST | $0.00 | 0.000000000000 | $0.00 | $122,045.45 | 0.003456386043 | $50,505.63 | $50,505.63 |
| 36 | GOODRICH CORPORATION | $0.00 | 0.000000000000 | $0.00 | $2,398.66 | 0.000067931209 | $992.63 | $992.63 |
| 37 | QWEST COMMUNICATIONS INTERNATIONAL INC | $0.00 | 0.000000000000 | $0.00 | $6,434.96 | 0.000182241173 | $2,662.96 | $2,662.96 |
| 38 | HEALTH FUND 917 | $0.00 | 0.000000000000 | $0.00 | $9,394.56 | 0.000266058473 | $3,887.72 | $3,887.72 |
| 39 | PACTIV CORPORATION | $0.00 | 0.000000000000 | $0.00 | $16.00 | 0.000000453128 | $6.62 | $6.62 |
| 40 | OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | $0.00 | 0.000000000000 | $0.00 | $46,709.51 | 0.001322835865 | $19,329.63 | $19,329.63 |
| 41 | SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OHIO | $0.00 | 0.000000000000 | $0.00 | $10,369.50 | 0.000293669244 | $4,291.17 | $4,291.17 |
| 42 | SELECT HEALTH INC | $0.00 | 0.000000000000 | $0.00 | $15,718.52 | 0.000445156072 | $6,504.74 | $6,504.74 |
| 43 | ALCATEL LUCENT USA INC | $3,601.44 | 0.000283427860 | $2,409.62 | $30,181.88 | 0.000854765407 | $12,490.06 | $14,899.68 |
| 44 | LIBBEY INC | $0.00 | 0.000000000000 | $0.00 | $1,841.91 | 0.000052163780 | $762.23 | $762.23 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report

PROJECT: Astra23 TPP  -  Database: AZ2T

Report Criteria:   Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO: 1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 45 | STATE OF MINNESOTA MN MGT & BUDGET FOR STATE EMPLOYEE GROUP INS PROGRM | $0.00 | 0.000000000000 | $0.00 | $4,455.40 | 0.000126179078 | $1,843.76 | $1,843.76 |
| 46 | PUBLIX SUPER MARKETS INC | $0.00 | 0.000000000000 | $0.00 | $10,212.91 | 0.000289234540 | $4,226.37 | $4,226.37 |
| 47 | BOLLINGER INC | $0.00 | 0.000000000000 | $0.00 | $2,408.15 | 0.000068199970 | $996.56 | $996.56 |
| 48 | MONARCH HEALTHCARE  A MEDICAL GROUP INC | $0.00 | 0.000000000000 | $0.00 | $52,500.11 | 0.001486828452 | $21,725.93 | $21,725.93 |
| 50 | PIPE FITTERS WELFARE FUND LOCAL 597 | $0.00 | 0.000000000000 | $0.00 | $4,229.94 | 0.000119793942 | $1,750.46 | $1,750.46 |
| 51 | EDUCATORS MUTUAL INSURANCE | $0.00 | 0.000000000000 | $0.00 | $9,839.09 | 0.000278647777 | $4,071.67 | $4,071.67 |
| 52 | EXXONMOBILE MEDICAL PLAN | $0.00 | 0.000000000000 | $0.00 | $42,173.85 | 0.001194383785 | $17,452.65 | $17,452.65 |
| 53 | LDI INTEGRATED PHARMACY SERVICES | $0.00 | 0.000000000000 | $0.00 | $12,234.80 | 0.000346495440 | $5,063.08 | $5,063.08 |
| 54 | HIGHMARK WV INC DBA MOUNTAIN STATE BCBS | $0.00 | 0.000000000000 | $0.00 | $37,022.84 | 0.001048504696 | $15,321.03 | $15,321.03 |
| 55 | THE MONARCH CEMENT COMPANY | $0.00 | 0.000000000000 | $0.00 | $1,706.03 | 0.000048315593 | $706.00 | $706.00 |
| 56 | BCBS MASSACHUSETTS HMO BLUE | $2,771,511.47 | 0.218113744639 | $1,854,336.60 | $0.00 | 0.000000000000 | $0.00 | $1,854,336.60 |
| 57 | BCBS MASSACHUSETTS | $1,021,972.62 | 0.080427693509 | $683,771.75 | $0.00 | 0.000000000000 | $0.00 | $683,771.75 |
| 58 | SIEMENS CORPORATION | $0.00 | 0.000000000000 | $0.00 | $8,431.04 | 0.000238771122 | $3,488.99 | $3,488.99 |
| 59 | AMERICAN COMMUNITY MUTUAL INS CO | $0.00 | 0.000000000000 | $0.00 | $51,267.71 | 0.001451926289 | $21,215.93 | $21,215.93 |
| 60 | AMERICAN POSTAL WORKERS UNION HLTH PLN | $0.00 | 0.000000000000 | $0.00 | $2,891.88 | 0.000081899437 | $1,196.74 | $1,196.74 |
| 61 | LESTER E COX MEDICAL DBA COX HEALTH | $0.00 | 0.000000000000 | $0.00 | $3,572.38 | 0.000101171526 | $1,478.35 | $1,478.35 |
| 62 | HOTEL EMPLOYEES & RESTAURANT  EMPLOYEES INTL UNION WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $123,924.00 | 0.003509587485 | $51,283.02 | $51,283.02 |
| 63 | NEW JERSEY BLDG LABORERS  STATEWIDE WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $7,098.52 | 0.000201033512 | $2,937.55 | $2,937.55 |
| 64 | OAKLAND COUNTY | $0.00 | 0.000000000000 | $0.00 | $1,879.96 | 0.000053241374 | $777.98 | $777.98 |
| 65 | SOUTHEASTERN INDIANA HEALTH ORG | $0.00 | 0.000000000000 | $0.00 | $31,835.63 | 0.000901600405 | $13,174.42 | $13,174.42 |
| 66 | EMPLOYEE PLANS LLC | $0.00 | 0.000000000000 | $0.00 | $157,790.42 | 0.004468700843 | $65,297.84 | $65,297.84 |
| 67 | AMES TRUE TEMPER | $0.00 | 0.000000000000 | $0.00 | $4,905.22 | 0.000138918198 | $2,029.91 | $2,029.91 |
| 68 | DORDT COLLEGE | $0.00 | 0.000000000000 | $0.00 | $399.16 | 0.000011304404 | $165.18 | $165.18 |
| 69 | CONAGRA FOODS INC | $0.00 | 0.000000000000 | $0.00 | $1,001.58 | 0.000028365229 | $414.48 | $414.48 |
| 70 | MICHIGAN STATE UNIVERSITY | $0.00 | 0.000000000000 | $0.00 | $9,469.64 | 0.000268184775 | $3,918.79 | $3,918.79 |
| 71 | FAMILY HEALTH CENTER OF MARSHFIELD INC | $0.00 | 0.000000000000 | $0.00 | $65,280.30 | 0.001848769600 | $27,014.71 | $27,014.71 |
| 72 | SECURITY HEALTH PLAN OF WISCONSIN INC | $0.00 | 0.000000000000 | $0.00 | $1,920,843.94 | 0.054399227372 | $794,895.88 | $794,895.88 |
| 73 | PENNSYLVANIA TURNPIKE COMMISSION | $0.00 | 0.000000000000 | $0.00 | $7,716.16 | 0.000218525375 | $3,193.15 | $3,193.15 |
| 74 | JOHN ALDEN LIFE INSURANCE COMPANY | $10,322.34 | 0.000812352485 | $6,906.37 | $94,348.83 | 0.002672004848 | $39,044.03 | $45,950.40 |
| 75 | UNION SECURITY INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $25,353.89 | 0.000718034400 | $10,492.11 | $10,492.11 |
| 76 | TIME INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $150,469.74 | 0.004261375653 | $62,268.35 | $62,268.35 |
| 77 | BTOBA INC FAMILY PROTECTION PLAN | $0.00 | 0.000000000000 | $0.00 | $2,310.18 | 0.000065425412 | $956.01 | $956.01 |
| 78 | CHICAGO REGIONAL COUNCIL  OF CARPENTERS WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $28,461.17 | 0.000806034070 | $11,777.98 | $11,777.98 |
| 79 | VALE-U-HEALTH MONONGAHELA VALLEY HOSPITAL EMPLOYEE | $0.00 | 0.000000000000 | $0.00 | $9,676.80 | 0.000274051646 | $4,004.52 | $4,004.52 |
| 80 | BRIDGESTONE AMERICAS INC | $0.00 | 0.000000000000 | $0.00 | $18,000.00 | 0.000509768687 | $7,448.87 | $7,448.87 |
| 81 | 1199SEIU NATIONAL BENEFIT FUND FOR HEALTH & HUMAN SERVICE EMPLOYEES | $0.00 | 0.000000000000 | $0.00 | $427,923.31 | 0.012118994653 | $177,085.95 | $177,085.95 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report
PROJECT:  Astra23 TPP  -  Database:  AZ2T

Report Criteria:   Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 82 | 1199SEIU NATIONAL BENEFIT FUND FOR HOME CARE EMPLOYEES | $0.00 | 0.000000000000 | $0.00 | $116,482.00 | 0.003298826454 | $48,203.32 | $48,203.32 |
| 83 | 1199 SEIU GREATER NEW YORK BENEFIT FND | $0.00 | 0.000000000000 | $0.00 | $74,556.00 | 0.002111461900 | $30,853.24 | $30,853.24 |
| 84 | KELLOGG BROWN & ROOT LLC | $0.00 | 0.000000000000 | $0.00 | $12,567.74 | 0.000355924462 | $5,200.86 | $5,200.86 |
| 87 | PHARMACY DATA MGT INC | $0.00 | 0.000000000000 | $0.00 | $371.92 | 0.000010532954 | $153.91 | $153.91 |
| 88 | PRINCIPAL LIFE INSURANCE CO - NIPPON | $0.00 | 0.000000000000 | $0.00 | $22,319.08 | 0.000632087117 | $9,236.22 | $9,236.22 |
| 89 | PRINCIPAL LIFE INSURANCE CO - IHO | $0.00 | 0.000000000000 | $0.00 | $274,070.93 | 0.007761821003 | $113,417.78 | $113,417.78 |
| 90 | KRAFT FOODS GLOBAL INC | $0.00 | 0.000000000000 | $0.00 | $9,449.04 | 0.000267601373 | $3,910.26 | $3,910.26 |
| 91 | HEALTH NEW ENGLAND INC | $0.00 | 0.000000000000 | $0.00 | $2,375.31 | 0.000067269926 | $982.97 | $982.97 |
| 92 | PROGRESS ENERGY INC WELFARE BENEFIT PLAN | $0.00 | 0.000000000000 | $0.00 | $5,563.35 | 0.000157556757 | $2,302.26 | $2,302.26 |
| 93 | NETWORK HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $6,074.90 | 0.000172044100 | $2,513.95 | $2,513.95 |
| 94 | LIBERTY MUTUAL GROUP INC | $0.00 | 0.000000000000 | $0.00 | $8,070.81 | 0.000228569234 | $3,339.91 | $3,339.91 |
| 95 | CATERPILLAR INC | $11,525.16 | 0.000907012593 | $7,711.14 | $0.00 | 0.000000000000 | $0.00 | $7,711.14 |
| 96 | THE HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $58,989.37 | 0.001676067426 | $24,411.36 | $24,411.36 |
| 97 | BANK OF AMERICA CORPORATION | $0.00 | 0.000000000000 | $0.00 | $150.00 | 0.000004248072 | $62.07 | $62.07 |
| 98 | AT&T INC | $0.00 | 0.000000000000 | $0.00 | $62,297.95 | 0.001764308009 | $25,780.53 | $25,780.53 |
| 99 | GKN NORTH AMERICA SERVICES INC | $0.00 | 0.000000000000 | $0.00 | $3,943.26 | 0.000111675026 | $1,631.82 | $1,631.82 |
| 100 | DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN | $0.00 | 0.000000000000 | $0.00 | $63,136.18 | 0.001788047087 | $26,127.42 | $26,127.42 |
| 101 | QCA HEALTH PLAN INC | $0.00 | 0.000000000000 | $0.00 | $47,219.82 | 0.001337288090 | $19,540.81 | $19,540.81 |
| 102 | CHRISTIAN BROTHERS SERVICES HEALTH MGT SERVICES FOR RELIGIOUS | $0.00 | 0.000000000000 | $0.00 | $2,391.71 | 0.000067734381 | $989.75 | $989.75 |
| 103 | CHESTERFIELD RESOURCES INC | $0.00 | 0.000000000000 | $0.00 | $3,486.82 | 0.000098748425 | $1,442.94 | $1,442.94 |
| 104 | BCBS OF NORTH CAROLINA | $0.00 | 0.000000000000 | $0.00 | $20,476.52 | 0.000579904928 | $8,473.72 | $8,473.72 |
| 105 | EMPLOYEE BENEFIT MANAGEMENT SERVICES INC | $0.00 | 0.000000000000 | $0.00 | $100,346.32 | 0.002841856209 | $41,525.95 | $41,525.95 |
| 106 | TRS-ACTIVECARE | $0.00 | 0.000000000000 | $0.00 | $5,812.90 | 0.000164624133 | $2,405.53 | $2,405.53 |
| 107 | TRS-CARE | $0.00 | 0.000000000000 | $0.00 | $12,552.95 | 0.000355505602 | $5,194.74 | $5,194.74 |
| 108 | GOLDEN RULE INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $142,361.12 | 0.004031735621 | $58,912.79 | $58,912.79 |
| 109 | MASSACHUSETTS GROUP INSURANCE COMMISION | $3,229.39 | 0.000254148090 | $2,160.69 | $2,388.86 | 0.000067653668 | $988.57 | $3,149.26 |
| 110 | MANAGEMENT - ILA MANAGED HEALTH CARE TRUST FUND | $0.00 | 0.000000000000 | $0.00 | $131,084.09 | 0.003712364689 | $54,246.05 | $54,246.05 |
| 111 | USG CORPORATION | $0.00 | 0.000000000000 | $0.00 | $2,091.36 | 0.000059228324 | $865.46 | $865.46 |
| 112 | UNIVERSITY OF MINNESOTA UPLAN | $0.00 | 0.000000000000 | $0.00 | $19,485.75 | 0.000551845844 | $8,063.72 | $8,063.72 |
| 113 | THE UNIVERSITY OF TEXAS SYSTEM | $0.00 | 0.000000000000 | $0.00 | $13,382.27 | 0.000378992345 | $5,537.94 | $5,537.94 |
| 114 | GENERAL MOTORS HEALTHCARE PROGRAM | $6,549.52 | 0.000515437280 | $4,382.09 | $292,502.64 | 0.008283815925 | $121,045.31 | $125,427.40 |
| 115 | MICHIGAN REGIONAL COUNCIL OF CARPENTERS | $0.00 | 0.000000000000 | $0.00 | $3,841.12 | 0.000108782372 | $1,589.56 | $1,589.56 |
| 116 | WESTERN PA TEAMSTERS & EMPLOYERS WLF FND | $0.00 | 0.000000000000 | $0.00 | $1,170.27 | 0.000033142611 | $484.29 | $484.29 |
| 121 | THE BOEING COMPANY EMPL H&W BEN PLN | $0.00 | 0.000000000000 | $0.00 | $36,355.00 | 0.001029591145 | $15,044.66 | $15,044.66 |
| 122 | UNITED STATES STEEL CORPORATION | $261.84 | 0.000020606410 | $175.19 | $675,466.29 | 0.019129531310 | $279,525.77 | $279,700.96 |
| 123 | UAW RETIRED MEDICAL BENEFITS TRUST | $0.00 | 0.000000000000 | $0.00 | $48,250.39 | 0.001366474330 | $19,967.28 | $19,967.28 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report

PROJECT:  Astra23 TPP  -  Database:  AZ2T

Report Criteria:  Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 124 | AMERICAN REPUBLIC INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $655,214.32 | 0.018555985746 | $271,144.97 | $271,144.97 |
| 125 | THE FLORENCE MINING COMPANY | $0.00 | 0.000000000000 | $0.00 | $2,129.05 | 0.000060295723 | $881.06 | $881.06 |
| 126 | PLUMBERS & STEAMFITTERS LOC 440 H&W PLAN | $0.00 | 0.000000000000 | $0.00 | $2,613.12 | 0.000074004819 | $1,081.38 | $1,081.38 |
| 127 | INDIANA STATE COUNCIL OF ROOFERS H&W FND | $0.00 | 0.000000000000 | $0.00 | $5,421.24 | 0.000153532133 | $2,243.45 | $2,243.45 |
| 128 | CENTRAL CAMBRIA SCHOOL DISTRICT | $0.00 | 0.000000000000 | $0.00 | $3,578.52 | 0.000101345413 | $1,480.89 | $1,480.89 |
| 129 | BCBS OF RHODE ISLAND | $24,036.46 | 0.001891632907 | $16,082.09 | $235,749.32 | 0.006676534514 | $97,559.29 | $113,641.38 |
| 130 | IRON WORKERS WELFARE PLAN OF W PA | $0.00 | 0.000000000000 | $0.00 | $8,972.07 | 0.000254093352 | $3,712.88 | $3,712.88 |
| 131 | BCBS OF RHODE ISLAND | $0.00 | 0.000000000000 | $0.00 | $92,671.21 | 0.002624493390 | $38,349.79 | $38,349.79 |
| 132 | MOTOROLA INC | $0.00 | 0.000000000000 | $0.00 | $10,234.07 | 0.000289833801 | $4,235.13 | $4,235.13 |
| 133 | ADVENTIST RISK MANAGEMENT INC C/O ELLEN ELDRIDGE | $0.00 | 0.000000000000 | $0.00 | $4,614.03 | 0.000130671556 | $1,909.41 | $1,909.41 |
| 134 | BOARD OF TRUSTEES OF CEMENT MASONS HEALTH & WELFARE TRUST FUND | $0.00 | 0.000000000000 | $0.00 | $2,340.94 | 0.000066296551 | $968.74 | $968.74 |
| 135 | THE HERSHEY COMPANY | $0.00 | 0.000000000000 | $0.00 | $28,457.27 | 0.000805923620 | $11,776.37 | $11,776.37 |
| 136 | PG PUBLISHING CO INC | $0.00 | 0.000000000000 | $0.00 | $12,232.53 | 0.000346431153 | $5,062.14 | $5,062.14 |
| 137 | NORTHERN CALIFORNIA BAKERY &  CONFECTIONARY HEALTH & WELFARE FND | $0.00 | 0.000000000000 | $0.00 | $10,758.42 | 0.000304683646 | $4,452.12 | $4,452.12 |
| 138 | GOULD ELECTRONICS INC | $0.00 | 0.000000000000 | $0.00 | $725.84 | 0.000020556139 | $300.37 | $300.37 |
| 140 | INDEPENDENCE BLUE CROSS | $3,031.79 | 0.000238597270 | $2,028.48 | $3,885,212.32 | 0.110031087889 | $1,607,803.33 | $1,609,831.81 |
| 141 | INDEPENDENCE BLUE CROSS | $0.00 | 0.000000000000 | $0.00 | $53,086.21 | 0.001503427086 | $21,968.47 | $21,968.47 |
| 142 | HEALTHPARTNERS INC | $0.00 | 0.000000000000 | $0.00 | $476,545.12 | 0.013495987777 | $197,206.94 | $197,206.94 |
| 143 | STATE OF MINNESOTA | $0.00 | 0.000000000000 | $0.00 | $1,497.08 | 0.000042398028 | $619.53 | $619.53 |
| 144 | ALLEGHENY COUNTY SCHOOLS  HEALTH INSURANCE CONSORTIUM | $0.00 | 0.000000000000 | $0.00 | $40,959.45 | 0.001159991391 | $16,950.10 | $16,950.10 |
| 146 | HBKW INC | $0.00 | 0.000000000000 | $0.00 | $15,561.21 | 0.000440700977 | $6,439.64 | $6,439.64 |
| 147 | HF MANAGEMENT SERVICES LLC | $0.00 | 0.000000000000 | $0.00 | $299,803.57 | 0.008490581786 | $124,066.62 | $124,066.62 |
| 148 | IOWA CHICAGO & EASTERN RAILROAD CORP | $0.00 | 0.000000000000 | $0.00 | $4,614.76 | 0.000130692230 | $1,909.71 | $1,909.71 |
| 149 | SHEET METAL WRKRS LOC 104 HLTH CARE PLN | $0.00 | 0.000000000000 | $0.00 | $2,237.32 | 0.000063361982 | $925.86 | $925.86 |
| 150 | WORLD INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $81,932.12 | 0.002320357178 | $33,905.67 | $33,905.67 |
| 151 | PRIVATE COLLEGE & UNIVERSITY CONSORTIUM | $0.00 | 0.000000000000 | $0.00 | $3,241.60 | 0.000091803676 | $1,341.46 | $1,341.46 |
| 152 | NORTHWEST SCHOOL CONSORTIUM | $0.00 | 0.000000000000 | $0.00 | $2,318.40 | 0.000065658207 | $959.42 | $959.42 |
| 153 | MIDWEST HEALTH COMBINE | $0.00 | 0.000000000000 | $0.00 | $14,375.68 | 0.000407126195 | $5,949.04 | $5,949.04 |
| 154 | H J HEINZ COMPANY | $0.00 | 0.000000000000 | $0.00 | $7,106.28 | 0.000201253279 | $2,940.77 | $2,940.77 |
| 155 | DAKOTACARE | $0.00 | 0.000000000000 | $0.00 | $1,437.89 | 0.000040721783 | $595.04 | $595.04 |
| 156 | INTERNATIONAL BUSINESS MACHINES CORP | $0.00 | 0.000000000000 | $0.00 | $29,272.48 | 0.000829010760 | $12,113.72 | $12,113.72 |
| 157 | PRINCIPAL LIFE INSURANCE CO - NATIONAL | $0.00 | 0.000000000000 | $0.00 | $1,638,953.33 | 0.046415949258 | $678,242.11 | $678,242.11 |
| 161 | DUPONT MEDICAL PLAN | $0.00 | 0.000000000000 | $0.00 | $42,449.77 | 0.001202197972 | $17,566.83 | $17,566.83 |
| 162 | SOUTHERN CALIFORNIA UNITED FOODS & COMMERCIAL WORKERS TRUST FUND | $0.00 | 0.000000000000 | $0.00 | $2,842.22 | 0.000080493042 | $1,176.19 | $1,176.19 |
| 163 | GENERAL MILLS INC | $0.00 | 0.000000000000 | $0.00 | $1,960.24 | 0.000055514943 | $811.20 | $811.20 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report

PROJECT: Astra23 TPP  -  Database:  AZ2T

Report Criteria:  Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 164 | GENERAL MCLANE SCHOOL DISTRICT | $0.00 | 0.000000000000 | $0.00 | $1,170.27 | 0.000033142611 | $484.29 | $484.29 |
| 165 | STEAMFITTERS LOCAL 449 MEDICAL & BEN PLN | $0.00 | 0.000000000000 | $0.00 | $9,017.70 | 0.000255385616 | $3,731.76 | $3,731.76 |
| 166 | ALCOA | $0.00 | 0.000000000000 | $0.00 | $151,535.50 | 0.004291558490 | $62,709.39 | $62,709.39 |
| 167 | SHOPMENS LOCAL 527 BENEFIT FUND | $0.00 | 0.000000000000 | $0.00 | $273.06 | 0.000007733191 | $113.00 | $113.00 |
| 168 | STATE OF MARYLAND | $0.00 | 0.000000000000 | $0.00 | $57,699.48 | 0.001634077119 | $23,877.57 | $23,877.57 |
| 169 | BCBS OF KANSAS INC | $0.00 | 0.000000000000 | $0.00 | $465,154.12 | 0.013173389160 | $192,493.04 | $192,493.04 |
| 170 | BULL MOOSE TUBE EMPLOYEE BENEFIT TRUST | $0.00 | 0.000000000000 | $0.00 | $3,136.83 | 0.000088836539 | $1,298.10 | $1,298.10 |
| 171 | GREATER PENNSYLVANIA CARPENTERS MEDICAL PLAN | $0.00 | 0.000000000000 | $0.00 | $54,768.77 | 0.001551077998 | $22,664.76 | $22,664.76 |
| 172 | BAKERY WORKERS UNION HEALTH BENEFITS FUND | $0.00 | 0.000000000000 | $0.00 | $45,409.84 | 0.001286028583 | $18,791.79 | $18,791.79 |
| 173 | UFCW LOCAL 23 & EMPLOYERS HEALTH FUND | $0.00 | 0.000000000000 | $0.00 | $23,285.46 | 0.000659465465 | $9,636.14 | $9,636.14 |
| 174 | WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | $0.00 | 0.000000000000 | $0.00 | $40,197.42 | 0.001138410334 | $16,634.75 | $16,634.75 |
| 175 | WPS HEALTH PLAN INC | $0.00 | 0.000000000000 | $0.00 | $20,183.21 | 0.000571598248 | $8,352.34 | $8,352.34 |
| 176 | SUPERVALU INC | $0.00 | 0.000000000000 | $0.00 | $115,550.27 | 0.003272439410 | $47,817.75 | $47,817.75 |
| 177 | CAPITAL DISTRICT PHYSICIANS HEALTH PLAN INC | $0.00 | 0.000000000000 | $0.00 | $152,232.28 | 0.004311291636 | $62,997.73 | $62,997.73 |
| 178 | CDPHP UNIVERSAL BENEFITS INC | $0.00 | 0.000000000000 | $0.00 | $3,383.94 | 0.000095834814 | $1,400.36 | $1,400.36 |
| 179 | AMERICAN MEDICAL SECURITY LIFE INSURANCE CO | $0.00 | 0.000000000000 | $0.00 | $101,530.65 | 0.002875397006 | $42,016.06 | $42,016.06 |
| 180 | MERCK & CO INC | $0.00 | 0.000000000000 | $0.00 | $33,586.75 | 0.000951192969 | $13,899.08 | $13,899.08 |
| 181 | CBA/EBPA INC | $0.00 | 0.000000000000 | $0.00 | $22,984.43 | 0.000650930150 | $9,511.56 | $9,511.56 |
| 182 | ARECLOR MITTAL TUBULAR PRODUCTS USA CORP | $0.00 | 0.000000000000 | $0.00 | $3,647.06 | 0.000103286499 | $1,509.25 | $1,509.25 |
| 183 | THE UNION LABOR LIFE INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $18,415.33 | 0.000521531033 | $7,620.75 | $7,620.75 |
| 184 | BCBS OF S CAROLINA | $0.00 | 0.000000000000 | $0.00 | $7,801.78 | 0.000220950175 | $3,228.58 | $3,228.58 |
| 185 | BLUECHOICE HEALTHPLAN OF S CAROLINA | $0.00 | 0.000000000000 | $0.00 | $22,924.80 | 0.000649241399 | $9,486.89 | $9,486.89 |
| 186 | PARAMOUNT CARE OF MICHIGAN INC | $0.00 | 0.000000000000 | $0.00 | $9,503.47 | 0.000269142857 | $3,932.79 | $3,932.79 |
| 187 | PARAMOUNT CARE INC DBA PARAMOUNT HEALTH CARE | $0.00 | 0.000000000000 | $0.00 | $225,712.06 | 0.006392274467 | $93,405.60 | $93,405.60 |
| 188 | SCREEN ACTORS GUILD PRODUCERS HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $7,317.96 | 0.000207248159 | $3,028.36 | $3,028.36 |
| 189 | COMMONWEALTH OF VIRGINIA | $0.00 | 0.000000000000 | $0.00 | $9,137.79 | 0.000258786623 | $3,781.46 | $3,781.46 |
| 190 | DUQUESNE UNIVERSITY | $0.00 | 0.000000000000 | $0.00 | $1,357.15 | 0.000038435143 | $561.62 | $561.62 |
| 191 | UFCW-EMPLOYERS BENEFIT PLANS OF NORTHERN CALIFORNIA GROUP ADMINISTRATION LLC | $0.00 | 0.000000000000 | $0.00 | $9,515.76 | 0.000269490915 | $3,937.87 | $3,937.87 |
| 192 | NORTHERN NJ TEAMSTERS BENEFIT PLAN | $0.00 | 0.000000000000 | $0.00 | $6,037.90 | 0.000170996242 | $2,498.64 | $2,498.64 |
| 193 | FEDEX GROUND INC | $0.00 | 0.000000000000 | $0.00 | $11,550.81 | 0.000327124514 | $4,780.03 | $4,780.03 |
| 194 | MOTION PICTURE INDUSTRY PENSION & HEALTH PLNS | $0.00 | 0.000000000000 | $0.00 | $8,049.80 | 0.000227974221 | $3,331.22 | $3,331.22 |
| 195 | CITY OF HARRISBURG | $0.00 | 0.000000000000 | $0.00 | $6,461.00 | 0.000182978638 | $2,673.73 | $2,673.73 |
| 196 | HELMERICH & PAYNE INC | $0.00 | 0.000000000000 | $0.00 | $446.49 | 0.000012644812 | $184.77 | $184.77 |
| 197 | TRANSTAR INC | $0.00 | 0.000000000000 | $0.00 | $214.31 | 0.000006069363 | $88.69 | $88.69 |
| 198 | CITY OF PITTSBURGH EMPL BENEFITS | $0.00 | 0.000000000000 | $0.00 | $22,838.87 | 0.000646807820 | $9,451.33 | $9,451.33 |
| 199 | COMMONWEALTH OF KY PERSONNEL CABINET PUBLIC EMPL HEALTH INSURANCE PRGM | $0.00 | 0.000000000000 | $0.00 | $13,741.65 | 0.000389170160 | $5,686.66 | $5,686.66 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report

PROJECT:  Astra23 TPP  -  Database:  AZ2T

Report Criteria:  Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 200 | MAYO CLINIC | $0.00 | 0.000000000000 | $0.00 | $3,433.34 | 0.000097233846 | $1,420.81 | $1,420.81 |
| 201 | GEORGIA PACIFIC LLC | $0.00 | 0.000000000000 | $0.00 | $18,081.44 | 0.000512075107 | $7,482.58 | $7,482.58 |
| 202 | MONROE PLUMBERS PIPEFITTERS LOC 671 H&W FUND | $0.00 | 0.000000000000 | $0.00 | $546.20 | 0.000015468648 | $226.03 | $226.03 |
| 204 | EXCELLUS HEALTH PLAN INC | $0.00 | 0.000000000000 | $0.00 | $1,390,371.89 | 0.039376002912 | $575,372.56 | $575,372.56 |
| 205 | AGRI BUSINESS BENEFIT TRUST | $0.00 | 0.000000000000 | $0.00 | $4,725.00 | 0.000133814280 | $1,955.33 | $1,955.33 |
| 206 | AMERICAN ELECTRIC POWER SERVICE CORP | $0.00 | 0.000000000000 | $0.00 | $3,343.74 | 0.000094696330 | $1,383.73 | $1,383.73 |
| 207 | FIRST RECOVERY GROUP C/O PARKER HANNIFIN | $0.00 | 0.000000000000 | $0.00 | $1,118.02 | 0.000031662866 | $462.67 | $462.67 |
| 208 | THE PNC FINANCIAL SERVICES GROUP INC | $0.00 | 0.000000000000 | $0.00 | $51,670.81 | 0.001463342275 | $21,382.74 | $21,382.74 |
| 209 | NISSAN NORTH AMERICA INC | $0.00 | 0.000000000000 | $0.00 | $25,268.43 | 0.000715614132 | $10,456.74 | $10,456.74 |
| 210 | MANAGED CARE ADVISORY GROUP | $0.00 | 0.000000000000 | $0.00 | $59,100.00 | 0.001673740521 | $24,457.14 | $24,457.14 |
| 211 | MANAGED CARE ADVISORY GROUP | $0.00 | 0.000000000000 | $0.00 | $733.00 | 0.000020758914 | $303.33 | $303.33 |
| 212 | MANAGED CARE ADVISORY GROUP | $0.00 | 0.000000000000 | $0.00 | $2,355.00 | 0.000066694737 | $974.56 | $974.56 |
| 213 | MANAGED CARE ADVISORY GROUP | $0.00 | 0.000000000000 | $0.00 | $1,043.00 | 0.000029538263 | $431.62 | $431.62 |
| 214 | MANAGED CARE ADVISORY GROUP | $11,048.00 | 0.000869460826 | $7,391.89 | $0.00 | 0.000000000000 | $0.00 | $7,391.89 |
| 215 | GENERAL PARTS INTERNATIONAL INC | $0.00 | 0.000000000000 | $0.00 | $1,178.58 | 0.000033377954 | $487.73 | $487.73 |
| 216 | MERCY PHYSICIANS MEDIAL GROUP INC | $0.00 | 0.000000000000 | $0.00 | $18,088.06 | 0.000512262588 | $7,485.32 | $7,485.32 |
| 217 | STATE OF SC EMPLOYEE INSURANCE PRGM | $0.00 | 0.000000000000 | $0.00 | $10,601.78 | 0.000300247526 | $4,387.30 | $4,387.30 |
| 218 | WV DEPT OF ADMIN PUBLIC EMPLYS INS AGY PEIA | $0.00 | 0.000000000000 | $0.00 | $152,953.04 | 0.004331703907 | $63,296.00 | $63,296.00 |
| 220 | UNITED FEDERATION OF TEACHERS WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $1,604.76 | 0.000045447578 | $664.09 | $664.09 |
| 221 | NATL RAILWAY CARRIERS UNITED TRNSP UN H&W PLN | $0.00 | 0.000000000000 | $0.00 | $4,608.44 | 0.000130513245 | $1,907.09 | $1,907.09 |
| 222 | RAILROAD EMPL NATL EARLY RETIREMENT MAJOR MEDICAL BENEFIT PLAN | $0.00 | 0.000000000000 | $0.00 | $2,381.91 | 0.000067456841 | $985.70 | $985.70 |
| 223 | STERLING LIFE INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $81,001.26 | 0.002293994774 | $33,520.46 | $33,520.46 |
| 224 | ONEOK INC | $0.00 | 0.000000000000 | $0.00 | $39,472.88 | 0.001117891011 | $16,334.92 | $16,334.92 |
| 225 | HARVARD PILGRIM HEALTHCARE INC HPHC | $1,695,055.74 | 0.133398313096 | $1,134,111.82 | $43,963.06 | 0.001245055076 | $18,193.07 | $1,152,304.89 |
| 226 | HARVARD PILGRIM HEALTHCARE INC HPHC | $112,191.50 | 0.008829300707 | $75,064.02 | $8,595.62 | 0.000243432107 | $3,557.09 | $78,621.11 |
| 227 | EMPLOYEES RETIREMENT SYSTEM OF TX | $0.00 | 0.000000000000 | $0.00 | $379,004.37 | 0.010733586664 | $156,842.00 | $156,842.00 |
| 228 | GEISINGER HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $298,440.71 | 0.008451984933 | $123,502.64 | $123,502.64 |
| 229 | INDEPENDENT HEALTH ASSOC | $0.00 | 0.000000000000 | $0.00 | $706,827.34 | 0.020017691381 | $292,503.80 | $292,503.80 |
| 230 | CAPITAL BLUECROSS ASO | $0.00 | 0.000000000000 | $0.00 | $128,374.42 | 0.003635625527 | $53,124.72 | $53,124.72 |
| 231 | CAPITAL BLUECROSS NON ASO | $0.00 | 0.000000000000 | $0.00 | $1,002,162.66 | 0.028381730171 | $414,721.34 | $414,721.34 |
| 232 | COMMUNITYCARE HMO INC | $0.00 | 0.000000000000 | $0.00 | $454,921.81 | 0.012883605203 | $188,258.64 | $188,258.64 |
| 233 | COMMUNITYCARE LIFE & HEALTH INS CO | $0.00 | 0.000000000000 | $0.00 | $6,948.33 | 0.000196780059 | $2,875.40 | $2,875.40 |
| 234 | BAY CARE HEALTH SYSTEMS INC | $0.00 | 0.000000000000 | $0.00 | $8,089.76 | 0.000229105967 | $3,347.76 | $3,347.76 |
| 235 | SOUTHERN CALIFORNIA EDISON | $0.00 | 0.000000000000 | $0.00 | $1,532,838.00 | 0.043410711901 | $634,328.79 | $634,328.79 |
| 236 | UNITED PARCEL SERVICE | $0.00 | 0.000000000000 | $0.00 | $15,371.55 | 0.000435329714 | $6,361.15 | $6,361.15 |
| 237 | CONOCO PHILLIPS COMPANY | $0.00 | 0.000000000000 | $0.00 | $287.64 | 0.000008146104 | $119.03 | $119.03 |
| 238 | MICRON TECHNOLOGY INC | $0.00 | 0.000000000000 | $0.00 | $700.00 | 0.000019824338 | $289.68 | $289.68 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report

PROJECT: Astra23 TPP  -  Database:  AZ2T

Report Criteria:  Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 239 | THE CLEVELAND CLINIC FOUNDATION SELF INSURED EMPLOYEE HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $53,541.80 | 0.001516329615 | $22,157.01 | $22,157.01 |
| 240 | NEW YORK CITY TRANSIT | $0.00 | 0.000000000000 | $0.00 | $33,802.57 | 0.000957305095 | $13,988.39 | $13,988.39 |
| 241 | MAXORPLUS LTD | $0.00 | 0.000000000000 | $0.00 | $19,671.88 | 0.000557117135 | $8,140.74 | $8,140.74 |
| 242 | CITY OF COLORADO SPRINGS | $0.00 | 0.000000000000 | $0.00 | $3,558.06 | 0.000100765976 | $1,472.42 | $1,472.42 |
| 244 | MCKENZIE ROTHWELL BARLOW & KORPI PS | $0.00 | 0.000000000000 | $0.00 | $8,076.60 | 0.000228733210 | $3,342.31 | $3,342.31 |
| 245 | GENERAL ELECTRIC COMPANY | $2,947.50 | 0.000231963775 | $1,972.09 | $64,440.03 | 0.001824972748 | $26,666.98 | $28,639.07 |
| 246 | NATL ASSOC LETTER CARRIERS HEALTH BEN PLAN | $25,505.67 | 0.002007257503 | $17,065.09 | $843,590.10 | 0.023890878745 | $349,099.83 | $366,164.92 |
| 247 | MEDICAL BENEFITS ADMINISTRATORS INC | $0.00 | 0.000000000000 | $0.00 | $94,695.53 | 0.002681823109 | $39,187.51 | $39,187.51 |
| 248 | NY STATE CATHOLIC HEALTH PLAN INC DBA FIDELIS CARE NEW YORK | $0.00 | 0.000000000000 | $0.00 | $10,802.07 | 0.000305919835 | $4,470.18 | $4,470.18 |
| 249 | FOOT LOCKER WELFARE BENEFIT PAYMENT PLAN | $0.00 | 0.000000000000 | $0.00 | $6,509.76 | 0.000184359545 | $2,693.91 | $2,693.91 |
| 250 | AMERIGROUP CORPORATION | $0.00 | 0.000000000000 | $0.00 | $5,180.11 | 0.000146703215 | $2,143.67 | $2,143.67 |
| 251 | PRIORITY HEALTH | $0.00 | 0.000000000000 | $0.00 | $1,520.36 | 0.000043057329 | $629.17 | $629.17 |
| 252 | METRO PLUS HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $79,666.12 | 0.002256182965 | $32,967.94 | $32,967.94 |
| 253 | HOMER CENTER SCHOOL DISTRICT | $0.00 | 0.000000000000 | $0.00 | $7,097.28 | 0.000200998395 | $2,937.04 | $2,937.04 |
| 254 | DIVISION 1181 ATU NY WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $6,416.41 | 0.000181715828 | $2,655.28 | $2,655.28 |
| 255 | BELDEN | $0.00 | 0.000000000000 | $0.00 | $8,255.69 | 0.000233805125 | $3,416.42 | $3,416.42 |
| 256 | TEXAS HEALTH INSURANCE POOL | $0.00 | 0.000000000000 | $0.00 | $21,174.37 | 0.000599668377 | $8,762.51 | $8,762.51 |
| 258 | HEALTH ALLIANCE MEDICAL PLANS INC | $0.00 | 0.000000000000 | $0.00 | $88,217.76 | 0.002498369537 | $36,506.84 | $36,506.84 |
| 259 | MARYLAND CARE INC DBA MARYLAND PHYSICIANS CARE | $0.00 | 0.000000000000 | $0.00 | $5,962.32 | 0.000168855780 | $2,467.37 | $2,467.37 |
| 260 | FALLON COMMUNITY HEALTH PLAN | $1,608,984.68 | 0.126624651357 | $1,076,524.21 | $58,155.34 | 0.001646987294 | $24,066.21 | $1,100,590.42 |
| 261 | SODEXO | $0.00 | 0.000000000000 | $0.00 | $8,952.91 | 0.000253550732 | $3,704.95 | $3,704.95 |
| 262 | DELAWARE PHYSICIANS CARE INC DPCI | $0.00 | 0.000000000000 | $0.00 | $11,279.60 | 0.000319443715 | $4,667.80 | $4,667.80 |
| 264 | CENTRAL UNITED LIFE INSURANCE CO | $0.00 | 0.000000000000 | $0.00 | $167,556.48 | 0.004745280376 | $69,339.29 | $69,339.29 |
| 265 | PPG INDUSTRIES INC | $0.00 | 0.000000000000 | $0.00 | $109,493.26 | 0.003100901964 | $45,311.20 | $45,311.20 |
| 267 | PLUMBERS & STEAMFITTERS LOC 47 NW PA WLFR FND | $0.00 | 0.000000000000 | $0.00 | $5,738.31 | 0.000162511708 | $2,374.66 | $2,374.66 |
| 268 | IBEW LOCAL 712 WELFARE TRUST FUND | $0.00 | 0.000000000000 | $0.00 | $4,140.22 | 0.000117253028 | $1,713.33 | $1,713.33 |
| 269 | MVP SELECT CARE INC | $0.00 | 0.000000000000 | $0.00 | $74,534.50 | 0.002110853010 | $30,844.34 | $30,844.34 |
| 270 | ROCKY MTN UFCW & EMPLOYERS HEALTH BENEFIT PLAN | $0.00 | 0.000000000000 | $0.00 | $6,771.63 | 0.000191775830 | $2,802.28 | $2,802.28 |
| 271 | ALLSTATE INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $16,899.17 | 0.000478592650 | $6,993.32 | $6,993.32 |
| 272 | OSF HEALTHCARE SYSTEM | $0.00 | 0.000000000000 | $0.00 | $20,278.88 | 0.000574307668 | $8,391.94 | $8,391.94 |
| 273 | ALLEGHENY ENERGY SERVICE CORPORATION | $0.00 | 0.000000000000 | $0.00 | $19,453.36 | 0.000550928543 | $8,050.31 | $8,050.31 |
| 274 | WAUSAU PAPERS | $0.00 | 0.000000000000 | $0.00 | $11,193.58 | 0.000317007588 | $4,632.20 | $4,632.20 |
| 275 | GATEWAY HEALTH PLAN LP | $0.00 | 0.000000000000 | $0.00 | $73,862.16 | 0.002091812017 | $30,566.11 | $30,566.11 |
| 276 | FIRST ENERGY CORP | $0.00 | 0.000000000000 | $0.00 | $14,891.32 | 0.000421729369 | $6,162.42 | $6,162.42 |
| 277 | AMERICAN MARITIME OFFICERS MEDICAL PLAN | $0.00 | 0.000000000000 | $0.00 | $10,261.92 | 0.000290622527 | $4,246.65 | $4,246.65 |
| 278 | EASTMAN KODAK COMPANY | $0.00 | 0.000000000000 | $0.00 | $112,882.76 | 0.003196894240 | $46,713.86 | $46,713.86 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report

PROJECT: Astra23 TPP  -  Database: AZ2T

Report Criteria: Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO: 1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 279 | CARNEGIE MELLON UNIVERSITY | $0.00 | 0.000000000000 | $0.00 | $4,111.92 | 0.000116451559 | $1,701.62 | $1,701.62 |
| 280 | AMEREN | $0.00 | 0.000000000000 | $0.00 | $12,288.59 | 0.000348018799 | $5,085.34 | $5,085.34 |
| 281 | NORTHWEST ADMINISTRATORS INC | $0.00 | 0.000000000000 | $0.00 | $54,105.23 | 0.001532286225 | $22,390.17 | $22,390.17 |
| 282 | PRIMECARE OF TEMECULA INC | $0.00 | 0.000000000000 | $0.00 | $10,241.82 | 0.000290053285 | $4,238.34 | $4,238.34 |
| 283 | PRIMECARE OF REDLANDS INC | $0.00 | 0.000000000000 | $0.00 | $44.65 | 0.000001264510 | $18.48 | $18.48 |
| 284 | PRIMECARE OF MORENO VALLEY INC | $0.00 | 0.000000000000 | $0.00 | $11,632.23 | 0.000329430367 | $4,813.72 | $4,813.72 |
| 285 | PRIMECARE OF INLAND VALLEY INC | $0.00 | 0.000000000000 | $0.00 | $98,170.44 | 0.002780234237 | $40,625.52 | $40,625.52 |
| 286 | PRIMECARE OF HEMET VALLEY INC | $0.00 | 0.000000000000 | $0.00 | $1,127.97 | 0.000031944655 | $466.78 | $466.78 |
| 287 | PRIMECARE OF CORONA INC | $0.00 | 0.000000000000 | $0.00 | $3,806.92 | 0.000107813812 | $1,575.40 | $1,575.40 |
| 288 | PRIMECARE MEDICAL GROUP OF CHINO VALLEY | $0.00 | 0.000000000000 | $0.00 | $14,831.05 | 0.000420022493 | $6,137.48 | $6,137.48 |
| 289 | MVP HEALTH CARE INC | $0.00 | 0.000000000000 | $0.00 | $973,142.86 | 0.027559875430 | $402,712.18 | $402,712.18 |
| 290 | SOUTHWEST CATHOLIC HEALTH NETWORK DBA MERCYCARE PLAN | $0.00 | 0.000000000000 | $0.00 | $31,972.54 | 0.000905477763 | $13,231.08 | $13,231.08 |
| 291 | MHP INC | $0.00 | 0.000000000000 | $0.00 | $28,375.18 | 0.000803598791 | $11,742.40 | $11,742.40 |
| 292 | OMNIBUS HEALTH CARE PLAN OF CHEVRON CORP | $0.00 | 0.000000000000 | $0.00 | $47,083.39 | 0.001333424327 | $19,484.35 | $19,484.35 |
| 293 | UFCW UNIONS & EMPLOYERS BENEFIT PLAN OF SOUTHWESTERN OHIO AREA | $0.00 | 0.000000000000 | $0.00 | $2,295.29 | 0.000065003720 | $949.85 | $949.85 |
| 294 | HIGHMARK INC | $2,071.91 | 0.000163056171 | $1,386.25 | $5,481,194.42 | 0.155230071176 | $2,268,262.81 | $2,269,649.06 |
| 295 | TRUCKING EMPLOYEES OF N JERSEY WELFARE FND | $0.00 | 0.000000000000 | $0.00 | $2,436.06 | 0.000068990395 | $1,008.11 | $1,008.11 |
| 296 | ALOHACARE | $0.00 | 0.000000000000 | $0.00 | $15,411.66 | 0.000436465649 | $6,377.75 | $6,377.75 |
| 297 | SELECT MEDICAL CORPORATION GROUP HEALTH | $0.00 | 0.000000000000 | $0.00 | $11,019.26 | 0.000312070761 | $4,560.06 | $4,560.06 |
| 298 | AUXIANT | $0.00 | 0.000000000000 | $0.00 | $46,811.94 | 0.001325736732 | $19,372.02 | $19,372.02 |
| 299 | STERIS CORPORATION | $0.00 | 0.000000000000 | $0.00 | $1,021.37 | 0.000028925691 | $422.67 | $422.67 |
| 300 | UFCW LOCAL 1776 & PARTICIPATING EMPLOYER HEALTH & WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $62,563.52 | 0.001771829079 | $25,890.43 | $25,890.43 |
| 301 | EMDEON / THE SENTINEL GROUP SERVICES LLC | $0.00 | 0.000000000000 | $0.00 | $229,180.41 | 0.006490499813 | $94,840.90 | $94,840.90 |
| 302 | HUDSON HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $6,697.35 | 0.000189672184 | $2,771.54 | $2,771.54 |
| 303 | UFCW LOCAL 1500 WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $748.48 | 0.000021197315 | $309.74 | $309.74 |
| 304 | UNIVERSITY OF PENNSYLVANIA | $0.00 | 0.000000000000 | $0.00 | $5,802.10 | 0.000164318272 | $2,401.06 | $2,401.06 |
| 305 | HOSPITAL SERVICES ASSOC NW PA DBA BC OF NORTHWESTERN PA | $0.00 | 0.000000000000 | $0.00 | $91,878.97 | 0.002602056771 | $38,021.94 | $38,021.94 |
| 306 | THE BON-TON STORES INC | $0.00 | 0.000000000000 | $0.00 | $357.20 | 0.000010116076 | $147.82 | $147.82 |
| 307 | BETHANY BENEFIT SERVICE | $0.00 | 0.000000000000 | $0.00 | $4,993.15 | 0.000141408418 | $2,066.30 | $2,066.30 |
| 308 | GUIDESTONE FINANCIAL RESOURCES  OF THE SOUTHERN BAPTIST CONVENTION | $0.00 | 0.000000000000 | $0.00 | $4,968.87 | 0.000140720796 | $2,056.25 | $2,056.25 |
| 309 | PHYSICIANS HEALTH PLAN OF MID MICHIGAN | $0.00 | 0.000000000000 | $0.00 | $136,035.71 | 0.003852596957 | $56,295.16 | $56,295.16 |
| 310 | CROWLEY CHRYSLER PLYMOUTH HWP | $0.00 | 0.000000000000 | $0.00 | $1,440.00 | 0.000040781495 | $595.91 | $595.91 |
| 311 | LINCOLN BENEFIT TRUST | $0.00 | 0.000000000000 | $0.00 | $375.99 | 0.000010648218 | $155.59 | $155.59 |
| 312 | OFFICE OF GROUP BENEFITS STATE OF LA | $0.00 | 0.000000000000 | $0.00 | $12,814.03 | 0.000362899514 | $5,302.78 | $5,302.78 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report

PROJECT:  Astra23 TPP  -  Database:  AZ2T
Report Criteria:  Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 316 | RR DONNELLEY & SONS COMPANY  POST RETIREMENT MEDICAL BENEFITS TRUST | $0.00 | 0.000000000000 | $0.00 | $1,457.26 | 0.000041270306 | $603.05 | $603.05 |
| 317 | RR DONNELLEY & SONS COMPANY  WELFARE BENEFITS TRUST | $0.00 | 0.000000000000 | $0.00 | $7,476.16 | 0.000211728459 | $3,093.83 | $3,093.83 |
| 319 | ZIPPO MFG CO | $0.00 | 0.000000000000 | $0.00 | $2,512.37 | 0.000071151531 | $1,039.68 | $1,039.68 |
| 320 | MATHEMATICA INC PPO MEDICAL PLAN | $0.00 | 0.000000000000 | $0.00 | $16,383.68 | 0.000463993724 | $6,780.00 | $6,780.00 |
| 321 | KEYSTONE AMERIHEALTH MERCY HEALTH PLAN | $0.00 | 0.000000000000 | $0.00 | $5,527.09 | 0.000156529856 | $2,287.26 | $2,287.26 |
| 322 | SPECIAL AGENTS MUTUAL BENEFIT ASSOC SAMBA | $0.00 | 0.000000000000 | $0.00 | $4,199.40 | 0.000118929035 | $1,737.82 | $1,737.82 |
| 323 | VOLKSWAGEN GROUP OF AMERICA | $0.00 | 0.000000000000 | $0.00 | $2,411.86 | 0.000068305039 | $998.09 | $998.09 |
| 324 | HERMITAGE AREA SCHOOL DISTRICT | $0.00 | 0.000000000000 | $0.00 | $481.56 | 0.000013638012 | $199.28 | $199.28 |
| 325 | AMPCO PITTSBURGH CORPORATION | $0.00 | 0.000000000000 | $0.00 | $1,285.36 | 0.000036402016 | $531.92 | $531.92 |
| 326 | OPERATING ENGINEERS LOCAL 66 WELFARE FUND | $0.00 | 0.000000000000 | $0.00 | $5,691.11 | 0.000161174982 | $2,355.13 | $2,355.13 |
| 327 | LOCAL 338 BENEFITS FUND | $0.00 | 0.000000000000 | $0.00 | $2,000.00 | 0.000056640965 | $827.65 | $827.65 |
| 328 | COLORADO PERA | $0.00 | 0.000000000000 | $0.00 | $11,777.43 | 0.000333542501 | $4,873.81 | $4,873.81 |
| 329 | HONEYWELL INTERNATIONAL INC | $0.00 | 0.000000000000 | $0.00 | $12,908.26 | 0.000365568153 | $5,341.78 | $5,341.78 |
| 330 | ARCHER DANIELS MIDLAND COMPANY | $0.00 | 0.000000000000 | $0.00 | $5,623.40 | 0.000159257402 | $2,327.11 | $2,327.11 |
| 332 | UPMC HEALTH PLAN INC ASO | $0.00 | 0.000000000000 | $0.00 | $105,135.09 | 0.002977476487 | $43,507.67 | $43,507.67 |
| 333 | UPMC HEALTH PLAN INC NON ASO | $0.00 | 0.000000000000 | $0.00 | $565,435.65 | 0.016013410485 | $233,992.19 | $233,992.19 |
| 334 | LOS ANGELES UNIFIED SCHOOL DISTRICT | $0.00 | 0.000000000000 | $0.00 | $1,162.03 | 0.000032909250 | $480.88 | $480.88 |
| 335 | PRESBYTERIAN HEALTH PLAN INC | $0.00 | 0.000000000000 | $0.00 | $137,165.19 | 0.003884584376 | $56,762.57 | $56,762.57 |
| 336 | EXELON CORP EMPLOYEES MEDICAL EXPENSE PLAN | $0.00 | 0.000000000000 | $0.00 | $1,190.38 | 0.000033712136 | $492.61 | $492.61 |
| 338 | MEDICA INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $39,510.47 | 0.001118955578 | $16,350.47 | $16,350.47 |
| 339 | MEDICA HEALTH PLANS | $0.00 | 0.000000000000 | $0.00 | $653,998.70 | 0.018521558801 | $270,641.91 | $270,641.91 |
| 340 | USD 457 GARDEN CITY BCBS | $0.00 | 0.000000000000 | $0.00 | $1,396.35 | 0.000039545306 | $577.85 | $577.85 |
| 342 | O'REILLY AUTOMOTIVE INC | $0.00 | 0.000000000000 | $0.00 | $1,299.32 | 0.000036797369 | $537.69 | $537.69 |
| 350 | INTERPUBLIC GROUP OF COMPANIES | $0.00 | 0.000000000000 | $0.00 | $6,841.98 | 0.000193768176 | $2,831.39 | $2,831.39 |
| 353 | MACK TRUCKS INC | $0.00 | 0.000000000000 | $0.00 | $14,041.00 | 0.000397647896 | $5,810.54 | $5,810.54 |
| 354 | AEROSPACE CONTRACTORS TRUST | $0.00 | 0.000000000000 | $0.00 | $3,483.99 | 0.000098668278 | $1,441.77 | $1,441.77 |
| 355 | PHYSICIANS HEALTH PLAN OF NORTHERN INDIANA | $0.00 | 0.000000000000 | $0.00 | $21,351.35 | 0.000604680536 | $8,835.75 | $8,835.75 |
| 357 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY | $56,676.56 | 0.004460359219 | $37,920.62 | $0.00 | 0.000000000000 | $0.00 | $37,920.62 |
| 358 | VERIZON COMMUNICATIONS INC | $14,910.71 | 0.001173450238 | $9,976.32 | $0.00 | 0.000000000000 | $0.00 | $9,976.32 |
| 359 | HORIZON BCBS OF NJ | $16,944.88 | 0.001333536328 | $11,337.32 | $0.00 | 0.000000000000 | $0.00 | $11,337.32 |
| 360 | WELLPOINT INC | $103,020.14 | 0.008107528600 | $68,927.74 | $0.00 | 0.000000000000 | $0.00 | $68,927.74 |
| 361 | HUMANA INC | $9,637.86 | 0.000758484949 | $6,448.41 | $0.00 | 0.000000000000 | $0.00 | $6,448.41 |
| 362 | AETNA INC | $43,704.63 | 0.003439488023 | $29,241.48 | $0.00 | 0.000000000000 | $0.00 | $29,241.48 |
| 363 | ALLIANCE HEALTH AND LIFE INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $14,191.50 | 0.000401910129 | $5,872.82 | $5,872.82 |
| 364 | HEALTH ALLIANCE PLAN | $0.00 | 0.000000000000 | $0.00 | $144,250.20 | 0.004085235279 | $59,694.54 | $59,694.54 |
| 365 | PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND | $0.00 | 0.000000000000 | $0.00 | $248,637.74 | 0.007041540788 | $102,892.85 | $102,892.85 |
| 368 | BON SECOURS HEALTH SYSTEM INC | $0.00 | 0.000000000000 | $0.00 | $4,978.77 | 0.000141001169 | $2,060.35 | $2,060.35 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims Report

PROJECT:  Astra23 TPP  -  Database:  AZ2T

Report Criteria:  Includes  Excludes  and Fatal Claims Excluded

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 371 | FEDERATED MUTUAL INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $1,554.20 | 0.000044015694 | $643.17 | $643.17 |
| 373 | UNITED HEALTHCARE SERVICES INC | $95,923.19 | 0.007549009411 | $64,179.38 | $0.00 | 0.000000000000 | $0.00 | $64,179.38 |
| 374 | UNITED HEALTHCARE SERVICES INC | $264,758.38 | 0.020836082517 | $177,142.03 | $0.00 | 0.000000000000 | $0.00 | $177,142.03 |
| 375 | TUFTS MEDICAL ADVANTAGE PLANS | $3,557,245.77 | 0.279949841051 | $2,380,048.26 | $0.00 | 0.000000000000 | $0.00 | $2,380,048.26 |
| 376 | TUFTS ASSOCIATED HEALTH PLANS INC | $174,620.82 | 0.013742393403 | $116,833.64 | $0.00 | 0.000000000000 | $0.00 | $116,833.64 |
| 377 | TUFTS ASSOCIATED HEALTH PLANS INC | $708,126.70 | 0.055728496125 | $473,786.70 | $0.00 | 0.000000000000 | $0.00 | $473,786.70 |
| 378 | HEALTHNOW NEW YORK INC | $4,373.69 | 0.000344202762 | $2,926.31 | $0.00 | 0.000000000000 | $0.00 | $2,926.31 |
| 379 | HEALTH NET INC | $1,500.00 | 0.000118047723 | $1,003.61 | $0.00 | 0.000000000000 | $0.00 | $1,003.61 |
| 380 | GOVERNMENT EMPLOYEES HEALTH ASSOCIATION | $393.84 | 0.000030994610 | $263.51 | $0.00 | 0.000000000000 | $0.00 | $263.51 |
| 381 | BCBSFL | $1,160.86 | 0.000091357919 | $776.70 | $0.00 | 0.000000000000 | $0.00 | $776.70 |
| 382 | BCBS ASSOCIATION | $312,024.67 | 0.024555867775 | $208,766.51 | $0.00 | 0.000000000000 | $0.00 | $208,766.51 |
| 383 | PREMERA BLUE CROSS | $0.00 | 0.000000000000 | $0.00 | $102,963.36 | 0.002915972045 | $42,608.95 | $42,608.95 |
| 384 | PREMERA BLUE CROSS | $0.00 | 0.000000000000 | $0.00 | $448,233.35 | 0.012694184788 | $185,490.78 | $185,490.78 |
| 394 | MANAGED CARE ADVISORY GROUP | $0.00 | 0.000000000000 | $0.00 | $1,375.00 | 0.000038940664 | $569.01 | $569.01 |
| 419 | STATE TEACHERS RETIREMENT SYSTEM OF OHIO | $0.00 | 0.000000000000 | $0.00 | $303,892.00 | 0.008606368097 | $125,758.52 | $125,758.52 |
| 422 | SARA LEE CORPORATION | $0.00 | 0.000000000000 | $0.00 | $11,665.32 | 0.000330367492 | $4,827.42 | $4,827.42 |
| TOTAL CLAIMS: | 339 | $12,706,725.45 | 1.000000000000 | $8,501,695.37 | $35,310,132.75 | 1.000000000000 | $14,612,264.15 | $23,113,959.52 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# EXHIBIT J

# Eligible Claims Report

PROJECT:  Astra23 TPP  -  Database:  AZ2T

Report Criteria:   Includes LATE Excludes

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | LOSS MA | FRACTION OF MA FUND | AWARD MA | LOSS NATION | FRACTION OF NATION FUND | AWARD NATION | TOTAL AWARD |
|---|---|---|---|---|---|---|---|---|
| 256 | TEXAS HEALTH INSURANCE POOL | $0.00 | 0.000000000000 | $0.00 | $21,174.37 | 0.000599668377 | $8,762.51 | $8,762.51 |
| 272 | OSF HEALTHCARE SYSTEM | $0.00 | 0.000000000000 | $0.00 | $20,278.88 | 0.000574307668 | $8,391.94 | $8,391.94 |
| 294 | HIGHMARK INC | $2,071.91 | 0.000163056171 | $1,386.25 | $5,481,194.42 | 0.155230071176 | $2,268,262.81 | $2,269,649.06 |
| 297 | SELECT MEDICAL CORPORATION GROUP HEALTH | $0.00 | 0.000000000000 | $0.00 | $11,019.26 | 0.000312070761 | $4,560.06 | $4,560.06 |
| 299 | STERIS CORPORATION | $0.00 | 0.000000000000 | $0.00 | $1,021.37 | 0.000028925691 | $422.67 | $422.67 |
| 319 | ZIPPO MFG CO | $0.00 | 0.000000000000 | $0.00 | $2,512.37 | 0.000071151531 | $1,039.68 | $1,039.68 |
| 320 | MATHEMATICA INC PPO MEDICAL PLAN | $0.00 | 0.000000000000 | $0.00 | $16,383.68 | 0.000463993724 | $6,780.00 | $6,780.00 |
| 329 | HONEYWELL INTERNATIONAL INC | $0.00 | 0.000000000000 | $0.00 | $12,908.26 | 0.000365568153 | $5,341.78 | $5,341.78 |
| 330 | ARCHER DANIELS MIDLAND COMPANY | $0.00 | 0.000000000000 | $0.00 | $5,623.40 | 0.000159257402 | $2,327.11 | $2,327.11 |
| 332 | UPMC HEALTH PLAN INC ASO | $0.00 | 0.000000000000 | $0.00 | $105,135.09 | 0.002977476487 | $43,507.67 | $43,507.67 |
| 333 | UPMC HEALTH PLAN INC NON ASO | $0.00 | 0.000000000000 | $0.00 | $565,435.65 | 0.016013410485 | $233,992.19 | $233,992.19 |
| 334 | LOS ANGELES UNIFIED SCHOOL DISTRICT | $0.00 | 0.000000000000 | $0.00 | $1,162.03 | 0.000032909250 | $480.88 | $480.88 |
| 342 | O'REILLY AUTOMOTIVE INC | $0.00 | 0.000000000000 | $0.00 | $1,299.32 | 0.000036797369 | $537.69 | $537.69 |
| 350 | INTERPUBLIC GROUP OF COMPANIES | $0.00 | 0.000000000000 | $0.00 | $6,841.98 | 0.000193768176 | $2,831.39 | $2,831.39 |
| 353 | MACK TRUCKS INC | $0.00 | 0.000000000000 | $0.00 | $14,041.00 | 0.000397647896 | $5,810.54 | $5,810.54 |
| 354 | AEROSPACE CONTRACTORS TRUST | $0.00 | 0.000000000000 | $0.00 | $3,483.99 | 0.000098668278 | $1,441.77 | $1,441.77 |
| 355 | PHYSICIANS HEALTH PLAN OF NORTHERN INDIANA | $0.00 | 0.000000000000 | $0.00 | $21,351.35 | 0.000604680536 | $8,835.75 | $8,835.75 |
| 363 | ALLIANCE HEALTH AND LIFE INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $14,191.50 | 0.000401910129 | $5,872.82 | $5,872.82 |
| 364 | HEALTH ALLIANCE PLAN | $0.00 | 0.000000000000 | $0.00 | $144,250.20 | 0.004085235279 | $59,694.54 | $59,694.54 |
| 368 | BON SECOURS HEALTH SYSTEM INC | $0.00 | 0.000000000000 | $0.00 | $4,978.77 | 0.000141001169 | $2,060.35 | $2,060.35 |
| 371 | FEDERATED MUTUAL INSURANCE COMPANY | $0.00 | 0.000000000000 | $0.00 | $1,554.20 | 0.000044015694 | $643.17 | $643.17 |
| 419 | STATE TEACHERS RETIREMENT SYSTEM OF OHIO | $0.00 | 0.000000000000 | $0.00 | $303,892.00 | 0.008606368097 | $125,758.52 | $125,758.52 |
| 422 | SARA LEE CORPORATION | $0.00 | 0.000000000000 | $0.00 | $11,665.32 | 0.000330367492 | $4,827.42 | $4,827.42 |
| TOTAL CLAIMS: 23 | | $2,071.91 | 0.000163056171 | $1,386.25 | $6,771,398.41 | 0.191769270819 | $2,802,183.26 | $2,803,569.51 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.