UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: *The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) ) | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT MERCK, SHARP & DOHME CORP. (F/K/A MERCK & CO., INC.)**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendant Merck, Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.) (hereinafter the "Settling Defendant"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between theConsolidated New York Counties and the Settling Defendant, that all claims in this action against the Settling Defendant are dismissed with prejudice and without costs to any party.

Dated:  November 22, 2011

                       Respectfully submitted,

                       By:   /s/ Joanne M. Cicala
                              Joanne M. Cicala
                              Daniel Hume
                              Kirby McInerney LLP
                              825 Third Avenue
                              New York, NY 10022
                              212-371-6600

                              *On Behalf of Plaintiffs the Consolidated New York Counties*

By: /s/ Robert Reznick
Robert Reznick
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, D.C. 20005
(202) 339-8409

*On Behalf of Merck, Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.)*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiffs' Claims Against Defendant Merck, Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.), to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP