UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS Subcategory No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT MERCK, SHARP & DOHME CORP. (F/K/A MERCK & CO., INC.)**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendant Merck, Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.) (hereinafter the "Settling Defendant"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between State of Iowa and the Settling Defendant, that all claims in this action against the Settling Defendant are dismissed with prejudice and without costs to any party.

Dated: November 22, 2011

Respectfully submitted,

By:  /s/ Joanne M. Cicala
Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of the State of Iowa*

By:  /s/ Robert Reznick
Robert Reznick
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, D.C. 20005
(202) 339-8409

*On Behalf of Merck, Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.)*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiff's Claims Against Defendant Merck, Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.), to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

  /s/ James Carroll
KIRBY McINERNEY LLP