# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | MDL No. 1456<br><br>Master File No. 1:01-CV-12257-PBS<br><br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |

## BAXTER HEALTHCARE CORPORATION'S WITHDRAWAL OF ITS MOTION TO COMPEL RESPONSE TO INTERROGATORY AND THE PRODUCTION OF DOCUMENTS

Defendant Baxter Healthcare Corporation ("Baxter") hereby withdraws its November 4, 2011 Motion to Compel [MDL Docket No. 7884; Sun Docket No. 142]. Relator Sun has represented that she has produced all documents in her possession and that those she has not produced are covered by third-party confidentiality agreements. Baxter intends to pursue this subject at deposition and, should it not be satisfied, may renew portions of the Motion at a later time. In the meanwhile, in the interest of judicial economy, the motion is withdrawn.

Respectfully submitted,

| | |
|---|---|
| Dated: November 23, 2011 | /s/ Tina D. Reynolds<br>J. Andrew Jackson<br>Merle M. DeLancey<br>Tina D. Reynolds<br>*Admitted pro hac*<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone:  (202) 420-2200<br>Facsimile:   (202) 420-2201<br>reynoldst@dicksteinshapiro.com<br><br>/s/ Peter E. Gelhaar<br>Peter E. Gelhaar (BBO #188310)<br>**DONNELLY, CONROY & GELHAAR, LLP**<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>Telephone: (617) 720-2880<br>Facsimile:  (617) 720-3554<br><br>Counsel for Defendant Baxter Healthcare Corporation |

## CERTIFICATE OF SERVICE

I hereby certify that I, Tina D. Reynolds, an attorney, caused a true and correct copy of the foregoing **BAXTER HEALTHCARE CORPORATION'S WITHDRAWAL OF ITS MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS** to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on November 23, 2011, for posting and notification to all parties.

/s/ Tina D. Reynolds