UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Healthcare Corporation* |  |

### DECLARATION OF SHAMIR PATEL IN SUPPORT OF REPLY MEMORANDUM OF BAXTER HEALTHCARE CORPORATION IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Shamir Patel, duly declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in the State of New York and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for Defendant Baxter Healthcare Corporation. I am familiar with all of the facts and circumstances herein. I make this declaration in support of Baxter Healthcare Corporation's Reply Memorandum in Support of Its Motion for Partial Summary Judgment in the above-captioned action.

2. Attached hereto as Exhibit A is a true and correct excerpted copy of Exhibit A to Stipulation of Dismissal with Prejudice of Teva Parties and Motion for Order of Dismissal With Prejudice.

3. Attached hereto as Exhibit B is a true and correct excerpted copy of Exhibit A to the Stipulation of Dismissal with Prejudice of Certain Claims Against Mylan Parties and Motion for Order of Dismissal with Prejudice.

4. Attached hereto as Exhibit C is a true and correct excerpted copy of Exhibit A to Consent of the United States of America to the Relator's Dismissal with Prejudice of Certain Claims Pursuant to 31 U.S.C. § 3730(b)(1) (Watson Settlement Agreement and Release).

5. Attached hereto as Exhibit D is a true and correct copy of Stipulation of Dismissal with Prejudice of Certain Claims Against Par Parties and Motion for Order of Dismissal with Prejudice.

6. Attached hereto as Exhibit E is a true and correct excerpted copy of Exhibit 1 to Joint Notice of Settlement of Ven-A-Care Claims as to the Sandoz Parties and Request that Court Dismiss Settled Claims in Accordance with Stipulation of Dismissal with Prejudice of Sandoz Parties and Motion for Order of Dismissal with Prejudice.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Michael Bradley, Baxter BioScience, to Centers for Medicare and Medicaid Services (November 10, 2003) submitted in by the United States as an exhibit in *Baxter Healthcare Corp. v. Weems*, 1:08-cv-02204-JR (D.D.C. 2009) (Doc. No. 10-2).

8. Attached hereto as Exhibit G is a true and correct copy of a letter from Michael Bradley, Baxter BioScience, to Felicia Eggleston, Centers for Medicare and Medicaid Services (March 16, 2004) submitted by the United States as an exhibit in *Baxter Healthcare Corp. v. Weems*, 1:08-cv-02204-JR (D.D.C. 2009) (Doc. No. 10-3).

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated:  November 28, 2011  　　　　 __/s/ Shamir Patel_____
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

Counsel for Defendant Baxter Healthcare Corporation

## CERTIFICATE OF SERVICE

        I hereby certify that I, Shamir Patel, an attorney, electronically filed the foregoing DECLARATION OF SHAMIR PATEL IN SUPPORT OF REPLY MEMORANDUM OF BAXTER HEALTHCARE CORPORATION IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on November 28, 2011.  I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties.

        /s/  Shamir Patel
        Shamir Patel
        **DICKSTEIN SHAPIRO LLP**
        1825 Eye Street NW
        Washington, DC 20006
        Telephone:  (202) 420-2200
        Facsimile:  (202) 420-2201