# EXHIBIT F

Civil Action No. 08-cv-2204 (JR)

# EXHIBIT 2

Baxter Healthcare Corporation
550 North Brand Boulevard
Glendale, California 91203
818.956.3200
Fax: 818.550.4422



**Baxter**

BioScience

November 10, 2003

HCPCS National Panel Coordinator
Mailstop C5-08-27
Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850

RE:  S-Code Request for Private Payer Use in Submitting Claims for ADVATE™ rAHF-PFM (Antihemophilic Clotting Factor [Recombinant], Plasma/Albumin-Free Method)

Dear Sir or Madam:

I am writing on behalf of Baxter BioScience (Baxter) to request that ADVATE™ rAHF-PFM (Antihemophilic Clotting Factor [Recombinant], Plasma/Albumin-Free Method) be considered eligible for assignment of a temporary S-code by the Centers for Medicare and Medicaid Services (CMS) HCPCS National Editorial Panel.[1]  The first factor VIII recombinant therapy to be prepared without the addition of any human- or animal-derived raw materials, ADVATE™ rAHF-PFM received FDA approval on July 25, 2003, for the prevention and control of bleeding episodes in patients with hemophilia A (classical hemophilia) and in the perioperative management of patients with hemophilia A.  ADVATE™ rAHF-PFM became commercially available shortly after receiving FDA marketing approval.

Below, we provide the Centers for Medicare and Medicaid Services (CMS) with the following:

  ♦  brief overview of ADVATE™ rAHF-PFM,

  ♦  summary of the labeled indications for ADVATE™ rAHF-PFM, and

  ♦  reasons that ADVATE™ rAHF-PFM should be issued a temporary HCPCS S-code for private payer use in submitting claims.

We also supply the detailed information that CMS has requested for consideration for establishment of a HCPCS code.  Please note that the current request is for issuance of a temporary HCPCS S-code.  We have prepared this recommendation for your review in accordance with the HCPCS Code Modification Process for the 2004 HCPCS Update.  Baxter will prepare a separate request for a permanent, unique HCPCS J-code for ADVATE™ rAHF-PFM in advance of the April 1, 2004, deadline for inclusion in the 2005 HCPCS update.[2]

---

[1] ADVATE is a trademark of Baxter International, Inc.
[2] Because ADVATE™ rAHF-PFM is new to the U.S. market, Baxter does not yet have the required six months of marketing data required for issuance of a new, permanent HCPCS code.

*This document contains proprietary business information, confidential treatment requested.*

Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 2 of 18

## BRIEF OVERVIEW OF ADVATE™ rAHF-PFM

Recombinant antihemophilic clotting factors (rAHFs) supply the Factor VIII protein that people with hemophilia A are missing, and need in order to prevent and control bleeding episodes. Currently, the recombinant Factor VIII protein is made by inserting the genetic code for Factor VIII into animal cells, which produce the human coagulation Factor VIII. The human Factor VIII is then purified and separated from animal cell components.

ADVATE™ rAHF-PFM represents a new category within rAHF products known as rAHF-PFM products, which are separate and distinct from the existing rAHF products described above. Baxter developed a new, proprietary process to make ADVATE™ rAHF-PFM. Like other rAHF products, ADVATE™ rAHF-PFM is not dependent on pools of human plasma as a source of Factor VIII protein.[3] However, unlike other rAHF products, the CHO cell line has been adapted to grow in a proprietary culture medium free of plasma, albumin, or any other human- or animal-derived additive.[4] Thus ADVATE is the first and only product produced without the addition of human or animal plasma proteins and albumin, thus eliminating the risk of viral and prion transmission that could be caused by pathogens found in these protein additives. The plasma/albumin-free method (PFM) of manufacturing rAHF represents an advance over previous manufacturing processes, and has been endorsed by the National Hemophilia Foundation's Medical and Scientific Advisory Council (MASAC):

> "Manufacturers of the recombinant products are strongly encouraged to avoid using human and animal proteins in manufacturing their products."[5]

The unique derivation and purification processes involved in manufacturing ADVATE™ rAHF-PFM represent a new class of rAHF products. Because the currently available HCPCS J-code (J7192, *Factor VIII [antihemophilic factor, recombinant]*) does not describe the plasma/albumin-free method, Baxter is seeking unique billing codes to adequately describe ADVATE™ rAHF-PFM and ensure appropriate reimbursement.

## LABELED INDICATIONS FOR ADVATE™ rAHF-PFM

The FDA has approved ADVATE™ rAHF-PFM for the prevention and control of bleeding episodes in patients with hemophilia A (classical hemophilia) and in the perioperative management of patients with hemophilia A. ADVATE™ rAHF-PFM is not indicated for the treatment of von Willebrand's disease. A copy of the package insert is supplied in Appendix B.

---

[3] Processed from a genetically engineered Chinese hamster ovary (CHO) cell line, ADVATE™ rAHF-PFM is a purified glycoprotein consisting of 2,332 amino acids. In culture, the CHO cell line expresses recombinant antihemophilic factor (rAHF) into the cell culture medium.

[4] The recombinant Factor VIII molecule is purified from the culture medium using immunoaffinity chromatography, followed by two ion exchange chromatography steps to bring it to an ultra high level of purity before finishing with a plasma/albumin-free final formulation. The hybridoma cell line for the murine antibody used in the immunoaffinity chromatography was adapted to grow in plasma/albumin-free cell culture conditions.

[5] MASAC Recommendation #106, "MASAC Recommendation Regarding the Use of Recombinant Clotting Factor Replacement Therapies," adopted by the National Hemophilia Foundation Board of Directors on November 12, 2000.

---

*This document contains proprietary business information, confidential treatment requested.*

Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 3 of 18

## REASONS FOR ISSUING A HCPCS S-CODE FOR ADVATE™ rAHF-PFM

The *Health Insurance Portability and Accountability Act of 1996* (HIPAA) required all payers—including managed care organizations and other private payers—to move towards a common coding system. As a result, CMS created S-codes—for use by private insurers only—to replace the highly variable local codes formerly used by individual health plans.

Below, we outline compelling reasons why ADVATE™ rAHF-PFM would be an ideal candidate for creation of a product-specific S-code for private payer use.

♦ **Large Number of Initial Claims Submitted to Private Payers**

Baxter anticipates that private payers will be primary insurers for a significant number of patients receiving ADVATE™ rAHF-PFM, comprising—together with Medicaid—the majority of the product's expected payer mix. In addition, because clotting factors are administered routinely and frequently to patients, providers have ample opportunity to switch their existing patients—or initiate new patients, including newborns—to ADVATE™ rAHF-PFM. These physicians will be anxious to submit initial claims, for two reasons: First, physicians will need to establish accounts as soon as possible for patients and newborns just beginning hemophilia therapies; and second, physicians may face continuing delayed or denied payment for patients who have been switched to ADVATE™ rAHF-PFM, as these patients will return for continued treatment within the next several weeks.

**The combination of payer mix and practice patterns argues strongly in favor of a temporary code for private payer use with ADVATE™ rAHF-PFM claims.**

♦ **High, Sustained Utilization of Clotting Factors**

As mentioned above, hemophilia A requires lifetime therapy, for both maintenance therapy and episodic treatment. Although hemophilia A is limited to specific patient populations, utilization of clotting factors per patient can exceed the volume of most other biological therapies, including therapies for immunodeficiencies. Because claims for ADVATE™ rAHF-PFM will thus reflect predictable, sustained utilization in a well-defined patient population, the creation of an S-code for ADVATE™ rAHF-PFM would enable efficient tracking of a high-volume product for payers. In addition, current not otherwise classified (NOC) HCPCS codes are not specific to ADVATE™ rAHF-PFM, so costs associated with this new biological product will be indistinct from those of other hemophilia therapies.

**Considering that private payers will be primary insurers for ADVATE™ rAHF-PFM in the majority of cases, private payers will particularly need to begin tracking and managing utilization of this new biological as soon as possible, which requires issuance of a HCPCS S-code.**

♦ **Lack of Specific Billing Code**

As detailed throughout the remaining sections of this S-code recommendation, it would be inappropriate to advise providers to submit claims with the existing HCPCS code J7192, Factor VIII (antihemophilic factor, recombinant), because this code does not accurately describe the plasma/albumin-free method unique to ADVATE™ rAHF-PFM. In addition,

*This document contains proprietary business information, confidential treatment requested.*

DEC-30-2008  10:53                02222
Case 1:08-cv-02204-BR   Document 18-2   Filed 01/03/09   Page 6 of 16                P.05
Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 4 of 18

although Baxter has advised initial prescribers of ADVATE™ rAHF-PFM to submit claims using NOC HCPCS codes, some private payers and Medicare contracted carriers are reluctant to make payment under these codes.

**As a result, providers of ADVATE™ rAHF-PFM are hesitant to submit claims until CMS creates an official HCPCS code specifically endorsed for use with private payers.**

Below, Baxter provides information to support this request that ADVATE™ rAHF-PFM be considered among new pharmaceutical and biological products eligible for temporary S-codes issued quarterly by the Centers for Medicare and Medicaid Services (CMS) HCPCS National Editorial Panel.[6]

## DETAILED INFORMATION REQUESTED BY CMS

1.  **a) Trade Name of the Product:**

    ADVATE™ rAHF-PFM

    **b) Generic Name of the Product:**

    Antihemophilic Clotting Factor [Recombinant], Plasma/Albumin-Free Method

    **c) FDA Classification of the Product:**

    Biologic (Recombinant); documentation of initial FDA application is provided in Appendix A

2.  **HCPCS Category:**

    Biologic

3.  **Detailed Description of the Clinical Application of the Product:**

    **a) Indications for Use:**

    The FDA has approved ADVATE™ rAHF-PFM for the prevention and control of bleeding episodes in patients with hemophilia A (classical hemophilia) and in the perioperative management of patients with hemophilia A.  A copy of the package insert is supplied in Appendix B.

    **b) Method of Action:**

    ADVATE™ rAHF-PFM temporarily raises the level of Factor VIII in the blood to a level that allows blood clotting processes to function properly.

---

[6] Baxter has submitted this request in accordance with the most up-to-date instructions posted by CMS on November 6, 2002, at http://cms.hhs.gov/medicare/hcpcs/.

---

*This document contains proprietary business information, confidential treatment requested.*

Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 5 of 18

## c) Dosage and Route of Administration:

With respect to dosing, the expected in vivo peak increase in Factor VIII level expressed as IU/dL of plasma or percent of normal can be estimated by multiplying the dose administered per kg body weight (IU/kg) by 2. This calculation is based on the findings of several pharmacokinetic studies of rAHF concentrates,[7,8,9,10] and is supported by the data generated by 223 pharmacokinetic studies with ADVATE™ rAHF-PFM in 107 Phase 2/3 pivotal study subjects. These pharmacokinetic data demonstrated a peak post-infusion recovery of approximately 1.5-2.5 IU/dL per IU/kg above the pre-infusion baseline.

Examples (assuming patient's baseline Factor VIII level is < 1% of normal):

1. A dose of 1,750 IU ADVATE™ rAHF-PFM administered to a 70 kg patient should be expected to result in a peak post-infusion Factor VIII increase of 1750 IU x {[2IU/dL]/[IU/kg]}/[70 kg]= 50 IU/dL (50% of normal).

2. A peak level of 70% is required in a 40 kg child. In this situation, the appropriate dose would be 70 IU/dL/{[2IU/dL]/[IU/kg]} x 40 kg = 1,400 IU.

A dose of ADVATE™ rAHF-PFM should be administered via bolus intravenous (IV) infusion over a period of ≤ 5 minutes (maximum infusion rate, 10 mL/min). The pulse rate should be determined before and during administration of ADVATE™ rAHF-PFM. Should a significant increase in pulse rate occur, reducing the rate of administration or temporarily halting the injection usually allows the symptoms to disappear promptly.

Physician supervision of the treatment regimen is required. The careful control of substitution therapy is especially important in cases of major surgery or life-threatening hemorrhages.   A detailed guide for dosing in the treatment of hemorrhages and in perioperative management is provided in the enclosed *Prescribing Information* (Appendix B).

## d) Package Insert:

Please refer to Appendix B for full *Prescribing Information* for ADVATE™ rAHF-PFM. On the following page, we provide additional detail from the package insert not elsewhere provided in response to Item #3.

---

[7] White II GC, Courter S, Bray GL, et al: A multicenter study of recombinant factor VIII (Recombinate™) in previously treated patients with hemophilia A. *Thromb Haemost* 77:660-667, 1997.
[8] Abshire TC, Brackmann H-H, Scharrer I, et al: Sucrose formulated recombinant human antihemophilic factor VIII is safe and efficacious for treatment of hemophilia A in home therapy. *Thromb Haemost* 83:811-816, 2000.
[9] Lee CA, Owens D, Bray G, et al: Pharmacokinetics of recombinant factor VIII (Recombinate™) using one-stage clotting and chromogenic factor VIII assay. *Thromb Haemost* 82:1644-1647, 1999.
[10] Fijnvandraat K, Berntorp E, ten Cate JW, et al: Recombinant, B-domain deleted factor VIII (r-VIII SQ): Pharmacokinetics and initial safety aspects in hemophilia A patients. *Thromb Haemost* 77:298-302, 1997.

---

*This document contains proprietary business information, confidential treatment requested.*

Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 6 of 18

Manner of Packaging:

ADVATE™ rAHF-PFM is available in single-use vials, packaged with 5 mL sterile water for injection. The specific activity of ADVATE™ rAHF-PFM is 4000 to 10,000 IU per milligram of protein.[11] The package sizes available for ADVATE™ rAHF-PFM include the following amounts of antihemophilic factor (recombinant), plasma/albumin-free method:

| NDC | Active Ingredient[12] |
|---|---|
| 00944-2940-01 | 250 IU |
| 00944-2940-02 | 500 IU |
| 00944-2940-03 | 1,000 IU |
| 00944-2940-04 | 1,500 IU |

**e) How Supplied:**

ADVATE™ rAHF-PFM is available as a sterile, non-pyrogenic, white to off-white powder for intravenous injection.

**4. FDA Marketing Approval Date:**

ADVATE™ rAHF-PFM received marketing approval from the FDA on July 25, 2003, and the product became available shortly thereafter. Documentation of the FDA marketing approval is supplied in Appendix C.

**5. Date of Commercial Availability:**

Late August 2003

**6. Primary and Customary Medical Purpose:**

ADVATE™ rAHF-PFM is primarily and customarily used for medical purposes.

**7. In Absence of Illness or Injury:**

The use and/or efficacy of ADVATE™ rAHF-PFM in the absence of an illness or injury has not been evaluated. ADVATE™ rAHF-PFM is useful only in treatment of hereditary illness and control of bleeding episodes (treatment of injury) in patients with hemophilia A.

**8. Prescription by Health Care Professional:**

ADVATE™ rAHF-PFM is prescribed by physicians either in their offices or in hemophilia treatment centers (HTCs).

---

[11] The potency assignment of IU per vial employs a Factor VIII concentrate standard that is referenced to a World Health Organization (WHO) International Standard for Factor VIII: C Concentrates, and is evaluated by appropriate methodology to ensure accuracy of the results.
[12] Package sizes are nominal.

---

*This document contains proprietary business information, confidential treatment requested.*

### 9. Beneficiary Access to Product:

Beneficiaries primarily obtain ADVATE™ rAHF-PFM through retail or specialty pharmacies for reconstitution and administration either in the patient's home or during routine visits to physician offices.   Patients admitted to the hospital inpatient setting are prescribed ADVATE™ rAHF-PFM by physicians.   Hospital outpatients may also obtain access to ADVATE™ rAHF-PFM via the hospital pharmacy.

### 10. Durability:

Individual packages of ADVATE™ rAHF-PFM are single-use products and are not designed for repeated use.

### 11. Current Options for Billing to Insurance Companies:

HCPCS codes are required in order to bill for hemophilia clotting factors in most settings of care.  Providers submit either the UB-92 (hospital inpatient and outpatient claims) or CMS-1500 (physician office claims) forms in order to receive reimbursement from third-party payers.

In order to expedite third party payers' review of claims for ADVATE™ rAHF-PFM, providers may also choose to submit initial claims in hard copy (paper) format for manual review. These claims may include information supporting the use of not otherwise classified (NOC) HCPCS codes in place of J7192, including materials such as ADVATE™ rAHF-PFM's full *Prescribing Information*, which describe the unique derivation and purification processes used to manufacture ADVATE™ rAHF-PFM, and the product's enhanced safety profile due to the lack of plasma and albumin cultures.  In addition, these claims may specify the National Drug Code (NDC) for the package of ADVATE™ rAHF-PFM administered.

### 12. Current Codes Used by Third-Party Payers to Process Claims:

Currently, there is no HCPCS code available for ADVATE™ rAHF-PFM.  Given the expected timeframe for launching ADVATE™ rAHF-PFM, Baxter understood that CMS would be unable to consider a unique HCPCS billing code for ADVATE™ rAHF-PFM until April 1, 2004, and that, if granted, the code would not go into effect until January 1, 2005.  In order to ease physician concerns about billing for a novel product that was not adequately described by existing HCPCS codes, Baxter instructed providers to use one of the not otherwise classified (NOC) codes listed on the following page to bill for their initially prescribed doses of ADVATE™ rAHF-PFM.

*This document contains proprietary business information, confidential treatment requested.*

Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 8 of 18

| HCPCS Code | Description |
|------------|-------------|
| J3490 | Unclassified drugs |
| J3590 | Unclassified biologics |
| J7199 | Hemophilia clotting factor, not otherwise classified |

Of the above codes, J7199 *(Hemophilia clotting factor, not otherwise classified)* most accurately describes ADVATE™ rAHF-PFM; as a result, Baxter has notified private payers that providers may submit claims for ADVATE™ rAHF-PFM with J7199.

## 13. Inadequacy of Current Code Categories:

HCPCS codes are most widely used by the Medicare program, which separately reimburses for ADVATE™ rAHF-PFM in the hospital inpatient, hospital outpatient, physician office, and home care settings.[13]  Many state Medicaid programs and private payers will also cover ADVATE™ rAHF-PFM in these settings.[14]  However, private payers accept either HCPCS codes or National Drug Codes (NDCs)—depending on their preferences—for hemophilia clotting factors administered in the home care setting.  For other settings of care where ADVATE™ rAHF-PFM is administered (including hospital inpatient, hospital outpatient, and physician office), private payers generally make payment under HCPCS codes only.

However, it would be inappropriate to advise providers to submit claims with the existing HCPCS code J7192, *Factor VIII (antihemophilic factor, recombinant)*, because this code does not accurately describe the plasma/albumin-free method unique to ADVATE™ rAHF-PFM.  In addition, although Baxter has advised initial prescribers of ADVATE™ rAHF-PFM to submit claims using the NOC HCPCS codes described in #12 (above), some private payers and Medicare contracted carriers are reluctant to make payment under these codes.  As a result, these prescribers of ADVATE™ rAHF-PFM are hesitant to submit claims until CMS creates an official HCPCS code specifically endorsed for use with private payers.  In addition, current NOC HCPCS codes such as J7199 *(Hemophilia clotting factor, not otherwise classified)* can be used by hemophilia therapies besides ADVATE™ rAHF-PFM; as a result, use of J7199 may make it difficult for private payers to track costs associated with ADVATE™ rAHF-PFM as distinct from other hemophilia therapies.

## 14. Market Distribution:

ADVATE™ rAHF-PFM is currently marketed nationwide.  Recently, Baxter signed non-exclusive, multi-year agreements with multiple leading U.S. specialty pharmacy companies.[15]

---

[13] Because self-administered hemophilia clotting factors are distributed via retail pharmacies and home infusion companies licensed as specialty pharmacies, claims must be filed with HCPCS codes.

[14] Unlike with Medicare claims, home infusion and specialty pharmacy providers will submit claims using primarily National Drug Codes (NDCs) under the Medicaid program.

[15] Source: "Baxter Announces U.S. Commercial Availability of ADVATE, Signs Multi-Year Supply Agreements with Major U.S. Specialty Pharmacy Customers," available as of September 12, 2003 at: http://advate.com/images/pdf/pr_advate_09_12_03_eng.pdf.

---

*This document contains proprietary business information, confidential treatment requested.*

Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 9 of 18

### 15. Medicare Payment Status:

<u>Hospital inpatient claims (UB-92):</u> As a hemophilia clotting factor, ADVATE™ rAHF-PFM is paid separately in addition to the payment for the diagnosis related group (DRG). Payment is based on AWP as set centrally and updated quarterly by the Single Drug Pricer (SDP) Program. Providers must include the product-specific HCPCS code for the factor product administered, in addition to revenue code 0636 *(Drugs requiring detailed coding)*, in order to receive payment.

<u>Hospital outpatient claims (UB-92):</u> CMS includes hemophilia clotting factors, including ADVATE™ rAHF-PFM, in the category of blood products, which are currently paid separately (not "packaged" or "bundled") under their own ambulatory payment classifications (APCs) in addition to the APC payment for the administration procedure. HCPCS codes are required to bill for both the product and the infusion procedure.

<u>Physician office claims (CMS-1500):</u> ADVATE™ rAHF-PFM is scheduled to be included in the NOC single drug pricer (SDP) file in Q4 2004. Claims submitted with the NOC codes described above in #12 should be paid based on AWP as set centrally and updated quarterly by the Single Drug Pricer (SDP) Program.

<u>Home infusion claims:</u> Medicare covers self-administered hemophilia clotting factors. Patients obtain products through pharmacies, and pharmacies receive payment directly from Medicare.

### 16. Total Sales Volume To Date:

11 million units

### 17. Utilization by Setting of Care:

| | |
|---|---|
| Physician's Office: | 5% |
| Freestanding Ambulatory Care Clinics: | |
| Patient's Home by Patient: | 75% |
| Patient's Home by Health Care Provider: | 10% |
| Nursing Home/Skilled Nursing Facility: | |
| Hospital Inpatient Facilities: | 5% |
| Hospital Outpatient Facilities: | 5% |
| Other- (identify): | |

*This document contains proprietary business information, confidential treatment requested.*

Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 10 of 18

## 18. Wholesale Cost of Item:

The current average wholesale prices (AWPs) for ADVATE™ rAHF-PFM—as determined and published by independent pricing services—are as follows:

| NDC | 00944-2940-01 |
|---|---|
| Package Size:[16] | 250 IU per single-dose vial + 5 mL sterile water for injection |
| AWP: | $1.66 per IU * 250 IU = $415.00 |
| Date in Effect: | August 4, 2003 |
| Source: | *Drug Topics® Red Book®* |
| AWP: | $1.88 per IU * 250 IU = $470.00 |
| Date in Effect: | July 28, 2003 |
| Source: | First Data Bank |

| NDC | 00944-2940-02 |
|---|---|
| Package Size: | 500 IU per single-dose vial + 5 mL sterile water for injection |
| AWP: | $1.66 per IU * 500 IU = $830.00 |
| Date in Effect: | August 4, 2003 |
| Source: | *Drug Topics® Red Book®* |
| AWP: | $1.88 per IU * 500 IU = $940.00 |
| Date in Effect: | July 28, 2003 |
| Source: | First Data Bank |

| NDC | 00944-2940-03 |
|---|---|
| Package Size: | 1,000 IU per single-dose vial + 5 mL sterile water for injection |
| AWP: | $1.66 per IU * 1,000 IU = $1,660.00 |
| Date in Effect: | August 4, 2003 |
| Source: | *Drug Topics® Red Book®* |
| AWP: | $1.88 per IU * 1,000 IU = $1,880.00 |
| Date in Effect: | July 28, 2003 |
| Source: | First Data Bank |

| NDC | 00944-2940-04 |
|---|---|
| Package Size: | 1,500 IU per single-dose vial + 5 mL sterile water for injection |
| AWP: | $1.66 per IU * 1,500 IU = $2,490.00 |
| Date in Effect: | August 4, 2003 |
| Source: | *Drug Topics® Red Book®* |
| AWP: | $1.88 per IU * 1,500 IU = $2,820.00 |
| Date in Effect: | July 28, 2003 |
| Source: | First Data Bank |

Third-party documentation of this AWP information is supplied in Appendix D.

---

[16] Package sizes are nominal.

DEC-30-2008 10:54 02222
Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 11 of 18

Case 0:08-cv-02204-DR   Document 7037-6   Filed 01/03/09   Page 12 of 16    P.12

### 19. Retail Cost of Item:[17]

The retail costs for ADVATE™ rAHF-PFM—as determined by Baxter—are as follows:

| NDC | Retail Price |
|---|---|
| 00944-2940-01 | $1.15 per IU * 250 IU = $287.50 |
| 00944-2940-02 | $1.15 per IU * 500 IU = $575.00 |
| 00944-2940-03 | $1.15 per IU *1,000 IU = $1,150.00 |
| 00944-2940-04 | $1.15 per IU *1,500 IU = $1,725.00 |

### 20. Manufacturers and Suppliers of Similar Items:

Several available antihemophilic clotting factor (recombinant) therapies share the same active ingredient as ADVATE™ rAHF-PFM, but do not share ADVATE™ rAHF-PFM's unique manufacturing and safety profile. These products are marketed under the same active ingredient category as ADVATE™ rAHF-PFM and include the following:

♦ Recombinate™, manufactured by Baxter Healthcare Corporation;

♦ Helixate® FS, manufactured by Bayer Pharmaceuticals, Inc. and distributed by Aventis Behring L.L.C.;

♦ Kogenate® FS, manufactured and distributed by Bayer Pharmaceuticals, Inc.; and

♦ ReFacto®, manufactured by Genetics Institute, Inc. and distributed by Wyeth.

### 21. Difference Between ADVATE™ rAHF-PFM and Competitor Products:

**a) Item Cost:**

ADVATE™ rAHF-PFM is priced lower than select second-generation hemophilia therapies, as indicated in the table below.

**Published AWPs for Select Hemophilia Therapies Compared to ADVATE™ rAHF-PFM**

| Product | Drug Topics© Red Book© | First Data Bank |
|---|---|---|
| Kogenate® FS | $2.03 per IU | $2.03 per IU |
| ADVATE™ rAHF-PFM | $1.66 per IU | $1.88 per IU |
| Recombinate™ | $1.40 per IU | $1.63 per IU |
| Helixate® FS | $1.38 per IU | $1.63 per IU |

**b) Derivation and Purification:**

While therapeutically similar to currently available recombinant antihemophilic clotting factor (rAHF) products, the unique biological nature of ADVATE™ rAHF-PFM sets it apart from comparable drugs within its class. Although rAHF concentrates are not dependent on pools

---

[17] CMS defines current retail cost as the actual cost paid by hospitals net of all discounts, rebates, and incentives in cash or in kind.

of human plasma as a source of factor VIII protein, until the introduction of ADVATE™ rAHF-PFM, all rAHF agents still included the use of human- and animal-derived raw materials in the cell culture process, purification, and final formulation. The cell culture and purification steps used in the formulation of ADVATE™ rAHF-PFM employ no additives of human- or animal-derived raw materials.   To further help ensure pathogen safety, the production process also includes a dedicated, viral inactivation solvent-detergent treatment step.

### c) Clinical Studies:

A total of 114 previously treated study patients (PTPs) with severe or moderately severe hemophilia A (Factor VIII ≤ 2% of normal) were enrolled and treated in clinical studies of ADVATE™ rAHF-PFM. Of these, 108 were enrolled and treated in a Phase 2/3 multicenter pivotal study of pharmacokinetics, safety, hemostatic efficacy, and immunogenicity. Four of these subjects as well as 6 additional subjects were enrolled and treated in an open- label Phase 2/3 study of safety, efficacy, and immunogenicity of ADVATE™ rAHF-PFM in patients with hemophilia A who required surgical prophylaxis.

A global assessment of efficacy was rendered by the subject (for home treatment) or study site investigator (for treatment under medical supervision) using an ordinal scale of excellent, good, fair, or none, based on the quality of hemostasis achieved with ADVATE™ rAHF-PFM for the treatment of each new bleeding episode. Of the 510 new bleeding episodes treated with ADVATE™ rAHF-PFM, 439 (86%) were rated excellent or good in their response to treatment, 61 (12%) were rated fair, 1 (0.2%) was rated as having no response, and for 9 (2%), the response to treatment was unknown. A total of 411 (81%) new bleeding episodes responded to a single infusion, 62 (12%) required 2 infusions, 15 (3%) required 3 infusions, and 22 (4%) required 4 or more infusions of ADVATE™ rAHF-PFM for satisfactory resolution. A total of 162 (32%) new bleeding episodes occurred spontaneously, 228 (45%) were the result of antecedent trauma, and for 120 (24%) bleeding episodes, the etiology was unknown.

The rate of new bleeding episodes during the protocol-mandated 75 exposure day prophylactic regimen (≥ 25 IU/kg body weight 3-4 times per week) was calculated as a function of the etiology of bleeding episodes for 107 evaluable subjects (n = 274 new bleeding episodes). The overall rate of bleeding as referenced by the degree of compliance was defined at a dose of > 25 IU/kg/infusion for > 80% of infusions and infusing > 3x/week for > 80% of weeks on the study.

*This document contains proprietary business information, confidential treatment requested.*

DEC-30-2008  10:54                    02222                                                      02222        P.14
Case 1:08-cv-02204-BR    Document 163-6    Filed 01/03/09    Page 15 of 16
Baxter BioScience
ADVATE™ rAHF-PFM
November 10, 2003
Page 13 of 18

**HCPCS Coding Recommendation Submitted By Manufacturer:**

| | |
|---|---|
| Name: | Michael Bradley |
| | Senior Director, Healthcare Economics |
| Name of Corporation/ | Baxter BioScience |
| Organization: | Baxter Healthcare Corporation |
| Complete Mailing Address: | 137 Glenview Drive |
| | Martinez, CA  94553 |
| Telephone Number: | (925) 372-9096 |
| FAX Number: | (925) 372-7579 |
| E-mail Address: | Michael_b_bradley@baxter.com |

I attest that the information provided in this HCPCS coding recommendation is accurate and correct to the best of my knowledge,

_Michael Bradley_                November 10, 2003

Signature                        Date

*This document contains proprietary business information, confidential treatment requested.*

Baxter Bioscience
ADVATE™ rAHF-PFM
November 10, 2003
Page 14 of 18

\*         \*         \*         \*

On behalf of Baxter, I thank you for your attention to this issue. Baxter would be happy to provide additional information about ADVATE™ rAHF-PFM that may assist you with this effort. Please feel free to contact me with any questions.

Sincerely,

*Michael Bradley*

Attachments: Appendices (A-D)

*This document contains proprietary business information, confidential treatment requested.*