UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**AMENDED NOTICE OF JOINDER IN MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE COURT ACTIONS**

The undersigned hereby file this Amended Notice of Joinder in the Motion for Modification of Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions ("Amended Notice of Joinder") to include Adam S. Levy, Esquire as a joining party along with his law firm, Law Office of Adam S. Levy, LLC. The original Notice of Joinder (Dkt. No. 7923, filed on November 18, 2011) was brought only in the name of Law Office of Adam S. Levy, LLC. (The original Motion for Modification of Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions, Dkt. No. 7908, was filed on November 17, 2011, by Kline & Specter, P.C., Williams Law Firm and Jennings, Haug, & Cunningham, LLP ("Movants").)

Adam S. Levy and Law Office of Adam S. Levy, LLC[1] (collectively, "Levy") have the same claims and seek the same relief as Movants. Levy was co-counsel with Movants and together with them litigated on behalf of plaintiffs in the parallel, coordinated state court cases in New Jersey [*International Union of Operating Engineers,*

---

[1] Formerly Law Office of Adam S. Levy

*Local No. 68 Welfare Fund v. AstraZeneca et al.*, Case No. MON-L-3136-06] and Arizona [*Swanston v. Tap Pharmaceutical Products et al.*, Case No. CV 2002-004988] as discussed in Movants' original papers.  As with Movants, Lead Counsel, in making its allocation, has arbitrarily refused to include Levy's time and expense incurred in litigating the parallel, coordinated state court claims that rolled up in favor of this MDL proceeding.  As a result, Levy, like Movants, has been allocated less than companion plaintiff firms for work Levy performed on behalf of the settling plaintiff classes.  Therefore, like Movants, Court intervention is needed to address Lead Counsel's misallocation of the settlement funds with respect to Levy.

As with Movants, Levy has submitted to Lead Counsel the time and expense that Levy incurred in the coordinated New Jersey and Arizona actions, from inception through the dates that the overlapping claims were dismissed in those actions, for payment in connection with the various settlements in the MDL.  Lead Counsel refuses to count any of Levy's state court time and expense.  Specifically, Levy incurred state court lodestar of $398,455.00 (using the Levy firm's historical rates) and expense of $13,354.83.

Accordingly, via this Amended Notice, notice is given of Adam S. Levy's inclusion, along with Law Office of Adam S. Levy, LLC, in the Joinder in the Movants' Motion [Dkt. No. 7908]. Levy continues to rely on Movants' Memorandum in Support of the Motion [Dkt. No. 7909], the supporting Declaration of Kent M. Williams and Exhibits A-J thereto [Dkt. No. 7910], and all other supporting papers filed with Movants' Motion. For all these reasons, like the Movants, Levy respectfully requests that the Court order Levy's time and expense incurred in the New Jersey and Arizona cases to be included in any allocation of attorney fees undertaken by Lead Counsel in this case.

Dated: November 29, 2011

/s/Adam S. Levy_____
Adam S. Levy, Esquire
    AND
Law Office of Adam S. Levy, LLC

P.O. Box 88
Oreland, PA 19075
(267) 994-6952 (Telephone)
(215) 233-2992 (Facsimile)

CERTAIN OF THE REPORTING
COUNSEL FOR PLAINTIFFS

## RULE 7.1 CERTIFICATION

The undersigned certifies, pursuant to Local Rule 7.1, that he has conferred with Lead Counsel on the issues raised in this Amended Notice, or has attempted to do so, and has been unable to resolve the issues without Court intervention.

Dated:  November 29, 2011

                                      /s/ Adam S. Levy_____
                                      Adam S. Levy

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2011, I caused an electronic copy of the foregoing **AMENDED NOTICE OF JOINDER IN MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE COURT ACTIONS** to be filed of record and served on all interested counsel via the Court's CM/ECF system.

      /s/ Adam S. Levy_____