UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION
OF FEES AND REIMBURSEMENT OF EXPENSES TO INCLUDE
UNCOUNTED TIME AND EXPENSE INCURRED DIRECTLY IN THIS MDL**

This Motion is brought by Adam S. Levy and his firm Law Office of Adam S. Levy, LLC[1] (collectively "Levy").  Lead Counsel's allocation counts Levy's time and expense incurred directly in the MDL only from the inception of Levy's work through August 2006.  Levy hereby moves this Court for an Order that Levy's time and expense for all of Levy's work performed directly in the MDL from inception through November 23, 2009, be counted in any allocation undertaken by Lead Counsel.  The reasons therefore are stated in the accompanying Memorandum in Support and Declaration of Adam S. Levy.[2]

---

[1] Formerly Law Office of Adam S. Levy.

[2] Separately, Levy has joined in the pending Motion for Modification of Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions filed by three other firms to address Lead Counsel's refusal to count in their allocation time and expense incurred in litigating parallel, coordinated state court claims that were rolled up in favor of this MDL proceeding.  *See* Dkt. Nos. 7908 - 7910 (Motion regarding state court time and expense and supporting Memorandum and Declaration of Kent Williams attaching exhibits) and Dkt. No. 7939 (Amended Notice of Joinder by Levy in said Motion).  Therefore, the instant Motion and supporting papers address only Lead Counsel's misallocation regarding time and expense for Levy's work performed directly in this MDL.

## RULE 7.1 CERTIFICATION

The undersigned certifies, pursuant to Local Rule 7.1, that he has conferred with Lead Counsel on the issues raised in this motion, or has attempted to do so, and has been unable to resolve the issues without Court intervention.

Dated:  December 1, 2011                          /s/ Adam S. Levy
                                                  Adam S. Levy
                                                        AND
                                                  Law Office of Adam S. Levy, LLC

                                                  P.O. Box 88
                                                  Oreland, PA 19075
                                                  (267) 994-6952

                                                  CERTAIN OF THE REPORTING
                                                  COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that on December 1, 2011, I caused an electronic copy of the foregoing **MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES AND REIMBURSEMENT OF EXPENSES TO INCLUDE UNCOUNTED TIME AND EXPENSE INCURRED DIRECTLY IN THIS MDL** to be filed of record and served on all interested counsel via the Court's CM/ECF system.

                                                /s/ Adam S. Levy