UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

**[PROPOSED] ORDER**

THE COURT, having considered the Motion for Modification of Lead Counsel's Allocation of Fees and Reimbursement of Expenses to Include Uncounted Time and Expense Incurred Directly in this MDL filed by Adam S. Levy and Law Office of Adam S. Levy, LLC (collectively "Levy"), hereby ORDERS that all of the time and expense incurred by Levy with respect to Levy's work performed directly in this MDL, from the inception of Levy's work through November 23, 2009, be included in any allocation of attorney fees and reimbursement of expenses undertaken by Lead Counsel.

Dated: _____       _____
                                                      Hon. Patti B. Saris
                                                      United States District Court Judge

## CERTIFICATE OF SERVICE

     I hereby certify that on December 1, 2011, I caused an electronic copy of the foregoing **PROPOSED ORDER** to be filed of record and served on all interested counsel via the Court's CM/ECF system.

                                                         /s/ Adam S. Levy