## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) Master File No.: 01-CV-12257-PBS |
| LITIGATION | ) Sub-Category Case No. 1:08-CV-11200 |
| | ) |
| | ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *United States of America ex rel Linnette Sun* | ) |
| *and  Greg Hamilton, et al., Relators,  v.* | ) |
| *Baxter Hemoglobin Therapeutics, et al.,* | ) |
| *Defendants.* | ) |
| | ) |

## NOTICE OF APPEARANCE OF TERRY F. MORITZ ON BEHALF OF LINNETTE SUN AND GREG HAMILTON AND MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and paragraph 16 of this Court's Case Management Order

No. 1 entered in MDL No. 1456, the undersigned attorney, requests that the Court admit Terry F.

Moritz to appear as co-counsel of record on behalf of the Relators, Linnette Sun and Greg

Hamilton, *pro hac vice* in the above-captioned action.

In accordance with the procedures set forth in this Court's Case Management Order No.

1, the attached Certificates demonstrate that I am a member in good standing of various bars and

familiar with the Local Rules of this Court.

WHEREFORE, the undersigned respectfully moves that he be admitted to practice before

this Court *pro hac vice* in the above-captioned case.

Respectfully submitted,

Dated: November 30, 2011

By _____

TERRY F. MORITZ
[Illinois State Bar #1960768]
GOLDBERG KOHN LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
312.201.3903
fax 312.863.7403
terry.moritz@goldbergkohn.com

Attorneys for Relators Linnette Sun and
Greg Hamilton

-2-

## CERTIFICATION OF SERVICE

        The undersigned, an attorney, certifies that on November 30, 2011, he caused a copy of the attached **Notice of Appearance of Terry F. Moritz on Behalf of Linnette Sun and Greg Hamilton and Motion for Admission *Pro Hac Vice*** to be served by First Class U.S. Mail, postage prepaid, upon the following:

David Gunn
Shamir Patel
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006

Tina D. Reynolds
Donahue & Cross, P.C.
1365 Main St.
Springfield, MA 01103

Peter E. Gelhaar
Donnelly, Conroy, Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108

Edwin Godley Winstead, Jr.
U.S. Attorney's Office-Denver #700
Seventeenth Street Plaza
1225 17th Street East
Denver, CO 80202

Terry F. Moritz