UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456<br>) Master File No.: 01-CV-12257-PBS<br>) Sub-Category Case No. 1:08-CV-11200<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | )<br>) |
| *United States of America ex rel Linnette Sun and Greg Hamilton, et al., Relators, v. Baxter Hemoglobin Therapeutics, et al., Defendants.* | )<br>)<br>)<br>)<br>) |

### CERTIFICATE OF TERRY F. MORITZ

I, Terry F. Moritz, hereby certify pursuant to Local Rule 83.5.3 and Case Management Order No. 1, section V entered in MDL No. 1456 that:

1. I am a principal at the law firm of Goldberg Kohn Ltd., co-counsel for Relators Linnette Sun and Greg Hamilton in the above-captioned action.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: State Bar of Illinois (Illinois Supreme Court (1970); State Bar of New York (1993); Trial Bar of the U. S. District Court for the Northern District of Illinois (see attached Certificate of Good Standing); and the U. S. Supreme Court (1976).

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: November 30, 2011        By _____
                                TERRY F. MORITZ
                                [Illinois State Bar #1960768]
                                GOLDBERG KOHN LTD.
                                55 East Monroe, Suite 3300
                                Chicago, Illinois 60603
                                312.201.3903
                                fax 312.863.7403
                                terry.moritz@goldbergkohn.com

                                Attorneys for Relators Linnette Sun and
                                Greg Hamilton

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Terry F. Moritz

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Terry F. Moritz was duly admitted to practice in said Court on (04/15/1971) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/30/2011 )

                              Michael W. Dobbins, Clerk,
                              By Jannette Nunez
                              Deputy Clerk