UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 <br> ) Master File No.: 01-CV-12257-PBS <br> ) Sub-Category Case No. 1:08-CV-11200 <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel Linnette Sun and Greg Hamilton, et al., Relators, v. Baxter Hemoglobin Therapeutics, et al., Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER ALLOWING ADMISSION OF TERRY F. MORITZ

The Court having considered the Motion for Admission *Pro Hac Vice* filed by Terry F. Moritz for his admission *pro hac vice* for the purpose of representing Relators, Linnette Sun and Greg Hamilton in this matter,

IT IS HEREBY ORDERED that the Motion is hereby granted, and that Terry F. Moritz is admitted to practice before this Honorable Court in connection with the above styled cause.

 

Patti B. Saris
United States District Judge