UNITED STATES DISTRICT COURT.
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456<br>) Master File No.: 01-CV-12257-PBS<br>) Sub-Category Case No. 1:08-CV-11200<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel Linnette Sun and Greg Hamilton, et al., Relators, v. Baxter Hemoglobin Therapeutics, et al., Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF DAVID J. CHIZEWER ON BEHALF OF LINNETTE SUN AND GREG HAMILTON AND MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and paragraph 16 of this Court's Case Management Order No. 1 entered in MDL No. 1456, the undersigned attorney, requests that the Court admit David J. Chizewer to appear as co-counsel of record on behalf of the Relators, Linnette Sun and Greg Hamilton, *pro hac vice* in the above-captioned action.

In accordance with the procedures set forth in this Court's Case Management Order No. 1, the attached Certificates demonstrate that I am a member in good standing of various bars and familiar with the Local Rules of this Court.

WHEREFORE, the undersigned respectfully moves that he be admitted to practice before this Court *pro hac vice* in the above-captioned case.

Respectfully submitted,

Dated: November 30, 2011

By _____
DAVID J. CHIZEWER
[Illinois State Bar #06206747]
GOLDBERG KOHN LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
312.201.3938
fax 312.863.7438
david.chizewer@goldbergkohn.com

Attorneys for Relators Linnette Sun and Greg Hamilton

-3-

## CERTIFICATION OF SERVICE

The undersigned, an attorney, certifies that on November 30, 2011, he caused a copy of the attached **Notice of Appearance of David J. Chizewer on Behalf of Linnette Sun and Greg Hamilton and Motion for Admission *Pro Hac Vice*** to be served by First Class U.S. Mail, postage prepaid, upon the following:

David Gunn
Shamir Patel
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006

Peter E. Gelhaar
Donnelly, Conroy, Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108

Tina D. Reynolds
Donahue & Cross, P.C.
1365 Main St.
Springfield, MA 01103

Edwin Godley Winstead, Jr.
U.S. Attorney's Office-Denver #700
Seventeenth Street Plaza
1225 17th Street East
Denver, CO 80202

David J. Chizewer