## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION | ) MDL NO. 1456<br>) Master File No.: 01-CV-12257-PBS<br>) Sub-Category Case No. 1:08-CV-11200 |
| | )<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | )<br>) |
| *United States of America ex rel Linnette Sun*<br>*and Greg Hamilton, et al., Relators, v.*<br>*Baxter Hemoglobin Therapeutics, et al.,*<br>*Defendants.* | )<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF DAVID J. CHIZEWER**

I, David J. Chizewer, hereby certify pursuant to Local Rule 83.5.3 and Case Management

Order No. 1, section V entered in MDL No. 1456 that:

1. I am a principal at the law firm of Goldberg Kohn Ltd., co-counsel for Relators

Linnette Sun and Greg Hamilton in the above-captioned action.

2. I am a member in good standing in every jurisdiction where I have been admitted

to practice, which includes the following: State Bar of Illinois (Illinois Supreme Court –

11/7/91) (see attached Certificate of Good Standing), U.S. District Court for the Northern

District of Illinois (12/19/91), Trial Bar of the U.S. District Court for the Northern District of

Illinois (11/25/92), U.S. Court of Federal Claims (3/17/94), U.S. District Court for the Central

District of Illinois (7/2/03), U.S. Court of Appeals for the Second Circuit (11/14/11), U.S. Court

of Appeals for the Fourth Circuit (2/20/08), U.S. Court of Appeals for the Seventh Circuit

(10/22/99), U.S. Court of Appeals for the Ninth Circuit (9/3/03), and U.S. Supreme Court (2/22/05).

3.      I have never been the subject of a professional disciplinary proceeding.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: November 30, 2011

By _____

DAVID J. CHIZEWER
[Illinois State Bar #06206747]
GOLDBERG KOHN LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
312.201.3938
fax 312.863.7438
david.chizewer@goldbergkohn.com

Attorneys for Relators Linnette Sun and
Greg Hamilton

-2-

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. David Joel Chizewer

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That David Joel Chizewer was duly admitted to practice in said Court on (12/19/1991) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (11/30/2011 )

Michael W. Dobbins, Clerk,

By: Jannette Nunez
Deputy Clerk