UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Notice is hereby given of the withdrawal of appearance of Karen F. Green and Melissa J. Turitz as counsel for Defendant Novartis Pharmaceuticals Corporation in the above captioned matter on the basis that Novartis Pharmaceuticals Corporation is no longer a party to the litigation.

Respectfully Submitted,

/s/ Melissa J. Turitz
Karen F. Green (BBO #209050)
Melissa J. Turitz (BBO #666643)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: December 1, 2011

## CERTIFICATE OF SERVICE

      I, Melissa J. Turitz, certify that, on December 1, 2011, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                                /s/ Melissa J. Turitz
                                                Melissa J. Turitz