UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | MDL No. 1456 |
| IN RE: PHARMACEUTICAL INDUSTRY ) | Master File No. 1:01-CV-12257-PBS |
| AVERAGE WHOLESALE PRICE ) | Sub-Category Case No. 1:08-CV-11200 |
| LITIGATION ) | |
| ) | |
| _____ ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| United States ex rel. Linnette Sun and Greg ) | |
| Hamilton, Relators ) | |
| v. ) | |
| Baxter Healthcare Corporation ) | |
| _____ ) | |

**[PROPOSED] SCHEDULING ORDER**

December __, 2011

It is ORDERED, as follows:

1. Fact Discovery shall be extended from December 1, 2011 until Friday, March 30, 2012;

2. Expert Discovery shall be extended from March 1, 2012 until Friday, June 29, 2012;

3. The deadline for Dispositive Motions shall be extended from April 15, 2012 until Monday, August 13, 2012.

So ordered.

_____
Hon. Patti B. Saris
U.S. District Court Judge

## CERTIFICATION OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] SCHEDULING ORDER** to be delivered by electronic service via LexisNexis File & Serve on all counsel of record on December 1, 2011.

/s/ Mark Allen Kleiman
Mark Allen Kleiman