# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATED TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Kline & Specter, P.C., as Co-Lead Counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted,

Date: September 19, 2006

Shanin Specter, Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street
The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone
215-735-0957 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 19, 2006, a Notice of Withdrawal of Counsel was duly filed and served on all counsel of record, via ECF and LexisNexis.

/s/ Kathy Spurka