# Exhibit 9

**WILLIAMS LAW FIRM**
1632 Homestead Trail
Long Lake, MN  55356
(763) 473-0314

February 3, 2010

VIA EMAIL—medelson@edelson-law.com

Mark Edelson
Hoffan & Edelson LLC
45 West Court Street
Doylestown, PA 18901

Re:   In re Pharmaceutical Industry Average Wholesale Price Litigation

Dear Mark:

I saw from recent pleadings that all of Kline & Specter's time and expense from the Arizona and New Jersey AWP cases was counted as part of the AWP MDL. I was unaware that all of this time could be counted. Accordingly, I have added all of my firm's time and expense from these cases to be counted as well. For your reference for the AstraZeneca and future fee allocations, this brings my total time to $3,540,075.40 and total expenses to $91,531.12. I am sending via separate email detail backup for my New Jersey and Arizona time and expense, along with an updated "AWPTIMESHEETS" report and an updated fee affidavit. Best regards.

Sincerely,

WILLIAMS LAW FIRM

/s/

Kent M. Williams

enclosures