UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>BMS SETTLEMENT AND TRACK TWO SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS PLAINTIFFS' 13TH STATUS REPORT FOR BMS AND
TRACK TWO SETTLEMENTS**

**A.   Background**

On November 30, 2010, the Court issued an Order for Final Consideration of the BMS Settlement (Dkt. No. 7313) and an Order for Final Consideration of the Track Two Settlement (Dkt. No. 7314) (collectively, the "November Orders"). The November Orders directed Class Counsel to provide monthly status reports "detailing the progress" of the BMS and Track 2 Settlements. This is the thirteenth such report.

**B.   BMS Settlement**

The Court held a final fairness hearing related to the BMS Settlement on July 7, 2011. On July 19, 2011 the Court entered an order granting final approval of the BMS Settlement (Dkt. No. 7674). No appeals to the Court's Order granting final approval of the BMS Settlement were filed. On August 29, 2011 the parties entered a stipulation dismissing all appeals in the First Circuit related to the BMS Settlement. The claims administrator is currently processing consumer claims for a projected distribution of funds to class claimants in December 2011.

- 1 -

### C. Track Two Proposed Settlement

On August 30, 2011, the Court approved Class Counsel's proposed rebalancing plan and approved the form and manner of notice to be sent to class members affected by the proposed rebalancing. Dkt. No. 7772. The supplemental notice approved by the Court was mailed, first class, to all affected consumer class members on September 16, 2011. The Court held a final approval hearing on November 22, 2011. During that hearing the Court indicated it intended to approve the Settlement. A proposed form of final order approving the Settlement is to be filed on December 2, 2011 for the Court's review and approval.

### D. The Next Status Report

Pursuant to the November Orders, Class Counsel will submit its next regularly-scheduled Status Report on January 2, 2011.

DATED: December 2, 2011            By    /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 3 -

Jennifer Fountain Connolly
Hagens Berman Sobol Shaprio LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFF'S 13TH STATUS REPORT FOR BMS AND TRACK TWO SETTLEMENTS**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 1, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                   /s/ Steve W. Berman
                                                   Steve W. Berman