UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | MDL No. 1456<br> Master File No.: 01-CV-12257-PBS<br>(original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB)<br><br>Judge Patti B. Saris |

### SECOND JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

Plaintiff State of Iowa ("Iowa") and defendants Alpharma Inc. and Purepac Pharmaceutical Co. (collectively "Alpharma Group"); and, Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc. (collectively "Par Group")(all defendant groups collectively referred to as "Remaining Defendants"), hereby move the Court to extend the 90-day Order of Dismissal of July 7, 2011(Doc. # 7657, Sub-Doc. # 122) a second time, to allow an additional 60 days to conclude settlement discussions, obtain requisite signatures and file the necessary papers with the Court before the Order of Dismissal becomes final.[1]

At a hearing on June 23, 2011, Iowa reported to the Court that, except for one defendant, it had settled or reached agreements in principle to resolve all claims against all other defendants

---

[1] Iowa also moves the Court for additional time as to defendant King Pharmaceuticals Inc., King Research and Development and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group"). Defendant King/Monarch Group does not oppose or object to the further extension of the 90-day Order of Dismissal of July 7, 2011 (Doc. # 7657, Sub-Doc. # 122).

in this action, including the Remaining Defendants and King/Monarch Group.[2] Iowa further reported that it would take some time to draft and negotiate the details of the settlement documents, obtain the requisite signatures and file formal dismissal papers. Thereafter the Court entered an Order of Dismissal on July 7, 2011 allowing the parties 90 days to finalize the settlement. Doc. # 7657, Sub-Doc. # 122. At the request of Iowa and various settling defendants, including the Remaining Defendants, the 90-day period was extended to December 5, 2011 by Electronic Court Order on October 6, 2011.

In the time since July 7, counsel for Iowa and all the settling defendants, including the Remaining Defendants and King/Monarch Group, have negotiated diligently and in good faith on the terms of each respective settlement agreement and related documents. Iowa has finalized settlements and submitted formal dismissals for all defendants covered by the Court's 90-day Order of Dismissal of July 7, 2011(Doc. # 7657, Sub-Doc. # 122), except for the Remaining Defendants and King/Monarch Group. Despite their efforts, Iowa and the Remaining Defendants need additional time to finalize negotiations, obtain requisite signatures and submit all necessary documents with the Court. Iowa and the Remaining Defendants do not anticipate problems finalizing their respective settlements and filing all necessary documents with the Court by February 3, 2012.

For the foregoing reasons, it is respectfully requested that the Court modify its 90-day Order of Dismissal of July 7, 2011 to allow Iowa, the Remaining Defendants and King/Monarch Group up to and including February 3, 2012 to file the requisite documents with the Court seeking dismissals with prejudice pursuant to their settlements.

---

[2] Iowa and the last defendant have since reached a settlement in principle, which is subject to a separate extended order dismissal and time frame.

2

December 3, 2011

        **KIRBY McINERNEY LLP**

By: _____/s/_____
    Joanne M. Cicala (*pro hac vice*)
    James P. Carroll Jr. (*pro hac vice*)
    Kathryn B. Allen (*pro hac vice*)
    825 Third Avenue
    New York, New York 10022
    (212) 371-6600

*Counsel for the State of Iowa.*


HYMAN, PHELPS & McNAMARA, P.C.
John R. Fleder (*pro hac vice*)
J.P. Ellison (*pro hac vice*)
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 737-5600

*Counsel for Alpharma Inc. and Purepac Pharmaceutical Co.*


WILLIAMS & CONNOLLY LLP
Paul K. Dueffert (*pro hac vice*)
725 12th Street, N. W.
Washington, D.C. 20005
Phone: 202-434-5097

*Counsel for Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc.*

## CERTIFICATE OF SERVICE

I, James P Carroll Jr, hereby certify that I caused a true and correct copy of the foregoing **SECOND JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  December 3, 2011                              ___/s/ James P. Carroll Jr_____
                                                                               James P. Carroll Jr.