**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>(original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB) |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

**[PROPOSED] ORDER ON SECOND JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Saris, U.S.D.J.

The Court having reviewed the Second Joint Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiff and defendants Alpharma Inc. and Purepac Pharmaceutical Co. (collectively "Alpharma Group"); King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group"); and, Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc. (collectively "Par Group") in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional

60 days until February 3, 2012.

SO ORDERED by the Court.

Entered ___ day of _________, 2011.

______________________________________

THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, James P Carroll Jr, hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] ORDER ON SECOND JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated: December 3, 2011

/s/ James P. Carroll Jr
James P. Carroll Jr