UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No. 1456 <br><br> Master File No. 01-cv-12257-PBS <br><br> Subcategory No. 06-11337-PBS <br> Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: <br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) | Judge Patti B. Saris |

**THIRD JOINT MOTION TO EXTEND THE ORDER OF DISMISSAL
AS TO DEFENDANTS ALPHARMA INC., ALPHARMA USPD INC., f/k/a BARRE-
NATIONAL, INC., BARRE PARENT CORP., AND ACTAVIS MID ATLANTIC LLC**

The Relator, Ven-a-Care of the Florida Keys, Inc., and Defendants, Alpharma Inc.,

Alpharma USPD Inc., f/k/a Barre-National, Inc., Barre Parent Corp., and Actavis Mid Atlantic

LLC (collectively, "Actavis"), (the Relator and Actavis collectively, "the Parties") hereby move

the Court to extend the Order of Dismissal of May 27, 2011 (Doc. # 178)  a third time, to allow

the Parties an additional 39 days to conclude their settlement discussions and obtain the United

States' consent to the settlement before the Order of Dismissal becomes final.

At a hearing on May 24, 2011, the Parties reported to the Court that they had reached

agreements in principle on settlements of the actions against Actavis.  However, the parties

reported it would take some time to draft and negotiate the details of the settlement documents,

to secure the written consent of the United States and to seek the Court's written consent as

required by 31 U.S.C § 3730(b).  Thereupon the Court entered an Order of Dismissal on May 27,

2011 allowing the parties 90 days to finalize the settlement. Doc. #178.  At the request of the

Parties, the 90-day period was extended to October 24, 2011 by Electronic Court Order on

August 30, 2011, and by Electronic Order on October 21, 2011 was further extended to

December 8, 2011.

The Parties have continued to work diligently to complete the settlement in this case as

well as the companion Texas case, and believe they will soon be in a position to submit the

settlement agreement and US Consent for execution by the Parties and the United States

respectively.  However, despite their efforts, the Parties will be unable to complete the settlement

by the current deadline of December 8, 2011.

Accordingly, the Parties request that the Court modify its Order of Dismissal to allow the

Parties an additional 39 days (until January 16, 2012) to file the requisite documents with the

Court seeking dismissals with prejudice pursuant to their settlement.

Dated: December 6, 2011.


Respectfully submitted,


ALISON W. SIMON, P.A.
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 430457
MIAMI, FL 33243
Phone: 305-663-2433
Fax: 305-665-1508

THE BREEN LAW FIRM, P.A.
James J. Breen
Florida Bar No. 0297178
5755 Northpoint Parkway
Suite 260
Alpharetta, GA 30022
Phone: 770-740-0008
Fax: 770-740-9109


/s/  Rand J. Riklin_____
Rand J. Riklin
Texas State Bar No. 16924275
John E. Clark
Texas State Bar No. 04287000
GOODE CASSEB JONES
 RIKLIN CHOATE & WATSON, PC
2122 N. Main Ave.
San Antonio, Texas 78212
Telephone:  (210) 733-6030
Facsimile:  (210) 733-0330

Attorneys for Relator, Ven-A-Care of the
Florida Keys, Inc.


/s/ Amy T. Tridgell by Rand J. Riklin
with permission
_____
Amy T. Tridgell (*pro hac vice*)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Tel.:  212-223-4000
Fax:  212-223-4134

Robert T. Rhoad (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Attorneys for Alpharma Inc., Alpharma
USPD Inc., f/k/a Barre-National, Inc., Barre
Parent Corp., and Actavis Mid Atlantic LLC

3

CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of December, 2011 caused an electronic copy of the above SECOND JOINT MOTION TO EXTEND THE ORDER OF DISMISSAL AS TO DEFENDANTS ALPHARMA INC., ALPHARMA USPD INC., f/k/a BARRE-NATIONAL, INC., BARRE PARENT CORP., and ACTAVIS MID ATLANTIC LLC to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/  Rand J. Riklin_____
Rand J. Riklin