UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-cv-12257-PBS |
| THIS DOCUMENT RELATES TO: TRACK TWO SETTLEMENT | Judge Patti B. Saris |

**PLAINTIFFS' NOTICE OF FILING RELATING TO
PLAINTIFFS' MOTION TO COMPEL**

To:   All Counsel of Record

Please take notice that on December 5, 2011, Kenneth A. Wexler and Wexler Wallace LLP caused the attached documents to be filed in *Corinna Connick v. Kenneth A. Wexler and Wexler Wallace LLP*, docket number 1:11-cv-2499, pending before Judge James S. Gwin in the United States District Court for the Northern District of Ohio:

1. Motion to Dismiss

2. Memorandum in Support of Motion to Dismiss

3. Exhibits A-H

The Motion and supporting relate to the pending Motion to Compel the Deposition of Corinna Connick [Docket No. 7927] pending before this Court.

Dated:  December 6, 2011              Respectfully submitted,

                                       /s/ Kenneth A. Wexler
                                       
                                       Kenneth A. Wexler
                                       Wexler Wallace LLP
                                       55 W. Monroe, Suite 3300
                                       Chicago, IL  60603
                                       Telephone:  (312) 346-2222
                                       Facsimile:  (312) 346-0022

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*LIAISON COUNSEL*

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson LLC
45 W. Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

*CLASS COUNSEL*

2

## CERTIFICATE OF SERVICE

I hereby certify that I, Kenneth A. Wexler, caused a true and correct copy of the foregoing *Plaintiffs' Notice of Filing* be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 6, 2011 a copy to LexisNexis File and Serve for Posting and notification to all parties.

                                                  By: /s/ Kenneth A. Wexler
                                                          Kenneth A. Wexler
                                                          Wexler Wallace LLP
                                                          55 W. Monroe, Suite 3300
                                                          Chicago, IL  60603
                                                          Telephone:  (312) 346-2222
                                                          Facsimile:  (312) 346-0022