# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CORINNA CONNICK<br>12545 Ashton Trail<br>Chardon, Ohio 44024<br><br>                          Plaintiff,<br>    v.<br><br>KENNETH A. WEXLER<br>55 West Monroe, Suite 3300<br>Chicago, Illinois 60603<br><br>    And<br><br>WEXLER WALLACE LLP,<br>55 West Monroe, Suite 3300<br>Chicago, Illinois 60603<br><br>                          Defendants. | Case No. 1:11-cv-2499<br><br>Honorable James S. Gwin |

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(1),(2), AND (3)

Defendants Kenneth A. Wexler and Wexler Wallace LLP (collectively "Wexler Wallace"), by and through undersigned counsel and for the reasons set forth in the attached Memorandum, seek the following relief: (1) dismissal of this action in its entirety for lack of personal jurisdiction, subject matter jurisdiction, and improper venue pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (3); and (2) stay of this action pending resolution of this motion.

Dated: December 5, 2011 Respectfully submitted,

By: /s/ *Janet G. Abaray*
Janet G. Abaray (0002943)
Burg Simpson Eldredge Hersh Jardine PC
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
(513) 852-5600

**Counsel for Defendants Kenneth A. Wexler and Wexler Wallace LLP**

Certificate of Service

I hereby certify that on December 5, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. In addition, the foregoing document will be served via ordinary U.S. Mail upon Corinna Connick, 12545 Ashton Trail, Chardon, Ohio 44024.

/s/ *Janet G. Abaray*
Janet G. Abaray (0002943)