IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE <br><br> THIS LITIGATION RELARTES TO: <br><br> TRACK TWO SETTLEMENT | MDL No. 1456 <br><br> CIVIL ACTION: 1:01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**STATE OF OHIO**            )
                             )  SS:
**COUNTY OF CUYAHOGA**       )

I, Thomas J. Connick, with personal knowledge deposes and states that:

1. I am Thomas J. Connick, with the firm of Dubyak Connick Thompson & Bloom, LLC, located at 3401 Enterprise Parkway, Suite 205, Cleveland, Ohio 44122, and currently represent Corinna Connick in the above captioned matter.

2. On November 14, 2011, I conferred with Attorney Wexler to discuss the alleged discovery dispute. In response, Attorney Wexler threatened sanctions in the event Ms. Connick was not to appear for her deposition on November 18, 2011. I invited Attorney Wexler to call me and speak directly about these issues.

3. On November 16, 2011, I spoke with Mr. Wexler both about Ms. Connick's improperly noticed deposition for November 18, 2011 and other matters. Mr. Wexler maintained that Ms. Connick e deposed on November 18, 2011, or some other date. Mr. Wexler did not withdraw the improperly noticed deposition of Ms. Connick despite undersigned counsel's objections.

FURTHER AFFIANT SAYETH NAUGHT.

Thomas J. Connick

SWORN TO BEFORE ME and subscribed in my presence this _6th_ day of December, 2011.

Notary

TINA L. BASHLINE
Notary Public, State of Ohio
My Commission Expires 11-6-2016

