UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

I, Joseph W. Swanson, hereby give notice of my withdrawal of appearance as counsel for Endo Pharmaceuticals Inc. in the above captioned matter on the basis that, effective December 9, 2011, I will no longer be associated with Arnold & Porter LLP.

Dated: December 8, 2011

Respectfully submitted,

/s/ Joseph W. Swanson

Joseph W. Swanson (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5994 (phone)
(202) 942-5999 (fax)
joseph.swanson@aporter.com

*Attorneys for Endo Pharmaceuticals Inc.*

## **CERTIFICATE OF SERVICE**

I, Joseph W. Swanson, hereby certify that on this 8th day of December, 2011, I caused a true and correct copy of the Notice of Withdrawal of Appearance of Counsel to be served on all counsel of record by electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Joseph W. Swanson
Joseph W. Swanson