*[Handwritten margin note: "The parties shall attempt to resolve their dispute. Any unresolved issues regarding attorneys' fees shall be presented to me. /s/ Patti B. Saris 12/5/11" and "2/6/2011"]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

MDL No. 1456

Civil Action: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Judge Patti B. Saris

### RESPONSE TO PROPOSED FINAL ORDER AND JUDGMENT GRANTING FINAL APPROVAL TO PROPOSED TRACK TWO CLASS ACTION SETTLEMENTS, APPROVING PROPOSED ALLOCATION OF SETTLEMENT FUNDS, AND APPROVING CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND COMPENSATION FOR CLASS REPRESENTATIVES

The undersigned firms or counsel Kline & Specter, P.C., Williams Law Firm, Law Office of Adam S. Levy, LLC and Adam S. Levy, and Jennings Haug & Cunningham, LLP (collectively, "Movants") hereby object to one aspect of the Proposed Final Order and Judgment Granting Final Approval to Proposed Track Two Class Action Settlements, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsel's Application for Attorney's Fees, Reimbursement of Litigation Expenses and Compensation for Class Representatives.

More specifically, on November 17, 2011 the undersigned firms filed a Motion for Modification of Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions.[1] The issue of allocation of fees is still pending before the Court. However, paragraph 18 of the proposed order states that "[t]he attorneys' fees and expenses awarded by the Court shall be allocated among Class Counsel by Lead Class Counsel at their

---

[1] Law Office of Adam S. Levy, LLC and Adam S. Levy joined in the pending Motion. Separately, they have also filed a Motion for Modification of Lead Counsel's Allocation of Fees and Reimbursement of Expenses to Include Uncounted Time and Expense Incurred Directly in this MDL.