UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel.*<br>*Ven-A-Care of the Florida Keys, Inc., by*<br>*and through its principal officers and*<br>*directors, Zachary T. Bentley and T. Mark*<br>*Jones v. Actavis Mid Atlantic LLC, et al.* ) ) ) ) ) ) ) | Judge Patti B. Saris |

## ORDER ON THIRD JOINT MOTION TO EXTEND
## ORDER OF DISMISSAL AS TO DEFENDANTS ALPHARMA INC.,
## ALPHARMA USPD INC. f/k/a BARRE-NATIONAL, INC., BARRE PARENT CORP.,
## AND ACTAVIS MID ATLANTIC LLC

The Court having reviewed the Relator's and Actavis parties' Third Joint Motion to Extend the deadline to finalize their settlement and file the requisite dismissal pleadings and related documents for a period of 39 days from the current deadline of December 8, 2011, and having been advised that the Parties need the additional time to complete and execute the settlement documents, and obtain the United States' written consent to the settlement:

IT IS ORDERED that the deadline for Relator and the Actavis parties to finalize their settlement and file the requisite dismissal pleadings and documents and the United States' consent to the settlement is hereby extended an additional 39 days to and including January 16, 2012.

Entered this 8 day of December, 2011.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE