UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>v.<br><br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

## [PROPOSED] ORDER ON SECOND JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

Saris, U.S.D.J.

The Court having reviewed the Second Joint Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiffs and defendants Alpharma Inc. and Purepac Pharmaceutical Co. (collectively "Alpharma Group"); King Pharmaceuticals Inc., King Research and Development and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group"); Mylan Inc., formerly known as Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and Mylan Institutional Inc., formerly known ás UDL Laboratories, Inc. (collectively "Mylan Group"); Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc. (collectively "Par Group"); and, Roche Laboratories Inc. and Hoffman-La Roche Inc. (collectively "Roche Group") and, TAP Pharmaceutical Products, Inc., in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional 60 days until February 3, 2012.

SO ORDERED by the Court.

Entered 6 day of December, 2011.

THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE