# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Master File No.: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of appearance of David M. Glynn and Michael DeMarco of the law firm of K&L Gates, LLP as counsel for Defendants Sanofi-Aventis and Aventis Behring, LLC. All other counsel of record for those parties will continue to appear as counsel for them in this matter.

                                                                                                Respectfully Submitted,

                                                                                                /s/ David M. Glynn  
                                                                                               Michael DeMarco (BBO #119960)  
                                                                                               micheal.demarco@klgates.com  
                                                                                               David M. Glynn (BBO #650964)  
                                                                                               david.glynn@klgates.com  
                                                                              K&L GATES LLP  
                                                                              State Street Financial Center  
                                                                              One Lincoln Street  
                                                                              Boston, MA  02111-2950  
                                                                              (617) 261-3100

Dated:  December 13, 2011

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2011 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to the Case Management Order entered by the Honorable Patti B. Saris in MDL 1456.

/s/ David M. Glynn
David M. Glynn