# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 1:01-CV-12257-PBS<br><br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | |

### [PROPOSED] ORDER

**December ___, 2011**

Saris, U.S.D.J.

WHEREAS, Relators have requested a four month extension to the discovery period, which expired December 1, 2011;

and, WHEREAS, Relators also seek to conduct new discovery during this period;

and, WHEREAS, Relators have not shown good cause why they should be entitled to conduct new discovery;

NOW THEREFORE, it is ORDERED, as follows:

1. After the Court has ruled upon Defendant Baxter Healthcare Corporation's Partial Motion to Dismiss [Sun Docket No. 125] and Motion for Partial Summary Judgment [Sun Docket No. 135], the parties shall confer and recommend to the Court a time period required for completion of all outstanding discovery.

2. The Court will set such a time period, during which the parties shall complete third party discovery and/or depositions, provided the discovery was served and the depositions noticed prior to the December 1, 2011 fact discovery cutoff.

3. No new discovery shall be served or initiated during this time period.

So ordered.

_____

Judge Patti B. Saris