**EXHIBIT B**
**TO**
**MOTION FOR APPROVAL OF SETTLEMENT**
**(AGREED ORDER APPROVING SETTLEMENT)**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| | ) | |
| PHARMACEUTICAL INDUSTRY | ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| _____ | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| *United States of America ex rel. Ven-A-Care of* | ) | Judge Patti B. Saris |
| *the Florida Keys, Inc., by and through its principal* | ) | |
| *officers and directors, Zachary T. Bentley and* | ) | |
| *T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) | |

**AGREED ORDER APPROVING SETTLEMENT**

Pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. §3730 (b), Relator Ven-A-Care of the Florida Keys, Inc. (the "Relator") and Watson Pharmaceuticals, Inc. (f/k/a Schein Pharmaceuticals, Inc. (collectively, "Watson") (Watson together with Relator collectively the "Parties") filed with this Court, a Joint Motion for Approval of Settlement Agreement.  Upon due consideration of the  Joint Motion and the  Parties' Settlement Agreement attached thereto as **Exhibit A**, counsel's representation that the United States has indicated it will provide its written consent to the dismissal, the lack of objection to the proposed Settlement and the Court's determination that the Settlement Amount appears to the Court to be fair, adequate, and reasonable under all the circumstances, the Court hereby approves the Settlement, subject to the filing of the signed Consent of the United States as set forth in the Parties' Joint Motion for Approval of Settlement Agreement.

WHEREFORE, IT IS ORDERED, that

1. The Court approved the Settlement Agreement, subject to the filing of the written U.S. Consent following payment of the Settlement Amount.

2. The Parties shall move forward expeditiously to conclude the settlement as provided for in their Joint Motion for Approval of Settlement Agreement.

3. Upon the filing of the duly executed Consent of the United States, in the form attached to the Parties Settlement Agreement and Release as **Exhibit 1**, and the filing of the Joint Stipulation of Dismissal with Prejudice, in the form attached to the Settlement Agreement as **Exhibit 5,** the Court will enter the Parties' proposed Order of Dismissal with Prejudice of Claims against Watson Defendants in the form attached to the Settlement Agreement as **Exhibit 6**.

IT IS SO ORDERED this _____ day of _____, 2011.


_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE