UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: )<br>*United States of America ex rel. Ven-A-* )<br>*Care of the Florida Keys, Inc., by and* )<br>*through its principal officers and directors,* )<br>*Zachary T. Bentley and T. Mark Jones v.* )<br>*Actavis Mid Atlantic LLC, et al.* ) | Judge Patti B. Saris |

**SECOND JOINT MOTION TO EXTEND ORDER OF DISMISSAL
AS TO DEFENDANTS WATSON PHARMA, INC., and WATSON
PHARMACEUTICALS, INC.**

The Relator, Ven-a-Care of the Florida Keys, Inc., and Defendants Watson Pharma, Inc., f/k/a Schein Pharmaceutical, Inc., and Watson Pharmaceuticals, Inc. (collectively "Watson"), (the Relator and Watson collectively, "the Parties") hereby move the Court to extend the Order of Dismissal of July 8, 2011 (Doc. #s 191 and 7663) a second time, to allow the Parties an additional 21 days (from December 16, 2011 to and including January 6, 2012) to finalize the settlement and obtain the United States' consent to the settlement before the Order of Dismissal becomes final.

The Parties previously reported to the Court that they had reached an agreement in principle on settlement of the action against Watson. However, the Parties reported it would take some time to draft and negotiate the details of the settlement documents, to secure the written consent of the United States and to seek the Court's written consent as required by 31 U.S.C § 3730(b). Thereupon the Court entered Orders of Dismissal on July 8, 2011 allowing the Parties

120 days to finalize the settlements.  At the request of the Parties, on November 1, 2011, the 120-day period was extended to December 16, 2011 by Electronic Court Order.

Since that time, counsel for the Parties have negotiated diligently and in good faith to consummate the settlement and have worked closely with the United States to obtain the United States' consent to the settlement.  The Settlement Agreement has now been fully executed by the Parties and on December 13, 2011, the Parties filed an Agreed Motion for Approval of Settlement of False Claims Act Case as to Watson Defendants, which is pending.  The only outstanding matters necessary to conclude this settlement are (1) receipt by Relator's counsel of the United States' Consent to the settlement, and (2) payment of the settlement amount by Watson to the United States, which obligation is contingent upon receipt by Relator's counsel of the United States' Consent to the settlement.  Counsel for the Parties anticipate that these remaining matters will be completed by the end of the year, or at the latest, shortly after the 1st of the year.

For the foregoing reasons, the Parties request that the Court modify its Order of Dismissal to allow the Parties an additional 21 days to file the requisite documents with the Court seeking dismissals with prejudice pursuant to their settlement.

Dated:  December 15, 2011.

                                        Respectfully submitted,

                                        ALISON W. SIMON, P.A.
                                        Alison W. Simon
                                        Florida Bar No. 0109568
                                        P. O. Box 430457
                                        MIAMI, FL 33243
                                        Phone: 305-663-2433
                                        Fax: 305-665-1508

THE BREEN LAW FIRM, P.A.
James J. Breen
Florida Bar No. 0297178
5755 Northpoint Parkway
Suite 260
Alpharetta, GA 30022
Phone: 770-740-0008
Fax: 770-740-9109

*/s/ Rand J. Riklin*

_____

Rand J. Riklin
Texas State Bar No. 16924275
John E. Clark
Texas State Bar No. 04287000
GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, PC
2122 N. Main Ave.
San Antonio, Texas 78212
Telephone:  (210) 733-6030
Facsimile:  (210) 733-0330

Attorneys for Relator, Ven-A-Care of the Florida Keys, Inc.


*/s/ James W. Matthews*

_____

James W. Matthews (BBO# 560560)
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Attorneys for Watson Pharmaceuticals, Inc., and Watson Pharma, Inc., f/k/a Schein Pharmaceutical, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 15th day of December, 2011 caused an electronic copy of the above Second Joint Motion to Extend the Order of Dismissal as to Defendants Watson Pharma, Inc., and Watson Pharmaceuticals, Inc., to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      */s/ Rand J. Riklin*

      _____

      Rand J. Riklin