UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* ) ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852<br><br>Judge Patti B. Saris |

**ORDER ON SECOND JOINT MOTION TO EXTEND
ORDER OF DISMISSAL AS TO DEFENDANTS WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.**

The Court having reviewed the Plaintiffs' and Watson parties' Second Joint Motion to Extend the deadline to finalize their settlement and file the requisite dismissal pleadings and related documents for a period of 21 days from the current deadline of December 16, 2011, and having been advised that the Parties need the additional time to consummate the settlement and obtain the United States' written consent to the settlement:

IT IS ORDERED that the deadline for the Relator and the Watson parties to finalize their settlement and file the requisite dismissal pleadings and documents and the United States' consent to the settlement is hereby extended an additional 21 days to and including January 6, 2012.

Entered this ____ day of _____, 2011.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE