UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>United States ex rel. Linnette Sun and Greg Hamilton, Relators<br>v.<br>Baxter Healthcare Corporation, ) ) ) ) ) ) | |

*[handwritten margin note: 12/15/11 "Denied" a motion a matter of prejudice to renewal after the court rules on the dispositive motions. Saris]*

### RELATORS' MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DISCOVERY FOR FOUR MONTHS

Pursuant to Fed. R. Civ. P. 7(b) and Local Rules 7.1 and 16.1(G), Relators Linnette Sun and Greg Hamilton move to extend fact discovery and modify the scheduling order for the reasons set forth below. Relators respectfully request that fact discovery be extended four months to Friday, March 30, 2012, expert discovery be extended to Friday, June 29, 2012 and dispositive motion deadlines extended to Monday, August 13, 2012. An appropriate proposed Order will be filed forthwith.

### I. BACKGROUND

This *qui tam* case was filed in early 2005. It was maintained under seal before the United States District Court for the District of Colorado until the United States chose not to intervene, and it was transferred to this Court and swept into the AWP MDL on July 15, 2008. Master File No. 1:01-cv-12257-PBS Docket ("Docket") No. 1456. Baxter filed a motion to dismiss on