## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| | ) | |
| PHARMACEUTICAL INDUSTRY | | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| *United States of America ex rel. Ven-A-Care of* | ) | Judge Patti B. Saris |
| *the Florida Keys, Inc., by and through its principal* | ) | |
| *officers and directors, Zachary T. Bentley and* | ) | |
| *T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) | |

*[Handwritten margin note: 12/15/2011 Allowed Patti B Saris]*

## AGREED MOTION FOR APPROVAL OF SETTLEMENT OF FALSE CLAIMS ACT CASE AS TO WATSON DEFENDANTS

1.) The above-captioned matter is an action brought under the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. §§3729-3733, by Relator Ven-A-Care of the Florida Keys, Inc. (the "Relator") against Watson Pharmaceuticals, Inc. (f/k/a Schein Pharmaceuticals, Inc.) (collectively, "Watson") (Watson together with Relator collectively the "Parties").

2.) The Parties have reached a settlement of the remaining claims against Watson in the above action, the terms of which are set forth in the Settlement Agreement and Release attached hereto as **Exhibit A (the "Settlement Agreement")** and provide for the dismissal of the action as to the Watson parties, with prejudice. Because this is a *qui tam* action brought by the Relator on behalf of the United States, it can only be dismissed if consented to by the Court and the United States pursuant to 31 U.S.C. § 3730 (b). The United States Department of Justice has represented to the Parties that the United States