UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>Case No. 03-cv-11226-PBS | ) ) ) ) ) | Judge Patti B. Saris |

## ORDER ON SECOND JOINT MOTION TO EXTEND
## ORDER OF DISMISSAL AS TO DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.

The Court having reviewed the Plaintiffs' and Mylan parties' Second Joint Motion to Extend the deadline to finalize their settlement and file the requisite dismissal pleadings and related documents for a period of 63 days from the current deadline of December 16, 2011, and having been advised that the Parties need the additional time to complete and execute the settlement documents, and obtain the United States' written consent to the settlement:

IT IS ORDERED that the deadline for the State of California, Relator and the Mylan parties to finalize their settlement and file the requisite dismissal pleadings and documents and the United States' consent to the settlement is hereby extended an additional 63 days to and including February 17, 2012.

Entered this \_\_\_\_ day of _____, 2011.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE