# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: BRISTOL MEYERS SQUIBB ("BMS") CLASS SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

**DECLARATION OF DANIEL COGGESHALL**
**REGARDING ALLOCATION AND DISTRIBUTION**
**OF THE NET SETTLEMENT FUND TO**
**CLASS 1 AND CLASS 3 CONSUMERS AND**
**CLASS 2 AND CLASS 3 THIRD-PARTY PAYORS**

Daniel Coggeshall declares as follows:

1.     I submit this declaration in order to provide the Court and the parties with information about the administration of the Settlement Amount with regard to the Class 1 and 3 Consumer claims and the Class 2 and 3 Third-Party Payor ("TPP") claims submitted to Rust.

2.     I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust"), f/k/a Complete Claims Solutions.  Pursuant to the Preliminary Approval Order dated August 4, 2009, Rust was appointed the Claims Administrator.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3.     Rust was engaged as the Claims Administrator to, among other things, provide notice about the Settlement to potential class members; to process, evaluate, and audit completed Claim Cards and Claim Forms ("claims") submitted to Rust; to calculate the *pro rata* share for

each class member who filed a valid and timely claim; and to distribute the Settlement Amount to the claimants.

4.      In this regard, Rust has served as a repository for potential class members' inquiries, communications, and claims in this Settlement.

### *Class 1 Consumer Claims - Processing Activities*

5.      The Centers for Medicare and Medicaid Services ("CMS") supplied Rust with the following information for Class 1 Consumers who made a percentage co-payment for BMS drugs from January 1, 1991 through December 31, 2004 ("Class Period"): J-Codes, administration dates, and member obligations. Claim Cards were mailed to potential Class 1 Consumers for whom Rust received CMS data. Upon receipt of a completed Claim Card, Rust mailed out a Claim Form pre-populated with the administrations provided by CMS for that Consumer. Claim Forms did not need to be returned unless the Claimant had a change to the pre-populated administrations provided by CMS or had additional BMS drug purchases.

6.      In instances where Rust did not receive CMS data, potential Class 1 Consumers could request a Claim Card by calling the Settlement hotline or by downloading a Claim Form from the Settlement website ("Self Identifiers").

7.      Rust created a segregated BMS Consumer database as a repository for Class 1 Consumer claims data in this matter ("Class 1 Database").

8.      As of December 20, 2011, Rust has mailed 766,343 Claim Cards and 17,889 Claim Forms to potential Class 1 Consumers.

9.      As of December 20, 2011, Rust has received and processed Class 1 Claim Cards and Claim Forms, resulting in 18,057 distinct claims.

10.     The claim number on each claim was used as the unique identifier for the claimant's corresponding record in the Class 1 Database.

11.     Rust's data-entry staff entered changes and/or additional purchases, including drug names, administration dates, and the member obligations for BMS drugs during the Class Period, into the database for each claim.

12.     For Claim Forms without CMS data, Rust's data-entry staff entered each claimant's name, address, the names of the BMS drugs that were purchased, the administration dates for those purchases, and the amounts paid for each purchase made during the Class Period.

13.     Rust's data-entry staff coded the computerized claim records if the corresponding hard-copy claim was in any way "deficient" (*e.g.,* missing pertinent information, in whole or in part, necessary to calculate each claimant's allocated share of the Settlement Fund per the Plan of Allocation) which, if corrected, would make the claim valid and eligible for payment.  Of the claims received, Rust initially determined that deficient claims were those:

    (a)   where the Claim Card:

        (i)     was not signed; and/or

        (ii)    was not check marked; or

    (b)   where the Claim Card was received but CMS did not provide eligible purchases, thus requiring the claimant to fill out a Claim Form with BMS purchases; or

    (c)   where the Claim Form:

        (i)     was not signed;

        (ii)    had one or more unanswered eligibility questions in Section C;

        (iii)   had additional BMS purchases listed with missing drug name(s), administration date(s), and/or purchase amount(s);

    (iv)    had additional BMS purchases listed without including proper supporting documentation; and/or

    (v)    had changes to the CMS data without including proper supporting documentation.

14.    Rust sent 6,985 letters to these Class 1 claimants reporting their deficiencies, notifying them that their claims were deficient, explaining the reason(s), and requesting that they provide the documentation and/or information necessary to remedy the deficiency.  Samples of these letters are attached as Exhibit A.  Rust reviewed and processed the responses from claimants to the deficiency letters.

15.    In addition, Rust sent 2,041 letters, samples of which are attached as Exhibit B, to Class 1 claimants whose claims were determined to be ineligible because:

    (a)    the claim was duplicative of previously filed claims (for example, where a claim was submitted to Rust by facsimile and the original hard-copy was sent in by mail and received at a later date);

    (b)    the claim filed by the claimant was withdrawn;

    (c)    the claimant indicated a "no" response to at least one of the eligibility questions in Section C of the Claim Form;

    (d)    the claim was filed by a claimant who also filed a request for exclusion; and/or

    (e)    the claimant had no valid purchases and therefore no loss per the Plan of Allocation.

16.    In the aggregate, Rust than 9,026 letters to Class 1 claimants by first-class U.S. mail.

***Class 1 Consumer Claims - Allocation of the Consumer Net Settlement Fund***

17.     Despite the efforts described in ¶¶13-16, above, 3,253 Class 1 Consumer claims remain ineligible. Rust prepared a list of 3,253 Ineligible Class 1 Consumer Claimants, a copy of which was provided to counsel for the parties and available to be filed with the Court (under seal) upon request.  Included in this list are:

(a)   claimants who filed duplicative claims;

(b)   claimants whose claims were wholly deficient (*e.g.*, lacking necessary information) and who failed to cure the deficiencies despite being contacted by Rust;

(c)   claimants who did not have any eligible purchases;

(d)   claimants who wrote to Rust advising that they were withdrawing their claims;

(e)   claimants who responded "no" to one of the eligibility questions in Section C of the Claim Form; or

(f)   claimants who filed a request for exclusion and a claim.

18.     14,804 eligible Class 1 Consumer claimants, with Recognized Claims totaling $2,850,473.86 are identified on the Eligible Class 1 Consumer Claims Summary provided to counsel for the parties and available to be filed with the Court (under seal) upon request.

19.     Per Counsel's direction, Class 1 Consumer claims were considered late if:

(a)   the claimant filed only a Claim Card which was received after the January 31, 2011 Claim Card filing deadline; or

(b)   the claimant filed only a Claim Form which was received after the February 28, 2011 Claim Form filing deadline; or

(c)   the claimant filed a Claim Card and a Claim Form, both of which were received after their respective filing deadlines.

Included in the Eligible Class 1 Consumer Claims Summary are 1,354 claimants, who are considered late, but which would otherwise be eligible to receive a distribution.  These claimants are separately listed on the Late Class 1 Consumer Claims Summary provided to counsel for the parties and available to be filed with the Court (under seal) upon request.

20.     As of December 20, 2011, Rust estimates the Net Class 1 Consumer Settlement Fund to be $3,266,791.75. At Class Counsel's direction and in lieu of being awarded a pro rata share of the Net Class 1 Consumer Settlement Fund, claim 8164 will be awarded $1,571.00 per the terms of the Settlement with Mr. Aaronson.  This leaves $3,265,220.75 for claimants with eligible claims to receive an estimated pro rata of 114.6%.

21.     Upon approval of the Court, Rust will promptly mail eligible Class 1 Consumer claimants their appropriate share of the Net Class 1 Consumer Settlement Fund.

### *Class 3 Consumer Claims - Processing Activities*

22.     Potential Class 3 Consumers could request a Claim Form by calling the Settlement hotline or by downloading one from the Settlement website.

23.     Rust created a segregated BMS Consumer database as a repository for Class 3 Consumer claims data in this matter ("Class 3 Database").

24.     As of December 20, 2011, Rust has mailed 1,273 Claim Forms to potential Class 3 Consumers.

25.     As of December 20, 2011, Rust has received and processed a total of 109 Class 3 Consumer Claim Forms.

26.     For Class 3 claims, Rust's data-entry staff entered each claimant's name, address, chosen refund option, the names of the BMS drugs that were purchased and the amounts paid for each purchase made during the period between January 1, 1991 and December 31, 2004.

27.     Rust's data-entry staff coded the computerized claim records if the corresponding hard-copy claim was in any way "deficient" (*e.g.,* missing pertinent information, in whole or in part, necessary to calculate each claimant's allocated share of the Settlement Fund per the Plan of Allocation) which, if corrected, would make the claim valid and eligible for payment.   Of the claims received, Rust initially determined that deficient claims were those where the Class 3 Claim Form:

(a)     did not provide the amount paid per BMS drug;

(b)     was not signed;

(c)     had one or more unanswered eligibility questions in Section C;

(d)     did not clearly indicate either Easy Refund or Full Refund or indicated both; and/or

(e)     did not include proper supporting documentation.

28.     Rust sent 38 letters to these claimants reporting these deficiencies, notifying them that their claims were deficient, explaining the reason(s), and requesting that they provide the documentation and/or information necessary to remedy the deficiency.   Samples of these letters are attached as Exhibit C.   Rust reviewed and processed the responses from claimants to the deficiency letters.

29.     To ensure the integrity of the data received by Class 3 Consumer claimants, Rust selected 5 claims for review because of unreasonably high claimed amount and/or the documentation provided was suspiciously fraudulent.   Rust requested from these claimants

documentation to support the amount claimed on the Claim Form submitted in the Settlement. An example of this letter is attached as Exhibit D.  Rust received 4 responses which were inadequate responses.

30.     In addition, Rust sent 10 letters, samples of which are attached as Exhibit E,  to Class 3 claimants whose claims were determined to be ineligible because:

(a)    the claim was duplicative of previously filed claims (for example, where a claim was submitted to Rust by facsimile and the original hard-copy was sent in by mail and received at a later date);

(b)    the claimant indicated a "no" response to at least one of the eligibility questions in Section C of the Claim Form; and/or

(c)    the claim was filed by a claimant who meant to file in Class 1. These claims were transferred and reprocessed in the segregated Class 1 database.

31.     In the aggregate, Rust sent more than 53 letters to Class 3 claimants by first-class U.S. mail.

### _Class 3 Consumer Claims - Allocation of the Consumer Net Settlement Fund_

32.     Despite the efforts described in ¶¶27-31, above, 16 Class 3 Consumer claims remain ineligible.

33.     In addition, through Class Counsel's investigation, Claim 76 was determined to be fraudulent and therefore ineligible.

34.     Rust prepared a list of a 17 Ineligible Class 3 Consumer Claims, a copy of which was provided to counsel for the parties and available to be filed with the Court (under seal) upon request.  Included in this list are:

(a)    claimants who filed duplicative claims;

(b)    claimants who did not adequately respond to the request for more information as described in ¶29;

(c)    claimants who filed in Class 3 but meant to file in Class 1; or

(d)    claimants who did not respond or answered "no" to one or more of the eligibility questions in Section C of the Claim Form.

35.    92 eligible Class 3 Consumer claimants, with Recognized Claims totaling $60,683.59, are identified on the Eligible Class 3 Consumer Claims Summary provided to counsel for the parties and available to be filed with the Court (under seal) upon request. Included in the Eligible Class 3 Consumer Claims Summary are 26 Consumer claimants, whose Claim Forms were postmarked after the November 19, 2010 filing deadline, but would otherwise be eligible to receive a distribution. These claimants are separately listed on a Late Class 3 Consumer Claims Summary provided to counsel for the parties and available to be filed with the Court (under seal) upon request.

36.    As of December 20, 2011, Rust estimates the Net Class 3 Consumer Settlement Fund to be $69,546.56 and claimants with eligible claims to receive an estimated pro rata of 114.6%.

37.    Upon approval of the Court, Rust will promptly mail eligible Class 3 Consumer claimants their appropriate share of the Net Class 3 Consumer Settlement Fund.

### ***Third-Party Payor Claims Processing Activities***

38.    As of December 20, 2011, Rust has mailed Notice Packets to more than 41,918 potential TPP Class Members.

39.     As of December 20, 2011, Rust received and processed 728 claims from TPP claimants and record-keeping entities or agents, TPAs, filing on behalf of TPPs.

40.     Rust created a segregated database as a repository for TPP claims data in this matter ("TPP Database").

41.     Rust's data-entry staff entered each claimant's name, address, telephone number, fax number, Federal Employer Identification Number ("FEIN"), the total amount paid or reimbursed for each BMS drug with a date of service or date of fill from January 1, 2003 to December 31, 2003 (the "Proxy Period"), and the type of claimant providing the information on the TPP Claim Form (*e.g.*, whether the claim was filed directly by a potential class member or by some duly authorized agent, such as a TPA or pharmacy benefits manager filing on behalf of a self-insured employer-sponsored health plan).  In addition, for claims filed by an agent, the name and FEIN of each party on behalf of which the agent was acting were entered into the corresponding claimant's database record.  The claim number on each claim was used as the unique identifier for the claimant's corresponding record in the TPP Database.

42.     Rust's data-entry staff coded the computerized claim records if the corresponding hard-copy claim was in any way "deficient" (that is, missing pertinent information or documentation, in whole or in part, necessary to calculate each claimant's *pro rata* share) which, if corrected, would make the claim eligible for payment.  Of the claims received, Rust initially determined that deficient claims were those in which the TPP Claim Form:

    (a)     was missing the FEIN for the claimant;

    (b)     was not signed;

    (c)     did not list the name and/or FEIN of the potential class members on whose behalf the agent was filing the Claim;

(d)   did not list the total amount paid or reimbursed for BMS drugs during the Proxy Period;

(e)   listed a total amount paid for BMS drugs greater than $300,000.00 and the necessary supporting documentation as required in Section F of the TPP Claim Form was missing;

(f)   listed a total amount paid for BMS drugs greater than $300,000 and supplied documentation, but did not supply the password; and/or

(g)   appeared to be filed by a governmental entity and was not claiming as part of a health benefit plan for their employees.

43.   Rust sent letters to these claimants notifying them that their claims were deficient, explaining the reason for the deficiency and giving them an opportunity to resolve the deficiency.  Examples of these letters are attached as Exhibit F.

44.   In addition, Rust sent letters, by certified mail, return receipt requested, to claimants whose claims were determined to be ineligible because:

(a)   the claim was duplicative of a previously filed claim (such as where one claim was faxed to Rust and a copy sent by mail was received at a later date); or

(b)   the claimant had withdrawn their claim.

Examples of this type of Notice of Ineligibility letter are attached as Exhibit G.

45.   Rust also sent 14 letters to TPAs who filed on behalf of class members which had filed their own individual claims.  This letter asked the TPA either to reduce its claim amount by excluding purchases made by a class member that filed its own claim or to explain the reason (with supporting documentation) why the claim did not contain duplicative or overlapping

purchases.  An example of this letter is attached as Exhibit H.  Rust reviewed and processed all responses from claimants.

46.     Under the Court-approved terms of this Settlement, all claims must indicate the total BMS drug amount paid or reimbursed during the Proxy Period.  Rust audited all TPP claims listing purchases over $300,000.00 by reviewing the documentation included with each claim.

47.     As a result of the audit, Rust adjusted some TPPs' claim amounts either upward or downward.  Rust then notified the claimants in writing of any adjustment to their claim and gave them an opportunity to dispute our findings by responding with any documentation supporting their position.   Most purchase amounts were adjusted downward because the documentation included purchases made outside the Proxy Period and/or included drugs that were not part of this Settlement.  In a few instances, purchase amounts were adjusted upward because the documentation listed eligible purchases that had been overlooked by the claimant.  A sample of this letter is attached as Exhibit I.

48.     As indicated in ¶¶42-47, above, letters were sent to each of the claimants, and in certain cases, Rust made telephone calls to the claimants in an effort to resolve the deficient or ineligible condition in these claims along with sending Final Request Deficiency Letters and Notices of Ineligibility attached hereto as Exhibit J.  All such letters were sent by certified mail, return receipt requested or by FedEx.

### *Allocation of the TPP Net Settlement Fund*

49.     Despite the efforts described in ¶¶42-48, above, 82 TPP Claims remain ineligible. Rust prepared a list of 82 Ineligible TPP Claims, a copy of which is attached hereto as Exhibit K. Included in this list are:

(a)   claimants who filed duplicative claims;

(b)   claimants whose claims were wholly deficient (*e.g.*, lacking necessary

information or documentation) and who failed to cure the deficiencies despite

being contacted by Rust; or

(c)   claimants who wrote to Rust advising that they were withdrawing their claims

(and Rust subsequently sent a letter to those claimants to confirm receipt of their

withdrawal).

50.    646 eligible TPP claimants, with Recognized Claims totaling $768,293,633.05, are identified on the Eligible TPP Claims Summary attached hereto as Exhibit L.

51.    Included in the Eligible TPP Claims Summary are 20 claimants with Recognized Claims of $1,035,384.02, whose claims were postmarked after the November 19, 2010 filing deadline, but which would otherwise be eligible to receive a distribution.  These claimants are separately listed on a Late TPP Claims Summary provided to counsel for the parties and available to be filed with the Court upon request.  In Rust's experience, courts supervising class action distributions commonly allow payment of late-filed claims when the claims would otherwise be eligible for payment.

52.    As of December 20, 2011, Rust estimates the Net TPP Settlement Fund to be $9,011,082.97 and claimants with eligible claims to receive a pro rata of 1.17%.

53.    Upon approval of the Court, Rust will promptly mail eligible TPP claimants their appropriate share of the fund.

54.    Attached hereto as Exhibit M is the invoice that Rust submitted to Class Counsel for $877,027.17 in professional fees and expenses for administering this Settlement.  In addition,

Rust has calculated an additional $114,352.75 in professional fees and expenses to perform the distribution of Settlement Funds to Consumers and TPPs.

55.     I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 22nd day of December, 2011 in Palm Beach Gardens, Florida.


/s/Daniel Coggeshall
Daniel Coggeshall

# EXHIBIT A

BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021-9064
TELEPHONE: 1-877-690-7097



October 13, 2011

**RESPONSE DUE DATE:  November 14, 2011**

21

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We received your Medicare Part B claim in the BMS AWP Class 1 Settlement. However, it did not contain sufficient information for us to process your claim.  Your claim is deficient or incomplete for one or more of the following reasons below:

• You neglected to indicate which BMS drugs you purchased during the class period in Section C on the Proof of Claim you previously submitted.

• You did not provide the Date of Administration in Section C on the Proof of Claim you previously submitted.

• You did not provide the out-of-pocket expense you incurred as a percentage co-payment in Section C on the Proof of Claim you previously submitted.

The deficient purchases are listed on the reverse of this letter. To ensure you receive the correct distribution, if any, from the Settlement Fund, please complete each field on the reverse side of this letter. YOU MUST ALSO INCLUDE DOCUMENTATION TO SUPPORT EACH OF THE LISTED PURCHASES.

Acceptable documentation includes any one of the following:

(1)  A receipt, cancelled check, or credit card statement that shows a payment for one of the BMS drugs (other than a flat co-payment); or
(2)  A letter from a doctor saying that s/he prescribed one of the BMS drugs and you paid part or all of the cost of one of the BMS drugs (other than a flat co-payment) at least once; or
(3)  Billing records from a doctor or other health care provider showing that you made or are obligated to make part or all of the cost of one of the BMS drugs (other than a flat co-payment); or
(4)  An Explanation of Benefits from your insurer that shows you made or are obligated to make percentage co-payments for the BMS drugs; or
(5)  A combination of (1)-(4) above.

Failure to respond by the Response Due Date listed above, or if you respond without acceptable proofs of percentage co-payment, MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM, in whole or in part.  If you have any questions, please call our toll-free number at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

DBLK, *O* - 720038                                        

Claim No

**Please fill in the blank spaces below with the required information.**
**Documentation to support these purchases will also need to be returned along with this form.**

| Drug Name | Administration Date | Member Obligation |
|-----------|---------------------|-------------------|
| Cytoxan   |                     |                   |

BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021
TELEPHONE: 877-690-7097



*000634853-074*

October 13, 2011

1

**RE: CLAIM FORM SUBMISSION - Claim No:**

Dear Claimant:

We have received and processed the Claim Form that you filed in the BMS AWP Class 1 Settlement. However, you have listed drugs that are not part of this Settlement. Therefore, they will not be included in the calculation to determine your portion of the Settlement Fund, if any, you may be entitled to.

If you have any questions, please call our toll-free number 1-877-690-7097.

Sincerely yours,

Settlement Administrator

DNAM, *O* - 6348533





BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021
TELEPHONE: 1-877-690-7097



*0004235026-051*

October 13, 2011

**RESPONSE DUE DATE:  November 14, 2011**

1

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We received and processed your Medicare Part B claim in the BMS AWP Class 1 Settlement. Unfortunately, there is a problem with your claim. Your claim is deficient for one or more of the following reasons, marked with an "X" below:

_X_    (DOC) You did not provide proof of percentage co-payment for the BMS drugs you listed in Section C of your Claim Form OR the documentation you supplied with your Claim Form was insufficient and unacceptable.

___    (MDOC) You did not provide proof for the change(s) you made to the pre-printed Medicare purchases in Section C of your Claim Form OR the documentation you supplied with your Claim Form was insufficient.

Any one of the following is acceptable as proof of a percentage co-payment for one of the BMS Drugs:

1)  A receipt, cancelled check, or credit card statement that shows a payment for one of the BMS drugs (other than a flat copayment); or
2)  A letter from a doctor saying that he or she prescribed one of the BMS drugs and you paid part or all of the cost of one of the BMS drugs (other than a flat co-payment) at least once; or
3)  Billing records from a doctor or other health care provider showing that you made or are obligated to make part or all of the cost of one of the BMS drugs (other than a flat co-payment); or
4)  An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the BMS drugs; or
5)  A combination of (1)-(4) above.

To ensure you receive the correct distribution, if any, from the Settlement Fund, YOUR RESPONSE MUST INCLUDE A COPY OF THIS LETTER, AS WELL AS ACCEPTABLE PROOF OF PERCENTAGE CO-PAYMENT FOR EACH OF THE BMS DRUGS BY THE RESPONSE DUE DATE LISTED ABOVE.

FAILURE TO RESPOND, OR IF YOU RESPOND WITHOUT ACCEPTABLE PROOF OF PERCENTAGE CO-PAYMENT, MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM, IN WHOLE OR IN PART.

If you have any questions about this, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator





Claim No.

**Purchase Documentation is required for the following purchase(s):**

| Drug Name | Administration Date | Member Obligation |
|---|---|---|
| Paraplatin | 2/25/1999 | |
| Taxol | 2/25/1999 | |
| Paraplatin | 3/16/1999 | |
| Taxol | 3/16/1999 | |
| Paraplatin | 4/6/1999 | |
| Taxol | 4/6/1999 | |

DOC, MDOC

BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021-9064
TELEPHONE: 1-877-690-7097



*000233064 8 - 060*

October 13, 2011

## RESPONSE DUE DATE:  October 28, 2011

1

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We have received and processed the Claim Card you filed in the BMS AWP Class 1 Settlement. However, we noted a deficiency in the Claim Card you submitted. You did not check the box on the Claim Card and/or did not sign it. Please follow the instructions below to cure this deficiency.

Check next to the statement below along with your signature and the date:

_____   Yes, I made a percentage co-payment under Medicare Part B for one or more of the following chemotherapy drugs - Blenoxane®, Cytoxan®, Etopophos®, Paraplatin®, Rubex®, Taxol® and Vepesid® – at least once from January 1, 1991 through December 31, 2004.

I sign under penalty of perjury that the above is true to the best of my knowledge.

_____          _____
Signature                                                                      Date

FAILURE TO RESPOND BY THE RESPONSE DUE DATE LISTED ABOVE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our toll-free number at 1-877-690-7097.

Sincerely yours,

Settlement Administrator



BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021-9064
TELEPHONE: 1-877-690-7097



*00035893597-102*

October 13, 2011

2

**RE: NOTICE OF ADJUSTMENT - Claim No:**

Dear Claimant:

We received, processed, and reviewed your claim in the BMS AWP Class 1 Settlement.  Unfortunately, there is a problem with your claim. We noted one or more of your claimed administrations are ineligible because they are outside of the Class Period, January 1, 1991 through December 31, 2004.

As the Claim Form states only administrations from January 1, 1991 through December 31, 2004 are eligible. On the backside of this letter, we have listed the administrations that are ineligible due to being outside of the Class Period.

Therefore, your claim will be adjusted accordingly and any settlement benefit that you might be entitled to will be based only on those valid administrations made within the Class Period.

If you disagree with this determination, you must advise us in writing by October 28, 2011. Your letter must also include documentation supporting your position.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator





Claim No          7061

**The following purchases were made outside of the class period.**

| Drug Name | Administration Date | Member Obligation |
|-----------|---------------------|-------------------|
| Cytoxan | 4/28/2008 | |
| Cytoxan | 6/16/2008 | |
| Cytoxan | 7/28/2008 | |

# EXHIBIT B

BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021
TELEPHONE: 877-690-7097



October 13, 2011

1

**RE: NOTICE OF INELIGIBILITY - Claim No:**

Dear Claimant:

We have received and processed more than one claim for you in the BMS AWP Class 1 Settlement.  We write to advise you that we consider Claim No.        a duplicate of another Claim Form filed by you or on your behalf. Only one Claim Form is necessary.  The duplicative Claim Form, which has been assigned the Claim Number listed above, is considered ineligible.

In accordance with the Court-approved Settlement Agreement, we have processed Claim No.        and any settlement benefit you might be entitled to would be based on this claim.

If you accept this determination, you do not need to do anything in response to this letter.

If you disagree with this determination, you must advise us in writing by October 28, 2011. Your letter must also include documentation supporting your position.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator





BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021
TELEPHONE: 1-877-690-7097



October 13, 2011

1

**RE: FINAL DISPOSITION - Claim No:**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the BMS AWP Class 1 Settlement. We also received your request to exclude yourself from this settlement. Pursuant to the Settlement Agreement, you cannot exclude yourself and submit a Claim Form for payment.

This letter serves to confirm that you previously filed Request for Exclusion is valid and therefore, your claim is not entitled to receive any distribution from the settlement fund.

If you disagree with this determination, please advise us in writing by October 28, 2011.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

EXCL, *O* - 4346906





BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021
TELEPHONE: 877-690-7097



October 13, 2011

1

**RE: NOTICE OF INELIGIBILITY - Claim No:**

Dear Claimant:

We have received and processed the Claim Form that you filed in the BMS AWP Class 1 Settlement. However, we have determined that your claim is not eligible to receive distribution from the Settlement Fund.

You are not a member of the Class if you made flat co-payments, if insurance paid all of your co-payment, or if you were never obligated to make a co-payment at all.

IF YOU DISAGREE WITH THIS DETERMINATION OF INELIGIBILITY, YOU MUST ADVISE US IN WRITING BY OCTOBER 28, 2011.

If you have any questions, please call our toll-free number 1-877-690-7097.

Sincerely yours,

Settlement Administrator

NOL, *O* - 6020385





BMS AWP CLASS 1 SETTLEMENT ADMINISTRATOR
P.O. BOX 2364
FARIBAULT, MN 55021-9064
TELEPHONE: 1-877-690-7097



*00044434948-084*

October 13, 2011

1

**RE: ACKNOWLEDGMENT OF WITHDRAWL - Claim No:**

Dear Claimant:

We have received and processed the Claim Form you filed in the BMS AWP Class 1 Settlement. Subsequently we have received correspondence indicating you requested to withdraw your claim or your desire to not participate in this Settlement.  Therefore, you are not entitled to receive any distribution from the Settlement Fund.

If you agree with this determination, you do not need to do anything else, and you will not receive any distribution from the Settlement Fund.

However, if you disagree with this determination, you must advise us in writing by October 28, 2011.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator





# EXHIBIT C

BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



October 12, 2011

## RESPONSE DUE DATE:  November 11, 2011

1

### RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:

Dear Claimant:

In order to receive a full refund, you must provide one form of proof of a percentage co-payment or full cash payment for each BMS Drug you claimed.

Any one of the following is acceptable as proof of a percentage co-payment or full cash payment for one of the BMS Drugs:

(1)  A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

(2)  A letter from a doctor saying that he or she prescribed one of the drugs and you paid part or all of the cost of one of the drugs (other than a flat co-payment) at least once; or

(3)  Billing records from a doctor or other health care provider showing that you made or are obligated to make part or all of the cost of one of the BMS Drugs (other than a flat co-payment); or

(4)  An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the BMS Drugs; or

(5)  Any combination of (1)-(4) above.

IF YOU ARE ENTITLED TO DISTRIBUTION FROM THE SETTLEMENT FUND, FAILURE TO RESPOND BY THE RESPONSE DUE DATE ABOVE WILL DEFAULT YOUR CLAIM TO "EASY REFUND."

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator




BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



*000000084-028*

October 13, 2011

**RESPONSE DUE DATE:  November 14, 2011**

1

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We received your claim in the BMS AWP Class 3 Settlement.  Unfortunately, there is a problem with your claim.  In Section D of your Claim Form, you did not provide the total amount paid, or the amount you were obligated to pay, for each of the BMS drugs listed during the Class Period of January 1, 1991 through December 31, 2004.

In order for your claim to be eligible, you must provide the total amount paid (not monthly), or the amount you were obligated to pay per BMS Drug during the Class Period on the backside of this letter along with the proper documentation to support your purchases.

PLEASE COMPLETE THE BACKSIDE OF THIS LETTER AND RETURN IT ALONG WITH SUPPORTING DOCUMENTATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE. IF YOU ARE ENTITLED TO DISTRIBUTION FROM THE SETTLEMENT FUND, FAILURE TO RESPOND WILL DEFAULT YOUR CLAIM TO "EASY REFUND."

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

AMT, *O* - 84



Claim No. 70

**Instructions for Completing the Out-of-Pocket Expenditures Chart**

In the Out-of-Pocket Expenditures Chart below, please provide the total amount paid (<u>not monthly</u>) by the Claimant, or the amount the Claimant is obligated to pay, for each of the drugs listed.

- Print clearly
- Do not include flat co-payments in the total amounts paid
- Enter the full amount paid, not a monthly amount

| Out-of-Pocket Expenditures on BMS Drugs | | |
|---|---|---|
| **Drug Name** | **Total Amount Paid From<br>January 1, 1991 through December 31, 2004** | |
| Blenoxane® | $ | |
| | | |
| Cytoxan® | $ | |
| | | |
| Etopophos® | $ | |
| | | |
| Paraplatin® | $ | |
| | | |
| Rubex® | $ | |
| | | |
| Taxol® | $ | |
| | | |
| Vepesid® | $ | |

You must provide proof that you made a percentage co-payment for each of the Class Drugs you are claiming in the chart in Section E above. You only need to provide one form of proof for each of the drugs.

Any one of the following are acceptable as proof of a percentage co-payment for one of the Class Drugs:

(1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

(2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part or all of the cost of one of the drugs (other than a flat co-payment) at least once; or

(3) Billing records from a doctor or other health care provider showing that you made or are obligated to make part or all of the cost of one of the BMS Drugs (other than a flat copayment); or

(4) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the BMS Drugs; or

(5) Any combination of (1)-(4) above.

_____          _____

Signature                                                                                    Date

**BMS C3 AMT**

BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



* 0 0 0 0 0 0 0 0 7 1 - 0 1 9 *

October 13, 2011

**RESPONSE DUE DATE:  November 14, 2011**

1

**RE: CLAIM FORM SUBMISSION - Claim No:**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the BMS AWP Class 3 Settlement. Unfortunately, there is a problem with your claim. You failed to answer the eligibility questions under Section C on your Claim Form.

Please answer the eligibility questions on the reverse side of this letter and return it to the address above by the Response Due Date.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

BSEC, *O* - 71





Claim No.

Please answer the following questions in order to determine if the Claimant is eligible for cash from the Proposed Settlement:

| | |
|---|---|
| 1. | Were you, or the Claimant that you are filing on behalf of, prescribed any of the BMS Drugs listed in the Notice during the period from January 1, 1991 through December 31, 2004? |

☐ **Yes**   ☐ **No**

2. Did you, or the Claimant that you are filing on behalf of, pay a percentage of the cost of the drug(s) or full cash payments for the BMS drug(s)?

☐ **Yes**   ☐ **No**

**NOTE:**   If you paid a flat co-payment (i.e. your out-of-pocket expense was always the same for every drug, like a $10 or $25 co-pay) you did not pay a percentage of the cost.

If you answered *No*  to either of the questions above, you are not eligible to receive any benefits from this Proposed Settlement.

_____          _____

Signature of Claimant                                                                    Date

Please return this completed form to the following address by the Response Due Date on the front of this letter:

BMS AWP Class 3 Settlement
Administrator
P.O. Box 2366
Faribault, MN 55021-9066

BSEC

BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



*000000071-019*

October 13, 2011

**RESPONSE DUE DATE:  November 14, 2011**

1

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We received your claim in the BMS AWP Class 3 Settlement.  Unfortunately, there is a problem with your claim.  In Section D of your Claim Form, you did not select the option of either an "Easy Refund" or a "Full Refund."

The "Easy Refund" option allows you to receive a payment of up to $105.00 and will not require you to provide additional documentation unless requested at a later time.

The "Full Refund" option requires you to provide one form of proof of a full cash or percentage co-payment for any of the BMS Drugs.

PLEASE COMPLETE THE BACKSIDE OF THIS LETTER AND RETURN IT TO THE ADDRESS LISTED ABOVE BY THE RESPONSE DUE DATE.

IF YOU ARE ENTITLED TO DISTRIBUTION FROM THE SETTLEMENT FUND, FAILURE TO RESPOND WILL DEFAULT YOUR CLAIM TO "EASY REFUND."

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator



*NONE*



*BMS3*

Claim No: 57

## Choose a Refund Option = You Have Two Options

Please check *__only one__* of the boxes below in order to choose your refund option:

☐ **Option 1:** I choose the **EASY REFUND** option. I understand that I will receive a payment of up to $35.00 from the Settlement and that I will not be required to provide additional documentation unless requested by the Claims Administrator **AND** I must sign and date and mail it to the Settlement Administrator at the address indicated on the front side of this letter.

☐ **Option 2:** I choose the **FULL REFUND** option. I understand that in order to receive a full refund I must provide one form of proof of a percentage co-payment or full cash payment for each separate BMS Drug which I am seeking a refund. The acceptable forms of proof are listed below. Please include all proof(s) of payment when returning this letter.

## Proof of Payment – Provide ONLY if you chose Option 2 – FULL REFUND

If you chose Option 2, you must provide proof that you made a percentage co-payment for each of the Class Drugs you are claiming. You only need to provide one form of proof for each of the drugs.

Any one of the following is acceptable as proof of a percentage co-payment for one of the Class Drugs:

(1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

(2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part or all of the cost of one of the drugs (other than a flat co-payment) at least once; or

(3) Billing records from a doctor or other health care provider showing that you made or are obligated to make part or all of the cost of one of the BMS Drugs (other than a flat co-payment); or

(4) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the BMS Drugs; or

(5) Any combination of (1)-(4) above.

_____          _____
Signature                                        Date

BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



October 12, 2011

1

**RE: CLAIM FORM SUBMISSION - Claim No:**

Dear Claimant:

We have received and processed the Claim Form that you filed in the BMS AWP Class 3 Settlement. Unfortunately, there is a problem with your claim. You selected "Easy Refund" in Section C of your Claim Form but also provided BMS Drug purchase amount(s) without supporting documentation required in Section E.

In order to expedite the distribution of the settlement fund, we will be processing your claim as an "Easy Refund." The "Easy Refund" option allows you to receive a payment of up to $105.00 and will not require you to provide additional documentation unless requested at a later time.

If you disagree with this determination, you must advise us in writing by October 27, 2011. You must also include documentation supporting your purchases of BMS Drugs with an administration date from January 1, 1991 through December 31, 2004.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

 

BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



*000000036-021*

October 12, 2011

**RESPONSE DUE DATE:  October 27, 2011**

1

**RE: REQUEST FOR INFORMATION - Claim No:**

Dear Claimant:

We received your Claim Form in the BMS AWP Class 3 Settlement.  Unfortunately, you did not sign the Claim Form.

In order to share in the Proposed Settlement Fund, please sign and date this letter where indicated below and return it to the address listed above by the Response Due Date. Your signature will be treated as the proper execution of your previously submitted Claim Form.

**FAILURE TO RESPOND MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.**

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

_____          _____
Print Name of Claimant                                          Date


_____
Signature of Claimant





# EXHIBIT D

BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



October 12, 2011

1

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the BMS AWP Class 3 Settlement.

The purpose of this letter is to request from you additional documentation to support the amount of your BMS drugs purchases. Any one of the following is acceptable as proof of a percentage co-payment for one of the Class Drugs:

1.  A receipt, cancelled check, or credit card statement that shows a payment for one of the BMS drugs (other than a flat copayment); or
2.  A letter from a doctor saying that he or she prescribed one of the BMS drugs and you paid part or all of the cost of one of the BMS drugs (other than a flat co-payment) at least once; or
3.  Billing records from a doctor or other health care provider showing that you made or are obligated to make part or all of the cost of one of the BMS Drugs (other than a flat co-payment); or
4.  An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the BMS Drugs; or
5.  Any combination of 1-4 above.

Please sign and date below and return this letter to the address listed above along with the supporting documentation.

FAILURE TO RESPOND BY NOVEMBER 11, 2011 MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM. You should keep copies of everything you mail to us.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

_____        _____
Claimant Signature                               Date



BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



October 12, 2011

2

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We have received your Claim Form claiming purchases of the BMS Drugs and are in the process of reviewing all claim forms.

As part of our responsibility as Settlement Administrator, we routinely request additional information from claimants.  The purpose of this process is to assure accuracy of claims and fairness in the distribution of settlement proceeds.  Your claim has been selected for such a request.  We are requesting additional information from claimants as part of our standard procedures.  However, your response is important to us, and FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

We are requesting the following information:

Please provide all available documentation that supports at least three (3) purchases of any BMS Drugs. Such proof might include copies of: (1) pharmacy receipts, cancelled checks, or credit card statements that show payment for BMS Drugs; (2) a letter from a doctor saying that he or she administered BMS Drugs and you paid part of the cost; or (3) an Explanation of Benefits (EOB) from your insurance company that shows your payments for BMS Drugs.

Please sign and date this letter in the space provided below, enclose the supporting documentation, and return it to the address listed above postmarked by November 11, 2011. You should keep copies of everything that you mail to us.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Claims Administrator

_____          _____
Signature of Claimant                                                            Date

   

# EXHIBIT E

BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



October 12, 2011

1

**RE: NOTICE OF INELIGIBLITY - Claim No:**

Dear Claimant:

We have received and processed the Claim Form that you filed in the BMS AWP Class 3 Settlement.

However, we have determined that your claim is not eligible to receive a distribution from this Settlement Fund because you do not meet the definition of a Class 3 participant.

It appears that you are a participant in BMS AWP Class 1 Settlement because your claim indicates you are a Medicare or Medicaid Beneficiary. Therefore, your claim will be processed as a Class 1 Consumer Claim pursuant to the Notice approved by the Court.

If you disagree with this determination, you must advise us in writing by October 27, 2011.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

CLS1, *O* - 91




BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN 55021-9066
TELEPHONE: 1-877-690-7097



October 12, 2011

2

**RE: NOTICE OF INELIGIBILITY - Claim No:**

Dear Claimant:

We have received and processed more than one claim in the BMS AWP Class 3 Settlement. We write to advise you that we consider Claim No.     to be a duplicate of another Claim Form filed by you. Only one Claim Form is necessary. The duplicative Claim Form, which has been assigned the Claim Number listed above, is considered ineligible.

In accordance with the Court-approved Settlement Agreement, we have processed Claim No.     and any settlement benefit you might be entitled to would be based on this claim.

If you accept this determination, you do not need to do anything in response to this letter.

If you disagree with this determination, you must advise us in writing by October 27, 2011. Your letter must also include documentation supporting your position.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

DUP, *O* - 41                                                      

BMS AWP CLASS 3 SETTLEMENT ADMINISTRATOR
P.O. BOX 2366
FARIBAULT, MN  55021-9066
TELEPHONE: 1-877-690-7097



October 12, 2011

1

**RE: NOTICE OF INELIGIBILITY - Claim No:**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed, in the BMS AWP Class 3 Settlement.  We write to advise you that we consider your claim ineligible.

Your claim is ineligible because you answered "NO" to one or both of the following questions in Section C of your Claim Form:

- Were you or the Claimant that you are filing on behalf of prescribed any of the BMS Drugs listed in the Notice during the period from January 1, 1991 through December 31, 2004?

- Did you or the Claimant that you are filing on behalf of pay a percentage of the cost of the BMS Drug(s) or the full cash payment for the BMS Drug(s)?

In accordance with the Court-approved Notice of Class Action Settlement, you are not a member of a Class if you answered "NO" to either of the questions above. Therefore your claim has been deemed ineligible. You are not entitled to receive any distribution from the Settlement Fund.

If you accept this determination, you do not need to do anything in response to this letter.

If you disagree with this determination, you must advise us in writing by October 27, 2011. Your letter must also include documentation supporting your position.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator




# EXHIBIT F

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TELEPHONE: 1-877-690-7097



*005420 8978-100*

October 12, 2011

## RESPONSE DUE DATE:  November 11, 2011

1

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We have received and processed the claim form that you filed in the BMS AWP TPP Settlement. However, we noted a deficiency in the claim you submitted. You failed to provide adequate documentation supporting your claim for purchases of BMS Drugs.

According to Section F on page 4 of the Third-Party Payor Claim Form, if you are claiming $300,000 or more of purchases of BMS drugs, you must provide documentation with your Claim Form.  The back of this letter provides further details on what the electronic documentation must include. We prefer that you submit this in an electronic format such as Excel, if possible.

PLEASE RETURN THIS LETTER WITH THE REQUIRED DOCUMENTATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE.  FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator



*ADOC*



*BMST*

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TELEPHONE: 1-877-690-7097



October 12, 2011

**RESPONSE DUE DATE:  October 27, 2011**

1

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We received and processed the claim you filed in the BMS AWP TPP Settlement.  Unfortunately, you did not provide the total amount of your purchases.

In order for your claim to be eligible you must provide the total amount paid or reimbursed for BMS products between January 1, 2003 and December 31, 2003. According to Section D of the Third-Party Payor Claim Form, if you are claiming $300,000 or more of purchases of BMS products, you must provide documentation with your Claim form. We prefer that you submit this in an electronic format such as Excel, if at all possible.

PLEASE RETURN THIS LETTER WITH AMOUNTS AND THE REQUIRED DOCUMENTATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE.  FAILURE TO RESPOND MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

AMT, *O* - 54208844



**BMS AWP TPP Settlement Administrator**
**c/o Rust Consulting, Inc.**
**P.O. Box 24648**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-877-690-7097**

December 9, 2011

**RESPONSE DUE DATE: December 14, 2011**

**RE: FINAL REQUEST FOR PASSWORD** - Claim No.
**VIA FEDEX**

Dear Claimant:

We received and processed the claim you filed in the BMS AWP TPP Settlement.  However, the password you provided to support the total amount of your subject drug purchases is missing or invalid.

We have contacted you via email and phone calls and have yet to receive a response.

Please write in the password at the bottom of this letter (and sign and date where indicated) and return it to the address above.

FAILURE TO RESPOND <u>WILL</u> RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call Jessica Frazier at (561) 253-7718.

Sincerely yours,

Settlement Administrator

_____
Data File Password

Signature: _____

Name (print): _____

Title: _____

Date: _____

PW

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL 33416
TOLL-FREE TELEPHONE: 1-877-690-7097



* 0 0 5 4 2 0 8 8 6 3 - 0 8 4 *

October 14, 2011

**RESPONSE DUE DATE: October 31, 2011**

1

**REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We have received and processed the Claim Form you filed in the BMS AWP TPP Settlement. However, we noted one or more deficiencies in the claim you submitted. Your Claim Form is deficient or incomplete for the following reason(s) below, as indicated by an "X":

\___    (C5) You indicated that you are a duly Authorized Agent filing on behalf of a Class Member, however you failed to provide the names and Federal Employer Identification Numbers (FEINs) of Class Members on whose behalf you were filing.

\___    (TIN)  You did not provide your Federal Employer Identification Number. Please provide this information in the space provided and return this letter to us no later than the Response Due Date listed above.

_X_    (SIGN)  You did not sign the Proof of Claim form. Please sign this letter in the space provided and return it to us no later than the Response Due Date listed above. Your signature will be treated as the proper execution of your previously submitted Claim Form.

PLEASE SIGN AND RETURN THIS LETTER TO THE ADDRESS LISTED ABOVE WITH THE REQUESTED INFORMATION BY THE RESPONSE DUE DATE LISTED ABOVE.

FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM. If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

TIN, C5, SIGN, *O* - 54208863





**TPP REQUEST FOR ADDITIONAL INFORMATION FORM**

Claim No.

**(C5)**   Please list the name and FEIN of every Class Member for whom you have been duly authorized to submit this claim (attach additional sheets as necessary).  Alternatively, you may submit the requested list of Class Member names and FEINs in an acceptable electronic format.  Please contact the Claims Administrator to determine what formats are acceptable.

_____        _____

_____        _____

_____        _____

_____        _____

**(TIN)**   Please print your Federal Employer Identification Number (FEIN):

_____

**(SIGN)**                 <u>**ALL CLAIMANTS MUST SIGN AND DATE THIS FORM**</u>

_____        _____
SIGNATURE                                         DATE

_____        _____
PRINT NAME                                       TITLE/POSITION

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TOLL-FREE TELEPHONE: 1-877-690-7097



October 14, 2011

**RESPONSE DUE DATE:  October 31, 2011**

1

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We have received and processed the claim you filed in the BMS AWP TPP Settlement. However, we noted one or more deficiencies in the claim you submitted.

You indicated that you are a duly Authorized Agent filing on behalf of one or more Class Members. However, certain required information about each Class Member listed on the reverse of this letter is either missing or inconsistent.  To insure you receive the correct distribution, please provide the requested information where indicated and return this letter to the address listed above.

In order to share in the Third Party Payer Settlement Fund, YOU MUST PROVIDE THIS INFORMATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE LISTED.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

XC5, *O* - 54208844



**Claim Number:**

NAME _____   TAX ID _____

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TOLL-FREE TELEPHONE: 1-877-690-7097



November 29, 2011

**RESPONSE DUE DATE:  December 13, 2011**

2

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No:**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the BMS AWP TPP Settlement. However, we have determined that your claim may not be eligible to receive a distribution from the Settlement Amount, as you do not appear to be a member of the Settlement Class because you submitted this claim as (or on behalf of) a federal, state, or local government entity.

As stated in the Court-approved Notice, "Also excluded from the Proposed Settlement are all federal, state, and local government entities in the United States, except any such governmental agencies or programs that made or incurred an obligation to make a reimbursement for a Class Drug as part of a health benefit plan for their employees, but only with respect to such payment."

Please confirm that you are not a governmental entity, or are a governmental entity that is claiming purchases for a Class Drug as part of a health benefit plan for your employees.  You must advise us in writing by the Response Due Date listed above.  FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our toll free number 1-877-690-7097.

Sincerely yours,

Settlement Administrator

# EXHIBIT G

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL 33416
TOLL-FREE TELEPHONE: 1-877-690-7097



October 12, 2011

1

**RE: NOTICE OF INELIGIBILITY - Claim No:**

**VIA CERTIFIED MAIL**

Dear Claimant:

We have received and processed more than one Third Party Payor Claim Form that you filed in the BMS AWP TPP Settlement. We write to advise you that we consider Claim No.     to be a duplicate of another Claim Form filed by you. Only one Claim Form is necessary. The duplicative Claim Form, which has been assigned the Claim Number listed above, is considered ineligible.

In accordance with the Court-approved Settlement Agreement, we have processed Claim Form Number     and any settlement benefit you might be entitled to would be based on this claim.

If you accept this determination, you do not need to do anything in response to this letter.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY OCTOBER 27, 2011.  YOUR LETTER MUST ALSO INCLUDE DOCUMENTATION SUPPORTING YOUR POSITION.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator







BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TOLL-FREE TELEPHONE: 1-877-690-7097

October 12, 2011

1

**RE: ACKNOWLEDGMENT OF WITHDRAWL - Claim No:**

**VIA CERTIFIED MAIL**

Dear Claimant:

We have received and processed the Claim Form you filed in the BMS AWP TPP Settlement.

Subsequently we have received correspondence indicating you have withdrawn your claim.  Therefore, you are not entitled to receive any distribution from the Settlement Fund.

If you agree with this determination, you do not need to do anything else and you will not receive any disbursement from the Settlement Fund.

If you disagree with this determination, you must advise us in writing by October 27, 2011.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator



# EXHIBIT H

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TOLL-FREE TELEPHONE: 1-877-690-7097



October 14, 2011

**RESPONSE DUE DATE:  October 31, 2011**

4

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the Bristol-Myers Squibb ("BMS") Pharmaceutical Industry Average Wholesale Price Litigation.  To ensure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

You indicated that you are a duly Authorized Agent filing on behalf of the Class Member(s) listed on the reverse of this letter.  However, we noted one or more claims have already been filed by the Class Member(s).  Therefore, the claims filed on behalf of the Class Member(s) are considered duplicative.

WE ARE REQUESTING, AT THIS TIME, THAT YOU SUBMIT A LETTER WHICH REDUCES YOUR CLAIM TO EXCLUDE THE CLAIMED AMOUNTS FOR THE CLASS MEMBER(S) LISTED.  Then return it with this letter by the Response Due Date to the address listed above.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE. Your letter must also include documentation supporting your position.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM OR IN THE RECEIPT OF LESS MONEY THAN YOU MAY OTHERWISE BE ENTITLED TO.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

C5D2, *O* - 54209187



**Claim Number:**

NAME _____   TAX ID _____

# EXHIBIT I

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TOLL-FREE TELEPHONE: 1-877-690-7097



October 14, 2011

**RESPONSE DUE DATE:  October 31, 2011**

1

**RE: NOTICE OF CLAIM AMOUNT ADJUSTMENT - Claim No:**

Dear Claimant:

We have received and processed the Proof of Claim you filed in the Bristol-Myers Squibb ("BMS") Pharmaceutical Industry Average Wholesale Price Litigation.  Upon reviewing the documentation that you provided with your original claim, we have adjusted your claim amount because the total purchases in the documentation you provided differed from the amount claimed and/or the documentation you provided included purchases outside of the proxy period of January 1, 2003 through December 31, 2003.

This adjustment revises your claim amount as follows:

Original Amount:

Revised Amount:

IF YOU AGREE with this determination, you do not need to do anything in response to this letter.  The Revised Amount will now become the basis for calculating settlement benefits you may be entitled to, if any.

IF YOU DISAGREE with the Revised Amount, you must advise us in writing by the Response Due Date listed above.  Your letter must also include documentation supporting your position.

If you have any questions, please call our toll free number at 1-877-690-7097.

Sincerely yours,

Settlement Administrator



BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TOLL-FREE TELEPHONE: 1-877-690-7097



October 14, 2011

**RESPONSE DUE DATE:  October 31, 2011**

1

**RE: NOTICE OF CLAIM AMOUNT CALCULATION - Claim No:**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the BMS AWP TPP Settlement.

Because a total purchase amount was not entered on your Claim Form and/or an amount was not summarized on any supporting data or documentation included with your claim, we calculated the net amount paid or reimbursed for BMS products during the period January 1, 2003 to December 31, 2003 as

If you agree with this determination, you do not need to do anything further. This amount will now become the basis for calculating the settlement benefits you may be entitled to, if any.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE. YOUR LETTER MUST STATE YOUR CLAIM AMOUNT AND YOU MUST INCLUDE DOCUMENTATION SUPPORTING YOUR CLAIM AMOUNT.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator




# EXHIBIT J

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TELEPHONE: 1-877-690-7097



November 10, 2011

**RESPONSE DUE DATE:  November 23, 2011**

1

**FINAL REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We received and processed the claim you filed in the BMS AWP TPP Settlement.  Unfortunately, you did not provide the total amount of your purchases.

In order for your claim to be eligible you must provide the total amount paid or reimbursed for BMS products between January 1, 2003 and December 31, 2003. According to Section D of the Third-Party Payor Claim Form, if you are claiming $300,000 or more of purchases of BMS products, you must provide documentation with your Claim form. We prefer that you submit this in an electronic format such as Excel, if at all possible.

WE HAVE PREVIOUSLY MAILED A LETTER REQUESTING THIS INFORMATION, BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator





BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL 33416
TOLL-FREE TELEPHONE: 1-877-690-7097



November 10, 2011

**RESPONSE DUE DATE:  November 23, 2011**

3

**FINAL REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the BMS AWP TPP Settlement.  To ensure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

You indicated that you are a duly Authorized Agent filing on behalf of the Class Member(s) listed on the reverse of this letter.  However, we noted one or more claims have already been filed by the Class Member(s).  Therefore, the claims filed on behalf of the Class Member(s) are considered duplicative.

We have previously mailed a letter requesting that you reduce your claim to exclude the claimed amounts for the Class Member(s) listed on the reverse of this letter but have yet to receive any response. We are again requesting that you submit a letter reducing your claim amount and return it with this letter by the Response Due Date to the address listed above.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  Your letter must also include documentation supporting your position.

FAILURE TO RESPOND TO THIS LETTER WILL RESULT IN THE PARTIAL OR COMPLETE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator




**Claim Number:**

NAME _____   TAX ID _____

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TELEPHONE: 1-877-690-7097



November 10, 2011

**RESPONSE DUE DATE:  November 23, 2011**

1

**FINAL REQUEST FOR ADDITIONAL INFORMATION - Claim No:**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the claim form that you filed in the BMS AWP TPP Settlement. However, we noted a deficiency in the claim you submitted. You failed to provide adequate documentation supporting your claim for purchases of BMS Drugs.

According to Section F on page 4 of the Third-Party Payor Claim Form, if you are claiming $300,000 or more of purchases of BMS drugs, you must provide documentation with your Claim Form.  The back of this letter provides further details on what the electronic documentation must include. We prefer that you submit this in an electronic format such as Excel, if possible.

WE HAVE PREVIOUSLY MAILED A LETTER REQUESTING THIS INFORMATION, BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

FDOC, *O* - 54209179      

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL 33416
TOLL-FREE TELEPHONE: 1-877-690-7097



*  0 0 5 4 2 0 8 8 6 3 - 0 8 4  *

November 10, 2011

**RESPONSE DUE DATE:  November 23, 2011**

1

**FINAL REQUEST FOR ADDITIONAL INFORMATION *** Claim No:**
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Claim Form you filed in the BMS AWP TPP Settlement.  However, we noted one or more deficiencies in the claim you submitted.  Your Claim Form is deficient or incomplete for the following reason(s) below, as indicated by an "X":

____        (FC5) You indicated that you are a duly Authorized Agent filing on behalf of a Class Member, however you failed to provide the names and Federal Employer Identification Numbers (FEINs) of Class Members on whose behalf you were filing.

____        (FTIN)  You did not provide your Federal Employer Identification Number.  Please provide this information in the space provided and return this letter to us no later than the Response Due Date listed above.

_X_        (FSIG)  You did not sign the Proof of Claim form.  Please sign this letter in the space provided and return it to us no later than the Response Due Date listed above.  Your signature will be treated as the proper execution of your previously submitted Claim Form.

PLEASE SIGN AND RETURN THIS LETTER TO THE ADDRESS LISTED ABOVE WITH THE REQUESTED INFORMATION BY THE RESPONSE DUE DATE LISTED ABOVE.

WE HAVE PREVIOUSLY MAILED A LETTER REQUESTING THIS INFORMATION, BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator





**TPP REQUEST FOR ADDITIONAL INFORMATION FORM**

Claim No.

**(C5)**  Please list the name and FEIN of every Class Member for whom you have been duly authorized to submit this claim (attach additional sheets as necessary).  Alternatively, you may submit the requested list of Class Member names and FEINs in an acceptable electronic format.  Please contact the Claims Administrator to determine what formats are acceptable.

 

_____          _____

_____          _____

_____          _____

_____          _____

**(TIN)**  Please print your Federal Employer Identification Number (FEIN):

_____

**(SIGN)**                    <u>ALL CLAIMANTS MUST SIGN AND DATE THIS FORM</u>

_____          _____
SIGNATURE                                          DATE

_____          _____
PRINT NAME                                        TITLE/POSITION

**BMS AWP TPP Settlement Administrator**
**c/o Rust Consulting, Inc.**
**P.O. Box 24648**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-877-690-7097**

December 9, 2011

**RESPONSE DUE DATE: December 14, 2011**

**RE: FINAL REQUEST FOR PASSWORD** - Claim No.
**VIA FEDEX**

Dear Claimant:

We received and processed the claim you filed in the BMS AWP TPP Settlement.  However, the password you provided to support the total amount of your subject drug purchases is missing or invalid.

We have contacted you via email and phone calls and have yet to receive a response.

Please write in the password at the bottom of this letter (and sign and date where indicated) and return it to the address above.

FAILURE TO RESPOND <u>WILL</u> RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call Jessica Frazier at (561) 253-7718.

Sincerely yours,

Settlement Administrator

_____
Data File Password

Signature: _____

Name (print):_____

Title: _____

Date: _____

PW

BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TOLL-FREE TELEPHONE: 1-877-690-7097



October 12, 2011

1

**RE: NOTICE OF INELIGIBILITY - Claim No:**

**VIA CERTIFIED MAIL**

Dear Claimant:

We have received and processed more than one Third Party Payor Claim Form that you filed in the BMS AWP TPP Settlement. We write to advise you that we consider Claim No.      to be a duplicate of another Claim Form filed by you. Only one Claim Form is necessary. The duplicative Claim Form, which has been assigned the Claim Number listed above, is considered ineligible.

In accordance with the Court-approved Settlement Agreement, we have processed Claim Form Number      and any settlement benefit you might be entitled to would be based on this claim.

If you accept this determination, you do not need to do anything in response to this letter.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY OCTOBER 27, 2011.  YOUR LETTER MUST ALSO INCLUDE DOCUMENTATION SUPPORTING YOUR POSITION.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator

DUP, *O* - 54208912





BMS AWP TPP SETTLEMENT ADMINISTRATOR
P.O. BOX 24648
WEST PALM BEACH, FL  33416
TOLL-FREE TELEPHONE: 1-877-690-7097



October 12, 2011

1

**RE: ACKNOWLEDGMENT OF WITHDRAWL - Claim No:**

**VIA CERTIFIED MAIL**

Dear Claimant:

We have received and processed the Claim Form you filed in the BMS AWP TPP Settlement.

Subsequently we have received correspondence indicating you have withdrawn your claim.  Therefore, you are not entitled to receive any distribution from the Settlement Fund.

If you agree with this determination, you do not need to do anything else and you will not receive any disbursement from the Settlement Fund.

If you disagree with this determination, you must advise us in writing by October 27, 2011.

If you have any questions, please call us at 1-877-690-7097.

Sincerely yours,

Settlement Administrator





# EXHIBIT K

# Ineligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

| CLM NO | NAME | FATAL MSG CODE(S) | |
|--------|------|------|------|
| 69 | MASSACHUSETTS GROUP INSURANCE COMMISSION | DUP | Duplicate Claim Filed |
| 138 | GRAPHICS PACKAGING INTERNATIONAL INC | DUP | Duplicate Claim Filed |
| 153 | GMP EMPLOYERS RETIREE TRUST | DUP | Duplicate Claim Filed |
| 305 | KROGER CO. | DUP | Duplicate Claim Filed |
| 313 | EXCELLUS HEALTH PLAN, INC | DUP | Duplicate Claim Filed |
| 403 | SOUTHWEST CATHOLIC HEALTH NETWORK DBA ME | DUP | Duplicate Claim Filed |
| 420 | MICHIGAN EMPLOYEE BENEFITS SERVICES INC | DUP | Duplicate Claim Filed |
| 441 | LOCAL 282 WELFARE TRUST FUND | DUP | Duplicate Claim Filed |
| 514 | INTERNATIONAL UNION OF OPERATING ENGINEE | DUP | Duplicate Claim Filed |
| 521 | DETROIT & VICINITY TROWEL TRADES H&W FUN | DUP | Duplicate Claim Filed |
| 522 | SHEET METAL WORKERS LOCAL 80 UNION INSUR | DUP | Duplicate Claim Filed |
| 661 | HUBBARD LLC | DUP | Duplicate Claim Filed |
| 662 | HUBBARD LLC | DUP | Duplicate Claim Filed |
| 717 | CAPITAL CARING C/O FINANCIAL RECOVERY SE | DUP | Duplicate Claim Filed |
| 726 | SARA LEE CORPORATION C/O FINANCIAL RECOV | DUP | Duplicate Claim Filed |
| 2 | HUNTER'S TRUCK SALES & SERVICE INC | FAMT | FINAL - Amount Missing |
| 4 | ALTORFER INC | FAMT | FINAL - Amount Missing |
| 6 | SCIENTIFIC MOLDING CORPORATION LTD | FAMT | FINAL - Amount Missing |
| 10 | 888 INC | FAMT | FINAL - Amount Missing |
| 15 | SPARKS HEALTH SYSTEMS C/O FINANCIAL RECO | FAMT | FINAL - Amount Missing |
| 17 | TEREX CORPORATION C/O FINANCIAL RECOVERY | FAMT | FINAL - Amount Missing |
| 18 | HC CAPITAL VALUE EQUITY PORTFOLIO | FAMT | FINAL - Amount Missing |
| 19 | HC CAPITAL GROWTH EQUITY PORTFOLIO | FAMT | FINAL - Amount Missing |
| 20 | SCHULTHEIS INSURANCE AGENCY INC | FAMT | FINAL - Amount Missing |
| 29 | THE FINISH LINE C/O FINANCIAL RECOVERY S | FAMT | FINAL - Amount Missing |
| 76 | 84 LUMBER COMPANY C/O FINANCIAL RECOVERY | FAMT | FINAL - Amount Missing |
| 78 | SMITH & WESSON HOLDING CORP C/O FINANCIA | FAMT | FINAL - Amount Missing |
| 110 | O'REILLY AUTOMOTIVE INC C/O FINANCIAL RE | FAMT | FINAL - Amount Missing |
| 111 | CATHOLIC HEALTH SYSTEM C/O FINANCIAL REC | FAMT | FINAL - Amount Missing |
| 118 | SAN FRANCISCO CULINARY, BARTENDERS & SER | FAMT | FINAL - Amount Missing |
| 371 | LOVE'S TRAVEL STOPS AND COUNTRY STORES | FAMT | FINAL - Amount Missing |
| 372 | EDWARD HOSPITAL | FAMT | FINAL - Amount Missing |
| 385 | GEICO CORPORATION CONSOLIDATED WELFARE B | FAMT | FINAL - Amount Missing |
| 387 | CAPITAL HEALTH SYSTEM C/O FINANCIAL RECO | FAMT | FINAL - Amount Missing |
| 537 | NATIONAL ORGANIZATION  OF INDUSTRIAL TRA | FAMT | FINAL - Amount Missing |
| 555 | HILLSBOROUGH COUNTY ATTORNEY'S OFFICE | FAMT | FINAL - Amount Missing |
| 580 | OSF HEALTHCARE SYSTEM | FAMT | FINAL - Amount Missing |
| 582 | KBR INC C/O FINANCIAL RECOVERY SERVICE | FAMT | FINAL - Amount Missing |
| 654 | RGH LIQUIDATING TRUST C/O DICKSTEIN SHAP | FAMT | FINAL - Amount Missing |
| 656 | HUBBARD LLC | FAMT | FINAL - Amount Missing |
| 660 | WISCONSIN HOSPITALITY GROUP LLC | FAMT | FINAL - Amount Missing |
| 688 | CHEMTREAT INC | FAMT | FINAL - Amount Missing |
| 693 | COMMUNITY UNITED METHODIST HOSPITAL  C/O | FAMT | FINAL - Amount Missing |
| 694 | DAVIS MEMORIAL HOSPITAL C/O FINANCIAL RE | FAMT | FINAL - Amount Missing |
| 696 | PENN TRAFFIC COMPANY C/O FINANCIAL RECOV | FAMT | FINAL - Amount Missing |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Ineligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

| CLM NO | NAME | FATAL | MSG CODE(S) |
|---|---|---|---|
| 697 | BEAUFORT COUNTY HOSPITAL ASSOC INC C/O F | FAMT | FINAL - Amount Missing |
| 698 | IRWIN COUNTY HOSPITAL C/O FINANCIAL RECO | FAMT | FINAL - Amount Missing |
| 700 | WISHEK COMMUNITY HOSPITAL C/O FINANCIAL | FAMT | FINAL - Amount Missing |
| 702 | ALTRU HEALTH SYSTEM C/O FINANCIAL RECOVE | FAMT | FINAL - Amount Missing |
| 705 | BAYFRONT MEDICAL CENTER C/O FINANCIAL RE | FAMT | FINAL - Amount Missing |
| 706 | HERBERT J THOMAS MEMORIAL HOSPITAL ASSOC | FAMT | FINAL - Amount Missing |
| 707 | THE THOMAS H BOYD MEMORIAL HOSPITAL C/O | FAMT | FINAL - Amount Missing |
| 711 | MCCUNE-BROOKS REGIONAL HOSPITAL C/O FINA | FAMT | FINAL - Amount Missing |
| 715 | SOUTHCAST GEORGIA HEALTH SYSTEMS C/O FIN | FAMT | FINAL - Amount Missing |
| 719 | UNIVERSITY OF MARYLAND MEDICAL SYSTEM C/ | FAMT | FINAL - Amount Missing |
| 720 | SLEEPYS C/O FINANCIAL RECOVERY SERVICES | FAMT | FINAL - Amount Missing |
| 721 | PARKVIEW HEALTH SYSTEM INC C/O FINANCIAL | FAMT | FINAL - Amount Missing |
| 722 | FAIRFIELD MEMORIAL HOSPITAL ASSOICATION | FAMT | FINAL - Amount Missing |
| 725 | KISHWAUKEE COMMUNITY HOSPITAL C/O FINANC | FAMT | FINAL - Amount Missing |
| 673 | PARAMOUNT INSURANCE COMPANY C/O KEYSTONE | PW | Missing Password |
| 1 | SAIA MOTOR FREIGHT | WDW | Claimant withdrew claim |
| 7 | HOLZER HOSPITAL C/O FINANCIAL RECOVERY S | WDW | Claimant withdrew claim |
| 16 | INVACARE CORPORATION C/O FINANCIAL RECOV | WDW | Claimant withdrew claim |
| 28 | LESTER E COX MEDICAL CENTERS C/O FINANCI | WDW | Claimant withdrew claim |
| 55 | SOMERSET MEDICAL CENTER C/O FINANCIAL RE | WDW | Claimant withdrew claim |
| 80 | CHILDRENS HOSPITAL OF ALABAMA C/O FINANC | WDW | Claimant withdrew claim |
| 114 | AVIS BUDGET GROUP C/O FINANCIAL RECOVERY | WDW | Claimant withdrew claim |
| 131 | INTERNATIONAL COFFEE & TEA C/O FINANCIAL | WDW | Claimant withdrew claim |
| 396 | HOSPITAL SISTERS HEALTH SYSTEM C/O FINAN | WDW | Claimant withdrew claim |
| 398 | BON SECOURS HEALTH SYSTEM INC C/O FINANC | WDW | Claimant withdrew claim |
| 583 | HOSPITAL HOUSKEEPING SYSTEMS GROUP LLC | WDW | Claimant withdrew claim |
| 677 | USA TRUCK INC C/O FINANCIAL RECOVERY SER | WDW | Claimant withdrew claim |
| 691 | TRINITY HEALTH C/O FINANCIAL RECOVERY SE | WDW | Claimant withdrew claim |
| 695 | ARKANSAS METHODIST HOSPITAL CORP C/O FIN | WDW | Claimant withdrew claim |
| 703 | UNION HOSPITAL OF CECIL COUNTY HEALTHCAR | WDW | Claimant withdrew claim |
| 708 | INTRACARE HOSPITAL C/O FINANCIAL RECOVER | WDW | Claimant withdrew claim |
| 709 | JOHNSON REGIONAL MEDICAL CENTER C/O FINA | WDW | Claimant withdrew claim |
| 710 | NORTAN HEALTHCARE C/O FINANCIAL RECOVERY | WDW | Claimant withdrew claim |
| 712 | CALDWELL MEMORIAL HOSPITAL C/O FINANCIAL | WDW | Claimant withdrew claim |
| 714 | MOSES CONE MEDICAL SERVICES INC C/O FINA | WDW | Claimant withdrew claim |
| 716 | MONONGALIA HEALTH SYSTEM INC C/O FINANCI | WDW | Claimant withdrew claim |
| 718 | CAPITAL CARING C/O FINANCIAL RECOVERY SE | WDW | Claimant withdrew claim |

TOTAL CLAIMS:        82

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# EXHIBIT L

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 574 | UNITED HEALTH CARE SERVICES INC & ITS AFFILIATES | 141,581,140.95 | 0.184279987312 | $1,660,562.26 |
| 379 | CIGNA C/O LOWEY DANNENBERG COHEN & HART, P.C. | 73,730,500.89 | 0.095966565019 | $864,762.68 |
| 682 | WELLPORT INC | 64,099,831.13 | 0.083431423056 | $751,807.48 |
| 260 | HEALTH CARE SERVICE CORPORATION SCOTT YUNG LLP | 63,404,954.64 | 0.082526981759 | $743,657.48 |
| 430 | AETNA INC SELF FUNDED | 36,660,422.55 | 0.047716681452 | $429,978.98 |
| 683 | WELLPORT INC | 34,732,622.66 | 0.045207484698 | $407,368.40 |
| 335 | BLUE CROSS BLUE SHIELD ASSOCIATION | 30,855,726.09 | 0.040161371594 | $361,897.45 |
| 431 | AETNA INC FULLY INSURED | 21,915,143.17 | 0.028524436787 | $257,036.07 |
| 497 | INDEPENDENCE BLUE CROSS | 20,164,495.06 | 0.026245818256 | $236,503.25 |
| 380 | HORIZON BC BS OF NEW JERSEY C/O LOWEY DANNENBERG COHEN & HART P.C. | 19,283,248.79 | 0.025098800720 | $226,167.38 |
| 667 | HIGHMARK INC | 19,034,272.56 | 0.024774736821 | $223,247.21 |
| 455 | BLUE CROSS BLUE SHIELD OF MICHIGAN | 16,004,227.87 | 0.020830874006 | $187,708.73 |
| 684 | HUMANA C/O LOWEY DANNENBERG COHEN & HART PC | 14,547,353.62 | 0.018934627328 | $170,621.50 |
| 576 | COVENTRY HEALTH CARE | 11,477,169.86 | 0.014938520074 | $134,612.24 |
| 196 | BCBS OF FLORIDA  HEALTH OPTIONS INC | 10,851,089.41 | 0.014123622718 | $127,269.14 |
| 500 | CARE FIRST OF MARYLAND INC DBA CARE FIRST BLUE CROSS BLUESHIELD | 9,035,300.74 | 0.011760218166 | $105,972.30 |
| 381 | BLUE CROSS BLUE SHIELD OF ALABAMA C/O SLATE CENTER COMER, PLLC | 7,478,181.09 | 0.009733493509 | $87,709.32 |
| 319 | EXCELLUS HEALTH PLAN, INC | 7,192,561.01 | 0.009361734499 | $84,359.37 |
| 332 | HARVARD PILGRIM HEALTH CARE, INC | 7,050,859.82 | 0.009177298258 | $82,697.40 |
| 502 | BLUE CROSS BLUE SHIELD OF TENNESSEE SELF INSURED | 6,072,535.51 | 0.007903925334 | $71,222.93 |
| 686 | HEALTHPARTNERS INC C/O RAWLINGS & ASSOCIATES PLLC | 5,395,766.67 | 0.007023052695 | $63,285.31 |
| 444 | BLUE SHIELD OF CALIFORNIA | 5,045,107.42 | 0.006566639632 | $59,172.53 |
| 687 | TUFTS HEALTH PLAN (COMM) C/O RAWLINGS & ASSOCIATES PLLC | 4,802,034.12 | 0.006250258903 | $56,321.60 |
| 616 | NY STATE CATHOLIC HEALTH PLAN INC FIDELIS CARE NY | 4,486,097.24 | 0.005839039980 | $52,616.07 |
| 596 | PREMERA BLUE CROSS | 4,155,633.29 | 0.005408912831 | $48,740.16 |
| 613 | MVP HEALTH CARE INC | 4,131,649.53 | 0.005377695912 | $48,458.86 |
| 317 | STATE OF GEORGIA HEALTH BENEFIT PLAN | 4,101,723.58 | 0.005338744724 | $48,107.87 |
| 187 | BLUE CROSS AND BLUE SHIELD OF KANSAS | 3,850,796.33 | 0.005012141406 | $45,164.82 |
| 503 | BLUECROSS BLUESHIELD OF TENNESSEE INC FULLY INSURED | 3,792,701.32 | 0.004936525772 | $44,483.44 |
| 442 | EMPLOYEES RETIRMENT SYSTEMS OF TEXAS | 3,700,417.43 | 0.004816410381 | $43,401.07 |
| 382 | BLUE CROSS BLUE SHIELD OF ALABAMA C/O SLATE CARTER COMER, PLLC | 2,983,690.08 | 0.003883528317 | $34,994.80 |
| 268 | CAPITAL BLUECROSS NON-ASO | 2,859,514.90 | 0.003721903680 | $33,538.38 |
| 598 | UPMC HEALTH PLAN INC | 2,758,463.75 | 0.003590376949 | $32,353.18 |
| 456 | BLUE CARE NETWORK | 2,670,506.08 | 0.003475892504 | $31,321.56 |
| 575 | PHARMACY DATA MGT INC | 2,653,109.36 | 0.003453249182 | $31,117.51 |
| 263 | GOLDEN RULE INSURANCE CO | 2,497,991.70 | 0.003251350255 | $29,298.19 |
| 220 | CONNECTICARE | 2,321,846.04 | 0.003022081585 | $27,232.23 |
| 266 | STATE OF ILLINOIS  ATTN JULIE HAMOS - C/O MICHELLE LARSON | 2,177,663.43 | 0.002834415562 | $25,541.15 |
| 221 | GEISINGER HEALTH PLAN | 2,168,977.98 | 0.002823110705 | $25,439.28 |
| 628 | MEDICA HEALTH PLANS | 2,129,185.03 | 0.002771316771 | $24,972.57 |
| 457 | GROUP HEALTH COOPERATIVE | 2,075,940.05 | 0.002702013866 | $24,348.07 |
| 267 | PRIORITY HEALTH | 2,075,214.54 | 0.002701069553 | $24,339.56 |
| 458 | OKLAHOMA STATE & EDU EMPLOYEES GROUP INSURANCE BOARD | 2,035,427.12 | 0.002649282816 | $23,872.91 |
| 609 | PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUN | 1,970,632.39 | 0.002564946923 | $23,112.95 |
| 617 | FALLON COMMUNITY HEALTH PLAN INC | 1,881,690.59 | 0.002449181549 | $22,069.78 |
| 595 | PREMERA BLUE CROSS | 1,851,753.99 | 0.002410216498 | $21,718.66 |
| 593 | HEALTH ALLIANCE MEDICAL PLANS INC | 1,828,345.09 | 0.002379747809 | $21,444.10 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 490 | BLUE CROSS BLUE SHIELD OF MS A MUTUAL INSURANCE COMPANY | 1,823,762.56 | 0.002373783254 | $21,390.36 |
| 218 | AMERICAN MEDICAL SECURITY | 1,750,405.83 | 0.002278303183 | $20,529.98 |
| 668 | NATIONAL ASSOCIATION FOR LETTER CARRIERS HEALTH BENEFIT PLAN | 1,644,325.63 | 0.002140230713 | $19,285.80 |
| 402 | LOUISIANA HEALTH SERVICES INDEMNITY COMPANY | 1,618,801.68 | 0.002107009105 | $18,986.43 |
| 144 | 1199SEIU NATIONAL BENEFIT FUND | 1,543,264.64 | 0.002008691174 | $18,100.48 |
| 188 | SELECTHEALTH, INC | 1,512,344.43 | 0.001968445871 | $17,737.83 |
| 135 | SECURITY HEALTH PLAN OF WISCONSIN INC | 1,492,659.62 | 0.001942824404 | $17,506.95 |
| 665 | NORIDIAN MUTUAL INS CO C/O GIDSON & SHARPS | 1,423,874.89 | 0.001853295184 | $16,700.20 |
| 589 | WEST VIRGINIA DEPT OF ADMIN PUBLIC EMPLOYEES INS AGENCY (PEIA) | 1,400,107.88 | 0.001822360384 | $16,421.44 |
| 323 | THOMAS REEDER, MD MUTUAL OF OMAHA INS CO | 1,363,419.05 | 0.001774606728 | $15,991.13 |
| 690 | TUFTS HEALTH PLAN - MEDICARE PLAN C/O RAWLINGS AND ASSOCIATES, PLLC | 1,359,012.43 | 0.001768871134 | $15,939.44 |
| 334 | AMERICAN REPUBLIC INS. CO. | 1,345,309.72 | 0.001751035883 | $15,778.73 |
| 615 | HAWAII MEDICAL SERVICE ASSOCIATION | 1,345,307.39 | 0.001751032850 | $15,778.70 |
| 216 | WEA INSURANCE CORPORATION | 1,257,663.26 | 0.001636956505 | $14,750.75 |
| 320 | HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND | 1,177,752.71 | 0.001532946076 | $13,813.50 |
| 270 | BCBS OF SOUTH CAROLINA | 1,150,390.22 | 0.001497331451 | $13,492.58 |
| 728 | TUFTS HEALTH PLAN - SELF INSURED C/O RAWLINGS & ASSOCIATES | 1,124,181.42 | 0.001463218451 | $13,185.18 |
| 504 | TEXAS HEALTH INSURANCE POOL | 1,123,257.85 | 0.001462016346 | $13,174.35 |
| 499 | BLUE CROSS BLUE SHIELD OF RHODE ISLAND | 1,112,146.93 | 0.001447554531 | $13,044.03 |
| 66 | OPTIMA HEALTH PLAN | 1,039,369.30 | 0.001352828210 | $12,190.45 |
| 269 | CAPITAL BLUECROSS ASO | 1,030,069.47 | 0.001340723684 | $12,081.37 |
| 501 | VERIZON COMMUNICATIONS | 1,001,765.96 | 0.001303884240 | $11,749.41 |
| 123 | BLUE CROSS AND BLUE SHIELD OF MASS | 951,415.09 | 0.001238348268 | $11,158.86 |
| 333 | HARVARD PILGRIM HEALTH CARE, INC | 935,385.74 | 0.001217484696 | $10,970.86 |
| 105 | NRECA GROUP BENEFITS TRUST | 878,854.70 | 0.001143904703 | $10,307.82 |
| 299 | UNITED STATES STEEL AND CARNEGIE PENSION FUND | 872,327.70 | 0.001135409253 | $10,231.27 |
| 685 | HEALTHPARTNERS INC C/O RAWLINGS & ASSOCIATES PLLC | 870,617.62 | 0.001133183437 | $10,211.21 |
| 145 | COMMUNITYCARE HMO INC | 870,206.85 | 0.001132648785 | $10,206.39 |
| 124 | BLUE CROSS BLUE SHIELD OF MA | 862,595.60 | 0.001122742091 | $10,117.12 |
| 67 | BLUE CROSS BLUE SHIELD OF VERMONT | 857,116.97 | 0.001115611184 | $10,052.86 |
| 670 | PARAMOUNT CARE, INC  DBA PARAMOUNT HEALTH CARE | 855,909.01 | 0.001114038921 | $10,038.70 |
| 228 | BCBS OF MONTANA | 838,095.75 | 0.001090853437 | $9,829.77 |
| 57 | SENTASA HEALTH PLANS INC | 832,391.87 | 0.001083429348 | $9,762.87 |
| 91 | DEAN HEALTH PLAN INC | 828,829.40 | 0.001078792488 | $9,721.09 |
| 68 | UCARE | 812,044.72 | 0.001056945789 | $9,524.23 |
| 505 | AONL ALLEGHENY CO SCHOOLS HEALTH  INSURANCE CONSORTIUM | 789,725.10 | 0.001027894891 | $9,262.45 |
| 318 | THE HEALTH PLAN | 783,676.86 | 0.001020022588 | $9,191.51 |
| 401 | PRESBYTERIAN HEALTH PLAN INC | 736,158.09 | 0.000958172837 | $8,634.17 |
| 614 | UPMC HEALTH PLAN, INC | 729,271.78 | 0.000949209714 | $8,553.41 |
| 666 | NORIDIAN MUTUAL INS CO C/O GIBSON & SHARPS | 716,593.43 | 0.000932707755 | $8,404.71 |
| 219 | ROCKY MOUNTAIN HEALTHCARE  MAINTENANCE ORGANIZATION, INC | 607,716.74 | 0.000790995414 | $7,127.73 |
| 330 | WORLD INSURANCE CO | 597,551.51 | 0.000777764496 | $7,008.50 |
| 627 | MEDICA INSURANCE COMPANY | 533,105.25 | 0.000693882166 | $6,252.63 |
| 391 | EMPLOYEE MEDICAL HEALTH PLAN OF SUFFOLK COUNTY | 523,008.57 | 0.000680740471 | $6,134.21 |
| 612 | UMWA COMBINED BENEFIT FUND | 508,228.13 | 0.000661502462 | $5,960.85 |
| 498 | INDEPENDENCE BLUE CROSS | 499,535.16 | 0.000650187817 | $5,858.90 |
| 630 | NORTHWEST ADMINISTRATORS INC | 495,583.34 | 0.000645044185 | $5,812.55 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 322 | BLUE BROSS BLUE SHIELD OF DELAWARE SELF FUNDED | 434,001.05 | 0.000564889557 | $5,090.27 |
| 631 | WISCONSIN PHYSICIANS SERVICE  INSURANCE CORP | 416,033.03 | 0.000541502639 | $4,879.53 |
| 443 | HMO LOUISIANA INC | 415,608.88 | 0.000540950572 | $4,874.55 |
| 591 | MEDICAL BENEFITS ADMINISTRATORS INC | 414,564.07 | 0.000539590662 | $4,862.30 |
| 692 | SUPERVALU INC | 411,914.82 | 0.000536142436 | $4,831.22 |
| 328 | STERLING LIFE INS CO (MEDSUPP) C/O OLYMPIC HEALTH MANAGEMENT SYSTEMS | 407,769.62 | 0.000530747103 | $4,782.61 |
| 446 | CLEVELAND CLINIC FOUNDATION SELF-INSURED EMPLOYEE HEALTH PLAN | 402,193.37 | 0.000523489136 | $4,717.20 |
| 597 | SOUTHWEST CATHOLIC HEALTH NETWORK DBA MERCY CARE PLAN | 395,697.01 | 0.000515033567 | $4,641.01 |
| 143 | 1199SEIU NATIONAL BENEFIT FUND | 395,383.61 | 0.000514625650 | $4,637.33 |
| 177 | HIGHMARK WV INC | 393,205.53 | 0.000511790692 | $4,611.79 |
| 445 | BLUE SHIELD OF CALIFORNIA AND IT'S AFFILIATE BS OF CALIFORNIA | 359,879.32 | 0.000468413774 | $4,220.92 |
| 329 | STERLING LIFE INS CO (MEDICARE ADVANTAGE) | 351,289.04 | 0.000457232788 | $4,120.16 |
| 669 | PHYSICIANS HEALTH PLAN OF MID-MICHIGAN | 346,652.37 | 0.000451197765 | $4,065.78 |
| 265 | COVENTRY HEALTH CARE OF FLORIDA | 345,155.72 | 0.000449249747 | $4,048.23 |
| 395 | EMPLOYEE BENEFIT MANAGEMENT SERVICE INC | 321,924.69 | 0.000419012570 | $3,775.76 |
| 264 | COVENTRY HEALTH PLAN OF FLORIDA, INC | 321,146.50 | 0.000417999689 | $3,766.63 |
| 176 | PHYSICIANS HEALTH PLAN OF NORTHERN IN | 310,426.15 | 0.000404046235 | $3,640.89 |
| 326 | COMBINED INSURANCE COMPANY OF AMERICA C/O OLYMPIC HEALTH MANAGEMENT SYSTEMS | 299,423.80 | 0.000389725734 | $3,511.85 |
| 601 | MVP SELECT CARE INC | 292,565.40 | 0.000380798939 | $3,431.41 |
| 142 | 1199SEIU GREATER NEW YORK BENEFIT FUND | 289,486.47 | 0.000376791447 | $3,395.30 |
| 272 | EDUCATORS MUTUAL INSURANCE ASSOC | 281,351.88 | 0.000366203581 | $3,299.89 |
| 343 | MARTIN & CO | 277,888.00 | 0.000361695045 | $3,259.26 |
| 383 | MANAGED CARE ADVISORY GROUP | 266,273.00 | 0.000346577127 | $3,123.04 |
| 295 | PRIMECARE OF INLAND VALLEY INC | 261,696.30 | 0.000340620160 | $3,069.36 |
| 643 | EASTMAN KODAK COMPANY | 249,547.48 | 0.000324807429 | $2,926.87 |
| 454 | LOUISIANA HEALTH SERVICES & INDEMNITY CO. | 238,381.20 | 0.000310273559 | $2,795.90 |
| 101 | AUTOMATIC DATA PROCESSING INC | 235,572.32 | 0.000306617561 | $2,762.96 |
| 282 | BLUECHOICE HEALTHPLAN OF SOUTH CAROLINA | 228,504.46 | 0.000297418136 | $2,680.06 |
| 297 | PRIMECARE OF CORONA INC | 223,175.61 | 0.000290482181 | $2,617.56 |
| 525 | SOUTHERN CALIFORNIA UNITED FOOD & COMMERCIAL WORKERS TRUST FUND | 218,801.73 | 0.000284789201 | $2,566.26 |
| 248 | NETWORK HEALTH PLAN | 217,780.20 | 0.000283459592 | $2,554.28 |
| 547 | SANFORD HEALTH PLAN | 193,293.57 | 0.000251588145 | $2,267.08 |
| 237 | PREFERRED ONE COMMUNITY HEALTH PLAN | 180,888.74 | 0.000235442196 | $2,121.59 |
| 633 | WPS HEALTH PLAN INC | 175,189.07 | 0.000228023587 | $2,054.74 |
| 586 | DELAWARE PHYSICIANS INC C/O SCHULLER ANDERSON, LLC | 174,197.96 | 0.000226733572 | $2,043.12 |
| 727 | SARA LEE CORPORATION C/O FINANCIAL RECOVERY SERVICE | 163,939.44 | 0.000213381229 | $1,922.80 |
| 324 | PNC FINANCIAL SERVICES GROUP, INC MEDICAL PLAN | 163,152.14 | 0.000212356491 | $1,913.56 |
| 209 | WESTMORELAND COUNTY PUBLIC SCHOOL HEALTH CARE CONSORTIUM | 154,472.65 | 0.000201059391 | $1,811.76 |
| 300 | SC JOHNSON & SON INC | 153,908.87 | 0.000200325583 | $1,805.15 |
| 605 | H J HEINZ COMPANY | 153,182.45 | 0.000199380085 | $1,796.63 |
| 388 | INSURERS ADMINISTRATIVE CORPORATION N/K/A IHC ADMINISTRATIVE SERVICES | 152,134.47 | 0.000198016049 | $1,784.34 |
| 494 | PPG INDUSTRIES INC | 148,956.21 | 0.000193879272 | $1,747.06 |
| 679 | RITE AID | 148,477.07 | 0.000193255630 | $1,741.44 |
| 427 | WESTINGHOUSE ELECTRIC COMPANY | 147,001.55 | 0.000191335114 | $1,724.14 |
| 58 | OPTIMA HEALTH INSURANCE COMPANY | 146,553.79 | 0.000190752316 | $1,718.88 |
| 409 | QCA HEALTH PLAN INC | 146,420.84 | 0.000190579270 | $1,717.33 |
| 290 | PRIMECARE OF TEMECULA INC | 146,173.37 | 0.000190257167 | $1,714.42 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 132 | UNITED FOOD & COM WORKERS UNION & EMPLOYERS MIDWEST HEALTH TRUST | 145,872.96 | 0.000189866158 | $1,710.90 |
| 301 | PHYSICIANS HEALTH PLAN OF  SOUTH MICHIGAN | 137,182.00 | 0.000178554128 | $1,608.97 |
| 321 | BLUE CROSS BLUE SHIELD OF DELAWARE FULLY FUNDED | 137,173.04 | 0.000178542466 | $1,608.86 |
| 26 | CENTRAL LABORERS WELFARE FUND | 136,499.03 | 0.000177665184 | $1,600.96 |
| 223 | AT&T INC | 135,671.95 | 0.000176588669 | $1,591.26 |
| 378 | NEW YORK STATE TEAMSTERS HEALTH AND HOSPITAL FUND | 130,783.00 | 0.000170225282 | $1,533.91 |
| 425 | GENERAL MOTORS HEALTHCARE PROGRAM C/O MEDCO HEALTH SOLUTIONS INC | 130,165.94 | 0.000169422125 | $1,526.68 |
| 611 | UMWA 1992 BENEFIT PLAN | 129,341.49 | 0.000168349033 | $1,517.01 |
| 436 | UFCW LOCAL 1776 & PARTICIPATING  EMPLOYERS H&W FUND | 129,340.75 | 0.000168348070 | $1,517.00 |
| 566 | BEDFORD SOMERSET SCHOOLS HLTH CONSORTIUM C/O THE RESCHINI GROUP | 127,931.63 | 0.000166513979 | $1,500.47 |
| 447 | MHP INC  C/O COVENTRY HEALTH CARE INC | 123,883.25 | 0.000161244666 | $1,452.99 |
| 509 | UFCW LOCAL 23 AND EMPLOYERS HEALTH FUND | 120,271.48 | 0.000156536678 | $1,410.63 |
| 353 | ERIE INDEMNITY COMPANY | 120,104.54 | 0.000156326351 | $1,408.67 |
| 449 | DAKOTACARE | 115,302.56 | 0.000150076162 | $1,352.35 |
| 664 | HBKW INC | 115,104.55 | 0.000149818435 | $1,350.03 |
| 592 | MEDICAL BENEFITS MUTUAL LIFE INS CO | 112,333.26 | 0.000146211364 | $1,317.52 |
| 106 | AUTOMOBILE MECHANICS LOCAL 701 WELFARE | 112,014.02 | 0.000145795846 | $1,313.78 |
| 424 | SCOTT & WHITE HEALTH PLAN | 111,728.45 | 0.000145424152 | $1,310.43 |
| 370 | REGENCE | 108,474.07 | 0.000141188297 | $1,272.26 |
| 212 | INLAND EMPIRE HEALTH PLAN | 106,389.83 | 0.000138475480 | $1,247.81 |
| 450 | DAKOTACARE ADMINISTRATIVE SERVICES | 104,884.97 | 0.000136516776 | $1,230.16 |
| 572 | MIDWESTER HEALTH COMBINE C/O THE RESCHINI GROUP | 103,654.29 | 0.000134914941 | $1,215.73 |
| 183 | PUGET SOUND ELECTRICAL WOKERS H&W TRUST | 100,681.35 | 0.000131045405 | $1,180.86 |
| 134 | FAMILY HEALTH CENTER OF MARSHFIELD INC | 100,304.30 | 0.000130554642 | $1,176.44 |
| 244 | BCBS OF NORTH CAROLINA | 98,454.35 | 0.000128146773 | $1,154.74 |
| 365 | MACK TRUCKS INC VOLVO GROUP NORTH AMERICA | 92,912.42 | 0.000120933476 | $1,089.74 |
| 193 | AGRI-BUSINESS BENEFIT TRUST | 92,186.32 | 0.000119988395 | $1,081.23 |
| 85 | STATE OF MARYLAND | 88,643.00 | 0.000115376460 | $1,039.67 |
| 207 | ROCKY MOUNTAIN HEALTH CARE OPTIONS, INC | 88,211.52 | 0.000114814852 | $1,034.61 |
| 546 | SANFORD HEALTH PLAN | 86,931.89 | 0.000113149304 | $1,019.60 |
| 495 | CITY OF PITTSBURGH | 84,925.78 | 0.000110538180 | $996.07 |
| 384 | THE VANUARD GROUP INC | 84,085.51 | 0.000109444497 | $986.21 |
| 281 | BLUE CROSS BLUE SHIELD OF SOUTH CAROLINA WELFARE BENEFIT PLAN | 80,320.72 | 0.000104544300 | $942.06 |
| 315 | JOHN GIANNANGELI | 80,298.17 | 0.000104514949 | $941.79 |
| 107 | HEALTHNOW | 79,516.79 | 0.000103497916 | $932.63 |
| 292 | PRIMECARE OF RIVERSIDE INC | 78,052.05 | 0.000101591432 | $915.45 |
| 386 | WESTERN PENNSYLVNIA TEAMSTERS AND EMPLOYERS WELFARE FUND | 77,996.00 | 0.000101518478 | $914.79 |
| 307 | SEJU HEALTHCARE PENNSYLVANIA H&W PLAN | 76,825.57 | 0.000099995063 | $901.06 |
| 376 | ALL AMERICAN BOTTLING HEALTH CARE PLAN | 76,000.00 | 0.000098920513 | $891.38 |
| 594 | MERCY PHYSICIANS MEDICAL GROUP INC | 74,783.90 | 0.000097337654 | $877.12 |
| 423 | SCOTT & WHITE MEMORIAL HOSPITAL | 73,753.62 | 0.000095996657 | $865.03 |
| 312 | PG PBULISHING CO., INC | 70,179.75 | 0.000091344958 | $823.12 |
| 645 | LEWIS, OVERBECK & FURMAN LLP | 70,038.09 | 0.000091160576 | $821.46 |
| 314 | STEAMFITTERS LOCAL 449 MEDICAL & BENEFITS PLAN | 68,144.04 | 0.000088695307 | $799.24 |
| 713 | NORTH MEMORIAL HEALTH CARE C/O FINANCIAL RECOVERY SERVICES | 66,770.99 | 0.000086908165 | $783.14 |
| 109 | ALCATEL LUCENT USA INC | 66,163.69 | 0.000086117712 | $776.01 |
| 632 | WISCONSIN PHYSICIANS SERVICE INSURANCE  CORP | 64,994.56 | 0.000084595989 | $762.30 |
| 250 | MCKENZIE ROTHWELL BARLOW KORPI | 64,805.17 | 0.000084349482 | $760.08 |
| 412 | SELECT MEDICAL CORPORATION GROUP HEALTH PLAN | 62,969.95 | 0.000081960786 | $738.56 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 557 | CARNEGIE MELLON UNIVERSITY | 62,941.84 | 0.000081924198 | $738.23 |
| 84 | GENERAL ELECTRIC COMPANY | 58,213.93 | 0.000075770418 | $682.77 |
| 625 | INTERNATIONAL BUSINESS MACHINES CORP | 57,329.16 | 0.000074618814 | $672.40 |
| 46 | THE PENSIM HOSPITALIZATION & BENEFIT PLA | 57,109.13 | 0.000074332426 | $669.82 |
| 604 | ALLEGHENY ENERGY SERVICE CORP | 57,105.87 | 0.000074328183 | $669.78 |
| 578 | HOSPITAL SERVICES ASSOCIATION OF NORTHEASTERN PENNSYLVANIA | 56,090.54 | 0.000073006644 | $657.87 |
| 190 | NW PLUMBING & PIPEFITTING H&W TRUST | 55,778.76 | 0.000072600836 | $654.21 |
| 141 | THE NEW YORK HOTEL COUNCIL AND THE HOTEL ASSOCIATION OF NEW YORK CITY INC | 54,998.38 | 0.000071585104 | $645.06 |
| 298 | PRIMECARE MEDICAL GROUP OF INLAND VALLEY | 54,559.98 | 0.000071014489 | $639.92 |
| 23 | AMERICAS CHOICE HEALTHPLANS LLC | 53,189.78 | 0.000069231057 | $623.85 |
| 637 | UNIVERSITY HEALTH ALLIANCE | 51,730.43 | 0.000067331588 | $606.73 |
| 496 | UNITED AMERICAN INSURANCE COMPANY | 51,716.39 | 0.000067313313 | $606.57 |
| 571 | NORTHWEST SCHOOL CONSORTIUM C/O THE RESCHINI GROUP | 50,746.41 | 0.000066050801 | $595.19 |
| 515 | THE SMEAD MANUFACTURING COMPANY | 50,526.84 | 0.000065765012 | $592.61 |
| 644 | YMCA EMPLOYEE BENEFITS PLAN | 49,642.14 | 0.000064613499 | $582.24 |
| 579 | OSF SAINT FRANCIS INC | 49,572.07 | 0.000064522297 | $581.42 |
| 640 | VITRAN EXPRESS INC | 48,818.02 | 0.000063540836 | $572.57 |
| 466 | SOUTHEASTERN HEALTHCARE C/O BCBS OF MS | 48,501.13 | 0.000063128377 | $568.86 |
| 536 | CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | 47,665.96 | 0.000062041332 | $559.06 |
| 470 | CITY OF JACKSON C/O BLUE CROSS BLUE SHIELD OF MS | 47,268.19 | 0.000061523600 | $554.39 |
| 366 | GREATER PENNSYLVANIA CARPENTERS MEDICAL PLAN | 47,178.58 | 0.000061406965 | $553.34 |
| 493 | WERNER CO | 47,023.15 | 0.000061204659 | $551.52 |
| 577 | HOSPITAL SERVICE OF NE PENNSYLVANIA D/B/A BLUECROSS BLUE SHIELD OF NE PENN | 45,940.93 | 0.000059796057 | $538.83 |
| 533 | EDUCATION MANAGEMENT LLC | 44,767.77 | 0.000058269089 | $525.07 |
| 293 | PRIMECARE OF REDLANDS INC | 43,986.86 | 0.000057252668 | $515.91 |
| 674 | KEYSTONE MERCY HEALTH PLAN | 41,932.14 | 0.000054578273 | $491.81 |
| 649 | DRESSER-RAND COMPANY | 40,828.00 | 0.000053141141 | $478.86 |
| 327 | AVERA HEALTH PLANS C/O OLYMPIC HEALTH MANAGEMENT SYSTEMS | 40,724.37 | 0.000053006257 | $477.64 |
| 681 | PBI RX | 40,189.31 | 0.000052309831 | $471.37 |
| 567 | WEC SCHOOL CONSORTIUM IU 5 C/O THE RESCHINI GROUP | 39,901.32 | 0.000051934987 | $467.99 |
| 528 | ROSS MOULD INC | 39,578.62 | 0.000051514965 | $464.21 |
| 285 | ST. CROIX COUNTY | 38,360.84 | 0.000049929920 | $449.92 |
| 564 | BEAVER CO SCHOOL HLTH INS CONSORTIUM C/O THE RESCHINI GROUP | 38,095.79 | 0.000049584935 | $446.81 |
| 52 | GOVERNMENT EMPLOYEES HEALTH ASSOCIATION | 37,207.81 | 0.000048429153 | $436.40 |
| 146 | COMMUNITYCARE LIFE AND HEALTH INSURANCE | 36,827.73 | 0.000047934446 | $431.94 |
| 569 | ARMSTRONG INDIANA INSURANCE TRUST C/O THE RESCHINI GROUP | 36,663.00 | 0.000047720036 | $430.01 |
| 565 | BLAIR COUNTY SCHOOL HEALTH CONSORTIUM C/O THE RESCHINI GROUP | 36,550.89 | 0.000047574115 | $428.69 |
| 50 | OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | 35,164.33 | 0.000045769389 | $412.43 |
| 271 | JORDAN SCHOOL DISTRICT  C/O EDUCATORS MUTUAL INSURANCE ASSOC | 34,992.59 | 0.000045545854 | $410.42 |
| 414 | MEBA MEDICAL AND BENEFITS PLAN | 34,768.46 | 0.000045254130 | $407.79 |
| 474 | CAL-MAINE FOODS INC C/O BLUE CROSS BLUE SHIELD OF MS | 34,220.47 | 0.000044540874 | $401.36 |
| 291 | PRIMECARE OF SUN CITY INC | 34,046.66 | 0.000044314646 | $399.32 |
| 359 | TRANSTAR INC | 33,677.48 | 0.000043834126 | $394.99 |
| 158 | LOCAL 94 HEALTH & BENEFIT FUND | 33,362.98 | 0.000043424777 | $391.30 |
| 35 | WINDSOR HEALTH PLAN INC | 33,116.53 | 0.000043104002 | $388.41 |
| 461 | STUART C IRBY C/O BLUE CROSS BLUE SHIELD OF MS | 32,585.85 | 0.000042413276 | $382.19 |
| 432 | BELDEN INC | 32,440.99 | 0.000042224728 | $380.49 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO: 1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|--------|---------------|------------------------|------------------|--------------|
| 275 | PRINCIPAL LIFE INSURANCE CO - ASO | 31,352.11 | 0.000040807458 | $367.72 |
| 639 | ANH REFRACTORIES COMPANY | 31,278.06 | 0.000040771075 | $366.85 |
| 203 | WIN HEALTH PARTNERS | 31,087.37 | 0.000040462876 | $364.61 |
| 9 | INDEPENDENT CARE HEALTH PLAN | 30,678.79 | 0.000039931074 | $359.82 |
| 671 | PARAMOUNT CARE OF MICHIGAN INC | 30,484.22 | 0.000039677825 | $357.54 |
| 672 | PARAMOUNT INSURANCE COMPANY | 30,111.71 | 0.000039192971 | $353.17 |
| 467 | SOUTHERN FARM BUREAU C/O BLUE CROSS BLUE SHIELD OF MS | 29,241.22 | 0.000038059954 | $342.96 |
| 97 | COMMONWEALTH OF VIRGINIA | 29,161.82 | 0.000037956608 | $342.03 |
| 636 | HAWAII MEDICAL SERVICE ASSOCIATION | 28,850.10 | 0.000037550877 | $338.37 |
| 568 | PRIVATE COLLEGE AND UNIVERSITY CONSORTIUM C/O THE RESCHINI GROUP | 28,640.61 | 0.000037278208 | $335.92 |
| 199 | HARRIS ENTERPRISES INC | 27,830.19 | 0.000036223377 | $326.41 |
| 325 | ARCELOR MITTAL TUBULAR PRODUCTS USA CORPORATION | 27,114.43 | 0.000035291754 | $318.02 |
| 653 | OUR LADY OF LOURDES MEMORIAL HOSPITAL IN | 27,046.00 | 0.000035202687 | $317.21 |
| 634 | BUILDING SERVICE 32BJ HEALTH FUND | 26,745.60 | 0.000034811690 | $313.69 |
| 524 | AMPCO PITTSBURGH CORPORATION | 26,214.56 | 0.000034120496 | $307.46 |
| 308 | LORD CORPORATION | 25,916.10 | 0.000033732025 | $303.96 |
| 166 | PIONEER BALLROOM COMPANY | 25,491.49 | 0.000033179359 | $298.98 |
| 361 | UNIVERSITY OF KENTUCKY | 25,385.76 | 0.000033041742 | $297.74 |
| 468 | BANCORPSOUTH C/O BLUE CROSS BLUE SHIELD OF MS | 25,173.29 | 0.000032765194 | $295.25 |
| 189 | FARIBANKS NORTH STAR BOROUGH SCHOOL  DISTRICT HEALTH | 24,987.00 | 0.000032522722 | $293.06 |
| 41 | CATERPILLAR INC | 24,035.69 | 0.000031284510 | $281.91 |
| 534 | MICHAEL BUBERT, VP OF HR C/O JC BLAIR MEMORIAL HOSPITAL | 24,032.70 | 0.000031280618 | $281.87 |
| 394 | THE RAILROAD EMPLYEE NATIONAL  HEALTH AND WELFARE PLAN | 23,192.68 | 0.000030187260 | $272.02 |
| 405 | TRS-CARE RETIREE | 22,687.47 | 0.000029529686 | $266.09 |
| 231 | QWEST COMMUNICATIONS | 22,513.91 | 0.000029303783 | $264.06 |
| 433 | BAKERY AND CONFECTIONARY UNION HEALTH FUND | 22,399.47 | 0.000029154830 | $262.72 |
| 510 | FOOT LOCKER WELFARE BENEFIT  PAYMENT PLAN | 22,234.71 | 0.000028940380 | $260.78 |
| 410 | INDEPENDENT HEALTH ASSOCIATION INC | 21,904.00 | 0.000028509933 | $256.91 |
| 73 | CENTRAL STATES SE & SW AREAS HEALTH & WELFARE FUND | 21,309.16 | 0.000027735698 | $249.93 |
| 641 | VITRAN EXPRESS INC | 21,161.48 | 0.000027543480 | $248.20 |
| 463 | SANDERSON FARMS C/O BLUE CROSS BLUE SHIELD OF MS | 20,871.37 | 0.000027165877 | $244.79 |
| 59 | MASSACHUSETTS GROUP INSURANCE COMMISSION | 20,699.42 | 0.000026942069 | $242.78 |
| 390 | KANSAS TURNPIKE AUTHORITY | 20,591.77 | 0.000026801953 | $241.51 |
| 507 | LINCOLN BENEFIT TRUST | 20,140.46 | 0.000026214535 | $236.22 |
| 191 | PATRIOT TRANSPORTATION HOLDING INC | 19,963.92 | 0.000025984753 | $234.15 |
| 8 | COLUMBIA UNITED PROVIDERS INC | 19,904.08 | 0.000025906866 | $233.45 |
| 657 | DUPONT MEDICAL PLAN | 19,605.00 | 0.000025517587 | $229.94 |
| 529 | LATROBE STEEL COMPANY | 19,538.10 | 0.000025430511 | $229.16 |
| 602 | PREFERRED ADMINISTRATIVE SERVICES INC | 19,309.48 | 0.000025132943 | $226.48 |
| 181 | NORTHWEST TEXTILE PROCESSORS AND SERVICE TRADE WELFARE TRUST | 18,687.90 | 0.000024323903 | $219.18 |
| 229 | IBEW LOCAL 712 WELFARE TRUST FUND C/O GEM GROUP | 18,673.22 | 0.000024304796 | $219.01 |
| 362 | CENTRAL CAMBRIA SCHOOL DISTRICT | 18,604.15 | 0.000024214895 | $218.20 |
| 723 | OTTAWA REGIONAL HOSP AND HLTHCARE CENTER C/O FINANCIAL RECOVERY SERVICE | 18,474.85 | 0.000024046600 | $216.69 |
| 548 | SANFORD HEALTH PLAN OF MINNESOTA DBA SANFORD HEALTH PLAN | 17,927.86 | 0.000023334646 | $210.27 |
| 560 | ARMSTRONG COUNTY MEMORIAL HOSPITAL C/O THE RESCHINI GROUP | 17,919.78 | 0.000023324129 | $210.18 |
| 610 | UMWA 1993 BENEFIT PLAN | 17,877.98 | 0.000023269723 | $209.69 |
| 453 | VEKA HOLDINGS INC | 17,774.73 | 0.000023135334 | $208.47 |
| 276 | PRINCIPAL LIFE INSURANCE CO - IHO | 17,326.76 | 0.000022552263 | $203.22 |
| 173 | AURORA HEALTH CARE AURORA DIRECT NETWORK EMPLOYEE HEALTH | 17,244.41 | 0.000022445077 | $202.25 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 508 | HARTFORD FIRE INSURANCE COMPANY EMPLOYEE MEDICAL AND DENTAL | 17,188.42 | 0.000022372202 | $201.60 |
| 246 | SYNAGRO TECHNOLOGIES INC | 17,102.66 | 0.000022260578 | $200.59 |
| 422 | PIRELLI ARMSTRONG TIRE CORP RETIREE TRST C/O WEXLER WALLACE LLP | 16,869.13 | 0.000021956618 | $197.85 |
| 147 | WELLS FARGO & COMPANY | 16,826.58 | 0.000021901236 | $197.35 |
| 239 | THE HERSHEY COMPANY | 16,745.62 | 0.000021795859 | $196.40 |
| 235 | COVENTRY HEALTH & LIFE INSURANCE CO | 16,635.99 | 0.000021653167 | $195.12 |
| 24 | RAIN AND HAIL INSURANCE SERVICE INC | 16,620.00 | 0.000021632354 | $194.93 |
| 296 | PRIMECARE OF HEMET VALLEY INC | 16,524.69 | 0.000021508300 | $193.81 |
| 348 | STATE OF FLORIDA EMPLOYEES' PPO PLAN | 16,456.86 | 0.000021420014 | $193.02 |
| 252 | THE FLORENCE MINING CO | 16,362.03 | 0.000021296584 | $191.91 |
| 626 | MEDICA HEALTH PLANS OF WISCONSIN | 15,938.32 | 0.000020745089 | $186.94 |
| 186 | OAKLAND COUNTY | 15,326.34 | 0.000019948545 | $179.76 |
| 561 | PUNXSUTAWNEY AREA HOSPITAL C/O THE RESCHINI GROUP | 15,275.17 | 0.000019881943 | $179.16 |
| 519 | CITY OF GARDEN CITY | 15,263.89 | 0.000019867261 | $179.03 |
| 368 | I.B.T. UNIO LOCAL NO. 710 HEALTH AND WELFARE FUND | 14,930.62 | 0.000019433481 | $175.12 |
| 205 | UNIFIED SCHOOL DISTRICT  NO 214 | 14,622.24 | 0.000019032098 | $171.50 |
| 232 | EXXON MOBIL MEDICAL PLAN | 14,584.19 | 0.000018982573 | $171.05 |
| 648 | SHEETZ INC | 14,465.15 | 0.000018827632 | $169.66 |
| 459 | SOUTHWEST REGIONAL C/O BLUE CROSS BLUE SHIELD OF MS | 14,419.72 | 0.000018768501 | $169.12 |
| 647 | DICKS SPORTING GOODS | 14,181.82 | 0.000018458854 | $166.33 |
| 435 | TITANIUM METALS CORP | 13,806.16 | 0.000017969900 | $161.93 |
| 539 | ZIPPO MFG CO | 13,713.45 | 0.000017849230 | $160.84 |
| 448 | W.A. FOOTE MEMORIAL HOSPITAL DBA ALLEGIANCE HEALTH | 13,481.00 | 0.000017546677 | $158.11 |
| 306 | THE KROGER CO | 13,366.07 | 0.000017397085 | $156.77 |
| 340 | CENTRAL DATA SERVICES, INC | 13,318.07 | 0.000017334609 | $156.20 |
| 360 | LOCAL 282 WELFARE TRUST FUND | 13,215.84 | 0.000017201548 | $155.00 |
| 349 | NPC, INC | 12,931.65 | 0.000016831651 | $151.67 |
| 618 | CALIFORNIA VALUED TRUST | 12,530.49 | 0.000016309506 | $146.97 |
| 120 | MERCH & CO INC | 12,525.83 | 0.000016303441 | $146.91 |
| 363 | SAMARITAN MEDICAL CENTER | 12,516.00 | 0.000016290647 | $146.80 |
| 619 | MAXORPLUS LTD | 12,509.96 | 0.000016282785 | $146.73 |
| 255 | ALEXANDRIA EXTRUSION CO | 12,370.69 | 0.000016101513 | $145.09 |
| 202 | HEALTH PARTNERS INC | 12,288.99 | 0.000015995174 | $144.13 |
| 511 | CAPITAL DISTRICT PHYSICIANS HEALTH PLAN INC. | 12,177.87 | 0.000015850541 | $142.83 |
| 489 | CITY OF VICKSBURG C/O BLUE CROSS BLUE SHIELD OF MS | 12,145.85 | 0.000015808865 | $142.45 |
| 240 | ST NORBERT COLLEGE C/O ASSOCIATED FINANCIAL GROUP | 12,074.57 | 0.000015716088 | $141.62 |
| 88 | MOUNT CARMEL HEALTH PLAN INC | 12,012.08 | 0.000015634751 | $140.89 |
| 573 | SHAW INDUSTRIES GROUP | 11,878.95 | 0.000015461471 | $139.32 |
| 346 | G.M.P. - EMPLOYERS RETIREE TRUST | 11,612.65 | 0.000015114859 | $136.20 |
| 195 | BANK OF AMERICA | 11,507.72 | 0.000014978284 | $134.97 |
| 238 | MACYS INC | 11,173.24 | 0.000014542929 | $131.05 |
| 133 | 3M COMPANY ATTN CINDY WILLMARTH | 11,098.11 | 0.000014445141 | $130.17 |
| 241 | LABORERS INTERNATIONAL UNION OF WA WELFARE FUND | 10,973.86 | 0.000014283419 | $128.71 |
| 247 | COLORADO PERA | 10,764.23 | 0.000014010568 | $126.25 |
| 121 | LOS ANGELES UNIFIED SCHOOL DIST | 10,565.53 | 0.000013751943 | $123.92 |
| 148 | AMERICAN POSTAL WORKERS UNION HEALTH | 10,435.64 | 0.000013582800 | $122.40 |
| 426 | MICHAEL BAKER CORPORATION | 10,199.11 | 0.000013275016 | $119.62 |
| 367 | IRON WORKERS WELFARE PLAN OF W. PA | 10,131.51 | 0.000013187028 | $118.83 |
| 116 | KRAFT FOODS GLOBAL INC | 10,103.07 | 0.000013150011 | $118.50 |
| 336 | STEPHANIE BISSELBERG | 10,068.72 | 0.000013105302 | $118.09 |
| 472 | CITY OF BILOXI C/O BLUE CROSS BLUE SHIELD OF MS | 9,983.78 | 0.000012994745 | $117.10 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 164 | TIME INSURANCE COMPANY | 9,866.25 | 0.000012841770 | $115.72 |
| 54 | WESTERN HEALTH ADVANTAGE | 9,757.02 | 0.000012699598 | $114.44 |
| 663 | SAINT GOBAIN CONTANERS | 9,717.87 | 0.000012648641 | $113.98 |
| 676 | FAREWAY STORES INC EMPLOYEE HEALTH CARE | 9,704.19 | 0.000012630835 | $113.82 |
| 439 | CHESTERFIELD RESOURCES INC | 9,663.80 | 0.000012578264 | $113.34 |
| 559 | ELK REGIONAL MEDICAL CENTER C/O THE RESCHINI GROUP | 9,111.85 | 0.000011859854 | $106.87 |
| 513 | MOTOROLA INC | 9,067.95 | 0.000011802714 | $106.36 |
| 352 | WALGREEN CO | 9,046.27 | 0.000011774496 | $106.10 |
| 32 | TEAMSTERS LOCAL 445 WELFARE FUND | 9,042.52 | 0.000011769615 | $106.06 |
| 171 | NAVISTAR INC | 9,034.44 | 0.000011759098 | $105.96 |
| 374 | HARRISBURG SCHOOL DISTRICT | 8,990.16 | 0.000011701464 | $105.44 |
| 34 | SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OH | 8,857.45 | 0.000011528730 | $103.89 |
| 652 | PITT OHIO EXPRESS LLC | 8,803.49 | 0.000011458497 | $103.25 |
| 36 | MONONGAHELA VALLEY HOSPITAL EMPLOYEE BENEFIT GROUP | 8,771.01 | 0.000011416221 | $102.87 |
| 483 | RYDER SYSTEMS INC C/O BLUE CROSS BLUE SHIELD OF MS | 8,756.30 | 0.000011397075 | $102.70 |
| 93 | FARNER BOCKEN COMPANY | 8,463.28 | 0.000011015684 | $99.26 |
| 165 | LACROSSE FURNITURE CO | 8,382.66 | 0.000010910750 | $98.32 |
| 65 | NORTEL NETWORKS | 8,265.54 | 0.000010758309 | $96.94 |
| 294 | PRIMECARE OF MORENO VALLEY INC | 8,205.82 | 0.000010680578 | $96.24 |
| 392 | NATIONAL RAILWAY CARRIERS & UNTED  TRANSPORTATION UNION HLTH & WELF PLN | 8,163.62 | 0.000010625651 | $95.75 |
| 535 | COGHLAN KUKANKOS LLC | 8,142.86 | 0.000010598630 | $95.51 |
| 108 | CINTAS CORP C/O FINANCIAL RECOVERY SERVICES | 8,079.94 | 0.000010516734 | $94.77 |
| 471 | CITY OF COLUMBUS C/O BLUE CROSS BLUE SHIELD OF MS | 7,931.09 | 0.000010322993 | $93.02 |
| 98 | EL PASO CORPORATION | 7,829.65 | 0.000010190960 | $91.83 |
| 200 | DELPHI CORPORATION | 7,535.17 | 0.000009807669 | $88.38 |
| 523 | GEORGIA-PACIFIC LLC | 7,503.08 | 0.000009765902 | $88.00 |
| 551 | GROUP LIFE & HEALTH BENEFITS PLAN FOR EMPLOYEES OF PARTICIPATING | 7,445.45 | 0.000009690891 | $87.33 |
| 541 | WASHINGTON COUNTY HOSPITAL ASSOCIATION | 7,351.09 | 0.000009568074 | $86.22 |
| 192 | BURNRIAM HOLDINGS INC | 7,290.87 | 0.000009489692 | $85.51 |
| 545 | ROCKY MT UFCW UNIONS & EMPLYERS HEALTH BENEFIT PLAN | 7,285.90 | 0.000009483223 | $85.45 |
| 404 | TRS-ACTIVECARE | 7,281.91 | 0.000009478030 | $85.41 |
| 169 | CITY OF WELLINGTON HEALTH INSURANCE FUND | 7,256.80 | 0.000009445347 | $85.11 |
| 140 | EFCO CORP | 7,218.45 | 0.000009395431 | $84.66 |
| 434 | MOTION PICTURE INDUSTRY PENSION & HEALTH PLANS | 7,202.94 | 0.000009375244 | $84.48 |
| 49 | STEAMFITTERS INDUSTRY WELFARE FUND | 7,180.37 | 0.000009345867 | $84.22 |
| 476 | ATLAS ROOFING GROUP C/O BLUE CROSS BLUE SHIELD OF MS | 7,083.28 | 0.000009219496 | $83.08 |
| 43 | STATEWIDE SCHOOLS COOP HEALTH PLAN | 7,051.83 | 0.000009178561 | $82.71 |
| 475 | BANK PLUS C/O BLUE CROSS BLUE SHIELD OF MS | 7,042.90 | 0.000009166938 | $82.60 |
| 689 | CATHOLIC DIOCESE OF ROCKFORD | 6,906.38 | 0.000008989245 | $81.00 |
| 491 | CHANNELLOCK INC | 6,896.23 | 0.000008976034 | $80.88 |
| 440 | MAYO CLINIC, SPONSOR HEALTH TRADITION AND MAYO COMPREHENSIVE MEDICAL CARE PLAN | 6,794.43 | 0.000008843533 | $79.69 |
| 156 | TYSON FOODS INC | 6,792.17 | 0.000008840591 | $79.66 |
| 520 | AIRXCEL INC | 6,720.37 | 0.000008747137 | $78.82 |
| 82 | GENERAL MILLS INC | 6,632.49 | 0.000008632754 | $77.79 |
| 588 | TRUCKING EMPLOYEES OF NJ WELFARE FUND | 6,578.97 | 0.000008563093 | $77.16 |
| 481 | ERGON INC C/O BLUE CROSS BLUE SHIELD OF MS | 6,437.37 | 0.000008378789 | $75.50 |
| 338 | INTERNATIONAL WHIRLPOOL CORP C/O FINANCIAL RECOVERY SERVICES | 6,340.11 | 0.000008252196 | $74.36 |
| 478 | POWER LOON OF M3 C/O BLUE CROSS BLUE SHIELD OF MS | 6,329.40 | 0.000008238256 | $74.24 |
| 351 | CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND | 6,316.92 | 0.000008222013 | $74.09 |
| 182 | NW ROOFERS & EMPLOYERS H&S TRUST FUND | 6,249.50 | 0.000008134260 | $73.30 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 89 | PUBLIC EMPLOYEES HEALTH PROGRAM | 6,119.08 | 0.000007964507 | $71.77 |
| 233 | UNITED FOOD AND COMMERCIAL WORKERS EMPLOYER ARIZONA H&W TRUST | 6,055.95 | 0.000007882338 | $71.03 |
| 62 | TARGET CORPORATION | 6,043.56 | 0.000007866211 | $70.88 |
| 87 | SISC SELF INSURED SCHOOLS OF CALIFORNIA | 5,914.50 | 0.000007698229 | $69.37 |
| 277 | PRINCIPAL LIFE INSRUANCE CO - NIPPON | 5,846.74 | 0.000007610033 | $68.57 |
| 251 | SYNERGY INC GROUP HEALTH PLAN | 5,813.82 | 0.000007567185 | $68.19 |
| 259 | RURAL CARRIER BENEFIT PLAN | 5,791.37 | 0.000007537964 | $67.93 |
| 562 | DANZER GROUP C/O THE RESCHINI GROUP | 5,784.11 | 0.000007528515 | $67.84 |
| 701 | HONEYWELL INTERNATIONAL INC C/O FINANCIAL RECOVERY SERVICE | 5,756.56 | 0.000007492656 | $67.52 |
| 479 | TRUSTMARK NATIONAL BANK C/O BLUE CROSS BLUE SHIELD OF MS | 5,716.16 | 0.000007440072 | $67.04 |
| 570 | GREATER JOHNSTOWN AREA SCHL HLTH CONSORTIUM C/O THE RESCHINI GROUP | 5,681.15 | 0.000007394504 | $66.63 |
| 227 | MEIJER | 5,587.73 | 0.000007272909 | $65.54 |
| 262 | GANNETT CO INC | 5,557.40 | 0.000007233432 | $65.18 |
| 283 | COMPASS GROUP USA, INC | 5,540.00 | 0.000007210785 | $64.98 |
| 407 | OHIO POLICE AND FIRE PENSION FUND | 5,506.92 | 0.000007167728 | $64.59 |
| 516 | ANDERSON EQUIPMENT COMPANY | 5,476.21 | 0.000007127757 | $64.23 |
| 655 | CONOCO PHILLIPS COMPANY | 5,412.41 | 0.000007044715 | $63.48 |
| 44 | CONAGRA FOODS | 5,337.77 | 0.000006947565 | $62.61 |
| 56 | CHRISTIAN BROTHERS SERVICES | 5,215.76 | 0.000006788759 | $61.17 |
| 129 | XCEL ENERGY | 5,189.01 | 0.000006753941 | $60.86 |
| 242 | PACIFIC SOURCE HEALTH PLANS | 5,187.74 | 0.000006752288 | $60.85 |
| 526 | COUDERSPORT AREA SCHOOL DISTRICT | 5,144.62 | 0.000006696164 | $60.34 |
| 531 | RPC INC | 5,034.61 | 0.000006552976 | $59.05 |
| 629 | AMERICAN ELECTRIC POWER SERVICE CORP | 4,961.37 | 0.000006457648 | $58.19 |
| 42 | BRIDGESTONE AMERICAS INC | 4,880.45 | 0.000006352324 | $57.24 |
| 310 | NORTHWESTERN SCHOOL DISTRICT | 4,850.86 | 0.000006313810 | $56.89 |
| 646 | AMEREN | 4,790.50 | 0.000006235246 | $56.19 |
| 339 | PLUMBERS AND STEAMFITTERS LOCAL 47 OF NORTHWEST PENNSYLVANIA WELFARE FUND | 4,777.44 | 0.000006218248 | $56.03 |
| 606 | PEPSI BEVERAGES COMPANY  FORMERLY PEPSI BOTTLING GROUP | 4,716.39 | 0.000006138786 | $55.32 |
| 149 | NCR CORPORATION | 4,684.39 | 0.000006097135 | $54.94 |
| 48 | PROGRESS ENERGY INC WELFARE BENEFIT PLAN | 4,622.94 | 0.000006017153 | $54.22 |
| 357 | COLUMBUS MCKINNON CORPORATION | 4,591.62 | 0.000005976387 | $53.85 |
| 542 | DENVER GROCERS HEALTH BENEFIT PLAN C/O REINHART BOEMER VAN DEUREN S.C. | 4,546.84 | 0.000005918102 | $53.33 |
| 642 | R.R. DONNELLEY & SONS COMPANY WELFARE BENEFITS TRUST | 4,536.38 | 0.000005904487 | $53.21 |
| 12 | TENERE INC | 4,500.00 | 0.000005857136 | $52.78 |
| 492 | DIRECTORS GUILD OF AMERICA PRODUCER HEALTH PLAN | 4,468.30 | 0.000005815875 | $52.41 |
| 462 | TATUM DEVELOPMENT C/O BCBS OF MS | 4,429.94 | 0.000005765947 | $51.96 |
| 60 | SEALED AIR CORPORATION | 4,403.04 | 0.000005730934 | $51.64 |
| 554 | FRINGE BENEFIT SERVICES INC | 4,368.33 | 0.000005685756 | $51.23 |
| 311 | UFCW & EMPLOYERS BENEFIT TRUST | 4,344.13 | 0.000005654257 | $50.95 |
| 517 | UNIVERSITY OF TEXAS SYSTEM | 4,322.81 | 0.000005626508 | $50.70 |
| 393 | NATIONAL RAILROAD EMPLYEE EARLY RETMENT  MAJOR MEDICAL BENEFIT PLN | 4,294.67 | 0.000005589881 | $50.37 |
| 226 | BJC HEALTHCARE | 4,291.91 | 0.000005586289 | $50.34 |
| 208 | PUBLIX SUPERMARKETS INC | 4,289.89 | 0.000005583659 | $50.31 |
| 518 | LOWES COMPANIES INC | 4,264.45 | 0.000005550547 | $50.02 |
| 600 | CVS CAREMARK CORPORATION | 4,225.00 | 0.000005499200 | $49.55 |
| 256 | FALCONI AIRPORT HONDA | 4,202.55 | 0.000005469979 | $49.29 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 355 | SHERWOOD CONSTRUCTION CO INC | 4,080.00 | 0.000005310470 | $47.85 |
| 469 | CITY OF HATTIESBURG C/O BCBS OF MS | 4,035.18 | 0.000005252133 | $47.33 |
| 304 | PLUMBERS AND STEAMFITTERS LOCAL 440 H&W PLAN | 4,024.70 | 0.000005238492 | $47.20 |
| 400 | FRANCISCAN UNIVERSITY OF STEUBENVILLE | 4,017.05 | 0.000005228535 | $47.11 |
| 151 | US FOODSERVICE INC | 3,968.66 | 0.000005165551 | $46.55 |
| 11 | PROFESSIONAL BENEFIT ADMINISTRATORS INC | 3,947.37 | 0.000005137840 | $46.30 |
| 273 | B&W Y-12, LLC | 3,926.01 | 0.000005110038 | $46.05 |
| 650 | KEY CORP MEDICAL PLAN | 3,872.48 | 0.000005040365 | $45.42 |
| 243 | MEAD WESTVACO CORPORATION | 3,822.78 | 0.000004975676 | $44.84 |
| 180 | FAIRBANKS NORTHSTAR BOROUGH HEALTH BENEF FIT PLAN | 3,804.00 | 0.000004951232 | $44.62 |
| 473 | CATHOLIC DIOCESE JACKSON C/O BLUE CROSS BLUE SHIELD OF MS | 3,803.92 | 0.000004951128 | $44.62 |
| 552 | FIRST RECOVERY GROUP | 3,796.64 | 0.000004941652 | $44.53 |
| 261 | NORFOLK SOUTHERN CORP | 3,783.84 | 0.000004924992 | $44.38 |
| 342 | CORNING INC | 3,765.80 | 0.000004901511 | $44.17 |
| 364 | NEW ENTERPRISE STONE & LIME CO INC | 3,737.77 | 0.000004865028 | $43.84 |
| 206 | SPECIAL AGENTS MUTUAL BENEFIT ASSOCIATIO | 3,736.68 | 0.000004863609 | $43.83 |
| 236 | LIBERTY MUTUAL GROUP INC | 3,679.98 | 0.000004789809 | $43.16 |
| 358 | CENTRAL PENNSYLVANIA TEAMSTERS HEALTH & WELFARE FUND | 3,676.16 | 0.000004784837 | $43.12 |
| 373 | HEALTH NEW ENGLAND INC | 3,674.01 | 0.000004782039 | $43.09 |
| 638 | AGR INTERNATIONAL | 3,578.60 | 0.000004657855 | $41.97 |
| 411 | VIA CHRISTI HEALTH | 3,561.39 | 0.000004635454 | $41.77 |
| 375 | NECA- IBEW WELFARE TRUST FUND | 3,554.08 | 0.000004625940 | $41.68 |
| 620 | MAXORPLUS LTD | 3,432.94 | 0.000004468266 | $40.26 |
| 331 | UNIVERSITY OF TOLEDO PHYSICIANS LLC | 3,393.60 | 0.000004417061 | $39.80 |
| 477 | BLUE CROSS BLUE SHIELD OF MS A MUTUAL INSURANCE COMPANY | 3,353.24 | 0.000004364529 | $39.33 |
| 651 | FEDERAL MOGUL CORPORATION | 3,340.08 | 0.000004347400 | $39.17 |
| 538 | GEUCORP LLC | 3,269.78 | 0.000004255899 | $38.35 |
| 167 | JOHN ALDEN LIFE INSURANCE COMPANY | 3,194.30 | 0.000004157655 | $37.46 |
| 452 | FEDERAL EXPRESS CORPORATION GROUP HEALTH PLAN | 3,154.30 | 0.000004105592 | $37.00 |
| 599 | ITT CORPORATION | 3,126.12 | 0.000004068913 | $36.67 |
| 81 | FOOD LION LLC GROUP BENEFIT PLAN | 3,107.85 | 0.000004045133 | $36.45 |
| 198 | JOHNSON CONTROLS INC | 3,063.17 | 0.000003986978 | $35.93 |
| 175 | MICHIGAN STATE UNIVERSITY | 2,999.11 | 0.000003903599 | $35.18 |
| 119 | BOLLINGER INC | 2,932.80 | 0.000003817291 | $34.40 |
| 532 | AMES TRUE TEMPER | 2,891.70 | 0.000003763795 | $33.92 |
| 680 | DRUMMOND COMPANY INC | 2,882.02 | 0.000003751196 | $33.80 |
| 211 | SHEET METAL WORKERS LOCAL 73 | 2,881.29 | 0.000003750246 | $33.79 |
| 257 | ROCKWELL AUTOMATION INC | 2,876.74 | 0.000003744324 | $33.74 |
| 487 | MS FARM BUREAU INSURANCE C/O BLUE CROSS BLUE SHIELD OF MS | 2,790.41 | 0.000003631958 | $32.73 |
| 217 | TML INTERGOVERNMENTAL EMPLOYEE BENEFITS  POOL | 2,732.55 | 0.000003556648 | $32.05 |
| 22 | OHIO CARPENTERS HEALTH FUND  C/O MACALA & PIATT LLC | 2,713.03 | 0.000003531241 | $31.82 |
| 253 | CROWN AMERICAN ASSOCIATES | 2,650.35 | 0.000003449658 | $31.09 |
| 415 | FIRST DATA | 2,633.02 | 0.000003427101 | $30.88 |
| 437 | RIDGWAY AREA SCHOOL DISTRICT | 2,600.96 | 0.000003385372 | $30.51 |
| 159 | PIPE FITTERS WELFARE FUND LOCAL 597 | 2,598.98 | 0.000003382795 | $30.48 |
| 222 | MONROE COUNTY COMMISSIONERS C/O GEISINGER INDEMNITY INSURANCE CO | 2,566.92 | 0.000003341066 | $30.11 |
| 286 | GUIDESTONE FINANCIAL RESOURCES OF THE SOUTHERN BAPTIST CONVENTION | 2,522.16 | 0.000003282807 | $29.58 |
| 102 | MARATHON OIL COMPANY HEALTH PLAN | 2,481.55 | 0.000003229950 | $29.11 |
| 63 | NORTH KANSAS CITY HOSPITAL | 2,466.24 | 0.000003210023 | $28.93 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 417 | SOUTHERN CALIFORNIA LUMBER H&W C/O BENEFIT PROGRAMS ADMINISTRATION | 2,426.64 | 0.000003158480 | $28.46 |
| 344 | BUZZI UNICEM USA, INC | 2,403.60 | 0.000003128491 | $28.19 |
| 204 | MARSH SUPERMARKETS C/O KEY BENEFIT ADMINISTRATORS | 2,347.87 | 0.000003055954 | $27.54 |
| 122 | COMCAST CORPORATION | 2,315.49 | 0.000003013809 | $27.16 |
| 274 | ASHLAND INC | 2,290.25 | 0.00000298097 | $26.86 |
| 115 | AMERISOURCE BERGEN | 2,202.94 | 0.000002867315 | $25.84 |
| 71 | SUNOCO INC | 2,163.28 | 0.000002815694 | $25.37 |
| 51 | INGERSOLL RAND C/O FINANCIAL RECOVERY SERVICE | 2,162.95 | 0.000002815265 | $25.37 |
| 126 | MARTIN MARIETTA MATERIALS | 2,149.35 | 0.000002797563 | $25.21 |
| 621 | USAA MEDICAL CARE PROGRAM | 2,108.18 | 0.000002743977 | $24.73 |
| 488 | MS FARM BUREAU FEDERATION C/O BLUE CROSS BLUE SHIELD OF MS | 2,074.60 | 0.000002700270 | $24.33 |
| 288 | SYSCO CORPORATION | 2,058.99 | 0.000002679952 | $24.15 |
| 234 | SCHNEIDER ELECTRIC USA, INC | 2,054.77 | 0.000002674459 | $24.10 |
| 558 | INDIANA REGIONAL MEDICAL CENTER C/O THE RESCHINI GROUP | 2,049.01 | 0.000002666962 | $24.03 |
| 117 | USG CORPORATION | 2,041.39 | 0.000002657044 | $23.94 |
| 309 | HY-VEE AND AFFILIATES BENEFITS PLAN AND TRUST | 2,022.36 | 0.000002632275 | $23.72 |
| 480 | LION OIL C/O BLUE CROSS BLUE SHIELD OF MS | 1,953.81 | 0.000002543051 | $22.92 |
| 127 | HOTEL & RESTAURANT EMPLOYEES HEALTH & WELFARE FUND | 1,914.30 | 0.000002491625 | $22.45 |
| 464 | SANDERSON PLUMBING C/O BLUE CROSS BLUE SHIELD OF MS | 1,904.00 | 0.000002478219 | $22.33 |
| 345 | WASHINGTON PENN PLASTIC CO INC | 1,882.24 | 0.000002449897 | $22.08 |
| 168 | STRATEGIC OUTSOURCING INC | 1,876.16 | 0.000002441983 | $22.00 |
| 389 | TOYS "R" US, INC | 1,871.22 | 0.000002435553 | $21.95 |
| 429 | PACIFIC GAS & ELECTRIC CO | 1,817.80 | 0.000002366022 | $21.32 |
| 39 | TENET HEALTHCARE INC | 1,809.23 | 0.000002354868 | $21.22 |
| 96 | FOSTER POLTRY FARMS | 1,796.46 | 0.000002338247 | $21.07 |
| 451 | MALONEY ASSOCIATES INC | 1,793.24 | 0.000002334056 | $21.03 |
| 303 | SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN | 1,762.05 | 0.000002293459 | $20.67 |
| 603 | BIMBO FOODS INC | 1,754.01 | 0.000002282994 | $20.57 |
| 94 | OHIO LABORERS DISTRICT COUNCIL | 1,753.07 | 0.000002281771 | $20.56 |
| 225 | SEVERSTAL WHEELING INC | 1,743.75 | 0.000002269640 | $20.45 |
| 678 | UNION UNDERWEAR COMPANY DBA FRUIT OF THE LOOM | 1,740.00 | 0.000002264759 | $20.41 |
| 139 | ALLSTATE INSURANCE COMPANY | 1,737.81 | 0.000002261909 | $20.38 |
| 563 | CHARLES COLE MEMORIAL HOSPITAL C/O THE RESCHINI GROUP | 1,731.25 | 0.000002253370 | $20.31 |
| 92 | FEDERATED MUTUAL INSURANCE COMPANY | 1,720.74 | 0.000002239691 | $20.18 |
| 161 | DIVISION 1181 A T U  NEW YORK WELFARE FUND | 1,698.82 | 0.000002211160 | $19.92 |
| 350 | B. BRAUN MEDICAL INC ATTN: CORP BENEFITS | 1,680.28 | 0.000002187028 | $19.71 |
| 287 | UNITED FOOD AND COMMERCIAL WORKERS UNION AND EMPLOYERS H&W FUND - ATLANTA | 1,674.04 | 0.000002178907 | $19.63 |
| 27 | SOUTHWEST CARPENTERS HEALTH AND WELFARE | 1,656.93 | 0.000002156636 | $19.43 |
| 178 | EMS TECHNOLOGIES | 1,640.52 | 0.000002135277 | $19.24 |
| 125 | ZIONS BANCORPORATION | 1,615.53 | 0.000002102751 | $18.95 |
| 136 | LABORERS METROPOLITAN DETROIT HEALTH | 1,603.85 | 0.000002087548 | $18.81 |
| 527 | CENTRAL EMPLOYEES BENEFIT PLAN | 1,595.43 | 0.000002076589 | $18.71 |
| 399 | AVIA PARTNERS | 1,584.86 | 0.000002062831 | $18.59 |
| 37 | CONSUMERS ENERGY | 1,573.20 | 0.000002047655 | $18.45 |
| 163 | UNION SECURITY INSURANCE COMPANY | 1,491.61 | 0.000001941458 | $17.49 |
| 675 | HANNAFORD BROS. CO. | 1,459.14 | 0.000001899196 | $17.11 |
| 406 | UNITED FOOD & COMMERCIAL WORKERS CENTRAL PA & REGIONAL H&W FUND | 1,455.75 | 0.000001894783 | $17.07 |
| 608 | FIRST ENERGY CORP | 1,452.35 | 0.000001890358 | $17.03 |
| 99 | PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM | 1,426.22 | 0.000001856348 | $16.73 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 556 | WILLIAMS COMPANIES INC | 1,409.00 | 0.000001833934 | $16.53 |
| 337 | SODEXO | 1,389.26 | 0.000001808241 | $16.29 |
| 179 | NALCO COMPANY | 1,348.44 | 0.000001755110 | $15.82 |
| 90 | ALASKA TEAMSTER EMPLOYER WELFARE TRUST | 1,289.31 | 0.000001678147 | $15.12 |
| 170 | PROGRESSIVE CASUALTY INSURANCE COMPANY | 1,281.46 | 0.000001667930 | $15.03 |
| 659 | BOARD OF TRUSTEES, LABORERS H&W TRUST FUND FOR NORTHERN CALIFORNIA | 1,257.38 | 0.000001636588 | $14.75 |
| 482 | ROY ANDERSON CORP C/O BLUE CROSS BLUE SHIELD OF MS | 1,218.15 | 0.000001585527 | $14.29 |
| 38 | PIONEER TELEPHONE COOPERATIVE INC | 1,195.22 | 0.000001555681 | $14.02 |
| 724 | BEEBE MEDICAL CENTER C/O FINANCIAL RECOVERY SERVICE INC | 1,186.11 | 0.000001543824 | $13.91 |
| 77 | UNIVERSITY OF UTAH C/O FINANCIAL RECOVERY SERVICES INC | 1,156.71 | 0.000001505557 | $13.57 |
| 201 | WISCONSIN LABORERS HEALTH FUND | 1,143.08 | 0.000001487817 | $13.41 |
| 397 | ARCHER DANIELS MIDLAND C/O FINANCIAL RECOVERY SERVICES | 1,110.38 | 0.000001445255 | $13.02 |
| 356 | AMERICAN EAGLE OUTFITTERS INC | 1,101.56 | 0.000001433775 | $12.92 |
| 341 | TEACHERS RETIREMENT SYSTEM OF THE STATE OF KENTUCKY | 1,076.62 | 0.000001401313 | $12.63 |
| 704 | THE UNIVERSITY OF CHICAGO MEDICAL CENTER C/O FINANCIAL RECOVERY SERVICES | 1,058.22 | 0.000001377364 | $12.41 |
| 506 | LINCOLN BENEFIT TRUST | 1,045.27 | 0.000001360508 | $12.26 |
| 421 | DETROIT AND VICINITY TROWEL TRADES HEALTH AND WELFARE | 995.82 | 0.000001296145 | $11.68 |
| 162 | INSURANCE MANAGEMENT ADMINISTRATORS INC | 971.70 | 0.000001264751 | $11.40 |
| 224 | OMERESA HEALTH BENEFITS PROGRAM C/O BURNS CONSULTING ASSOC INC | 950.76 | 0.000001237496 | $11.15 |
| 95 | MDX HAWAII INC | 929.93 | 0.000001210384 | $10.91 |
| 5 | AVON PRODUCTS INC C/O FINANCIAL RECOVERY SERVICES | 926.29 | 0.000001205646 | $10.86 |
| 245 | MOVIS | 905.87 | 0.000001179067 | $10.62 |
| 112 | INTERPUBLIC GROUP OF COMPANIES C/O FINANCIAL RECOVERY SERVICES | 904.00 | 0.000001176633 | $10.60 |
| 377 | CATSKILL AREA SCHOOLS EMPLOYEE BENEFIT PLAN | 901.42 | 0.000001173275 | $10.57 |
| 278 | CEMENT MASONS AND PLASTERERS H&W TRUST C/O BROWNSTEIN HYATT FARBER SCHRECK, LLP | 874.69 | 0.000001138484 | $10.26 |
| 585 | MISSOURI CARE, INC | 872.65 | 0.000001135829 | $10.24 |
| 316 | LABORERS NATIONAL H&W FUND C/O ZENITH ADMINISTRATORS | 862.35 | 0.000001122422 | $10.11 |
| 584 | TEXTRON INC C/O FINANCIAL RECOVERY SERVICES INC | 859.50 | 0.000001118713 | $10.08 |
| 486 | NEEL SCHAFFER INC C/O BLUE CROSS BLUE SHIELD OF MS | 837.78 | 0.000001090442 | $9.83 |
| 249 | GENTINVA HEALTH SERVICES | 828.63 | 0.000001078533 | $9.72 |
| 61 | MCCAIN FOODS USA INC | 810.45 | 0.000001054870 | $9.51 |
| 174 | KINDER MORGAN INC | 809.42 | 0.000001053529 | $9.49 |
| 530 | YUM! BRANDS INC | 800.15 | 0.000001041464 | $9.38 |
| 21 | PHOENIX HEALTH PLAN | 788.36 | 0.000001026118 | $9.25 |
| 540 | BENEFIT PLAN ADMINISTRATION OF WI, INC | 770.39 | 0.000001002729 | $9.04 |
| 157 | OFFICEMAX INCORPORATED | 759.13 | 0.000000988073 | $8.90 |
| 280 | SHEET METAL WORKERS NATIONAL HEALTH FUND | 749.53 | 0.000000975578 | $8.79 |
| 658 | FOOTSTAR INC | 749.00 | 0.000000974888 | $8.78 |
| 230 | PILKINGTON NORTH AMERICA INC | 747.68 | 0.000000973170 | $8.77 |
| 31 | INTERSTATE MANAGEMENT COMPANY LLC | 743.16 | 0.000000967286 | $8.72 |
| 72 | WESTERN MUTUAL INSURANCE COMPANY | 729.75 | 0.000000949832 | $8.56 |
| 354 | AOL INC | 702.55 | 0.000000914429 | $8.24 |
| 25 | PACTIV CORPORATION | 698.56 | 0.000000909236 | $8.19 |
| 150 | LAND O LAKES INC | 696.21 | 0.000000906177 | $8.17 |
| 83 | GENERAL ELECTRIC COMPANY | 653.47 | 0.000000850547 | $7.66 |
| 543 | INDIANA AREA UFCW LOCALS & RETAIL FOODS  FOOD EMPLOYERS HEALTH AND WELF PLAN | 652.04 | 0.000000848686 | $7.65 |
| 699 | THE MEDICAL CENTER OF CENTRAL GEORGIA C/O FINANCIAL RECOVERY SERVICE | 648.69 | 0.000000844326 | $7.61 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 622 | TAEMSTERS LOCAL 639 - EMPLOYERS RETIREE MEDICAL 401 (H) PLAN | 638.96 | 0.000000831661 | $7.49 |
| 210 | ONEAOK INC | 636.71 | 0.000000828733 | $7.47 |
| 30 | IBEW LOCAL UNION NO 126 HEATH AND WELFAR | 623.88 | 0.000000812033 | $7.32 |
| 214 | BENEFIT FUND FOR HOSPITAL AND HEALTHCARE FUND | 601.86 | 0.000000783372 | $7.06 |
| 194 | THE LUBRIZOL CORPORATION | 598.30 | 0.000000778739 | $7.02 |
| 33 | IBEW LOCAL 98 HEALTH AND WELFARE FUND | 585.02 | 0.000000761454 | $6.86 |
| 607 | PEPSI BEVERAGES COMPANY FORMERLY PEPSI AMERICA'S | 582.95 | 0.000000758759 | $6.84 |
| 104 | UTAH PIPE TRADES WELFARE TRUST FUND | 572.54 | 0.000000745210 | $6.72 |
| 3 | INTERVALLEY HEALTH PLAN | 562.07 | 0.000000731582 | $6.59 |
| 416 | LAUNDRY & DRY CLEANING WORKERS LOCAL 52 C/O BENEFIT PROGRAMS ADMINISTRATION | 551.64 | 0.000000718007 | $6.47 |
| 47 | CHRISTIAN CHURCH HEALTH CARE BENEFIT TRU | 549.43 | 0.000000715130 | $6.44 |
| 130 | SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN | 539.78 | 0.000000702570 | $6.33 |
| 624 | LOUISIANA HEALTH SERVICE AND INDEMNITY C C/O HMO LOUISIANA INC | 526.26 | 0.000000684972 | $6.17 |
| 544 | CHICAGO GRAPHIC ARTS HLTH AND WELFARE FUND | 522.44 | 0.000000680000 | $6.13 |
| 553 | GARDEN CITY PUBLIC SCHOOLS SUP #457 | 516.00 | 0.000000671618 | $6.05 |
| 160 | CITY OF WITCHITA | 515.10 | 0.000000670447 | $6.04 |
| 154 | WRITERS GUILD INDUSTRY HEALTH FUND | 508.07 | 0.000000661297 | $5.96 |
| 635 | CF&I RETIREES VOLUNTARY BENEFICIARY ASSO | 503.02 | 0.000000654724 | $5.90 |
| 152 | CATHOLIC HEALTH EAST | 485.59 | 0.000000632037 | $5.70 |
| 438 | UFCW UNION - EMPLOYERS H&W FUND | 459.57 | 0.000000598170 | $5.39 |
| 550 | OREGON TEAMSTERS EMPLOYERS TRUST C/O BURCHFIELD GROUP | 430.42 | 0.000000560229 | $5.05 |
| 13 | THE MENS WAREHOUSE C/O FINANCIAL RECOVERY SERVICES | 426.18 | 0.000000554710 | $5.00 |
| 284 | SHEET METAL WORKERS LOCAL 33 CLEVELAND DISTRICT HEALTH BENEFITS PLAN | 424.46 | 0.000000552471 | $4.98 |
| 184 | ALASKA CARPENTERS H&W TRUST | 421.26 | 0.000000548306 | $4.94 |
| 279 | CLARK COUNTY FIREFIGHTERS LOCAL 1908 SECURITY FUND | 412.38 | 0.000000536748 | $4.84 |
| 75 | MEDICAL ASSOICATES HEALTH PLANS | 391.76 | 0.000000509909 | $4.59 |
| 254 | WILSON MCSHANE CORP | 390.72 | 0.000000508556 | $4.58 |
| 185 | HARRIS CORPORATION | 386.25 | 0.000000502737 | $4.53 |
| 581 | DOLE FOOD COMPANY, INC C/O FINANCIAL RECOVERY SERVICES | 376.70 | 0.000000490307 | $4.42 |
| 587 | WELLDYNE RX | 355.21 | 0.000000462336 | $4.17 |
| 258 | PAINTERS & ALLIED TRADES DC35 HEALTH  BENEFITS FUND | 327.06 | 0.000000425697 | $3.84 |
| 113 | SOUTH BROWARD HOSPITAL DISTRICT C/O FINANCIAL RECOVERY SERVICES | 325.33 | 0.000000423445 | $3.82 |
| 197 | ACH FOOD COMPANIES | 317.36 | 0.000000413071 | $3.72 |
| 213 | HOTEL EMPLOYEES RESTAURANT EMPLOYEES HEALTH TRUST | 316.66 | 0.000000412160 | $3.71 |
| 103 | ELECTRICAL INSURANCE TRUST | 308.51 | 0.000000401552 | $3.62 |
| 79 | PIPLINE INDUSTRY BENEFIT FUND | 302.16 | 0.000000393287 | $3.54 |
| 369 | GENERAL PARTS INTERNATIONAL INC BENEFITS DEPT | 296.86 | 0.000000386389 | $3.48 |
| 418 | LEHRERLEUT HUTTERITE MEDICAL TRUST ALLEGIANCE BENEFIT PLAN MGMT | 287.75 | 0.000000374531 | $3.37 |
| 70 | UNITED CHURCH OF CHRIST PENSION BOARD | 264.75 | 0.000000344595 | $3.11 |
| 428 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 324 H&W FUND | 263.97 | 0.000000343580 | $3.10 |
| 155 | SECURITY HEALTH PLAN OF WISCONSIN INC | 262.35 | 0.000000341471 | $3.08 |
| 40 | AMALGAMATED MEAT CUTTERS | 255.01 | 0.000000331917 | $2.99 |
| 137 | GRAPHIC PACKAGING INTERNATIONAL | 242.14 | 0.000000315166 | $2.84 |
| 413 | CLEARFIELD AREA SCHOOL DISTRICT | 240.00 | 0.000000312381 | $2.81 |
| 215 | PLUMBERS LOCAL NO 14 WELFARE FUND | 233.73 | 0.000000304220 | $2.74 |
| 623 | TEAMSTERS LOCAL 639 - EMPLOYERS HEALTH TRUST FUND | 217.32 | 0.000000282861 | $2.55 |
| 484 | PIKE COUNTY C/O BLUE CROSS BLUE SHIELD OF MS | 201.55 | 0.000000262335 | $2.36 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# Eligible Claims

PROJECT:  BMS AWP TPP  -  Database:  BMST

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 74 | INTERNATIONAL UNION OF OPERATING ENGINEE LOCAL 478 HEALTH BENEFIT PLAN | 195.38 | 0.000000254304 | $2.29 |
| 53 | VENETIAN CASINO RESORT LLC | 193.74 | 0.000000252169 | $2.27 |
| 347 | MICHIGAN EMPLOYEE BENEFITS SERVICES INC | 193.13 | 0.000000251375 | $2.27 |
| 419 | SHEET METALS WORKERS LOCAL UNION 80 INSURANCE TRUST FUND | 188.13 | 0.000000244867 | $2.21 |
| 86 | BUILDING LABORERS LOCAL 310 | 183.86 | 0.000000239310 | $2.16 |
| 408 | EXCAVATORS UNION LOCAL 731 WEFARE FUND | 179.54 | 0.000000233687 | $2.11 |
| 549 | JOINT LABOR MANAGEMENT RETAIL TRUST C/O BURCHFIELD GROUP | 175.08 | 0.000000227882 | $2.05 |
| 172 | SENTRY INSURANCE & MUTUAL COMPANY | 148.68 | 0.000000193520 | $1.74 |
| 289 | SOUTH CENTRAL UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS H & W TRUST | 147.37 | 0.000000191815 | $1.73 |
| 485 | OCH REGIONAL MEDICAL CENTER C/O BLUE CROSS BLUE SHIELD OF MS | 140.88 | 0.000000183367 | $1.65 |
| 512 | MEDCO HEALTH SOLUTIONS INC | 138.55 | 0.000000180335 | $1.63 |
| 128 | LAW ENFORCEMENT HEALTH BENEFITS INC | 118.98 | 0.000000154863 | $1.40 |
| 465 | SECOND INFERMED CORP C/O BLUE CROSS BLUE SHIELD OF MS | 112.48 | 0.000000146402 | $1.32 |
| 302 | U.A. LOCAL 393 H&W PLAN | 101.67 | 0.000000132332 | $1.19 |
| 64 | I B E W LOCAL 25 HEALTH & BENEFIT FUND | 98.65 | 0.000000128401 | $1.16 |
| 460 | STRUCTURAL STEEL SERVICES INC C/O BLUE CROSS BLUE SHIELD OF MS | 87.23 | 0.000000113537 | $1.02 |
| 590 | WEST VIRGINIA DEPT OF ADMINISTRATION CHILDRENS HEALTH INSURANCE PROGRAM | 85.47 | 0.000000111247 | $1.00 |
| 45 | AFTRA HEALTH & RETIREMENT FUNDS | 81.59 | 0.000000106196 | $0.96 |
| 100 | GREATER ST LOUIS CONSTRUCTION LABORERS | 72.62 | 0.000000094521 | $0.85 |
| 14 | DOW CORNING CORPORATION C/O FINANCIAL RECOVERY SERVICES | 35.27 | 0.000000045907 | $0.41 |

| TOTAL CLAIMS: | 646 | | $768,293,633.05 | 1.000000000000 | $9,011,083.03 |
|---|---|---|---|---|---|

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.

# EXHIBIT M



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 12/14/11
INVOICE #: 108746
MATTER #: 8242

**TO:** Ed Notargiacomo, Esq.
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
ed@hbsslaw.com

| PROJECT |
|---|
| *(BMS) Pharmaceutical Industry Average Wholesale Price Litigation* |
| *November 2011 Claims Administration Services* |

| | | |
|---|---|---:|
| TPP Claimant Communication/Opt-Outs | $ | 516.20 |
| TPP Claim Form Processing | | 134.75 |
| TPP Fund Distribution | | 458.85 |
| TPP Audits | | 1,320.30 |
| TPP Project Management | | 492.09 |
| TPP Technical Consulting | | 1,076.20 |
| TPP Financial/Administrative | | 137.00 |
| TPP Quality Assurance | | 630.50 |
| TPP Deficiencies | | 657.80 |
| | **SUBTOTAL** | 5,423.69 |
| | | |
| Consumer Claimant Communication/Opt-Outs | | 348.60 |
| Consumer Claim Form Processing | | 26.10 |
| Consumer Fund Distribution | | 1,995.58 |
| Consumer Audits | | 529.14 |
| Consumer Project Management | | 6,420.07 |
| Consumer Technical Consulting | | 5,244.10 |
| Consumer Financial/Administrative | | 215.15 |
| Consumer Scanning | | 1,218.21 |
| Consumer Telephone Support | | 597.08 |
| Consumer Quality Assurance | | 5,046.14 |
| Consumer Return Mail Processing | | 362.10 |
| Consumer Deficiencies | | 1,806.60 |
| | **SUBTOTAL** | 23,808.87 |
| | | |
| Expenses: Other Charges and Out-of-Pocket Costs | **SUBTOTAL** | 7,245.24 |
| | | |
| | **TOTAL INVOICE** $ | 36,477.80 |
| | **OUTSTANDING INVOICE(s)** $ | 840,549.37 |
| | **TOTAL DUE** $ | 877,027.17 |

<u>**WIRE INFORMATION**</u>
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

<u>**PAYMENT TERMS: NET DUE UPON RECEIPT**</u>



| | |
|---|---|
| DATE: | 12/14/11 |
| INVOICE #: | 108746 |
| MATTER #: | 8242 |

## STATEMENT OF ACCOUNT

Current Invoice Period:     November 2011 Claims Administration Services

**Total Current Invoice** $ 36,477.80

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 12/30/10 | 108378 | 667,939.03 | (6,582.12) | 661,356.91 |
| 07/26/11 | 108572 | 52,598.17 | | 52,598.17 |
| 09/30/11 | 108664 | 53,404.46 | | 53,404.46 |
| 10/28/11 | 108687 | 27,309.93 | | 27,309.93 |
| 11/30/11 | 108722 | 45,879.90 | | 45,879.90 |

PREVIOUS BALANCE DUE $ 840,549.37

**Total Amount Due** $ 877,027.17

**WIRE INFORMATION**                              **PAYMENT TERMS: NET DUE UPON RECEIPT**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER