# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| TRACK TWO SETTLEMENT ) ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND TO CONSUMER CLAIMANTS AND THIRD-PARTY PAYORS IN THE BMS SETTLEMENT

THIS MATTER is before the Court on plaintiffs' motion for distribution of the net settlement fund to consumer claimants and third-party payors in the BMS settlement.  The Court, having considered all pleadings in support thereto, and being fully advised in the premises, hereby GRANTS plaintiffs' motion and ORDERS the distribution of funds to eligible consumer and TPP claimants as determined by the Claims Administrator.

IT IS SO ORDERED.

DATED: _____       _____
                                          Hon. Patti B. Saris
                                          United States District Court Judge

- 1 -

001534-16  494029 V1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND TO CONSUMER CLAIMANTS AND THIRD-PARTY PAYORS IN THE BMS SETTLEMENT** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 22, 2011, a copy to LexisNexis File and Serve for Posting and notification to all parties

By      /s/ **Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 2 -