UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT:

Please be advised that the undersigned attorney for the defendants Pharmacia Corporation and Pfizer Inc. has relocated to the following new address and telephone number:

>Mark D. Smith (BBO# 542676)
>LAREDO & SMITH, LLP
>101 Federal Street, Suite 650
>Boston, MA  02110
>Tel:  (617) 443-1100
>Fax:  (617) 443-1174
>smith@laredosmith.com
>
>Respectfully submitted,
>PHARMACIA CORPORATION;
>PFIZER INC.
>by its attorney,
>
>/s/ Mark D. Smith
>Mark D. Smith (BBO# 542676)
>LAREDO & SMITH, LLP
>101 Federal Street, Suite 650
>Boston, MA  02110
>Tel:  (617) 443-1100
>Fax:  (617) 443-1174

Dated:  December 22, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Mark D. Smith
                                              Mark D. Smith

Dated: December 22, 2011