**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| TRACK TWO SETTLEMENT ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND TO CONSUMER CLAIMANTS AND THIRD-PARTY PAYORS IN THE BMS SETTLEMENT**

THIS MATTER is before the Court on plaintiffs' motion for distribution of the net settlement fund to consumer claimants and third-party payors in the BMS settlement. The Court, having considered all pleadings in support thereto, and being fully advised in the premises, hereby GRANTS plaintiffs' motion and ORDERS the distribution of funds to eligible consumer and TPP claimants as determined by the Claims Administrator.

IT IS SO ORDERED.

DATED: 12/23/2011

Hon. Patti B. Saris
United States District Court Judge

- 1 -

001534-16 494029 V1