

41618012

Dec 29 2011
2:33PM

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Master File No. 01-12257-PBS |
| | ) | |
| PHARMACEUTICAL INDUSTRY | ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| | ) | Civil Action No. 08-cv-10852 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| *United States of America ex rel. Ven-A-Care of* | ) | Judge Patti B. Saris |
| *the Florida Keys, Inc., by and through its principal* | ) | |
| *officers and directors, Zachary T. Bentley and* | ) | |
| *T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST ACTAVIS DEFENDANTS AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

The above-captioned matter is an action brought under the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. §§ 3729-3733, by Relator Ven-A-Care of the Florida Keys,Inc. (the "Relator") against  Alpharma Inc., Alpharma USPD Inc., f/k/a Barre-National, Inc., Barre Parent Corp., and Actavis Mid Atlantic LLC (together referred to herein as the "Actavis Defendants") (Actavis Defendants together with Relator, collectively the "Parties"). The signed United States' Consent to the dismissal requested herein, pursuant to 31 U.S.C. § 3730 (b) (1), is attached hereto as **Exhibit 1** ("the U.S. Written Consent").

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b) (1), and in accordance with, and as limited by  the terms of the Settlement Agreement and Release between the Relator, the State of Florida, the State of Iowa, the State of South Carolina, the New York Plaintiffs and the Actavis Defendants ("the Multi-State Settlement Agreement") (attached to the U.S. Written Consent as **Exhibit A)** and the Settlement Agreement and Release between the Relator, the State of Texas

and the Actavis Defendants ("the Texas Settlement Agreement") (attached to the U.S. Written Consent as **Exhibit B**), the Parties hereby stipulate to the entry of an order dismissing the Relator's action against the Actavis Defendants.

The Parties further stipulate that, except as specified in the Multi-State Settlement Agreement and the Texas Settlement Agreement, any claim the Relator or its counsel has to a Relator's share or for expenses, attorneys' fees, and costs shall not be the responsibility of the Actavis Defendants.

WHEREFORE, to permit them to effectuate the terms of their settlement, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties respectfully request that the Court enter an order in the form attached to the U.S. Written Consent as **Exhibit C**.

Respectfully submitted,

  /s/ James J. Breen
JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
(770) 740-0008

Counsel for Relator

/s/ Amy T. Tridgell by James J. Breen with permission

_____

Amy T. Tridgell (*pro hac vice*)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Tel.: 212-223-4000
Fax: 212-223-4134

Robert T. Rhoad (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for Alpharma Inc., Alpharma USPD Inc., f/k/a Barre-National, Inc., Barre Parent Corp., and Actavis Mid Atlantic LLC

Dated: December 29, 2011