UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |
| This Document Relates to:<br>ALL ACTIONS | |

[PROPOSED]
**ORDER**

THE COURT, having considered the Motion of Co-Lead Counsel, Hoffman & Edelson, LLC ("Movant"), for an Order requiring a stay of Lead Counsel's distribution of fees or in the alternative for a return of fees received by Co-Lead Counsel to be held by an escrow agent, and any responses thereto, if any,

IT IS HEREBY ORDERED that Co-Lead Counsel confer on a plan of distribution of fees and expenses that is agreed upon by all Co-Lead Counsel prior to making any distributions that is reflective of each respective firm's pro rata share of lodestar and said plan is to be submitted to this Court for approval prior to any further distribution of funds.

IT IS FURTHER ORDERED that all settlement funds received by any firm, or to be received at any time in the future with respect to the above-captioned cases, to be allocated to payment of counsel fees and expenses shall be remitted to _____, as escrow agent, until such a time that the Court approves distribution thereof.

IT IS SO ORDERED.

_____
Hon. Patti B Saris
United States District Court Judge

1