# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 03-10643<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## JANUARY 2012 STATUS REPORT ON BEHALF OF
## THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for January 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: January 4, 2012

                                       Respectfully submitted,

                                       **City of New York and New York Counties in**
                                       **MDL 1456 except Nassau and Orange, by**

                                       **KIRBY McINERNEY, LLP**
                                       825 Third Avenue
                                       New York, New York 10022
                                       (212) 371-6600

                    By:  /s/ Joanne M. Cicala_____
                                       Joanne M. Cicala

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

## January 2012 Status Report on Behalf of the
## City of New York and New York Counties

**Voluntary Dismissal of Claims**

On June 2, 2011, plaintiffs filed a notice of voluntary dismissal of claims against defendant Endo Pharmaceuticals, Inc. *See* Docket No. 7576, Sub-docket No. 290. This notice remains *sub judice*.

On November 18, 2011, plaintiffs filed a notice of voluntary dismissal with prejudice of claims against defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation. *See* Docket No. 7921, Sub-docket 310. This notice remains *sub judice.*

On November 22, 2011, plaintiffs filed a notice of voluntary dismissal of claims with prejudice against defendant Merck, Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.). *See* Docket No. 7930, Sub-docket 311. This notice remains *sub judice.*

On December 2, 2011, plaintiffs filed a notice of voluntary dismissal of claims with prejudice of claims against defendant Eli Lilly and Company. *See* Docket No. 7962, Sub-Docket No. 313. This notice remains *sub judice*.

**Settlement Order of Dismissal**

On November 1, 2011, the Court entered plaintiffs' and defendant Sandoz, Inc.'s joint proposed settlement order of dismissal of claims against defendant Sandoz, Inc. The order provides that claims against this defendant shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action within one hundred and twenty (120) days if settlement is not consummated. *See* Docket No. 7871, Sub-docket No. 307.

On December 9, 2011 the court entered plaintiffs and defendants' second joint motion to extend the settlement order of dismissal as to Alpharma Inc., Purepac Pharmaceutical Co., King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., UDL Laboratories Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical Inc., Roche Laboratories Inc., Hoffman-La Roche Inc., and TAP Pharmaceutical Products Inc.  The order provides that claims against these defendants shall be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action by February 3, 2012 if settlement is not consummated. *See* Docket No. 7983, Sub-docket No. 315.

## CERTIFICATE OF SERVICE

I, James Carroll, hereby certify that on the 4th day of January 2012, I caused a true and correct copy of the above January 2012 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  January 4, 2012

/s/ James P. Carroll, Jr.
James P. Carroll, Jr.
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600