UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>TRACK TWO SETTLEMENT | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs, by their attorneys, respectfully move this Court for leave to file under seal Exhibit 1 to the Declaration of Steve W. Berman in Support of Lead Class Counsel's Opposition to Adam Levy's Motion for Modification of Lead Counsel's Allocation of Fees and Reimbursement of Expenses to Include Uncounted Time and Expenses ("Berman Declaration").

Exhibit 1 is the April 10, 2010 Affidavit of Donald E. Haviland, Jr. in Support of Award of Attorneys' Fees and Reimbursement of Expenses in Relation to Settlements on Behalf of Haviland Hughes, LLC and exhibits attached thereto.  The reporting attached to Mr. Haviland's Affidavit lists, among other things, Adam Levy's time entries and expenses.  The time entries contain descriptions of work done and, therefore, comprise work product that should not be publicly disclosed.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file Exhibit 1 to the Berman Declaration under seal.

- 1 -

DATED:  January 4, 2012.				By	/s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

- 2 -

001534-16 495211 V1

- 3 -

                Marc H. Edelson
                Hoffman & Edelson LLC
                45 West Court Street
                Doylestown, PA  18901
                Telephone: (215) 230-8043
                Facsimile: (215) 230-8735

                Kenneth A. Wexler
                Wexler Wallace LLP
                55 W. Monroe, Suite 3300
                Chicago, IL  60603
                Telephone: (312) 346-2222
                Facsimile: (312) 346-0022


                **CLASS COUNSEL**

001534-16 495211 V1

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILED UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 4, 2012, a copy to LexisNexis File and Serve for Posting and notification to all parties.

      By    **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1918 8th Avenue, Suite 3300
      Seattle, WA 98101
      (206) 623-7292