UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No.:  01-CV-12257-PBS<br>Sub-Category Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO<br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT PUREPAC PHARMACEUTICAL CO.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendant Purepac Pharmaceutical Co. (hereinafter the "Settling Defendant") (Settling Defendant together with the Consolidated New York Counties, collectively the "Parties"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Parties' Settlement Agreement and Release, that all claims in this action against the Settling Defendant are dismissed with prejudice and without costs to any party.

Dated:  January 04, 2012

Respectfully submitted,

By:  /s/ Joanne M. Cicala
    Joanne M. Cicala
    Daniel Hume
    Kirby McInerney LLP
    825 Third Avenue
    New York, NY 10022
    212-371-6600

*On Behalf of Plaintiffs the Consolidated New York Counties*

By: /s/ David E. Bell by Joanne M.Cicala with permission
_____
Alex E. Sadler
David E. Bell
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
(202) 624-2500

*On Behalf of Defendant Purepac Pharmaceutical Co.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 04, 2012, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiffs' Claims Against Defendant Purepac Pharmaceutical Co., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

  /s/  James Carroll
KIRBY McINERNEY LLP

-2-