UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No.:  01-CV-12257-PBS<br>Subcategory Case No. 07-12141-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br><br>*State of Iowa  v. Abbott Laboratories, et al.* | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT PUREPAC PHARMACEUTICAL CO.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendant Purepac Pharmaceutical Co. ("Settling Defendant") (Settling Defendant together with the State of Iowa, collectively the "Parties"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Parties' Settlement Agreement and Release,  that all claims in this action against the Settling Defendant are dismissed with prejudice and without costs to any party.

Dated:  January 04, 2012

        Respectfully submitted,

     By:   /s/ Joanne M. Cicala
       Joanne M. Cicala
       Daniel Hume
       Kirby McInerney LLP
       825 Third Avenue
       New York, NY 10022
       212-371-6600

     *On Behalf of Plaintiff the State of Iowa*

By: /s/ J.P. Ellison by Joanne M. Cicala with permission

James P. Ellison
Hyman, Phelps & McNamara, P.C.
700 13th Street N.W., Suite 1200
Washington D.C. 20005
Tel: (202) 737-5600
Fax: (202) 737-9329

*On Behalf of Purepac Pharmaceutical Co.*

### CERTIFICATE OF SERVICE

I hereby certify that on January 04, 2012, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiff's Claims Against Defendant Purepac Pharmaceutical Co., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP