## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Master File No. 01-12257-PBS |
| | ) | |
| PHARMACEUTICAL INDUSTRY | ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| | ) | Civil Action No. 08-cv-10852 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| *United States of America ex rel. Ven-A-Care of* | ) | Judge Patti B. Saris |
| *the Florida Keys, Inc., by and through its principal* | ) | |
| *officers and directors, Zachary T. Bentley and* | ) | |
| *T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE OF ACTION
## AGAINST ACTAVIS DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, Relator Ven-A-Care of the Florida Keys, Inc. (the "Relator") and Alpharma Inc., Alpharma USPD Inc., f/k/a Barre-National, Inc., Barre Parent Corp., and Actavis Mid Atlantic LLC (together referred to herein as the "Actavis Defendants") (Actavis Defendants together with Relator, collectively the "Parties") filed with this Court, a Stipulation of Dismissal and Motion for Order of Dismissal with Prejudice as to Certain Claims against Actavis. The Parties have submitted, as **Exhibit 1** to their Stipulation, the Written Consent of the United States pursuant to 31 U.S.C. § 3730 (b) (1) ("the U.S. Written Consent"), the Settlement Agreement and Release between the Relator, the State of Florida, the State of Iowa, the State of South Carolina, the New York Plaintiffs and the Actavis Defendants ("the Multi-State Settlement Agreement") (attached to the U.S. Written Consent as **Exhibit A**) and the Settlement Agreement and Release between the Relator, the State of Texas and the Actavis Defendants ("the Texas Settlement Agreement") (attached to the U.S. Written Consent as

**Exhibit B**). Upon due consideration of the Stipulation, the Multi-State Settlement Agreement and the Texas Settlement Agreement, the U.S. Written Consent, the lack of objection to the proposed Settlements, and the Court's determination that the Settlement Amounts appear to the Court to be fair, adequate, and reasonable under all the circumstances, the Court hereby approves the Settlements.

WHEREFORE, IT IS ORDERED, that

1. Consistent with the terms of, and as limited by, the Multi-State Settlement Agreement and the Texas Settlement Agreement, the above-captioned Civil Action is dismissed with prejudice as to the Actavis Defendants.

2. This Order resolves all claims against the Actavis Defendants for the federal share of Medicaid program payments encompassed by the above-captioned Civil Action. This Order shall in no way prejudice or limit any claims for a state's share and shall be without prejudice to the right of the United States to recover from the State of Kentucky or any of its agencies based on any prior settlement between Actavis and the State of Kentucky.

3. Except as specified in the Multi-State Settlement Agreement and the Texas Settlement Agreement, each party shall be responsible for its own expenses, attorneys' fees, and costs.

4. The Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Parties' Settlement Agreement and Release to the extent reasonably necessary and appropriate.

IT IS SO ORDERED this ____ day of _____, 2012.

THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE