UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## MOTION TO FILE KLINE & SPECTER, P.C.'S REPLY TO LEAD COUNSEL'S OPPOSITION TO THE WILLIAMS MOTION TO MODIFY LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN STATE COURT ACTIONS

The undersigned respectfully moves the Court for leave to file the reply memorandum and Exhibits A-N in support of the Motion to Modify Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in State Court Actions.

WHEREFORE, the undersigned respectfully moves for leave to file the pleadings attached hereto, as requested herein, and any and all other relief the Court deems just and proper.

Dated: January 5, 2012

_/s/ Shanin Specter_
Shanin Specter, Esquire
Kila Baldwin, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102-3712

## CERTIFICATE OF SERVICE

I hereby certify that on this date, January 5, 2012, **MOTION TO FILE KLINE & SPECTER, P.C.'S REPLY TO LEAD COUNSEL'S OPPOSITION TO THE WILLIAMS MOTION TO MODIFY LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME ANDEXPENSE INCURRED IN STATE COURT ACTIONS** was duly filed with the Court through ECF and served on all counsel of record, via Lexis/Nexis File & Serve.

/s/ Barbara Carberry