# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

**Case Caption:** Citizens for Consumer, et al v. Abbott Laboratories, Inc

**District Court Number:** 01-cv-12257

---

**Fee:** Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

---

**Motions Pending** Yes ____ No ____
*If yes, document #* _____

**Sealed documents** Yes __X__ No ____
*If yes, document #* 1360, 1703, 2142

**Ex parte documents** Yes __X__ No ____
*If yes, document #* 1363, 1403, 1985

**Transcripts** Yes __X__ No ____
*If yes, document #* 1110, 1147, 1306

---

**Notice of Appeal filed by:** Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

**Appeal from:** 7979 Order

**Other information:** Trans. 1307, 1369, 1428, 1538, 1638, 1743, 1824, 2067, 2076, Ex Parte 2093

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 8026, filed on 1/6/2012.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/9/2012.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**