# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Citizens for Consumer, et al v. Abbott Laboratories, Inc    Page 2

District Court Number: 01-cv-12257

---

Fee: Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes ___ No ___ | Sealed documents | Yes __X__ No ___ |
| *If yes, document #* | | *If yes, document #* | 2142, 3091, 3092 |
| *Ex parte* documents | Yes __X__ No ___ | Transcripts | Yes __X__ No ___ |
| *If yes, document #* | | *If yes, document #* | 2143, 2161, 2193 |

---

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ___   Other: ___

Appeal from: 7979 Order

Other information: Trans. 2613, 2773, 2776, 2816, 2860, 2978, 3119, 3120, 3152, Sealed 3087,

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 8026, filed on 1/6/2012.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/9/2012.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**