UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: _Citizens for Consumer, et al v. Abbott Laboratories, Inc_   Page 3

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __X__   No ____   Government filer ____   _In Forma Pauperis_ Yes ____   No __X__

Motions Pending   Yes ____   No __X__       Sealed documents   Yes __X__   No ____
_If yes, document #_ _____          _If yes, document #_ _____

_Ex parte_ documents   Yes __X__   No ____   Transcripts   Yes __X__   No ____
_If yes, document #_ _____          _If yes, document #_ 3269, 3310, 3311

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   7979 Order

Other information:   Trans. 3327, 3328, 3329, 3360, 3363-3365, 3367, 3400, 3410, 3425, 3436

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __8026__, filed on __1/6/2012__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __1/9/2012__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**