# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:                    Citizens for Consumer, et al v. Abbott Laboratories, Inc     Page 4

District Court Number: 01-cv-12257

Fee:    Paid?   Yes  ✕ No ____    Government filer ____   *In Forma Pauperis* Yes ____   No ✕

Motions Pending          Yes ____ No ✕          Sealed documents          Yes ✕ No ____
*If yes, document #*  _____          *If yes, document #*  _____

*Ex parte* documents     Yes ✕ No ____          Transcripts               Yes ✕ No ____
*If yes, document #*  _____          *If yes, document #*  3269, 3310, 3311

Notice of Appeal filed by: Plaintiff/Petitioner  ✕  Defendant/Respondent ____   Other: ____

Appeal from:          7979 Order

Other information:          Trans. 3327, 3328, 3329, 3360, 3363-3365, 3367, 3400, 3410, 3425, 3440

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

    Notice of Appeal,  Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  8026  , filed on  1/6/2012  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  1/9/2012  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE