UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Citizens for Consumer, et al v. Abbott Laboratories, Inc    Page 5

District Court Number: 01-cv-12257

Fee:  Paid?  Yes __X__  No ____    Government filer ____    *In Forma Pauperis* Yes ____  No __X__

Motions Pending    Yes ____ No __X__          Sealed documents    Yes __X__ No ____
*If yes, document #* _____          *If yes, document #* 3773, 3774, 3941

*Ex parte* documents    Yes __X__ No ____      Transcripts    Yes __X__ No ____
*If yes, document #* _____          *If yes, document #* 3464-3468, 3494

Notice of Appeal filed by: Plaintiff/Petitioner __X__    Defendant/Respondent ____    Other: ____

Appeal from:    7979 Order

Other information:    Trans. 3616, 3624, 3790, 3829, 3982, 3838, 3981, 3982 Sealed 3942, 3943,

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __8026__, filed on __1/6/2012__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __1/9/2012__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**