UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Citizens for Consumer, et al v. Abbott Laboratories, Inc    Page 6

District Court Number: 01-cv-12257

Fee:  Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No __X__ | Sealed documents | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 3994, 3996, 4264 |
| *Ex parte* documents | Yes __X__ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 3981, 3982, 4064 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__  Defendant/Respondent ____  Other: ____

Appeal from:    7979 Order

Other information:    Sealed 4114-4116, 4265, 4297  Trans. 4214, 4253, 4259, 4269, 4309, 4432

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __8026__, filed on __1/6/2012__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __1/9/2012__.

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**