UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Citizens for Consumer, et al v. Abbott Laboratories, Inc     Page 7

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

Motions Pending   Yes __X__ No ____
*If yes, document #*   5120

Sealed documents   Yes __X__ No ____
*If yes, document #*   4621

*Ex parte* documents   Yes ____ No __X__
*If yes, document #*

Transcripts   Yes __X__ No ____
*If yes, document #*   4464, 4492, 4516

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   7979 Order

Other information:   Trans.4519-4521, 4669, 4670, 4740, 5041, 5087, 5109, 5124, 5125, 5147, 5167

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __8026__, filed on __1/6/2012__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __1/9/2012__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**