UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: _Citizens for Consumer, et al v. Abbott Laboratories, Inc     Page 9_

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __X__   No ____   Government filer ____   _In Forma Pauperis_ Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending<br>_If yes, document #_ | Yes __X__ No ____<br>6810 | Sealed documents<br>_If yes, document #_ | Yes __X__ No ____<br>6327, 6714, 6715 |
| _Ex parte_ documents<br>_If yes, document #_ | Yes ____ No __X__<br> | Transcripts<br>_If yes, document #_ | Yes __X__ No ____<br>6257, 6351, 6352 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:     7979 Order

Other information:   Trans. 6373, 6549, 6603, 6610, Sealed 6806, 6807, 6804, 6828, 6829, 6860

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __8026__, filed on __1/6/2012__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __1/9/2012__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**