# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

**Case Caption:** Citizens for Consumer, et al v. Abbott Laboratories, Inc   Page 10

**District Court Number:** 01-cv-12257

**Fee:** Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No __X__

| | | | |
|---|---|---|---|
| **Motions Pending** *If yes, document #* | Yes __X__ No ____ 6906, 7469, 7480 | **Sealed documents** *If yes, document #* | Yes __X__ No ____ 6908, 7414, 7438 |
| ***Ex parte* documents** *If yes, document #* | Yes __X__ No ____ | **Transcripts** *If yes, document #* | Yes __X__ No ____ 6888, 6889, 6901 |

**Notice of Appeal filed by:** Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

**Appeal from:** 7979 Order

**Other information:** Trans. 6954, 6955, 7035, 7043, 7097, 7194, 7195, 7197, 7324, 7407, 7436

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __8026__, filed on __1/6/2012__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __1/9/2012__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**