UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Citizens for Consumer, et al v. Abbott Laboratories, Inc    Page 11

District Court Number: 01-cv-12257

Fee:   Paid? Yes **X**   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No **X**

Motions Pending    Yes **X** No ____          Sealed documents    Yes **X** No ____
*If yes, document #*    7511, 7515, 7522         *If yes, document #*    7527, 7671, 7680

*Ex parte* documents   Yes ____ No **X**         Transcripts    Yes **X** No ____
*If yes, document #*    _____             *If yes, document #*    7485, 7560, 7597

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ____   Other: ____

Appeal from:    7979 Order

Other information:    Trans. 7607, 7612, 7623, 7664, 7692  Mt. 7678, 7736  Sealed 7706, 7707, 7739

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 8026, filed on 1/6/2012.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/9/2012.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**