# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

**Case Caption:** Citizens for Consumer, et al v. Abbott Laboratories, Inc    Page 12

**District Court Number:** 01-cv-12257

---

**Fee:** Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes __X__ No ____ |
| *If yes, document #* | 7846, 7850, 7908 | *If yes, document #* | 7812, 7898, 7920 |
| *Ex parte* documents | Yes __X__ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 7747, 7796, 7898 |

---

**Notice of Appeal filed by:** Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

**Appeal from:** 7979 Order

**Other information:** Trans 7933, Mt. 7941, 7950, 7959, 7999, 8000, 8006  Sealed 7968, 7969, 7980

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal,  Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __8026__, filed on __1/6/2012__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __1/9/2012__.

 

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**