UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File: 1:01-CV-12257-PBS<br>Sub-Category Case: 1:09-CV-12056 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Mississippi* – State Health Plan Cases | Hon. Patti B. Saris |

**THE STATE OF MISSISSIPPI'S UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO CONSUMMATE SETTLEMENTS**

On October 14, 2011, this Court entered a Settlement Order of Dismissal in these nine actions, giving any party the right, upon a showing of good cause, to reopen the action within ninety (90) days if the settlements were not consummated. (Docket No. 36). That ninety-day deadline is today. The parties encountered an unexpected impediment to finalizing the settlement agreements but, with the assistance of Professor Green, were able to reach an agreement on this final issue. However, given the number of defendants and the efforts required to obtain signatures for each defendant the parties will not be able to have all agreements fully executed by the close of business today. Accordingly, the State respectfully requests an additional ten (10) days in which to be able to reinstate the above-captioned action if the settlements are not consummated.

Dated: January 12, 2011.

Respectfully submitted,

THE STATE OF MISSISSIPPI

By: _____
Stuart H. McCluer
**MCCULLEY MCCLUER PLLC**
1223 Jackson Avenue East, Suite 200
P.O. Box 2294
Oxford, MS 38655

(662) 236-1401
smccluer@mcculleymccluer.com

R. Bryant McCulley
**McCULLEY McCLUER PLLC**
One Independent Drive, Suite 3201
Jacksonville, FL 32202
(904) 482-4073
bmcculley@mcculleymccluer.com

James L. Ward, Jr.
Robert S. Wood
**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN LLC**
P.O. Box 1007
Mt. Pleasant, SC 29465
(843) 727-6500
jward@rpwb.com
bwood@rpwb.com

David W. Shelton
**DAVID SHELTON PLLC**
P.O. Box 2541
120-A Courthouse Square
Oxford, MS 38655

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2012, a true and correct copy of the foregoing Motion was served via the Court's electronic filing system on all counsel of record.

_____
STUART H. MCCLUER