UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| AZ & BMS SETTLEMENTS | ) | |

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF LEAD CLASS
COUNSEL'S OPPOSITION TO MARC EDELSON'S MOTION TO STAY CO-LEAD
COUNSEL'S DISTRIBUTION OF FEES WITH
REGARD TO THE CLASS SETTLEMENTS**

I, Steve W. Berman, duly declare as follows:

1.      I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle,

Washington, office, and I am Co-Lead Class Counsel for the plaintiffs in the above-captioned

matter.  I submit this declaration in support of Class Counsel's Opposition to Marc Edelson's

Motion to Stay Co-Lead Counsel's Distribution of Fees with Regard to the Class Settlements.

2.      In the wake of the AstraZeneca and BMS settlements at long last reaching

finality, Lead Class Counsel transparently allocated to all AWP Plaintiffs' Counsel the fees

awarded by the Court in those settlements (the "Fee Allocation").  The Fee Allocation was done,

and wires placed and checks mailed, on December 28, 2011, the day before Mr. Edelson filed his

motion.

3.      Attached at Exhibit 1 is a true and correct copy of the memorandum that we sent

to each eligible firm explaining and disclosing how the payment amount was determined and the

amount of money received by each and every firm in the allocation.

- 1 -

4.      Although Marc Edelson is unhappy with the Fee Allocation, it was made with the support of a majority of Lead Counsel, which is how Lead Counsel have made decisions throughout the litigation.  The amount that Mr. Edelson is entitled to receive in the Fee Allocation is $2,848,274.09, which represents 13.40% of the monies distributed to Lead Counsel in the Fee Allocation.  This is the same percentage allocation that was made by majority consensus to Mr. Edelson out of the distribution of the fees awarded by the Court in association with the GSK Settlement.  Unlike all other counsel, Mr. Edelson has still not received his money because he has refused to provide us with wiring instructions.  We provided Mr. Edelson with a spreadsheet explaining the foregoing, a true and correct copy of which is attached as Exhibit 2.

5.      The Fee Allocation was done and payments made before Mr. Edelson filed his motion.  Based on our communications with Mr. Edelson, he knew this even before he filed his motion.  We also clearly communicated to Mr. Edelson before he filed his motion that the Fee Allocation was being made without prejudice to anyone arguing for an adjustment and/or different result when the Track Two fee distribution is ultimately made.  In an email to him before he filed the motion, we stated:  "Please note that we recognize that the payments made today to the co-leads are without prejudice to anyone arguing for an adjustment and/or different result when the T2 distribution is ultimately made next month or in early February.  Nothing is set in stone."

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2012.


                                        /s/ Steve W. Berman
                                        STEVE W. BERMAN

001534-16  496863 V1

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF MARC EDELSON'S MOTION TO STAY CO-LEAD COUNSEL'S DISTRIBUTION OF FEES WITH REGARD TO THE CLASS SETTLEMENTS,** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 12, 2012, a copy to LexisNexis File & Serve for posting and notification to all parties.


By     /s/ Steve W. Berman
    Steve W. Berman
    **HAGENS BERMAN SOBOL SHAPIRO LLP**
    1918 8th Avenue, Suite 3300
    Seattle, WA  98101
    (206) 623-7292

001534-16  496863 V1