# Exhibit 1



T 206.623.7292   F 206.623.0594

ATTORNEYS AT LAW
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com

# MEMORANDUM

**To:**      AWP Plaintiffs' Counsel

**From:**    Steve W. Berman

**Date:**    December 28, 2011

**Subject:** AWP Fee Payment

---

As we reported to you in October, settlements against AstraZeneca and BMS have reached finality. Although the Court has granted final approval to the "Track 2" settlement, that settlement has not reached finality, and there is the prospect of appeals.

Rather than wait for Track 2 finality and, at that time, make a single, final allocation of remaining fees that the Court has awarded in the AWP MDL, we have decided to allocate fees associated with the AstraZeneca and BMS settlements this year.

Enclosed is your check. It represents approximately half of your firm's eligible and remaining lodestar associated with the AWP MDL.

Also enclosed is a spreadsheet identifying each eligible firm and the payment that they are receiving out of this fee allocation.[1]

Please let us know if you have any questions. Happy New Year.

---

[1] Although the aggregate allocation to the co-lead firms is not lodestar-based, as a group, the four co-lead firms are collectively receiving approximately 56.4% of their eligible and remaining AWP MDL lodestar in this distribution.

SEATTLE    BOSTON    CHICAGO    COLORADO SPRINGS    LOS ANGELES    MINNEAPOLIS    NEW YORK    PHOENIX    SAN FRANCISCO    WASHINGTON, D.C.

001534-16 493507 V1

| Firm | Payment |
|---|---:|
| Hagens Berman Sobol Shapiro | 10,053,982.41 |
| Wexler Wallace LLP | 4,676,270.89 |
| Spector, Roseman Kodroff | 3,677,249.38 |
| Hoffman & Edelson, LLC | 2,848,274.09 |
| | |
| Audet & Partners, LLP | 163,684.56 |
| Bolognese & Associates, LLC | 220,153.13 |
| Carey & Danis, LLC | 55,992.15 |
| Criden & Love, P.A. | 16,132.73 |
| Cuneo Gilbert & Laduca, LLP | 521,397.51 |
| Heins, Mills & Olson, P.L.C. | 2,940,688.95 |
| Hulett Harper Stewart, LLP | 4,679.09 |
| Karmel Law Firm | 14,503.40 |
| Keller Rohrback | 53,811.29 |
| Kline & Specter, P.C. | 802,685.50 |
| Law Office of Adam S. Levy | 137,811.26 |
| Goldenberg Schneider, LPA | 219,770.75 |
| Piper & Associates | 360,383.88 |
| RodaNast, P.C. | 450,856.83 |
| Rossbacher Firm | 66,448.64 |
| Sheller, P.C. | 936,959.81 |
| Shepherd, Finkleman | 654,972.78 |
| Trujillo Rodriguez & Richards | 188,044.11 |
| Weller, Green, Toups & Terrell | 617,872.18 |
| Williams Law Firm | 1,029,531.72 |
| | |
| Total | 30,712,156.99 |