# Exhibit 2

| Firm | Lodestar 11/11 | Expense 11/11 | Total 11/11 | GSK Payment | % | Total Less GSK | 10/21/11 Exp. Pymt | Total Less All Pymts | AZ/BMS Payment | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Hagens Berman Sobol Shapiro | $20,564,804.00 | 2,512,399.30 | 23,077,203.30 | 6,782,273.51 | 47.3% | 16,294,929.79 | 1,850,510.10 | 14,444,419.69 | 10,053,982.41 | 47.30% |
| Wexler Wallace LLP | 11,139,846.05 | 1,877,800.43 | 13,017,646.48 | 3,167,273.36 | 22.1% | 9,850,373.12 | 1,600,964.91 | 8,249,408.21 | 4,676,270.89 | 22.00% |
| Spector, Roseman Kodroff | 8,609,775.25 | 1,804,501.98 | 10,414,277.23 | 2,459,808.44 | 17.2% | 7,954,468.79 | 1,491,263.10 | 6,463,205.69 | 3,677,249.38 | 17.30% |
| Hoffman & Edelson, LLC | 10,184,014.00 | 1,685,460.19 | 11,869,474.19 | 1,916,598.49 | 13.4% | 9,952,875.70 | 1,391,448.34 | 8,561,427.36 | 2,848,274.09 | 13.40% |
| Subtotal | 50,498,439.30 | 7,880,161.90 | 58,378,601.20 | 14,325,953.80 | 100.0% | 44,052,647.40 | 6,334,186.45 | 37,718,460.95 | 21,255,776.76 | 100.00% |
| Heins, Mills & Olson, P.L.C. | 6,901,126.25 | 633,840.50 | 7,534,966.75 | 1,104,100.83 | | 6,430,865.92 | 549,488.02 | 5,881,377.90 | 2,940,688.95 | |
| Kline & Specter, P.C. | 2,129,496.25 | 437,857.67 | 2,567,353.92 | 626,576.97 | | 1,940,776.95 | 335,405.95 | 1,605,371.00 | 802,685.50 | |
| Audet & Partners, LLP | 353,250.00 | 18,550.17 | 371,800.17 | 29,590.91 | | 342,209.26 | 14,840.14 | 327,369.12 | 163,684.56 | |
| Bolognese & Associates, LLC | 485,487.50 | 25,665.10 | 511,152.60 | 49,543.65 | | 461,608.95 | 21,302.69 | 440,306.26 | 220,153.13 | |
| Carey & Danis, LLC | 120,837.50 | 20,867.82 | 141,705.32 | 13,026.77 | | 128,678.55 | 16,694.26 | 111,984.29 | 55,992.15 | |
| Criden & Love, P.A. | 35,531.25 | 885.65 | 36,416.90 | 3,393.15 | | 33,023.75 | 758.29 | 32,265.46 | 16,132.73 | |
| Cuneo Gilbert & Laduca, LLP | 1,160,626.25 | 122,584.53 | 1,283,210.78 | 138,667.75 | | 1,144,543.03 | 101,748.02 | 1,042,795.01 | 521,397.51 | |
| Hulett Harper Stewart, LLP | 10,098.00 | 1,682.69 | 11,780.69 | 1,076.37 | | 10,704.32 | 1,346.15 | 9,358.17 | 4,679.09 | |
| Jennings, Haug & Cunningham | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 11,251.27 | -11,251.27 | 0.00 | |
| Karmel Law Firm | 31,300.00 | 423.37 | 31,723.37 | 2,377.87 | | 29,345.50 | 338.70 | 29,006.80 | 14,503.40 | |
| Keller Rohrback | 113,118.75 | 7,857.74 | 120,976.49 | 0.00 | | 120,976.49 | 13,353.92 | 107,622.57 | 53,811.29 | |
| Law Office of Adam S. Levy | 297,412.50 | 9,229.62 | 306,642.12 | 23,358.80 | | 283,283.32 | 7,660.80 | 275,622.52 | 137,811.26 | |
| Goldenberg Schneider, LPA | 439,541.50 | 3,861.85 | 443,403.35 | 0.00 | | 443,403.35 | 3,861.85 | 439,541.50 | 219,770.75 | |
| Piper & Associates | 786,425.00 | 109,883.58 | 896,308.58 | 76,474.15 | | 819,834.43 | 99,066.68 | 720,767.75 | 360,383.88 | |
| RodaNast, P.C. | 1,028,276.25 | 17,008.23 | 1,045,284.48 | 102,786.23 | | 942,498.25 | 40,784.60 | 901,713.65 | 450,856.83 | |
| Rossbacher Firm | 146,534.25 | 42,620.95 | 189,155.20 | 22,161.16 | | 166,994.04 | 34,096.76 | 132,897.28 | 66,448.64 | |
| Sheller, P.C. | 2,066,208.25 | 103,647.94 | 2,169,856.19 | 211,313.39 | | 1,958,542.80 | 84,623.19 | 1,873,919.61 | 936,959.81 | |
| Shepherd, Finkleman | 1,430,930.00 | 42,302.87 | 1,473,232.87 | 138,549.66 | | 1,334,683.21 | 24,737.66 | 1,309,945.55 | 654,972.78 | |
| Trujillo Rodriguez & Richards | 405,465.00 | 4,589.55 | 410,054.55 | 30,143.21 | | 379,911.34 | 3,823.13 | 376,088.21 | 188,044.11 | |
| Weller, Green, Toups & Terrell | 1,392,332.50 | 10,453.18 | 1,402,785.68 | 125,654.75 | | 1,277,130.93 | 41,386.58 | 1,235,744.35 | 617,872.18 | |
| Wermerskirchen Law Office | 10,916.15 | 0.00 | 10,916.15 | 0.00 | | 10,916.15 | 0.00 | 10,916.15 | 0.00 | |
| Williams Law Firm | 2,207,075.00 | 66,504.08 | 2,273,579.08 | 154,490.78 | | 2,119,088.30 | 60,024.86 | 2,059,063.44 | 1,029,531.72 | |
| Young, Pickett & Lee | 19,417.50 | 55.87 | 19,473.37 | 20,477.98 | | -1,004.61 | 44.70 | -1,049.31 | 0.00 | |
| Subtotal | 21,571,405.65 | 1,680,372.96 | 23,251,778.61 | 2,873,764.38 | | 20,378,014.23 | 1,466,638.22 | 18,911,376.01 | 9,456,380.22 | |
| Grand Total | $72,069,844.95 | $9,560,534.86 | 81,630,379.81 | 17,199,718.18 | | 64,430,661.63 | 7,800,824.67 | 56,629,836.96 | 30,712,156.98 | |