UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### UNOPPOSED MOTION TO FILE REPLY MEMORANDUM AND AFFIDAVIT OF KENT M. WILLIAMS

The undersigned respectfully moves the Court for leave to file the Reply Memorandum and Affidavit of Kent M. Williams in Support of Modification of Lead Counsel's Allocation of Fees, attached hereto as Exhibits 1 and 2, respectively, in support of the Motion for Modification of Lead Counsel's Allocation of Fees.

Lead Counsel do not oppose this motion.

WHEREFORE, the undersigned respectfully moves for leave to file the pleadings attached hereto, as requested herein, and any and all other relief the Court deems just and proper.

Dated:  January 13, 2012         /s/ Kent M. Williams
                                 Kent M. Williams
                                 WILLIAMS LAW FIRM
                                 1632 Homestead Trail
                                 Long Lake, MN  55356
                                 (763) 473-0314

                                 ONE OF THE CLASS COUNSEL FOR PLAINTIFFS

## RULE 7.1 CERTIFICATION

The undersigned certifies pursuant to Local Rule 7.1 that he has conferred with Lead Counsel on the issues raised in this motion, and that Lead Counsel do not oppose the motion.

Dated: January 13, 2012　　　　　　　/s/ Kent M. Williams
　　　　　　　　　　　　　　　　　　Kent M. Williams


## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNOPPOSED MOTION TO FILE REPLY MEMORANDUM AND AFFIDAVIT OF KENT M. WILLIAMS AND EXHIBITS 1-2** to be served on all counsel of record via electronic service to be filed with the Clerk of this Court and served electronically on all registered parties via the Court's CM/ECF system.

Dated:  January 13, 2012　　　　　　　/s/ Kent M. Williams
　　　　　　　　　　　　　　　　　　Kent M. Williams, Esq.