UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF LEVY'S MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES AND REIMBURSEMENT OF EXPENSES TO INCLUDE UNCOUNTED TIME AND EXPENSE INCURRED DIRECTLY IN THIS MDL**

The undersigned respectfully moves this Court for leave to file the Reply Memorandum in Support of Levy's Motion for Modification of Lead Counsel's Allocation of Fees and Reimbursement of Expenses to Include Uncounted Time and Expense Incurred Directly in this MDL, and supporting supplemental declaration of Adam S. Levy and Exhibits thereto (identified as Exhibits 1 through 4 in the declaration).

WHEREFORE, the undersigned respectfully moves for leave to file the pleadings attached hereto, as requested herein, and any and all other relief the Court deems just and proper.

Dated:  January 15, 2012

/s/ Adam S. Levy
Adam S. Levy
    AND
Law Office of Adam S. Levy, LLC

P.O. Box 88
Oreland, PA 19075
(267) 994-6952

CERTAIN OF THE REPORTING
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2012, I caused an electronic copy of the foregoing **MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES AND REIMBURSEMENT OF EXPENSES TO INCLUDE UNCOUNTED TIME AND EXPENSE INCURRED DIRECTLY IN THIS MDL** to be filed of record and served on all interested counsel via the Court's CM/ECF system.

/s/ Adam S. Levy_____