# Exhibit 2

| | |
|---|---|
| **From:** | Donald E. Haviland Jr., Esq. |
| **To:** | Levy, Adam; |
| **Subject:** | Re: MDL 1456 |
| **Date:** | Friday, July 29, 2011 10:43:34 PM |

Ad,
There's nothing to discuss. I intend to tell sean I was dealing in good faith, but not on ur behalf. You will lose nothing as a result. In need out of awp more than you, and the clients need closure.

------Original Message------
From: Levy, Adam
To: Don
Subject: MDL 1456
Sent: Jul 29, 2011 10:35 PM

Don,

I understand you have a lot of things to consider and that you want to get a deal done with Sean Matt tonight, but your text of a little while ago is literally the first I'm learning of your negotiations with Sean and his offer to you. All I had before tonight was your email to Eric Green on 7/20. I don't know why Terry told you a lower lodestar for me for your negotiations with Sean than the correct lodestar that you reported to Eric Green in your email of 7/20. Your email has the correct figure.

Please consider my situation as well. I'm trying to assess all this on the fly, so I'm asking you to please not seal my fate without us talking more about his offer and what the options are not only for you but also for me. My $273,542 as Of Counsel to HLF/HH, which I reported long ago, is about the same as I have outstanding with them as Law Office of Adam S. Levy. If you settle your own outstanding lodestar without including my 273K billed under your umbrella, I don't know what it means for me to get that back from the co-leads. I stopped billing as Law Office of Adam S. Levy when I came under your umbrella in Sept 2006, so I don't know how I can get paid for that short of it being included in yours. I'd be okay with 80% of my 273,543 notwithstanding further reduction under our own agreement, but your text said you have my lodestar 200,000, which is 160,000 at the 80% settlement figure. Further reduced by our agreement is a big overall reduction from my 273K. So, can
  we please talk about this and think it through together. I want to get to the same place as you and resolve it with them, but I'm way behind the 8-ball here.

Can we please discuss this on the phone? I'm available to discuss it tonight.

Adam

Donald E. Haviland, Jr. Esq.
Haviland Hughes, L.L.C.
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, Pennsylvania 19106
(215) 609-4661 tel
(215) 221-4941 cel
(215) 392-4400 fax
Haviland@HavilandHughes.com

Sent via BlackBerry
-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1390 / Virus Database: 1518/3797 - Release Date: 07/29/11