UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |

**MOTION FOR LEAVE TO FILE LEVY'S REPLY MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE COURT ACTIONS**

The undersigned respectfully moves this Court for leave to file Levy's Reply Memorandum and Declaration in Support of Motion for Modification of Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions, attached hereto.

WHEREFORE, the undersigned respectfully moves for leave to file the pleadings attached hereto, as requested herein, and any and all other relief the Court deems just and proper.

Dated: January 16, 2012

/s/ Adam S. Levy
Adam S. Levy
  AND
Law Office of Adam S. Levy, LLC

P.O. Box 88
Oreland, PA 19075
(267) 994-6952

CERTAIN OF THE REPORTING
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

  I hereby certify that on January 16, 2012, I caused an electronic copy of the foregoing **MOTION FOR LEAVE TO FILE LEVY'S REPLY MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE COURT ACTIONS (AND ATTACHED PROPOSED PLEADINGS**) to be filed of record and served on all interested counsel via the Court's CM/ECF system.

              /s/ Adam S. Levy_____