UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| This Document Relates to:<br>**ALL ACTIONS** | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

The undersigned Movant respectfully moves this Court for leave to file under seal Exhibits 1, 2, 3, 4 and 5 to the Supplemental Declaration of Marc H. Edelson in Support of Hoffman & Edelson, LLC's Motion for a Stay of Co-Lead Counsel's Distribution of Fees.

The foregoing exhibits consist of confidential discussions among Co-Lead Counsel regarding fee distribution criteria.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant them leave to file Exhibits 1, 2, 3, 4 and 5 to the Supplemental Declaration Of Marc H. Edelson under seal.

By: /s/ Marc H. Edelson
Marc H. Edelson
HOFFMAN & EDELSON, LLC
45 West Court Street
Doylestown, PA 18901
215-230-8043
215-230-8735 (fax)

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2012 a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL was served on all counsel of record by causing same to be posted electronically via CM/ECF.

> By: /s/ Marc H. Edelson
> Marc H. Edelson
> HOFFMAN & EDELSON, LLC
> 45 West Court Street
> Doylestown, PA 18901
> 215-230-8043
> 215-230-8735 (fax)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| This Document Relates to:<br>ALL ACTIONS | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Hoffman & Edelson, LLC's Motion for Leave to File Under Seal Exhibits 1, 2, 3, 4 and 5 to the Supplemental Declaration of Marc H. Edelson in Support of Hoffman & Edelson, LLC's Motion for a Stay of Co-Lead Counsel's Distribution of Fees. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby GRANTS Hoffman & Edelson, LLC's Motion for Leave to File Under Seal Exhibits 1, 2, 3, 4 and 5 to the Supplemental Declaration.

IT IS SO ORDERED.

DATED: _____     _____
　　　　　　　　　　　　　　　　　　　　Hon. Patti B. Saris
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1