# Exhibit 1



Inbox message:

From: Don Haviland Cell
Trying to figure it out. Say, Matt has offered to settle at 80% lodestar tonight. I had u at 200. That's 160. Deal?

Received:
Fri Jul 29, 8:39 pm





INBOX

From: Don Haviland Cell No. Terry told me ur number a week ago. It was abt 240. I know mine was north of 2mm but I told them 2 all in for HH. I've got to do a deal tonight. I wi

