# Exhibit A

| | |
|---|---|
| From: | Glassco, Laura [CNTUS] |
| Sent: | Wednesday, November 01, 2000 8:20 PM |
| To: | Weiss, Tom [CNTUS]; Pandolfo, Maria [CNTUS]; Mensh, Eric [CNTUS]; Schaedel, Jim [CNTUS]; Byram, David [CNTUS]; Henderson, Bruce [CNTUS]; Ziskind, Michael [CNTUS]; Fitzpatrick, Brian [CNTUS]; Wegner, Ken [CNTUS] |
| Subject: | FW: Dr. Kassan |

Hi All:

Wanted you all to see a sample of the follow through and follow up that Ken Wegner is doing in the field. This particular MD would not go to PMP but sent a RN only. I happened to have met her and she was very excited to start infusing. Ken, thank you for closing the loop with the physician. You showed him what he missed by not attending PMP in a setting that was obviously preferred to him. Thanks for letting all the particular sale field personnel know about your encounter.
Great Work!
Laura

---Original Message---

| | |
|---|---|
| From: | Wegner, Ken [CNTUS] |
| Sent: | Wednesday, November 01, 2000 4:48 PM |
| To: | Gillies, Trina[CNTUS]; Hogan, John [CNTUS]; Nelson, Janet [CNTUS]; Ritter, Ann [CNTUS] |
| Cc: | Glassco, Laura [CNTUS] |
| Subject: | Dr. Kassan |

Hello all,

I had a chance to sit next to Dr. Kassan on my flight back from Philly. We discussed Remicade and many issues that took place at the ACR Meeting. He said that he is infusing his first 2 patients Friday November 3. I guess he has a nurse coming over from the hospital to help out on this first one. I told him I would forward the message to you all. Trina, Dr Kassan had so many good things to say about the work you have done there.

Dr Kassan requested to be invited to any and all Remicade clinical programs, dinners, etc. He did not want to attend a PMP, but said if there were some dinners or anyplace that may be having clinical data shared, he would like to attend. He also was very interested in Remicade in combination with other DMARDS; Arava specifically. I told him I would send a Medical information Request on all the latest available data.

We then began to discuss cost. I was able to pull out my computer and walk him through each health plan and what he might expect for reimbursement. We then went through the Medicare example showing approximately $327 per patient on a 3 vial visit. I then showed a grid showing the possible potential on a single 3 vial patient if the health plan reimburses between AWP-5 to AWP-15%. Dr Kassan seemed so excited about getting started, I see a tremendous opportunity for all, or most of his patients. We discussed safety issue and infection rates, but they didn't seem to be of issue to him.

I said that I would have someone deliver the Colorado grid showing the reimbursement rates for each plan along with the provider relations Phone #'s. He also liked the Medicare AWP example.

I think it would be great to take in some food and be available to answer any question on Friday while they infuse the first 2 patients.

Attached is the entire presentation. Please let me know if you can cut and paste, or print off the slides that apply and take them in to him. If you have any problems let me know.

Thank you, Ken

California PMP.ppt

GLASSCO
EXHIBIT NO. 001
JINEEN PAVESI
CERTIFIED REALTIME SPECIALIST

Plaintiffs' Exhibit
272
01-12257-PBS

HIGHLY CONFIDENTIAL

MDL-CEN00090283

PX 1121.0001

1

# ORTHO BIOTECH

**Memorandum**

**To:** Gary Reedy
Bill Pearson

**Date:** November 7, 2000

**From:** John Dempsey

**cc:**

**Subject:** Price Increase

As per your request I have listed out the advantages and disadvantages of implementing a price increase before year end.

| PRO's | CON's |
|---|---|
| Financial—see table below | Possible backlash from media based on current public environment concerning drug pricing |
| Greater Discounting flexibility | Possible negative reaction from Advocacy Groups |
| Higher reimbursement from private payors – Possible positive perception from Physicians | BBRA could freeze Medicare AWP at current price, resulting in higher cost to physician with lower reimbursement for Medicare patients<br>• Part A (APC's)—Payment currently frozen at 1999 price. This would equal a 7.4% gap<br>• Part B – Gap could range from 3.9% to 7.4% depending on Medicare Carrier. Trailblazers of Texas has not implemented January 2000 price increase. Impacts five states—Texas, Maryland, Virginia, Delaware and District of Columbia |
| Price increase would equal 3.5% revenue growth | Possible negative physician reaction based on patient mix |
| Impact on Amgen | Cumulative Percentage increase for year 2000 would equal 7.4% |
| | Possible best price impact |
| | Selling tool for competition—Allows little time for competitive response if January launch holds true |

DEPOSITION EXHIBIT Hiriott 10 7/28/04

EXHIBIT Reedy 4 2/23/05 73

GHLY CONFIDENTIAL

MDL-OBI00008374

PENN-JJ00007487
PX 1654d.0001

 Centocor

June 13, 2001

Ms. Alisha Nielsen
First Data Bank
1111 Bay Hill Drive
San Bruno, CA 94066

Dear Ms. Nielsen:

The purpose of this letter is to announce a 3.9% Price Increase for Centocor's Remicade™ (infliximab). This price increase is effective Wednesday, June 13, 2001, 5:00pm Eastern Standard Time. Effective Wednesday, June 13, 2001, NO orders for Remicade will be accepted at the old price. As of 5:000pm June 13, 2001 all new orders for Remicade will be invoiced at the new price.

Centocor appreciates your updating your data files in a timely fashion so that this change is reflected in your next electronic update. We would also appreciate timely publication of this new information in your monthly printed updates. If you have any questions or concerns, please do not hesitate to contact Mike Ziskind at 610-651-6008 or Ron Krawczyk at 610-889-4442.

| CLASS OF TRADE (COT) | NDC# | PRODUCT SIZE/ STRENGTH | CURRENT WHSLR LIST PRICE | % INCREASE | NEW WHSLR LIST PRICE EFFECTIVE JUNE 13, 2001 | RECOMMENDED AWP EFFECTIVE JUNE 13, 2001 |
|---|---|---|---|---|---|---|
| Wholesaler | 57894-030-01 | 100 mg | $512.04 | 3.9% | $532.01 | $691.61 |

Sincerely,

*Ron Krawczyk* (signature)

Ron Krawczyk
Director, Distribution & Operations



Plaintiffs' Exhibit
831
01-12257-PBS

Centocor, Inc. 200 Great Valley Parkway Malvern, Pennsylvania 19355-1307 Telephone (610) 651-6000 Facsimile (610) 651-6100

CONFIDENTIAL

MDL-CEN00013965

PX 1238.0001