# Exhibit H

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania :
by Thomas W. Corbett, Jr., in his :
capacity as Attorney General of the :
Commonwealth of Pennsylvania, :
          Plaintiff :
:
    v. : No. 212 M.D. 2004
:
TAP Pharmaceutical Products, Inc.; :
Abbott Laboratories; Takeda Chemical :
Industries, LTD.; AstraZeneca PLC; :
Zeneca, Inc.; AstraZeneca :
Pharmaceuticals LP; AstraZeneca :
LP; Bayer AG; Bayer Corporation; :
GlaxoSmithKline, P.L.C.; SmithKline :
Beecham Corporation; :
Glaxo Wellcome, Inc.; Pfizer, Inc.; :
Pharmacia Corporation; Johnson & :
Johnson; Amgen, Inc.; Bristol-Myers :
Squibb Company; Baxter International :
Inc.; Aventis Pharmaceuticals, Inc.; :
Boehringer Ingelheim Corporation; :
Schering-Plough Corporation; Dey, Inc.; :
          Defendants

### ORDER

AND NOW, this 21st day of July, 2011, upon consideration of the Petition by Plaintiff, the Commonwealth of Pennsylvania, for Approval of Attorneys' Fees and Reimbursement of Expenses Out of the Settlements with Defendants, Aventis, Bayer, Schering and Pfizer, it is hereby ORDERED that the Petition is GRANTED. Further, fees and costs are hereby awarded in the aggregate amounts of $14,186,113.93 for fees and $130,987.34 for costs, to be allocated as follows:

Haviland Hughes, LLC fees                             $8,621,037.64

| | |
|---|---|
| Haviland Hughes, LLC expenses | $88,873.53 |
| The Haviland Law Firm, LLC fees | $2,065,267.11 |
| Law Offices of Adam S. Levy fees | $1,287,728.89 |
| Law Offices of Adam S. Levy expenses | $126.52 |
| Eichen, Crutchlow, Zaslow & McElroy fees | $1,379,706.95 |
| Eichen, Crutchlow, Zaslow & McElroy expenses | $27,462.29 |
| Platt Law Firm fees | $158,316.50 |
| Office of Attorney General fees | $439,732.90 |
| Office of Attorney General expenses | $14,541.16 |
| Roda Nast, P.C. fees | $234,323.94 |

Provided, however, that the payments specified herein are subject to any outstanding orders of other tribunals concerning escrow of disputed fees.

*Bonnie B. Leadbetter*
**BONNIE BRIGANCE LEADBETTER,**
President Judge

2

Certified from the Record
JUL 2 1 2011
And Order Exit