# Exhibit K

```
 1

 2
         IN THE COURT OF COMMON PLEAS IN AND FOR
 3
           THE COUNTY OF MONTGOMERY, PENNSYLVANIA
 4
                     CIVIL DIVISION
 5
                         - - -
 6
    IN RE:            : NO. 01-10504
 7                    :    04-02776
                      :    05-20924
 8  BRIDGEPORT FIRE   :
    LITIGATION        :
 9
                         - - -
10
        PETITION OF DONALD E. HAVILAND, JR., ESQ. FOR
11      APPOINTMENT AS LEAD COUNSEL FOR THE CLASS and
          PLAINTIFFS' MOTION TO STRIKE PRAECIPE
12
                         - - -
13
                     Courtroom H
14              Friday, December 1, 2006
                 Commencing at 9:55 a.m.
15
                         - - -
16
                 Virginia M. Womelsdorf
17                Official Court Reporter
                Montgomery County Courthouse
18                Norristown, Pennsylvania

19                       - - -

20  BEFORE: THE HONORABLE STEVEN T. O'NEILL, JUDGE

21                       - - -

22

23

24

25
```

```
 1

 2  COUNSEL APPEARED AS FOLLOWS:

 3
        SHANIN SPECTER, ESQUIRE
 4       THOMAS KLINE, ESQUIRE
        JASON PEARLMAN, ESQUIRE
 5        for the Class Plaintiffs

 6
        DONALD E. HAVILAND, JR., ESQUIRE
 7       ADAM S. LEVY, ESQUIRE
        MICHAEL LORUSSO, ESQUIRE
 8        for the Movant

 9            - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           HAVILAND - DIRECT
2  you were running a separate law firm while you were
3  under our roof?
4  A   I advised you, Mr. Specter, in December of 2005
5  that I thought that there was an issue in running the
6  department because you had indicated to me that you
7  thought that the firm --
8           MR. SPECTER: I'll object. This
9  is all nonresponsive. Move to strike.
10          THE COURT: You asked the
11 question. You knew he was going to have some fun with
12 it, didn't you?
13          MR. SPECTER: I'll withdraw the
14 question.
15          THE COURT: You might as well
16 let it out. The spectators have whittled down. He's
17 withdrawn the question, so there's no question to
18 answer.
19 BY MR. SPECTER:
20 Q   Did you ever advise Tom Klein or Shanin Specter
21 that you were running a separate law firm? Yes or no?
22 A   In December of 2005, Mr. Specter, we discussed
23 the fact that -- you asked me, "Would you leave?" And
24 I said, "I might leave." And at that point in time we
25 discussed the fact that I might start my own firm, at

1          HAVILAND - DIRECT
2  which time you said that at that point in time we
3  would transition the entire department to my new firm.
4              We had a subsequent conversation
5  in March wherein we discussed the exact same topic.
6  Then we discussed that topic a third time in August.
7  Q    So the answer to my question is no; correct?
8  A    We discussed the topic, sir.
9  Q    You never told us that you were running a
10 separate law firm, did you?
11 A    We discussed that topic, sir.
12 Q    Did you ever tell us that you were running a
13 separate law firm?
14 A    I've answered the question.
15             MR. KLINE:  Specific question.
16             MR. SPECTER:  Judge, please ask
17 him to answer the question.
18             THE COURT:  Hold it.  Hold it.
19 Hold it.  Look, it doesn't matter.
20             MR. KLINE:  It's just
21 frustrating, Your Honor.
22             THE COURT:  We're now going to
23 break down along what does it mean running a firm, did
24 you discuss it with him or not.  It doesn't matter.
25             MR. SPECTER:  Okay.

246

1        HAVILAND - DIRECT
2              THE COURT: You are able to
3  establish certain things. You're on the right track,
4  but you seem to get stuck on wanting a certain answer
5  that you're not going to get here.
6              MR. SPECTER: Judge, we'll move
7  on.
8              THE COURT: Great.
9              MR. SPECTER: We'll move on.
10 BY MR. SPECTER:
11 Q   Do you have any partners?
12 A   Yes.
13 Q   Who is your partner?
14 A   Adam Levy.
15 Q   What is his interest in the firm?
16 A   He's of counsel.
17 Q   What is his interest in the firm?
18 A   As I said, he's of counsel.
19 Q   In order for him to be of counsel --
20             THE COURT: Interest is more of
21 a financial.
22 BY MR. SPECTER:
23 Q   Is he an equity partner in your firm?
24 A   He has a separate agreement with the firm.
25 Q   Is he an equity partner in the firm?

1            HAVILAND - DIRECT

2  A   He does not --

3  Q   Does he own own stock in the firm?

4  A   He does not.

5  Q   Is there a document that memorializes your

6  agreement with him?

7  A   I'm sorry?

8  Q   Is there a document that memorializes your

9  agreement with Mr. Levy?

10 A   A document?

11 Q   Yeah. You said you have a separate agreement

12 with him. Is that in writing?

13 A   I don't know that.

14 Q   You don't know if you do or you don't?

15 A   I don't know if I do or I don't.

16 Q   But he is not your partner; correct?

17 A   I consider him my partner.

18 Q   He's a non-equity partner; correct?

19 A   I consider him my partner.

20 Q   Is he a non-equity partner in your firm?

21 A   It's the reverse of the question you just asked

22 me.

23            THE COURT: Is he a partner in

24 the firm or not? You're saying he's a non-equity

25 partner who's of counsel.