UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS Judge Patti B. Saris |
| This Document Relates to: ALL ACTIONS | |

[REVISED PROPOSED]
ORDER

THE COURT, having considered the Motion of Co-Lead Counsel, Hoffman & Edelson, LLC ("Movant"), for an Order requiring a stay of Lead Counsel's distribution of fees or in the alternative for a return of fees received by Co-Lead Counsel to be held by an escrow agent, and any responses thereto, if any,

IT IS HEREBY ORDERED Co-Lead Counsel shall redistribute the fees paid to date to Co-Lead Counsel on a proportionate basis and shall submit to the Court a stipulation that the allocation has been made; and

IT IS FURTHER ORDERED that the Track 2 fee award shall be held in escrow and Lead Counsel shall not issue further fee awards without first filing the proposed allocation with the Court to permit firms an opportunity to respond to the fairness of the allocation.

IT IS SO ORDERED.

_____
Hon. Patti B Saris
United States District Court Judge

1