UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT TAP PHARMACEUTICAL PRODUCTS INC. N/K/A TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendant TAP Pharmaceutical Products Inc., n/k/a Takeda Pharmaceuticals North America, Inc. (collectively, the "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated: January 19, 2012

Respectfully submitted,

By: _____
Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of Plaintiffs the Consolidated New York Counties*

By: /s/ *[signature]*
Lee Ann Russo
Tina M. Tabacchi
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601
(312) 782-3939

*On Behalf of the Settling Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiffs' Claims Against Defendant TAP Pharmaceutical Products Inc., n/k/a Takeda Pharmaceuticals North America, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

      /s/ James Carroll
KIRBY McINERNEY LLP