# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   Hon. Patti B. Saris

|  |  |
|---|---|
| ) | |
| ) | Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO ) | |
| ALL ACTIONS ) | |
| ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ARTHUR F. GOLDEN, MICHAEL S. FLYNN, CATHERYN A. O'ROURKE, AND MELISSA T. AOYAGI

Notice is hereby given of the withdrawal of appearance of Arthur F. Golden, Michael S.

Flynn, Catheryn A. O'Rourke, and Melissa T. Aoyagi as counsel for Defendant AstraZeneca

Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter.

Dated:     Boston, Massachusetts
           January 20, 2012

                              Respectfully Submitted,


                              By:      /s/  Jeff Bone
                                   Jeff Bone (BBO #666688)
                                   **FOLEY HOAG LLP**
                                   155 Seaport Blvd.
                                   Boston, Massachusetts 02210
                                   Tel: (617) 832-1000

                                   Joel M. Cohen, Esq. (admitted *pro hac vice*)
                                   **DAVIS POLK & WARDWELL**
                                   450 Lexington Avenue
                                   New York, New York 10017
                                   Tel: (212) 450-4000
                                   Attorneys for AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on January 20, 2012

to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph

11 of Case Management Order No. 2, via LexisNexis File & Serve.


/s/ Jeff Bone
Jeff Bone