UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

IN RE PHARMACEUTICAL INDUSTRY ) MDL NO. 1456
AVERAGE WHOLESALE PRICE )
LITIGATION ) CIVIL ACTION NO. 01-CV-12257-PBS
_____ )
) Hon. Patti B. Saris
THIS DOCUMENT RELATES TO )
ALL ACTIONS )
)
_____ )

NOTICE OF WITHDRAWAL OF APPEARANCE OF
NICHOLAS C. THEODOROU AND SARAH E. COOLEYBECK

Notice is hereby given of the withdrawal of appearance of Nicholas C. Theodorou and Sarah E. Cooleybeck as counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter.

Dated:   January 20, 2012

Respectfully Submitted,

By:   */s/ Jeff Bone*
Jeff Bone (BBO #666688)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
Tel:  (617) 832-1000

Joel M. Cohen (admitted *pro hac vice*)
D. Scott Wise (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000
Attorneys for AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on January 20, 2012 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                                */s/ Jeff Bone*
                                                Jeff Bone

B3970404v1