**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File: 01-cv-12257-PBS<br>Sub-Category: 06-cv-11883-PBS |
| _____ | Hon. Patti B. Saris |//

THIS DOCUMENT RELATES TO:

*State of South Carolina v. Abbott Laboratories, Inc.*,
Civil Action No. 06-cv-11883-PBS

_____

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**
_____

The parties respectfully request that the Court amend the scheduling order currently governing this case to match the amended scheduling order entered on January 18, 2012 in related cases brought by plaintiff and currently pending in South Carolina state court. This Court previously expressed a desire to coordinate discovery in the above case with discovery in the South Carolina cases pending in state court in order to promote efficiency and prevent duplication of efforts. *See* Dkt. 7796, at 21:12-25, 22:9-12. Thus, until last week, the scheduling order in this case mirrored the scheduling order entered by Judge Cordell Maddox, Jr. (Richland County Court) in the state court cases. *See* Dkt. 7803. On January 18, 2012, Judge Maddox entered a revised scheduling order, which, among other things, extended fact discovery in the state court cases for six months. *See* Exhibit A. Coordinating the scheduling order in this case with the scheduling order recently entered by Judge Maddox will continue to promote efficiency and prevent duplication during discovery.

For these reasons, the parties jointly move the Court to enter the proposed scheduling order attached as Exhibit B, which matches the scheduling order recently adopted by Judge Maddox.

Dated: January 24, 2012                          ABBOTT LABORATORIES, INC.

/s/ James R. Daly
James R. Daly
Lee Ann Russo
Jeremy P. Cole
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Phone: (312) 782-3939
Fax: (312) 782-8585
Email:  jrdaly@JonesDay.com
Email:  larusso@JonesDay.com
Email:  jpcole@JonesDay.com
Email:  tfumerton@jonesday.com

Robert Y. Knowlton, D.S.C. #2380
Sarah P. Spruill, D.S.C. #8054
HAYNSWORTH SINKLER BOYD, PA
Capitol Center, Suite 2200
1201 Main Street
Columbia, SC 29201
Phone: (803) 779-3080
Email: bknowlton@hsblawfirm.com
Email: sspruill@hsblawfirm.com

*Attorneys for Defendant*
**Abbott Laboratories, Inc.**

Dated: January 24, 2012                          STATE OF SOUTH CAROLINA

/s/ William E. Hopkins, Jr.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, PC
William E. Hopkins, Jr.
W. Daniel Miles, III
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

HENRY D. McMASTER
Attorney General
JOHN W. McINTOSH
Chief Deputy Attorney General
C. HAVIRD JONES, JR.
Senior Assistant Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-3970

STROM LAW FIRM, LLC
J. Preston Strom, Jr.
Mario A. Pacella
2110 Beltline Blvd., Suite A
Columbia, South Carolina 29204
(803) 252-4800

MIKE KELLY LAW GROUP, LLC
D. Michael Kelly
Post Office Box 8113
Columbia, South Carolina 29202
(803) 726-0123
SCHMUTZ & SCHMUTZ
Joseph Stephen Schumtz
24 Broad Street
Charleston, South Carolina 29401
(843) 577-5530 Case 1:01-cv-12257-PBS
Document 8010 Filed 01/03/12 Page 6 of 7

MINER, BARNHILL & GALLAND, PC
Charles Barnhill
44 East Mifflin Street, Suite 803
Madison, Wisconsin 53703
(608) 255-5200
P. Jeffrey Archibald
1914 Monroe Street
Madison, Wisconsin 53711
(608) 661-8855

*Attorneys for Plaintiff*
**State of South Carolina**

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2012, a true and correct copy of the **Joint Motion to Amend the Scheduling Order** was filed and served on all counsel of record via the Court's CM/ECF filing system.

/s/ Tara A. Fumerton
Attorney for Abbott Laboratories, Inc.