```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY** ) | |
| **AVERAGE WHOLESALE PRICE** ) | |
| **LITIGATION** ) | MDL NO. 1456 |
| ) | |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | MASTER CASE NO. 01-cv-12257-PBS |
| ) | |
| ALL CLASS ACTIONS ) | |
| ) | |

**ORDER**

January 25, 2012

Saris, U.S.D.J.

    I refer these motions (#7908, #7941, #8000) for mediation. Counsel shall confer on an appropriate mediator, for example Eric Green who has familiarity with the case.  If there is no agreement, the Court will refer these motions to the Magistrate Judge.  Counsel shall also discuss binding arbitration.  Counsel shall notify the Court in writing of their decision (ecf filing) on or before February 8, 2012.

```
                                      /s/ PATTI B. SARIS
                                     PATTI B. SARIS
                                     United States District Judge
```