Case 1:01-cv-12257-PBS   Document 8049   Filed 01/24/12   Page 1 of 4

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY　　　　MDL No. 1456
AVERAGE WHOLESALE PRICE　　　　　　　Master File: 01-cv-12257-PBS
LITIGATION　　　　　　　　　　　　　　　Sub-Category: 06-cv-11883-PBS

Hon. Patti B. Saris

THIS DOCUMENT RELATES TO:

*State of South Carolina v. Abbott Laboratories, Inc.*,
Civil Action No. 06-cv-11883-PBS

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties respectfully request that the Court amend the scheduling order currently governing this case to match the amended scheduling order entered on January 18, 2012 in related cases brought by plaintiff and currently pending in South Carolina state court. This Court previously expressed a desire to coordinate discovery in the above case with discovery in the South Carolina cases pending in state court in order to promote efficiency and prevent duplication of efforts. *See* Dkt. 7796, at 21:12-25, 22:9-12. Thus, until last week, the scheduling order in this case mirrored the scheduling order entered by Judge Cordell Maddox, Jr. (Richland County Court) in the state court cases. *See* Dkt. 7803. On January 18, 2012, Judge Maddox entered a revised scheduling order, which, among other things, extended fact discovery in the state court cases for six months. *See* Exhibit A. Coordinating the scheduling order in this case with the scheduling order recently entered by Judge Maddox will continue to promote efficiency and prevent duplication during discovery.

---

[Handwritten annotations in margins:]

*Passed B Saris* [top right handwriting]

*cur in my [illegible] disposition to issue as [illegible]*

Allowed in part. Fact discovery shall be cut off on 9/14/2012. However, I don't want to be bound by the schedule for any issue what motions. Explain what issues are limited.

1/27/2012