**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE <br><br> THIS LITIGATION RELARTES TO: <br><br> TRACK TWO SETTLEMENT | ) <br> ) <br> ) MDL No. 1456 <br> ) <br> ) CIVIL ACTION:  1:01-CV-12257-PBS <br> ) <br> ) Judge Patti B. Saris <br> ) <br> ) |

**APPELLANT CORINNA CONNICK'S**
**NOTICE OF DISMISSAL OF APPEAL WITH PREJUDICE**

Thomas J. Connick (1149757)
Dubyak Connick Thompson & Bloom LLC
3401 Enterprise Parkway, Suite 205
Cleveland, OH 44122
PH: 216-364-0500 | FX: 216-346-0505
Email: tconnick@dctblaw.com
*Attorney for Corinna Connick*

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge MA 02142
PH: 617-482-3700 | FX: 617-482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
PH: 206-623-7292 | FX: 206-623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW, Suite 300
Washington, DC 20006
PH: 202-355-6435 | 202-355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2055
Philadelphia, PA 19103
PH: 215-496-0300 | FX: 216-496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA 18901
PH: 215-230-8043 | FX: 215-230-8735

**CLASS COUNSEL**

Now comes Appellant Corinna Connick, by and through undersigned counsel, and hereby dismisses, with prejudice, all Appeals filed on her behalf in the within matter.

Respectfully submitted,

    /s/Thomas J. Connick
Thomas J. Connick, Esq. (0070527)
**DUBYAK CONNICK THOMPSON & BLOOM LLC**
3401 Enterprise Pkwy. Ste. 205
Cleveland OH 44122
PH: 216-364-0500 | FX: 216-364-0505
*Attorney for Corinna Connick*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2012, a copy of foregoing *APPELLANT CORINNA CONNICK'S NOTICE OF DISMISSAL OF APPEAL WITH PREJUDICE* was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Undersigned counsel further certifies that, on this date, the above filing was sent by regular U.S. Mail, postage prepaid, to all counsel not registered with the Court to receive electronic filings.

                                                                                           */s/Thomas J. Connick*
                                                                                Thomas J. Connick, Esq. (0070527)
                                                                                *Attorney for Corinna Connick*

F:\Clients - Connick\Cochran, Ed (6008)\AWP Litigation (also-- Connick v. Wexler) (0693)\Pleadings\AWP Litigation\Notice of Dismissal of Appeal 01-30-2012.doc