UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

**[PROPOSED] ORDER ON THIRD JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Saris, U.S.D.J.

The Court having reviewed the Third Joint Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiffs and defendants King Pharmaceuticals Inc., King Research and Development and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group"); Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc. (collectively "Par Group"); and, Roche Laboratories Inc. and Hoffman-La Roche Inc. (collectively "Roche Group"), in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional 90 days until May 3, 2012.

SO ORDERED by the Court.

Entered ___ day of _____, 2012.

 

 

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, James P Carroll Jr, hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] ORDER ON THIRD JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  February 1, 2012                  ____/s/ James P. Carroll Jr_____
                                                                 James P. Carroll Jr