UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| TRACK 2 SETTLEMENT | Judge Patti B. Saris |

## CLASS PLAINTIFFS' MOTION TO TRANSFER TRACK TWO SETTLEMENT FUNDS AND TO APPOINT NEW ESCROW AGENT

Class Plaintiffs, after consultation with and agreement by counsel for Track Two Defendants, and pursuant to Paragraph II.4 of the Class Escrow Agreement dated March 7, 2008 (Exhibit I to the Track Two Settlement Agreement at Docket No. 5133-4) ("Class Escrow Agreement"), hereby move this Court for an order appointing Huntington National Bank, 1230 Avenue of the Americas, New York, New York ("Huntington") the Escrow Agent to hold and invest any remaining Track Two Settlement funds in accordance with the Revised Class Escrow Agreement, attached hereto as Exhibit A.  Class Counsel also seek an order directing the current escrow agent under the Class Escrow Agreement, Frontier Bank ("Frontier") and its successor-in-interest, Union Bank ("Union") to liquidate all investments of remaining Track Two Settlement assets and transfer all remaining settlement funds to Huntington.

On January 30, 2012, the last remaining objector to file an appeal to this Court's order granting final approval of the Track Two Settlement dismissed her appeal with prejudice. Docket No. 8052.  Now that all appeals to the final approval of the settlement have been resolved, under the terms of the Settlement Agreement Track Two Defendants will soon pay all

1

remaining settlement funds to Plaintiffs to be placed in escrow and used to distribute to class members in accordance with this Court's final approval order.  Under the Settlement the Court had appointed Frontier as Escrow Agent pursuant to the original Class Escrow Agreement.  That was in 2008.

In November 2009, in relation to monies held by Frontier in the GSK Settlement, Class Plaintiffs requested an order from this Court replacing Frontier as the escrow agent in the GSK Settlement and appointing a new escrow agent.  The reasons for that request were set out for the Court (Docket Nos. 6656 and 6676) and included the fact that Frontier Bank had recently received a warning notice of possible delisting from the NASDAQ as result of its poor financial performance.  The Court granted class counsel's request and appointed a new escrow agent in the GSK Settlement.  Electronic Endorsement dated December 9, 2009.  In May 2011, in relation to the BMS Settlement, the Court granted a similar request replacing Frontier Bank as the escrow agent for that settlement.  Docket No. 7555 at p. 3.

Since the time of those filings, Frontier was acquired by Union Bank.  As successor-in-interest to Frontier, Union currently holds approximately $269,000.00 in settlement funds recently advanced by Track Two Defendants.  Under the terms of the Track Two Settlement Agreement, settlement funds advanced to date by Track Two Defendants have been used to pay for costs associated with notice and administration of the settlement.

Now that payment of the remaining Track Two settlement funds of approximately $89 million is imminent, Class Counsel identified a financial institution that would provide adequate security for the bulk of the settlement funds prior to distribution to class members as well as provide escrow services to the class at competitive rates.  Huntington is a large and stable financial institution, ranked in size as one of the top 1% of banks in the United States, with over

$54 billion in assets. Class Counsel has negotiated a fee structure with Huntington that, in their experience, provides very favorable terms to the Class.

The parties, including Huntington, have agreed to the terms of the Revised Class Escrow Agreement attached hereto as Exhibit A.  In all material respects, other than the identity of the Escrow Agent, and a change to reflect the acurrent operating name of the claims administrator (d/b/a Rust Consulting, Inc.), the Revised Class Escrow Agreement is identical to the original Class Escrow Agreement.

Class Plaintiffs therefore move the Court for an order 1) directing Union Bank to liquidate all investments of remaining Track Two Settlement assets and transfer all remaining settlement funds to Huntington Bank, and 2) appointing Huntington Bank the Escrow Agent to hold and invest all remaining Track Two Settlement funds in accordance with the Revised Class Escrow Agreement.

DATED:  February 2, 2012		By      /s/ Steve W. Berman
	Thomas M. Sobol (BBO#471770)
	Edward Notargiacomo (BBO#567636)
	Hagens Berman Sobol Shapiro LLP
	55 Cambridge Parkway, Suite 301
	Cambridge, MA  02142
	Telephone: (617) 482-3700
	Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **CLASS PLAINTIFFS' MOTION TO TRANSFER TRACK TWO SETTLEMENT FUNDS AND TO APPOINT NEW ESCROW AGENT** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 2, 2012, a copy to LexisNexis File and Serve for Posting and notification to all parties

By  **/s/ Steve W. Berman**
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292