TO: CLERK OF THE COURT
John Joseph Mashley
U.S. Courthouse
1 Court House Way
Suite 2300
Boston, MA. 02210

FROM: Alan Lansing
195 Lake Shore Drive
Lake Hiawatha, N.J. 07034

RE: Astra Zeneca Class 2 and 3 Consumer Settlements

Dear Mr. Mashley,

I am writing to you this day for the petitioning of the proper judge to issue an order. The order is to say 'make check payable to 'Mary Lesniewski', in the amount of '$5996.00'.

This is the story: On December 26, 2011 I received a check in the amount of $5996.00 payable

(1)

TO EDWARD LESNIEWSKI, MY FATHER, FROM A RUST CONSULTING INC, P.O. BOX 24644, WEST PALM BEACH, FL. 33416. I COULD NOT CASH THIS CHECK FOR 2 REASONS: I WAS NOT THE LEGAL EXECUTOR AND 2 THE CLAIM FORM WAS MADE OUT IN ERROR, AN HONEST MISTAKE.

THE CHECK SHOULD HAVE BEEN MADE OUT TO 'MARY LESNIEWSKI' MY MOTHER WHOM I AM THE LEGAL EXECUTOR.

A MS. LEVINE CALLED ME AFTER I SENT THE CHECK MADE TO 'EDWARD' BACK FOR RE-ISSUANCE. SHE WANTED 'EDWARD'S DEATH CERTIFICATE.

I DID NOT NOTICE UNTIL MS. LEVINE POINTED OUT

THAT EDWARD HAD DIED BEFORE THE CLASS PERIOD BEGAN AND COULD NOT POSSIBLY BE PART OF THE CLASS.

MUCH TO MY SURPRISE I RESEARCHED MY FILES IN MY SMALL BEDROOM AND DISCOVERED THAT SHE WAS CORRECT AND THE $5996.00 SHOULD HAVE BEEN APPLIED TO MARY'S CLAIM. I WROTE SAME TO MS. LEVINE AND SHE STILL REFUSED.

I MUST STATE MY POSITION: I HAVE DONE NOTHING WRONG BUT MIX UP MY PARENTS FIRST NAMES'. I HAVE MET ALL THE REQUIREMENTS OF THE CLASS'. I DEMAND AN ORDER TO RUST CONSULTING TO REISSUE MARY'S CHECK IN MARY'S NAME AND THEN THIS MATTER IS CLOSED. PLEASE NOTE, I CANNOT SUE

ASTRA ZENECA, AS THE OPT OUT PERIOD HAS PAST.

I PATIENTLY AWAIT THE JUDGES ORDER AND ASK

THAT THIS LETTER BE TREATED AS A 'PETITION' TO THE COURT.

                                              Yours Truly,

                                              *Alan Lansing*

                                              ALAN LANSING

                                              195 LAKE SHORE DRIVE

                                              LAKE HIAWATHA, N.J. 07034

DATED: 1/31/2012                                     953-402-5286

                                              973

CC: MS. LEVINE
      c/o Rust Consulting

(4)