UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION | MDL No. 1456<br>Master File: 01-cv-12257-PBS<br>Sub-Category: 06-cv-11883-PBS |
| _____ | Hon. Patti B. Saris |

THIS DOCUMENT RELATES TO:

*State of South Carolina v. Abbott*
*Laboratories, Inc.*,
Civil Action No. 06-cv-11883-PBS

_____

ABBOTT LABORATORIES, INC.'S RESPONSE
TO THE COURT'S JANUARY 27, 2012 ORDER

_____

On January 24, 2012, the parties jointly moved the Court to enter a scheduling order that matched the scheduling order recently adopted in related cases brought by plaintiff and currently pending in South Carolina state court.  The Court granted the motion, in part, by extending fact discovery until September 14, 2012.  The Court declined to adopt the state court's dispositive motion schedule at this time.  The Court concluded the Order by asking the parties to "[e]xplain what issues are likely to arise in the federal case."  (Dkt. 8051.)  Abbott Laboratories, Inc. ("Abbott") responds as follows:

**Motion for Partial Summary Judgment for Drugs that Meet the Court's Three Part Test, Including the 30% Yardstick.**  Abbott intends to seek partial summary judgment for various self-administered, brand drugs that meet the Court's 30% yardstick and otherwise satisfy the three-part test developed during the Track 1 trial.  Most of the damages sought by plaintiff

relate to Abbott drugs that meet the 30% yardstick test and were sold at or very close to the Wholesale Acquisition Cost that Abbott reported to the pricing compendia.  Abbott intends to file its motion for partial summary judgment in the near future.

**Motion for Summary Judgment Based on Statute of Limitations.**  South Carolina law prohibits actions brought under the South Carolina Unfair Trade Practices Act ("SCUTPA") that are commenced "more than three years after discovery of the unlawful conduct which is the subject of the suit."  S.C. CODE ANN. § 39-5-150.  Abbott has uncovered significant evidence regarding South Carolina's knowledge of the alleged conduct underlying this lawsuit prior to 2003 – more than three years before it initiated this action in 2006.  For example, the Director of the South Carolina Medicaid Fraud Unit:  attended a Ven-a-Care presentation on AWP in 1998; served as President of NAMFCU in 2001-02, leading the charge in AWP litigation throughout the country; and reviewed and revised other states' AWP complaints in 2002.  Abbott's motion for summary judgment will be based on this and other evidence gathered before the close of fact discovery.  Because the statute of limitations issue could resolve this case entirely, the South Carolina state court judge (Judge Cordell Maddox) structured his scheduling order so that the statute of limitations issue is addressed immediately after fact discovery ends and before the parties or the Court devote any resources to expert discovery or other dispositive motions.

**Additional Dispositive Motions.**  To the extent the above issues do not resolve this case, the parties may seek summary judgment on additional grounds.  For example, as the Court has previously noted, whether Abbott's "government knowledge" defense precludes recovery is an issue that is properly resolved by this Court at the summary judgment stage.  (*See* Dkt. 7796, at 20:12-20.)

**Expert Discovery.** The Court may also be asked to resolve issues related to expert discovery. This Court's considerable experience with AWP-related issues will help the parties efficiently resolve any expert-related discovery disputes.

Dated: February 7, 2012                    ABBOTT LABORATORIES, INC.

/s/ James R. Daly
James R. Daly
Lee Ann Russo
Jeremy P. Cole
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Phone: (312) 782-3939
Fax: (312) 782-8585
Email:  jrdaly@JonesDay.com
Email:  larusso@JonesDay.com
Email:  jpcole@JonesDay.com
Email:  tfumerton@jonesday.com

Robert Y. Knowlton, D.S.C. #2380
Sarah P. Spruill, D.S.C. #8054
HAYNSWORTH SINKLER BOYD, PA
Capitol Center, Suite 2200
1201 Main Street
Columbia, SC 29201
Phone: (803) 779-3080
Email: bknowlton@hsblawfirm.com
Email: sspruill@hsblawfirm.com

*Attorneys for Defendant*
**Abbott Laboratories, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2012, a true and correct copy of **Abbott Laboratories, Inc.'s Response to the Court's January 27, 2012 Order** was filed and served on all counsel of record via the Court's CM/ECF filing system.

/s/ Tara A. Fumerton
Attorney for Abbott Laboratories, Inc.
