UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Judge Patti B. Saris |

## LEAD CLASS COUNSEL'S REPONSE TO THE COURT'S ORDER OF JANUARY 25, 2012 (DKT. NO. 8050)

In its Order dated January 25, 2012 (Dkt. No. 8050), the Court referred the Motions identified by Docket Nos. 7908, 7941 and 8000 to mediation and asked that all affected Counsel confer on an appropriate mediator. As directed, Counsel have conferred and have agreed to submit their disputes to Eric Green for mediation, and Professor Green has agreed to mediate the disputes.

DATED:  February 8, 2012        By      /s/ **Steve W. Berman**
                                    Thomas M. Sobol (BBO#471770)
                                    Edward Notargiacomo (BBO#567636)
                                Hagens Berman Sobol Shapiro LLP
                                55 Cambridge Parkway, Suite 301
                                Cambridge, MA  02142
                                Telephone: (617) 482-3700
                                Facsimile: (617) 482-3003

                                **LIAISON COUNSEL**

- 2 -

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **LEAD CLASS COUNSEL'S REPONSE TO THE COURT'S ORDER OF JANUARY 25, 2012 (DKT. NO. 8050)** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 8, 2012, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By    /s/ **Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1918 8th Avenue, Suite 3300
      Seattle, WA 98101
      (206) 623-7292