UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No.: 03-10643-PBS <br> (Doc. No. 8668 in Case No. 01-12257) <br><br> Judge Patti B. Saris |

## [~~PROPOSED~~] ORDER OF DISMISSAL
## AS TO CLAIMS AGAINST MYLAN

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs the Consolidated New York Counties (the "Plaintiffs"), and defendants Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and Mylan Institutional Inc. (formerly known as UDL Laboratories, Inc.) (collectively, "Mylan") have filed a Stipulation of Dismissal as to the claims asserted by Plaintiffs against Mylan in the consolidated action entitled *In re Pharmaceutical Industry Average Wholesale Price Litigation: The City of New York, et al. v. Abbott Laboratories, Inc., et al.* (MDL No. 01-CV-12257-PBS, Subcategory No. 03-10643) (the "Litigation"). Upon due consideration of the Stipulation and the papers on file in this action,

**IT IS HEREBY ORDERED** that, consistent with the terms of the Settlement Agreement and Release, effective January 25, 2012 (the "Settlement Agreement") all claims asserted against Mylan are dismissed with prejudice, each party shall bear its own costs except as otherwise provided for in the Settlement Agreement, and all rights of appeal shall be waived.

Entered this ___ day of February, 2012.

_____
Patti B. Saris, J.
United States District Court

- 1 -