UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: *All Mississippi State Health Plan Cases* | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Sub-Category Case: 09-CV-12056<br><br>Judge Patti B. Saris |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties hereby jointly move that this case be dismissed with prejudice as to Defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceutical Corporation, as the parties have reached a full and final settlement of all claims in the action, by entering the proposed Agreed Order of Dismissal with Prejudice and Final Judgment, which is attached hereto as Exhibit A.

Respectfully submitted,

Dated: February 15, 2012

/s/ John P. Bueker
John P. Bueker (BBO #636435)
ROPES & GRAY LLP
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7000

*Counsel for Merck & Co., Inc. (formerly known as Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation*

1

/s/ Stuart H. McCluer
Stuart H. McCluer
McCulley McCluer PLLC
1223 Jackson Avenue East, Suite 200
P.O. Box 2294
Oxford, MS  38655
(662) 236-1401
smccluer@mcculleymccluer.com

*Counsel for the State of Mississippi*

## LOCAL RULE 7.1 CERTIFICATION

I, John P. Bueker, hereby certify that the parties have conferred in a good faith attempt to resolve or narrow the issues presented by this motion.  The parties agree as to this motion.

/s/ John P. Bueker
John P. Bueker

## CERTIFICATE OF SERVICE

I, John P. Bueker, certify that a true and correct copy of the foregoing document was served upon all counsel of record via LexisNexis File and Serve (LNFS) on February 15, 2012.

/s/ John P. Bueker
John P. Bueker