# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>State of Mississippi<br>v.<br>Schering-Plough Corp.; Schering Corp.; and Warrick Pharmaceuticals Corp. | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Sub-Category Case No. 09-CV-12056<br><br>Judge Patti B. Saris |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

This case is before the Court on the joint motion of plaintiff State of Mississippi and defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation to dismiss this matter with prejudice because the parties have reached a full and final settlement. Finding that the motion is well taken, it is, this ____ day of ____, 2012,

ORDERED AND ADJUDGED that all of the claims of the State of Mississippi asserted in this action against Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation shall be and hereby are dismissed with prejudice, consistent with the parties' settlement agreement; and it is

FURTHER ORDERED AND ADJUDGED that each party shall bear its own costs, including attorneys' fees, in connection with this action.

_____
Judge Patti B. Saris

29177848_1