UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Master File No. 01-cv-12257-PBS |
| | ) | |
| | ) | Subcategory No. 06-11337-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| *State of California, ex rel. Ven-A-Care of* | ) | Judge Patti B. Saris |
| *the Florida Keys, Inc. v. Abbott* | ) | |
| *Laboratories, Inc., et al.* | ) | |
| Case No. 03-cv-11226-PBS | ) | |

**THIRD JOINT MOTION TO EXTEND ORDER OF DISMISSAL
AS TO DEFENDANTS MYLAN INC AND MYLAN PHARMACEUTICALS INC.**

Plaintiffs, the State of California ("California"), and Relator, Ven-a-Care of the Florida

Keys, Inc. (California and Relator collectively, "Plaintiffs"), and Defendants Mylan Inc., f/k/a

Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan"), (Plaintiffs and

Mylan collectively, "the Parties") hereby move the Court to extend the Order of Dismissal of

July 8, 2011 (Doc. #s 870 and 7659) a third time, to allow the Parties an additional 21 days (from

February 17, 2012 to and including March 9, 2012) to obtain the United States' consent and

consummate the settlement before the Order of Dismissal becomes final.

The status of this remaining action against Mylan is as follows: Relator has approved and

executed the settlement documents.  California and Mylan have approved the settlement

documents and each anticipates executing and circulating signed settlement documents by the

end of the day, February 22, 2012.  United States Department of Justice Senior Trial Attorney,

Laurie Oberembt, has approved the proposed Consent of the United States ("US Consent") to the

settlement and has advised the Parties that she will sign and deliver the US Consent to Relator's

counsel upon execution of the settlement documents by all Parties.  Per the terms of the

Settlement Agreement, Mylan is required to pay the Settlement Amount within seven (7) business days of the date that Relator's counsel informs Mylan counsel that he has in his possession the signed US Consent and is prepared to file it with the Court upon payment of the Settlement Amount.  The Settlement Agreement further provides that within three (3) business days following payment of the Settlement Amount, the Parties will file appropriate dismissal pleadings with the Court.

Thus, although the Parties have worked diligently to finalize this remaining settlement by the current deadline of February 17, 2012, they will be unable to do so and therefore seek an additional extension of time to consummate the settlement.  Accordingly, the Parties jointly request that the Court modify its Order of Dismissal to allow the Parties an additional 21 days (until March 9, 2012) to file the requisite documents with the Court seeking dismissals with prejudice pursuant to their settlement.

Dated:  February 16, 2012.

Respectfully submitted,

KAMALA D. HARRIS
Attorney General for the
State of California

*/s/ Nicholas N. Paul*
By: _____

ALISON W. SIMON, P.A.
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 430457
MIAMI, FL 33243
Phone: 305-663-2433
Fax: 305-665-1508

THE BREEN LAW FIRM, P.A.
James J. Breen
Florida Bar No. 0297178
5755 Northpoint Parkway
Suite 260
Alpharetta, GA 30022
Phone: 770-740-0008
Fax: 770-740-9109

*/s/ Rand J. Riklin*

---

Rand J. Riklin
Texas State Bar No. 16924275
John E. Clark
Texas State Bar No. 04287000
GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, PC
2122 N. Main Ave.
San Antonio, Texas 78212
Telephone:  (210) 733-6030
Facsimile:  (210) 733-0330
Attorneys for Relator, Ven-A-Care of the
Florida Keys, Inc.

*/s/ Christopher C. Palermo*

---

William A. Escobar (*pro hac vice*) (NY Bar
# 1820620)
Neil Merkl (*pro hac vice*) (NY Bar #
1929058)
Christopher C. Palermo (*pro hac vice*) (NY
Bar # 2197614)
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800

Attorneys for Mylan Inc., f/k/a Mylan
Laboratories Inc., and Mylan
Pharmaceuticals Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of February, 2012 caused an electronic copy of the above Third Joint Motion to Extend the Order of Dismissals as to Defendants Mylan Inc. and Mylan Pharmaceuticals Inc., to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Rand J. Riklin

_____

Rand J. Riklin

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of February, 2012 caused an electronic copy of the above Third Joint Motion to Extend the Order of Dismissals as to Defendants Mylan Inc. and Mylan Pharmaceuticals Inc., to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Rand J. Riklin

_____

Rand J. Riklin