UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) Master File No. 01-cv-12257-PBS ) ) Subcategory No. 06-11337-PBS ) |
| THIS DOCUMENT RELATES TO: *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* Case No. 03-cv-11226-PBS | ) ) Judge Patti B. Saris ) ) ) |

### ORDER ON THIRD JOINT MOTION TO EXTEND ORDER OF DISMISSAL AS TO DEFENDANTS MYLAN INC. AND MYLAN PHARMACEUTICALS INC.

The Court having reviewed the Plaintiffs' and Mylan parties' Third Joint Motion to Extend the deadline to finalize their settlement and file the requisite dismissal pleadings and related documents for a period of 21 days from the current deadline of February 17, 2012, and having been advised that the Parties need the additional time to consummate the settlement:

IT IS ORDERED that the deadline for the State of California, Relator and the Mylan parties to finalize their settlement and file the requisite dismissal pleadings and documents and the United States' consent to the settlement is hereby extended an additional 21 days to and including March 9, 2012.

Entered this ____ day of _____, 2012.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE