UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) Master File No. 01-cv-12257-PBS ) ) Subcategory No. 06-11337-PBS ) Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

**ORDER ON THIRD JOINT MOTION TO EXTEND
ORDER OF DISMISSAL AS TO DEFENDANTS MYLAN INC. AND MYLAN
PHARMACEUTICALS INC.**

The Court having reviewed the Plaintiffs' and Mylan parties' Third Joint Motion to Extend the deadline to finalize their settlement and file the requisite dismissal pleadings and related documents for a period of 21 days from the current deadline of February 17, 2012, and having been advised that the Parties need the additional time to consummate the settlement:

IT IS ORDERED that the deadline for the State of California, Relator and the Mylan parties to finalize their settlement and file the requisite dismissal pleadings and documents and the United States' consent to the settlement is hereby extended an additional 21 days to and including March 9, 2012.

Entered this ____ day of _____, 2012.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE