UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2C, I, Russell P. Plato, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Russell P. Plato, am a practicing attorney at Ropes & Gray LLP, representing Merck & Co. (formerly Schering-Plough Corporation) Schering Corporation, and Warrick Pharmaceuticals Corporation (collectively "Schering") in the above-captioned matter.

2. I will be leaving Ropes & Gray LLP and will no longer be able to represent Schering.

3. Schering continues to be represented by other attorneys at Ropes & Gray LLP.

25240349_1.DOC

- 2 -

WHEREFORE, I, Russell P. Plato, respectfully move this Court for leave to withdraw from the above-captioned matter.

                                               Respectfully submitted,

                                               /s/ Russell P. Plato
                                               Russell P. Plato (BBO # 671087)
                                               Ropes & Gray LLP
                                               800 Boylston Street
                                               Boston, Massachusetts 02199
                                               (617) 951-7000

Dated:  February 17, 2012

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2.

/s/ Russell P. Plato
Russell P. Plato