UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>State of Mississippi<br>v.<br>Schering-Plough Corp.; Schering Corp.; and Warrick Pharmaceuticals Corp. | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Sub-Category Case No. 09-CV-12056<br><br>Judge Patti B. Saris |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

This case is before the Court on the joint motion of plaintiff State of Mississippi and defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation to dismiss this matter with prejudice because the parties have reached a full and final settlement. Finding that the motion is well taken, it is, this 21st day of Feb, 2012,

ORDERED AND ADJUDGED that all of the claims of the State of Mississippi asserted in this action against Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation shall be and hereby are dismissed with prejudice, consistent with the parties' settlement agreement; and it is

FURTHER ORDERED AND ADJUDGED that each party shall bear its own costs, including attorneys' fees, in connection with this action.

_____
Judge Patti B. Saris

12

29177848_1