**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Healthcare Corporation* | Judge Patti B. Saris |

**DECLARATION OF SHAMIR PATEL IN SUPPORT OF**
**BAXTER HEALTHCARE CORPORATION'S OPPOSITION**
**TO RELATORS' MOTION FOR RECONSIDERATION**

I, Shamir Patel, duly declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in the State of New York and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for Defendant Baxter Healthcare Corporation. I am familiar with all of the facts and circumstances herein. I make this declaration in support of Baxter Healthcare Corporation's Opposition to Relators' Motion for Reconsideration in the above-captioned action.

2. Attached hereto as Exhibit A is a true and correct excerpted copy of the ECF Daily Docket sheet for October 7, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of Lexis Nexis Daily Docket sheet for October 7, 2011.

4. Attached hereto as Exhibit C is a true and correct excerpted copy of the ECF Notice of Electronic Filing of the October 7, 2011 Joint Notice of Settlement of Ven-A-Care Claims as to the Baxter Parties and Request that Court Dismiss Settled Claims in Accordance

with Stipulation of Dismissal With Prejudice of Baxter Parties and Motion for Order of Dismissal With Prejudice.

5. Attached hereto as Exhibit D is a true and correct excerpted copy of the ECF Notice of Electronic Filing of the October 7, 2011 Stipulation of Dismissal With Prejudice of Certain Claims Against Baxter Parties and Motion for Order of Dismissal With Prejudice.

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: February 22, 2012                     __/s/ Shamir Patel_____
                                              Shamir Patel
                                              **DICKSTEIN SHAPIRO LLP**
                                              1825 Eye Street NW
                                              Washington, DC 20006
                                              Telephone: (202) 420-2200
                                              Facsimile: (202) 420-2201

                                              Counsel for Defendant Baxter Healthcare
                                              Corporation

## CERTIFICATE OF SERVICE

        I hereby certify that I, Shamir Patel, an attorney, electronically filed the foregoing DECLARATION OF SHAMIR PATEL IN SUPPORT OF BAXTER HEALTHCARE CORPORATION'S OPPOSITION TO RELATORS' MOTION FOR RECONSIDERATION with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on February 22, 2012.  I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties.

        /s/  Shamir Patel
        Shamir Patel
        **DICKSTEIN SHAPIRO LLP**
        1825 Eye Street NW
        Washington, DC 20006
        Telephone:  (202) 420-2200
        Facsimile:  (202) 420-2201