# Exhibit A

APPEAL,CASREF,LEAD,MDL,MOTREF,REMAND,STAYED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:01-cv-12257-PBS

Citizens for Consume, et al v. Abbott Laboratories,, et al
Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Marianne B. Bowler
Demand: $0
related Cases: 1:00-cv-10698-PBS
1:02-cv-10851-PBS
1:02-cv-10852-PBS
1:02-cv-10853-PBS
1:02-cv-10854-PBS
1:02-cv-10846-PBS
1:02-cv-10847-PBS
1:02-cv-10848-PBS
1:02-cv-10855-PBS
1:02-cv-10856-PBS
1:02-cv-10857-PBS
1:02-cv-10859-PBS
1:02-cv-10860-PBS
1:02-cv-10861-PBS
1:02-cv-10862-PBS
1:02-cv-11257-PBS
1:02-cv-11258-PBS
1:02-cv-11259-PBS
1:02-cv-11260-PBS
1:02-cv-11261-PBS
1:02-cv-11744-PBS
1:02-cv-11745-PBS
1:02-cv-11746-PBS
1:02-cv-11747-PBS
1:02-cv-12085-PBS
1:03-cv-10069-PBS
1:01-cv-11747-MEL
1:05-cv-12492-PBS
1:08-cv-10579-PBS
1:05-cv-12494-PBS
1:05-cv-12495-PBS
1:05-cv-12496-PBS
1:05-cv-12497-PBS
1:05-cv-12498-PBS
1:06-cv-10690-PBS

Date Filed: 12/19/2001
Jury Demand: Both
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

CM/ECF - USDC Massachusetts - Version 5.1 as of 10/5/201
Case 1:01-cv-12257-PBS Document 8075-21 Filed 02/22/12 Page 3 of 4
Page 367 of 368

*ATTORNEY TO BE NOTICED*

**Stephen W. Kilar**
(See above for address)
*TERMINATED: 01/26/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sung W. Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Taraneh Marciano**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A. Escobar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Coleman Hubbard**
Nelson, Mullins, Riley & Scarborough
PO Box 11070
Columbia, SC 29211
803-799-2000
Fax: 803-733-9440
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clifford Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip D. Robben**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2011 | 7831 | Joint MOTION for Order to Order of Dismissal With Prejudice *Joint Notice of Settlement of Ven-A-Care Claims as to the Baxter Parties and Request that Court Dismiss Settled Claims in Accordance with Stipulation of Dismissal With Prejudice of Baxter Parties and Motion for Order of* |

CM/ECF - USDC Massachusetts - Version 5.1.1 as of 10/5/201
Case 1:01-cv-12257-PBS Document 8076-1 Filed 02/22/12 Page 4 of 4
Page 368 of 368

| | | |
|---|---|---|
| | | *Dismissal With Prejudice* by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # 1 Exhibit Consent of the United States)(Breen, James) (Entered: 10/07/2011) |
| 10/07/2011 | 7832 | Joint MOTION for Order to Order of Dismissal with Prejudice *Stipulation of Dismissal With Prejudice of Certain Claims Against Baxter Parties and Motion for Order of Dismissal With Prejudice* by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # 1 Exhibit Settlement Agreement, # 2 Exhibit Proposed Order)(Breen, James) (Entered: 10/07/2011) |
| 10/07/2011 | 7833 | Letter from Marchelle E. Kellum re Track Two Settlement. (Anderson, Jennifer) (Entered: 10/11/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/17/2012 13:44:51 | | | |
| PACER Login: | ds3964 | Client Code: | b1222.0067 |
| Description: | Docket Report | Search Criteria: | 1:01-cv-12257-PBS Start date: 10/7/2011 End date: 10/7/2011 |
| Billable Pages: | 30 | Cost: | 2.40 |