# Exhibit B

**LexisNexis· File & Serve**   Welcome: Reynolds, Tina D — Dickstein Shapiro    Resource Center | File & Serve Preferences | Sig

| Home | Filing & Service | Alerts | Search |
| Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search | Service of Process Transactio

Daily Docket Search > **Results**

Jurisdiction: Massachusetts
Court: MA US District Court E-Service
Case Class: Civil-Pharmaceutical AWP
Day: 10/07/2011

**Daily Docket Search**
Search Created:
Friday, February 17, 2012 10:29:59 EST

Printable Version

Choose an action: -- Select --   [Go]   | Show 50 records

1-5 of 5 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|
| 40252212 | 10/7/2011 3:35 PM EDT | All Cases-AWP A W P MDL No 1456 | Shamir Patel, Dickstein Shapiro | Discovery Document | Notice of Subpoena for Documents and Deposition Testimony to Wolters Kluwer Health, Inc. [view] | 0.4ME |
| 40252145 | 10/7/2011 3:33 PM EDT | All Cases-AWP A W P MDL No 1456 | Shamir Patel, Dickstein Shapiro | Discovery Document | Notice of Subpoena for Documents and Deposition Testimony to Thompson Reuters, Inc. [view] | 0.4ME |
| 40252037 | 10/7/2011 3:31 PM EDT | All Cases-AWP A W P MDL No 1456 | Shamir Patel, Dickstein Shapiro | Discovery Document | Notice of Subpoena for Documents and Deposition Testimony to First DataBank, Inc. [view] | 0.5ME |
| 40250587 | 10/7/2011 2:49 PM EDT | All Cases-AWP A W P MDL No 1456 | James Breen, Breen Law Firm | Motion/Response | Stipulation of Dismissal With Prejudice of Certain Claims Against Baxter Parties and Motion for Order of Dismissal With Prejudice [view] | 0.1ME |
| | | | | Other Filed Document | Exhibit - Settlement Agreement [view] | 0.6ME |
| | | | | Other Filed Document | Exhibit - Proposed Order [view] | 0.1ME |
| 40250233 | 10/7/2011 2:43 PM EDT | All Cases-AWP A W P MDL No 1456 | James Breen, Breen Law Firm | Motion/Response | Joint Notice of Settlement of Ven-A-Care Claims as to the Baxter Parties and Request that Court Dismiss Settled Claims in Accordance with Stipulation of Dismissal With Prejudice of Baxter Parties and Motion for Order of Dismissal With Prejudice [view] | 0.1ME |
| | | | | Other Filed Document | Exhibit - Consent of the United States [view] | 0.7ME |

1-5 of 5 transactions   Page 1 of 1

**LexisNexis· File & Serve**

**LexisNexis**  | About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2012 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.