# Exhibit C

---

**From:**    ECFnotice@mad.uscourts.gov
**Sent:**    Friday, October 07, 2011 11:45 AM
**To:**      CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al Motion for Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Breen, James on 10/7/2011 at 11:44 AM EDT and filed on 10/7/2011
**Case Name:**       Citizens for Consume, et al v. Abbott Laboratories,, et al
**Case Number:**     1:01-cv-12257-PBS
**Filer:**           Ven-A-Care of the Florida Keys, Inc.
**Document Number:** 7831

**Docket Text:**
**Joint MOTION for Order to Order of Dismissal With Prejudice** *Joint Notice of Settlement of Ven-A-Care Claims as to the Baxter Parties and Request that Court Dismiss Settled Claims in Accordance with Stipulation of Dismissal With Prejudice of Baxter Parties and Motion for Order of Dismissal With Prejudice* **by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # (1) Exhibit Consent of the United States)(Breen, James)**

**1:01-cv-12257-PBS Notice has been electronically mailed to:**

A. Ann Woolfolk    ann.woolfolk@state.de.us

A. John Pappalardo    pappalardoj@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com, stehnk@gtlaw.com

Adam D. Miller    amiller@elllaw.com, bmitchell@elllaw.com

Adam S. Levy    Adamslevy@comcast.net

Karin B. Torgerson    ktorgerson@lockeliddell.com

Kathleen M. O'Sullivan    kosullivan@perkinscoie.com, lnelson@perkinscoie.com

Kathryn Bale Allen    kallen@kmllp.com

Kathryn E. Potalivo    kpotalivo@morganlewis.com

Katy Ellen Koski    katy.koski@klgates.com

Kelly J. Davidson    kjdavidson@ober.com, mckaropc@ober.com, pascott@ober.com

Kenneth A. Wexler    kaw@wexlerwallace.com, amn@wexlerwallace.com, ecf@wexlerwallace.com

Kenneth M. Resnik    kresnik@sswg.com

Kent M. Williams    classcert@aol.com

Kevin M. McGinty    kmcginty@mintz.com, Docketing@mintz.com

Kevin P. Roddy    kroddy@wilentz.com

Kim B. Nemirow    kim.nemirow@ropesgray.com, courtalert@ropesgray.com, sampleplead@ropesgray.com

Kimberly K. Heuer    berobinson@morganlewis.com

Kirsten V. Mayer    kmayer@ropesgray.com, CourtAlert@RopesGray.com, SamplePlead@ropesgray.com

Kristi T. Prinzo    kristi.prinzo@davispolk.com, andrew.krause@davispolk.com, michael.flynn@davispolk.com

Lara A. Berwanger    lberwanger@whitecase.com

Larry J. Crown    ljc@jhc-law.com

Lauren John Udden    ludden@ljulaw.com

Lauren O. Casazza    lcasazza@kirkland.com, lcasazza@kirkland.com

Laurie A. Oberembt    laurie.oberembt@usdoj.gov

Lisa J. Savitt    lsavitt@crowell.com

Lisa W. Borden    lborden@bakerdonelson.com

Lori A. Schechter    lschechter@mofo.com, kbobovski@mofo.com, kfranklin@mofo.com

Louis J. Scerra , Jr    scerral@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com

Lyndon M. Tretter    Lmtretter@hhlaw.com

M. Hamilton Whitman    efborges@ober.com

Marc H. Edelson    medelson@edelson-law.com

Maria Pellagrino Rivera    mrivera@kirkland.com

Marisa A. Lorenzo    mlorenzo@kelleydrye.com

Marisa A. Pizzolato    mpizzolato@kayescholer.com, maodma@kayescholer.com

Mark A. Berman    mberman@hartmanndoherty.com

Mark A. Flessner    mflessner@sonnenschein.com

Mark A. Lavine    mark.lavine@usdoj.gov

Mark Allen Kleiman    mkleiman@quitam.org

Mark D Smith    smith@laredosmith.com, doyle@laredosmith.com, findlen@laredosmith.com

Mark D. Fischer    js5@rawlingsandassociates.com

Mark D. Godler    mgodler@kayescholer.com

Mark D. Seltzer    mseltzer@nixonpeabody.com

Mark S. Sandmann    mss@rawlingsandassociates.com

Martin F Murphy    mmurphy@foleyhoag.com

Martin L. Roth    martin.roth@kirkland.com

Mary Clay W. Morgan    mmorgan@bradleyarant.com

Mary Karen Maldonado    katy.maldonado@state.co.us

Mary S. Miller    Gretchen.Wallace@myfloridalegal.com, michael.karpinski@myfloridalegal.com

Matthew C. Kilman    Matt.Kilman@doj.ca.gov

Maura T. Healey    maura.healey@state.ma.us

Melissa J. Turitz    melissa.turitz@wilmerhale.com

Merle M. DeLancey , Jr    DelanceyM@dicksteinshapiro.com

Michael DeMarco    michael.demarco@klgates.com, suzan.leblanc@klgates.com

Peter J. Venaglia    venaglia@dssvlaw.com, barna@dssvlaw.com, downes@dssvlaw.com, ebbs@dssvlaw.com, jablon@dssvlaw.com, zhurbinskaya@dssvlaw.com

Philip B. Sineneng    philip.sineneng@thompsonhine.com, sylvia.lawrence@thompsonhine.com

Philip D. Robben    probben@kelleydrye.com

Philip L. Gregory    pgregory@cpmlegal.com

Pooja Rajaram    prajaram@quitam.org

R. James DeRose    rderose@lockelord.com

R. Scott DeLuca    rsdeluca@sidwlaw.com, rsdeluca@gmail.com

R. Victoria Fuller    vfuller@sherin.com

Ralph T. Lepore , III    rlepore@hklaw.com

Rand J. Riklin    riklin@goodelaw.com

Randy Glaser    randy.glaser@doj.ca.gov, Jessica.Cuccurullo@doj.ca.gov

Raymond J. Liddy    Raymond.Liddy@doj.ca.gov

Rebecca A. Ford    rebecca.ford@usdoj.gov

Richard Goldstein    rgoldstein@dbslawfirm.com, jtisi@dbslawfirm.com

Richard D. Raskin    rraskin@sidley.com, bkeith@sidley.com, brad.robertson@sidley.com, efilingnotice@sidley.com, krockwell@sidley.com

Richard F. Landrigan    rlandrigan@costellolandrigan.com

Richard J. Costa    rcosta@law.nyc.gov

Richard J. Riley    RRiley@murphyriley.com

Rita L. Hanscom    rita.hanscom@doj.ca.gov

Robert Funkhouser    funkhous@hugheshubbard.com

Robert Heuck , II    heuck@wsbclaw.com

Robert Christopher Cook    christophercook@jonesday.com, tcitera@jonesday.com

Robert J. McCully    rmccully@shb.com, tbarry@shb.com

Robert J. Muldoon , Jr    rjmuldoon@sherin.com