# Exhibit D

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Friday, October 07, 2011 12:02 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al Motion for Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Breen, James on 10/7/2011 at 12:01 PM EDT and filed on 10/7/2011

**Case Name:** Citizens for Consume, et al v. Abbott Laboratories,, et al
**Case Number:** 1:01-cv-12257-PBS
**Filer:** Ven-A-Care of the Florida Keys, Inc.
**Document Number:** 7832

Docket Text:
Joint MOTION for Order to Order of Dismissal with Prejudice *Stipulation of Dismissal With Prejudice of Certain Claims Against Baxter Parties and Motion for Order of Dismissal With Prejudice* by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # (1) Exhibit Settlement Agreement, # (2) Exhibit Proposed Order)(Breen, James)

**1:01-cv-12257-PBS Notice has been electronically mailed to:**

A. Ann Woolfolk     ann.woolfolk@state.de.us

A. John Pappalardo     pappalardoj@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com, stehnk@gtlaw.com

Adam D. Miller     amiller@elllaw.com, bmitchell@elllaw.com

Adam S. Levy     Adamslevy@comcast.net

Adeel A. Mangi     aamangi@pbwt.com

Karin B. Torgerson     ktorgerson@lockeliddell.com

Kathleen M. O'Sullivan     kosullivan@perkinscoie.com, lnelson@perkinscoie.com

Kathryn Bale Allen     kallen@kmllp.com

Kathryn E. Potalivo     kpotalivo@morganlewis.com

Katy Ellen Koski     katy.koski@klgates.com

Kelly J. Davidson     kjdavidson@ober.com, mckaropc@ober.com, pascott@ober.com

Kenneth A. Wexler     kaw@wexlerwallace.com, amn@wexlerwallace.com, ecf@wexlerwallace.com

Kenneth M. Resnik     kresnik@sswg.com

Kent M. Williams     classcert@aol.com

Kevin M. McGinty     kmcginty@mintz.com, Docketing@mintz.com

Kevin P. Roddy     kroddy@wilentz.com

Kim B. Nemirow     kim.nemirow@ropesgray.com, courtalert@ropesgray.com, sampleplead@ropesgray.com

Kimberly K. Heuer     berobinson@morganlewis.com

Kirsten V. Mayer     kmayer@ropesgray.com, CourtAlert@RopesGray.com, SamplePlead@ropesgray.com

Kristi T. Prinzo     kristi.prinzo@davispolk.com, andrew.krause@davispolk.com, michael.flynn@davispolk.com

Lara A. Berwanger     lberwanger@whitecase.com

Larry J. Crown     ljc@jhc-law.com

Lauren John Udden     ludden@ljulaw.com

Lauren O. Casazza     lcasazza@kirkland.com, lcasazza@kirkland.com

Laurie A. Oberembt     laurie.oberembt@usdoj.gov

Lisa J. Savitt     lsavitt@crowell.com

Lisa W. Borden     lborden@bakerdonelson.com

Lori A. Schechter     lschechter@mofo.com, kbobovski@mofo.com, kfranklin@mofo.com

Louis J. Scerra , Jr     scerral@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com

Lyndon M. Tretter     Lmtretter@hhlaw.com

M. Hamilton Whitman     efborges@ober.com

Marc H. Edelson     medelson@edelson-law.com

Maria Pellagrino Rivera     mrivera@kirkland.com

Marisa A. Lorenzo     mlorenzo@kelleydrye.com

Marisa A. Pizzolato     mpizzolato@kayescholer.com, maodma@kayescholer.com

Mark A. Berman     mberman@hartmanndoherty.com

Mark A. Flessner     mflessner@sonnenschein.com

Mark A. Lavine     mark.lavine@usdoj.gov

Mark Allen Kleiman     mkleiman@quitam.org

Mark D Smith     smith@laredosmith.com, doyle@laredosmith.com, findlen@laredosmith.com

Mark D. Fischer     js5@rawlingsandassociates.com

Mark D. Godler     mgodler@kayescholer.com

Mark D. Seltzer     mseltzer@nixonpeabody.com

Mark S. Sandmann     mss@rawlingsandassociates.com

Martin F Murphy     mmurphy@foleyhoag.com

Martin L. Roth     martin.roth@kirkland.com

Mary Clay W. Morgan     mmorgan@bradleyarant.com

Mary Karen Maldonado     katy.maldonado@state.co.us

Mary S. Miller     Gretchen.Wallace@myfloridalegal.com, michael.karpinski@myfloridalegal.com

Matthew C. Kilman     Matt.Kilman@doj.ca.gov

Maura T. Healey     maura.healey@state.ma.us

Melissa J. Turitz     melissa.turitz@wilmerhale.com

Merle M. DeLancey , Jr     DelanceyM@dicksteinshapiro.com

Michael DeMarco     michael.demarco@klgates.com, suzan.leblanc@klgates.com

Michael C. Occhuizzo     mocchuizzo@kirkland.com, jlharris@kirkland.com

Peter J. Venaglia    venaglia@dssvlaw.com, barna@dssvlaw.com, downes@dssvlaw.com, ebbs@dssvlaw.com, jablon@dssvlaw.com, zhurbinskaya@dssvlaw.com

Philip B. Sineneng    philip.sineneng@thompsonhine.com, sylvia.lawrence@thompsonhine.com

Philip D. Robben    probben@kelleydrye.com

Philip L. Gregory    pgregory@cpmlegal.com

Pooja Rajaram    prajaram@quitam.org

R. James DeRose    rderose@lockelord.com

R. Scott DeLuca    rsdeluca@sidwlaw.com, rsdeluca@gmail.com

R. Victoria Fuller    vfuller@sherin.com

Ralph T. Lepore , III    rlepore@hklaw.com

Rand J. Riklin    riklin@goodelaw.com

Randy Glaser    randy.glaser@doj.ca.gov, Jessica.Cuccurullo@doj.ca.gov

Raymond J. Liddy    Raymond.Liddy@doj.ca.gov

Rebecca A. Ford    rebecca.ford@usdoj.gov

Richard Goldstein    rgoldstein@dbslawfirm.com, jtisi@dbslawfirm.com

Richard D. Raskin    rraskin@sidley.com, bkeith@sidley.com, brad.robertson@sidley.com, efilingnotice@sidley.com, krockwell@sidley.com

Richard F. Landrigan    rlandrigan@costellolandrigan.com

Richard J. Costa    rcosta@law.nyc.gov

Richard J. Riley    RRiley@murphyriley.com

Rita L. Hanscom    rita.hanscom@doj.ca.gov

Robert Funkhouser    funkhous@hugheshubbard.com

Robert Heuck , II    heuck@wsbclaw.com

Robert Christopher Cook    christophercook@jonesday.com, tcitera@jonesday.com

Robert J. McCully    rmccully@shb.com, tbarry@shb.com

Robert J. Muldoon , Jr    rjmuldoon@sherin.com

Robert P. Reznick    rreznick@orrick.com

2/22/2012