**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br><br>*v.*<br><br>   *Abbott Laboratories, Inc., et al.* | ) )<br>) Judge Patti B. Saris<br>) )<br>) )<br>) ) |

**MARCH 2012 STATUS REPORT ON BEHALF OF**
**THE CITY OF NEW YORK AND NEW YORK COUNTIES**

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for March 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: March 1, 2012

                                                             Respectfully submitted,

                                               **City of New York and New York Counties in**
                                               **MDL 1456 except Nassau and Orange, by**

                                               **KIRBY McINERNEY, LLP**
                                               825 Third Avenue
                                               New York, New York 10022
                                               (212) 371-6600

    By:  /s/ Joanne M. Cicala_____
              Joanne M. Cicala

1

2

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

## March 2012 Status Report on Behalf of the
## City of New York and New York Counties

**Voluntary Dismissal of Claims**

On June 2, 2011, plaintiffs filed a notice of voluntary dismissal of claims against defendant Endo Pharmaceuticals, Inc. *See* Docket No. 7576, Sub-docket No. 290.  This notice remains *sub judice*.

On November 18, 2011, plaintiffs filed a notice of voluntary dismissal with prejudice of claims against defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation), Schering Corporation, and Warrick Pharmaceuticals Corporation. *See* Docket No. 7921, Sub-docket 310. This notice remains *sub judice.*

On November 22, 2011, plaintiffs filed a notice of voluntary dismissal with prejudice of claims against defendant Merck, Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.).  *See* Docket No. 7930, Sub-docket 311.  This notice remains *sub judice.*

On December 2, 2011, plaintiffs filed a notice of voluntary dismissal with prejudice of claims against defendant Eli Lilly and Company. *See* Docket No. 7962, Sub-docket No. 313. This notice remains *sub judice*.

On January 4, 2012, plaintiffs filed a notice of voluntary dismissal with prejudice of claims against defendant Purepac Pharmaceutical Co.  *See* Docket No. 8019, Sub-docket No. 318.  This notice remains *sub judice.*

On January 19, 2012, plaintiffs filed a notice of voluntary dismissal with prejudice of claims against defendant Tap Pharmaceutical Products Inc., n/k/a Takeda Pharmaceuticals North America, Inc.  *See* Docket No. 8044, Sub-docket No. 319.  This notice remains *sub judice.*

On February 14, 2012, the court entered an order granting plaintiffs' and defendant

3

Mylan's stipulation of dismissal of claims as to Mylan Institutional, Inc., Mylan Inc., and Mylan Pharmaceuticals, Inc. *See* Docket No. 8069, Sub-Docket No. 323.

**<u>Settlement Orders of Dismissal</u>**

On November 1, 2011, the Court entered plaintiffs' and defendant Sandoz, Inc.'s joint proposed settlement order of dismissal of claims against defendant Sandoz, Inc. The order provides that claims against this defendant shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action within one hundred and twenty (120) days if settlement is not consummated.  *See* Docket No. 7871, Sub-docket No. 307.

On February 16, 2012 the court entered plaintiffs and defendants' third joint motion to extend the settlement order of dismissal as to King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical Inc., Roche Laboratories Inc., and Hoffman-La Roche Inc.  The order provides that claims against these defendants shall be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action by May 3, 2012 if settlement is not consummated. *See* The Court's February 16, 2012 Electronic Order.

On March 1, 2011, the plaintiffs and defendant Sandoz, Inc. filed a joint motion to extend the 120-day settlement order of dismissal of claims against defendant Sandoz, Inc.  The order provides that claims against this defendant shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action within forty five (45) days if settlement is not consummated.  *See* Docket No. 8084, Sub-docket No. 324. This motion remains *sub judice*.

**CERTIFICATE OF SERVICE**

    I, James Carroll, hereby certify that on the 1st day of March 2012, I caused a true and correct copy of the above March 2012 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  March 1, 2012

                                                /s/ James P. Carroll, Jr.
                                                James P. Carroll, Jr.
                                                Kirby McInerney LLP
                                                825 Third Avenue
                                                New York, NY 10022
                                                (212) 371-6600