UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

*State of South Carolina – State Medicaid Case*

MDL No. 1456
Master File: 1:01-CV-12257-PBS
Sub-Category: 1:06-CV-11883-PBS

Hon. Patti B. Saris

## STATUS REPORT

Pursuant to the Court's June 16, 2004 Procedural Order, Defendant Abbott Laboratories Inc. hereby submits the following status report.

By: **/s/ Jeremy P. Cole**
ABBOTT LABORATORIES, INC.
James R. Daly
Lee Ann Russo
Jeremy P. Cole
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Phone: (312) 782-3939
Fax: (312) 782-8585
Email: jrdaly@JonesDay.com
Email: larusso@JonesDay.com
Email: jpcole@JonesDay.com
Email: tfumerton@jonesday.com

Robert Y. Knowlton, D.S.C. #2380
Sarah P. Spruill, D.S.C. #8054
HAYNSWORTH SINKLER BOYD, PA
Capitol Center, Suite 2200
1201 Main Street
Columbia, Sc 29201
Phone: (803)779-3080
Email: bknowlton@hsblawfrrm.Com
Email: sspruill@hsblawfirm.Com

*Attorneys for Defendant*
Abbott Laboratories, Inc.

| MDL 1456 Status Chart – South Carolina Medicaid Case ||||
|---|---|---|---|
| **Case Name** | **MDL Docket No.** | **Original Jurisdiction** | **Status** |
| State of SC v. Abbott Labs, Inc. | 1:06-CV-11883-PBS | Removed to District of South Carolina | <ul><li>The parties are coordinating discovery with related cases brought by South Carolina against other drug manufacturers currently pending in state court.</li><li>Third party discovery is ongoing.</li><li>Depositions of State witnesses have been delayed due to a pending discovery motion but will begin upon its resolution.</li><li>The State has been making document productions on a rolling basis.</li><li>On January 18, 2012, the state court heard further arguments regarding the remaining "internal" documents contained on the Attorney General's Privilege Log and a Motion to Compel Production of Certain Date from Medco. The state court took the matters under advisement. At the hearing, the state court extended the scheduling order in the state court cases by six months (fact discovery to close by September 2012)</li><li>On January 24, 2012, this Court denied plaintiff's Motion to Remand.</li><li>On January 27, 2012, the</li></ul> |

| | | - 3 - | <ul><li>Court approved an extension to the fact discovery deadline to September 14, 2012.</li><li>Following a February 22, 2012 status conference with this Court, the Court agreed that on or after September 17, 2012, defendant may file a motion for summary judgment based on the three-part "yardstick" test developed and applied by this Court in other AWP-related matters and plaintiff may renew its motion to remand this action to the federal district court in South Carolina.</li><li>A deposition of Medco Health Solutions took place on February 29, 2012.</li></ul> |
|---|---|---|---|

**CERTIFICATE OF SERVICE**

I, Carol P. Geisler, the undersigned hereby certify that a copy of the foregoing Status Report was served, this 2nd day of March, 2012 on all counsel of record via Lexis Nexis File and Serve pursuant to paragraph 11 of Case Management Order No. 2.


**/s/ Carol P. Geisler**