UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No.:  01-CV-12257-PBS<br>Sub-Category Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO<br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS HOFFMANN-LA ROCHE INC. AND ROCHE LABORATORIES INC.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc. (hereinafter the "Settling Defendants") (Settling Defendants together with the Consolidated  New York Counties, collectively the "Parties"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the  terms of the Parties' Settlement Agreement and Release,  that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  March 5, 2012

Respectfully submitted,

By:   /s/ Joanne M. Cicala
Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of Plaintiffs the Consolidated New York Counties*

By:  /s/ Simeon M Schopf
Simeon M Schopf
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*On Behalf of Defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2012, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiffs' Claims Against Defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

 /s/  James Carroll
KIRBY McINERNEY LLP