# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

## [PROPOSED] ORDER ON JOINT MOTION TO AMEND THE 120-DAY ORDER OF DISMISSAL AS TO SANDOZ INC.

Saris, U.S.D.J.

The Court having reviewed the Joint Motion to Amend the 120-Day Order of Dismissal As To Sandoz Inc. and having been advised that additional time is needed to obtain required signatures provided for by the settlements between plaintiffs and defendant Sandoz Inc. in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the 120-Day Settlement Order of Dismissal dated October 31, 2011 is extended an additional forty-five (45) days until April 13, 2012.

SO ORDERED by the Court.

Entered ___ day of _____, 2012.

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE