# United States Court of Appeals
## For the First Circuit

No. 11-2141

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION

### JUDGMENT

Entered: March 12, 2012
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Counsel of Record