# United States Court of Appeals
## For the First Circuit

No. 11-2141

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

### MANDATE

Entered: March 13, 2012

In accordance with the judgment of March 12, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
All counsel of record