IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF JENNINGS, HAUG & CUNNINGHAM, L.L.P.'s WITHDRAWAL FROM PARTICIPATION IN THE MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE ACTIONS

Pursuant to the AWP MDL 1456 Fee Settlement of Jennings, Haug & Cunningham, L.L.P.'s claim for attorneys' fees with lead class counsel, Jennings, Haug & Cunningham, L.L.P. ("JHC") hereby withdraws from participation in the Motion for Modification of Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions. JHC's withdrawal is predicated on compliance with the terms and conditions of the Settlement Agreement.

Dated March 13, 2012

Respectfully Submitted,

Larry J. Crown (*admitted pro hac vice*)
Jorge Franco, Jr. (*admitted pro hac vice*)
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
602-234-7800 telephone
602-277-5595
ljc@jhc-law.com
jf@jhc-law.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF JENNINGS, HAUG & CUNNINGHAM, L.L.P.'s WITHDRAWAL FROM PARTICIPATION IN THE MOTION FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE ACTIONS** with the Clerk of the Court for the district of Massachusetts using the Court's CM/ECF system on March 13, 2012 and also caused a true and correct copy of the foregoing to be delivered this same date to all counsel of record by electronic service through the Court's CM/ECF System.

I also hereby certify that a copy of the foregoing was e-mailed this same date to:
Maryellen Molloy, Courtroom Clerk for The Honorable Patti B. Saris
Maryellen_molloy@mad.uscourts.gov

/s/ Kim Cecil
Kim Cecil

2