# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 <br> Master File No. 1:01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS ) ) ) ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Jonathan Uffelman as counsel for Defendants Baxter International, Inc. and Baxter Healthcare Corporation in the above-captioned matter.

DATED this 14th day of March 2012.

Respectfully submitted,

  /s/ Jonathan Uffelman
Jonathan Uffelman
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:   (202) 420-2201

## CERTIFICATE OF SERVICE

        I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing Notice of Withdrawal to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on March 14, 2012, for posting and notification to all parties.

    /s/ Shamir Patel_____
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:    (202) 420-2201