UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File: 01-cv-12257-PBS<br>Sub-Category: 06-cv-11883-PBS |
| | Hon. Patti B. Saris |

THIS DOCUMENT RELATES TO:

*State of South Carolina v. Abbott Laboratories, Inc.,*
Civil Action No. 06-cv-11883-PBS

## AMENDED SCHEDULING ORDER

Following the telephonic status conference held on February 22, 2012, the Court amends its scheduling order in the above matter as follows:

1. **DEFENDANT'S DISPOSITIVE MOTION AS TO THE "YARDSTICK" TEST.**

Fact discovery is scheduled to close on September 14, 2012. (Dkt. 8051.) On or after September 17, 2012, defendant may file a motion for summary judgment based on the three-part "yardstick" test developed and applied by this Court in other AWP-related matters.

2. **PLAINTIFF'S MOTION TO REMAND THIS ACTION TO THE DISTRICT OF SOUTH CAROLINA.**

At the conclusion of fact discovery, plaintiff may renew its motion to remand this action to the federal district court in South Carolina.

So ORDERED, this ___14___ day of ___March___, 2012.

Judge Patti B. Saris