UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ASTRAZENECA SETTLEMENT | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

# DECLARATION OF EDWARD NOTARGIACOMO REGARDING LANSING CLAIM

I, Edward Notargiacomo, duly declare as follows:

1. I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Boston office, and I am part of the Co-Lead Class Counsel team for the plaintiffs in the above-captioned matter. I submit this declaration in support of Lead Class Counsel's Response to the Court's March 16, 2012 Order Regarding Mr. Lansing.

2. We have been in contact with the Claims Administrator, Rust Consulting, in regard to the claims filed by Mr. Lansing in the AstraZeneca Settlement. In addition, I spoke with Mr. Lansing by phone several times. The last such conversation occurred on February 22, 2012. At that time I had received the "Good Faith Estimate for Mary Lesniewski," provided by Mr. Lansing. I explained that in addition to his estimate he would need to provide evidence of at least some of the underlying payments or administrations from which his calculations were derived. I explained that in order to make the estimate Mr. Lansing probably consulted underlying documents in order to provide details behind the administrations he identified in his

estimate. Mr. Lansing stated that he would gather additional information, but to date has not provided any additional evidence.

3. Given the circumstances surrounding this claim, we believe that another check should not be issued unless Mr. Lansing provides adequate documentation demonstrating that the claimed Zoladex administrations were in fact made to Mary Lesniewski.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of March, 2012.

_____
EDWARD NOTARGIACOMO

## CERTIFICATE OF SERVICE

       I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF EDWARD NOTARGIACOMO REGARDING LANSING CLAIM,** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 22, 2012, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                    By   **/s/ Steve W. Berman**
                                            Steve W. Berman
                                            **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                            1918 8th Avenue, Suite 3300
                                            Seattle, WA  98101
                                            (206) 623-7292