# EXHIBIT B

TO: ED NOTARGIACOMO          FAX: 1-617-482-3003

FROM: A. E. LANSING

RE: GOOD FAITH ESTIMATE FOR MARY LESNIEWSKI

```
                                                    $
ZOLADEX 10.8MG FOR 13 MONTHS @ 1274 =           16562
ZOLADEX 3.6 MG FOR 1 MONTH @ 530 =                530
                                 TOTAL        $ 17092
PREVIOUSLY PAID TO MARY                       - $ 11096
REMAINDER OF ORIGINAL CLAIM DUE MARY            $ 5996
```

TO THE BEST OF MY ABILITY THIS IS THE PRO-FORMA OBLIGATION THAT SHOULD HAVE BEEN SUBMITTED IN ORIGINAL CONTENT.

2/23/2012                                         *Alan Lansing*

*[signature]*

Sworn to and Subscribed before me this
23 day of Feb - 12 - 2012