**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | |

**DECLARATION OF SHAMIR PATEL IN SUPPORT OF BAXTER HEALTHCARE CORPORATION'S RESPONSE TO STATEMENT OF THE UNITED STATES IN RESPONSE TO THE ELECTRONIC ORDER OF FEBRUARY 24, 2012**

I, Shamir Patel, duly declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in the State of New York and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for Defendant Baxter Healthcare Corporation. I am familiar with all of the facts and circumstances herein. I make this declaration in support of Baxter Healthcare Corporation's Response to Statement of the United States in Response to the Electronic Order of February 24, 2012 in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Brief of the Appellee United States, filed November 16, 2011, in the United States Court of Appeals for the District of Columbia Circuit in the matter of *United States ex rel. Schweizer v. Oce N.V.*, 681 F. Supp. 2d 64 (D.D.C. 2010), *argued*, No. 11-7030 (1st Cir. Jan. 13, 2012).

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.

DATED this 23rd day of MARCH 2012.

        Respectfully submitted,

        <u>/s/ Shamir Patel</u>
        Merle DeLancey
        J. Andrew Jackson
        Shamir Patel
        **DICKSTEIN SHAPIRO LLP**
        1825 Eye Street, NW
        Washington, DC  20006
        Telephone:  (202) 420-2200
        Facsimile:   (202) 420-2201

        Counsel for Defendant Baxter Healthcare Corporation

DSMDB-3042969v1

## CERTIFICATE OF SERVICE

      I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing Declaration of Shamir Patel in Support of Baxter Healthcare Corporation's Response to Statement of the United States in Response to the Electronic Order of February 24, 2012, to be delivered to all counsel of record by electronic service via ECF and LexisNexis File & Serve, on March 23, 2012 for posting and notification to all parties.

                **/s/ Shamir Patel**  
                Shamir Patel  
                **DICKSTEIN SHAPIRO LLP**  
                1825 Eye Street NW  
                Washington, DC  20006  
                 Telephone:    (202) 420-2200  
                 Facsimile:    (202) 420-201