UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: <br><br> TRACK TWO SETTLEMENT | Judge Patti B. Saris |

**LEAD CLASS COUNSEL'S MOTION FOR REFERRAL
OF FEE DISPUTE TO BINDING ARBITRATION**

Counsel Kline & Specter ("K&S"), Adam Levy, the Williams Law Firm and the firm of Jennings, Haug & Cunningham ("Jennings") have filed motions with the Court asking, among other things, to be awarded fees for time and expenses incurred in non-MDL cases (*see* Dkt. Nos. 7908, 7923, and 7941). Levy and Jennings also requested an award of fees for time and expenses incurred in the MDL. A mediation was held on March 8, 2012 with the assistance of Professor Eric Green, and settlements were reached with Levy and Jennings.[1]

K&S's and Williams' claim for time and expenses incurred in non-MDL cases persists. The purported agreement under which K&S and Williams claim this unwarranted windfall provides that the dispute must be submitted to binding arbitration if agreement is not reached:

> The compensation of the current co-leads and Kline & Specter for time and costs will be by mutual agreement. If agreement cannot be achieved, compensation will be set by binding arbitration. The arbitrator will be selected by agreement. If agreement cannot be achieved on the identity of the arbitrator, the arbitrator will be selected by the presiding judge of the case in which there is no agreement. … [*See* Dkt. No. 8024-1.]

---

[1] The settlement payment to Levy will not include any time or expenses for non-MDL work. By agreement, he will withdraw his joinders/motions on or before March 28, 2011. The settlement with Jennings involved only a very small payment for non-MDL work ($10,000). Jennings has withdrawn from any further participation in the pending motions. See Dkt. No. 8100. The settlement payment to Don Haviland, likewise, did not include any money for non-MDL time and expense.

We have been unable to agree upon the arbitrator, and Lead Class Counsel respectfully move the Court for an order appointing the Honorable Nancy Gertner (retired) as the arbitrator to resolve this dispute.  As a former Judge for the United States District Court for the District of Massachusetts, Judge Gertner has experience not only in class action litigation but also with lead counsel structures and how complex class cases involving many counsel are managed.  This will make Judge Gertner an ideal candidate to serve as arbitrator here.  We also believe that the arbitrator should be familiar with practices in the United States District Court for the District of Massachusetts, which serves as an additional reason supporting the selection of Judge Gertner.

DATED:  March 26, 2012                       By      /s/ Steve W. Berman
        Thomas M. Sobol (BBO#471770)
        Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **LEAD CLASS COUNSEL'S MOTION FOR REFERRAL OF FEE DISPUTE TO BINDING ARBITRATION** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 26, 2012, a copy to LexisNexis File and Serve for Posting and notification to all parties

By  /s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 8th Avenue, Suite 3300
Seattle, WA  98101
(206) 623-7292