UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

**NOTICE OF MOVANT LEVY'S WITHDRAWAL OF ALL MOTIONS AND JOINDER IN MOTIONS FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby withdraw their Motion for Modification of Lead Counsel's Allocation of Fees and Reimbursement of Expenses to Include Uncounted Time and Expense Incurred Directly in this MDL and Notice of Joinder and Amended Notice of Joinder in Motion for Modification of Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions.

Dated: March 27, 2012            /s/ Adam S. Levy
                                 Adam S. Levy
                                     AND
                                 Law Office of Adam S. Levy, LLC

                                 P.O. Box 88
                                 Oreland, PA 19075
                                 (267) 994-6952

2

## CERTIFICATE OF SERVICE

   I hereby certify that on March 27, 2012, I caused an electronic copy of the foregoing **NOTICE OF MOVANT LEVY'S WITHDRAWAL OF ALL MOTIONS AND JOINDER IN MOTIONS FOR MODIFICATION OF LEAD COUNSEL'S ALLOCATION OF FEES AND REIMBURSEMENT OF EXPENSES** to be filed of record and served on all interested counsel via the Court's CM/ECF system.

                 /s/ Adam S. Levy_____