UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No.  1456<br><br>Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**RESPONSE OF KENT WILLIAMS TO LEAD COUNSEL'S
MOTION FOR REFERRAL OF FEE DISPUTE TO BINDING ARBITRATION**

Kent Williams was not a party to the written agreement between Lead Counsel and Kline & Specter, and he did not otherwise agree to arbitrate any fee disputes with Lead Counsel. Williams seeks relief in this Court because in September of 2007, this Court took jurisdiction over the overlapping state court claims, by ordering that they be dismissed in favor of this forum. For this reason, and for the reasons previously stated in support of his motion, Williams respectfully requests that this Court render a decision on his motion for payment of fees and expenses incurred in litigating said claims.

Dated:  March 29, 2012         /s/ Kent M. Williams
                               Kent M. Williams
                               WILLIAMS LAW FIRM
                               1632 Homestead Trail
                               Long Lake, MN  55356
                               (763) 473-0314

                               ONE OF THE CLASS COUNSEL FOR
                               PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **RESPONSE OF KENT M. WILLIAMS TO LEAD COUNSEL'S MOTION FOR REFERRAL TO ARBITRATION** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  March 29, 2012                      /s/ Kent M. Williams