UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Patti B. Saris |

## CLASS COUNSELS' MOTION FOR APPROVAL OF ADDITIONAL INCENTIVE AWARDS

Class Counsel seeks the Court's approval to pay incentive awards to three additional Track 2 Consumer Representatives, Mariella Leday, Thomas Trusky and Agnes Swayze. Their names were inadvertently left off the prior Final Approval Order submitted by lead counsel to this Court in November. Class Counsel proposes to pay these incentive awards from the attorneys' fees the Court has previously awarded to Class Counsel, as opposed to taking additional funds from the consumer settlement fund.

This Court previously approved Leday, Trusky and Swayze as Class Representatives in its Order of August 30, 2011 (Docket No. 7775). However, class counsel accidentally failed to include them on the list of Class Representatives who were seeking awards when a revised Final Approval Order for the Track II settlement was submitted to the Court on December 2, 2011 (Docket No. 7963), *See* paragraph #19, pp 13-14. Thus the Final Approval Order signed by the Court on December 8, 2011 (Docket No. 7979) does not include these three Plaintiffs.

Attached as Exhibit A, B and C to the Declaration of John Macoretta are Affidavits from Swayze, Leday and Trusky, indicating the amount of time they spent in

the case and their requested compensation of $1,200, $900.00 and $4,400.00, respectively, based on the Court sanctioned rate of $100.00 per hour. As stated in their respective Affidavits, all three Plaintiffs did work discussing the case, reviewing documents and discussing the various changes and recalculations of the Track II settlement. All three also searched for and provided their medical records to support their status as Class Representatives.

The Court will remember that Plaintiff Agnes Swayze also served as the BMS Class Representative, and has been involved in the case for several years. Similarly, Plaintiff Thomas Trusky has been involved in the litigation for a substantial amount of time. Plaintiff Mariella Leday was added as a Class Representative only in 2011, when the number and status of Class Representatives was brought into question by objectors to the Track II settlement.

The Defendants take no position as to the relief requested by this motion.

WHEREFORE, Plaintiffs' counsel asks that the Court approve incentive awards to Agnes Swayze in the amount of $1,200.00, Mariella Leday in the amount of $900.00 and Thomas Trusky in the amount of $4,400.00.

DATED: April 2, 2012

By  /s/ **Jeffrey Kodroff**
Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Patti B. Saris |

### CERTIFICATE OF SERVICE

Counsel for the Plaintiffs hereby certifies that a true and correct copy of Counsels' Motion for Approval of Additional Incentive Awards was served electronically on all counsel of record on April 2, 2012.

DATED: April 2, 2012

By  /s/ **Jeffrey Kodroff**
Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

4

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**