## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Patti B. Saris |

## DECLARATION OF JOHN A. MACORETTA

I, John A. Macoretta certify as follows:

1.        I am a partner at Spector Roseman Kodroff & Willis, and co-lead counsel for Plaintiffs.  I submit this Declaration in support of Plaintiffs' Supplemental Opposition to the Williams Motion to Modify Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in State Court Actions.

2.        Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Agnes B. Swayze, dated March 20, 2012, detailing her activities in connection with the Track II settlement.

3.        Attached hereto as Exhibit B is a true and correct copy of the Affidavit of Mariella Leday, dated March 20, 2012, detailing her activities in connection with the Track II settlement.

4.      Attached hereto as Exhibit C is a true and correct copy of the Affidavit of John Trusky, dated March 20, 2012, detailing her activities in connection with the Track II settlement.

Dated:  April 2, 2012                                       By:    /s/ John A. Macoretta
                                                                          **John A. Macoretta, Esquire**
                                                                          Spector Roseman Kodroff
                                                                          & Willis, P.C.
                                                                          1818 Market Street – Suite 2500
                                                                          Philadelphia, PA   19103
                                                                          Telephone:  (215) 496-0300
                                                                          Facsimile:   (215) 496-6611