# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### AFFIDAVIT OF AGNES SWAYZE

I, Agnes B. Swayze, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. My name is Agnes B. Swayze and I live in Lancaster, California. I have personal knowledge of the facts stated below and will testify in court to the same if called upon to do so.

2. I am one of the Class 1 representatives for the Settlement with the Track 2 Defendants. I have been approved by the Court as a representative of the consumer classes for the settlements with both BMS and the Track 2 Defendants.

3. I filed an earlier Affidavit listing the time I spent in connection with the BMS case (28 hours). In addition to that time I have spent several hours working with counsel in regards to the Track 2 Settlement.

4. I did not make contemporaneous records of my time as an attorney would. The following chart, however, reflects my best estimate of the time I spent on various activities throughout the case.

| Activity | Hours |
|---|---|
| Discussing the details of the Track 2 case and proposed settlement with counsel, reviewing the settlement agreements and their various modifications and discussing those pleadings with counsel. | 5 hours |
| Searching for, gathering and forwarding payment records, including cancelled checks. | 4 hours |
| Reviewing and executing Affidavits in support of the various changes to the Track 2 Settlement and monitoring status of litigation. | 3 hours |
| Total Hours Expended | 12 hours |

5. I understand from Co-Lead Counsel that the Court has indicated that a fair rate for reimbursement for time spent on this litigation by class representatives might be $100.00 per hour. At the rate of $100.00 per hour, the value of the time I spent as the Track 2 Class representative is equal to $1,200.00.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Date: March 20, 2012

_____
Agnes B. Swayze

2