# EXHIBIT "B"

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### AFFIDAVIT OF MARIELLA LADAY

I, Mariella Laday, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1.  I am a resident of the State of Georgia. I have personal knowledge of the facts stated below and will testify in court to the same if called upon to do so.

2.  I serve as one of the Track 2 Class Representatives.

3.  During the course of this litigation I have spent 9 hours working with attorneys for the plaintiffs to locate records, draft and edit affidavits, and review pleadings in order to assist in the prosecution of the case.

4.  Reviewing and gathering records and canceled checks were extremely time consuming.

5.  I did not make contemporaneous records of my time as an attorney would; however, I provided my best estimates of the time expended.

6.  Based on the Court's awarding Class Representatives compensation at the rate of One Hundred Dollars ($100.00) per hour, I respectfully request a stipend in the amount of Nine Hundred Dollars ($900.00).

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 16, 2012                    /s/ Mariella Foday