# EXHIBIT "C"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | MDL No. 1456 <br><br> Master File No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### AFFIDAVIT OF THOMAS TRUSKY

I, Thomas Trusky, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. I am a resident of the Commonwealth of Pennsylvania. I have personal knowledge of the facts stated below and will testify in court to the same if called upon to do so.

1. I serve as the one of the Track 2 Class Representatives on behalf of the estate of my late wife, Theresa Trusky.

2. I began discussing the possibility of the becoming a plaintiff in this case with the attorneys for the plaintiffs in the winter of 2009.

3. During the course of this litigation I have spent 44 hours working with attorneys for the plaintiffs to locate records, draft and edit affidavits, review pleadings and numerous other matters to assist in the prosecution of the case.

4. Reviewing records and claims data and searching for payment information was extremely time consuming.

5. I did not make contemporaneous records of my time as an attorney would; however, I provided my best estimates of the time we expended.

6. Based on the Court's awarding Class Representatives compensation at the rate of One Hundred Dollars ($100.00) per hour, I respectfully request a stipend in the amount of Four Thousand Four Hundred Dollars ($4400.00).

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 21, 2012

*Thomas Trusky*
Thomas Trusky