4/2/2012 Allowed with respect to heuris and Specter. Paris B Saris

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| TRACK TWO SETTLEMENT | |

### LEAD CLASS COUNSEL'S MOTION FOR REFERRAL OF FEE DISPUTE TO BINDING ARBITRATION

Counsel Kline & Specter ("K&S"), Adam Levy, the Williams Law Firm and the firm of Jennings, Haug & Cunningham ("Jennings") have filed motions with the Court asking, among other things, to be awarded fees for time and expenses incurred in non-MDL cases (*see* Dkt. Nos. 7908, 7923, and 7941). Levy and Jennings also requested an award of fees for time and expenses incurred in the MDL. A mediation was held on March 8, 2012 with the assistance of Professor Eric Green, and settlements were reached with Levy and Jennings.[1]

K&S's and Williams' claim for time and expenses incurred in non-MDL cases persists. The purported agreement under which K&S and Williams claim this unwarranted windfall provides that the dispute must be submitted to binding arbitration if agreement is not reached:

> The compensation of the current co-leads and Kline & Specter for time and costs will be by mutual agreement. If agreement cannot be achieved, compensation will be set by binding arbitration. The arbitrator will be selected by agreement. If agreement cannot be achieved on the identity of the arbitrator, the arbitrator will be selected by the presiding judge of the case in which there is no agreement. ... [*See* Dkt. No. 8024-1.]

---

[1] The settlement payment to Levy will not include any time or expenses for non-MDL work. By agreement, he will withdraw his joinders/motions on or before March 28, 2011. The settlement with Jennings involved only a very small payment for non-MDL work ($10,000). Jennings has withdrawn from any further participation in the pending motions. *See* Dkt. No. 8100. The settlement payment to Don Haviland, likewise, did not include any money for non-MDL time and expense.

001534-16 511686 V1                          - 1 -