UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### RESPONSE OF KENT WILLIAMS TO LEAD COUNSEL'S MOTION FOR REFERRAL OF FEE DISPUTE TO BINDING ARBITRATION

Kent Williams was not a party to the written agreement between Lead Counsel and Kline & Specter, and he did not otherwise agree to arbitrate any fee disputes with Lead Counsel. Williams seeks relief in this Court because in September of 2007, this Court took jurisdiction over the overlapping state court claims, by ordering that they be dismissed in favor of this forum. For this reason, and for the reasons previously stated in support of his motion, Williams respectfully requests that this Court render a decision on his motion for payment of fees and expenses incurred in litigating said claims.

Dated: March 29, 2012

/s/ Kent M. Williams
Kent M. Williams
WILLIAMS LAW FIRM
1632 Homestead Trail
Long Lake, MN 55356
(763) 473-0314

ONE OF THE CLASS COUNSEL FOR PLAINTIFFS

---

4/2/2012

The Court refers this matter for nonbinding arbitration to the magistrate judge. I suggest you agree to arbitration before Judge Gertner, at least on nonbinding basis.

Patti B. Saris