UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory 06-11337 Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys, Inc. a Florida Corporation, by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, vs. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) ) ) | |

**VEN-A-CARE OF THE FLORIDA KEYS, INC. STATUS REPORT APRIL 2, 2012**

Plaintiff and Relator, Ven-A-Care of the Florida Keys, Inc. ("VAC"), submits the following report to the Court regarding the status of this action:

1.   On February 29, 2012, at the request of the parties, the Court entered an Order of Dismissal With Prejudice of Remaining Claims Against Mylan.  With this settlement and dismissal, VAC has concluded all of its cases in this MDL.

2.   The only remaining outstanding matters are payment of relator shares by the United States in connection with the following settlements:

   a.   The relator's share of the federal portion of the Mylan/California Settlement funded by Mylan on February 24, 2012;

   b.   The relator's share of the federal portion of the Actavis/Multi-state Settlement funded by Actavis on December 28, 2011; and

   c.   The relator's share of the federal portion of the Actavis/Texas Settlement funded by Actavis on December 21, 2011.

3.   On September 22, 2011, VAC and the US entered into a Relator Share Agreement ("Agreement") providing for the percentages and amounts of relator shares in connection with, among other settlements, the Mylan/California and

Actavis/Multi-state Settlements.  The Agreement states that "the United States will make each respective payment within a reasonable time after the United States' receipt of the respective recovery amounts from the Defendants."

4. Counsel for the Department of Justice ("DOJ") has informed VAC counsel that all necessary approvals for payment of the relator shares in connection with the Mylan/California and Actavis/Multi-state Settlements have been given by the responsible DOJ officials, HHS-OIG has confirmed that it has no objections, and payment will be shortly forthcoming.  DOJ counsel has further advised VAC counsel that HHS-OIG has no objection to payment of the relator's share of the federal portion of the Actavis/Texas settlement, and that appropriate action has been taken to obtain the remaining necessary approvals of the responsible DOJ officials for payment of the relator's share of that settlement concurrently with the federal relator share from the Actavis/Multi-State Settlement.

5. In view of the above, VAC anticipates that all remaining relator share payments will be made by the United States within the next 45 days.  VAC will keep the Court apprised of the status of these remaining matters and will promptly inform the Court upon receiving payment of the remaining relator shares.

        Respectfully submitted,

        JAMES J. BREEN
        Florida Bar No. 297178
        The Breen Law Firm, P.A.
        P.O. Box 297470
        Pembroke Pines, Florida 33029-7470
        (954) 874-1635
        (954) 874-1705 (FAX)

        GOODE CASSEB JONES
        RIKLIN CHOATE & WATSON, P.C.
        P.O. Box 120480
        San Antonio, Texas 78212
        (210) 733-6030
        (210) 733-0330 - Fax

        By:    /s/ Rand J. Riklin
            Rand J. Riklin (TX Bar No. 16924275)
            John E. Clark (TX Bar No. 04287000)

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I, Rand J. Riklin, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on April 2, 2012, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

By:   /s/ Rand J. Riklin
         Rand J. Riklin