UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION </br></br>THIS DOCUMENT RELATES TO:</br></br>  *The City of New York, et al.*</br>  *v.*</br>  *Abbott Laboratories, Inc., et al.* | ) MDL NO. 1456</br>) Civil Action No. 01-12257-PBS</br>) Subcategory No. 03-10643</br>)</br>) Judge Patti B. Saris</br>) |

## APRIL 2012 STATUS REPORT ON BEHALF OF
## THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for April 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: April 2, 2012

                                        Respectfully submitted,

                                        **City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

                                        **KIRBY McINERNEY, LLP**
                                        825 Third Avenue
                                        New York, New York 10022
                                        (212) 371-6600

              By:   /s/ Joanne M. Cicala_____
                        Joanne M. Cicala

1

2

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

2

**April 2012 Status Report on Behalf of the
City of New York and New York Counties**

**Voluntary Dismissal of Claims**

On March 5, 2012, plaintiffs filed a notice of voluntary dismissal with prejudice of claims against defendants Hoffman-La Roche, Inc. and Roche Laboratories, Inc. *See* Docket No. 8092.

**Settlement Orders of Dismissal**

On February 16, 2012 the court entered plaintiffs and defendants' third joint motion to extend the settlement order of dismissal as to King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical Inc., Roche Laboratories Inc., and Hoffman-La Roche Inc.  The order provides that claims against these defendants shall be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action by May 3, 2012 if settlement is not consummated. *See* the Court's February 16, 2012 Electronic Order.

On March 5, 2012, the court entered plaintiffs' and defendant Sandoz, Inc.'s joint motion to extend the 120-day settlement order of dismissal of claims against defendant Sandoz, Inc.  The order provides that claims against Sandoz shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action by April 13, 2012 if settlement is not consummated.   *See* Docket No. 8093, Sub-docket No. 326.

**CERTIFICATE OF SERVICE**

I, Kathryn B. Allen, hereby certify that on the 2nd day of April 2012, I caused a true and correct copy of the above April 2012 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: April 2, 2012

    /s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600