UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**KLINE & SPECTER, P.C.'S MOTION FOR CLARIFICATION OF ORDERS REGARDING MOTION FOR MODIFICATION OF FEE ALLOCATION**

On November 17, 2011, Kline & Specter, P.C. ("Kline & Specter") filed a Motion for Modification of Fee Allocation, seeking court intervention in a dispute among Lead Counsel, Kline & Specter, the Williams Law Firm, Adam S. Levy, and Jennings, Haug & Cunningham, LLP ("Jennings Haug") regarding the proposed fee allocation. Since the filing of that motion, Jennings Haug and Mr. Levy have settled their dispute with lead counsel.

On April 2, 2012, the Court entered an Order that appears to submit the dispute to binding arbitration as per the 2005 agreement between Kline & Specter and lead counsel: "Allowed with respect to Kline and Specter." It is not clear who shall be the arbitrator. The Court also issued an Order on that same day referring Mr. Williams' dispute for nonbinding arbitration to the magistrate judge.

On April 2, 2012, the Court entered an Electronic Order referring the Motion for Modification of Fee Allocation "filed by All Plaintiffs" to Magistrate Judge Bowler.

Kline & Specter respectfully requests clarity on whether its dispute with Lead Counsel is now subject to binding arbitration and, if so, who shall be the arbitrator.

Respectfully,

*/s/ Kila B. Baldwin*

SHANIN SPECTER, ESQUIRE
KILA B. BALDWIN, ESQUIRE
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772 1000

Dated: April 5, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this date, April 5, 2012, Kline & Specter, P.C.'s Motion for Clarification of Orders Regarding Motion for Modification of Fee Allocation was duly filed with the Court through ECF and served on all counsel of record, via Lexis/Nexis File & Serve.

/s/ Barbara Carberry