# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> CIVIL ACTION NO. 01-CV-12257-PBS <br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF THOMAS J. BONE

Notice is hereby given of the withdrawal of appearance of Thomas J. Bone as counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter.

Dated:   April 9, 2012

Respectfully Submitted,

By:   */s/ Thomas J. Bone*
Thomas J. Bone (BBO #666688)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
Tel:  (617) 832-1000
Joel M. Cohen, Esq. (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on April 9, 2012 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                       */s/ Thomas J. Bone*
                                       Thomas J. Bone

B3970407v1