UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: <br><br> *The City of New York, et al.,* <br><br> *v.* <br><br> *Abbott Laboratories, et al.* ) ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

### [PROPOSED] ORDER ON JOINT MOTION TO AMEND THE ORDERS OF DISMISSAL AS TO SANDOZ INC.

Saris, U.S.D.J.

The Court having reviewed the Joint Motion to Amend the Orders of Dismissal As To Sandoz Inc. and having been advised that additional time is needed to obtain required signatures provided for by the settlement between the County of Nassau and defendant Sandoz Inc. in the above-entitled action:

IT IS HEREBY ORDERED that the time period to reopen the action if settlement is not consummated is extended up to and including April 20, 2012.

Entered ___ day of April, 2012.

_____
THE HONORABLE PATTI B. SARIS, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Ross B. Brooks, hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] ORDER ON JOINT MOTION TO AMEND THE ORDERS OF DISMISSAL AS TO SANDOZ, INC.** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated: April 12, 2012                    ___/s/ *Ross B. Brooks*_____
                                                                    Ross B. Brooks