UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), kindly withdraw the appearance of Andrew T. Boone of the law firm Williams & Connolly LLP, as counsel for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (collectively, "Par"). Williams & Connolly LLP, through Paul K. Dueffert and others, will continue in its representation of Par.

Dated: April 24, 2012

                                        Respectfully Submitted,

                                        /s/ Andrew T. Boone
                                        Andrew T. Boone
                                        Williams & Connollly LLP
`                                        725 Twelfth St., N.W.
                                        Washington, DC 20005
                                        Telephone 202-434-5000
                                        Facsimile 202-434-5029

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all counsel of record through the Court's CM/ECF system on April 24, 2012.

                                        /s/ Andrew T. Boone