UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Patti B. Saris |

## CLASS COUNSEL'S MOTION TO DESTROY DOCUMENTS

Class Counsel seeks the Court's approval to destroy all documents relating to this matter in light of the Court's final approval of the Track II Settlement, the last remaining part of the litigation, which was entered on December 8, 2012. The documents sought to be destroyed include those from both the Track I and Track II litigations. This Court issued a protective order on December 13, 2002 (D. 276), which contemplates the destruction of such documents.

During the course of the litigation, Class Counsel accumulated voluminous boxes containing various documents, including confidential documents produced by the defendants during the course discovery, deposition transcripts, briefs, exhibits, and correspondences. Class Counsel also accumulated electronic discovery from defendants and third parties throughout the litigation. The destruction of these documents will greatly reduce the administrative expenses associated with storing the records.

Class Counsel has conferred with Defense Counsel pursuant to Local Rule 7.1(a)(2), and Defense Counsel has agreed to the destruction of those confidential documents which it produced to Class Counsel during the course of discovery.

WHEREFORE, Class Counsel hereby requests permission from the Court to destroy those documents that it has accumulated as a result of this litigation.

DATED:  April 26, 2012     By____/s/ **Jeffrey Kodroff**_____
Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Patti B. Saris |

## CERTIFICATE OF SERVICE

Counsel for the Plaintiffs hereby certifies that a true and correct copy of Class Counsel's Motion to Destroy Documents was served electronically on all counsel of record on April 26, 2012.

DATED: April 26, 2012

By   /s/ Jeffrey Kodroff
Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**