IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Hemoglobin Therapeutics; Baxter International Inc.; Baxter Healthcare Corporation* _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) )  MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 Judge Patti B. Saris |

## NOTICE OF FILING

TO:   All Counsel of Record

   PLEASE TAKE NOTICE that on April 30, 2012, we filed with the Clerk of the United States District Court for the District of Massachusetts the **DECLARATIONS OF DAVID J. CHIZEWER, TERRY F. MORITZ, and FREDERICK M. MORGAN, JR.**

Dated:  April 30, 2012

                    /s/ David J. Chizewer
                    David J. Chizewer

Terry F. Moritz
David J. Chizewer
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 30, 2012, he caused true and correct copies of the foregoing **DECLARATIONS OF DAVID J. CHIZEWER, TERRY F. MORITZ, and FREDERICK M. MORGAN, JR.** to be served via the Court's ECF/electronic mailing system and LexisNexis File & Serve upon all parties of record.

    /s/ David J. Chizewer
David J. Chizewer