IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL ) | |
| INDUSTRY AVERAGE ) | |
| WHOLESALE PRICE LITIGATION ) | MDL No. 1456 |
| _____ ) | Master File No. 1:01-CV-12257-PBS |
| ) | Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: ) | |
| *United States ex rel. Linnette Sun and* ) | Judge Patti B. Saris |
| *Greg Hamilton, Relators* ) | |
| *v.* ) | |
| *Baxter Hemoglobin Therapeutics;* ) | |
| *Baxter International Inc.; Baxter* ) | |
| *Healthcare Corporation* ) | |
| _____ ) | |

## DECLARATION OF FREDERICK M. MORGAN, JR.

1.   I am an attorney licensed to practice before the Supreme Court of Ohio and various federal courts. Although I have not yet sought admission *pro hac vice* in the matter of *ex rel. Sun v. Baxter*, I have been retained to serve as co-counsel in the case. I am admitted to practice *pro hac vice* before this Court in *U.S. ex rel. Hutcheson v. Blackstone Medical, Inc.*, No. 1:06-cv-11771-WGY.

2.   I attended the hearing before the Court on April 25, 2012.

3.   I was participating in the litigation of this matter in the Fall of 2011, when Baxter's motion for summary judgment was filed.

4.   I reviewed the settlement agreement in the Ven-A-Care case against Baxter at or about the time it was filed. I saw nothing in that contract to suggest that it had any impact upon the claims of the relators in this case.

-2-

5. Although I understood that there might be first-to-file issues with respect to Recombinate only, which would have to be dealt with, I had no notice, formal or informal, and no knowledge, information, or belief that any participant in this matter believed or intended to assert that a settlement negotiated with respect to the allegations of the Ven-A-Care case could in any way impact the rights of the relators in this case to litigate their claims to conclusion.

5. I have represented relators in settlement of at least 10 cases in which the United States did not intervene. When the government declines to intervene in a case, it advises relator's counsel that the government will release the defendant only for the specific allegations of the complaint.

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 30, 2012.

Respectfully submitted,

/s/ Frederick M. Morgan, Jr.
Frederick M. Morgan, Jr.
Morgan Verkamp LLC
700 Walnut Street, Suite 400
Cincinnati, Ohio  45202
Tel:  (513) 651-4400
Fax:  (513) 651-4405
Email:  rmorgan@morganverkamp.com