UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO<br>United States ex rel. Linnette Sun and Greg Hamilton, Relators<br>v.<br>Baxter Healthcare Corporation | Judge Patti B. Saris |

## DECLARATION OF LAUREN UDDEN

I, Lauren Udden, under the penalties provided for in 28 U.S.C. §1746 hereby certify that the following is true and correct:

1. I am an attorney duly licensed to practice before all courts in the state of California and am one of the attorneys of record for relators herein. As such I am admitted to practice before this court *pro hac vice*.

2. Baxter filed its motion for summary judgment on October 19, 2011. Until Baxter filed its motion for summary judgment, I had no notice that Baxter was taking the position that its settlement with Ven-A-Care released Relator's claims in this lawsuit. I had not been informed of this by Baxter, by Ven-A-Care, or, by the Government, which has already told this Court that it, too, did not understand the Ven-A-Care settlement to have released the Relator's claims regarding Advate.

1

3. Before Baxter's summary judgment motion, no one ever told me that they believed that the Baxter / Ven-A-Care settlement covered the Sun/Hamilton Relators' claims.

4. On October 7, 2011 I saw notice of the proposed Ven-A-Care settlement via the Lexis-Nexis filing service and notified Mr. Kleiman

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.

Executed this 30th day of April, 2012 at Santa Barbara, California.

Lauren Udden

2

## CERTIFICATION OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **DECLARATION OF LAUREN UDDEN** to be delivered by electronic service via the Court's ECF/electronic mailing system and LexisNexis File & Serve on all counsel of record on May 1, 2012.

/s/ Mark Kleiman
Mark Kleiman