UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory 06-11337 Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys, Inc. a Florida Corporation, by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, vs. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) ) | |

**VEN-A-CARE OF THE FLORIDA KEYS, INC. STATUS REPORT MAY 1, 2012**

Plaintiff and Relator, Ven-A-Care of the Florida Keys, Inc. ("VAC"), submits the following report to the Court regarding the status of this action:

1.  On February 29, 2012, at the request of the parties, the Court entered an Order of Dismissal With Prejudice of Remaining Claims Against Mylan. With this settlement and dismissal, VAC has concluded all of its cases in this MDL.

2.  The only remaining outstanding matters are payment of relator shares by the United States in connection with the following settlements:

    a.  The relator's share of the federal portion of the Actavis/Multi-state Settlement funded by Actavis on December 28, 2011; and

    b.  The relator's share of the federal portion of the Actavis/Texas Settlement funded by Actavis on December 21, 2011.

3.  On September 22, 2011, VAC and the US entered into a Relator Share Agreement ("Agreement") providing for the percentages and amounts of relator shares in connection with, among other settlements, the Actavis/Multi-state Settlement. The Agreement states that "the United States will make each respective payment within a reasonable time after the United States' receipt of the respective recovery amounts from the Defendants."

4.      As stated in the April 2, 2012 Status Report, counsel for the Department of Justice ("DOJ") previously informed VAC counsel that all necessary approvals for payment of the relator's share of the Actavis/Multi-state Settlement have been given by the responsible DOJ officials.  Today, DOJ counsel informed VAC counsel that all necessary approvals for payment of the relator's share of the federal portion of the Actavis/Texas Settlement have been given by the responsible DOJ officials.

5.      In view of the above and based upon recent communications with DOJ counsel, VAC anticipates that the remaining relator share payments will be made by the United States within the next four (4) weeks.  VAC will keep the Court apprised of the status of these remaining matters and will promptly inform the Court upon receiving payment of the remaining relator shares.

                      Respectfully submitted,

                      JAMES J. BREEN
                      Florida Bar No. 297178
                      The Breen Law Firm, P.A.
                      P.O. Box 297470
                      Pembroke Pines, Florida 33029-7470
                      (954) 874-1635
                      (954) 874-1705 (FAX)

                      GOODE CASSEB JONES
                      RIKLIN CHOATE & WATSON, P.C.
                      P.O. Box 120480
                      San Antonio, Texas 78212
                      (210) 733-6030
                      (210) 733-0330 - Fax

                      By:     /s/ Rand J. Riklin
                            Rand J. Riklin (TX Bar No. 16924275)
                            John E. Clark (TX Bar No. 04287000)

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that I, Rand J. Riklin, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on May 1, 2012, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

                        By:    /s/ Rand J. Riklin
                                Rand J. Riklin