## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *State of Iowa*<br>*v.*<br>  *Abbott Laboratories Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 07-12141<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## MAY 2012 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for May 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  May 2, 2012

                Respectfully submitted,

                **KIRBY McINERNEY, LLP**
                825 Third Avenue
                New York, New York 10022
                (212) 371-6600

          By: /s/ Joanne M. Cicala_____
                Joanne M. Cicala

                *Counsel for the State of Iowa*

1

### May 2012 Status Report for the State of Iowa

**Settlement Order of Dismissal**

On February 16, 2012, the court entered plaintiff's and defendants' third joint motion to extend the settlement order of dismissal as to King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., and Par Pharmaceutical Inc.  The order provides that claims against these defendants shall be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action by May 3, 2012 if settlement is not consummated. *See* the Court's February 16, 2012 Electronic Order.

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 2nd day of May, 2012, she caused a true and correct copy of the above May 2012 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: May 2, 2012

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600