# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
|  | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Healthcare Corporation* | **EXHIBIT 1**<br>**FILED UNDER SEAL** |

## DECLARATION OF SHAMIR PATEL IN SUPPORT OF BAXTER'S RESPONSE TO THE COURT'S APRIL 25, 2012 ORDER REGARDING NOTICE

I, Shamir Patel, duly declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in the State of New York and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for Defendant Baxter Healthcare Corporation. I am familiar with all of the facts and circumstances herein. I make this declaration in support of Baxter's Response to the Court's April 25, 2012 Order Regarding Notice in the above-captioned action.

2. Attached hereto as Exhibit 1 (Filed Under Seal) is the Declaration of Merle M. DeLancey Jr.

3. Attached hereto as Exhibit 2 is a true and correct copy of the April 25, 2012 Hearing Transcript.

4. Attached hereto as Exhibit 3 is a true and correct excerpted copy of the November 8, 2011 Hearing Transcript.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Report from Lexis File and Serve of all filings served via Lexis for AWP MDL No. 1456 in the United States District Court for the District of Massachusetts for the period October 7 – October 17, 2012.

6. Attached hereto as Exhibit 5 is a true and correct excerpted copy of a Report from CM/ECF Master Docket 01-12257 for the period October 7 – October 17, 2012.

7. Attached hereto as Exhibit 6 is a true and correct excerpted copy of the January 21, 2010 Deposition of Greg Hamilton.

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated:  May 2, 2012                       __/s/ Shamir Patel_____
                                          Shamir Patel
                                          **DICKSTEIN SHAPIRO LLP**
                                          1825 Eye Street NW
                                          Washington, DC 20006
                                          Telephone:  (202) 420-2200
                                          Facsimile:  (202) 420-2201

                                          Counsel for Defendant Baxter Healthcare
                                          Corporation

# **CERTIFICATE OF SERVICE**

        I hereby certify that I, Shamir Patel, an attorney, electronically filed the foregoing Declaration of Shamir Patel in Support of Baxter's Response to the Court's April 25, 2012 Order Regarding Notice with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on May 2, 2012. I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties.

        **/s/ Shamir Patel**
        Shamir Patel
        **DICKSTEIN SHAPIRO LLP**
        1825 Eye Street NW
        Washington, DC 20006
        Telephone: (202) 420-2200
        Facsimile: (202) 420-2201