**Exhibit 3**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                              )
                                    )   CA No. 01-12257-PBS
PHARMACEUTICAL INDUSTRY AVERAGE     )   CA No. 08-11200-PBS
WHOLESALE PRICE LITIGATION          )   Pages 1 - 33
                                    ·)

MOTION HEARING

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
November 8, 2011, 3:00 p.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA   02210
(617)345-6787

7899ee7c-392e-4b1b-a049-817c08935026

1    A P P E A R A N C E S:

2

        MARK ALLEN KLEIMAN, ESQ., Attorney-At-Large,
3    2907 Stanford Avenue, Venice, California, 90292, for the
     Relators.
4
        TINA D. REYNOLDS, ESQ. and J. ANDREW JACKSON, ESQ.,
5    Dickstein Shapiro, LLP, 1825 Eye Street, NW, Washington, DC,
     20006-5403, for Baxter Healthcare.
6
        PETER E. GELHAAR, ESQ., Donnelly, Conroy & Gelhaar, LLP,
7    One Beacon Street, 33rd Floor, Boston, Massachusetts, 02108,
     for Baxter Healthcare.
8
     ALSO PRESENT:   Jennifer Vankamp, Esq.
9                    David J. Chizewer, Esq.
                     George B. Henderson, II, Esq.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7899ee7c-392e-4b1b-a049-817c08935026

1    December 1.  I mean --

2          MR. JACKSON:  They filed -- other than some written

3    discovery that we're responding to timely, they have not served

4    discovery on the government, for example, or any of the states,

5    and I don't think it's fair --

6          THE COURT:  Well, can I say, I'm not going to jump

7    into the discovery dispute right now.  I sort of understand

8    where they're coming from, in that at least -- to spend this

9    kind of money on discovery when I could throw them out, I get

10   it.  You're just going to have to do what you're going to have

11   to do.  December 1 is the cutoff, and you have to take care of

12   yourself.  I don't know when I'm going to rule, if in fact it's

13   continuing.  But, you know, I'm not going to start a brand-new

14   discovery period, that's for sure.  So you've got a

15   placeholder.  I'm not going to cut you off from doing it.  I

16   didn't think I was going to back into a whole discovery battle,

17   but I at least want to -- is any of that discovery on

18   Recombinate?

19         MR. JACKSON:  I think it's fair to say all the

20   state -- yes, your Honor, and we're okay with that.

21         THE COURT:  On the other one, I'm just less certain

22   because of that catchall, and there is some concern I have

23   about these cases, you know.  But it may be that they prevail

24   on the, or you prevail, on the merits of the thing if it's in

25   fact as clear as you say it is.  But, in any event, I will wait

7899ee7c-392e-4b1b-a049-817c08935026

1    with anticipation the legal briefs, whatever you want to do.

2    And if you decide you don't want to press the Recombinate, let

3    me know.  Otherwise, we'll rule on that too.  We're pretty far

4    along on the first-to-file issue.  It was the settlement that

5    took me by surprise.

6              MR. KLEIMAN:  It took us by surprise as well, your

7    Honor.  You know, my colleague points out that there is a

8    process by which relators can object to a settlement.  That

9    provision of the law assumes that the relators are notified of

10   the settlement.  The fact that we never heard a word about it

11   until it was finalized I think is at least --

12             THE COURT:  You're not a relator in that case.

13             MR. KLEIMAN:  I beg your pardon?

14             THE COURT:  You're not a relator in the Ven-A-Care

15   case.

16             MR. KLEIMAN:  Yeah, well, that's right, nor is one of

17   our drugs, Advate, part of that case, which is the point we're

18   trying to make.

19             THE COURT:  No, I understand, Advate is a different

20   animal.  Advate is a different animal.  I understand that.  So

21   I'm not putting my stake in the ground on Advate, but I am

22   strongly hinting that Recombinate is in trouble.

23             MR. KLEIMAN:  The only other thing I would add, your

24   Honor, my colleague is correct about the discovery the relators

25   have and have not gotten out.  I am loathe to drag personal

7899ee7c-392e-4b1b-a049-817c08935026