**Exhibit 4**

[Click to Print]                        Printed on: Monday, April 30, 2012 17:12:12 GMT-0400 (Eastern Daylight Time)

**Case History Search**
Search Created:
Monday, April 30, 2012 17:12:12
GMT-0400 (Eastern Daylight Time)

| **Court:** | MA US District Court E-Service | **Judge:** | Judge, MA District | **File & Serve Live Date:** | 9/12/2005 |
|---|---|---|---|---|---|
| **Division:** | N/A | **Case Number:** | All Cases-AWP | **Document(s) Filed:** | 21727 |
| **Case Type:** | Antitrust | **Case Name:** | A W P MDL No 1456 | **Date Range:** | 10/07/2011 to 10/17/2011 |

1-12 of 12 transactions     <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 40357204 | 10/14/2011 11:25 AM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Tina D Reynolds, Dickstein Shapiro | Discovery Document | Baxter Healthcare Corporation's Objections and Responses to Relators' Requests for Production of Documents | 0.1MB |
| 40347314 | 10/13/2011 5:31 PM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Mark Allen Kleiman, Kleiman, Mark Allen | Discovery Document | LINNETTE SUN'S PRODUCTION OF DOCUMENTS TO SUPPLEMENT HER OBJECTIONS AND RESPONSES TO BAXTER HEALTHCARE CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS | 16.6MB |
| 40319277 | 10/12/2011 4:32 PM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Steve Berman, Hagens Berman Sobol Shapiro LLP | Other Filed Document | Letter to Margaret Wild from Sean R. Matt | 0.1MB |
| 40310786 | 10/12/2011 1:15 PM EDT | Serve Only - Private | All Cases-AWP A W P MDL No 1456 | Robert B Funkhouser, Hughes Hubbard & Reed LLP-New York | Motion/Response | Defendant Merck Sharp & Dohme Corp.'s Motion for Withdrawal of Counsel | 0.1MB |
| 40298806 | 10/11/2011 6:42 PM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Mark Allen Kleiman, Kleiman, Mark Allen | Discovery Document | GREG HAMILTON'S PRODUCTION OF DOCUMENTS TO SUPPLEMENT HIS OBJECTIONS AND RESPONSES TO BAXTER HEALTHCARE CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS | 2.7MB |
| 40286644 | 10/11/2011 2:17 PM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Robert Reznick, Orrick Herrington & Sutcliffe LLP-DC | Other Filed Document | Robert P. Reznick's Notice of Change of Firm Affiliation | 0.1MB |
| 40283770 | 10/11/2011 1:11 PM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Kathryn B Allen, Kirby McInerney LLP | Discovery Document | Second Amended Notice of Deposition of Robert B. Helms, Ph.D. | 0.1MB |
| 40252212 | 10/7/2011 3:35 PM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Shamir Patel, Dickstein Shapiro | Discovery Document | Notice of Subpoena for Documents and Deposition Testimony to Wolters Kluwer Health, Inc. | 0.4MB |
| 40252145 | 10/7/2011 3:33 PM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Shamir Patel, Dickstein Shapiro | Discovery Document | Notice of Subpoena for Documents and Deposition Testimony to Thompson Reuters, Inc. | 0.4MB |
| 40252037 | 10/7/2011 3:31 PM EDT | Serve Only - Public | All Cases-AWP A W P MDL No 1456 | Shamir Patel, Dickstein Shapiro | Discovery Document | Notice of Subpoena for Documents and Deposition Testimony to First DataBank, Inc. | 0.5MB |
| 40250587 | 10/7/2011 2:49 PM EDT | Serve Only - Private | All Cases-AWP A W P MDL No 1456 | James Breen, Breen Law Firm | Motion/Response | Stipulation of Dismissal With Prejudice of Certain Claims Against Baxter Parties and Motion for Order of Dismissal With Prejudice | 0.1MB |
|  |  |  |  |  | Other Filed Document | Exhibit - Settlement Agreement | 0.6MB |
|  |  |  |  |  | Other Filed Document | Exhibit - Proposed Order | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40250233 | 10/7/2011 2:43 PM EDT | Serve Only - Private | All Cases-AWP A W P MDL No 1456 | James Breen, Breen Law Firm | Motion/Response | Joint Notice of Settlement of Ven-A-Care Claims as to the Baxter Parties and Request that Court Dismiss Settled Claims in Accordance with Stipulation of Dismissal With Prejudice of Baxter Parties and Motion for Order of Dismissal With Prejudice | 0.1MB |
| | | | | | Other Filed Document | Exhibit - Consent of the United States | 0.7MB |

1-12 of 12 transactions   <<Prev Page 1 of 1 Next>>