**Exhibit 5**

LEAD ATTORNEY
*ATTORNEY TO BE NOTICED*

**Stephen W. Kilar**
(See above for address)
*TERMINATED: 01/26/2010*
LEAD ATTORNEY
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sung W. Kim**
(See above for address)
LEAD ATTORNEY
*ATTORNEY TO BE NOTICED*

**Taraneh Marciano**
(See above for address)
LEAD ATTORNEY
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A. Escobar**
(See above for address)
LEAD ATTORNEY
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Coleman Hubbard**
Nelson, Mullins, Riley &Scarborough
PO Box 11070
Columbia, SC 29211
803−799−2000
Fax: 803−733−9440
LEAD ATTORNEY
*ATTORNEY TO BE NOTICED*

**Clifford Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip D. Robben**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2011 | 7844 | Letter/request (non−motion) from William S. Fairey, Executor re settlement documents. (Anderson, Jennifer) (Entered: 10/18/2011) |
| 10/17/2011 | 7843 | Judge Patti B. Saris: ORDER OF DISMISSAL with Prejudice of Certain Claims against Baxter Defendants entered re 7831 Motion for Order; re 7832 Motion for Order (Subcategory 06−11337, individual case 10−11186). (Anderson, Jennifer) (Entered: 10/18/2011) |
| 10/17/2011 | 7842 | Objection to Track Two Settlement by William S. Fairey, Jr., Executor. (Anderson, Jennifer) (Entered: 10/17/2011) |
| 10/17/2011 | | Judge Patti B. Saris: ELECTRONIC ORDER entered GRANTING 7839 Motion for Leave to Appear Pro Hac Vice. Added David Gunn. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Anderson, Jennifer) (Entered: 10/17/2011) |

| 10/14/2011 | 7841 | Objection to Track Two Settlement by Cynthia L. Schubert. (Anderson, Jennifer) (Entered: 10/14/2011) |
|---|---|---|
| 10/14/2011 | 7840 | Objection to Track Two Settlement by Phyllis Granat. (Anderson, Jennifer) (Entered: 10/14/2011) |
| 10/14/2011 | 7839 | MOTION for Leave to Appear Pro Hac Vice for admission of David Gunn Filing fee: $ 50, receipt number 1BST026936 by Baxter Healthcare Corporation.(Gelhaar, Peter) (Additional attachment(s) added on 10/17/2011: #1 Certificate of David Gunn, #2 Text of Proposed Order) (Anderson, Jennifer). (Main Document 7839 replaced on 10/17/2011) (Anderson, Jennifer). (Receipt number updated to reflect payment received by David Gunn. Original credit card payment receipt number 0101−3626150 refunded. Modified on 10/18/2011 (Adam, Lucien). (Entered: 10/14/2011) |
| 10/14/2011 | 7838 | Judge Patti B. Saris: 90 DAY SETTLEMENT ORDER OF DISMISSAL entered re State of Mississippi State Health Plan cases (Sub−Category 09−cv−12056/Inidvidual case numbers 09−12065, 09−12064, 09−12063, 09−12062, 09−12061, 09−12060, 09−12059, 09−12058, 09−12056). (Anderson, Jennifer) (Entered: 10/14/2011) |
| 10/12/2011 | 7837 | Letter/request (non−motion) from Sean R. Matt *to Margaret Wild*. (Berman, Steve) (Entered: 10/12/2011) |
| 10/12/2011 | 7836 | MOTION to Withdraw as Attorney by Merck Sharp &Dohme Corp..(Funkhouser, Robert) (Entered: 10/12/2011) |
| 10/12/2011 |  | Judge Patti B. Saris: ELECTRONIC ORDER entered. Track Two Counsel shall file a response to this request by 10/26/2011 re 7830 Objection by Margret R. Wild. (Anderson, Jennifer) (Entered: 10/12/2011) |
| 10/11/2011 | 7835 | NOTICE OF WITHDRAWAL of Objecting Class Member James W. Wilson's Amended Ojbection to the Court's Approval of Attorneys' Fees in Excess of $10 Millsion by James W. Wilson re 6778 Objection, 6758 Objection. (Anderson, Jennifer) (Entered: 10/11/2011) |
| 10/11/2011 | 7834 | NOTICE of Change of Address or Firm Name by Robert P. Reznick (Reznick, Robert) (Entered: 10/11/2011) |
| 10/07/2011 | 7833 | Letter from Marchelle E. Kellum re Track Two Settlement. (Anderson, Jennifer) (Entered: 10/11/2011) |
| 10/07/2011 | 7832 | Joint MOTION for Order to Order of Dismisal with Prejudice *Stipulation of Dismissal With Prejudice of Certain Claims Against Baxter Parties and Motion for Order of Dismissal With Prejudice* by Ven−A−Care of the Florida Keys, Inc.. (Attachments: #1 Exhibit Settlement Agreement, #2 Exhibit Proposed Order)(Breen, James) (Entered: 10/07/2011) |
| 10/07/2011 | 7831 | Joint MOTION for Order to Order of Dismissal With Prejudice *Joint Notice of Settlement of Ven−A−Care Claims as to the Baxter Parties and Request that Court Dismiss Settled Claims in Accordance with Stipulation of Dismissal With Prejudice of Baxter Parties and Motion for Order of Dismissal With Prejudice* by Ven−A−Care of the Florida Keys, Inc.. (Attachments: #1 Exhibit Consent of the United States)(Breen, James) (Entered: 10/07/2011) |