## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Healthcare Corporation* | |

### MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to the Court's statements for filing under seal at the April 25, 2012 hearing in the above-caption case, the undersigned Movant respectfully moves this Court for leave to file under seal the Declaration of Merle M. DeLancey Jr. (Exhibit 1 to the Declaration of Shamir Patel in Support of Baxter's Response to the Court's April 25, 2012 Order Regarding Notice). The foregoing exhibit contains confidential settlement information under Rule 408 of the Federal Rules of Evidence.

WHEREFORE, Defendants respectfully request that this Court grant leave to file the Declaration of Merle M. DeLancey Jr. (Exhibit 1 to the Declaration of Shamir Patel in Support of Baxter's Response to the Court's April 25, 2012 Order Regarding Notice under seal).

Dated: May 2, 2012            /s/ Shamir Patel
                              Shamir Patel
                              **DICKSTEIN SHAPIRO LLP**
                              1825 Eye Street NW
                              Washington, DC 20006
                              Telephone: (202) 420-2200
                              Facsimile: (202) 420-2201

                              Counsel for Defendant Baxter Healthcare Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that I, Shamir Patel, an attorney, electronically filed the foregoing Motion for Leave to File Under Seal with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on May 2, 2012.  I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties.

      **/s/  Shamir Patel**
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201