UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

**[PROPOSED] ORDER ON FOURTH JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Saris, U.S.D.J.

The Court having reviewed the Fourth Joint Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiffs and defendants King Pharmaceuticals Inc., King Research and Development and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group"); and Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc. (collectively "Par Group"), in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional 90 days until August 1, 2012.

SO ORDERED by the Court.

Entered ___ day of _____, 2012.   _____
                                        THE HONORABLE PATTI B. SARIS
                                        UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

      I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] ORDER ON FOURTH JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  May 3, 2012                            /s/ Kathryn B. Allen
                                                                  Kathryn B. Allen
                                                                  Kirby McInerney LLP
                                                                  825 Third Avenue
                                                                  New York, NY 10022
                                                                  (212) 371-6600