UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Healthcare Corporation* | Judge Patti B. Saris |

## MOTION BY NON-PARTY, VEN-A-CARE OF THE FLORIDA KEYS, INC., FOR LEAVE TO FILE STATEMENT OF INTEREST

Non-party, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care"), respectfully moves, pursuant to Local Rule 7.1(b)((3), for leave to file the attached Statement of Interest pertaining to certain issues that were raised at the April 25, 2012, hearing in this action, in regard to which, as the Court has observed, Ven-A-Care has an interest.

Respectfully Submitted,
Attorneys for Non-Party,
Ven-A-Care of the Florida Keys, Inc.

_____

James J. Breen
Florida Bar No.
The Breen Law Firm P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA  30022
Direct Phone: 678-735-5052
Office Phone:  770-740-0008
Primary Fax: 678-252-5545
Secondary Fax: 770-740-9109

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copies of the foregoing document, submitted for filing this 8th day of May, 2012 via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and to be served on all counsel of record via electronic service by sending a copy of LexisNexis File & serve for posting and notification to all parties.

                                                                            _____

                                                                                James J. Breen