UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators v. Baxter Healthcare Corporation* | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 Judge Patti B. Saris |

## ORDER

The Court, having considered the Motion by Non-Party, Ven-A-Care of the Florida Keys, Inc., for Leave to File Statement of Interest, hereby grants the Motion and directs the Clerk to file the Statement of Interest of Non-Party, Ven-A-Care of the Florida Keys, Inc., attached to the Motion for Leave.

Entered this ____ day of _____, 2012.

_____
PATTY B. SARIS
UNITED STATES DISTRICT JUDGE