# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO: *State of Iowa* *v.* *Abbott Laboratories Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

## JUNE 2012 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for June 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: June 1, 2012

    Respectfully submitted,

    **KIRBY McINERNEY, LLP**
    825 Third Avenue
    New York, New York 10022
    (212) 371-6600

By: /s/ Joanne M. Cicala_____
    Joanne M. Cicala

*Counsel for the State of Iowa*

1

**June 2012 Status Report for the State of Iowa**

**Settlement Order of Dismissal**

On May 4, 2012, the court entered plaintiff's and defendants' fourth joint motion to extend the settlement order of dismissal as to King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., and Par Pharmaceutical Inc. The order provides that claims against these defendants shall be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action by August 1, 2012 if settlement is not consummated. *See* Docket No. 8147.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 1st day of June, 2012, she caused a true and correct copy of the above June 2012 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: June 1, 2012

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600