UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL No. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | Master Docket 01-cv-12257 |
| PRICE LITIGATION | ) | |
| _____ | ) | |
| | ) | Subcategory 06-11337 |
| THIS DOCUMENT RELATES TO: | ) | Civil Action No. 08-cv-10852 |
| | ) | |
| *United States of America Ex Rel.* | ) | |
| *Ven-A-Care of the Florida Keys, Inc.* | ) | |
| *a Florida Corporation, by and through* | ) | |
| *its principal officers and directors,* | ) | |
| *ZACHARY T. BENTLEY and T. MARK* | ) | |
| *JONES, vs. Actavis Mid Atlantic LLC,* | ) | |
| *et al.* | ) | |

**VEN-A-CARE OF THE FLORIDA KEYS, INC. SUPPLEMENT TO JUNE 1, 2012
STATUS REPORT**

Plaintiff and Relator, Ven-A-Care of the Florida Keys, Inc. ("VAC"), submits the following Supplement to its June 1, 2012 Status Report, as follows:

1.      On June 1, 2012 VAC filed a Status Report advising the Court that the only remaining outstanding matters were payment of relator shares by the United States in connection with the following settlements:

 a.      The relator's share of the federal portion of the Actavis/Multi-state settlement funded by Actavis on December 28, 2011; and

 b.      The relator's share of the federal portion of the Actavis/Texas settlement funded by Actavis on December 21, 2011.

VAC further advised the Court that although payment of the remaining relator's shares had not yet been received, it anticipated that payment of the remaining relator's shares was imminent.

2.      Today, VAC received payment of the relator's shares of the federal portion of the Actavis/Multi-State and Actavis/Texas initial settlement payments.   Therefore, the previously outstanding matters have now been concluded.

3.     Pursuant to the terms of the Settlement Agreement, the remaining settlement payments are payable by Actavis in three (3) annual installments beginning in December, 2012.

Respectfully submitted,

JAMES J. BREEN
Florida Bar No. 297178
The Breen Law Firm, P.A.
5755 North Point Parkway
Suite 260
Alpharetta, Ga. 30022
(678) 735-5052
(770) 740-9109 (FAX)

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C.
P.O. Box 120480
San Antonio, Texas 78212
(210) 733-6030
(210) 733-0330 - Fax

By:     /s/ Rand J. Riklin
        Rand J. Riklin (TX Bar No. 16924275)
        John E. Clark (TX Bar No. 04287000)

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I, Rand J. Riklin, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on June 6, 2012, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

By:      /s/ Rand J. Riklin
Rand J. Riklin