UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sun Subdokcet No. 1:08-CV-11200-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Tina D. Reynolds as counsel for Defendants Baxter International, Inc. and Baxter Healthcare Corporation in the above-captioned matter.

 DATED this 13th day of June 2012.

                                              Respectfully submitted,

                                                /s/ Tina D. Reynolds
                                              Tina D. Reynolds
                                              **DICKSTEIN SHAPIRO LLP**
                                              1825 Eye Street, NW
                                              Washington, DC  20006
                                              Telephone:  (202) 420-2200
                                              Facsimile:   (202) 420-2201

DSMDB-3069908v1

## CERTIFICATE OF SERVICE

    I hereby certify that I, Tina D. Reynolds, an attorney, caused a true and correct copy of the foregoing Notice of Withdrawal to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on June 13, 2012, for posting and notification to all parties.

                 /s/ Tina D. Reynolds
                 Tina D. Reynolds
                 **DICKSTEIN SHAPIRO LLP**
                 1825 Eye Street NW
                 Washington, DC  20006
                 Telephone:  (202) 420-2200
                 Facsimile:   (202) 420-2201