Clerk of Court,
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts   02210

Mrs. Marian Dortch
1524 Ice Box Canyon
Mesquite, NV  89034

June 19, 2012

Re: Civil Action Number: 01-CV-12257-PBS, MDL No. 1456
Pharmaceutical Industry Average Wholesale Price Litigation
Track 2 Settlement

Judge Patti B. Saris

Your Honor:

As one of the claimants in the AWP Track 2 Settlement, I was extremely disappointed to find out that the payment of the claims has again been delayed.

For the last several months, claimants had been lead to believe that the checks would be sent out in "**Spring, 2012**". It was not until today, June 19 – *2 days before Spring ends*, that the "message" has been changed. We, the claimants, are now being told that it won't be until "Fall, 2012". And, considering how unreliable the information has been, I am wondering exactly what is going on with the attorneys and the Administrators.

Your Honor, I am asking that the courts step in and question the precise reason that payments have been delayed. Since the Administrator has had the claims for over a year, that has been sufficient time to process and verify. There can be no plausible reason for any continued delay.

I would ask the Court to determine if the Administrators and the Attorneys have had *their* money during this process. If so, then it would seem to point out that *they* have no interest in seeing that the claimants get *their* money quickly (since the attorneys/administrators have already been paid). And since all court actions have been completed, perhaps the Administrators and the Attorneys are still racking up billing costs during this time, and, are making additional money by delaying the payments. If this is the case, Your Honor is the only one who can step in and end the process quickly, and force the *immediate payments* to claimants.

Thank you, Your Honor, for your time and effort in behalf of ALL the claimants.

With regards,

Mrs. Marian Dortch

CLERKOF COURT
John Joseph Moakle
U S Court House
1 Courthouse Way Suite2300
BOSTON,MA 02210

June 21, 2012 FILED
IN CLERKS OFFICE

2012 JUN 25 P 1: 13

U.S. DISTRICT COURT
D. OF MASS

Dear Sir,

### RE: LITIGATION, DOCKET NO.01-CV-12257-PBS.MDL NO. 1456

I am a consumer claimant No.73084 in the above class action proposed settlement which was entered into judgement 12/08/2011 by Hon Patti Saris.

I have contacted      Claims Administrator
                            AWP Track 2 Settllement
                            c/o Complete Claims Solutions, LLC
                            P. O.Box 2417
                            FARIBAULT,MN 55021-9117
several times by phone.

The last week of May,2012; I was informed that checks for the settlement are being sent, starting June 1st. 2012 and in case I did not receive my check by June 20th. 2012, I should let the Administrator know.

Now I am being told to wait untill Fall, 2012.
I would appreciate a candid information regarding this case.

Sincerely,

[signature]

Newlove Tay-Agbozo
3502 Bantry Way
OLNEY, MD 20832-2256

cc.
Steve W Berman
Hagens Berman Sobol Shappiro LLP
1301 Fifth Avenue, Suite2900
SEATTLE, WA 98101

AWP TRACK 2 SETTLEMENT ADMINISTRATOR
P,O. Box 2417; MN 55021-9117.

Return Address
2322 Jefferson Street
Muskegon, MI 49444

Ph: 231-820-1062

United States District Court
District of Massachusetts

To: Judge Patti B Saris
From: Rawtine Vance — Consumer Account # 967
RE: Case 1:01-cv-12257-PBS
Document 7979 Filed 12/8/11
MDL No 1456
Civil Action: TRACK2AWP

Date June 22, 2012

Please forgive my writing I do not have computer. I just don't know who else I could contact Re: payment. Every time I talk with the people they give me different excuse Why they have not paid me, then 4 weeks ago I call the lady told me I would "foe sure" have payment by June 20, 2012 no letter! I am relocating out of state and really need whatever I am entitled But now they saying it will be sometime in fall. I really would like to know what is going on that I can not Be paid now? I thank you in advance.

2012-06-22 16:42    JOHNSON    12317477967 >>    6177489096    P 1/1

Case 1:01-cv-12257-PBS  Document 8161  Filed 06/28/12  Page 4 of 4

FOR OFFICIAL USE ONLY

12

Class 1
0009967825

4500 T24 P1 V2 **********AUTO**MIXED AADC 553
ROUTINE Y VANCE
2322 JEFFERSON ST
MUSKEGON MI 49444-1410

PLEASE INCLUDE THIS SHEET OF PAPER WITH ANY SUPPORTING DOCUMENTATION SUBMITTED TO THE SETTLEMENT ADMINISTRATOR BY OCTOBER 28, 2011.


* 8 1 5 0 *


* S D Z *


* 1 - 1 *