**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 Civil Action No. 01-12257-PBS Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO: | ) ) ) Judge Patti B. Saris |
| *The City of New York, et al.* *v.* *Abbott Laboratories, Inc., et al.* | ) ) ) ) ) |

**JULY 2012 STATUS REPORT ON BEHALF OF**
**THE CITY OF NEW YORK AND NEW YORK COUNTIES**

The undersigned counsel for the City of New York and New York Counties in the above-

captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report

for July 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: July 2, 2012

Respectfully submitted,

**City of New York and New York Counties in**
**MDL 1456 except Nassau and Orange, by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By:  /s/ Joanne M. Cicala_____
Joanne M. Cicala

1

2

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**July 2012 Status Report on Behalf of the
City of New York and New York Counties**

**<u>Settlement Orders of Dismissal</u>**

On May 4, 2012 the court entered plaintiffs' and defendants' fourth joint motion to extend the settlement order of dismissal as to King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., and Par Pharmaceutical Inc.  The order provides that claims against these defendants shall be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action by August 1, 2012 if settlement is not consummated. *See* Docket No. 8146, Sub-docket No. 331.

**<u>CERTIFICATE OF SERVICE</u>**

I, Kathryn B. Allen, hereby certify that on the 2nd day of July 2012, I caused a true and correct copy of the above July 2012 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  July 2, 2012

<div style="margin-left:50%">

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600

</div>