**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS RELATING TO TRACK TWO DEFENDANTS: | Judge Patti B. Saris |

**DECLARATION OF DANIEL COGGESHALL REGARDING ALLOCATION AND DISTRIBUTION OF THE NET SETTLEMENT FUND TO CLASS 1 AND CLASS 3 CONSUMERS AND CLASS 2 AND CLASS 3 THIRD-PARTY PAYORS IN THE TRACK TWO SETTLEMENT**

Daniel Coggeshall declares as follows:

1.      I submit this declaration in order to provide the Court and the parties with an update concerning the administration of Class 1 and 3 Consumer claims and the Class 2 and Class 3 Third-Party Payors ("TPPs") claims submitted to Rust in connection with the Track Two Settlement.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      The Court appointed Complete Claim Solutions, LLC ("CCS"), a subsidiary of Rust Consulting, as the Claims Administrator to supervise and administer the notice procedure as well as the processing of Claims. [Docket No. 5426] In February 2009, CCS began doing business as Rust Consulting, Inc. ("Rust").  This change was in name only.

3.      I am a Senior Project Administrator for Rust.  Rust has previously submitted affidavits concerning the Track Two Settlement, including the Declaration of Eric Miller Regarding Mailing of Notice to Class Members dated March 2, 2009 (the "Miller Declaration"), my earlier Declaration Regarding Mailing of Notice and Claims Activity Related to Class 1 Members and Claims Activity Related to Classes 2 and 3 in the Track Two Settlement dated June 1, 2011 (the "June Declaration"), and my recent Declaration Regarding Track Two Supplemental Notice dated November 17, 2011 (the "November Declaration").

4.      In addition to the administration duties outlined in the June Declaration, Rust was engaged as the Claims Administrator to process, evaluate, and audit completed Claim Cards and Claim Forms ("claims") submitted to Rust; to calculate the *pro rata* share for each class member who filed a valid and timely claim; and to distribute the Settlement Amount to the claimants.

5.      The administration of the consumer claims in this Track 2 Settlement took longer than the administration of consumer claims in the other AWP settlements approved by the Court by approximately two months.  The changes to the Track 2 settlement that were approved by the Court resulted in a very high volume of inquiries from class members - both by phone and by letter – which required responses.  Rust attempted, along with Class Counsel's help, to assist consumers trying to cure deficiencies or otherwise provide additional documentation for their claims.  This added to the time it took to finalize the claims process.  In addition, Rust screens for potentially fraudulent claims and investigates those that look suspicious.  The Track Two settlement saw a number of high-dollar claims that looked suspicious, and it took longer than with other consumer AWP settlements to validate or reject these claims, as the case may be.

## I.    Class 1 Consumer Claims - Processing Activities

6.     The Centers for Medicare and Medicaid Services ("CMS") supplied Rust with the following information for Class 1 Consumers who made a percentage co-payment for Track 2 drugs from January 1, 1991 through January 1, 2005 ("Class Period"): J-Codes, administration dates, and member obligations.  Claim Cards were mailed to potential Class 1 Consumers for whom Rust received CMS data for whom the data indicated at least one (1) purchase of a Class A Drug.  Upon receipt of a completed Claim Card, Rust mailed out a Claim Form pre-populated with a list of administrations included in the CMS data for that consumer.  Claim Forms did not need to be returned by Class 1 Consumers unless the claimant had a change to the list of pre-populated administrations included in the CMS data or had additional Track 2 drug purchases not listed in the data.  Rust created a segregated Class 1 Consumer claims database in this matter ("Class 1 Database").

7.     In addition to identifying potential Class 1 Consumer through CMS data, potential Class 1 Consumers could request a Claim Form by calling the Settlement hotline or by downloading a Claim Form from the Settlement website ("Self Identifiers").

8.     As of June 29, 2012, Rust mailed 2,147,411 Claim Cards and 105,315 Claim Forms to potential Class 1 Consumers.

9.     As of June 29, 2012, Rust has received and processed Class 1 Claim Cards and Claim Forms, resulting in 91,491 distinct claims.

10.     The claim number on each claim form was used as the unique identifier for the claimant's corresponding record in the Class 1 Database.

11.     Rust's data-entry staff entered changes and/or additional purchases, including drug names, administration dates, and the member obligations for Track 2 drugs during the Class Period, into the database for each claim.

12.     For Claim Forms from self-identifiers or those claimants who supplemented the information contained in the CMS data, Rust's data-entry staff entered each claimant's name, address, the names of the Track 2 drugs that were purchased, the administration dates for those purchases, and the amounts paid for each purchase made during the Class Period.

13.     Rust's data-entry staff coded the computerized claim records if the corresponding hard-copy claim was in any way "deficient" (*e.g.,* missing pertinent information, in whole or in part, necessary to calculate each claimant's allocated share of the Settlement Fund per the Plan of Allocation) which, if corrected, would make the claim valid and eligible for payment.  Of the claims received, Rust identified the following types of deficiencies with Class 1 claim forms:

(a)   A claim card was sent and received from the claimant as a result of the claimant's name appearing in the CMS data as having been administered a Class A drug, but the data later revealed the claimant had no monetary obligation for the drug administration.

(b)   where the Claim Card and/or Claim Form:

(i)     was not signed;

(ii)    eligibility question not answered

(iii)   had changes to the pre-printed CMS data, such as additional Track 2 purchases, without including proper supporting documentation;

(iv)    listed additional Track 2 purchases with missing drug name(s), administration date(s), and/or purchase amount(s);

    (v)      was from a self-identifier but did not list purchase information;

   (vi)      was received after the initial mailing of the Revised Notice and did not provide the documentation as required in the Revised Notice;

  (vii)      was received after the initial mailing of the Revised Notice and listed purchases for Leukine or Novatrone after 2002; and/or

(viii)      listed purchases for drugs not included in the Track 2 settlement.

14.     Rust sent 33,437 letters to these Class 1 claimants reporting their deficiencies, notifying them that their claims were deficient, explaining the reason(s), and requesting that they provide the documentation and/or information necessary to remedy the deficiency.  Samples of these letters are attached as Exhibit A.  Rust reviewed and processed the responses from claimants to each deficiency letter.

15.     In September, 2011 a Revised Notice mailing, (see Exhibit B), was sent to Class 1 Claimants whose CMS data indicated an administration of a drug under the "not otherwise Classified" J-Codes J3490 and J8999 or under the J-Codes for Epogen or Eligard.  These claimants were required to submit one proof of administration.  In addition, proof for Epogen required documentation that it was prescribed for non-dialysis use.  Rust continued to send Revised Notices to Class 1 Claimants who filed claims after the initial September 2011 mailing of the Revised Notice.

16.     In addition, Rust sent 1,780 letters, samples of which are attached as Exhibit C, to Class 1 Claimants whose claims were determined to be ineligible because:

(a)    the claim was duplicative of previously filed claims (for example, where a claim was submitted to Rust by facsimile and the original hard-copy was sent in by mail and received at a later date);

(b)    the claim filed by the claimant who later withdrew their claim and/or filed a request for exclusion

(c)    the claimant had no valid Track 2 purchases and therefore no loss per the Plan of Allocation (i.e., purchases outside of the  Class Period, purchases for drugs not included in Class A or Class B); or

(d)    the claimant had a flat co-payment obligation.

17.    In the aggregate, Rust sent more than 35,217 deficiency and or ineligibility letters to Class 1 Claimants by first-class U.S. mail.

## II.    Class 1 Consumer Claims

18.    After analyzing all responses to deficiency letters to Class 1 Consumers, Rust has determined that 66,120 Class 1 Consumer claimants have submitted valid claims and are eligible to receive a distribution.  These claimants have a total Recognized Claim of $66,240,490.81. Eligible Class 1 claimants are identified on the Eligible Class 1 Consumer Claims Summary provided to class counsel and available to be filed with the Court (under seal) upon request. Included in the Eligible Class 1 Consumer Claims Summary are 1,532 claimants, who submitted valid claims after the filing deadlines (see ¶19 below) and would otherwise be eligible to receive a distribution.  These claimants are separately listed on the Late Class 1 Consumer Claims Summary provided to class counsel and available to be filed with the Court (under seal) upon request.

19.     Pursuant to the Order Granting Class Plaintiff's Motion for Approval of Revised Notice Plan and Schedule for Final Approval of the Track Two Settlement dated February 9, 2011, Class 1 Consumer claims were considered late if:

    (a)     the claimant filed only a Claim Card which was received after the March 30, 2011 Claim Card filing deadline; or

    (b)     the claimant filed only a Claim Form which was received after the July 1, 2011 Claim Form filing deadline; or

    (c)     the claimant filed a Claim Card and a Claim Form, both of which were received after their respective filing deadlines.

20.     At Class Counsel's direction, there were 54 claims received after February 16, 2012.  These claims have been processed to the extent they included eligible purchases and the required documentation.  As these claims were received during the deficiency period when Rust had already notified claimants of deficiencies and was processing revised and cured claims, additional time would be required to notify these 54 claimants of their deficiency and allow them time to cure — resulting in a substantial delay to the administration process and the distribution of the funds to the class.  As of June 29, 2012, 45 of the 54 claims in this category are included in the Eligible Class 1 Consumer Claims Summary and will receive a distribution for eligible purchases.

21.     Despite the efforts described in ¶¶13-17, above, 25,371 Class 1 Consumer claims remain ineligible.  Rust prepared a list of these 25,371 Ineligible Class 1 Consumer Claimants, a copy of which was provided to class counsel and is available to be filed with the Court (under seal) upon request.  Included in this list are:

    (a)     claimants who filed duplicative claims;

(b)  claimants whose claims were wholly deficient (*e.g.*, lacking necessary information) and who failed to cure the deficiencies despite being contacted by Rust;

(c)  claimants who did not have any eligible purchases;

(d)  claimants who did not sign their Claim Card or Claim Form;

(e)  claimants who did not respond to the eligibility question on the Claim Card;

(f)  claimants who had no loss pursuant to the Plan of Allocation;

(g)  claimants who wrote to Rust advising that they were withdrawing their claims; or

(h)  claimants who filed a request for exclusion and a claim.

22.   As of July 2, 2012, Rust has calculated the Consumer Class 1 Net Settlement Fund to be $ 14,459,133.07.  Pursuant to the revised settlement terms, as detailed in the Revised Notice (*See* Exhibit B), Class 1 claimants with eligible claims will receive, a total of $7,186,828.82 for their Class A drug claims and $7,272,303.97 for their Class B drug claims. These are pre-tax amounts.

23.   The primary source of information for Class 1 consumer claims was the CMS data.  Because the data from CMS included all potential Class 1 consumers, regardless of the size of their potential claims, there are a number of claims that Rust would consider to be *de minimus* – that is the award amount may not justify spending the required amount to print and mail the check.  Rust estimates the cost to print and mail the checks to each eligible claimant to be approximately $1.50 per check.  There are 8,793 claimants whose award would fall below $1.50. The total award amount for these claimants is $3,281.92.   To mail checks and distribute $3,281.92 in total to each of these claimants would cost approximately $13,189.50.  In Rust's

experience, a large percentage of small check awards, such as those below $1.50, are never cashed by the recipient.

24.     Assuming the Court orders that Rust not mail award checks that fall below $1.50, the total award amount to the 57,327 eligible claimants whose award is equal to or larger than $1.50 would be approximately $14,459,133.07 and the average award amount would be $252.22.

25.     Pursuant to the Court-approved distribution, Rust will make a final calculation for the distribution of the Class 1 Consumer Net Settlement Fund and promptly mail eligible Class 1 Consumer claimants their appropriate share pursuant to the Court's distribution order.

### III.     Class 1 Requests for Exclusion

26.     As of June 29, 2012, Rust has received a valid Requests for Exclusion from 416 Class 1 Consumers pursuant to the February 9, 2011 Order (Dkt. No. 7406) and the August 28, 2011 Order (Dkt. No. 7772).  A list of Class 1 consumers requesting exclusion was provided to class counsel and is available to be filed with the Court (under seal) upon request.

### IV.     Class 3 Consumer Claims - Processing Activities

27.     Potential Class 3 Consumers could request a Claim Form by calling the Settlement hotline or by downloading one from the Settlement website.

28.     Rust created a segregated Class 3 Consumer claims database in this matter ("Class 3 Database").

29.     As of June 29, 2012, Rust mailed 961,522 Claim Forms to potential Class 3 Consumers.

30.     As of June 29, 2012, Rust has received and processed a total of 21,100 Class 3 Consumer Claim Forms.

31.     For Class 3 claims, Rust's data-entry staff entered each claimant's name, address, chosen refund option, the names of the Track 2 drugs that were purchased and the amounts paid for each drug made during the period between January 1, 1991 and March 1, 2008.

32.     Rust's data-entry staff coded the computerized claim records if the corresponding hard-copy claim was in any way "deficient" (*e.g.*, missing pertinent information, in whole or in part, necessary to calculate each claimant's allocated share of the Settlement Fund per the Plan of Allocation) which, if corrected, would make the claim valid and eligible for payment.  Of the claims received, Rust identified the following types of deficiencies with Class 3 claim forms:

    (a)     did not include the amount paid for each Track 2 drug;

    (b)     was not signed;

    (c)     had one or more unanswered eligibility questions in Section C;

    (d)     listed purchases for drugs not included in the Track 2 Settlement;

    (e)     did not clearly indicate either Easy Refund, Full Refund or indicated both; and/or

    (f)     did not include supporting documentation or contained unacceptable documentation as required by the Claim Form and/or Revised Notice.

33.     Rust sent 14,432 letters to these claimants, notifying them that their claims were deficient, explaining the reason and requesting that they provide the documentation and/or information necessary to remedy the deficiency.  Samples of these letters are attached as Exhibit D.  Rust reviewed and processed the responses from claimants to the deficiency letters.

34.     To ensure the integrity of the data received from Class 3 Consumer claimants, Rust selected for auditing 112 claims that contained purchases in excess of $20,000 because of the high claimed amount.  Rust sent letters requesting these claimants submit three (3) proofs of purchase for each of the Class Drugs for which they submitted a claim. ("Audit Letters")   An example of the Audit Letter is attached as Exhibit E.

35.     In addition, Rust sent 1,638 letters, samples of which are attached as Exhibit F, to Class 3 claimants whose claims were determined to be ineligible because:

     (a)   the claim was duplicative of previously filed claims (for example, where a claim was submitted to Rust by facsimile and the original hard-copy was sent in by mail and received at a later date);

     (b)   the claimant indicated a "no" response to at least one of the eligibility questions in Section C of the Claim Form;

     (c)   the claim was filed by a claimant who also filed a request for exclusion; or

     (d)   the claim filed by the claimant was withdrawn.

36.     In the aggregate, Rust sent more than 16,183 deficiency, ineligibility or Audit letters to Class 3 claimants by first-class U.S. mail.

## V.     Class 3 Consumer Claims

37.     17,639 eligible Class 3 Consumer claimants, with Recognized Claims totaling $5,589,087.35, are identified on the Eligible Class 3 Consumer Claims Summary provided to counsel for the parties and available to be filed with the Court (under seal) upon request. Included in the Eligible Class 3 Consumer Claims Summary are 549 Consumer claimants whose Claim Forms were postmarked after the February 28, 2011 filing deadline and would otherwise

be eligible to receive a distribution.  These claimants are separately listed on a Late Class 3 Consumer Claims Summary provided to counsel for the parties and available to be filed with the Court (under seal) upon request.

38.    At Class Counsel's direction, there were 3 claims received after February 16, 2012.  These claims have been processed to the extent they included eligible purchases and the required documentation.  As these claims were received during deficiency period when Rust had already notified claimants of deficiencies and was processing revised and cured claims, additional time would be required to notify these 3 claimants of their deficiency and allow them time to cure —resulting in a substantial delay to the administration process and the distribution of the funds to the class.  As of June 29, 2012, 2 of the 3 claims in this category are included in the Eligible Class 3 Consumer Claims Summary and will receive a distribution for eligible purchases.

39.    Despite the efforts described in ¶¶32-36, above, 3,461 Class 3 Consumer claims remain ineligible.  Rust prepared a list of the 3,461 Ineligible Class 3 Consumer Claims, a copy of which was provided to class counsel and is available to be filed with the Court (under seal) upon request.  Included in this list are:

   (a)    claimants who filed duplicative claims;

   (b)    claimants who did not sign their Claim Form;

   (c)    claimants who did not adequately respond to the request for more information as described in ¶¶ 33 and 34;

   (d)    claimants who wrote to Rust advising that they were withdrawing their claims;

   (e)    claimants who filed a request for exclusion and a claim;

(f)     claimants who did not respond or answered "no" to one or more of the eligibility questions in Section C of the Claim Form; or

(g)     claimants who had no loss pursuant to the Plan of Allocation.

40.     As of July 2, 2012, Rust estimates the Consumer Class 3 Net Settlement Fund to be $1,233,759.19.  14,136  Class 3 claimants with eligible claims chose the Easy Refund option and will be receiving a payment of $35.00 as a result, totaling $494,760.  Pursuant to the revised settlement terms, as detailed in the Revised Notice (*See* Exhibit B), the remaining 3,503 Class 3 claimants with eligible claims will receive a total of $127,325.94 for their Class A drug claims and $611,672.81 for their Class B drug claims.  These are pre-tax amounts.

41.     As stated above, Rust estimates the cost to print and mail the checks to each eligible claimant to be approximately $1.50 per check. There are 61 Class 3 claimants whose award would fall below $1.50.  The total award amount for these claimants is $45.58.

42.     Assuming the Court orders that Rust not mail award checks that fall below $1.50, the total award amount to the 17,578 eligible claimants whose award is equal to or larger than $1.50 would be approximately $1,233,759.19.  As stated before, 14,136 Class 3 claimants with eligible claims chose the Easy Refund and will receive awards, totaling approximately $494,760. The remaining 3,442 Class 3 claimants with eligible claims will receive awards totaling approximately $738,999.19, with an average award of $214.70.

43.      Pursuant to the Court-approved distribution, Rust will make a final calculation for the distribution of the Class 3 Consumer Net Settlement Fund and promptly mail eligible Class 3 Consumer claimants their appropriate share pursuant to the Court's distribution order.

## VI.    Class 3 Requests for Exclusion

44.    As of June 29, 2012, Rust has received a valid Request for Exclusion from 245 Class 3 Consumers pursuant to the February 9, 2011 Order (Dkt. No. 7406) and the August 28, 2011 Order (Dkt. No. 7772).  A list of Class 3 consumers requesting exclusion was provided to class counsel and is available to be filed with the Court (under seal) upon request.

## VII.    Third-Party Payor Claims Processing Activities

45.    As of June 29, 2012, Rust mailed Notice Packets to more than 41,816 potential TPP Class Members.

46.    As of June 29, 2012, Rust received and processed 1,099 claims from TPP claimants and record-keeping entities or agents, TPAs, filing on behalf of TPPs.

47.    Rust created a segregated database as a repository for TPP claims data in this matter ("TPP Database").

48.    Rust's data-entry staff entered each claimant's name, address, telephone number, fax number, Federal Employer Identification Number ("FEIN"), the total amount paid or reimbursed for each Track 2 drug with a date of service or date of fill from January 1, 2003 to December 31, 2003, and the type of claimant providing the information on the TPP Claim Form (*e.g.*, whether the claim was filed directly by a potential class member or by some duly authorized agent, such as a TPA or pharmacy benefits manager filing on behalf of a self-insured employer-sponsored health plan).  In addition, for claims filed by an agent, the name and FEIN of each party on behalf of which the agent was acting were entered into the corresponding claimant's database record.  The claim number on each claim was used as the unique identifier for the claimant's corresponding record in the TPP Database.

49.     Rust's data-entry staff coded the computerized claim records if the corresponding hard-copy claim was in any way "deficient" (that is, missing pertinent information or documentation, in whole or in part, necessary to calculate each claimant's *pro rata* share) which, if corrected, would make the claim eligible for payment.   Of the claims received, Rust determined that deficient claims were those in which the TPP Claim Form:

(a)     was missing the FEIN for the claimant;

(b)     was not signed;

(c)     did not list the name and/or FEIN of the potential class members on whose behalf the agent was filing the Claim;

(d)     did not list the total amount paid or reimbursed for Track 2 drugs during January 1, 2003 to December 31, 2003; and/or

(e)     listed a total amount paid for Track 2 drugs greater than $300,000.00 and the necessary supporting data as required in Section F of the TPP Claim Form was missing.

50.     Rust sent 128 letters to these claimants notifying them that their claims were deficient, explaining the reason for the deficiency and giving them an opportunity to resolve the deficiency.  Examples of these letters are attached as Exhibit G.

51.     In addition, Rust sent 247 letters, by certified mail, return receipt requested, to claimants whose claims were determined to be ineligible because:

(a)     the claim was duplicative of a previously filed claim (such as where one claim was faxed to Rust and a copy sent by mail was received at a later date); or

(b)     the claimant had withdrawn their claim;

> (c)   appeared to be filed by a governmental entity and was not claiming as part of a health benefit plan for their employees;
>
> (d)   appeared to be filed by a hospital, physician, physician practice group, or other health care provider which are excluded from the class definitions;
>
> (e)   the claim was filed by one of the defendants;
>
> (f)   the claim only contained Class B drugs; or
>
> (g)   the claim contained zero purchases.

Examples of this type of Notice of Ineligibility letter are attached as Exhibit H.

52.   Rust also sent 21 letters to TPAs who filed on behalf of class members which had filed their own individual claims.  This letter asked the TPA either to reduce its claim amount by excluding purchases made by a class member that filed its own claim or to explain the reason (with supporting documentation) why the claim did not contain duplicative or overlapping purchases.  An example of this letter is attached as Exhibit I.  Rust reviewed and processed all responses from claimants.

53.   In addition, Rust sent 81 letters to TPAs who filed on behalf of a government entity, hospital, physician, physician practice group, or other health care provider.  These letters asked the TPA either to reduce its claim amount by excluding purchases made on behalf of these entities, or to confirm that they meet the Class Definition.  Examples of these letters are attached as Exhibit J.  Rust reviewed and processed all responses from claimants.  It should be noted that if a TPA did not respond but Rust had the purchase information to reduce the TPA's claim amount, the claim was reduced accordingly.

54.     Rust audited all TPP claims listing purchases over $300,000.00 by reviewing the documentation included with each claim.

55.     As a result of the audit, Rust adjusted some TPPs' claim amounts either upward or downward.  Rust then notified the claimants in writing of any adjustment to their claim and gave them an opportunity to dispute our findings by responding with any documentation supporting their position.  A sample of this letter is attached as Exhibit K.

56.     As indicated in ¶¶50-53, above, letters were sent to each of the claimants, and in certain cases, Rust made telephone calls to the claimants in an effort to resolve the deficient or ineligible condition in these claims along with sending Final Request Deficiency Letters and Notices of Ineligibility attached hereto as Exhibit L.  All such letters were sent by certified mail, return receipt requested or by FedEx.

57.     Rust also identified 8 Consumer claimants who had submitted their claims using the TPP claim form.  Rust transferred their claim to the appropriate Consumer Class database for processing.

## VIII.     Allocation of the TPP Net Settlement Fund

58.      943 eligible TPP claimants, with Recognized Claims totaling $656,867,049.04, are identified on the Eligible TPP Claims Summary attached hereto as Exhibit M.

59.     Included in the Eligible TPP Claims Summary are 106 claimants with Recognized Claims of $122,517,705.09, whose claims were postmarked after the March 16, 2009 filing deadline.  These claimants are separately listed on a Late TPP Claims Summary provided to counsel for the parties and available to be filed with the Court upon request.  In Rust's

experience, courts supervising class action distributions commonly allow payment of late-filed claims when the claims would otherwise be eligible for payment.

60.     Despite the efforts described in ¶¶49-57, above, 156 TPP Claims remain ineligible.  Rust prepared a list of Ineligible TPP Claims, but for privacy reasons have excluded claims containing the names of consumers. A list of the Ineligible TPPs is attached hereto as Exhibit N.  Included in this list are:

    (a)   claimants who filed duplicative claims;

    (b)   claimants whose claims were wholly deficient (*e.g.*, lacking necessary information or documentation);

    (c)   claimants who failed to cure the deficiencies despite being contacted by Rust;

    (d)   claimants who had no loss pursuant to the Plan of Allocation

    (e)   claimants determined to be a government entity, hospital, physician, physician practice group, or other health care provider; or

    (f)   claimants who wrote to Rust advising that they were withdrawing their claims

61.     Rust also processed the claims of each of the Independent Settling Health Plans (ISHPs) in the same manner and made adjustments to amounts claimed by some ISHPs as a result of receipt of the required data from ISHPs.

62.     The total claimed amount for all ISHPs is $1,368,881,500.32 or approximately 67.57% of all TPP/ISHP claims.  The total claimed amount for all TPPs is $656,867,049.04 or approximately 32.43% of all TPP/ISHP claims.

63.     Rust conducted research and a calculation to estimate the TPP Opt-Out refund due to Track Two Defendants under the Settlement Agreement as result of the 18 valid TPP opt-outs. Rust estimated the TPP Opt-Out refund to be $40,568.79.

64.     As of July 2, 2012, after calculation of the TPP Opt Out Refund, Rust estimates the Net TPP Settlement Fund to be $19,692,568.92.  Rust also estimates the total amount due to ISHPs under the Settlement to be $41,038,431.34.  Netting out the payment of $25,500,000 already paid to ISHPs results in an additional payment to ISHPs of $15,538,431.34.  Rust has also conducted a calculation to ensure that allocation of these amounts result in an identical pro-rata payment to Class TPPs and ISHPs.  Each is being paid the same amount per dollar of expenditure on Track Two drugs.

65.     Just like the consumer costs discussed above, Rust estimates the cost to print and mail the checks to each eligible claimant to be approximately $1.50 per check.  There are 2 TPP claimants whose award would fall below $1.50.

66.     Pursuant to the Court-approved distribution, Rust will make a final calculation of the distribution of the Net TPP Settlement Fund and promptly mail eligible TPP claimants their appropriate share pursuant to the Court's distribution order.

## IX.    TPP Requests for Exclusion

67.     As of June 29, 2012, Rust has received Requests for Exclusion from 18 TPPs pursuant to the January 7, 2009 Order (Dkt. No. 5828).  In addition, Rust received three (3) Requests for Exclusion, of which two (2) were from Defendants or Defense Counsel, and one (1) was a duplicate.  A list of TPPs submitting valid Requests for Exclusion is attached as Exhibit O

## X.    Fees and Expenses

68.     Rust has calculated an additional $845,672.45 in professional fees and expenses to perform the distribution of Settlement Funds to Consumers and TPPs.


69.     I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 3rd day of July, 2012 in Palm Beach Gardens, Florida.


                                   /s/ Daniel Coggeshall
                                   Daniel Coggeshall

# EXHIBIT A

**AWP Track 2 Class 1 Settlement Administrator**
**c/o Rust Consulting, Inc.**
**P.O. Box 2417**
**Faribault, MN 55021-9117**

| FOR OFFICIAL USE ONLY |
| --- |
| 07 |



000

8 - CF1D1 - 8 ************************\*SNGLP

| MAIL DATE |
| --- |
| May 25, 2011 |
| **RESPONSE DUE DATE** |
| POSTMARKED BY JULY 1, 2011 |

**REQUEST FOR ADDITIONAL INFORMATION * * * Claim No. 000**

Dear Claimant:

We have received and processed the Claim Card you filed in the Track 2 AWP Class 1 Settlement. However, we noted one or more deficiencies in the claim you submitted. Your Claim Card is deficient or incomplete for the following reason(s) below, as indicated by an "X":

**X**  (SIGN)  You did not sign the Claim Card. Please sign this letter in the space provided and return it to us not later than the Response Due Date listed above. Your signature will be treated as the proper execution of your previously submitted Claim Card. You do not need to send the attached claim form back unless you disagree with the purchase data listed in the Medicare Part B Purchase Information Chart in Section C.

(NO)  You did not check the box on the Claim Card you previously submitted declaring under penalty of perjury that you made percentage co-payments for one or more of the Track 2 drugs listed in Attachment A of the attached Notice during the class period of January 1, 1991 through January 1, 2005. By signing this letter in the space provided below you do not need to send the attached claim form back unless you disagree with the purchase data listed in the Medicare Part B Purchase Information Chart in Section C.

(NCMS)  The Centers for Medicare and Medicaid Services ("CMS") indicate that you did not make a percentage co-payment for any of the Track 2 drugs between January 1, 1991 and January 1, 2005 (see list in Attachment A of enclosed Notice). If you have records showing you made a percentage co-payment for these drugs during this time, then please fill out the Additional Medicare Part B Purchase Information Chart in Section C of the enclosed claim form. Return the completed claim form and copies of your records to the address at the top of this letter, postmarked by the Response Due Date.

**PLEASE SIGN AND RETURN THIS LETTER TO THE ADDRESS LISTED ABOVE WITH THE REQUESTED INFORMATION BY THE RESPONSE DUE DATE LISTED ABOVE.**

**FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.  If you have any questions about this, please call our toll-free number 1-877-465-8136.**

Sincerely yours,

Settlement Administrator

Signature of Claimant:_____          Print Name: _____

Date: __ __ / __ __ / __ __ __ __







AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

**RESPONSE DUE DATE:  Month XX, 2011**

<<*barcode*>>
<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No. <<clm_no>>**

Dear Claimant:

We received your Medicare Part B claim in the AWP Track 2 Class 1 Settlement. However, it did not contain sufficient information for us to process your claim.  Your claim is deficient or incomplete for one or more of the following reasons below:

- You neglected to indicate which Track 2 drugs you purchased during the class period in Section C of your Claim Form.

- You did not provide the Date of Administration in Section C of your Claim Form.

- You did not provide the out-of-pocket expense you incurred as a percentage co-payment in Section C of your Claim Form.

The deficient purchases are listed on the reverse of this letter. To ensure you receive the correct distribution, if any, from the Settlement Fund, please complete each field on the reverse side of this letter. YOU MUST ALSO INCLUDE DOCUMENTATION TO SUPPORT EACH OF THE LISTED PURCHASES.

Acceptable documentation includes any one of the following:

1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or
2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or
3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or
4) A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs from January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or
5) Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased from January 1, 1991 through January 1, 2005.

Failure to respond by the Response Due Date listed above, or if you respond without acceptable proofs of percentage co-payment, MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM, in whole or in part**.** If you have any questions, please call our toll-free number at 1-877-465-8136.

Sincerely yours,

Claims Administrator

DBLK

Claim No <<clm_no>>

**PLEASE FILL IN THE BLANK SPACES BELOW WITH THE REQUIRED INFORMATION**

| Drug Name | Administration Date | Member Obligation |
|---|---|---|
| Cytoxan | 5/8/2002 |  |
| Cytoxan |  | $12.53 |
|  | 6/3/2002 | $9.62 |

DBLK

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: DISPOSITION OF CLAIM - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Claim Form you filed in the AWP Track 2 Class 1 Settlement.  However, you have listed drugs that are not part of this Settlement. Therefore, they will not be included in the calculation to determine your portion of the Settlement Fund, if any, you may be entitled to.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

DNAM

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No.  «clm_no»**

Dear Claimant:

We have received your Claim Form claiming purchases of Track 2 Drugs and are in the process of reviewing all claim forms.

As part of our responsibility as Claims Administrator, we routinely request additional information from claimants.  The purpose of this process is to assure accuracy of claims and fairness in the distribution of settlement proceeds.  Your claim has been selected for such a request.  We are requesting ADDITIONAL information from claimants as part of our standard procedures.  However, your response is important to us, and FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

Please provide all available documentation that supports one form of proof of a percentage co-payment as a Medicare Part B recipient. You need to provide one form of proof for each of the drugs.

Any one of the following is acceptable as proof of a percentage co-payment for one of the Track 2 Drugs:

(1)  A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

(2)  A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or

(3)  An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or

(4)  A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs from January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or

(5)  Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased from January 1, 1991 through January 1, 2005.

Please sign and date this letter in the space provided below, enclose the supporting documentation, and return it to the address listed above postmarked by **[Response Due Date].**  You should retain a copy of everything that you mail to us for your files.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

_____        _____
Signature of Claimant                                                    Date

FRAD

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Telephone: 1-877-465-8136

Month XX, 2011

**RESPONSE DUE DATE: Month XX, 2011**

<<*barcode*>>
<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No. <<clm_no>>**

Dear Claimant:

We received and processed your Medicare Part B claim in the AWP Track 2 Class 1 Settlement. Unfortunately, there is a problem with your claim. Your claim is deficient for one or more of the following reasons, as marked with an 'X':

_____ (NDOC) You did not provide proof of percentage co-payment for the Track 2 drugs you listed in Section C of your Claim Form OR the documentation you supplied with your Claim Form was insufficient and unacceptable.

_____ (MDOC) You did not provide proof for the change(s) you made to the pre-printed Medicare purchases in Section C of your Claim Form OR the documentation you supplied with your Claim Form was insufficient.

Any one of the following is acceptable as proof of a percentage co-payment for one of the Track 2 Drugs:

1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or
2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or
3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or
4) A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs from January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or
5) Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased from January 1, 1991 through January 1, 2005.

To ensure you receive the correct distribution, if any, from the Settlement Fund, YOUR RESPONSE MUST INCLUDE A COPY OF THIS LETTER, AS WELL AS ACCEPTABLE PROOF OF PERCENTAGE CO-PAYMENT FOR EACH OF THE TRACK 2 DRUGS BY THE RESPONSE DUE DATE LISTED ABOVE.

FAILURE TO RESPOND, OR IF YOU RESPOND WITHOUT ACCEPTABLE PROOF OF PERCENTAGE CO-PAYMENT, MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM, IN WHOLE OR IN PART.

If you have any questions about this, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

NDOC, MDOC

Claim No. <<clm_no>>

**Proper Supporting Documentation is Required for the Following Purchase(s):**

| Drug Name | Administration Date | Member Obligation |
| --- | --- | --- |
| Cytoxan | 5/8/2002 | $9.62 |
| Cytoxan | 6/3/2002 | $12.53 |

NDOC, MDOC

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Telephone: 1-877-465-8136

Month XX, 2011

**RESPONSE DUE DATE:  Month XX, 2011**

*Barcode*
<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No. <<clm_no>>**

Dear Claimant:

We have received and processed the claim you filed in the AWP Track 2 Class 1 Settlement. However, we noted a deficiency. You did not check the box on the Claim Card and/or did not sign it.

Please note that if you are an heir or executer of the deceased Class Member's estate, you can sign on their behalf. Please follow the instructions below to cure this deficiency.

CHECK NEXT TO THE STATEMENT BELOW ALONG WITH YOUR SIGNATURE AND THE DATE:

_____   Yes, I made a percentage co-payment under Medicare Part B for one or more of the Track 2 drugs at least once between January 1, 1991 and January 1, 2005.

I sign under penalty of perjury that the above is true to the best of my knowledge.

_____          _____
Signature                                                                                              Date

FAILURE TO RESPOND BY THE RESPONSE DUE DATE LISTED ABOVE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our toll-free number at 1-877-465-8136.

Sincerely yours,

Claims Administrator

NO, SIGN

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

**RESPONSE DUE DATE: Month xx, 2012**

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: CLAIM FORM SUBMISSION - Claim No.  «clm_no»**

Dear Claimant:

We have received the Claim Card and/or Claim Form you filed in the AWP Track 2 Class 1 Settlement. Unfortunately, there is a problem with your claim. Your claim is deficient because you did not list any Track 2 drug for which you made a percentage co-payment as a Medicare Part B recipient from January 1, 1991 through January 1, 2005.

We are requesting you provide one of the following acceptable proofs of a percentage co-payment for each of the covered drugs you were administered:

    (1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or
    (2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or
    (3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or
    (4) A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs from January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or
    (5) Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased from January 1, 1991 through January 1, 2005.

Please sign and date this letter in the space provided below, enclose your list of Track 2 purchases along with the supporting documentation, and return it to the address listed above postmarked by Response Due Date. You should retain a copy of everything that you mail to us for your files.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

_____          _____
Signature of Claimant                                                                      Date

NPUR

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode*>>
<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: NOTICE OF ADJUSTMENT - Claim No. <<clm_no>>**

Dear Claimant:

You were mailed this letter and the included Revised Notice because you submitted a claim in the AWP Track 2 Class 1 Settlement after the Revised Notice was originally mailed. The attached Revised Notice informs you of changes in the terms of the Settlement. Changes which include an increase in the amount of money available to Consumers, a change in the way claims will be calculated, additional documentation required for certain Track 2 drugs, and the ineligibility of certain Track 2 drugs for specific years.

We have noted that the Center for Medicare and Medicaid Services ("CMS") provided purchases for you OR you have claimed one or more Track 2 drugs with administration dates that are now considered to be ineligible per the Revised Notice. Please see the drugs listed below with their explanations.

ELIGARD: Eligard was not available prior to May 2002. You could not have had any administrations of Eligard prior to that date.

LEUKINE and/or NOVANTRONE: Payments for the drugs Leukine and Novantrone made after 2002, whether cash or co-payment obligations under Medicare Part B or private health insurance, will not be reimbursed. This is because the defendant manufacturer of these drugs (Immunex Corp.) sold them to a non-Defendant in 2002 and they are not eligible for compensation after that date.

For more information on Eligard, Leukine, or Novantrone, please refer to the included Revised Notice.

Your claim will be adjusted accordingly and any settlement benefit you might be entitled to will be based only on your eligible Track 2 drug purchases.

If you have any questions, please call our toll-free number at 1-877-465-8136.

Sincerely yours,

Claims Administrator

ROT2

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2012

**RESPONSE DUE DATE:  Month XX, 2012**

<<*barcode*>>
<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No. <<clm_no>>**

Dear Claimant:

You were mailed this letter and the included Revised Notice because you submitted a claim in the AWP Track 2 Class 1 Settlement after the Revised Notice was originally mailed. The attached Revised Notice informs you of changes in the terms of the Settlement. Changes which include an increase in the amount of money available to Consumers, a change in the way claims will be calculated, additional documentation required for certain Track 2 drugs, and the ineligibility of certain Track 2 drugs for specific years.

We have noted that the Center for Medicare and Medicaid Services ("CMS") provided purchases for OR you have claimed one or more Track 2 drugs which require additional documentation as described in the included Revised Notice. Please review the included Revised Notice for more information.

Documentation can be in the form of the prescribing physician's notes in your medical file, a letter from a prescribing physician, or some other documentary evidence from the prescribing physician, hospital, or medical provider identifying at least one administration of the drug.

To ensure you receive the correct distribution, if any, from the Settlement Fund, please supply the sufficient supporting documentation as required by the Revised Notice. FAILURE TO RESPOND BY THE RESPONSE DUE DATE LISTED ABOVE OR FAILURE TO PROVIDE SUFFICIENT DOCUMENTATION WILL RESULT IN THE DISALLOWANCE OF THESE PURCHASES. Your claim will be adjusted accordingly and any settlement benefit you may be entitled to will be based only on your eligible Track 2 drug purchases.

If you have any questions, please call our toll-free number at 1-877-465-8136.

Sincerely yours,

Claims Administrator

RND2

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No.  «clm_no»**

Dear Claimant:

We have received your Claim Form claiming purchases of Track 2 Drugs and are in the process of reviewing all claim forms.

As part of our responsibility as Claims Administrator, we routinely request additional information from claimants.  The purpose of this process is to assure accuracy of claims and fairness in the distribution of settlement proceeds.  Your claim has been selected for such a request.  We are requesting ADDITIONAL information from claimants as part of our standard procedures.  However, your response is important to us, and FAILURE TO RESPOND MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

Please provide all available documentation that supports one form of proof of a percentage co-payment as a Medicare Part B recipient. You need to provide one form of proof for each of the drugs.

Any one of the following is acceptable as proof of a percentage co-payment for one of the Track 2 Drugs:

(1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

(2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or

(3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or

(4) A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs from January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or

(5) Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased from January 1, 1991 through January 1, 2005.

Please sign and date this letter in the space provided below, enclose the supporting documentation, and return it to the address listed above postmarked by **[Response Due Date].**   You should retain a copy of everything that you mail to us for your files.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

_____          _____
Signature of Claimant                                                           Date

AUD

# EXHIBIT B

Authorized by the U.S. District Court for the District of Massachusetts

## Notice of Revision to Proposed Class Action Settlement Involving Certain Drugs

### 1. What Is This Notice About

There is a Proposed Settlement (the "AWP Track Two Settlement") of a class action lawsuit involving various drug manufacturers ("Defendants") concerning the drugs listed on Attachment A (referred to as the "Track Two Drugs").  The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation,* Docket No. 01-CV-12257-PBS, MDL No. 1456.

You were mailed this Notice because you previously returned a Claim Card in response to an earlier Notice that was sent to you or submitted a claim in the settlement.  You previously indicated that you made either a percentage co-payment under Medicare Part B from January 1, 1991 through January 1, 2005, or that you made a cash payment or percentage co-payment for one or more of the Track Two Drugs from January 1, 1991 through March 1, 2008.

This revised Notice informs you of changes in the terms of the Proposed Settlement.  In sum, the amount of money allocated to consumers has been increased, and the proposed distribution has been altered to more closely track estimated damages for some of the individual Track Two Drugs and to account for issues with the way some individual drugs were reimbursed.  You are receiving this Notice because our records indicate that your total compensation across all settled Track Two Drugs **may** be reduced under the Proposed Settlement as revised.

### 2. What Are The Changes In The Terms Of The Proposed Settlement?

The Court considered the Proposed Settlement at hearings held June 13, 2011, July 7, 2011 and August 8, 2011.  The Court considered whether certain changes to the Proposed Settlement should be made, including providing more money to the Class B Drugs. Plaintiffs subsequently presented a revision to the Court, which the Court approved on a preliminary basis.

#### A.    Increase in Money Available to Consumers

The total amount of money available to pay consumer claims, including those consumers who participated in Medicare Part B and those who made a percentage co-payment or cash payment for Track Two Drugs outside of the Medicare Part B program, has been **increased** from $21,875,000 (17.5% of the total settlement) to $25,000,000 (20%).

#### B.    Change in the Way Your Claim Will Be Calculated

The manner in which your payment will be calculated has changed.  Under the previous formula, the Claims Administrator would calculate your "Total Recognized Claim" by adding three amounts:

- Cash payments or co-payment obligations for drugs identified as Class A Drugs from December 1, 1997 through December 31, 2003 multiplied by a factor of three (3x);

- Cash payments or co-payment obligations for Class A Drugs outside this time period (with no multiplication factor); and

- Cash payments or co-payment obligations for the other covered drugs called Class B Drugs during the entire Class Period (with no multiplication factor).

> ### *Your legal rights are affected even if you do not act.*
> ### *Read this Notice carefully.*

If there was not enough money to pay consumers 100% of their Total Recognized Claim, each consumer's claim would be reduced proportionately.

Your Total Recognized Claim will now be calculated differently.  Payment for Class A Drugs (with one exception described below) will be based on Plaintiffs' expert's calculation of estimated *overcharges* or damages associated with the alleged price inflation for these drugs, rather than on the amount of cash payment or co-payment made.  This change was made in order to base the distribution on damages actually incurred.  Calculation of payments for Class B Drugs will continue to be based on the amount of cash payment or co-payment made.

Your Total Recognized Claim will now be determined according to a different three step process:

1. For members of Classes 1 and 3 and for drugs identified as Class A Drugs, the Claims Administrator will apply the expert's estimated overcharge percentage for all administrations from January 1, 1997 through December 31, 2003 to determine your out of pocket damages and multiply those out of pocket damages from December 1, 1997 through December 31, 2003 by a factor of two (2x). Members of Class 3 will also receive out of pocket damages without a multiplier for eligible administrations during the Class Period but outside of the time period of January 1, 1997 through December 31, 2003.

2. The Claims Administrator will determine the total cash payments or co-payment obligations for the other covered drugs called Class B Drugs during the entire Class Period (with no multiplication factor), reduced proportionately based on all Class B Drug claims filed.  This calculation is the same as under the original method, but more money is now available to pay claims for Class B Drugs.

3. Epogen is now a Class B Drug and cash payments or co-payment obligations for Epogen will be treated as described above.  The Court has found that payment for most administrations of Epogen under Medicare Part B were not based on AWP or these payments may relate to the drug Procrit, which is identical to Epogen but sold by a non-Defendant and not subject to this settlement. And for administrations of Epogen to cash payors or payors with private insurance, there are minimal damages associated with the drug.

The sum of these figures will be your Total Recognized Claim.

If you are eligible to receive a payment, the net result of these changes to the Proposed Settlement is that your payment **may** be lower than under the initial distribution formula.

## C.    Additional Documentation Related to Certain Drugs Under Medicare Part B

If you have made a claim for reimbursement of co-payment obligations under Medicare Part B for any of the following 16 drugs, you must provide the Claims Administrator one form of documentary proof that you were administered the drug:

| | |
|---|---|
| Alcohol Injection | Manganese Chloride |
| Bupivacaine | Novacaine/Procaine |
| Copper trace/cupric chloride | Pancuronium bromide |
| Diltazem hydrochloride | Potassium acetate |
| Enalaprilat | Propofol |
| Kineret | Sodium acetate |
| Labetalol | Verapamil HCL |
| Leucovorin calcium | Zinc chloride |

Proof that you were administered the drug at least once can be in the form of the prescribing physician's notes in your medical file, a letter from a prescribing physician, or some other documentary evidence from the prescribing physician, hospital or medical provider identifying at least one administration of the drug.

This is necessary because data received from the Center for Medicare and Medicaid Services does not provide sufficient detail to distinguish administration of these drugs from other drugs that are not part of this Settlement.

If you are unable to provide documentation related to any of these 16 drugs, you will still be reimbursed for the other drugs in the Settlement that you were administered.  But in order to receive compensation for the drugs identified above, you must provide one form of documentary proof of at least one administration.

Your documentation **must** be mailed to the Claims Administrator so that it is **received** on or before **October 28, 2011**. Include with your documentation a letter identifying:

- Your name, address, and telephone number;
- A statement that the letter relates to the "Track Two Settlement," and
- Identification of the drug or drugs for which you are submitting documentation.

The letter **must** be signed to ensure review by the Claims Administrator.

The letter and documentation must be mailed to the Claims Administrator at the following address:

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

## D.     Additional Documentation Related to Eligard

If you have made a claim for reimbursement of cash or co-payment obligations for Eligard, you must provide the Claims Administrator one form of documentary proof that you were administered Eligard and not Lupron.

This is necessary because data received from the Center for Medicare and Medicaid Services does not provide sufficient detail to distinguish administration of Eligard from Lupron, which is not part of this Settlement.  **Please also note that Eligard was not available prior to May 2002.  You could not have had any administrations of Eligard prior to that date.**

Proof that you were administered Eligard at least once can be in the form of the prescribing physician's notes in your medical file, a letter from a prescribing physician, or some other documentary evidence from the prescribing physician, hospital or medical provider identifying at least one administration of the drug.

If you are unable to provide documentation related to Eligard, you will still be reimbursed for the other drugs in the Settlement that you were administered.  But in order to receive compensation for Eligard, you must provide one form of documentary proof of at least one administration.

Your documentation **must** be mailed to the Claims Administrator so that it is **received** on or before **October 28, 2011**.  Include with your documentation a letter identifying:

- Your name, address, and telephone number;
- A statement that the letter relates to the "Track Two Settlement," and

- Identification of Eligard, the drug for which you are submitting documentation.

The letter **must** be signed to ensure review by the Claims Administrator.

The letter and documentation must be mailed to the Claims Administrator at the following address:

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

## E.    Additional Documentation Related to Epogen

If you have made a claim for reimbursement of cash or co-payment obligations for Epogen, you must provide the Claims Administrator one form of documentary proof that you were administered Epogen and not Procrit.

This is necessary because data received from the Center for Medicare and Medicaid Services does not provide sufficient detail to distinguish administration of Epogen from Procrit, which is not part of this Settlement, and because Epogen and Procrit are two different brand names for the same drug (Epoetin Alfa).

Class 1 members please also note that payment for most administrations of Epogen under Medicare Part B were not based on AWP and are not eligible for compensation in this Settlement.   Only Epogen administrations – and not Procrit administrations – under Medicare Part B that do **not** relate to kidney dialysis are eligible for compensation.   If your administrations for Epogen under Medicare Part B were related to dialysis, your administrations are not eligible for compensation in this Settlement.

Proof that you were administered Epogen at least once can be in the form of the prescribing physician's notes in your medical file, a letter from a prescribing physician, or some other documentary evidence from the prescribing physician, hospital or medical provider identifying at least one administration of the drug. And if you are a Class 1 member, that proof must include a statement that Epogen was prescribed for non-dialysis use.

If you are unable to provide documentation related to Epogen, you will still be reimbursed for the other drugs in the Settlement that you were administered.   But in order to receive compensation for Epogen, you must provide one form of documentary proof of at least one administration.

Your documentation **must** be mailed to the Claims Administrator so that it is **received** on or before **October 28, 2011**.   Include with your documentation a letter identifying:

- Your name, address, and telephone number;
- A statement that the letter relates to the "Track Two Settlement," and
- Identification of Epogen, the drug for which you are submitting documentation.

The letter **must** be signed to ensure review by the Claims Administrator.

The letter and documentation must be mailed to the Claims Administrator at the following address:

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

### F.   Payments For Leukine and Novantrone After 2002

Payments for the drugs Leukine and Novantrone made after 2002, whether cash or co-payment obligations under Medicare Part B or private health insurance, will not be reimbursed. This is because the defendant manufacturer of these drugs (Immunex Corp.) sold them to a non-Defendant in 2002 and they are not eligible for compensation after that date.

### G.   Other Settlement Terms are Unchanged

The remaining terms of the Proposed Settlement are unchanged.

## 3. What If I Don't Want To Be Included In The Proposed Settlement?

If you do not want to be in the Proposed Settlement and you want to keep the right to sue about the same claims on your own, you must take steps to get out of the lawsuit. This is called excluding yourself.

By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against the Track Two Defendants about the claims in this lawsuit.

If you exclude yourself from the Settlement Classes, you will not be in the Proposed Settlement and will not receive any money.

To exclude yourself from the Class, you must send a letter signed by you that includes all of the following:

- Your name, address, telephone number and fax number (if any);
- The name and number of the lawsuit: *In re: Pharmaceutical Industry Average Wholesale Price Litigation,* Docket No. 01-CV-12257-PBS, MDL No. 1456;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*
- A statement that you want to be excluded from the Settlement Classes.

Your exclusion letter must be mailed first class, **postmarked no later than October 21, 2011,** to:

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

Please remember that you cannot exclude yourself by calling or by sending an email.

<u>Failure to exclude yourself **pursuant to the above instructions** will result in your being bound by the Settlement if it is approved.</u>

## 4. May I Object To, Or Comment On, The Revision To The Proposed Settlement?

Yes. If you have comments about, or disagree with, any aspect of the revision to the Proposed Settlement, you may express your views to the Court. You must do this in writing. Your written response must include:

- Your name, address, telephone number, a brief explanation of your reasons for objection, and
- The case number (Civil Action Number: 01-CV-12257-PBS, MDL No. 1456).

The document **must** be signed to ensure the Court's review. The response must be filed with the Court at the following address on or before **October 21, 2011**: Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210 and served on Counsel for the Parties so that the objection is **received** on or before **October 21, 2011** at the following addresses:

| Counsel for the Class | Counsel for Track Two Defendants | |
|---|---|---|
| Steve W. Berman | Steven F. Barley | James P. Muehlberger |
| Hagens Berman Sobol Shapiro LLP | Hogan Lovells US LLP | Shook, Hardy & Bacon, LLP |
| 1918 Eighth Avenue | 100 International Drive | 2555 Grand Boulevard |
| Suite 3300 | Suite 2000 | Kansas City, MO 64108 |
| Seattle, WA 98101 | Baltimore, MD 21202 | |

In addition, your document must clearly state that it relates to the "Track Two Settlement Revision."  If you file or present an objection, you will be subject to the jurisdiction of the Court.

## 5. When And Where Will The Court Decide On Whether To Grant Final Approval Of The Proposed Settlement?

The Court will hold a Hearing on **November 22, 2011** at 2:30 p.m. to consider whether the Proposed Settlement is fair, reasonable and adequate. At the Hearing, the Court will also consider whether to approve the Proposed Settlement; the request for attorneys' fees and expenses; and any comments or objections.  You are not required to attend, but may do so at your own expense.

If you want your own lawyer instead of Class Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance must include:

- Your name, address, telephone number, signature;

- The name, and number of the lawsuit (Civil Action Number: 01-CV-12257-PBS, MDL No. 1456);

- State that you wish to enter an appearance at the Final Approval Hearing; and

- Any documentation in support of such opposition.

Your Notice of Appearance **must** be filed with the Court on or before **October 21, 2011** and served on Counsel so that it is **received** on or before **October 21, 2011**.  You cannot speak at the Hearing if you previously asked to be excluded from the Proposed Settlement Class.  The Notice of Appearance must be filed with the Court and served on Counsel at the addresses set forth above in response to Question 4.

## 6. Where Do I Obtain More Information?

You may obtain more information, including a copy of the original Notice that was previously mailed to you, by visiting the AWP Track Two Settlement web site at www.AWPTrack2Settlement.com, by calling 1-877-465-8136, or by writing to:

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117


DATED: September 16, 2011                                BY ORDER OF THE COURT

## ATTACHMENT A

### CLASS A DRUGS

| | | |
|---|---|---|
| Anzemet (injection & tablets) | Ferrlecit | Neulasta |
| Aranesp | InFed | Neupogen |

### CLASS B DRUGS

| A | C | E |
|---|---|---|
| AccuNeb | Calcijex | Eligard |
| Acetylcysteine | Calcimar | Ellence / Epirubicin HCL |
| Acyclovir sodium | Camptosar / Irinotecan hydrochloride | Enalaprilat |
| Adenosine | Carbocaine / Mepivicaine | Enbrel |
| Adriamycin PFS/RFS | Cefizox | Epinephrine |
| Adrucil | Chromium tr meta / Chromic chloride | Epogen |
| Aggrastat | Cimetidine hydrochlorie | Erythromycin / Erythromycin base |
| Albuterol sulfate | Cipro / Ciprofloxacin hydrochloride | Estradiol |
| Alcohol injection | Cisplatin | Etoposide |
| A-methapred | Claforan | **F** |
| Amikacin sulfate | Cleocin T / Clindamycin phosphate | Famotidine |
| Aminocaproic acid | Copper trace / Cupric chloride | Fentanyl citrate |
| Aminosyn / Aminosyn II / Amino acid | Cromolyn sodium | Fluorouracil |
| Amphocin / Amphotericin B | Cytostar-U / Cytarabine | Fluphenazine HCL |
| Aristocort / Aristospan | **D** | Furosemide |
| Aromasin | Depo provera/ Medroxyprogesterone acetate | **G** |
| Ativan | Depo-testosterone / Testosterone cypionate | Gamimune N / Gammagard/ Gammagard S/D / Gammar / Gammar P.I.V. |
| Azmacort | Dexamethasone acetate/ Dexamethasone sodium/ Dexamethasone sodium phosphate | Gentamicin sulfate |
| **B** | Dextrose/ Dextrose sodium chloride/ Ringers lactated with dextrose | Gentran / Gentran NACL |
| Bebulin | Diazepam | Glycopyrrolate |
| Bioclate | Dicarbazine (dtic – dome) | **H** |
| Bleomycin suflate | Diltiazem hydrochloride | Helixate / Helixate FS |
| Brevibloc | Dopamine hydrochloride | Heparin / Heparin lock flush / |
| Buminate | Doxorubicin / Doxorubicin hydrochloride | Humate-P |
| Bupivacaine | DTIC Dome | Hydromorphine |

# CLASS B DRUGS
## (continued)

| I | Metaproterenol sulfate | R |
|---|---|---|
| Idamycin / Idarubicin hydrochloride | Methotrexate sodium | Ranitidine HCL |
| Imipramine HCL | Metoclopramide | Recombinate |
| Intal | Midazolam hydrochloride | S |
| Ipratropium bromide | Mithracin | Sodium acetate |
| Iveegam | Monoclate / Monoclate-P | Sodium chloride |
| K | Mononine | Solu-cortef / Hydrocortisone sodium succinate |
| Ketorolac / Ketorolac tromethamine | Morphine sulfate | Solu-medrol |
| Kineret | N | Succinylcholine chloride |
| Koate – HP | Nadolol | T |
| Kogenate | Nalbuphine | Taxotere |
| L | Nebupent | Thioplex / Thiotepa |
| Labetalol | Neosar / Cyclophospamide | Tobramycin sulfate / Tobramycin/sodium chloride |
| Lasix | Neostigmine methylsulfate | Toposar |
| Leucovorin calcium | Novacaine / Procaine | Travasol / Travasol with dextrose |
| Leukine | Novantrone | Trelstar / Triptorelin pamoate |
| Levofloxacin | O | V |
| Lidocaine hydrochloride | Osmitrol | Vancocin / Vancocin HCL / Vancomycin/ Vancomycin HCL |
| Liposyn II / Fat emulsion | P | Verapamil HCL |
| Lorazepam | Pancuronium bromide | Vinblastine sulfate |
| Lovenox | Pentam / Pentamidine isethionate | Vincasar / Vincristine / Vincristine sulfate |
| Lyphocin | Perphenazine | W |
| M | Phenylephrine | Water for injection bacteriostatic |
| Magnese chloride | Potassium acetate / Potassium chloride | Z |
| Magnesium sulfate | Prograf | Zemplar |
| Mannitol | Promethazine | Zinc chloride |
| Marcaine | Propranolol HCL | |
| Medrol / Methylprednisolone | Propofol | |

# EXHIBIT C

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: NOTICE OF INELIGIBILITY - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed more than one claim for you in the AWP Track 2 Class 1 Settlement. We write to advise you that we consider Claim No. <<clm_no>> a duplicate of another Claim Form filed by you or on your behalf. Only one Claim Form is necessary.  The duplicative Claim Form, which has been assigned the Claim Number listed above, is considered ineligible.

In accordance with the Court-approved Settlement Agreement, we have processed Claim No. <<orig_clm_no>> and any settlement benefit you might be entitled to would be based on this claim.

If you accept this determination, you do not need to do anything in response to this letter.

If you disagree with this determination, you must advise us in writing by [Response Due Date]. Your letter must also include documentation supporting your position.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

DUP

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Telephone: 1-877-465-8136

Month XX, 2011

<<**barcode**>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: ACKNOWLEDGMENT OF WITHDRAWL - Claim No. <<clm no>>**

Dear Claimant:

We have received and processed the Claim Form you filed in the AWP Track 2 Class 1 Settlement. Subsequently we have received correspondence indicating you requested to withdraw your claim or your desire to not participate in this Settlement. Therefore, you are not entitled to receive any distribution from the Settlement Fund.

If you agree with this determination, you do not need to do anything else, and you will not receive any distribution from the Settlement Fund.

However, if you disagree with this determination, you must advise us in writing by [Response Due Date].

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

WDRL

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: NOTICE OF INELIGIBILITY - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the claim that you filed in the AWP Track 2 Class 1 Settlement. However, we have determined that your claim is not eligible to receive distribution from the Settlement Fund for one or more of the following reasons:

    a.  You made flat co-payments, insurance paid all of your co-payment, or you were never obligated to make a co-payment at all for Track 2 drugs.

    b.  All of your Track 2 drug purchases are outside of the Class Period, January 1, 1991 through January 1, 2005, and therefore, your claim is ineligible for any distribution from this settlement.

IF YOU DISAGREE WITH THIS DETERMINATION OF INELIGIBILITY, YOU MUST ADVISE US IN WRITING BY [RESPONSE DUE DATE].

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

NOL

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: LETTER OF INELIGIBILTY - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim that you filed in the AWP Track 2 Class 1 Settlement. However, we have determined that your claim is ineligible for payment.

Based on the purchase amounts you entered on the claim form and/or the proof of purchases that you included with your claim, it appears that your co-payments are "flat" or "fixed."  That is, you paid a flat price for all brand-name prescription drugs and another flat co-payment for all generic prescription drugs.

Under the Court-approved terms of the settlement, if co-payments for your prescription drugs are flat or fixed, then you were not affected by the defendant's alleged pricing conduct.  Therefore, you do not meet the definition of a class member in this matter and you are ineligible to share in the distribution of settlement funds.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

FLAT

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode**>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: NOTICE OF ADJUSTMENT - Claim No.  «clm_no»**

Dear Claimant:

We received, processed, and reviewed your claim in the AWP Track 2 Class 1 Settlement. Unfortunately, there is a problem with your claim. We noted one or more of your claimed administrations are ineligible because the administration date is outside of the Class Period of January 1, 1991 through January 1, 2005.

On the backside of this letter, we have listed the administrations that are deemed ineligible.

Your claim will be adjusted accordingly and any settlement benefit that you might be entitled to will be based only on those valid administrations made within the Class Period.

If you disagree with this determination, you must advise us in writing by [Response Due Date]. Your letter must also include documentation supporting your position.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

OUT

Claim No <<clm_no>>

**The following purchases were made outside of the class period:**

| Drug Name | Administration Date | Member Obligation |
|-----------|--------------------|--------------------|
| Cytoxan | 5/8/2010 | $9.62 |
| Cytoxan | 6/3/2010 | $12.53 |

OUT

AWP Track 2 Class 1 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: LETTER OF INELIGIBILTY - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim that you filed in the AWP Track 2 Class 1 Settlement. We also received your request to exclude yourself from this Settlement. Pursuant to the Settlement Agreement, you cannot exclude yourself and submit a Claim Form for payment.

This letter serves to confirm that your previously filed Request for Exclusion is valid and therefore, your claim is not entitled to receive any distribution from the Settlement Fund.

If you disagree with this determination, please advise us in writing by [Response Due Date].

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

CLEX

# EXHIBIT D

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2012

**RESPONSE DUE DATE: Month xx, 2012**

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: CLAIM FORM SUBMISSION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Claim Form that you filed in the AWP Track 2 Class 3 Settlement. Unfortunately, there is a problem with your claim. Your Claim Form is incomplete because you selected "Full Refund" but did not supply any Track 2 drug purchases.

Please provide us with a list of Track 2 Drug(s) you purchased and the amount in which you made a cash or percentage co-payment during the Class Period of January 1, 1991 through March 1, 2008.

You must also provide proof that you made a cash payment or a percentage co-payment for each of the Track 2 Drugs you are claiming. You only need to provide one form of proof for each of the drugs. Any one of the following are acceptable as proof of a cash payment or a percentage co-payment for one of the Class Drugs:

(1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or
(2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid all or part of the cost of one of the drugs (other than a fl at co-payment) at least once; or
(3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the Class Drugs; or
(4) A notarized statement signed by you indicating you paid or are obligated to pay cash or a percentage co-payment for the Class Drugs between January 1, 1991 through March 1, 2008, including the total of all percentage co-payments for the drugs during the time period; or
(5) Records from your pharmacy showing that you made a cash payment or percentage co-payments for the Class Drugs purchased between January 1, 1991 though March 1, 2008.

PLEASE INCLUDE A COPY OF THIS LETTER WITH YOUR RESPONSE.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

AMT

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2012

**RESPONSE DUE DATE: Month xx, 2012**

<<*barcode*>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: CLAIM FORM SUBMISSION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Claim Form that you filed in the AWP Track 2 Class 3 Settlement. Unfortunately, there is a problem with your claim. Your Claim Form is incomplete for the one of the following reasons:

_____ (NONE) You did not select either "Easy Refund" or "Full Refund" and DID NOT supply any Track 2 drug purchases.

_____ (NONP) You did not select either "Easy Refund" or "Full Refund" and DID supply Track 2 drug purchases.

_____ (2REF) You selected BOTH "Easy Refund" and "Full Refund" and DID NOT supply any Track 2 drug purchases.

_____ (FPO) You selected BOTH "Easy Refund" and "Full Refund" and DID supply Track 2 drug purchases.

_____ (BOTH) You selected "Easy Refund" but supplied Track 2 drug purchases.


Please check ONLY ONE of the boxes below in order to choose your refund option:

_____ OPTION 1**:** I choose the EASY REFUND option. I understand that I will receive a payment of up to $35.00 from the Settlement and that I will not be required to provide additional documentation unless requested by the Claims Administrator.

_____ OPTION 2**:** I choose the FULL REFUND option. I understand that in order to receive a full refund I must provide one form of proof of a cash payment or a percentage co-payment for each separate Class Drug for which I am seeking a refund. Please refer to the backside of this letter for a list of acceptable documentation.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM. If you have any questions, please call us at 1-877-465-8136.


Sincerely yours,


Claims Administrator


_____          _____
Signature                                                  Date


2REF, BOTH, FPO, NONE, NONP

## IF YOU CHOSE OPTION 2:

You must provide proof that you made a cash payment or a percentage co-payment for each of the Track 2 Drugs you are claiming. You only need to provide one form of proof for each of the drugs. Any one of the following is acceptable as proof of a cash payment or a percentage co-payment for one of the Class Drugs:

(1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

(2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid all or part of the cost of one of the drugs (other than a fl at co-payment) at least once; or

(3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the Class Drugs; or

(4) A notarized statement signed by you indicating you paid or are obligated to pay cash or a percentage co-payment for the Class Drugs between January 1, 1991 through March 1, 2008, including the total of all percentage co-payments for the drugs during the time period; or

(5) Records from your pharmacy showing that you made a cash payment or percentage co-payments for the Class Drugs purchased between January 1, 1991 though March 1, 2008.

2REF, BOTH, FPO, NONE, NONP

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

**RESPONSE DUE DATE:  Month XX, 2011**

<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No. <<clm_no>>**

Dear Claimant:

Please note that if you have already provided documentation in response to a previous letter, please disregard this letter. If you have not, please send supporting documentation, as described below, to the address listed above by the Response Due Date.

We received your claim in the AWP Track 2 Class 3 Settlement. However, it did not contain sufficient information for us to process your claim.  Your claim is deficient or incomplete for one or more of the following reasons below:

_____   (DBK2) In Section E of your Claim Form, you neglected to indicate your out-of-pocket expense for Track 2 drugs that you purchased during the Class Period of January 1, 1991 through March 1, 2008.

_____   (DOC2) In Section E of your Claim Form, you listed Track 2 drugs you purchased during the Class Period, but did not supply sufficient documentation to support those purchases.

The deficient purchases are listed on the reverse of this letter. To ensure you receive the correct distribution, if any, from the Settlement Fund, please complete the reverse side of this letter. YOU MUST INCLUDE SUFFICIENT DOCUMENTATION TO SUPPORT EACH OF THE LISTED PURCHASES.

Acceptable documentation includes any one of the following:

1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or
2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid all or part of the cost of one of the drugs (other than a flat co-payment) at least once; or
3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the Class Drugs; or
4) A notarized statement signed by you indicating you made or are obligated to pay cash or a percentage co-payment for the Class Drugs from January 1, 1991 through March 1, 2008, including the total of all percentage co-payments for the drugs during the time period; or
5) Records from your pharmacy showing that you made a cash payment or percentage co-payments for the Class Drugs purchased between January 1, 1991 and March 1, 2008.

Failure to respond by the Response Due Date listed above, or if you respond without sufficient documentation, MAY RESULT IN THE DISALLOWANCE OF THESE PURCHASES. If you have any questions, please call our toll-free number at 1-877-465-8136.

Sincerely yours,

Claims Administrator

DBK2, DOC2

If you did not indicate on your Claim Form how much you paid out-of-pocket for certain Track 2 drugs, please enter the total amount paid under the corresponding date range below. We also require proper supporting documentation for that drug.

If an amount is already listed for a drug, we only require proper supporting documentation for that drug.

**Out-of-Pocket Expenditures on Class A Drugs:**

| Drug Name | Total Amt Paid from Jan 1, 1991 to Nov 30, 1997 | Total Amt Paid from Dec 1, 1997 to Dec 31, 2003 | Total Amt Paid from Jan 1, 2004 to March 2008 |
|---|---|---|---|
| Anzemet | | | |
| InFed | $45.29 | | |
| Neulasta | | | $6,126.23 |

**Out-of-Pocket Expenditures on Class B Drugs:**

| Drug Name | Total Amt Paid from Jan 1, 1991 to Mar 1, 2008 |
|---|---|
| Adenosine | |
| Diazepam | $450.58 |
| Furosemide | |

DBLK, DOC

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: CLAIM FORM SUBMISSION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Claim Form that you filed in the AWP Track 2 Class 3 Settlement. However, you have listed drugs that are not part of this Settlement. Therefore, they will not be included in the calculation to determine your portion of the Settlement Fund, if any, you may be entitled to.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

DNAM

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No. «clm_no»**

Dear Claimant:

We have received your Claim Form claiming purchases of Track 2 Drugs and are in the process of reviewing all claim forms.

As part of our responsibility as Claims Administrator, we routinely request additional information from claimants.  The purpose of this process is to assure accuracy of claims and fairness in the distribution of settlement proceeds.  Your claim has been selected for such a request.  We are requesting ADDITIONAL information from claimants as part of our standard procedures.  However, your response is important to us, and FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

We are requesting the following information:

Please provide all available documentation that supports one form of proof of a cash payment or a percentage co-payment for each separate Class Drug listed on the charts in Section E of the AWP Track 2 Settlement Class 3 Claim Form stated on the reverse side of this letter.  You need to provide one form of proof for each of the drugs.  Any one of the following is acceptable as proof of a cash payment or a percentage co-payment for one of the Class Drugs:

  (1)  A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or
  (2)  A letter from a doctor saying that he or she prescribed one of the drugs and you paid all or part of the cost of one of the drugs (other than a flat co-payment) at least once; or
  (3)  An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the Class Drugs; or
  (4)  A notarized statement signed by you indicating you paid or are obligated to pay cash or a percentage co-payment for the Class Drugs between January 1, 1991 through March 1, 2008, including the total of all percentage co-payments for the drugs during the time period; or
  (5)  Records from your pharmacy showing that you made a cash payment or percentage co-payments for the Class Drugs purchased between January 1, 1991 through March 1, 2008.

Please sign and date this letter in the space provided below, enclose the supporting documentation, and return it to the address listed above postmarked by **[Response Due Date].**   You should retain a copy of everything that you mail to us with your files.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

_____          _____
Signature of Claimant                                                       Date

FRAD

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2012

**RESPONSE DUE DATE:  Month XX, 2012**

<<*barcode*>>
<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No. <<clm_no>>**

Dear Claimant:

You were mailed this letter and the included Revised Notice because you submitted a claim in the AWP Track 2 Class 3 Settlement after the Revised Notice was originally mailed. The attached Revised Notice informs you of changes in the terms of the Settlement. Changes which include an increase in the amount of money available to Consumers, a change in the way claims will be calculated, additional documentation required for certain Track 2 drugs, and the ineligibility of certain Track 2 drugs for specific years.

You have claimed one or more Track 2 drugs which require additional documentation as described in the included Revised Notice. Please review the Revised Notice for more information.

Documentation can be in the form of the prescribing physician's notes in your medical file, a letter from a prescribing physician, or some other documentary evidence from the prescribing physician, hospital, or medical provider identifying at least one administration of the drug.

To ensure you receive the correct distribution, if any, from the Settlement Fund, please supply the sufficient supporting documentation as required by the Revised Notice. FAILURE TO RESPOND BY THE RESPONSE DUE DATE LISTED ABOVE OR FAILURE TO PROVIDE SUFFICIENT DOCUMENTATION WILL RESULT IN THE DISALLOWANCE OF THESE PURCHASES. Your claim will be adjusted accordingly and any settlement benefit you may be entitled to will be based only on your eligible Track 2 drug purchases.

PLEASE INCLUDE A COPY OF THIS LETTER WITH YOUR RESPONSE.

If you have any questions, please call our toll-free number at 1-877-465-8136.

Sincerely yours,

Claims Administrator

RND2

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

### RESPONSE DUE DATE: Month xx, 2012

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

### RE: CLAIM FORM SUBMISSION - Claim No.  «clm_no»

Dear Claimant:

Please note that the letter we previously mailed to you included the incorrect return address for responses. We will need you to complete the backside of this letter and return it to us.

We have received and processed the Consumer Claim Form that you filed in the AWP Track 2 Class 3 Settlement. Unfortunately, there is a problem with your claim. You failed to answer the eligibility questions under Section C on your Claim Form.

Please answer the eligibility questions on the reverse side of this letter and return it to the address above by the Response Due Date listed above.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

SEC2

Claim No. <<clm_no>>

Please answer the following questions in order to determine if the Claimant is eligible for cash from the Proposed Settlement:

---

1.  Were you, or the Claimant that you are filing on behalf of, prescribed any of the Track 2 Drugs listed in the Notice during the period from January 1, 1991 through March 1, 2008?

    **Yes**          **No**

2.  Did you, or the Claimant that you are filing on behalf of, pay cash or a percentage of the cost of the drug(s)?

    **Yes**          **No**

**NOTE**: If you paid a flat co-payment (i.e. your out-of-pocket expense was always the same for every drug, like a $10 or $25 co-pay) you did not pay a percentage of the cost.

---

If you answered *No* to <u>either</u> of the questions above, you are not eligible to receive any benefits from this Proposed Settlement.


_____            _____
Signature of Claimant                                                          Date


Please return this completed form to the following address by the Response Due Date on the front of this letter:

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

### RESPONSE DUE DATE:  Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

### RE: REQUEST FOR MORE INFORMATION - Claim No.  «clm_no»

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the AWP Track 2 Class 3 Settlement.  Unfortunately, there is a problem with your claim. You did not sign the Claim Form.

In order to ensure you receive the right amount of money from the Settlement Fund, please sign and date this letter where indicated below and return it to the address listed above by the Response Due Date. Your signature will be treated as the proper execution of your previously submitted Claim Form.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

_____
Signature of Claimant

_____          _____
Print Name                                                                                  Date

SIGN

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No.  «clm_no»**

Dear Claimant:

We have received your Claim Form claiming purchases of Track 2 Drugs and are in the process of reviewing all claim forms.

As part of our responsibility as Claims Administrator, we routinely request additional information from claimants.  The purpose of this process is to assure accuracy of claims and fairness in the distribution of settlement proceeds.  Your claim has been selected for such a request.  We are requesting ADDITIONAL information from claimants as part of our standard procedures.  However, your response is important to us, and FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

We are requesting the following information:

Please provide all available documentation that supports one form of proof of a cash payment or a percentage co-payment for each separate Class Drug listed on the charts in Section E of the AWP Track 2 Settlement Class 3 Claim Form stated on the reverse side of this letter.  You need to provide one form of proof for each of the drugs.  Any one of the following is acceptable as proof of a cash payment or a percentage co-payment for one of the Class Drugs:

(1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

(2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid all or part of the cost of one of the drugs (other than a flat co-payment) at least once; or

(3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the Class Drugs; or

(4) A notarized statement signed by you indicating you paid or are obligated to pay cash or a percentage co-payment for the Class Drugs between January 1, 1991 through March 1, 2008, including the total of all percentage co-payments for the drugs during the time period; or

(5) Records from your pharmacy showing that you made a cash payment or percentage co-payments for the Class Drugs purchased between January 1, 1991, through March 1, 2008.

Please sign and date this letter in the space provided below, enclose the supporting documentation, and return it to the address listed above postmarked by **[Response Due Date].**   You should retain a copy of everything that you mail to us with your files.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

_____          _____
Signature of Claimant                                                              Date

AUD

# EXHIBIT E

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

## RESPONSE DUE DATE: 21 Days

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

## RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No.  «clm_no»

Dear Claimant:

We received your claim in the AWP Track 2 Class 3 Settlement. As part of our responsibility as Claims Administrator, we routinely request additional information from claimants.  The purpose of this additional information is to assure accuracy of the claimed amounts.

The claim that you submitted was signed under penalty of perjury and in so doing you affirmed that all of the information provided in the claim was true, correct, and accurate.  We write to request that you provide additional documentation to more fully support your total claim amount.

For **each of the Class Drugs for which you have submitted a claim**, please provide **three (3)** forms of proof of payment.  For example, if you claimed payments for two different Class Drugs, you must provide a total of six forms of proof of payment (three for each drug) in the form of an EOB and/or pharmacy records.  The proof of payment may be in the form of:

(1) an EOB (explanation of benefits) or other records from your insurer that shows you made or are obligated to make percentage co-payments for the Class Drugs purchased between January 1, 1991, through March 1, 2008.; or

(2) records from your pharmacy showing that you made cash payments or percentage co-payments for the Class Drugs between January 1, 1991, through March 1, 2008; or

(3) billing records from your physician showing that you made cash payments or percentage co-payments for the Class Drugs between January 1, 1991, through March 1, 2008.  Not acceptable is a letter from your physician attesting to prescribing you one or more of the Class Drugs.

We are requesting ADDITIONAL information from claimants as part of our standard procedures. FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

Please sign and date this letter in the space provided below, enclose the supporting documentation, and return it to the address listed above postmarked by **[Response Due Date].**   You should retain a copy of everything that you mail to us with your files.

HIGH

If you have any questions about what constitutes sufficient proof of payment or anything else about this request please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

_____          _____
Signature of Claimant                                               Date

HIGH

# EXHIBIT F

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: NOTICE OF INELIGIBILITY - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed more than one claim filed by you or on the Claimant's behalf in the AWP Track 2 Class 3 Settlement.  We write to advise you that we consider Claim No. <<clm_no>> to be a duplicate of another Claim Form previously filed in this Settlement. Only one Claim Form is necessary.  The duplicative Claim Form, which has been assigned the Claim Number listed above, is considered ineligible.

In accordance with the Court-approved Settlement Agreement, we have processed Claim No. <<orig_clm_no>> and any settlement benefit you might be entitled to would be based on this claim.

If you accept this determination, you do not need to do anything in response to this letter.

If you disagree with this determination, you must advise us in writing by [Response Due Date]. Your letter must also include documentation supporting your position.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

DUP

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: NOTICE OF INELIGIBILITY - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed, in the AWP Track 2 Class 3 Settlement.  We write to advise you that we consider your claim ineligible.

Your claim is ineligible because you answered "NO" to one or both of the following questions in Section C of your Claim Form:

- Were you, or the Claimant that you are filing on behalf of, prescribed any of the Track 2 drugs listed in the Notice during the period from January 1, 1991 to March 1, 2008?

- Did you, or the Claimant that you are filing on behalf of, pay cash or a percentage of the cost of the drug(s)?

In accordance with the Court-approved Notice of Class Action Settlement, you are not a member of a Class if you answered "NO" to either of the questions above. Therefore your claim has been deemed ineligible. You are not entitled to receive any distribution from the Settlement Fund.

If you accept this determination, you do not need to do anything in response to this letter.

If you disagree with this determination, you must advise us in writing by [Response Due Date]. Your letter must also include documentation supporting your position.

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

NO

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: FINAL DISPOSITION - Claim No.  «clm_no»**

Dear Claimant:

We have received and processed the Consumer Claim Form that you filed in the AWP Track 2 Class 3 Settlement. We also received your request to exclude yourself from this settlement. Pursuant to the Settlement Agreement, you cannot do both exclude yourself and submit a Claim Form for payment.

This letter serves to confirm that your previously filed Request for Exclusion is valid and therefore, your claim is not entitled to receive any distribution from the Settlement Fund.

If you disagree with this determination, please advise us in writing by [Response Due Date].

If you have any questions, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

CLEX

AWP Track 2 Class 3 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117
Toll-Free Telephone: 1-877-465-8136

Month XX, 2011

<<**barcode**>>
«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: ACKNOWLEDGMENT OF WITHDRAWL - Claim No. <<clm no>>**

Dear Claimant:

We have received and processed the Claim Form you filed in the AWP Track 2 Class 3 Settlement. Subsequently we have received correspondence indicating you requested to withdraw your claim or your desire to not participate in this Settlement. Therefore, you are not entitled to receive any distribution from the Settlement Fund.

If you agree with this determination, you do not need to do anything else, and you will not receive any distribution from the Settlement Fund.

However, if you disagree with this determination, you must advise us in writing by [Response Due Date].

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

WDRL

# EXHIBIT G

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Month XX, 2011

**RESPONSE DUE DATE:  March XX, 2011**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: REQUEST FOR ADDITIONAL INFORMATION - Claim No. «clm_no»**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form that you filed in the AWP Track 2 TPP Settlement. However, we noted a deficiency in the claim you submitted. You failed to provide adequate documentation supporting your claim for purchases of Track 2 drugs.

According to Section F on page 4 of the Third-Party Payor Claim Form, if you are claiming $300,000 or more of purchases of Track 2 drugs, you must provide documentation with your Claim Form.  The back of this letter provides further details on what the electronic documentation must include. We prefer that you submit this in an electronic format such as Excel, if possible.

PLEASE RETURN THIS LETTER WITH THE REQUIRED DOCUMENTATION TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE.  FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

ADOC

**Claimant Documentation Instructions**

If you are claiming $300,000 or more of total purchases of all Track 2 Drugs you must provide documentation with your Claim Form to have your claim considered by the Claims Administrator. Please provide the required data fields necessary for your participation as a TPP Class Member for all paid claims with a date of service or date of fill between January 1, 2003 to December 31, 2003 net of co-pay deductibles or coinsurance.

1. J-Code or NDC Number – provide the applicable J-Code or NDC Number for each transaction.

2. Patient Identifier – provide a random encrypted patient identification number. This number must consistently reflect the same patient.

3. Service and/or Fill Date – we expect service date will be available for J-Code entries and fill date will be available for NDC entries. Please include both if they are available.

4. Group Number – provide the group number assigned to each transaction. As part of the auditing process, you may be asked to provide the corresponding group name for each group number. Only the Claims Administrator will have access to this information.

5. Amount Billed – billed charges or the initial amount billed by the provider or providers before any adjustments.

6. Net Amount Paid – final amount paid for each discrete transaction, net of co-pays, deductibles, co-insurance, and any other credits and adjustments after initial payment.

**AWP Track 2 Settlement Administrator**
**c/o Complete Claim Solutions, LLC**
**P.O. Box 24703**
**West Palm Beach, FL 33416**
**Toll-free Telephone: 1-877-465-8136**

ADOC

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

November XX, 2010

**<u>RESPONSE DUE DATE: POSTMARKED BY NOVEMBER 14, 2010</u>**

<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**REQUEST FOR ADDITIONAL INFORMATION * * * Claim No. <<clm_no>>**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Claim Form you filed in the AWP Track 2 Settlement.  However, we noted one or more deficiencies in the claim you submitted.  Your Claim is deficient or incomplete for the following reason(s) below, as indicated by an "X":

_____   (SIGN)  You did not sign the Claim Form.  Please sign this letter in the space provided below and return it to us no later than the Response Due Date listed above.  Your signature will be treated as the proper execution of your previously submitted Claim.

_____   (TIN)  You did not provide your Federal Employer Identification Number.  Please provide this information in the space provided below and return this letter to us no later than the Response Due Date listed above.

_____   (C5)  You indicated that you are a duly Authorized Agent filing on behalf of a Class Member, however you failed to provide the names and Federal Employer Identification Numbers (FEINs) of Class Members on whose behalf you were filing. Please sign and return this letter to the address listed above with the requested information by the response due date listed above.

FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.  If you have any questions about this, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

_____
Signature of Claimant

_____   _____
Name                                Date        Federal Employer Identification Number

SIGN_TIN

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

November 4, 2010

## RESPONSE DUE DATE:  POSTMARKED BY NOVEMBER 4, 2010

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Claim Form you filed in the AWP Track 2 Settlement.  However, you indicated that you are a duly Authorized Agent filing on behalf of one or more Class Members, and certain required information about each Class Member listed below is either missing or inconsistent.

In order to share in the Third Party Payer Settlement Fund, YOU MUST PROVIDE THE REQUESTED INFORMATION AND A COPY OF THIS LETTER TO THE ADDRESS ABOVE BY THE RESPONSE DUE DATE.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.  If you have any questions, please call 1-877-465-8136.

Sincerely yours,

Claims Administrator

<<C5_def flags E, N and/or U_table>>

XC5

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

November 4, 2010

**RESPONSE DUE DATE: NOVEMBER 14, 2010**

<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

REQUEST FOR ADDITIONAL INFORMATION - Claim No.  «clm_no»

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Dear Claimant:

We received and processed the claim you filed in the AWP Track 2 Settlement.  Unfortunately, you did not provide the total amount of your purchases.

In order for your claim to be eligible you must provide the total and final amount paid or reimbursed for each Track 2 Drug with a date of service or date of fill from January 1, 2003 to December 31, 2003, net of co-pays, deductibles and co-insurance for each Class Member on whose behalf you are submitting a claim.

Please provide the total amount spent on each Track 2 drug in the table on the back of this letter.

PLEASE RETURN THIS LETTER WITH THE REQUIRED DOCUMENTATION TO THE ADDRESS ABOVE POSTMARKED BY THE RESPONSE DUE DATE.  FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

EAMT –  Did not provide Amount

**Instructions**
**TOTAL AMOUNT OF TRACK 2 DRUG PURCHASES**

For each Class Member on whose behalf you are submitting a claim, state the total and final amount paid or reimbursed, net of rebates, chargebacks, co-pays, and/or co-insurance for each Track 2 Drug set out in the chart below with a date of service or date of fill from January 1, 2003 to December 31, 2003,.  If you are claiming more than $300,000, you will need to provide additional information.

| Drug Name | MediGap TPP Class<br>January 1, 2003 – December 31, 2003 | Private Payor TPP Class<br>January 1, 2003 – December 31, 2003 |
|---|---|---|
| Anzemet | $ | $ |
| Aranesp | $ | $ |
| Epogen | $ | $ |
| Ferrlecit | $ | $ |
| InFed | $ | $ |
| Neulasta | $ | $ |
| Neupogen | $ | $ |
| Total $ | $ | $ |

EAMT –  Did not provide Amount

# EXHIBIT H

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, Inc.
P.O. Box 24703
West Palm Beach, FL 33416
1-877-465-8136

Date

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**ACKNOWLEDGMENT OF WITHDRAWL *** Claim No. <<clm no>>**

Dear Claimant:

We have received and processed the Proof of Claim you filed in the AWP Track 2 Settlement.

Subsequently we have received correspondence indicating you have withdrawn your claim. Therefore, you are not entitled to receive any distribution from the Settlement Fund.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Settlement Administrator

WDW

AWP Track 2 TPP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Date

## RESPONSE DUE DATE:  Date

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AWP Track 2 TPP Settlement. However, we have determined that your claim may not be eligible to receive a distribution from the Settlement Fund, as you do not appear to be a member of the Settlement Class because you submitted this claim as a federal, state, or local government entity.

As stated in the Court-approved Settlement Agreement, "Excluded from each of the Settlement Classes are…all federal, state, and local governmental entities in the United States, except any such governmental agencies or programs that made or incurred an obligation to make a reimbursement for a Class Drug as part of a health benefit plan for their employees, but only with respect to such payments".

Please confirm that you are not a governmental entity, or are a governmental entity that is claiming purchases for a Class Drug as part of a health benefit plan for your employees.

You must advise us in writing by the Response Due Date listed above.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our hotline at 1-877-465-8136.

Sincerely yours,

Claims Administrator

GOVT

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

*INSERT DATE*

**RESPONSE DUE DATE:  XXXX XX, 2010**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**NOTICE OF INELIGIBLITY *** Claim No. «clm_no»**

Dear Claimant:

We have received and processed the Proof of Claim you filed in the AWP Track 2 Settlement. However, we determined you are not an eligible class member because you are one of the defendants in the Litigation.  Therefore, you are not eligible to share in the Settlement Fund.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.

If you have questions, please call our toll-free number at 1-877-465-8136.

Sincerely yours,

Settlement Administrator

DFNT

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

November XX, 2010

**RESPONSE DUE DATE: NOVEMBER XX, 2010**

<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

REQUEST FOR ADDITIONAL INFORMATION - Claim No. «clm_no»

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Dear Claimant:

We received and processed the claim you filed in the AWP Track 2 Settlement.  However, your claim appears to be incomplete.

Under the terms of the settlement there were two classes of drugs, Class A and Class B.  Third-Party Payors will be reimbursed based on their Class A drug purchases only.  Unfortunately, the claim filed by you or on your behalf claims only to have purchased Class B drugs.

In order to receive payment from the settlement you must provide the total and final amount paid or reimbursed for each Class A Track 2 Drug with a date of service or date of fill from January 1, 2003 to December 31, 2003, net of co-pays, deductibles and co-insurance for each Class Member on whose behalf you are submitting a claim.

Please provide the total amount spent on each Track 2 Class A drug in the table on the back of this letter.

PLEASE RETURN THIS LETTER WITH THE REQUIRED DOCUMENTATION TO THE ADDRESS ABOVE POSTMARKED BY THE RESPONSE DUE DATE.  FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

CLSB – Submitted for Class B drugs only

**Instructions**
**TOTAL AMOUNT OF TRACK 2 DRUG PURCHASES**

For each Class Member on whose behalf you are submitting a claim, state the total and final amount paid or reimbursed, net of rebates, chargebacks, co-pays, and/or co-insurance for each Track 2 Drug set out in the chart below with a date of service or date of fill from January 1, 2003 to December 31, 2003.

| Drug Name | MediGap TPP Class<br>January 1, 2003 – December 31, 2003 | Private Payor TPP Class<br>January 1, 2003 – December 31, 2003 |
|---|---|---|
| Anzemet | $ | $ |
| Aranesp | $ | $ |
| Epogen | $ | $ |
| Ferrlecit | $ | $ |
| InFed | $ | $ |
| Neulasta | $ | $ |
| Neupogen | $ | $ |
| Total $ | $ | $ |

CLSB – Submitted for Class B drugs only



Taxol Third-Party Payor Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24629
West Palm Beach, FL 33416
Phone: (800) 930-0057

February 19, 2004

## RESPONSE DUE DATE:  MARCH 5, 2004

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**FINAL DISPOSITION NOTICE *** Claim No. «clm_no»**

Dear Claimant:

We have received and processed the Proof of Claim you filed in the Taxol TPP Antitrust Litigation.

This letter is to confirm that you claimed Zero Dollars for payments of Taxol and/or generic paclitaxel in the United States during the Class Period (January 1, 1999 through December 31, 2002).

In accordance with the Allocation and Distribution Plan approved by the United States District Court for the District of Columbia, your claim does not result in a Recognized Loss, as described more fully in the "Notice of Pendency of Class Action, Proposed Settlement and Fairness Hearing" previously sent to you.  Therefore, you are not entitled to receive any distribution from the Net Settlement Fund.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  Your letter must also include documentation supporting your position.  Failure to respond will result in the disallowance of your claim.

If you have any questions, please call 1-800-930-0057.

Sincerely yours,

Claims Administrator

ZERO (disposition ltr)

AWP Track 2 Claims Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

November 4, 2010

**RESPONSE DUE DATE: NOVEMBER 4, 2010**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**NOTICE OF INELIGIBILITY *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed more than one Claim Form that you filed, or that was filed on your behalf, in the AWP Track 2 Settlement.  The Claim Number listed above is considered duplicative of another Claim filed by you or on your behalf.

The original Claim (Claim Number <<orig_clm_no>>) has been processed in accordance with the Settlement Agreement approved by the Court.

IF YOU DISAGREE WITH THIS DETERMINATION (e.g., you filed multiple claims because (a) you were provided with documentation from multiple Third-Party Administrators or Pharmacy Benefit Managers or (b) you filed for multiple plans), YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  Your letter must also include documentation supporting your position.

If you have any questions about this, please call our toll-free number 1-877-465-8136.

Sincerely yours,

Claims Administrator

DUP

AWP Track 2 TPP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Date

**RESPONSE DUE DATE:  Date**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AWP Track 2 TPP Settlement. However, we have determined that your claim may not be eligible to receive a distribution from the Settlement Fund, as you do not appear to be a member of the Settlement Class because you submitted this claim as a hospital, clinic, physician, physician practice group, or other health care provider or group of providers.

As stated in the Court-approved Notice, "Excluded from the Proposed Settlement are…all hospitals, clinics, physicians, or physician practice groups, or other health care provider or group of providers, that purchased drugs manufactured, marketed, sold, or distributed by a Released Company, and that (a) administered, dispensed, or prescribed such drugs to a consumer and (b) billed a Consumer, TPP, or ISHP for such drugs."

Please confirm that you are not a hospital, clinic, physician, physician practice group, or health care provider as described above.  You must advise us in writing by the Response Due Date listed above.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our toll free number at 1-877-465-8136.

Sincerely yours,

Claims Administrator

HOSP

# EXHIBIT I

AWP Track 2 Claims Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

November XX, 2010

**RESPONSE DUE DATE: December XX, 2010**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»
VIA FEDERAL EXPRESS**

Dear Claimant:

We have received and processed more than one Claim Form that you filed, or that was filed on your behalf, in the AWP Track 2 Settlement.  To ensure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

You indicated that you are a duly Authorized Agent filing on behalf of the Class Member(s) listed below.  However, we noted one or more claims have already been filed by the Class Member(s).  Therefore, the claims filed on behalf of the Class Member(s) are considered duplicative.

WE ARE REQUESTING, AT THIS TIME, THAT YOU SUBMIT A LETTER WHICH REDUCES YOUR CLAIM TO EXCLUDE THE CLAIMED AMOUNTS FOR THE CLASS MEMBER(S) LISTED BELOW.  Then return it with this letter by the Response Due Date to the address listed above.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  Your letter must also include documentation supporting your position.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM OR IN THE RECEIPT OF LESS MONEY THAN YOU MAY OTHERWISE BE ENTITLED TO.  If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

<<C5D2_table (C5 recs w/T flag)>>

# EXHIBIT J

AWP Track 2 TPP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Month XX, 2012

**RESPONSE DUE DATE:  Month XX, 2012**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AWP Track 2 TPP Settlement. However, we have determined that your claim is deficient and may not be eligible to receive a distribution from the Settlement Fund, because you filed on behalf of one or more hospitals, clinics, physicians, physician practice groups, or other health care providers or group of providers.

As stated in the Court-approved Notice, "Excluded from the Proposed Settlement are…all hospitals, clinics, physicians, or physician practice groups, or other health care provider or group of providers, that purchased drugs manufactured, marketed, sold, or distributed by a Released Company, and that (a) administered, dispensed, or prescribed such drugs to a consumer and (b) billed a Consumer, TPP, or ISHP for such drugs."

Please review the entities listed on the reverse of this letter and respond by (a) confirming that the entities are not hospitals, clinics, physicians, physician practice groups, or health care providers as described above; or (b) reducing your claim to exclude the claimed amounts for those entities because they are excluded from the Settlement.

You must advise us in writing by the Response Due Date listed above.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM, IN WHOLE OR IN PART.

If you have any questions, please call our hotline at 1-877-465-8136.

Sincerely yours,

Claims Administrator

HSPA

AWP Track 2 TPP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Month XX, 2012

**RESPONSE DUE DATE:  Month XX, 2012**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AWP Track 2 TPP Settlement. However, we have determined that some of the entities that you are filing on behalf of do not appear to be members of the Settlement Class because they appear to be federal, state, or local government entities.

As stated in the Court-approved Settlement Agreement, "Excluded from each of the Settlement Classes are…all federal, state, and local governmental entities in the United States, except any such governmental agencies or programs that made or incurred an obligation to make a reimbursement for a Class Drug as part of a health benefit plan for their employees, but only with respect to such payments".

Please review the entities listed on the reverse of this letter and respond by (a) confirming the entities listed are not governmental entities; or (b) confirming they are governmental entities but are claiming purchases for a Class Drug as part of a health benefit plan for their employees; or (c) reducing your claim to exclude the claimed amounts for those entities because they are governmental entities not claiming as part of a health benefit plan.

You must advise us in writing by the Response Due Date listed above.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM, IN WHOLE OR IN PART.

If you have any questions, please call our hotline at 1-877-465-8136.

Sincerely yours,

Claims Administrator

GVTA

# EXHIBIT K

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, Inc.
P.O. Box 24703
West Palm Beach, FL 33416
1-877-465-8136

September XX, 2010

**RESPONSE DUE DATE:  October XX, 2010**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Proof of Claim you filed in the AWP Track 2 Settlement.  Upon reviewing the documentation that you provided either with your original claim or in response to the Request For Additional Information letter previously sent to you, we have adjusted your claim amount because the total AWP Track 2 purchases in the documentation you provided differed from the amount claimed and/or the documentation you provided included purchases of AWP Track 2 drugs outside of the period of January 1, 2003 to December 31, 2003.

This adjustment revises your claim amount as follows:

Original Amount:  $<<orig_amt>>

Adjusted Amount:  $<<revised_amt>>

The Revised Amount will now become the basis for calculating any settlement benefits you may be entitled to.

IF YOU DISAGREE with the Revised Amount, you must advise us in writing by the Response Due Date listed above. Your letter must also include documentation supporting your position.  If you have any questions, please call our toll-free number at **1-877-465-8136**.

Sincerely yours,

Settlement Administrator

ADJ

# EXHIBIT L

**AWP Track 2 Claims Administrator**
**c/o Rust Consulting, Inc.**
**P.O. Box 24703**
**West Palm Beach, FL  33416**
**Toll-Free Telephone: 1-877-465-8136**

Month XX, 2011

**RESPONSE DUE DATE: Month XX, 2011**

<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: FINAL REQUEST FOR ADDITIONAL INFORMATION - Claim No.  «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We received and processed the claim you filed in the AWP Track 2 Settlement.  Unfortunately, you did not provide the total amount of your purchases.

In order for your claim to be eligible you must provide the total and final amount paid or reimbursed for each Track 2 Drug with a date of service or date of fill from January 1, 2003 to December 31, 2003, net of co-pays, deductibles and co-insurance for each Class Member on whose behalf you are submitting a claim.

WE HAVE PREVIOUSLY MAILED YOU A LETTER REQUESTING THIS INFORMATION BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM OR IN A REDUCTION OF YOUR CLAIM AMOUNT AND THE RECIEPT OF LESS MONEY THAN YOU MAY OTHERWISE ENTITLED TO.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

FAMT

**Instructions**
**TOTAL AMOUNT OF TRACK 2 DRUG PURCHASES**

For each Class Member on whose behalf you are submitting a claim, state the total and final amount paid or reimbursed, net of rebates, chargebacks, co-pays, and/or co-insurance for each Track 2 Drug set out in the chart below with a date of service or date of fill from January 1, 2003 to December 31, 2003,.  If you are claiming more than $300,000, you will need to provide additional information.

| Drug Name | MediGap TPP Class<br>January 1, 2003 – December 31, 2003 | Private Payor TPP Class<br>January 1, 2003 – December 31, 2003 |
|---|---|---|
| Anzemet | $ | $ |
| Aranesp | $ | $ |
| Epogen | $ | $ |
| Ferrlecit | $ | $ |
| InFed | $ | $ |
| Neulasta | $ | $ |
| Neupogen | $ | $ |
| Total $ | $ | $ |

FAMT

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Month XX, 2011

**RESPONSE DUE DATE: Month XX, 2011**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: FINAL REQUEST FOR ADDITIONAL INFORMATION - Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Claim Form you filed in the AWP Track 2 Settlement. To ensure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

(FC5D) – You indicated that you are a duly Authorized Agent filing on behalf of the Class Member(s) listed below, and we noted one or more claims have already been filed by the Class Member(s). Therefore, the claims filed on behalf of the Class Member(s) are considered duplicative.

We are requesting, at this time, that you submit a letter which reduces your claim to exclude the claimed amounts for the class member(s) listed on the other side of this letter. Then return it with a copy of this letter by the Response Due Date to the address listed above.

If you disagree with this determination, you must advise us in writing by the Response Due Date listed above. Your letter must also include documentation supporting your position.

WE HAVE PREVIOUSLY MAILED YOU A LETTER REQUESTING THIS INFORMATION BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM OR IN A REDUCTION OF YOUR CLAIM AMOUNT AND THE RECIEPT OF LESS MONEY THAN YOU MAY OTHERWISE ENTITLED TO.

If you have any questions, please call us at 1-877-465-8136.

Sincerely,

Claims Administrator

<<C5D2_table (C5 recs w/T flag)>>

FC5D

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Month XX, 2011

**RESPONSE DUE DATE:  March XX, 2011**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**RE: FINAL REQUEST FOR ADDITIONAL INFORMATION - Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Claim Form that you filed in the AWP Track 2 TPP Settlement. However, we noted a deficiency in the claim you submitted. You failed to provide adequate documentation supporting your claim for purchases of Track 2 drugs.

According to Section F on page 4 of the Third-Party Payor Claim Form, if you are claiming $300,000 or more of purchases of Track 2 drugs, you must provide documentation with your Claim Form.  The back of this letter provides further details on what the electronic documentation must include. We prefer that you submit this in an electronic format such as Excel, if possible.

Please return this letter with the required documentation to the address above by the Response Due Date listed above.

WE HAVE PREVIOUSLY MAILED YOU A LETTER REQUESTING THIS INFORMATION BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM OR IN A REDUCTION OF YOUR CLAIM AMOUNT AND THE RECIEPT OF LESS MONEY THAN YOU MAY OTHERWISE ENTITLED TO.

If you have any questions, please call us at 1-877-465-8136.

Sincerely yours,

Claims Administrator

ADOC

**Claimant Documentation Instructions**

If you are claiming $300,000 or more of total purchases of all Track 2 Drugs you must provide documentation with your Claim Form to have your claim considered by the Claims Administrator. Please provide the required data fields necessary for your participation as a TPP Class Member as presented in the Data Field Layout sample on page 5, for all paid claims with a date of service or date of fill between January 1, 2003 to December 31, 2003 net of co-pay deductibles or coinsurance.

1.  J-Code or NDC Number – provide the applicable J-Code or NDC Number for each transaction.

2.  Patient Identifier – provide a random encrypted patient identification number. This number must consistently reflect the same patient.

3.  Service and/or Fill Date – we expect service date will be available for J-Code entries and fill date will be available for NDC entries. Please include both if they are available.

4.  Group Number – provide the group number assigned to each transaction. As part of the auditing process, you may be asked to provide the corresponding group name for each group number. Only the Claims Administrator will have access to this information.

5.  Amount Billed – billed charges or the initial amount billed by the provider or providers before any adjustments.

6.  Net Amount Paid – final amount paid for each discrete transaction, net of co-pays, deductibles, co-insurance, and any other credits and adjustments after initial payment.

**AWP Track 2 Settlement Administrator**
**c/o Complete Claim Solutions, LLC**
**P.O. Box 24703**
**West Palm Beach, FL 33416**
**Toll-free Telephone: 1-877-465-8136**

ADOC

AWP Track 2 Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Month XX, 2011

### RESPONSE DUE DATE: MONTH XX, 2011

<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**RE: FINAL REQUEST FOR ADDITIONAL INFORMATION - Claim No. <<clm_no>>**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Claim Form you filed in the AWP Track 2 Settlement. However, we noted one or more deficiencies in the claim you submitted. Your Claim is deficient or incomplete for the following reason(s) below, as indicated by an "X":

_____   (FSIG)  You did not sign the Claim Form. Please sign this letter in the space provided below and return it to us no later than the Response Due Date listed above. Your signature will be treated as the proper execution of your previously submitted Claim.

_____   (FTIN)  You did not provide your Federal Employer Identification Number. Please provide this information in the space provided below and return this letter to us no later than the Response Due Date listed above.

_____   (FC5)  You indicated that you are a duly Authorized Agent filing on behalf of a Class Member, however you failed to provide the names and Federal Employer Identification Numbers (FEINs) of Class Members on whose behalf you were filing. Please sign and return this letter to the address listed above with the requested information by the response due date listed above.

FAILURE TO RESPOND MAY RESULT IN DISALLOWANCE OF YOUR CLAIM. If you have any questions about this, please call our toll-free number 1-877-465-8136.

Sincerely,

Claims Administrator

_____          _____
Signature of Claimant                                                        Date

_____          _____
Print Name                                                                     Federal Employer Identification Number

MULT – FSIG, FTIN, FC5

AWP Track 2 TPP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Month XX, 2012

**RESPONSE DUE DATE:  Month XX, 2012**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**FINAL REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AWP Track 2 TPP Settlement. However, we have determined that some of the entities that you are filing on behalf of do not appear to be members of the Settlement Class because they appear to be federal, state, or local government entities.

As stated in the Court-approved Settlement Agreement, "Excluded from each of the Settlement Classes are…all federal, state, and local governmental entities in the United States, except any such governmental agencies or programs that made or incurred an obligation to make a reimbursement for a Class Drug as part of a health benefit plan for their employees, but only with respect to such payments".

Please review the entities listed on the reverse of this letter and respond by (a) confirming the entities listed are not governmental entities; or (b) confirming they are governmental entities but are claiming purchases for a Class Drug as part of a health benefit plan for their employees; or (c) reducing your claim to exclude the claimed amounts for those entities because they are governmental entities not claiming as part of a health benefit plan.

You must advise us in writing by the Response Due Date listed above.

WE HAVE PREVIOUSLY MAILED YOU A LETTER REQUESTING THIS INFORMATION BUT HAVE YET TO RECEIVE ANY RESPONSE. THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN A REDUCTION OF YOUR CLAIM AMOUNT AND THE RECIEPT OF LESS MONEY THAN YOU MAY OTHERWISE ENTITLED TO.

If you have any questions, please call our hotline at 1-877-465-8136.

Sincerely yours,

Claims Administrator

FGTA

AWP Track 2 TPP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Date

**RESPONSE DUE DATE:  Date**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**FINAL REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AWP Track 2 TPP Settlement. However, we have determined that your claim may not be eligible to receive a distribution from the Settlement Fund, as you do not appear to be a member of the Settlement Class because you submitted this claim as a federal, state, or local government entity.

As stated in the Court-approved Settlement Agreement, "Excluded from each of the Settlement Classes are…all federal, state, and local governmental entities in the United States, except any such governmental agencies or programs that made or incurred an obligation to make a reimbursement for a Class Drug as part of a health benefit plan for their employees, but only with respect to such payments".

Please confirm that you are not a governmental entity, or are a governmental entity that is claiming purchases for a Class Drug as part of a health benefit plan for your employees.

You must advise us in writing by the Response Due Date listed above.

WE HAVE PREVIOUSLY MAILED YOU A LETTER REQUESTING THIS INFORMATION BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our hotline at 1-877-465-8136.

Sincerely yours,

Claims Administrator

FGVT

AWP Track 2 TPP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Month XX, 2012

**RESPONSE DUE DATE:  Month XX, 2012**

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**FINAL REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AWP Track 2 TPP Settlement. However, we have determined that your claim is deficient and may not be eligible to receive a distribution from the Settlement Fund, because you filed on behalf of one or more hospitals, clinics, physicians, physician practice groups, or other health care providers or group of providers.

As stated in the Court-approved Notice, "Excluded from the Proposed Settlement are…all hospitals, clinics, physicians, or physician practice groups, or other health care provider or group of providers, that purchased drugs manufactured, marketed, sold, or distributed by a Released Company, and that (a) administered, dispensed, or prescribed such drugs to a consumer and (b) billed a Consumer, TPP, or ISHP for such drugs."

Please review the entities listed on the reverse of this letter and respond by (a) confirming that the entities are not hospitals, clinics, physicians, physician practice groups, or health care providers as described above; or (b) reducing your claim to exclude the claimed amounts for those entities because they are excluded from the Settlement.

You must advise us in writing by the Response Due Date listed above.

WE HAVE PREVIOUSLY MAILED YOU A LETTER REQUESTING THIS INFORMATION BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN A REDUCTION OF YOUR CLAIM AMOUNT AND THE RECIEPT OF LESS MONEY THAN YOU MAY OTHERWISE ENTITLED TO.

If you have any questions, please call our hotline at 1-877-465-8136.

Sincerely yours,

Claims Administrator

FHPA

AWP Track 2 TPP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24703
West Palm Beach, FL 33416
Toll-free Telephone: 1-877-465-8136

Date

### RESPONSE DUE DATE:  Date

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

**FINAL REQUEST FOR ADDITIONAL INFORMATION *** Claim No. «clm_no»**

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Third-Party Payor Claim Form you filed in the AWP Track 2 TPP Settlement. However, we have determined that your claim may not be eligible to receive a distribution from the Settlement Fund, as you do not appear to be a member of the Settlement Class because you submitted this claim as a hospital, clinic, physician, physician practice group, or other health care provider or group of providers.

As stated in the Court-approved Notice, "Excluded from the Proposed Settlement are…all hospitals, clinics, physicians, or physician practice groups, or other health care provider or group of providers, that purchased drugs manufactured, marketed, sold, or distributed by a Released Company, and that (a) administered, dispensed, or prescribed such drugs to a consumer and (b) billed a Consumer, TPP, or ISHP for such drugs."

Please confirm that you are not a hospital, clinic, physician, physician practice group, or health care provider as described above.  You must advise us in writing by the Response Due Date listed above.

WE HAVE PREVIOUSLY MAILED YOU A LETTER REQUESTING THIS INFORMATION BUT HAVE YET TO RECEIVE ANY RESPONSE.  THE RESPONSE DUE DATE FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF A RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call our toll free number at 1-877-465-8136.

Sincerely yours,

Claims Administrator

FHSP

# EXHIBIT M

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 375 | HEALTH CARE SERVICE CORPORATION  C/O SCOTT YOUNG LLP | 93,155,122.24 | 0.141817316573 | $2,792,747.28 |
| 249 | HIGHMARK INC | 80,704,121.14 | 0.122862185366 | $2,419,472.05 |
| 855 | BLUE CROSS BLUE SHIELD OF AL - SELF FUNDED C/O WALLACE JORDAN | 78,821,288.57 | 0.119995802324 | $2,363,025.61 |
| 728 | HEALTH CARE SERVICE CORPORATION A MUTUAL LEGAL RESERVE COMPANY | 45,471,407.88 | 0.069224674836 | $1,363,211.68 |
| 268 | INDEPENDENCE BLUE CROSS | 33,146,273.25 | 0.050461159984 | $993,709.87 |
| 856 | BLUE CROSS BLUE SHIELD OF ALABAMA C/O WALLACE JORDAN | 23,773,863.40 | 0.036192808628 | $712,729.38 |
| 945 | MEDICA HEALTH PLANS | 18,687,522.77 | 0.028449475122 | $560,243.25 |
| 667 | HARVARD PILGRIM HEALTHCARE INC | 9,339,316.45 | 0.014217970689 | $279,988.37 |
| 288 | BCBS OF KANSAS INC | 8,974,431.79 | 0.013662478279 | $269,049.30 |
| 1008 | HEALTH CARE HORIZON OF IL DBA HEALTH ALLIANCE MEDICAL PLAN | 8,927,445.53 | 0.013590947427 | $267,640.67 |
| 308 | MVP HEALTH CARE INC | 8,205,920.44 | 0.012492513442 | $246,009.68 |
| 501 | GENERAL MOTORS HEALTHCARE PROGRAM C/O MEDCO HEALTH SOLUTIONS | 7,593,539.67 | 0.011560238379 | $227,650.79 |
| 946 | PROVIDENCE HEALTH PLAN | 6,569,108.58 | 0.010000666938 | $196,938.82 |
| 429 | SCOTT AND WHITE HEALTH PLAN | 6,148,186.26 | 0.009359864023 | $184,319.77 |
| 296 | HEALTHPARTNERS INC | 5,217,329.70 | 0.007942748396 | $156,413.12 |
| 929 | BCBS OF SOUTH CAROLINA | 4,768,892.12 | 0.007260056858 | $142,969.17 |
| 251 | GOLDEN RULE INSURANCE COMPANY | 4,404,789.89 | 0.006705755596 | $132,053.55 |
| 607 | KEYSTONE MERCY HEALTH PLAN | 4,400,195.72 | 0.006698761532 | $131,915.82 |
| 525 | CAPITAL BLUECROSS | 4,391,502.81 | 0.006685527637 | $131,655.21 |
| 312 | UPMC HEALTH PLAN INC | 4,385,841.74 | 0.006676909348 | $131,485.50 |
| 285 | 1199 SEIU NATIONAL BENEFIT FUND FOR HEALTH & HUMAN SERVICE EMPLOYEES | 4,338,181.20 | 0.006604351986 | $130,056.66 |
| 286 | BCBS OF RHODE ISLAND | 4,174,109.27 | 0.006354572476 | $125,137.86 |
| 252 | AT & T INC | 3,820,486.44 | 0.005816224829 | $114,536.41 |
| 756 | CENTRAL STATES SOUTHEAST & SOUTHWEST AREAS HEALTH & WELAFRE FUND | 3,801,926.03 | 0.005787968858 | $113,979.98 |
| 605 | TIME INSURANCE COMPANY C/O ASSURANT | 3,785,593.14 | 0.005763104034 | $113,490.32 |
| 160 | UMWA COMBINED BENEFIT FUND | 3,692,196.93 | 0.005620919691 | $110,690.35 |
| 560 | ENVISION PHARMACEUTICAL SERVICES | 3,682,831.36 | 0.005606661752 | $110,409.57 |
| 434 | AMERICAN MEDICAL SECURITY LIFE INS C/O BRAD ALLEN | 3,635,258.68 | 0.005534238341 | $108,983.37 |
| 606 | JOHN ALDEN LIFE INSURANCE CO C/O ASSURANT | 3,490,049.24 | 0.005313174477 | $104,630.05 |
| 82 | VISTA HEALTHPLAN INC C/O CRIDEN & LOVE PA | 3,350,934.84 | 0.005101389764 | $100,459.47 |
| 911 | GROUP INSURANCE COMMISSION | 3,241,282.31 | 0.004934457155 | $97,172.14 |
| 616 | TROVER SOLUTIONS INC | 3,122,028.20 | 0.004752907311 | $93,596.95 |
| 943 | MEDICA INSURANCE COMPANY | 3,118,816.99 | 0.004748018636 | $93,500.68 |
| 578 | HEALTHPLUS OF MICHIGAN INC | 2,993,872.63 | 0.004557806080 | $89,754.91 |
| 569 | PREMERA BLUECROSS | 2,864,074.42 | 0.004360204130 | $85,863.62 |
| 430 | AULTCARE | 2,808,556.45 | 0.004275684789 | $84,199.22 |
| 250 | ALCOA | 2,594,840.70 | 0.003950328615 | $77,792.12 |
| 573 | GEISINGER HEALTH PLAN | 2,579,299.72 | 0.003926669368 | $77,326.21 |
| 610 | TRIPLE S INC | 2,522,314.40 | 0.003839916165 | $75,617.81 |
| 669 | VERIZON COMMUNICATIONS INC | 2,494,755.01 | 0.003797960354 | $74,791.60 |
| 86 | VISTA HEALTHPLAN OF SOUTH FLORIDA C/O CRIDEN & LOVE | 2,442,952.45 | 0.003719097272 | $73,238.58 |
| 165 | HEALTH ALLIANCE PLAN OF MICHIGAN | 2,404,216.82 | 0.003660126998 | $72,077.30 |
| 457 | AMERIGROUP CORPORATION | 2,307,114.86 | 0.003512301102 | $69,166.23 |
| 577 | TEXAS HEALTH INSURANCE RISK POOL | 2,293,320.69 | 0.003491301160 | $68,752.69 |
| 579 | SECURITY HEALTH PLAN OF WISCONSIN INC | 2,278,567.84 | 0.003468841744 | $68,310.41 |
| 902 | UNITED STATES STEEL AND CARNEGIE PENSION FUND | 2,246,076.99 | 0.003419378386 | $67,336.34 |
| 433 | HOTEL EMPLOYEES & RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND | 2,103,123.54 | 0.003201749187 | $63,050.67 |
| 23 | UCARE MINNESOTA | 2,074,010.74 | 0.003157428498 | $62,177.88 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 875 | SELECTHEALTH INC | 2,032,701.93 | 0.003094540871 | $60,939.46 |
| 599 | UNISON ADMINISTRATIVE SERVICES LLC | 1,981,461.34 | 0.003016533320 | $59,403.29 |
| 901 | PREFERRED HEALTH SYSTEMS | 1,929,720.65 | 0.002937764427 | $57,852.13 |
| 942 | RXAMERICA LLC | 1,902,977.47 | 0.002897051196 | $57,050.38 |
| 613 | BCBS OF NEBRASKA | 1,884,440.87 | 0.002868831482 | $56,494.66 |
| 31 | THE HEALTH PLAN | 1,710,002.98 | 0.002603271061 | $51,265.09 |
| 912 | INDEPENDENT HEALTH ASSOCIATION INC | 1,669,271.92 | 0.002541262988 | $50,044.00 |
| 522 | COLORADO PUBLIC EMPLOYEES' RETIREMENT  ASSOCIATION | 1,657,918.14 | 0.002523978243 | $49,703.62 |
| 150 | NRECA GROUP BENEFITS TRUST | 1,422,505.00 | 0.002165590437 | $42,646.04 |
| 894 | PARAMOUNT CARE INC DBA PARAMOUNT HEALTH CARE | 1,384,179.00 | 0.002107243775 | $41,497.04 |
| 523 | CALIFORNIA PUBLIC EMPLOYEES RETIREMENT  SYSTEM | 1,319,081.72 | 0.002008141102 | $39,545.46 |
| 555 | THE CLEVELAND CLINIC FOUNDATION | 1,315,577.80 | 0.002002806811 | $39,440.41 |
| 313 | UPMC HEALTH PLAN INC | 1,312,956.89 | 0.001998816795 | $39,361.84 |
| 753 | INTERNATIONAL BUSINESS MACHINES CORP | 1,295,193.88 | 0.001971774778 | $38,829.31 |
| 476 | PHARMACY DATA MGT INC | 1,275,151.04 | 0.001941261998 | $38,228.44 |
| 839 | BENEFITS PLAN OF THE PRESBYTERIAN CHURCH (USA) | 1,275,151.04 | 0.001941261998 | $38,228.44 |
| 272 | ALCATEL-LUCENT | 1,273,866.01 | 0.001939305696 | $38,189.91 |
| 752 | STATE OF ILLINIOS C/O ANDREW MULLER | 1,253,861.08 | 0.001908850629 | $37,590.17 |
| 458 | BUILDING SERVICES 32BJ HEALTH FUND | 1,207,677.92 | 0.001838542399 | $36,205.62 |
| 668 | HARVARD PILGRIM HEALTH CARE INC | 1,173,908.17 | 0.001787132071 | $35,193.22 |
| 609 | UNION SECURITY INSURANCE COMPANY C/O ASSURANT | 1,172,352.81 | 0.001784764225 | $35,146.59 |
| 953 | TEXTRON INC | 1,053,399.65 | 0.001603672542 | $31,580.43 |
| 270 | ALLEGHENY COUNTY SCHOOLS HEALTH INS CONS C/O AON CONSULTING INC | 1,048,136.71 | 0.001595660357 | $31,422.65 |
| 882 | EMPLOYEES RETIREMENT SYSTEM OF TEXAS | 1,036,079.22 | 0.001577304299 | $31,061.17 |
| 164 | MOTION PICTURE INDUSTRY PENS & HEALTH PL | 1,035,406.89 | 0.001576280758 | $31,041.02 |
| 570 | BOEING COMPANY EMPLOYEE H&W BENEFIT PLAN | 1,026,697.00 | 0.001563021012 | $30,779.90 |
| 524 | CAPITAL BLUECROSS | 1,005,035.30 | 0.001530043173 | $30,130.49 |
| 755 | CONSEL ENERGY INC | 990,863.38 | 0.001508468695 | $29,705.62 |
| 508 | COMMONWEALTH OF VIRGINIA | 985,546.56 | 0.001500374484 | $29,546.23 |
| 822 | BP CORPORATION NORTH AMERICA INC | 946,377.44 | 0.001440744274 | $28,371.96 |
| 575 | STATE OF MARYLAND | 945,781.86 | 0.001439837577 | $28,354.10 |
| 928 | BLUECHOICE HEALTHPLAN OF SOUTH CAROLINA | 933,279.58 | 0.001420804379 | $27,979.29 |
| 283 | 1199 SEIU NATIONAL BENEFIT FOR HOME CARE EMPLOYEES | 919,473.13 | 0.001399785743 | $27,565.38 |
| 582 | RAILROAD EMPLOYEES NATIONAL H&W PLAN C/O GOODWIN PROCTER LLP | 859,788.15 | 0.001308922637 | $25,776.05 |
| 68 | ALTIUS HEALTH PLANS, INC | 854,570.72 | 0.001300979736 | $25,619.63 |
| 395 | WESTMORELAND COUNTY PUBLIC SCHOOL HEALTHCARE CONSORTIUM | 833,978.62 | 0.001269630774 | $25,002.29 |
| 183 | TRS-CARE | 833,135.56 | 0.001268347318 | $24,977.02 |
| 737 | STATE HEALTH PLAN PPO (STATE OF MI) | 771,278.95 | 0.001174178171 | $23,122.58 |
| 624 | CAPITAL DISTRICT PHYSICIANS HEALTH PLAN | 764,696.21 | 0.001164156742 | $22,925.24 |
| 158 | UMWA 1992 BENEFIT PLAN | 743,282.91 | 0.001131557613 | $22,283.28 |
| 80 | ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANI | 712,441.04 | 0.001084604626 | $21,358.65 |
| 975 | EMPLOYER BENEFIT MANAGEMENT SERVICE INC | 699,799.89 | 0.001065360016 | $20,979.68 |
| 603 | CONNECTICARE INC | 693,978.46 | 0.001056497599 | $20,805.15 |
| 880 | FLORIDIA DEP OF MGMT SERV DIV OF STATE GROUP INS | 655,183.82 | 0.000997437489 | $19,642.11 |
| 297 | CVS CAREMARK CORPORATION WELFARE BENEFIT PLAN | 654,232.45 | 0.000995989144 | $19,613.58 |
| 237 | DUPONT MEDICAL PLAN | 654,188.90 | 0.000995922845 | $19,612.28 |
| 1006 | BENECARD SERVICES INC C/O BEMECARD SERVICES INC | 644,468.43 | 0.000981124614 | $19,320.86 |
| 810 | PRINCIPAL LIFE INSURANCE COMPANY | 631,805.31 | 0.000961846568 | $18,941.23 |
| 322 | WISCONSIN PHYSICIANS SERVICES INSURANCE CORPORATION | 630,704.55 | 0.000960170785 | $18,908.23 |
| 284 | 1199 SEIU GREATER NEW YORK BENEFIT FUND | 629,941.53 | 0.000959009180 | $18,885.35 |
| 452 | HEALTH NEW ENGLAND INC | 584,418.92 | 0.000889706556 | $17,520.61 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 356 | WACHOVIA CORPORATION | 570,574.84 | 0.000868630632 | $17,105.57 |
| 885 | CITIGROUP INC 7182481059 | 570,152.04 | 0.000867986971 | $17,092.89 |
| 985 | CATERPILLAR INC | 567,137.09 | 0.000863397077 | $17,002.51 |
| 77 | PHYSICIANS HEALTH PLAN OF MID-MICHIGAN | 561,677.91 | 0.000855086141 | $16,838.84 |
| 123 | SEARS ROEBUCK AND CO | 535,737.68 | 0.000815595303 | $16,061.17 |
| 568 | POMCO INC | 529,658.55 | 0.000806340569 | $15,878.92 |
| 784 | NORTHROP GRUMMAN CORP HEALTH PLAN | 520,292.74 | 0.000792082265 | $15,598.13 |
| 585 | SANDIA COPORATION | 516,835.70 | 0.000786819343 | $15,494.49 |
| 445 | US AIRWAYS INC | 496,910.08 | 0.000756485016 | $14,897.13 |
| 602 | HBKW INC | 492,442.19 | 0.000749683198 | $14,763.19 |
| 970 | PROVIDENCE HEALTH PLAN | 480,602.10 | 0.000731658104 | $14,408.23 |
| 448 | NAVISTAR INC | 478,832.71 | 0.000728964424 | $14,355.18 |
| 378 | OKLAHOMA STATE & EDUCATION EMPLOYEES GROUP INSURANCE BOARD | 478,347.43 | 0.000728225644 | $14,340.63 |
| 757 | MHP INC | 467,646.51 | 0.000711934798 | $14,019.83 |
| 760 | CITY OF CHICAGO | 467,302.38 | 0.000711410902 | $14,009.51 |
| 453 | UNITED FOOD & COM WORKERS UNION & EMPLOYEES MIDWEST HEALTH FUND | 454,780.37 | 0.000692347669 | $13,634.10 |
| 50 | PENSION HOSPITALIZATION & BENEFIT PLAN OF THE ELECTRICAL INDUSTRY | 448,102.92 | 0.000682182065 | $13,433.92 |
| 761 | WEST PENN ALLEGHENY HEALTH SYSTEM | 443,284.74 | 0.000674846973 | $13,289.47 |
| 132 | EDUCATOR MUTUAL INSURANCE ASSOCIATION | 441,523.35 | 0.000672165472 | $13,236.66 |
| 658 | PRIMECARE OF INLAND VALLEY INC | 436,735.00 | 0.000664875793 | $13,093.11 |
| 600 | THE GOODYEAR TIRE & RUBBER COMPANY | 432,815.21 | 0.000658908390 | $12,975.60 |
| 248 | TYCO INTERNATIONAL | 423,919.02 | 0.000645365026 | $12,708.90 |
| 974 | ASSOC HEALTH & WELFARE PLAN - WALMART | 408,280.99 | 0.000621558032 | $12,240.07 |
| 253 | MIDWEST HEALTH PLAN INC MICHIGAN CORPORATION | 407,500.00 | 0.000620369070 | $12,216.66 |
| 968 | HEALTH ALLIANCE MEDICAL PLANS INC | 406,304.17 | 0.000618548564 | $12,180.81 |
| 269 | THE  PNC FINANCIAL SERVICE GROUP INC MEDICAL PLAN | 397,263.00 | 0.000604784485 | $11,909.76 |
| 758 | UNIVERSITY OF TEXAS SYSTEM | 396,301.30 | 0.000603320414 | $11,880.93 |
| 69 | MERCK & CO INC | 393,722.99 | 0.000599395251 | $11,803.63 |
| 705 | HCA INC | 376,002.21 | 0.000572417524 | $11,272.37 |
| 388 | EXELON CORP EMP MED EXPENSE PL C/O COGHLAN KUKANKOS LLC | 365,047.29 | 0.000555739994 | $10,943.95 |
| 456 | DELPHI CORPORATION | 364,726.99 | 0.000555252376 | $10,934.35 |
| 303 | MOTOROLA INC | 357,616.69 | 0.000544427812 | $10,721.18 |
| 302 | UNITED AIRLINES INC C/O JILL CHAPMAN MD BENEFITS STRATEGY | 357,352.03 | 0.000544024899 | $10,713.25 |
| 295 | STATE OF MINNESOTA C/O HEALTHPARTNERS ADMINISTRATORS INC | 355,730.69 | 0.000541556607 | $10,664.64 |
| 306 | TRANSTAR INC | 353,982.07 | 0.000538894546 | $10,612.22 |
| 556 | UMR | 353,832.39 | 0.000538666676 | $10,607.73 |
| 484 | NETWORK HEALTH PLAN | 346,711.56 | 0.000527826081 | $10,394.25 |
| 310 | UFCW LOCAL 23 AND EMPLOYERS HEALTH FUND | 344,931.38 | 0.000525115974 | $10,340.88 |
| 309 | QCA HEALTH PLAN INC | 338,429.38 | 0.000515217471 | $10,145.96 |
| 439 | MCKENZIE ROTHWELL BARLOW & KORPI | 333,235.99 | 0.000507311168 | $9,990.26 |
| 803 | BCBS OF MS | 327,152.06 | 0.000498049126 | $9,807.87 |
| 660 | PRIMECARE OF TEMECULA INC | 325,337.00 | 0.000495285919 | $9,753.45 |
| 814 | LA CRUZ AMEDE PUERTO RICO INC | 306,692.84 | 0.000466902458 | $9,194.51 |
| 973 | UFCW LOCAL 1776 AND PARTICIPATING EMPLOYER HEALTH AND WELFARE FUND | 306,419.92 | 0.000466486971 | $9,186.33 |
| 739 | FALLON COMMUNITY HEALTH PLAN | 300,000.00 | 0.000456713425 | $8,993.86 |
| 656 | PRIMECARE OF CORONA INC | 299,896.00 | 0.000456555098 | $8,990.74 |
| 431 | MVP HEALTH CARE INC | 296,087.04 | 0.000450756421 | $8,876.55 |
| 779 | KRAFT FOODS | 294,495.83 | 0.000448333998 | $8,828.85 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

07/02/2012 05:01 PM

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Page 4 of 20

Report Criteria: None

Report ID :DST21W015

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 759 | TRUSTMARK LIFE INSURANCE COMPANY | 293,742.50 | 0.000447187145 | $8,806.26 |
| 794 | RESERVE NATIONAL INSURANCE COMPANY | 290,825.01 | 0.000442745622 | $8,718.80 |
| 776 | AMERICAN ELECTRIC POWER SERVICE CORPORATION | 289,766.28 | 0.000441133834 | $8,687.06 |
| 235 | OMNIBUS HEALTH CARE PLAN OF CHEVRON CORP | 289,264.74 | 0.000440370301 | $8,672.02 |
| 694 | TARGET CORPORATION | 281,784.60 | 0.000428982700 | $8,447.77 |
| 289 | 3M COMPANY | 281,243.85 | 0.000428159474 | $8,431.56 |
| 299 | FIRST ENERGY CORP | 279,506.44 | 0.000425514479 | $8,379.47 |
| 584 | NATIONAL RAILWAY CARRIERS & UNITED  C/O GOODWIN PROCTER LLP | 279,210.49 | 0.000425063931 | $8,370.60 |
| 316 | MEDICAL BENEFITS ADMINISTRATORS INC | 277,764.66 | 0.000422862831 | $8,327.26 |
| 1058 | USAA | 277,643.52 | 0.000422678410 | $8,323.62 |
| 182 | HALLMARK CARDS INCORPORATED | 277,465.23 | 0.000422406985 | $8,318.28 |
| 1018 | HONEYWELL INTERNATIONAL, INC C/O FINANCIAL RECOVERY SERVICES | 275,411.12 | 0.000419279853 | $8,256.70 |
| 124 | SELF INSURED SCHOOLS OF CALIFORNIA C/O KERN COUNTY SUPERINTENDENT OF SCHOOLS | 275,168.86 | 0.000418911042 | $8,249.43 |
| 90 | PARTNERS HEALTHCARE SYSTEM INC | 273,299.92 | 0.000416065809 | $8,193.40 |
| 506 | CONSUMERS ENERGY | 272,487.13 | 0.000414828435 | $8,169.04 |
| 515 | NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND | 272,204.48 | 0.000414398135 | $8,160.56 |
| 336 | CHICAGO REGIONAL COUNCIL OF CARPENTERS  WELFARE FUND | 267,698.17 | 0.000407537827 | $8,025.47 |
| 936 | BCBS OF SOUTH CAROLINA SELF-INSURED EMPLOYEE HEALTH PLAN | 263,673.61 | 0.000401410925 | $7,904.81 |
| 948 | SPRINT NEXTEL CORPORATION | 263,006.04 | 0.000400394631 | $7,884.80 |
| 92 | NORTHWEST AIRLINES INC | 257,009.85 | 0.000391266163 | $7,705.04 |
| 511 | ARMSTRONG WORLD IND INC | 249,701.69 | 0.000380140381 | $7,485.94 |
| 368 | SC JOHNSON & SON INC | 248,309.00 | 0.000378020180 | $7,444.19 |
| 748 | AK STEEL CORPORATION | 244,684.51 | 0.000372502336 | $7,335.53 |
| 382 | COMMUNITY FIRST GROUP HOSPITAL SERVICE CORP COMMUNITY FIRST HEALTH PLANS INC | 242,219.23 | 0.000368749247 | $7,261.62 |
| 971 | ODS HEALTH PLAN INC | 242,168.59 | 0.000368672154 | $7,260.10 |
| 185 | SPECIAL AGENTS MUTUAL BENEFIT ASSOC | 236,750.90 | 0.000360424382 | $7,097.68 |
| 245 | EMPL MEDICAL HLTH PLAN OF SUFFOLK CNTY C/O DEPT OF CIVIL SERV | 235,575.46 | 0.000358634918 | $7,062.44 |
| 653 | PRIMECARE OF RIVERSIDE INC | 234,123.00 | 0.000356423724 | $7,018.90 |
| 432 | ILA MANAGED HEALTH CARE TRUST FUND | 233,300.90 | 0.000355172177 | $6,994.25 |
| 893 | PARAMOUNT CARE OF MICHIGAN INC | 232,460.20 | 0.000353892314 | $6,969.05 |
| 184 | TRS-ACTIVECARE | 230,118.04 | 0.000350326661 | $6,898.83 |
| 376 | FAMILY HEALTH CENTER OF MARSHFIELD INC C/O MARSHFIELD CLINIC | 228,456.65 | 0.000347797397 | $6,849.02 |
| 535 | HARTFORD FIRE INSURANCE COMPANY EMPLOYEE MEDICAL & DENTAL EXPENSE BENEFIT PLAN | 224,553.17 | 0.000341854825 | $6,732.00 |
| 258 | ELETRICAL INSURANCE TRUSTEES | 221,394.87 | 0.000337046698 | $6,637.32 |
| 354 | ALLEGHENY ENERGY SERVICE CORPORATION | 219,566.55 | 0.000334263304 | $6,582.50 |
| 548 | CITY OF PITTSBURGH | 217,299.76 | 0.000330812392 | $6,514.55 |
| 592 | XEROX CORPORATION | 214,403.10 | 0.000326402581 | $6,427.71 |
| 161 | CAMEUSE LIME & STONE | 214,005.57 | 0.000325797390 | $6,415.79 |
| 838 | STATE OF ARKANSAS DEPT OF FIN AND ADMIN EMP BENE DIV | 212,479.68 | 0.000323474408 | $6,370.04 |
| 842 | SOUTHERN CALIFORNIA UNITED FOOD COMMERICAL WORKERS TRUST FUND | 211,095.02 | 0.000321366432 | $6,328.53 |
| 483 | SOUTHERN INDIANA HEALTH ORGANIZATION | 202,852.85 | 0.000308818733 | $6,081.43 |
| 608 | AMERIHEALTH MERCY | 200,948.61 | 0.000305919760 | $6,024.35 |
| 1061 | WHIRLPOOL CORP C/O FINANCIAL RECOVERY SERVICES | 200,487.20 | 0.000305217320 | $6,010.51 |
| 841 | BOILERMAKERS NATIONAL HEALTH AND  WELFARE FUND | 200,041.77 | 0.000304539207 | $5,997.16 |
| 604 | ROGUE VALELY MEDICAL CENTER ASANTE HEALTH SYSTEM | 195,022.80 | 0.000296898437 | $5,846.69 |
| 552 | SELECT MEDICAL CORPORATION GROUP HEALTH PLAN | 193,415.09 | 0.000294450894 | $5,798.49 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 362 | MIDWESTERN HEALTH COMBINE C/O RESCHINI AGENCY INC | 193,057.41 | 0.000293906370 | $5,787.77 |
| 38 | NEW YORK STATE CATHOLIC HEALTH PLAN INC DBA FIDELIS CARE NEW YORK | 189,335.14 | 0.000288239668 | $5,676.18 |
| 713 | FORD MOTOR COMPANY C/O HUMANA INS CO | 188,546.05 | 0.000287038374 | $5,652.52 |
| 191 | FOUNDATION COAL CORPORATION | 187,250.37 | 0.000285065860 | $5,613.68 |
| 359 | BEDFORD/SOMERSET COUNTY SCHOOL CONSORTIU C/O RESCHINI AGENCY INC | 187,079.94 | 0.000284806401 | $5,608.57 |
| 778 | THE WESTERN AND SOUTHERN LIFE INSURANCE  COMPANY FLEXIBLE BENEFITS PLAN | 186,234.26 | 0.000283518956 | $5,583.22 |
| 682 | ANHEUSER-BUSCH COMPANIES INC | 186,147.23 | 0.000283386463 | $5,580.61 |
| 287 | PEPSICO INC | 185,016.19 | 0.000281664593 | $5,546.70 |
| 349 | SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OHIO | 184,501.50 | 0.000280881040 | $5,531.27 |
| 357 | ARMSTRONG INDIANS SCHOOL CONSORTIUM C/O RESCHINI AGENCY INC | 183,962.60 | 0.000280060631 | $5,515.11 |
| 509 | MEDICAL BENEFITS MUTUAL LIFE INSURANCE CO | 183,487.72 | 0.000279337684 | $5,500.88 |
| 730 | EIGHT DISTRICT ELECTRICAL BENEFIT FUND | 181,178.62 | 0.000275822360 | $5,431.65 |
| 202 | GEORGIA PACIFIC LLC | 181,169.58 | 0.000275808598 | $5,431.38 |
| 884 | EXCAVATORS UNION LOCAL 731 WELFARE FUND | 180,019.03 | 0.000274057026 | $5,396.89 |
| 16 | HEALTH PLAN OF SAN MATEO | 179,516.29 | 0.000273291666 | $5,381.81 |
| 663 | PASSPORT HEALTH PLAN | 178,997.80 | 0.000272502328 | $5,366.27 |
| 886 | AFTRA HEALTH AND RETIREMENT FUNDS C/O JOSEPH H MELTZER ESP | 176,376.99 | 0.000268512464 | $5,287.70 |
| 809 | ALLEGHENY LUDLUM | 175,109.70 | 0.000266583170 | $5,249.71 |
| 500 | BASF CORPORATION | 171,397.70 | 0.000260932102 | $5,138.42 |
| 238 | MEIJER | 167,704.96 | 0.000255310356 | $5,027.72 |
| 32 | HARRISON ELECTRICAL WORKERS TRUST FUND C/O BROWNSTEIN RASK | 166,119.23 | 0.000252896275 | $4,980.18 |
| 1044 | NESTLE USA, INC C/O FINANCIAL RECOVERY SERVICE | 164,768.25 | 0.000250839573 | $4,939.68 |
| 817 | PIPE FITTERS' WELFARE FUND LOCAL 597 | 163,228.78 | 0.000248495917 | $4,893.52 |
| 137 | AMERICAN POSTAL WORKERS UNION HEALTH PL | 162,911.44 | 0.000248012806 | $4,884.01 |
| 562 | WASHINGTON STATE HEALTH INSURANCE POOL C/O BENEFIT MANAGEMENT INC | 159,604.30 | 0.000242978089 | $4,784.86 |
| 545 | ATLANTICARE ADMINISTRATORS INC | 156,483.28 | 0.000238226716 | $4,691.30 |
| 987 | EMBRAQ MANAGEMENT COMPANY | 154,300.52 | 0.000234903730 | $4,625.86 |
| 655 | PRIMECARE MEDICAL NETWORK INC | 153,425.00 | 0.000233570858 | $4,599.61 |
| 321 | WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION | 153,353.43 | 0.000233461901 | $4,597.46 |
| 866 | UFCW BAY AREA HEALTH WELFARE  TRUST FUND | 150,861.42 | 0.000229668120 | $4,522.76 |
| 672 | UNISYS CORPORATION | 150,385.56 | 0.000228943681 | $4,508.49 |
| 925 | FIRST RECOVERY GROUP | 150,260.89 | 0.000228753886 | $4,504.75 |
| 493 | COMCAST CORPORATION | 148,876.66 | 0.000226646565 | $4,463.25 |
| 998 | AURORA DIRECT NETWORK EMPLOYEE HEALTH PLAN | 148,722.76 | 0.000226412271 | $4,458.64 |
| 529 | PACIFIC GAS & ELECTRIC COMPANY | 146,949.81 | 0.000223713170 | $4,405.49 |
| 293 | HEALTHPARTNERS ADMINISTRATORS INC | 145,582.08 | 0.000221630968 | $4,364.48 |
| 232 | DISTRICT 1199P HEALTH & WELFARE PLAN C/O MCA ADMINISTRATORS INC | 145,088.98 | 0.000220880283 | $4,349.70 |
| 926 | PROACT INC | 144,560.81 | 0.000220076209 | $4,333.87 |
| 1021 | INGERSOLL RAND C/O FINANCIAL RECOVERY SERVICE INC | 144,073.11 | 0.000219333745 | $4,319.24 |
| 263 | GENERAL MILLS INC | 142,781.74 | 0.000217367792 | $4,280.53 |
| 79 | ROCKY MOUNTAIN HEALTHCARE OPTIONS INC | 142,531.51 | 0.000216986847 | $4,273.03 |
| 81 | VISTA INSURANCE PLAN C/O CRIDEN & LOVE, PA | 137,441.11 | 0.000209237334 | $4,120.42 |
| 342 | WESTINGHOUSE ELECTRIC COMPANY | 136,916.62 | 0.000208438862 | $4,104.70 |
| 1001 | RR DONNELLEY AND SONS COMPANY WELFARE BENEFITS TRUST | 136,147.50 | 0.000207267970 | $4,081.64 |
| 981 | BRIDGESTONE AMERICAS INC | 134,239.39 | 0.000204363105 | $4,024.43 |
| 908 | F EXPRESS CORPORATION GROUP  HEALTH PLAN | 134,151.88 | 0.000204229882 | $4,021.81 |
| 298 | WESTER PENNSYLVANIA TEAMSTERS AND EMPLOYERS WELFARE FUND | 132,466.64 | 0.000201664310 | $3,971.29 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 255 | OCCIDENTAL PETROLEUM CORPORTAION | 128,852.73 | 0.000196162572 | $3,862.94 |
| 590 | XCEL ENERGY | 128,562.04 | 0.000195720032 | $3,854.23 |
| 883 | MASTERS MATES & PILOTS | 126,203.50 | 0.000192129443 | $3,783.52 |
| 726 | PEABODY INVESTMENTS CORPORATION | 124,235.00 | 0.000189132641 | $3,724.51 |
| 1048 | OFFICEMAX INC | 122,302.96 | 0.000186191346 | $3,666.59 |
| 932 | UNILEVER UNITED STATES INC | 121,657.31 | 0.000185208423 | $3,647.23 |
| 804 | BCBS OF MS | 121,518.58 | 0.000184997223 | $3,643.07 |
| 517 | THE CURATORS OF THE UNIVERSITY OF MI | 121,240.45 | 0.000184573804 | $3,634.73 |
| 836 | THE PEPSI BOTTLING GROUP INC | 120,187.84 | 0.000182971334 | $3,603.18 |
| 661 | PRIMECARE OF SUN CITY INC | 119,650.00 | 0.000182152538 | $3,587.05 |
| 399 | LOCAL 705 IBT HEALTH & WELFARE FUND | 119,143.68 | 0.000181381727 | $3,571.87 |
| 662 | PRIMECARE MEDICAL GROUP OF CHINO VALLEY | 118,453.00 | 0.000180330251 | $3,551.17 |
| 294 | UNIVERSITY OF MINNESOTA C/O HEALTHPARTNERS ADMINISTRATORS INC | 117,854.82 | 0.000179419595 | $3,533.23 |
| 808 | FIRST DATA CORPORATION C/O SHERRI L MITCHELL | 117,767.13 | 0.000179286098 | $3,530.60 |
| 781 | ASHLAND INC | 117,317.05 | 0.000178600906 | $3,517.11 |
| 965 | LOCAL GOVERNMENT CENTER  HEALTHTRUST LLC | 117,302.83 | 0.000178579258 | $3,516.68 |
| 827 | PENDLETON FRIEDBERG WILSON & HENNESSEY P C | 116,957.80 | 0.000178053992 | $3,506.34 |
| 733 | SHEET METALS WORKERS LOCAL UNION #80 INS TRUST FUND | 115,986.22 | 0.000176574879 | $3,477.21 |
| 845 | CONAGRA FOODS | 115,635.76 | 0.000176041347 | $3,466.71 |
| 365 | WEC SCHOOL CONSORTIUM I U #5 C/O RESCHINI AGENCY INC | 115,168.12 | 0.000175329422 | $3,452.69 |
| 879 | MAXCARE PRESCRIPTION BENEFIT SERVICES | 114,896.12 | 0.000174915335 | $3,444.53 |
| 999 | NCR CORPORATION | 114,355.29 | 0.000174091987 | $3,428.32 |
| 97 | SODEXO INC FOOD AND SERVICE MANAGEMENT MARRIOTT | 112,371.86 | 0.000171072457 | $3,368.86 |
| 104 | PUBLIX SUPERMARKETS INC | 110,658.44 | 0.000168463984 | $3,317.49 |
| 265 | THE CHARLES SCHWAB GROUP LIFE ACCIDENTAL DEATH & DISMEMBERMENT MED DENTAL & VISIO | 110,489.85 | 0.000168207326 | $3,312.43 |
| 381 | ENERGY EAST MANAGEMENT CORPORATION EMPLOYEE HEALTH PLAN AND RETIREE HEALTH PLAN | 110,451.76 | 0.000168149339 | $3,311.29 |
| 583 | THE RAILROAD EMPLOYEES NATIONAL EARLY  RETIREMENT MAJOR MEDICAL BENEFIT PLAN | 110,102.78 | 0.000167618059 | $3,300.83 |
| 620 | CSX CORP | 109,893.15 | 0.000167298923 | $3,294.55 |
| 425 | GENESIS HEALTHCARE CORPORATION | 109,732.50 | 0.000167054353 | $3,289.73 |
| 48 | GIANT EAGLE INC | 109,470.48 | 0.000166655460 | $3,281.87 |
| 159 | UMWA 1993 BENEFIT PLAN | 108,083.95 | 0.000164544637 | $3,240.31 |
| 724 | VERIZON WIRELESS | 107,992.62 | 0.000164405598 | $3,237.57 |
| 214 | WESTERN MUTUAL INSURANCE COMPANY | 106,858.22 | 0.000162678612 | $3,203.56 |
| 834 | ADVERTIST RISK MANAGEMENT INC | 105,464.35 | 0.000160556615 | $3,161.77 |
| 516 | COLORADO ACCESS | 105,295.07 | 0.000160298907 | $3,156.70 |
| 571 | PARKER HANNIFIN                         C/O FIRST RECOVERY GROUP | 104,118.06 | 0.000158507053 | $3,121.41 |
| 363 | NORTHWEST SCHOOL COMBINE C/O RESCHINI AGENCY INC | 101,920.96 | 0.000155162236 | $3,055.54 |
| 266 | VALERO ENERGY CORPORATION | 101,447.12 | 0.000154440872 | $3,041.34 |
| 290 | EMC CORPORATION | 100,783.00 | 0.000153429831 | $3,021.43 |
| 596 | MMM HEALTHCARE INC | 100,487.97 | 0.000152980683 | $3,012.58 |
| 551 | BJC HEALTHCARE | 98,994.48 | 0.000150707027 | $2,967.81 |
| 369 | MERK MEDCO MANAGED CARE LLC C/O MEDCO HEALTH SOLUTIONS | 98,940.26 | 0.000150624484 | $2,966.18 |
| 792 | KANSAS HEALTH POLICY AUTHORITY | 98,450.92 | 0.000149879523 | $2,951.51 |
| 601 | WELLDYNE RX | 98,071.05 | 0.000149301217 | $2,940.12 |
| 972 | ALLINA HEALTH SYSTEM ALLINA HOSPITAL AND CLINICS | 97,623.19 | 0.000148619405 | $2,926.70 |
| 791 | COUNTY OF WESTMORELAND | 96,821.55 | 0.000147399006 | $2,902.67 |
| 390 | HSBC NORTH AMERICA | 96,618.69 | 0.000147090176 | $2,896.58 |
| 587 | SENIOR WHOLE HEALTH | 95,337.17 | 0.000145139218 | $2,858.16 |
| 502 | HEALTHCARE MANAGEMENT ADMINISTRATORS INC | 94,598.33 | 0.000144014424 | $2,836.01 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 61 | GUIDESTONE FINANCIAL RESOURCES OF THE SOUTHERN BAPTIST CONVENTION | 93,863.99 | 0.000142896481 | $2,814.00 |
| 800 | PINNACE WEST CAPITAL CORPORATION | 93,543.95 | 0.000142409259 | $2,804.40 |
| 622 | CONSTELLATION ENERGY GROUP INC | 92,217.95 | 0.000140390586 | $2,764.65 |
| 823 | OPERATING ENGINEERS LOCAL 66 WELFARE FUND | 91,916.69 | 0.000139931954 | $2,755.62 |
| 418 | PHYSICIANS HEALTH PLAN OF NORTHEN INDIANA INC | 91,259.65 | 0.000138931691 | $2,735.92 |
| 632 | SONY ELECTRONICS INC | 91,239.54 | 0.000138901076 | $2,735.32 |
| 927 | THE UNION LABOR LIFE INSURANCE COMPANY | 89,911.69 | 0.000136879586 | $2,695.51 |
| 777 | AMERIHEALTH ADMINISTRATOR | 88,971.64 | 0.000135448475 | $2,667.33 |
| 819 | AUTOMATIC DATA PROCESSING INC FLEX 2000 PLAN C/O ATM DTA PROCG | 88,323.56 | 0.000134461852 | $2,647.90 |
| 729 | BENEFIT CONSULTANTS INC | 86,416.08 | 0.000131557946 | $2,590.71 |
| 574 | STATE-WIDE SCHOOLS COOPERATIVE HEALTH PLAN C/O KEHL, KATZIVE & SIMON LLP | 86,160.83 | 0.000131169359 | $2,583.06 |
| 274 | PREFERREDONE COMMUNITY HEALTH PLAN | 84,759.29 | 0.000129035686 | $2,541.04 |
| 750 | ROCKFORD HEALTH SYSTEMS | 84,568.00 | 0.000128744470 | $2,535.31 |
| 469 | TIME WARNER GROUP HEALTH PLAN | 84,212.74 | 0.000128203630 | $2,524.66 |
| 74 | M & T BANK CORPORATION | 83,856.46 | 0.000127661237 | $2,513.98 |
| 644 | CENTRAL PENNSYLVANIA TEAMSTERS HEALTH & WELFARE FUND | 83,535.39 | 0.000127172447 | $2,504.35 |
| 923 | DEAN HEALTH PLAN INC | 83,304.73 | 0.000126821295 | $2,497.44 |
| 1069 | AVON PRODUCTS INC C/O FRS | 83,204.59 | 0.000126668844 | $2,494.43 |
| 826 | PREFERRED ONE C/O UNIVERSIY OF MINNESOTA UPLAN | 82,248.96 | 0.000125214014 | $2,465.79 |
| 887 | NEW ENGLAND CARPENTERS HEALTH  BENEFITS FUND | 81,107.85 | 0.000123476813 | $2,431.58 |
| 547 | LINCOLN BENEFIT TRUST | 80,570.77 | 0.000122659175 | $2,415.47 |
| 222 | UNIVERSITY OF KENTUCKY | 80,238.05 | 0.000122152649 | $2,405.50 |
| 291 | ELECTROLUX HOME PRODUCTS INC | 79,563.00 | 0.000121124968 | $2,385.26 |
| 935 | ITT CORPORATION | 78,733.50 | 0.000119862155 | $2,360.39 |
| 900 | MUNICIPAL HEALTH BENEFIT FUND | 78,456.55 | 0.000119440532 | $2,352.09 |
| 234 | ALLTEL CORPORATION | 78,160.85 | 0.000118990365 | $2,343.23 |
| 910 | SOUTHWEST CARPENTERS HEALTH AND  WELFARE TRUST | 77,251.26 | 0.000117605625 | $2,315.96 |
| 435 | STEAMFITTERS LOCAL 449 MEDICAL & BENEFIT PLAN | 77,103.74 | 0.000117381044 | $2,311.53 |
| 1054 | ARCHER DANIELS MIDLAND COMPANY C/O FINANCIAL RECOVERY SERVICES | 76,818.39 | 0.000116946633 | $2,302.98 |
| 1016 | THE UNIVERSITY OF UTAH C/O FINANCIAL RECOVERY SERVICES, INC | 76,685.72 | 0.000116744660 | $2,299.00 |
| 415 | BANNER PLAN ADMINISTRATION | 75,193.79 | 0.000114473378 | $2,254.27 |
| 539 | DIVISION 1181 ATU-NEW YORK WELFARE FUND | 72,850.87 | 0.000110906568 | $2,184.04 |
| 446 | ILLINOIS CENTRAL RAILROAD COMPANY | 71,835.20 | 0.000109360334 | $2,153.59 |
| 746 | LATROBE SPECIALTY STEEL COMPANY | 71,724.99 | 0.000109192553 | $2,150.28 |
| 598 | SELECT HEALTH OF SOUTH CAROLINA INC | 70,984.08 | 0.000108064608 | $2,128.07 |
| 904 | SUPERIOR UNIFORM GROUP | 70,774.98 | 0.000107746278 | $2,121.80 |
| 892 | THE TIMKEN COMPANY | 69,403.84 | 0.000105658885 | $2,080.69 |
| 1007 | FEDERAL MOGUL CORPORATION | 69,111.26 | 0.000105213468 | $2,071.92 |
| 371 | PECHINEY PLASTIC PACKAGING INC | 69,065.09 | 0.000105143179 | $2,070.54 |
| 686 | GENERAL NUTRITION CORPORATION | 69,025.82 | 0.000105083396 | $2,069.36 |
| 643 | AMERICAN GREETINGS CORPORATION | 68,896.18 | 0.000104886035 | $2,065.48 |
| 76 | PHYSICIANS HEALTH PLAN OF MID-MICHIGAN FAMILY CARE | 68,854.02 | 0.000104821851 | $2,064.21 |
| 358 | BEAVER VALLEY CONSORTIUM IU #27 C/O RESCHINI AGENCY INC | 68,192.06 | 0.000103814098 | $2,044.37 |
| 413 | HEARTLAND EMPLOYMENT SERVICES INC | 68,102.88 | 0.000103678332 | $2,041.69 |
| 199 | BELDEN INC | 68,010.09 | 0.000103537071 | $2,038.91 |
| 208 | NORTHWESTERN SCHOOL DISTRICT | 67,831.47 | 0.000103265143 | $2,033.56 |
| 180 | CYTEC INDUSTRIES INC | 67,070.36 | 0.000102106446 | $2,010.74 |
| 264 | FOX ENTERTAINMENT GROUP | 67,050.60 | 0.000102076364 | $2,010.15 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 1028 | NORTON HEALTHCARE, INC                    C/O FINANCIAL RECOVERY SERVICES, INC | 67,028.30 | 0.000102042415 | $2,009.48 |
| 216 | AGRI BUSINESS BENEFIT TRUST | 66,914.64 | 0.000101869381 | $2,006.07 |
| 411 | WRITERS GUILD INDUSTRY HEALTH FUND | 66,870.34 | 0.000101801940 | $2,004.74 |
| 703 | MONY LIFE | 66,827.07 | 0.000101736067 | $2,003.44 |
| 618 | ALCATEL-LUCENT USA | 66,031.00 | 0.000100524147 | $1,979.58 |
| 22 | PLEXUS CORP | 65,734.60 | 0.000100072914 | $1,970.69 |
| 513 | BOSTON SCIENTIFIC MELISSA SCRIBNER | 65,481.01 | 0.000099686855 | $1,963.09 |
| 773 | SHEET METAL WORKERS NATIONAL HEALTH FUND C/O SOUTHERN BENEFITS ADMINISTRATORS | 65,371.92 | 0.000099520778 | $1,959.82 |
| 913 | MEDICAL ASSOCIATES HEALTH PLANS | 65,072.44 | 0.000099064857 | $1,950.84 |
| 486 | CON WAY INC | 64,764.99 | 0.000098596801 | $1,941.62 |
| 127 | SHEETZ INC | 63,642.70 | 0.000096888252 | $1,907.98 |
| 868 | UFCW NORTHERN CALIFORNIA  HEALTH AND WELFARE FUND | 63,261.12 | 0.000096307343 | $1,896.54 |
| 833 | COUNTY OF UNION | 62,864.91 | 0.000095704161 | $1,884.66 |
| 818 | BUTLER MEMORIAL HOSPITAL | 62,854.44 | 0.000095688222 | $1,884.35 |
| 870 | ALASKA UFCW HEALTH & SECURITY TRUST C/O AVIA PARTNERS | 62,723.39 | 0.000095488714 | $1,880.42 |
| 70 | CHRISTIAN BROTHERS EMPLOYEE BENEFIT TRUS | 61,624.97 | 0.000093816504 | $1,847.49 |
| 136 | AMERICAN MARITIME OFFICERS MEDICAL PLAN | 61,599.64 | 0.000093777942 | $1,846.73 |
| 723 | OWENS CORNING | 61,266.77 | 0.000093271188 | $1,836.75 |
| 891 | BROKERAGE CONCEPTS | 61,247.41 | 0.000093241715 | $1,836.17 |
| 762 | WHEATON FRANCISCAN SERVICES INC | 61,020.27 | 0.000092895922 | $1,829.36 |
| 589 | LOWES HOME CENTERS INC C/O LOWES COMPANIES INC | 60,759.12 | 0.000092498353 | $1,821.53 |
| 254 | FRINGE BENEFIT SERVICES INC | 60,328.61 | 0.000091842954 | $1,808.62 |
| 103 | SOUTH BEND MEDICAL FOUNDATION INC | 59,735.86 | 0.000090940564 | $1,790.85 |
| 957 | UNIVERSITY OF NEBRASKA BOARD OF REGENTS | 58,715.43 | 0.000089387084 | $1,760.26 |
| 318 | MICHAEL BAKER CORPORATION | 58,672.96 | 0.000089322428 | $1,758.99 |
| 205 | SYSCO CORPORATION | 58,279.19 | 0.000088722962 | $1,747.18 |
| 406 | VEKA HOLDINGS INC | 58,194.37 | 0.000088593834 | $1,744.64 |
| 267 | CENTRAL SUSQUEHANNA REGION SCHOOL DIST EMPLOYEES HEALTH & WELFARE TRUST | 58,049.05 | 0.000088372602 | $1,740.28 |
| 559 | ALLIED NATIONAL INC | 57,849.00 | 0.000088068050 | $1,734.29 |
| 426 | FED EX GROUND PACKAGE SYSTEM INC | 57,557.00 | 0.000087623515 | $1,725.53 |
| 1037 | INTERPUBLIC GROUP OF COMPANIES C/O FINANCIAL RECOVERY SERVICE | 56,816.53 | 0.000086496240 | $1,703.33 |
| 691 | DUNCAN AVIATION INC | 56,799.32 | 0.000086470040 | $1,702.82 |
| 300 | COOKSON AMERICA INC | 56,538.43 | 0.000086072867 | $1,695.00 |
| 10 | INTERVALLEY HEALTH PLANS C/O CLAIMS COMPENSATION BUREAU | 56,510.83 | 0.000086030849 | $1,694.17 |
| 771 | NALCO COMPANY | 56,053.07 | 0.000085333965 | $1,680.44 |
| 405 | MEDICAL PLANS FOR BMI ACTIVE STAFF AND RETIRE | 55,940.31 | 0.000085162302 | $1,677.06 |
| 621 | FOSTER FARMS | 54,876.05 | 0.000083542096 | $1,645.16 |
| 697 | ROCKWELL COLLINS | 54,727.83 | 0.000083316449 | $1,640.71 |
| 920 | BENEFIT ADMINISTRATIVE SYSTEMS LLC | 54,594.06 | 0.000083112800 | $1,636.70 |
| 743 | DR GERTRUDE A BARBER NATIONAL INSTITTUTE | 54,450.32 | 0.000082893974 | $1,632.40 |
| 319 | WPS HEALTH PLAN INC | 54,405.26 | 0.000082825376 | $1,631.04 |
| 865 | STEAMFITTERS' INDUSTRY WELFARE FUND | 53,372.88 | 0.000081253703 | $1,600.09 |
| 664 | COOPERATING RAILWAY LABOR ORGANIZATION C/O TRANSPORTATION COMMUNICATIONS INTL | 53,345.31 | 0.000081211731 | $1,599.27 |
| 544 | PJAX INC | 53,303.94 | 0.000081148750 | $1,598.03 |
| 1067 | JOHNSON CONTROL INC C/O FINANCIAL RECOVERY SERVICE | 52,752.81 | 0.000080309722 | $1,581.50 |
| 464 | JAI MEDICAL SYSTEMS MCO | 52,564.43 | 0.000080022936 | $1,575.86 |
| 1064 | BON SECOURS HEALTH SYSTEM INC C/O FINANCIAL RECOVERY SERVICE | 52,486.56 | 0.000079904389 | $1,573.52 |
| 734 | AIR PRODUCTS AND CHEMICALS INC | 52,037.85 | 0.000079221282 | $1,560.07 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 465 | CAMPBELL SOUP COMPANY | 51,759.58 | 0.000078797650 | $1,551.73 |
| 595 | NEW YORK TIMES COMPANY | 51,645.32 | 0.000078623703 | $1,548.30 |
| 447 | HEALTHCARE SARASOTA | 51,633.05 | 0.000078605024 | $1,547.93 |
| 197 | USG CORPORATION | 51,590.27 | 0.000078539896 | $1,546.65 |
| 60 | VERTIS INC | 51,467.47 | 0.000078352948 | $1,542.97 |
| 171 | NEW ENTERPRISE STONE & LIME CO INC | 51,227.00 | 0.000077986862 | $1,535.76 |
| 931 | UNILEVER HOME & PERSONAL CARE USA LEVER BROTHERS COMPANY | 51,087.97 | 0.000077775206 | $1,531.59 |
| 398 | DCC LOCAL 205 WF | 51,022.15 | 0.000077675003 | $1,529.62 |
| 47 | INDIANA LABORERS WELFARE FUND | 50,843.69 | 0.000077403319 | $1,524.27 |
| 141 | THE MCGRAW HILL COMPANIES | 50,723.17 | 0.000077219842 | $1,520.66 |
| 651 | PRIMECARE OF MORENO VALLEY INC | 50,703.00 | 0.000077189136 | $1,520.05 |
| 719 | KEYCORP MEDICAL PLAN | 50,625.55 | 0.000077071228 | $1,517.73 |
| 379 | PROGRESSIVE CAUSALTY INSURANCE COMPANY | 50,276.71 | 0.000076540161 | $1,507.27 |
| 423 | CENTEX SERVICE COMPANY LLC | 49,274.43 | 0.000075014312 | $1,477.22 |
| 404 | TEACHERS RETIREMENT SYSTEM OF THE STATE OF KY | 48,672.47 | 0.000074097902 | $1,459.18 |
| 732 | TITANIUM METALS COPR | 48,588.80 | 0.000073970524 | $1,456.67 |
| 480 | H E BUTT GROCERY CO | 47,878.89 | 0.000072889773 | $1,435.39 |
| 129 | WERNER CO | 47,724.13 | 0.000072654170 | $1,430.75 |
| 751 | TRANSIT EMPLOYEES HEALTH AND WELFARE | 47,690.57 | 0.000072603079 | $1,429.74 |
| 408 | RIVERSIDE EMPLOYER/EMPLOYEE PARTNERSHIP FOR  BENEFIT C/O KEENAN & ASSOC | 47,268.07 | 0.000071959874 | $1,417.07 |
| 816 | THE PENNSYLVANIA TURNPIKE COMMISSION | 47,219.59 | 0.000071886069 | $1,415.62 |
| 659 | PRIMECARE OF REDLANDS INC | 46,229.00 | 0.000070378016 | $1,385.92 |
| 438 | AMPCO  PITTSBURGH CORPORATION | 45,894.56 | 0.000069868872 | $1,375.90 |
| 503 | THE FLORENCE MINING COMPANY | 45,707.35 | 0.000069583868 | $1,370.29 |
| 481 | WASHINGTON COUNTY | 45,260.88 | 0.000068904172 | $1,356.90 |
| 593 | PINELLAS COUNTY | 45,206.32 | 0.000068821111 | $1,355.26 |
| 768 | THE WESTERN AND SOUTHERN LIFE INSURANCE CO | 45,200.59 | 0.000068812388 | $1,355.09 |
| 40 | CITY OF BRIDGEPORT PRESCRIPTION PLAN | 43,840.49 | 0.000066741801 | $1,314.32 |
| 837 | MUNICIPAL AUTHORITY OF WESTMORELAND COUNTY | 43,639.07 | 0.000066435164 | $1,308.28 |
| 993 | SOUTH CENTRAL PREFERRED | 43,623.01 | 0.000066410714 | $1,307.80 |
| 549 | PACTIV CORPORATION | 43,457.88 | 0.000066159324 | $1,302.85 |
| 909 | THE SHERWIN WILLIAMS COMPANY | 43,243.71 | 0.000065833276 | $1,296.43 |
| 718 | TEAMSTERS BENEFIT TRUST | 42,339.18 | 0.000064456240 | $1,269.31 |
| 239 | MEDSTAR FAMILY CHOICE  FDB HELIX FAMILY CHOICE | 42,309.46 | 0.000064410995 | $1,268.42 |
| 364 | PRIVATE COLLEGE AND UNIVERSITY COUNSORTI C/O RESCHINI AGENCY INC | 42,304.36 | 0.000064403231 | $1,268.27 |
| 221 | AMERICA WEST HOLDING CORP C/O US AIRWAYS | 42,300.13 | 0.000064396791 | $1,268.14 |
| 463 | EMCC VEBA RETIREE MEDICAL BENEFITS TRUST | 42,120.88 | 0.000064123905 | $1,262.76 |
| 193 | SHEET METAL WORKERS UNION LOCAL 73 WELFA | 41,887.66 | 0.000063768856 | $1,255.77 |
| 140 | NEW JERSEY CARPENTERS FUNDS | 41,817.24 | 0.000063661650 | $1,253.66 |
| 491 | PG PUBLISHING CO INC | 41,162.93 | 0.000062665543 | $1,234.05 |
| 586 | BRIGGS & STRATTON CORPORATION | 40,351.60 | 0.000061430392 | $1,209.72 |
| 192 | LOS ANGELES COUNTY FIRE FIGHTERS LOCAL 1014 HEALTH AND WELFARE TRUST | 40,218.54 | 0.000061227824 | $1,205.73 |
| 646 | SANFORD HEALTH C/O SANFORD HEALTH PLAN | 39,981.77 | 0.000060867370 | $1,198.63 |
| 327 | SPARTAN STORES INC | 39,894.79 | 0.000060734954 | $1,196.03 |
| 407 | COMPUTER AID INC | 39,779.00 | 0.000060558678 | $1,192.56 |
| 1065 | HOSPITAL SISTERS HEALTH SYSTEMS C/O FINANCIAL RECOVERY SERVICES | 39,495.80 | 0.000060127540 | $1,184.07 |
| 984 | MINE SAFETY APPLIANCE COMPANY | 39,244.52 | 0.000059744997 | $1,176.53 |
| 717 | SEVERSTAL WHEELING | 39,236.49 | 0.000059732772 | $1,176.29 |
| 806 | ALASKA TEAMSTER EMPLOYER SERVICE  CORPORATION | 39,193.57 | 0.000059667432 | $1,175.01 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 52 | TEACHERS HEALTH TRUST | 38,894.30 | 0.000059211830 | $1,166.03 |
| 940 | FLUOR EMPLOYEE HEALTH BENEFIT PLAN C/O FLUOR CORPORATION | 38,875.31 | 0.000059182920 | $1,165.46 |
| 174 | FIRST AMERICAN CORPORATION | 38,628.03 | 0.000058806466 | $1,158.05 |
| 113 | PLUMBERS AND PIPFITTERS LOCAL NO 520 HWF C/O DH EVANS ASSOCIATES | 38,361.87 | 0.000058401270 | $1,150.07 |
| 454 | EDUCATION MANAGEMENT CORPORATION | 38,359.70 | 0.000058397967 | $1,150.01 |
| 630 | HARRIS ENTERPRISES INC | 38,264.30 | 0.000058252732 | $1,147.15 |
| 206 | STEELWORKERS HEALTH & WELFARE FUND | 38,251.40 | 0.000058233093 | $1,146.76 |
| 122 | BECKMAN COULTER INC | 37,999.14 | 0.000057849058 | $1,139.20 |
| 304 | TYSON FOODS INC | 37,792.30 | 0.000057534169 | $1,133.00 |
| 687 | METSO USA INC | 37,734.76 | 0.000057446572 | $1,131.27 |
| 1033 | CINTAS CORPORATION C/O FINANCIAL RECOVERY SERVICES | 37,358.95 | 0.000056874447 | $1,120.00 |
| 133 | IRON WORKERS WELFARE PLAN OF W PA | 37,094.72 | 0.000056472189 | $1,112.08 |
| 645 | ARCH COAL & SUBSIDIARIES | 36,899.54 | 0.000056175051 | $1,106.23 |
| 116 | TEAMSTERS LOCAL 638 HEALTH & WELFARE | 36,764.06 | 0.000055968799 | $1,102.17 |
| 229 | W W GRAINGER INC | 36,459.12 | 0.000055504565 | $1,093.03 |
| 163 | HARRIS CORPORATION | 36,005.18 | 0.000054813497 | $1,079.42 |
| 209 | WARREN GENERAL HOSPITAL | 35,583.96 | 0.000054172241 | $1,066.79 |
| 988 | SANTA CLARA COUNTY HEALTH AUTHORITY DBA SANTA CLARA FAMILY HEALTH PLAN | 35,522.28 | 0.000054078341 | $1,064.94 |
| 3 | SIERRA PACIFIC INDUSTRIES  BENEFIT PLAN | 35,315.27 | 0.000053763193 | $1,058.74 |
| 550 | SOVEREIGN BANK | 35,251.75 | 0.000053666492 | $1,056.83 |
| 563 | FARMWAY COOP INC | 35,241.01 | 0.000053650141 | $1,056.51 |
| 109 | HORSEHEAD CORPORATION | 35,165.96 | 0.000053535887 | $1,054.26 |
| 114 | SUSQUEHANNA LABORERS COMBINED HWF | 35,157.87 | 0.000053523571 | $1,054.02 |
| 859 | COUNTY OF CAMDEN ATTN DAVID MCPEAK | 35,139.53 | 0.000053495650 | $1,053.47 |
| 715 | GENERAL EMPLOYEES TRUST FUND          C/O NORTHWEST ADMINISTRATORS INC | 34,681.68 | 0.000052798630 | $1,039.74 |
| 67 | MID CENTRAL OPERATING ENGINEERS H&W FUND | 34,444.84 | 0.000052438070 | $1,032.64 |
| 366 | CARNEGIE MELLON UNIVERSITY MERCK-MEDCO | 34,107.67 | 0.000051924769 | $1,022.53 |
| 475 | IBEW LOCAL 25 HEALTH & BENEFIT FUND | 33,943.30 | 0.000051674536 | $1,017.60 |
| 785 | STEAMFITTERS LOCAL UNION 420 HEALTH AND  WELFARE FUND | 33,939.49 | 0.000051668736 | $1,017.49 |
| 949 | AUSTIN ENGINEERING C/O MAXORPLUS LTD | 33,818.00 | 0.000051483782 | $1,013.85 |
| 186 | SIMPSON INVESTMENT COMPANY | 33,517.33 | 0.000051026049 | $1,004.83 |
| 897 | FARNER-BOCKON COMPANY | 33,377.83 | 0.000050813677 | $1,000.65 |
| 798 | CH2M HILL MOUND INC | 32,936.73 | 0.000050142156 | $987.43 |
| 677 | TAP PHARMACEUTICAL PRODUCTS INC | 32,680.39 | 0.000049751910 | $979.74 |
| 135 | MASONS AND PLASTERS H & W | 32,571.90 | 0.000049586747 | $976.49 |
| 714 | RETAIL CLERKS WELFARE TRUST | 32,550.98 | 0.000049554899 | $975.86 |
| 279 | ELK REGIONAL MEDICAL CENTER C/O RESCHINI AGENCY INC | 32,427.66 | 0.000049367159 | $972.17 |
| 428 | FINNEY COUNT OF PUBLIC WORKS | 32,207.96 | 0.000049032692 | $965.58 |
| 1024 | DES MOINES INDEPENDENT SCHOOL DISTRICT C/O FINANCIAL RECOVERY SERVICES, INC | 31,840.32 | 0.000048473005 | $954.56 |
| 470 | SOUTHERN COMPANY SERVICE INC | 31,523.54 | 0.000047990746 | $945.06 |
| 498 | GRAHAM COUNTY HOSPITAL | 31,356.30 | 0.000047736144 | $940.05 |
| 386 | GANNON UNIVERSITY | 31,342.59 | 0.000047715272 | $939.64 |
| 657 | PRIMECARE OF HEMET VALLEY INC | 31,164.00 | 0.000047443391 | $934.28 |
| 387 | CHANELLORK INC | 30,944.68 | 0.000047109503 | $927.71 |
| 397 | CARLSON COMPAINES INC | 30,520.85 | 0.000046464273 | $915.00 |
| 951 | MAXORPLUS LTD | 30,473.88 | 0.000046392767 | $913.59 |
| 459 | T ROWE PRICE GROUP INC | 30,364.62 | 0.000046226432 | $910.32 |
| 636 | SUPERIOR READY MIX CONCRETE LP | 30,116.63 | 0.000045848897 | $902.88 |
| 851 | PLUMBERS & STEAMFITTER LOCAL 47 OF NORTHWEST PA WELFARE FUND | 30,104.97 | 0.000045831147 | $902.53 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 507 | TRW AUTOMOTIVE US LLC | 30,014.80 | 0.000045693874 | $899.83 |
| 391 | SENTRY INSURANCE A MUTUAL COMPANY | 29,904.53 | 0.000045526001 | $896.52 |
| 75 | CARPENTERS TRUST OF WESTERN WASHINGTON | 29,302.06 | 0.000044608814 | $878.46 |
| 530 | CONCORDIA HEALTH PLAN C/O CONCORDIA PLAN SERVICES | 29,249.05 | 0.000044528113 | $876.87 |
| 876 | MEADWESTVACO CORPORATION | 29,063.78 | 0.000044246062 | $871.32 |
| 437 | TEAMSTERS LOCAL UNION 491 HEALTH AND WELFARE  FUND | 29,009.51 | 0.000044163442 | $869.69 |
| 89 | LAND O LAKES INC | 28,171.47 | 0.000042887629 | $844.57 |
| 722 | ALASKA LABORERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND | 28,073.00 | 0.000042737720 | $841.62 |
| 29 | DOUGLAS COUNTY INDIVIDUAL PRACTICE ASSOC LLC | 28,052.06 | 0.000042705841 | $840.99 |
| 939 | CORNELL UNIVERSITY | 27,861.57 | 0.000042415844 | $835.28 |
| 648 | SANFORD HEALTH PLAN | 27,766.16 | 0.000042270593 | $832.42 |
| 789 | CHURCH PENSION GROUP SERVICE CORPORATION | 27,672.29 | 0.000042127688 | $829.60 |
| 903 | WESTLAKE HARDWARE INC | 27,364.46 | 0.000041659054 | $820.37 |
| 462 | BAKERY & CONFECTIONARY UNION HEALTH FUND | 27,151.63 | 0.000041335046 | $813.99 |
| 780 | COLUMBIA UNITED PROVIDERS INC | 27,045.59 | 0.000041173614 | $810.81 |
| 224 | MILLER BREWING COMPANY | 26,807.79 | 0.000040811592 | $803.69 |
| 961 | HUDSON HEALTH PLAN C/O IRENE DILLON | 26,726.08 | 0.000040687198 | $801.24 |
| 62 | W R GRACE & CO | 26,704.18 | 0.000040653858 | $800.58 |
| 840 | BURNHAM HOLDING INC | 26,626.37 | 0.000040535402 | $798.25 |
| 305 | TENET HEALTHCARE INC | 26,536.23 | 0.000040398175 | $795.54 |
| 449 | CITY OF GARDEN CITY | 26,503.96 | 0.000040349048 | $794.58 |
| 895 | FAREWAY STORES INC EMPLOYEE HEALTH CARE  CARE PLAN | 26,495.00 | 0.000040335407 | $794.31 |
| 790 | AUXIANT | 26,302.14 | 0.000040041802 | $788.53 |
| 1023 | SOUTH BROWARD HOSPITAL DISTRICT C/O FINANCIAL RECOVERY SERVICES | 26,214.63 | 0.000039908578 | $785.90 |
| 919 | PENN NATIONAL GAMING INC | 26,207.50 | 0.000039897724 | $785.69 |
| 680 | MICHIGAN EMPLOYEE BENEFITS SERVICES INC C/O SACHS WALDMAN | 26,040.24 | 0.000039643091 | $780.67 |
| 166 | 4TH DISTRICT IBEW HEALTH C/O AMERICAN BENIFITS CORP | 25,936.73 | 0.000039485509 | $777.57 |
| 153 | CENTRAL RESERVE LIFE INSURANCE COMPANY C/O AMERICAN REPUBLIC INSURANCE COMPANY | 25,684.98 | 0.000039102251 | $770.02 |
| 240 | BOARD OF TRUSTEES SHOPMEN'S LOCAL 527 BENEFIT TRUST | 25,667.17 | 0.000039075137 | $769.49 |
| 811 | NIPPON LIFE INSURANCE COMPANY OF AMERICA | 25,658.51 | 0.000039061953 | $769.23 |
| 488 | CAMERON COUNTY | 25,260.39 | 0.000038455864 | $757.29 |
| 339 | BENEFIT PLAN ADMINISTRATION OF WI INC | 25,227.04 | 0.000038405093 | $756.29 |
| 924 | UFCW LOCAL ONE HEALTH CARE FUND | 25,006.56 | 0.000038069439 | $749.69 |
| 243 | UNITED COLLEGE EMPLOYEES OF FASHION INSTITUTE OF TECHNOLOGY WELFARE TRUST | 24,783.66 | 0.000037730101 | $743.00 |
| 138 | GALLAGHER BENEFIT SERVICES | 24,666.68 | 0.000037552013 | $739.50 |
| 678 | CAREMARK RX LLC | 24,564.38 | 0.000037396274 | $736.43 |
| 58 | UNITED FOOD COMMERIAL WORKER C/O ZENITH ADMINISTRATORS INC | 24,413.48 | 0.000037166547 | $731.90 |
| 996 | NEWPAGE CORPORATION | 24,401.03 | 0.000037147593 | $731.53 |
| 119 | SAN DIEGO ELECTRICAL HEALTH &  WELFARE TRUST | 24,080.69 | 0.000036659915 | $721.93 |
| 213 | CLEAR CHOICE HEALTH PLANS | 23,946.06 | 0.000036454957 | $717.89 |
| 259 | TRI-STATE HEALTH & WELFARE FUND | 23,797.69 | 0.000036229082 | $713.44 |
| 1015 | HEALTH PLAN OF MARATHON OIL COMPANY | 23,761.10 | 0.000036173378 | $712.35 |
| 444 | SHEET METAL WORKERS LOCAL 46 HEALTH FUND | 23,719.35 | 0.000036109819 | $711.10 |
| 71 | PATIENT ADVOCATES LLC | 23,301.66 | 0.000035473937 | $698.57 |
| 361 | GREATER JOHNSTOWN AREA SCHOOLS CONSORTIU C/O RESCHINI AGENCY INC | 23,294.95 | 0.000035463721 | $698.37 |
| 853 | EMPLOYEE BENEFIT PLAN FOR THE SCOTT FETZER COMPANY | 23,080.72 | 0.000035137582 | $691.95 |
| 982 | CEMENT MASONS & PLASTERS HLT & WEL TR FD C/O WELFARE AND PENSION ADMINIS SER INC | 22,910.57 | 0.000034878550 | $686.85 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 367 | CARNEGIE MELLON UNIVERSITY CVS - CAREMARK | 22,847.00 | 0.000034781772 | $684.94 |
| 721 | UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYEES HEALTH AND WELAFRE FUND | 22,819.75 | 0.000034740287 | $684.13 |
| 731 | AGR INTERNATIONAL INC | 22,778.75 | 0.000034677870 | $682.90 |
| 370 | ST MARY'S CARBON COMPANY | 22,591.20 | 0.000034392348 | $677.27 |
| 650 | NPC INC | 22,388.46 | 0.000034083701 | $671.20 |
| 740 | UA LOCAL 322 HEALTH AND WELFARE FUND | 22,137.64 | 0.000033701858 | $663.68 |
| 1070 | ARDENT MEDICAL SERVICES INC C/O FINANCIAL RECOVERY SERVICE | 21,645.55 | 0.000032952711 | $648.92 |
| 477 | ROCKY MOUNTAIN UFCW UNIONS & EMPLOYERS HEALTH C/O REINHART BOERNER VAN DEUREN SC | 21,555.32 | 0.000032815347 | $646.22 |
| 338 | EMPLOYEE BENEFIT TRUST OF PENNSYLVANIA | 21,349.85 | 0.000032502544 | $640.06 |
| 553 | ALPHA NATURAL RESOURCES WELFARE BENE PL | 21,201.22 | 0.000032276273 | $635.60 |
| 954 | PETOSKEY PLASTICS | 21,131.70 | 0.000032170437 | $633.52 |
| 495 | MICHIGAN REGIONAL COUNCIL OF CARPENTERS  C/O BENESYS INC | 20,997.72 | 0.000031966469 | $629.50 |
| 64 | TOWER AUTOMOTIVE HOLDINGS USA LLC | 20,949.81 | 0.000031893532 | $628.07 |
| 98 | SEMINOLE COUNTY PUBLIC SCHOOLS | 20,899.13 | 0.000031816378 | $626.55 |
| 628 | STONE & MARBLE MASONS OF METROPOLITAN WASHINGTON DC HEALTH & WELFARE FUND | 20,817.25 | 0.000031691725 | $624.09 |
| 769 | SPECIALTY RISK SERVICES | 20,657.00 | 0.000031447764 | $619.29 |
| 821 | AMERISOURCE BERGEN CORPORATION | 20,652.99 | 0.000031441659 | $619.17 |
| 324 | EMERSON ELECTRIC CO EMPLOYEE BENEFIT TRUST II | 20,298.43 | 0.000030901885 | $608.54 |
| 43 | CHRISTIAN CHURCH HEALTH CARE BENEFIT TRUST | 20,199.09 | 0.000030750652 | $605.56 |
| 482 | ANDERSON EQUIPMENT COMPANY | 20,158.85 | 0.000030689391 | $604.35 |
| 512 | THE RYLAND GROUP | 20,106.97 | 0.000030610410 | $602.80 |
| 172 | INTERNATIONAL BROTHERHOOD OF PAINTERS & C/O CENTRAL DATA SERVICES INC | 20,068.38 | 0.000030551662 | $601.64 |
| 576 | DOLLAR BANK | 19,891.58 | 0.000030282505 | $596.34 |
| 416 | ELECTRICAL WORKERS LOCAL NO. 252  HEALTH AND WELFARE PLAN | 19,802.35 | 0.000030146664 | $593.67 |
| 820 | FOOTSTAR INC | 19,429.18 | 0.000029578558 | $582.48 |
| 57 | SEVERN TRENT SERVICES INC | 19,383.07 | 0.000029508361 | $581.10 |
| 8 | MARS SUPERMARKETS, INC | 19,346.16 | 0.000029452170 | $579.99 |
| 9 | LABORERS WELFARE FUND | 19,346.16 | 0.000029452170 | $579.99 |
| 673 | HAWORTH INC | 19,297.03 | 0.000029377376 | $578.52 |
| 12 | TOTAL SCRIPT | 19,291.45 | 0.000029368881 | $578.35 |
| 108 | THE TRAVLERS INDEMNITY CO | 19,148.58 | 0.000029151379 | $574.07 |
| 572 | GEISINGER INDEMNITY INSURANCE COMPANY | 19,011.42 | 0.000028942569 | $569.95 |
| 860 | BUTTE SCHOOLS SELF FUNDED PROGRAMS | 18,958.48 | 0.000028861974 | $568.37 |
| 219 | COUNTY OF BUTLER | 18,821.55 | 0.000028653515 | $564.26 |
| 328 | EMPLOYEE PLANS LLC | 18,782.21 | 0.000028593625 | $563.08 |
| 46 | J STERLING MORTON HIGH SCHOOL, DISTRICT 201 | 18,765.32 | 0.000028567912 | $562.58 |
| 176 | HOLY NAME HOSPITAL | 18,448.91 | 0.000028086216 | $553.09 |
| 843 | THE CHILDERN'S MEMORIAL HOSPITAL | 18,213.12 | 0.000027727255 | $546.02 |
| 828 | CITY OF CHARLOTTE | 18,146.92 | 0.000027626473 | $544.04 |
| 360 | BLAIR COUNTY SCHOOLS CONSORTIUM C/O RESCHINI AGENCY INC | 18,145.66 | 0.000027624555 | $544.00 |
| 151 | AMERICAN REPUBLIC INSURANCE COMPANY | 17,943.31 | 0.000027316502 | $537.93 |
| 189 | OHIO OPERATING ENGINEERS HEALTH AND  WELFARE PLAN | 17,895.26 | 0.000027243352 | $536.49 |
| 440 | CIRUIT CITY STORES INC | 17,657.48 | 0.000026881361 | $529.36 |
| 1022 | SOMERSET MEDICAL CENTER C/O FINANCIAL RECOVERY SERVICES, INC | 17,544.11 | 0.000026708769 | $525.96 |
| 1063 | DOLE FOOD COMPANY INC C/O FINANCIAL RECOVERY SERVICES | 17,395.77 | 0.000026482939 | $521.52 |
| 281 | PUNXSUTAWNEY AREA HOSPITAL C/O RESCHINI AGENCY INC | 17,232.81 | 0.000026234852 | $516.63 |
| 85 | CENTRAL SOUTHERN TIER HEALTH CARE PLAN | 17,149.73 | 0.000026108373 | $514.14 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 178 | CATSKILL AREA SCHOOLS EMP BN PL | 17,149.73 | 0.000026108373 | $514.14 |
| 27 | CARE NEW ENGLAND | 16,937.04 | 0.000025784579 | $507.76 |
| 18 | COX HEALTHPLANS LLC | 16,873.47 | 0.000025687801 | $505.86 |
| 832 | FORUM HEALTH | 16,864.94 | 0.000025674815 | $505.60 |
| 73 | WESTLAKE HEALTH CARE PLAN & WESLAKE WAGE EMPLOYEES HEALTH CARE PLAN | 16,722.11 | 0.000025457374 | $501.32 |
| 704 | KEY BENEFIT ADMINISTRATORS INC | 16,447.41 | 0.000025039177 | $493.09 |
| 793 | MEMPHIS LIGHT, GAS A WATER DIVISION | 16,396.07 | 0.000024961018 | $491.55 |
| 175 | ROAD WAY EXPRESS | 16,355.86 | 0.000024899803 | $490.34 |
| 725 | UFCW NATIONAL HEALTH & WELFARE FUND | 16,156.36 | 0.000024596088 | $484.36 |
| 849 | PIPELINE INDUSTRY BENEFIT FUND (PIBF) | 16,003.42 | 0.000024363256 | $479.78 |
| 787 | MITCHELL COMPANY | 15,763.66 | 0.000023998251 | $472.59 |
| 858 | DENTON COUNTY | 15,754.71 | 0.000023984625 | $472.32 |
| 964 | UNITED FOODS COMMERICAL WORKERS UNION HEALTH & WELFARE FUND | 15,689.58 | 0.000023885473 | $470.37 |
| 200 | THE SCRIPPS RESEARCH INSTITUTE | 15,654.25 | 0.000023831687 | $469.31 |
| 44 | LOCAL 8A-28A C/O AMERICAN GROUP ADMINISTRATORS INC | 15,612.36 | 0.000023767915 | $468.05 |
| 333 | INTERNATIONAL FINANCIAL SERVICES INC | 15,605.00 | 0.000023756710 | $467.83 |
| 292 | PEIP C/O HEALTHPARTNERS ADMINISTRATORS INC | 15,548.20 | 0.000023670239 | $466.13 |
| 960 | CMX SCHOOR DEPALMA | 15,503.10 | 0.000023601580 | $464.78 |
| 277 | CHARLES COLE MEMORIAL HOSPITAL C/O RESCHINI AGENCY INC | 15,330.32 | 0.000023338543 | $459.60 |
| 538 | PAPER MAGIC GROUP INC | 15,276.45 | 0.000023256533 | $457.98 |
| 190 | INDEPENDENT CARE HEALTH PLAN | 15,260.83 | 0.000023232753 | $457.51 |
| 134 | IBEW LOCAL NO. 150 WELFARE FUND | 15,254.61 | 0.000023223284 | $457.33 |
| 154 | WORLD INSURANCE COMPANY | 15,231.77 | 0.000023188513 | $456.64 |
| 566 | YUM BRANDS INC | 15,227.50 | 0.000023182012 | $456.51 |
| 14 | PARTNERSHIP HEALTH PLAN | 15,220.72 | 0.000023171691 | $456.31 |
| 170 | DUBOIS REGIONAL MEDICAL CENTER INC | 15,106.59 | 0.000022997942 | $452.89 |
| 331 | RICH PRODUCTS CORPORATION | 14,771.72 | 0.000022488143 | $442.85 |
| 977 | HANNAFORD BROS CO | 14,560.94 | 0.000022167256 | $436.53 |
| 35 | ANCIRA ENT EMP BENEFITS PLAN | 14,490.43 | 0.000022059913 | $434.42 |
| 128 | DISTSRICT NO.9  INTL ASSO OF MACHINISTS AND AEROSPACE WORKERS WELFARE FUND | 14,340.30 | 0.000021831358 | $429.92 |
| 247 | DENNY'S INC | 14,338.45 | 0.000021828542 | $429.86 |
| 471 | MOUNT CARMEL HEALTH PLAN INC | 14,311.11 | 0.000021786920 | $429.04 |
| 997 | MISSION HEALTH SYSTEM INC C/O MISSION HOSPITAL INC | 14,275.14 | 0.000021732160 | $427.96 |
| 917 | GOODMAN MANUFACTURING CO LP | 14,120.30 | 0.000021496435 | $423.32 |
| 54 | DEL MONTE FOODS | 14,065.60 | 0.000021413161 | $421.68 |
| 314 | DAKOTACARE | 13,891.22 | 0.000021147689 | $416.45 |
| 852 | DALLAS COUNTY | 13,855.01 | 0.000021092564 | $415.37 |
| 421 | ELKEM METALS COMPANY | 13,815.33 | 0.000021032156 | $414.18 |
| 42 | CALIFORNIA ASSOCIATION CSAC EXCESS INSURENACE AUTHORITY | 13,761.47 | 0.000020950160 | $412.56 |
| 521 | THE REDCO GROUP | 13,747.20 | 0.000020928436 | $412.13 |
| 1013 | BALL CORPORATION | 13,656.74 | 0.000020790722 | $409.42 |
| 492 | ARCELORMITTAL TUBULAR PRODUCTS USA CORPORATIO | 13,655.54 | 0.000020788895 | $409.39 |
| 410 | LAWRENCE MEMORIAL HOSPITAL | 13,641.90 | 0.000020768130 | $408.98 |
| 394 | MACALA GORE & PIATT LLC | 13,638.43 | 0.000020762847 | $408.87 |
| 862 | LOCAL 584 WELFARE TRUST FUND | 13,499.06 | 0.000020550673 | $404.70 |
| 955 | PTC ALLIANCE CORP | 13,468.77 | 0.000020504560 | $403.79 |
| 99 | JA WORLDWIDE | 13,356.77 | 0.000020334054 | $400.43 |
| 204 | BUILDING TRADES HEALTH & WELFARE FUND | 13,152.74 | 0.000020023443 | $394.31 |
| 710 | JOINT COUNCIL OF TEAMSTERS 42 WELAFRE  C/O SOUTHWEST ADMINISTRATORS | 13,127.50 | 0.000019985018 | $393.56 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 978 | PLUMBING AND PIPEFITTING INDUSTRY HEALTH AND WELFARE FUND OF KANSAS | 13,125.22 | 0.000019981547 | $393.49 |
| 641 | BEST BUY ENTERPRISE SERVICES INC | 12,945.71 | 0.000019708265 | $388.11 |
| 1000 | BENESYS INC | 12,897.17 | 0.000019634369 | $386.65 |
| 637 | ALBANY MEDICAL CENTER GROUP HEALTH INSURANCE PLAN | 12,799.46 | 0.000019485617 | $383.72 |
| 146 | MONITEAU SCHOOL DISTRICT | 12,699.42 | 0.000019333319 | $380.72 |
| 83 | IUOE LOCAL 4 HEALTH & WELFARE FUND | 12,559.31 | 0.000019120018 | $376.52 |
| 1004 | FIRSTMERIT CORPORATION | 12,177.22 | 0.000018538333 | $365.07 |
| 941 | MCDERMOTT INCORPORATED | 11,868.93 | 0.000018068999 | $355.83 |
| 231 | THE SCHIELD FAMILY COMPANIES | 11,857.68 | 0.000018051872 | $355.49 |
| 967 | CENTURY ALUMINUM COMPANY | 11,708.65 | 0.000017824992 | $351.02 |
| 332 | KANSAS ELECTRIC COOPERATIVE HEALTH INSURANCE TRUST | 11,645.71 | 0.000017729174 | $349.13 |
| 201 | CONSERVATION INTERNATIONAL FOUNDATION | 11,542.90 | 0.000017572658 | $346.05 |
| 144 | INTERNATIONAL SPECIALTY PRODUCTS INC | 11,537.67 | 0.000017564696 | $345.89 |
| 675 | AMPHANOL CORPORATION | 11,522.16 | 0.000017541084 | $345.43 |
| 88 | CATHOLIC DIOCESE OF ROCK FORD | 11,440.12 | 0.000017416188 | $342.97 |
| 403 | TRUCKING EMPLOYEES OF NORTH JERSEY WELFARE FUND INC | 11,390.92 | 0.000017341287 | $341.49 |
| 373 | COMPREHENSIVE BENEFITS PLAN OF NORFOLK SOUTHERN CORP | 11,375.59 | 0.000017317949 | $341.03 |
| 195 | MEYERSDALE AREA SCHOOL DISTRICT | 11,141.80 | 0.000016962032 | $334.03 |
| 934 | UNITED EMPLOYEES HEALTH PLANS | 11,114.84 | 0.000016920989 | $333.22 |
| 256 | PLEASANT RIDGE MANOR | 11,073.37 | 0.000016857856 | $331.97 |
| 557 | ILWU-PMA BENEFIT PLANS | 10,978.56 | 0.000016713519 | $329.13 |
| 409 | PHILADELPHIA HEALTH & EDUCATION CORP | 10,886.91 | 0.000016573993 | $326.38 |
| 533 | ALLEGIANCE BENEFIT PLAN MANAGEMENT INC | 10,859.73 | 0.000016532615 | $325.57 |
| 695 | FLOOR COVERING UNION & INDUSTRY WELFARE  C/O WILLIAM C EARHART COMPANY INC | 10,802.78 | 0.000016445916 | $323.86 |
| 536 | UA LOCAL 393 HEALTH & WELFARE TRUST FUND C/O SANDRA L BOERIO, ESQ. | 10,800.54 | 0.000016442505 | $323.80 |
| 117 | CEMENT & CONCRETE WORKER W FUND | 10,799.99 | 0.000016441668 | $323.78 |
| 282 | TITUSVILLE AREA HOSPITAL C/O RESCHINI AGENCY INC | 10,781.46 | 0.000016413458 | $323.22 |
| 198 | PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND | 10,708.22 | 0.000016301959 | $321.03 |
| 629 | ASBESTOS WORKERS LOCAL 42 WELFARE FUND C/O CARDAY ASSOCIATES INC | 10,696.78 | 0.000016284543 | $320.68 |
| 829 | PITTOHIO EXPRESS | 10,635.61 | 0.000016191420 | $318.85 |
| 933 | RETIRE HL & WLF FD OF THE PBA OF THE CIT | 10,606.04 | 0.000016146403 | $317.96 |
| 956 | BOON-CHAPMAN BENEFIT ADMINISTRATORS INC | 10,600.39 | 0.000016137801 | $317.79 |
| 7 | AMA INSURANCE AGENCY | 10,474.71 | 0.000015946469 | $314.03 |
| 130 | WASHINGTON PENN PLASTIC CO INC | 10,284.49 | 0.000015656882 | $308.32 |
| 864 | METAL TRADES BRANCH WELFARE FUND | 10,236.22 | 0.000015583397 | $306.88 |
| 807 | CHINESE COMMUNITY HEALTH PLAN | 10,227.27 | 0.000015569772 | $306.61 |
| 39 | WEBCRAFTERS | 10,214.13 | 0.000015549768 | $306.21 |
| 45 | LOS ANGELES FIRMENS RELIEF ASSOC | 9,949.01 | 0.000015146155 | $298.27 |
| 796 | VALEO INC C/O GROUP ASSOCIATES INC | 9,899.20 | 0.000015070325 | $296.77 |
| 930 | KIMBERLY-CLARK ATTN CASANDRA WHITE | 9,897.04 | 0.000015067037 | $296.71 |
| 702 | GROUP HEALTH PLAN OF EMPLOYEES OF MIDWEST ENERGY, INC | 9,800.74 | 0.000014920432 | $293.82 |
| 280 | INDIANA REGIONAL MEDICAL CENTER C/O RESCHINI AGENCY INC | 9,797.55 | 0.000014915575 | $293.73 |
| 938 | ELECTRICAL WORKERS HEALTH AND WELFARE TRUST | 9,787.90 | 0.000014900884 | $293.44 |
| 1002 | CONCORD HOSPITALITY ENTERPRISE  COMPANY | 9,777.88 | 0.000014885630 | $293.14 |
| 995 | EMI MUSIC NORTH AMERICA | 9,536.75 | 0.000014518539 | $285.91 |
| 674 | SEATTLE PACIFIC UNIVERSITY | 9,480.82 | 0.000014433393 | $284.23 |
| 801 | IATSE LOCAL 22 HEALTH AND WELFARE FUND C/O BENEFITS ADMINISTRATION CORP | 9,453.36 | 0.000014391588 | $283.41 |
| 764 | MSC INDUSTRIAL DIRECT CO INC | 9,406.01 | 0.000014319503 | $281.99 |
| 881 | LANDS' END INC | 9,402.29 | 0.000014313840 | $281.88 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 485 | TELEPHONE AND DATA SYSTEMS INC TITS AFFILIATES HEALTH AND WELFARE PLANS | 9,367.96 | 0.000014261577 | $280.85 |
| 805 | EAST OHIO CONFERENCE OF THE  UNITED METHODIST CHURCH | 9,328.34 | 0.000014201260 | $279.66 |
| 323 | USW INTERNATIONAL UNION MEDICAL  INSURANCE PLAN | 9,145.13 | 0.000013922345 | $274.17 |
| 41 | NATIONAL HEALTH ADMINISTRATORS INC | 9,099.97 | 0.000013853595 | $272.81 |
| 143 | PEERLESS LEASING CORP | 9,095.30 | 0.000013846485 | $272.67 |
| 37 | GCIU LOCAL 119B NEW YORK PAINTERS LEAGUE WF TRUST FUND | 8,856.41 | 0.000013482804 | $265.51 |
| 520 | SOUTH JEFFERSON CENTRAL SCHOOL DISTRICT | 8,791.72 | 0.000013384322 | $263.57 |
| 526 | STARK COUNTY SCHOOLS COUNSEL OF GOVERNMENT HEALTH INSURANCE PROGRAM | 8,789.46 | 0.000013380881 | $263.50 |
| 125 | INLAND EMPIRE HEALTH PLAN | 8,772.34 | 0.000013354818 | $262.99 |
| 13 | NEW HAMPSHIRE PUBLIC DEFENDER MEDICAL AND DENTAL PLAN | 8,726.06 | 0.000013284363 | $261.60 |
| 15 | TETCO INC | 8,692.86 | 0.000013233820 | $260.61 |
| 767 | INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH AND WELFARE PLAN | 8,446.73 | 0.000012859117 | $253.23 |
| 774 | PIRELLI ARMSTRONG TIRE CORP. RETIREE TRUST C/O SOUTHERN BENEFIT ADMINISTRATOR | 8,253.70 | 0.000012565252 | $247.44 |
| 341 | ST MARYS AREA SCHOOL DISTRICT | 8,199.48 | 0.000012482709 | $245.82 |
| 217 | REUNION INDUSTRIES INC | 8,036.64 | 0.000012234805 | $240.93 |
| 207 | ADVANCED CAST PRODUCTS INC | 7,930.32 | 0.000012072945 | $237.75 |
| 422 | FARM CREDIT FOUNDATION | 7,917.52 | 0.000012053459 | $237.36 |
| 347 | RESPIRONICS INC | 7,898.10 | 0.000012023894 | $236.78 |
| 177 | NL INDUSTRIES INC | 7,877.36 | 0.000011992320 | $236.16 |
| 709 | UTAH LABORERS HEALTH & WELFARE TRSUT FUN | 7,802.84 | 0.000011878873 | $233.93 |
| 181 | DARDEN RESTAURANTS INC | 7,704.95 | 0.000011729847 | $230.99 |
| 460 | EMPLOYER MUTUAL CASUALTY COMPANY | 7,674.89 | 0.000011684084 | $230.09 |
| 344 | UNITED FOOD & COMMERCIAL WORKERS LOCAL 400 & EMPLOYS HELTH & WELFARE FUND | 7,666.35 | 0.000011671083 | $229.83 |
| 461 | DEBORAH HEART AND LUNG CENTER | 7,622.22 | 0.000011603901 | $228.51 |
| 152 | CONTINENTAL GENERAL INSURANCE CO AMERICAN REPUBLIC INSURANCE COMPANY | 7,596.10 | 0.000011564136 | $227.73 |
| 320 | THE EPIC LIFE INSURANCE COMPANY | 7,467.44 | 0.000011368267 | $223.87 |
| 468 | FARNER-BOCKON COMPANY | 7,423.18 | 0.000011300887 | $222.54 |
| 223 | THE VALSPAR CORPORATION | 7,375.45 | 0.000011228223 | $221.11 |
| 87 | MCCAIN FOODS USA INC | 7,357.63 | 0.000011201095 | $220.58 |
| 489 | MENASHA CORPORATION | 7,351.90 | 0.000011192371 | $220.41 |
| 835 | REED SMITH LLP | 7,304.11 | 0.000011119617 | $218.97 |
| 53 | GREEN BAY PACKAGING INC | 7,222.81 | 0.000010995848 | $216.54 |
| 271 | ITERGRAPH COROPORATION | 7,189.51 | 0.000010945152 | $215.54 |
| 983 | BROOKSHIRE BROTHERS LTD  C/O GARY E RINGLER INC DBA NEXCALIBER | 7,135.67 | 0.000010863188 | $213.92 |
| 466 | CITY OF HARRISBURG | 7,049.74 | 0.000010732370 | $211.35 |
| 944 | MEDICA HEALTH PLANS OF WISCONSIN | 6,929.22 | 0.000010548893 | $207.73 |
| 473 | DESTINY HEALTH INSURANCE COMPANY C/O DESTINY MANAGEMENT COMPANY LLC | 6,906.71 | 0.000010514624 | $207.06 |
| 763 | DOW CORNING CORPORATION | 6,891.62 | 0.000010491651 | $206.61 |
| 1068 | THE MENS WEARHOUSE C/O FINANCIAL RECOVERY SERVICE | 6,858.53 | 0.000010441276 | $205.62 |
| 906 | SPECTRUM ADMINISTRATORS INC | 6,742.13 | 0.000010264071 | $202.13 |
| 187 | BALDER ELECTRIC COMPANY GROUP BENEFIT TR | 6,681.68 | 0.000010172043 | $200.31 |
| 872 | BALDOR ELECTRIC COMPANY EMPLOYEE GROUP BENEFIT TRUST | 6,681.68 | 0.000010172043 | $200.31 |
| 505 | WILSON N JONES MEMORIAL HOSPITAL | 6,596.85 | 0.000010042900 | $197.77 |
| 519 | POUDRE SCHOOL DISTRICT | 6,589.30 | 0.000010031406 | $197.54 |
| 96 | CORE MOULDING TECHNOLOGIES INC | 6,587.72 | 0.000010029001 | $197.50 |
| 49 | EMPLOYEE SECURITY FUND OF THE EPI HEALTH WEALFARE FUND | 6,580.71 | 0.000010018329 | $197.29 |
| 922 | BENEFIT ADMINISTRATION SERVICES INC | 6,560.80 | 0.000009988018 | $196.69 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 380 | SFA INC | 6,503.60 | 0.000009900938 | $194.97 |
| 558 | RUSSELL CORPORATION | 6,462.35 | 0.000009838140 | $193.74 |
| 102 | PIPE TRADES INDUSTRIY HEATH AND WELFARE PLAN | 6,411.97 | 0.000009761443 | $192.23 |
| 148 | RPC INC | 6,382.25 | 0.000009716198 | $191.34 |
| 188 | JB HUNT TRANSPORT SERVICE INC | 6,338.88 | 0.000009650172 | $190.04 |
| 708 | UTAH CARPENTERS AND CEMENT MASOSONS HWF | 6,335.38 | 0.000009644844 | $189.93 |
| 275 | ARMSTONG COUNTY MEMORIAL HOSPITAL C/O RESCHINI AGENCY INC | 6,334.92 | 0.000009644143 | $189.92 |
| 479 | UFCW UNIONS & EMPLOYERS HEALTH & WELFARE C/O REINHART BOEMER VAN DEUREN SC | 6,304.56 | 0.000009597924 | $189.01 |
| 156 | PLUMBERS & PIPEFITTERS LOCAL UNION NO.74 C/O GEMGROUP | 6,303.76 | 0.000009596706 | $188.98 |
| 173 | PLUMBERS LOCAL UNION NO 690 HEALTH PLAN | 6,195.35 | 0.000009431665 | $185.73 |
| 107 | CSS LLC C/O THE TRAVELERS INDEMNITY COMPANY | 6,180.80 | 0.000009409514 | $185.30 |
| 131 | RING POWER CORPORATION SELF FUNDED MEDICAL PLAN | 6,175.55 | 0.000009401522 | $185.14 |
| 241 | UNITED FEDERATION OF TEACHERS WELFARE FD | 6,159.26 | 0.000009376722 | $184.65 |
| 345 | SHEPPARD, MULLIN, RICHTER & HAMPTON C/O AFFORDABLE BENEFIT ADMINISTRATORS | 6,145.00 | 0.000009355013 | $184.22 |
| 30 | GREENBERG FARROW ARCHITECTURE INC | 6,130.74 | 0.000009333304 | $183.80 |
| 591 | MOSAIC TERRAZZO WELFARE FUND | 6,083.70 | 0.000009261692 | $182.39 |
| 711 | SOUTHERN CA BAKERY DRIVERS SECURITY FUND C/O SOUTHWEST ADMINISTRATORS | 6,058.34 | 0.000009223084 | $181.63 |
| 142 | ON SEMICONDUCTOR | 6,017.19 | 0.000009160438 | $180.39 |
| 242 | UNITED FEDERATION OF TEACHERS HELATH CARE CHAPTER BENEFIT FUND | 5,992.21 | 0.000009122409 | $179.64 |
| 307 | UFCW  SLEVIN & HART P.C | 5,960.96 | 0.000009074835 | $178.71 |
| 389 | OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT TRUST | 5,770.58 | 0.000008785005 | $173.00 |
| 638 | CLARENDON NATIONAL INSURANCE COMPANY C/O DESTINY MANAGEMENT GROUP LLC | 5,747.98 | 0.000008750599 | $172.32 |
| 467 | UNION UNDERWEAR COMPANY INC DBA FRUIT OF THE LOOM | 5,672.20 | 0.000008635233 | $170.05 |
| 878 | C F & I RETIRESS' VOLUNTARY EMPLOYEE BENEFICIARY ASSCIATION (VEBA) | 5,663.57 | 0.000008622095 | $169.79 |
| 335 | EVERGREEN HEALTH PLAN INC | 5,591.94 | 0.000008513047 | $167.64 |
| 412 | AERIAL COMPANY INC | 5,538.68 | 0.000008431965 | $166.05 |
| 863 | THE LUBRIZOL CORPORATION | 5,493.36 | 0.000008362971 | $164.69 |
| 528 | SOUTH CENTRAL UNITED FOOD & COMMERCIAL WORKERS UNIONS & EMPLOYERS H&W | 5,481.91 | 0.000008345540 | $164.35 |
| 874 | PIPELINE INDUSTRY BENEFIT FUND | 5,420.85 | 0.000008252583 | $162.51 |
| 372 | UNIFIED GROUP SERVICES INC | 5,361.70 | 0.000008162535 | $160.74 |
| 907 | MINNEAPOLIS RETAIL MEAT CUTTERS & FOOD C/O WILSON-MCSHANE CORPORATION | 5,318.88 | 0.000008097346 | $159.46 |
| 918 | ZIONS BANCORPORATION | 5,277.83 | 0.000008034853 | $158.23 |
| 541 | RENSSELAER POLYTECHNIC INSTITUTE C/O CAPITAL DISTRICT PHYSICIANS' HEALTHCARE | 5,211.44 | 0.000007933782 | $156.24 |
| 212 | BANGOR AREA SCHOOL DISTRICT | 5,128.71 | 0.000007807836 | $153.76 |
| 527 | CHELSEA BUILDING PRODUCTS INC | 5,065.01 | 0.000007710860 | $151.85 |
| 980 | ADVANTAGE HEALTH SOLUTION INC | 4,943.84 | 0.000007526394 | $148.21 |
| 797 | MOELLER MANUFACTURING C/O GROUP ASSOCIATES INC | 4,941.86 | 0.000007523379 | $148.15 |
| 494 | HEAT & FROST INSULATORS & ALLIED WORKERS C/O BENESYS | 4,936.41 | 0.000007515082 | $147.99 |
| 735 | INTERNATIONAL UNION OF OPERATION ENGINEERS LOCAL 547 PART EMPLOYERS | 4,867.67 | 0.000007410434 | $145.93 |
| 647 | SECURITY HEALTH PLAN OF WISCONSIN C/O MARSHFIELD CLINIC | 4,863.04 | 0.000007403386 | $145.79 |
| 244 | SOCIAL SERVICE EMPLOYEES UNION LOCAL  371 WELFARE FUND | 4,862.48 | 0.000007402533 | $145.77 |
| 348 | MOSS'S STEAK AND SEA HOUSE | 4,840.44 | 0.000007368980 | $145.11 |
| 257 | GBL LOCAL UNION NO 66 | 4,726.74 | 0.000007195885 | $141.71 |
| 346 | LOUIS BERKMAN COMPANY | 4,715.50 | 0.000007178774 | $141.37 |
| 105 | ENI US OPERATING CO INC | 4,640.90 | 0.000007065204 | $139.13 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 642 | HATTIESBURY CLINIC PA | 4,620.00 | 0.000007033387 | $138.51 |
| 56 | WISCONSIN ELECTRICAL  EMPLOYEES BENEFIT FUND | 4,606.73 | 0.000007013185 | $138.11 |
| 326 | IBEW LOCAL 98 HEALTH AND WELFARE FUND C/O FRANK M VACCARO & ASSOC | 4,563.54 | 0.000006947433 | $136.81 |
| 443 | B&E TOOL COMPANY C/O HNE ADVISORY SERVICES INC | 4,553.74 | 0.000006932514 | $136.52 |
| 384 | SOUTHEASTERN CARPENTERS & MILLWRIGHTS  C/O SOUTHERN BENEFIT ADMININSTRATOR INC | 4,529.36 | 0.000006895398 | $135.79 |
| 455 | FRANKLIN- ESSEX-HAMILTON SCHOOL DISTRICTS  HEALTH INSURANCECONSORTIUM | 4,520.44 | 0.000006881819 | $135.52 |
| 707 | SHEET METALS WORKERS # 292 HEALTH FUND | 4,410.00 | 0.000006713687 | $132.21 |
| 698 | IBEW/WESTERN UTILITIES HEALTH & WELFARE  TRUST FUND | 4,344.00 | 0.000006613210 | $130.23 |
| 168 | RIDGWAY AREA SCHOOL DISTRICT | 4,292.03 | 0.000006534092 | $128.67 |
| 802 | NORTHERN NEW JERSEY TEAMSTER  BENEFIT PLAN | 4,259.90 | 0.000006485178 | $127.71 |
| 402 | SCHWARTZ BROTHERS RESTAURANTS | 4,239.40 | 0.000006453970 | $127.10 |
| 218 | QUIKTRIP CORPORATION | 4,219.82 | 0.000006424161 | $126.51 |
| 334 | LOWEN CORPORATION BLUECROSS BLUESHIELD PLAN | 4,156.80 | 0.000006328221 | $124.62 |
| 420 | ZIPPO MFG CO | 4,084.25 | 0.000006217773 | $122.44 |
| 126 | PLUMBERS AND STEAMFITTERS MEDICAL FUND C/O BENEFIT SYSTEMS MANAGEMENT INC | 4,050.68 | 0.000006166666 | $121.44 |
| 716 | ALBANY INTERNATIONAL CORP | 4,037.09 | 0.000006145977 | $121.03 |
| 226 | RUSSELL STOVER CANDIES MEDICAL BENEFIT PLAN | 4,028.69 | 0.000006133189 | $120.78 |
| 450 | WCA HOSPITAL RETIREE BENEFIT PLAN | 4,007.78 | 0.000006101356 | $120.15 |
| 992 | CLARKSON UNIVERSITY C/O PBIRX | 3,979.27 | 0.000006057953 | $119.30 |
| 145 | MARISCAL WEEKS MCINTYRE & FRIEDLANDER | 3,971.55 | 0.000006046201 | $119.07 |
| 63 | IBEW LOCAL 701 GENERAL WELFARE FUND | 3,961.54 | 0.000006030962 | $118.77 |
| 441 | COUNTY OF RACINE | 3,949.86 | 0.000006013180 | $118.41 |
| 236 | PHILADELPHIA FEDERATION OF TEACHERS HEALTH & WELFARE FUND | 3,896.05 | 0.000005931261 | $116.80 |
| 854 | TARRANT COUNTY TEXAS | 3,894.45 | 0.000005928825 | $116.75 |
| 33 | PETERSON MANUFACTURING CO EMPLOYEE HEALTH CARE PLAN | 3,865.76 | 0.000005885148 | $115.89 |
| 121 | CHICAGO PLASTERING INSTITUTE H & W W FUND | 3,846.20 | 0.000005855371 | $115.31 |
| 157 | AMERICAN UNITED LIFE INSURANCE COMPANY | 3,844.80 | 0.000005853239 | $115.27 |
| 871 | ENTERPRISE GROUP PLANNING INC | 3,837.42 | 0.000005842004 | $115.04 |
| 84 | INLANDBOATMEN'S UNION OF THE PACIFIC  C/O BROWNSTEIN RASK SWEENY KERR | 3,797.00 | 0.000005780470 | $113.83 |
| 813 | UNIVERSAL HEALTH CARE INC | 3,795.35 | 0.000005777958 | $113.78 |
| 976 | ASSURANT HEALTH AND WELFARE  BENEFIT PLAN C/O ASSURANT INC | 3,755.26 | 0.000005716926 | $112.58 |
| 772 | UNITED FOOD AND COMMERICAL WORKERS UNION LOCAL 227 AND EMPLOYER HEALTH AND WELFARE PLA | 3,738.92 | 0.000005692050 | $112.09 |
| 749 | AM GENERAL LLC | 3,733.37 | 0.000005683601 | $111.92 |
| 215 | EVERETT AREA SCHOOL DISTRICT | 3,703.67 | 0.000005638386 | $111.03 |
| 424 | SHOPKO STORES OPERATING CO LLC | 3,695.02 | 0.000005625217 | $110.77 |
| 914 | YAMAHA CORPORATION OF AMERICA | 3,642.53 | 0.000005545308 | $109.20 |
| 203 | HF LENZ COMPANY | 3,632.68 | 0.000005530312 | $108.91 |
| 639 | WAREHOUSE EMPLOYEES UNION LOCAL 730 HEALTH & WELFARE TRUST FUND | 3,557.86 | 0.000005416408 | $106.66 |
| 419 | PENN UNITED TECHNOLOGIES INC | 3,532.94 | 0.000005378470 | $105.92 |
| 537 | TEAMSTERS SECURITY FUND MIKE MCCORMICK-ATPA | 3,522.50 | 0.000005362577 | $105.60 |
| 179 | PENN LINE SERVICE INC | 3,512.31 | 0.000005347064 | $105.30 |
| 915 | PREFERRED HEALTH CHOICES C/O MEDICAL ASSOCIATES HEALTH PLANS | 3,455.52 | 0.000005260608 | $103.59 |
| 106 | CONSTRUCTION WORKERS TRUST FUND C/O BENEFIT SYSTEMS MANAGEMENT INC | 3,406.50 | 0.000005185981 | $102.13 |
| 683 | UNIROYAL HOLDING INC | 3,375.13 | 0.000005138224 | $101.18 |
| 301 | UNITED PARCEL SERVICE C/O ALSTON & BIRD LLP | 3,311.50 | 0.000005041355 | $99.28 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|--------|---------------|------------------------|------------------|--------------|
| 210 | REDWOOD EMPIRE ELECTRICAL WORKERS | 3,289.87 | 0.000005008426 | $98.63 |
| 788 | TEANECK BOARD OF EDUCATION | 3,128.37 | 0.000004762562 | $93.79 |
| 155 | NECA LOCAL UNION NO 313 IBEW H&W FUND C/O GEMGROUP | 3,099.02 | 0.000004717880 | $92.91 |
| 712 | TRUCK DRIVERS & HELPERS LOCAL 355 HWF C/O BENEFITS ADMINISTRATION CORP | 3,014.81 | 0.000004589681 | $90.38 |
| 315 | DAKOTACARE ADMINISTRATIVE SERVICE | 2,999.66 | 0.000004566617 | $89.93 |
| 623 | UNION COLLEGE C/O CAPITAL DIST PHYSICIANS HEALTHCARE | 2,944.82 | 0.000004483129 | $88.28 |
| 831 | LOCAL 338 HEALTH AND WELFARE FUND | 2,940.25 | 0.000004476172 | $88.15 |
| 340 | CROWN AMERICAN ASSOCIATES | 2,900.93 | 0.000004416312 | $86.97 |
| 355 | DUNN ENERGY COOPERATIVE | 2,865.59 | 0.000004362511 | $85.91 |
| 916 | FEDERATED ALLIED RETIRES COMPREHENSIVE BENEFITS | 2,851.55 | 0.000004341137 | $85.49 |
| 24 | PREFERRED CARE PARTNERS | 2,755.41 | 0.000004194776 | $82.61 |
| 400 | INTERNATIONAL TEXTILE GROUP INC | 2,748.57 | 0.000004184363 | $82.40 |
| 815 | VIVA HEALTH INC | 2,728.38 | 0.000004153626 | $81.80 |
| 747 | REYES HOLDINGS GROUP BENEFIT PLAN | 2,723.20 | 0.000004145740 | $81.64 |
| 162 | CARPENTER TECHNOLOGY CORPORATION | 2,642.94 | 0.000004023554 | $79.23 |
| 211 | ASML US INC | 2,568.75 | 0.000003910609 | $77.01 |
| 518 | HOLLAND & HART LLP | 2,567.63 | 0.000003908904 | $76.98 |
| 877 | NORTHERN CALIFORNIA AREA RETAIL CLERKS UNION-EMPLOYER WELFARE FUND | 2,556.07 | 0.000003891305 | $76.63 |
| 169 | HAC INC | 2,539.63 | 0.000003866277 | $76.14 |
| 118 | IRONWORKERS LOCAL 549 & 550 MED BEN FND C/O MACALA GORE & PIATT LLC | 2,520.35 | 0.000003836926 | $75.56 |
| 34 | NORTH CENTRAL IL LABORERS HWF | 2,500.61 | 0.000003806874 | $74.97 |
| 867 | GENERAL MCLANE SCHOOL DISTRICT | 2,489.70 | 0.000003790265 | $74.64 |
| 959 | UFCW CENTRAL PENNSYLVANIA & REGIONAL HEALTH AND WELFARE FUND | 2,486.75 | 0.000003785774 | $74.55 |
| 353 | MMA INSURANCE COMPANY | 2,474.00 | 0.000003766363 | $74.17 |
| 478 | IRON WORKERS LOCAL UNION NO.8 WELFARE C/O ZENITH ADMINISTRATORS INC | 2,401.25 | 0.000003655610 | $71.99 |
| 700 | RAILROAD MAINTENANCE & INDUSTRIAL HEALTH AND WELFARE FUND | 2,315.62 | 0.000003525249 | $69.42 |
| 6 | ES BEVERIDGE AND ASSOCIATES INC | 2,134.56 | 0.000003249607 | $63.99 |
| 1005 | MAYSTEEL CORP C/O EVERETT SMITH GROUP LTD | 2,131.04 | 0.000003244249 | $63.89 |
| 594 | IUPAT DC 78 HEALTH AND WELFARE FUND C/O ADMINISTRATIVE SERVICES INC | 2,113.40 | 0.000003217394 | $63.36 |
| 220 | IGATR CORPORATION | 2,079.82 | 0.000003166272 | $62.35 |
| 869 | CHESTERFIELD RESOURCES INC | 2,077.10 | 0.000003162132 | $62.27 |
| 561 | WV PLUMBERS AND PIPEFITTERS LOCAL #152 C/O CENTRAL DATA SERVICES INC | 2,062.56 | 0.000003139996 | $61.83 |
| 783 | LEZZER HOLDINGS INC | 1,964.16 | 0.000002990194 | $58.88 |
| 112 | UNION TROWEL TRADES BENEFIT FUNDS OF  CENTRAL PENNSYLVANIA | 1,954.93 | 0.000002976143 | $58.61 |
| 351 | MENNONITE MUTUAL AID ASSOCIATION | 1,948.00 | 0.000002965593 | $58.40 |
| 233 | SOUTHERN CALIFORNIA DAIRY INDUSTRY C/O SOUTHWEST ADMINISTRATORS | 1,941.14 | 0.000002955149 | $58.19 |
| 627 | VALLEY NATURAL GAS INC | 1,794.26 | 0.000002731542 | $53.79 |
| 633 | KEY RISK MANAGEMENT SERVICES INC C/O PENN WESTERN BENEFITS INC | 1,787.75 | 0.000002721631 | $53.60 |
| 861 | JOINT COUNCIL OF TEAMSTERS NO 3 HEALTH AND WELFARE FUND | 1,765.90 | 0.000002688367 | $52.94 |
| 1011 | BENESYS INC | 1,717.29 | 0.000002614365 | $51.48 |
| 782 | APPLETON PAPERS INC | 1,708.91 | 0.000002601607 | $51.23 |
| 65 | NEBRASKA HEART INSTITUTE PC | 1,704.14 | 0.000002594345 | $51.09 |
| 55 | STRUCTURAL IRON WORKERS LOCAL # 1 WELFAR FUND | 1,681.12 | 0.000002559300 | $50.40 |
| 765 | NALC HEALTH BENEFIT PLAN C/O LISA M GOMEZ, COHEN WEISS AND SIMON LLP | 1,624.87 | 0.000002473666 | $48.71 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 619 | FOOT LOCKER WELFARE BENEFIT PAYMENT PLAN | 1,506.86 | 0.000002294011 | $45.17 |
| 611 | HEALTH & WELFARE BENEFIT PLAN LOCAL 854  C/O DICKINSON GROUP LLC | 1,458.00 | 0.000002219627 | $43.71 |
| 873 | MULTHOMAH COUNTY | 1,446.70 | 0.000002202424 | $43.37 |
| 736 | KOA SPEER ELECTRONICS INC | 1,440.57 | 0.000002193092 | $43.19 |
| 230 | CITY BPU OF MCPHERSON | 1,387.37 | 0.000002112102 | $41.59 |
| 273 | LA CROSSE TRUCK CENTER INC C/O CUSTOM BENEFIT ADMINISTRATORS | 1,367.49 | 0.000002081837 | $41.00 |
| 472 | OHIO AFSCME CARE PLAN | 1,343.27 | 0.000002044965 | $40.27 |
| 635 | YOUTH AND FAMILY CENTERED SERVICES INC | 1,337.26 | 0.000002035815 | $40.09 |
| 262 | SILGAN CONTAINER CORP | 1,308.45 | 0.000001991956 | $39.23 |
| 640 | TEXAS AGRICULTURAL COOPERATIVE TRUST C/O HEALTHSMART | 1,303.59 | 0.000001984557 | $39.08 |
| 994 | UNITED STATES COLD STORAGE | 1,300.10 | 0.000001979244 | $38.98 |
| 890 | BROKERAGE CONCEPTS INC | 1,292.56 | 0.000001967765 | $38.75 |
| 824 | INSURANCE MANAGEMENT ADMINISTRATORS | 1,289.80 | 0.000001963563 | $38.67 |
| 699 | IRONWORKERS INTERMOUNTAIN H & W TRUST | 1,261.64 | 0.000001920693 | $37.82 |
| 26 | DYKE INDUSTRIES INC | 1,243.10 | 0.000001892468 | $37.27 |
| 738 | UNIVERSITY OF NOTRE DAME DU LAC | 1,243.24 | 0.000001892681 | $37.27 |
| 962 | RHODE ISLAND PUBLIC EMPLOYEES HEALTH SERVICES FUND | 1,215.67 | 0.000001850709 | $36.45 |
| 227 | THE ANDERSONS INC | 1,147.24 | 0.000001746533 | $34.39 |
| 383 | AEROSPACE CONTRACTORS TRUST              C/O SOUTHERN BENEFIT ADMINISTRATORS | 1,096.39 | 0.000001669120 | $32.87 |
| 442 | MASS MUTUAL LIFE INSURANCE CO EMPLOYEE HEALTH BENEFITS PLAN | 1,089.63 | 0.000001658829 | $32.67 |
| 612 | BUILDING TRADES WELFARE BENEFIT FUND C/O DICKINSON GROUP LLC | 1,080.00 | 0.000001644168 | $32.38 |
| 727 | CYPRESS BENEFIT ADMINISTRATORS  FORMERLY GMS | 1,039.45 | 0.000001582436 | $31.16 |
| 665 | ZENITH ADMINISTRATORS | 995.56 | 0.000001515619 | $29.85 |
| 246 | DETECTIVES ENDOWMENT ASSOC RETIREE HEALTH BENEFITS FUND | 994.92 | 0.000001514644 | $29.83 |
| 688 | SERVICE EMPLOYEES 32BJ NORTH HEALTH BENEFIT FUND | 927.36 | 0.000001411793 | $27.80 |
| 72 | AMALGAMATED SOCIAL BENEFITS ASSOCIATION | 918.00 | 0.000001397543 | $27.52 |
| 93 | PAINTERS & ALLIED TRADES  DC 35 BENEFIT FUNDS | 914.43 | 0.000001392108 | $27.41 |
| 696 | PHYSICIANS LIABILITY INS CO C/O CL FRATES AND COMPANY | 892.73 | 0.000001359073 | $26.76 |
| 496 | CITY OF MANITOWOC | 864.30 | 0.000001315791 | $25.91 |
| 905 | COCA COLA BOTTLING CO CONSOLIDATED | 846.16 | 0.000001288175 | $25.37 |
| 693 | UTAH PIPE TRADES HEALTH & WELFARE TRUST  C/O COMPUSYS OF UTAH INC | 810.17 | 0.000001233385 | $24.29 |
| 95 | PREMIER MANUFACTURING CORPORATION | 798.00 | 0.000001214858 | $23.92 |
| 1052 | WELLDYNERX | 789.52 | 0.000001201948 | $23.67 |
| 317 | SANTA MONICA UNITE HERE HEALTH BENEFIT FUND C/O BENEFIT PROGRAMS ADMINISTRATION | 780.04 | 0.000001187516 | $23.39 |
| 626 | ALBANY CITY SCHOOL DISTRICT C/O CAPITAL DIST PHYSICIANS HEALTHCARE | 746.80 | 0.000001136912 | $22.39 |
| 504 | A FINKL & SONS CO | 742.56 | 0.000001130457 | $22.26 |
| 830 | JOHN MANEELY CO | 729.00 | 0.000001109814 | $21.86 |
| 799 | SCHUYLKILL COUNTY SCHOOL EMPLOYEES HEALTH AND WELFARE TRUST | 712.02 | 0.000001083964 | $21.35 |
| 474 | SOUTHERN CALIFORNIA DRUG BENEFIT FUND | 709.89 | 0.000001080721 | $21.28 |
| 5 | NEXION HEALTH INC PROVIDENCE ADMINISTRATIVE SERVICES | 691.55 | 0.000001052801 | $20.73 |
| 565 | WEINSTEIN BEVERAGE COMPANY PEPSI | 679.17 | 0.000001033954 | $20.36 |
| 396 | CHILDRENS HOSPITAL CENTRAL CALIFORNIA | 665.80 | 0.000001013599 | $19.96 |
| 147 | SYNAGRO | 662.24 | 0.000001008180 | $19.85 |
| 94 | CITY OF FRANKLIN | 658.16 | 0.000001001968 | $19.73 |
| 120 | WELFARE FUND OF HEALTH AND FROST INSULATORS LOCAL 12 | 657.78 | 0.000001001390 | $19.72 |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Eligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria: None

Report ID :DST21W015

DISTRIBUTION NO:  1

| CLM NO | CLAIMANT NAME | RECOGNIZED LOSS AMOUNT | FRACTION OF FUND | AWARD AMOUNT |
|---|---|---|---|---|
| 139 | ST JOHNS COUNTY BOARD OF COUNTY  COMMISSIONERS SELF-FUNDED MEDICAL PLAN | 651.30 | 0.000000991525 | $19.53 |
| 401 | AMES TRUE TEMPER | 650.21 | 0.000000989865 | $19.49 |
| 337 | HANOVER LIFE REASSURANCE COMPANY OF  AMERICA | 643.40 | 0.000000979498 | $19.29 |
| 969 | MURPHY-HOFFMAN COMPANY C/O WELLDYNE RX | 636.05 | 0.000000968309 | $19.07 |
| 66 | LOCAL NO 9 IBEW AND OUTSIDE CONTRACTOR HEALTH AND WELFARE FUND | 621.50 | 0.000000946158 | $18.63 |
| 795 | ELECTRICAL CONSTRUCTION INDUSTRY AND WEL C/O REINHART BOERNER VAN DEUREN SC | 584.15 | 0.000000889297 | $17.51 |
| 531 | CSEA EMPLOYEE BENEFIT FUND | 570.27 | 0.000000868167 | $17.10 |
| 744 | RURAL TELEPHONE SERVICE CO | 564.36 | 0.000000859169 | $16.92 |
| 91 | ELKHART COUNTY GOVT | 523.43 | 0.000000796858 | $15.69 |
| 775 | AMERICAN ELECTRIC POWER SERVICE CORPORATION SELF FUNDED PLAN | 494.44 | 0.000000752725 | $14.82 |
| 567 | WAWASEE COMMUNITY SCHOOL CORP | 423.06 | 0.000000644057 | $12.68 |
| 59 | IRON WORKERS LOCAL #63 HEALTH & WELFARE  C/O GREGORIO & ASSOCIATES | 407.48 | 0.000000620339 | $12.22 |
| 745 | OSBORNE COUNTY EMPLOYEES | 405.32 | 0.000000617050 | $12.15 |
| 634 | CONWAY HOSPITAL INC C/O PENN WESTERN BENEFITS INC | 380.47 | 0.000000579219 | $11.41 |
| 228 | CAMBRIA HEIGHTS SCHOOL DISTRICT | 342.26 | 0.000000521049 | $10.26 |
| 28 | CITY OF QUINCY | 317.76 | 0.000000483751 | $9.53 |
| 225 | RALCORP HOLDINGS INC HEALTH CARE PLAN | 309.94 | 0.000000471846 | $9.29 |
| 701 | ELLIS COUNTY | 297.14 | 0.000000452359 | $8.91 |
| 1019 | ST JUDE MEDICAL C/O FINANCIAL RECOVERY SERVICES | 295.69 | 0.000000450152 | $8.86 |
| 706 | INDIANA AREA UFCW  HEALTH AND WELFARE PLAN | 293.88 | 0.000000447396 | $8.81 |
| 261 | GROSS MOTORS INC | 286.02 | 0.000000435431 | $8.57 |
| 684 | LEEDSWORLD INC | 271.33 | 0.000000413067 | $8.13 |
| 278 | CLEARFIELD HOSPITAL C/O RESCHINI AGENCY INC | 248.69 | 0.000000378600 | $7.46 |
| 614 | OLATHE MEDICAL CENTER INC MEDICAL AND DENTAL BENEFIT PLAN | 241.57 | 0.000000367761 | $7.24 |
| 514 | KONOP COMPANIES C/O ASSOCIATED FINANCIAL GROUP | 237.52 | 0.000000361595 | $7.12 |
| 260 | UAW LOCAL 259 SOCIAL SECURITY DEPT C/O BENEFIT SERVICES | 226.46 | 0.000000344758 | $6.79 |
| 499 | PETERSON INDUSTRIES INC | 192.44 | 0.000000292966 | $5.77 |
| 427 | AMERICAN SEAFOODS GROUP | 186.49 | 0.000000283908 | $5.59 |
| 78 | PALM BEACH COUNTY FIREFIGHTERS  EMPLOYEES INSURANCE FUND | 173.20 | 0.000000263676 | $5.19 |
| 194 | CENTRAL LABORERS WELFARE FUND | 173.23 | 0.000000263722 | $5.19 |
| 1020 | OREILY AUTOMOTIVE INC               C/O FINANCIAL RECOVERY SERVICE | 158.84 | 0.000000241815 | $4.76 |
| 276 | BRADFORD REGIONAL MEDICAL CENTER C/O RESCHINI AGENCY INC | 140.24 | 0.000000213498 | $4.20 |
| 497 | HIGH PLAINS MENTAL HEALTH CENTER | 132.26 | 0.000000201350 | $3.97 |
| 786 | HEATING PIPING AND REFIGERATION MEDICAL FUND C/O BENEFITS ADMINISTRATION CORP | 125.60 | 0.000000191211 | $3.77 |
| 196 | LABORERS NATIONAL HEALTH & WELFARE FUND C/O ZENITH ADMINISTRATORS INC | 121.86 | 0.000000185517 | $3.65 |
| 330 | NORTH EAST SCHOOL DISTRICT | 97.38 | 0.000000148249 | $2.92 |
| 952 | TEXAS MUTUAL INSURANCE COMPANY | 97.08 | 0.000000147792 | $2.91 |
| 352 | MHS ALLIANCE C/O MMA INSURANCE COMPANY | 93.00 | 0.000000141581 | $2.79 |
| 742 | UNIFIED SCHOOL DISTRICT #412 | 86.00 | 0.000000130925 | $2.58 |
| 51 | ACH FOOD COMPANIES INC | 56.82 | 0.000000086502 | $1.70 |
| 167 | UFCW LOCAL 464A HEALTH PLAN MURPHY ANDERSON PLLC | 40.00 | 0.000000060895 | $1.20 |
| 889 | DECKER TRUCK LINE INC | 38.00 | 0.000000057850 | $1.14 |

| TOTAL CLAIMS: | 943 | $656,867,049.04 | 1.000000000000 | $19,692,568.90 |
|---|---|---|---|---|

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# EXHIBIT N

# Ineligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria:   Includes  Excludes NIC OR CONS

| CLM NO | NAME | FATAL MSG CODE(S) | |
|---|---|---|---|
| 666 | BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL | AMT | Amount missing |
| 1057 | HOSPITAL HOUSEKEEPINGS SYSTEMS GP, LLC C | AMT | Amount missing |
| 1 | HAMBURG SUDE NORTH AMERICA INC | AMT | Amount missing |
| 991 | BRIGHT NOW! DENTAL MONARCH DENTAL | AMT | Amount missing |
| 1059 | CATHOLIC HEALTH SYSTEM C/O FINANCIAL REC | AMT | Amount missing |
| 1060 | SMITH & WESSON HOLDING CORP C/O FINANCIA | AMT | Amount missing |
| 989 | ALBERT TROSTEL AND SONS C/O EVERETT SMIT | AMT | Amount missing |
| 1049 | SPARKS HEALTH SYSTEMS C/O FINANCIAL RECO | AMT | Amount missing |
| 966 | SCHLOSSMANN AUTOMOTIVE GROUP INC HEALTH | AMT | Amount missing |
| 896 | GROUP HEALTH ALLIANCE LLC | AMT | Amount missing |
| 1056 | CAPITAL HEALTH SYSTEM, INC C/O FINANCIAL | AMT | Amount missing |
| 1036 | PUBLIC STORAGE C/O FINANCIAL RECOVERY SE | AMT | Amount missing |
| 963 | SWITCHCRAFT INC | CLSB | Claimant claimed only Class B drugs |
| 921 | BENEFIT ADMINISTRATION SERVICES INC | CLSB | Claimant claimed only Class B drugs |
| 986 | DAYTON T BROWN INC | CLSB | Claimant claimed only Class B drugs |
| 898 | BROTHERHOOD OF LOCOMOTIVE ENGINEERS  DIV | CLSB | Claimant claimed only Class B drugs |
| 1009 | CRST INTERNATIONAL INC | CLSB | Claimant claimed only Class B drugs |
| 377 | ABBOTT LABORATORIES HEALTH CARE PLAN | DEFS | Claimant is one of the released companies/defenda |
| 770 | MONSANTO COMPANY | DEFS | Claimant is one of the released companies/defenda |
| 846 | UFCW BAY AREA HEALTH AND WELFARE  TRUST | DUP | Duplicate Claim Filed |
| 385 | PIRELLI ARMSTRONG TIRE CORP RETIREE TR | DUP | Duplicate Claim Filed |
| 110 | PARAMOUNT CARE OF MICHIGAN INC | DUP | Duplicate Claim Filed |
| 1003 | COMCAST CORPORATION | DUP | Duplicate Claim Filed |
| 990 | MAYSTEEL CORP C/O  EVERETT SMITH GROUP L | DUP | Duplicate Claim Filed |
| 857 | RXAMERICA LLC | DUP | Duplicate Claim Filed |
| 1010 | GALLAGHER BENEFIT SERVICES | DUP | Duplicate Claim Filed |
| 374 | ASSOCIATES HEALTH & WELFARE PLAN WAL-MAR | DUP | Duplicate Claim Filed |
| 615 | EMPLOYEE BENEFIT MANAGEMENT SERVICES INC | DUP | Duplicate Claim Filed |
| 631 | WHEATON FRANCISCAN SERVICES INC | DUP | Duplicate Claim Filed |
| 670 | ELECTRICAL CONSTRUCTION INDUSTRY HEALTH | DUP | Duplicate Claim Filed |
| 1043 | DOW CORNING CORPORATION C/O FINANCIAL RE | DUP | Duplicate Claim Filed |
| 588 | THE SHERWIN-WILLIAMS COMPANY | DUP | Duplicate Claim Filed |
| 847 | UFCW NORTHERN CALIFORNIA HELATH AND WELF | DUP | Duplicate Claim Filed |
| 414 | NEWPAGE CORPORATION | DUP | Duplicate Claim Filed |
| 543 | UNION COLLEGE C/O CAPITAL DIST PHYSICIAN | DUP | Duplicate Claim Filed |
| 546 | LINCOLN BENEFIT TRUST | DUP | Duplicate Claim Filed |
| 325 | FEDERATED ALLIED RETIREE C/O FEDERATED A | DUP | Duplicate Claim Filed |
| 679 | SHEET METAL WORKERS LOCAL UNION NO 80 IN | DUP | Duplicate Claim Filed |
| 850 | THE LUBRIZOL CORPORATION | DUP | Duplicate Claim Filed |
| 532 | THE UNION LABOR LIFE INSURANCE CO | DUP | Duplicate Claim Filed |
| 540 | CAPITAL DISTRICT PHYSICIANS HEALTH PLAN | DUP | Duplicate Claim Filed |
| 542 | ALBANY CITY SCHOOL DISTRICT C/O CAPITAL | DUP | Duplicate Claim Filed |
| 676 | DEAN HEALTH PLAN INC | DUP | Duplicate Claim Filed |
| 329 | COUNTY OF UNION OFFICE OF COUNTY COUNSEL | DUP | Duplicate Claim Filed |
| 597 | TEAMSTERS BENEFIT TRUST | DUP | Duplicate Claim Filed |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Ineligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria:   Includes  Excludes NIC OR CONS

| CLM NO | NAME | FATAL | MSG CODE(S) |
|--------|------|-------|-------------|
| 581 | BLUECROSS & BLUESHIELD OF ALABAMA C/O WA | DUP | Duplicate Claim Filed |
| 720 | FLUOR EMPLOYEE HEALTH BENEFIT PLAN C/O F | DUP | Duplicate Claim Filed |
| 490 | GENERAL MCLANE SCHOOL DISTRICT | DUP | Duplicate Claim Filed |
| 580 | BCBS OF ALABAMA C/O WALLACE JORDAN RATLI | DUP | Duplicate Claim Filed |
| 844 | OPERATING ENGINEERS LOCAL 66 WELFARE FUN | DUP | Duplicate Claim Filed |
| 825 | INSURANCE MANAGEMENT ADMINISTRATORS INC | DUP | Duplicate Claim Filed |
| 350 | COOKSON AMERICA | DUP | Duplicate Claim Filed |
| 812 | UNIVERSAL HEALTH CARE INSURANCE CO INC | DUP | Duplicate Claim Filed |
| 1017 | OREILLY AUTOMOTIVE C/O FINANCIAL RECOVER | DUP | Duplicate Claim Filed |
| 1014 | CONCORDIA HEALTH PLAN | DUP | Duplicate Claim Filed |
| 689 | UNIVERSAL HEALTH CARE INSRUANCE CO INC C | DUP | Duplicate Claim Filed |
| 625 | RENSSELAER POLYTECHNIC INSTITUTE C/O CAP | DUP | Duplicate Claim Filed |
| 617 | RX AMERICA LLC | DUP | Duplicate Claim Filed |
| 393 | PIRELLI ARMSTRONG TIRE CORPORATION RETIR | DUP | Duplicate Claim Filed |
| 111 | PARAMOUNT CARE INC DBA PARAMOUNT HEALTH | DUP | Duplicate Claim Filed |
| 671 | MICHIGAN EMPLOYEE BENEFITS SERVICES INC | DUP | Duplicate Claim Filed |
| 392 | SHEET METAL WORKERS NATIONAL HEALTH FUND | DUP | Duplicate Claim Filed |
| 899 | BROTHERHOODS OF LOCOMOTIVE ENGINEERS DIV | DUP | Duplicate Claim Filed |
| 692 | SHEET METAL WORKERS LOCAL NO 292 HEALTH | DUP | Duplicate Claim Filed |
| 685 | INDIANA AREA UNITED FOOD & COMMERCIAL  W | DUP | Duplicate Claim Filed |
| 149 | MAXCARE PRESCRITION BENEFITS SERVICES | DUP | Duplicate Claim Filed |
| 436 | STEAMFITTERS LOCAL 449 MEDICAL & BENEFIT | DUP | Duplicate Claim Filed |
| 690 | UNIVERSAL HEALTH CARE INC | DUP | Duplicate Claim Filed |
| 451 | HEALTH CARE SERVICE CORPORATION  A MUTUA | DUP | Duplicate Claim Filed |
| 25 | CEMENT MASONS AND PLASTERERS HWFP C/O WP | DUP | Duplicate Claim Filed |
| 4 | PIPELINE INDUSTRY BENEFIT FUND | DUP | Duplicate Claim Filed |
| 649 | CONSOL ENERGY INC | DUP | Duplicate Claim Filed |
| 115 | TEAMSTER LOCAL 638 HEALTH AND WELFARE FU | DUP | Duplicate Claim Filed |
| 681 | INTL UNION OF OPERATION ENGINEERS LOCAL | DUP | Duplicate Claim Filed |
| 1036 | PUBLIC STORAGE C/O FINANCIAL RECOVERY SE | FAMT | FINAL - Missing Amount Paid |
| 666 | BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL | FAMT | FINAL - Missing Amount Paid |
| 991 | BRIGHT NOW! DENTAL MONARCH DENTAL | FAMT | FINAL - Missing Amount Paid |
| 989 | ALBERT TROSTEL AND SONS C/O EVERETT SMIT | FAMT | FINAL - Missing Amount Paid |
| 1 | HAMBURG SUDE NORTH AMERICA INC | FAMT | FINAL - Missing Amount Paid |
| 966 | SCHLOSSMANN AUTOMOTIVE GROUP INC HEALTH | FAMT | FINAL - Missing Amount Paid |
| 896 | GROUP HEALTH ALLIANCE LLC | FAMT | FINAL - Missing Amount Paid |
| 1059 | CATHOLIC HEALTH SYSTEM C/O FINANCIAL REC | FAMT | FINAL - Missing Amount Paid |
| 1057 | HOSPITAL HOUSEKEEPINGS SYSTEMS GP, LLC C | FAMT | FINAL - Missing Amount Paid |
| 1056 | CAPITAL HEALTH SYSTEM, INC C/O FINANCIAL | FAMT | FINAL - Missing Amount Paid |
| 1060 | SMITH & WESSON HOLDING CORP C/O FINANCIA | FAMT | FINAL - Missing Amount Paid |
| 1049 | SPARKS HEALTH SYSTEMS C/O FINANCIAL RECO | FAMT | FINAL - Missing Amount Paid |
| 564 | SHERMAN COUNTY | FGVT | FINAL - GOVT Letter (Govt Entity) |
| 950 | AMARILLO INDEPENDENT SCHOOL DIST C/O MAX | FGVT | FINAL - GOVT Letter (Govt Entity) |
| 937 | LOS ANGELES UNIFIED SCHOOL DISTRICT | FGVT | FINAL - GOVT Letter (Govt Entity) |
| 888 | TEXAS ASSOCIATION OF SCHOOL BOARDS RISK | FGVT | FINAL - GOVT Letter (Govt Entity) |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Ineligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria:   Includes  Excludes NIC OR CONS

| CLM NO | NAME | FATAL MSG CODE(S) | |
|---|---|---|---|
| 741 | GRAHAM COUNTY | FGVT | FINAL - GOVT Letter (Govt Entity) |
| 2 | STONY LODGE HOSPITAL | FHSP | FINAL - HOSP Letter (Hospital Entity) |
| 654 | CENTRAL VALLEY MEDICAL GROUP INC | FHSP | FINAL - HOSP Letter (Hospital Entity) |
| 652 | MERCY PHYSICIANS MEDICAL GROUP INC | FHSP | FINAL - HOSP Letter (Hospital Entity) |
| 343 | THOMAS MEMORIAL HOSPITAL | FHSP | FINAL - HOSP Letter (Hospital Entity) |
| 487 | PHYSICIANS CLINIC OF SPOKANE | FHSP | FINAL - HOSP Letter (Hospital Entity) |
| 100 | MONARCH HEALTHCARE, A MEDICAL GROUP | FHSP | FINAL - HOSP Letter (Hospital Entity) |
| 1012 | JASON FRAZER ENTR. | FRAD | Fradulent Filer - sending FRAD letter |
| 564 | SHERMAN COUNTY | GOVT | Claimant is a Gov't Entity |
| 950 | AMARILLO INDEPENDENT SCHOOL DIST C/O MAX | GOVT | Claimant is a Gov't Entity |
| 937 | LOS ANGELES UNIFIED SCHOOL DISTRICT | GOVT | Claimant is a Gov't Entity |
| 888 | TEXAS ASSOCIATION OF SCHOOL BOARDS RISK | GOVT | Claimant is a Gov't Entity |
| 741 | GRAHAM COUNTY | GOVT | Claimant is a Gov't Entity |
| 654 | CENTRAL VALLEY MEDICAL GROUP INC | HOSP | Claimant is a Hospital |
| 652 | MERCY PHYSICIANS MEDICAL GROUP INC | HOSP | Claimant is a Hospital |
| 343 | THOMAS MEMORIAL HOSPITAL | HOSP | Claimant is a Hospital |
| 487 | PHYSICIANS CLINIC OF SPOKANE | HOSP | Claimant is a Hospital |
| 100 | MONARCH HEALTHCARE, A MEDICAL GROUP | HOSP | Claimant is a Hospital |
| 2 | STONY LODGE HOSPITAL | HOSP | Claimant is a Hospital |
| 343 | THOMAS MEMORIAL HOSPITAL | HTAL | Claimant identified as a hospital or government en |
| 2 | STONY LODGE HOSPITAL | HTAL | Claimant identified as a hospital or government en |
| 1042 | EMCOR GROUP, INC C/O FINANCIAL RECOVERY | WDW | Class member withdrew claim in writing |
| 1041 | OAKWOOD HEALTHCARE, INC C/O FINANCIAL RE | WDW | Class member withdrew claim in writing |
| 1040 | WEATHERFOD INTERNATIONAL, INC C/O FINANC | WDW | Class member withdrew claim in writing |
| 1039 | BAY ARE HEALTH DISTRICT C/O FINANCIAL RE | WDW | Class member withdrew claim in writing |
| 1038 | INVACARE CORPORATION C/O FINANCIAL RECOV | WDW | Class member withdrew claim in writing |
| 1035 | ADIDAS AMERICA C/O FINANCIAL RECOVERY SE | WDW | Class member withdrew claim in writing |
| 1034 | C+K MARKETS, INC C/O FINANCIAL RECOVERY | WDW | Class member withdrew claim in writing |
| 1032 | HOLZER HOSPITAL C/O FINANCIAL RECOVERY S | WDW | Class member withdrew claim in writing |
| 1031 | RAPID CITY REGIONAL HOSPITAL INC C/O FIN | WDW | Class member withdrew claim in writing |
| 1030 | REGIONAL WEST MEDICAL CENTER C/O FINANCI | WDW | Class member withdrew claim in writing |
| 1029 | CLARK MEMORIAL HOSPITAL C/O FINANCIAL RE | WDW | Class member withdrew claim in writing |
| 1027 | RIVERSIDE HEALTH SYSTEM C/O FINANCIAL RE | WDW | Class member withdrew claim in writing |
| 1026 | AVIS BUDGET CAR RENTAL LLC C/O FINANCIAL | WDW | Class member withdrew claim in writing |
| 1025 | RIPLEY ENTERTAINMENT, INC C/O FINANCIAL | WDW | Class member withdrew claim in writing |
| 101 | CARLISLE CHIROPRACTIC CLINIC | WDW | Class member withdrew claim in writing |
| 979 | ASTM INTERNATIONAL | WDW | Class member withdrew claim in writing |
| 17 | UNION PACIFIC RAILROAD EMPLOYEES HEALTH | WDW | Class member withdrew claim in writing |
| 947 | VALLEY HEALTH SERVICES INC | WDW | Class member withdrew claim in writing |
| 534 | EPHRATA AREA SCHOOL EMPLOYEE BENEFIT TRU | WDW | Class member withdrew claim in writing |
| 311 | CAREFIRST INC | WDW | Class member withdrew claim in writing |
| 11 | DEVELOPMENTAL OPPORTUNITIES DBA STARPOIN | WDW | Class member withdrew claim in writing |
| 766 | TUCSON MEDICAL CENTER | WDW | Class member withdrew claim in writing |
| 1066 | USA TRUCK C/O FINANCIAL RECOVERY SERVICE | WDW | Class member withdrew claim in writing |
| 1062 | INTERNATIONAL COFFEE & TEA, LLC C/O FINA | WDW | Class member withdrew claim in writing |

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained in this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# Ineligible Claims

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t

Report Criteria:   Includes  Excludes NIC OR CONS

| CLM NO | NAME | FATAL | MSG CODE(S) |
|--------|------|-------|-------------|
| 510 | CENTRAL PENNSYLVANIA SCHOOL EMPLOYEES BE | WDW | Class member withdrew claim in writing |
| 1055 | FIRST CASH FINANCIAL SERVICES, INC C/O F | WDW | Class member withdrew claim in writing |
| 417 | JERVIS B WEBB COMPANY | WDW | Class member withdrew claim in writing |
| 1053 | HUNTLEIGH HEALTH CARE INC C/O FINANCIAL | WDW | Class member withdrew claim in writing |
| 1051 | WEL COMPANIES, INC C/O FINANCIAL RECOVER | WDW | Class member withdrew claim in writing |
| 1050 | SHOE SENSATION INC C/O FINANCIAL RECOVER | WDW | Class member withdrew claim in writing |
| 1047 | SWISS POST SOLUTIONS, INC C/O FINANCIAL | WDW | Class member withdrew claim in writing |
| 1046 | SUNBELT GOLF CORPORATION C/O FINANCIAL R | WDW | Class member withdrew claim in writing |
| 1045 | METROMEDIA COMPANY C/O FINANCIAL RECOVER | WDW | Class member withdrew claim in writing |
| 958 | UFCW HEALTH & WELFARE FUND OF NORTHEASER | ZERO | Claimant entered zero amt |
| 754 | BCBS OF WESTERN NY (HEALTH NOW NEW YORK) | ZERO | Claimant entered zero amt |

TOTAL CLAIMS:        121

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.

# EXHIBIT O

# Exclusion Report

PROJECT:  Track 2 AWP TPP  -  Database:  tk2t
Report Criteria:   Includes  Excludes XDUP OR XDEF

| EXCL ID | FULL NAME |
| --- | --- |
| 1 | SOUTH CAROLINA EMPLOYEE INSURANCE PROGRA |
| 2 | RLI INSURANCE COMPANY |
| 3 | VWR INTERNATIONAL LLC |
| 4 | PERSONAL PHYSICIAN CARE INC |
| 5 | HEALTH OHIO INC DBS HEALTH FIRST |
| 6 | HANSEN CORPORATION |
| 7 | APPLIED SYSTEMS |
| 8 | BOEHRINGER INGELHEIM |
| 9 | STATE OF MISSISSIPPI STATE AND SCHOOL |
| 10 | MCDONALDS CORPORATION |
| 11 | HAY GROUP INC |
| 12 | SALINA PUBLIC SCHOOLS USD #305 |
| 15 | ACE COMMUNICATIONS GROUP |
| 16 | MOCK WOODWORKING CO |
| 17 | COLUMBUS PHYSICIANS ASSOCIATION LLC |
| 18 | CITATION OIL & GAS CORP |
| 20 | HARDAWAY CONSTRUCTION COMPANY INC |
| 21 | HARDAWAY CONSTRUCTION CORP OF TN |

TOTAL NUMBER OF EXCLUSIONS: 18

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Complete Claim Solutions.