UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: TRACK 2 SETTLEMENT | Judge Patti B. Saris |

**[PROPOSED] ORDER ON CLASS PLAINTIFFS' MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND TO CONSUMER CLAIMANTS AND THIRD PARTY PAYORS IN THE TRACK TWO SETTLEMENT**

AND NOW, on this _____ day of July, 2012, after consideration of the Class Plaintiffs' Status Update and Motion for Distribution of the Net Settlement Fund to Consumer Claimants and Third Party Payors in the Track Two Settlement (Docket No. ____), it is hereby ORDERED as follows:

1.  The proposed Distribution to eligible Claimants, as detailed in the Motion, is APPROVED.  The establishment of a *de minimus* threshold of $1.50 per claim is APPROVED. The administrative determinations made by the Claims Administrator in accepting and rejecting Consumer and TPP Claims as set forth in the Motion and Supporting Affidavit are also APPROVED.  Class Counsel and the Claims Administrator shall make distribution to all Eligible Track 2 Claimants as soon as practical.

2.  The payment of all late filed, but otherwise eligible, claims as detailed in the Motion and Supporting Affidavit is APPROVED.

3.  Paper copies of Claim Cards and Claim Forms may be destroyed one (1) year after final distribution of the Net Settlement Funds, electronic copies of claim records may be destroyed three (3) years after final distribution.

- 2 -

_____
Patti B. Saris
United States District Judge