Clerk of the Common Court
John Joseph Moakley Bldg
U.S. Court House
1 Court House Way, Suite 2300
Boston, MA 02210

July 2, 2012
136 Hunters Rd #11
Norwich, CT 06360

Re: Civil action No
01-CV-12257-PBS,
MDL No 1456
Delays in Settlement

To whom it may concern:

There has been another delay in disbursing the funds, approved by the court in Nov. 2011. I am concerned these delays may continue and many of us senior citizens will never receive them or be able to use them since we are older and our life spans are limited.

PS there is anything your court can do to help us in this regard, I am sure it would be appreciated by most seniors.

Sincerely
Erwin M. Cohen
Erwin M. Cohen