# To The Honorable Judge Patti B. Saris
# United States District Court, District of Massachsetts

From : Muhammad Ziyad, Spokesperson for,
Re: AWP Track 2 Settlement Recipients
P.O.Box 40774, Memphis, Tennessee 38174
Case # 01-CV-12257-PBS
Subject : Award us the money.com

Dear, Judge Saris,

I AM writing this letter at the behest of a group of concerned flesh and blood human beings who are associated with the AWP Track 2 Settlement, Case# 01-CV-12257-PBS. Who ask me to ask you would you reconsider a decision that they are under the conclusion that you made, to delay sending settlement payments to them. They feel in the event that you have made a decision such as this, That it could become disasterous in it's indefiniteness. They are also of the conclusion that this has been the 3rd such delay.

In all due respect to your Honor, their position in this matter is strongly that :
1. The delays are to allow interest to accumulate on the funds inorder that a select group may benefit from it.
2. The delays are to not send them their portions of the settlement to allow the economy to remain stagnant to effect President Obama's chances of benefiting from this flow of wealth to boost the economy. Effecting his chances of winning Re-election.

This group called the, " AWP TRACK 2 SETTLEMENT RECIPIENTS " do not believe that the delays have been for the purpose of concern for justice for all the thousands of recipients that are involved in the settlement. THEY ARE, WITH ALL DUE RESPECT TO THE HONORABLE COURT , asking that the settlement be release to them as soon as possible.

Your,s Respectfully,

_____  Date 29 day of June 2012
Muhammad Ziyad, Spokesperson


cc//
Director of the Department of Consumer Affairs
Washington, D.C.
Office of the Dept of Health and Human Services
Washington, D. C.