# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sun Subdocket No. 1:08-CV-11200-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Shamir Patel as counsel for Defendants Baxter International, Inc. and Baxter Healthcare Corporation in the above-captioned matters.

DATED this 19th day of July 2012.

Respectfully submitted,

 /s/ Shamir Patel
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:   (202) 420-2201

DSMDB-3080988v1

## CERTIFICATE OF SERVICE

        I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing Notice of Withdrawal to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on July 19, 2012, for posting and notification to all parties.

        /s/ Shamir Patel
        Shamir Patel
        **DICKSTEIN SHAPIRO LLP**
        1825 Eye Street NW
        Washington, DC  20006
        Telephone:  (202) 420-2200
        Facsimile:  (202) 420-2201