*Filed in Clerk's Office 7/19/12*

**Marshall E. Surratt**
**4692 Amesbury #1041**
**Dallas, Texas 75206**
**214-890-7702**
mesurratt@att.net
July 12, 2012

Honorable Patti B. Saris
United States District Court
District of Massachusetts
Boston, Massachusetts 02210

Re: AWP Track Two Settlement
MDL NO. 1456
Civil Action: 01-CV-12257-PBS
Margaret N. Surratt, Participant

Dear Judge Saris:

From the office of the AWP Track Two Settlement Administrator I had been told that a settlement check in the account of my late wife, Margaret N. Surratt, would be received in Spring of this year. As no check has been received, further inquiry on my part indicates that the check for her claim may be as late at August.

Your office will favor me very much by giving me the approximate date that the check will be issued, also, the approximate amount of the check.

Thank you for your help.

Sincerely,

Marshall E. Surratt