UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 1456 CIVIL ACTION: 01-cv-12257-PBS Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## NOTICE OF WITHDRAWAL

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Stacy Dawson Belf as counsel for Defendant Merck & Co., Inc. in the above-captioned matters.

Dated: July 19, 2012                                  Respectfully submitted,

/s/ Stacy Dawson Belf_____
STACY DAWSON BELF
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, Stacy Dawson Belf, Assistant United States Attorney, do hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on July19, 2012.

/s/ Stacy Dawson Belf_____
STACY DAWSON BELF
Assistant U.S. Attorney