UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITIZENS FOR CONSUME, et al. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ABBOTT LABORATORIES, et al. )<br>)<br>Defendants. )<br>) | Civil No. 1:01-CV-12257-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF R. VICTORIA FULLER

Please withdraw the appearance of R. Victoria Fuller as counsel to Defendants Novapharm USA, Inc. ("Novapharm"), Barr Laboratories, Inc. ("Barr"), Ivax Corporation ("Ivax Corp"), Ivax Pharmaceuticals, Inc. ("Ivax Pharm"), Sicor, Inc. ("Sicor"), and Teva Pharmaceuticals USA Inc. ("Teva") in this matter.  Novapharm, Barr, Ivax Corp, Ivax Pharm, Sicor, and Teva will continue to be represented by the law firm of Sherin and Lodgen LLP.

Respectfully submitted,

/s/ *R. Victoria Fuller*
R. Victoria Fuller (BBO No. 666494)
ROSE, CHINITZ & ROSE
One Beacon Street, Fourth Floor
Boston, Massachusetts 02108
Tel.: (617) 536-0040
Fax: (617) 536-4400

July 20, 2012

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of July 20, 2012.

                                  /s/ *R. Victoria Fuller*
                                  R. Victoria Fuller