# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No. 07-12141<br>(original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB) |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

## FIFTH JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

Plaintiff State of Iowa ("Iowa") and Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc. (collectively "Par Group"), hereby move the Court to extend the 90-day Order of Dismissal of July 7, 2011(Docket No. 7657, Sub-Docket No. 122) a fifth time, to allow an additional 90 days to conclude settlement discussions, obtain requisite signatures and file the necessary papers with the Court before the Order of Dismissal becomes final.[1]

At a hearing on June 23, 2011, Iowa reported to the Court that, except for one defendant, it had settled or reached agreements in principle to resolve all claims against all other defendants in this action, including the Par Group and King/Monarch Group.[2]  Iowa further reported that it would take some time to draft and negotiate the details of the settlement documents, obtain the

---

[1] Iowa also moves the Court for additional time as to defendant King Pharmaceuticals Inc., King Research and Development and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group"). Defendant King/Monarch Group does not oppose or object to the further extension of the 90-day Order of Dismissal of July 7, 2011 (Docket No. 7657, Sub-Docket No. 122).

[2] Iowa and the last defendant have since reached a settlement in principle, which was subject to a separate extended order dismissal and time frame.

requisite signatures and file formal dismissal papers.  Thereafter the Court entered an Order of

Dismissal on July 7, 2011 allowing the parties 90 days to finalize the settlement.  (Docket No.

7657, Sub-Docket No. 122).  At the request of Iowa and various settling defendants, including

the Par Group, the 90-day period was extended to December 5, 2011 by Electronic Court Order

on October 6, 2011, and extended a second time to February 3, 2012 by Order dated December

9, 2012 (Docket No. 7982, Sub-Docket No. 144).  On February 16, 2012, the Court entered the

parties' third joint motion to extend the settlement order of dismissal to May 3, 2012.  See the

Court's February 16, 2012 Electronic Order.  On May 4, 2012, the 90-day period was extended

again, until August 1, 2012, when the Court entered the parties' Fourth Joint Motion to Extend

the 90-day Order of Dismissal as to Certain Defendants.  See Docket No. 8147.

In the time since July 7, counsel for Iowa and all the settling defendants, including the

Par Group and King/Monarch Group, have negotiated diligently and in good faith on the terms of

each respective settlement agreement and related documents.  Iowa has finalized settlements and

submitted formal dismissals for all defendants covered by the Court's 90-day Order of Dismissal

of July 7, 2011(Docket No. 7657, Sub-Docket No. 122), except for the Par Group and

King/Monarch Group.  Despite their efforts, Iowa and the remaining defendants need additional

time to finalize negotiations, obtain requisite signatures and submit all necessary documents with

the Court.  Iowa and the Par Group do not anticipate problems finalizing their respective

settlements and filing all necessary documents with the Court by October 30, 2012.

For the foregoing reasons, it is respectfully requested that the Court modify its 90-day

Order of Dismissal of July 7, 2011 to allow Iowa, the Par Group and King/Monarch Group up to

and including October 30, 2012 to file the requisite documents with the Court seeking dismissals

with prejudice pursuant to their settlements.

Dated:  July 31, 2012

KIRBY McINERNEY LLP

By: /s/ Joanne M. Cicala          _
      Joanne M. Cicala (*pro hac vice*)
      825 Third Avenue
      New York, New York 10022
      (212) 371-6600

      *Counsel for the State of Iowa*

WILLIAMS & CONNOLLY LLP
Paul K. Dueffert (*pro hac vice*)
725 12th Street, N. W.
Washington, D.C. 20005
Phone: 202-434-5097

*Counsel for Par Pharmaceutical*
*Companies, Inc. and Par Pharmaceutical*
*Inc.*

CERTIFICATE OF SERVICE

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing **FIFTH JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  July 31, 2012                    /s/ Kathryn B. Allen
                                          Kathryn B. Allen
                                          Kirby McInerney LLP
                                          825 Third Avenue
                                          New York, NY 10022
                                          (212) 371-6600

3