UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No. 07-12141<br>(original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB)<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER ON FIFTH JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Saris, U.S.D.J.

The Court having reviewed the Fifth Joint Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiff and defendants King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group"); and, Par Pharmaceutical Companies, Inc. and Par Pharmaceutical Inc. (collectively "Par Group") in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional 90 days until October 30, 2012.

SO ORDERED by the Court.

Entered ___ day of _____, 2012.    _____
                                       THE HONORABLE PATTI B. SARIS
                                       UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] ORDER ON FIFTH JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  July 31, 2012                                       /s/ Kathryn B. Allen
                                                            Kathryn B. Allen
                                                            Kirby McInerney LLP
                                                            825 Third Avenue
                                                            New York, NY 10022
                                                            (212) 371-6600