UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br>*v.*<br>   *Abbott Laboratories, Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 03-10643<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

### AUGUST 2012 STATUS REPORT ON BEHALF OF
### THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for August 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: August 1, 2012

                                                          Respectfully submitted,

                                                          **City of New York and New York Counties in**
                                                          **MDL 1456 except Nassau and Orange, by**

                                                          **KIRBY McINERNEY, LLP**
                                                          825 Third Avenue
                                                         New York, New York 10022
                                                         (212) 371-6600

                          By:   /s/ Joanne M. Cicala_____
                                    Joanne M. Cicala

1

2

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

2

**August 2012 Status Report on Behalf of the
City of New York and New York Counties**

**Settlement Orders of Dismissal**

On July 31, 2012, the parties filed their fifth joint motion to extend the 90-day settlement order of dismissal of claims against defendants King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., and Par Pharmaceutical Inc. The proposed order provides that claims against these defendants shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated. *See* Docket No. 8175, Sub-docket No. 334. This motion remains *sub judice.*

**CERTIFICATE OF SERVICE**

I, Kathryn B. Allen, hereby certify that on the 1st day of August 2012, I caused a true and correct copy of the above August 2012 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  August 1, 2012

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600

3