# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br>   *State of Iowa* <br> *v.* <br>   *Abbott Laboratories Inc., et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No. 07-12141 <br><br> Judge Patti B. Saris |

## AUGUST 2012 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for August 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  August 1, 2012

                                                Respectfully submitted,

                                                **KIRBY McINERNEY, LLP**
                                                825 Third Avenue
                                                New York, New York 10022
                                                (212) 371-6600

                               By:   /s/ Joanne M. Cicala_____
                                                Joanne M. Cicala

                                                *Counsel for the State of Iowa*

1

### August 2012 Status Report for the State of Iowa

**<u>Settlement Order of Dismissal</u>**

On July 31, 2012, the parties filed their fifth joint motion to extend the 90-day settlement order of dismissal of claims against defendants King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., and Par Pharmaceutical Inc.  The proposed order provides that claims against these defendants shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.  *See* Docket No. 8176, Sub-docket No. 155. This motion remains *sub judice*.

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of August, 2012, she caused a true and correct copy of the above August 2012 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: August 1, 2012

<u>/s/ Kathryn B. Allen</u>
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600