**MDL 1456 STATUS CHART**

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** | Master File 01-CV-12257-PBS | D. Mass. pursuant to JPML Order | o May 3, 2004 – **Plaintiffs' Motion to Compel the Production of** **Relevant Time Period from Defendants Abbott Laboratories,** **Sicor and Together Rx Defendants** *sub judice* (Magistrate Judg<br>   o May 17, 2004 – Certain Defendants' Notice of Opposit Compel the Production of Certain Documents and Con Time [Docket No. 838]<br>   o May 26, 2004 – Notice of Withdrawal of Plaintiffs' Mo Documents Created During the Relevant Time Period I Plough *(Note: withdrawal applies only to Schering-Plo*<br>   o May 27, 2004 – Consent Motion for an Extension of Ti Compel [Docket No. 855]<br>   o May 27, 2004 – Opposition of the Together Rx Defend Compel the Production of Documents [Docket No. 854<br>   o May 28, 2004 – Notice of Withdrawal of Plaintiffs' Mo Documents Created During the Relevant Time Period I Laboratories *(Note: withdrawal applies only to Abbott*<br>   o June 8, 2004 – Notice of Withdrawal of Plaintiffs' Mot Documents Created During the Relevant Time Period I *(Note: withdrawal applies only to AstraZeneca)* [Docke<br>   o June 9, 2004 – Plaintiffs' Reply Memorandum in Supp Production of Documents Created During the Relevant Rx Defendants [Docket No. 864]<br>   o June 22, 2004 – Order granting Plaintiffs' Motion to W Directed at Abbott Laboratories [Electronic Order]<br>   o Awaiting scheduling of hearing or ruling by Court as to<br><br>o February 23, 2005 – **Third Party Schaller Anderson Inc.'s Obj** **Plaintiffs' Subpoena**<br><br>o June 14, 2005 – **Defendant Sicor Inc. and Sicor Pharmaceutic** **Order with Memorandum in Support** *sub judice* (Magistrate J<br>   o June 28, 2005 – Plaintiffs' Response to Sicor's Motion 1568]<br>   o July 6, 2005 – Motion for Leave to File Reply to Plaint for Protective Order [Docket No. 1580] |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | ○ November 9, 2005 – **Plaintiffs' Motion for Order Exempting D** **from Any Order Refusing to Extend Deadline for Track Two** <br>    ○ November 23, 2005 – Defendant Abbott Laboratories' for Order Exempting Defendant Abbott Laboratories fr Extend Deadline for Track Two Discovery [Docket No. <br>    ○ December 1, 2005 – Plaintiffs' Letter to Magistrate Jud Postponement of Hearing until Track Two Discovery Is <br><br> ○ November 28, 2005 – **Plaintiffs' Motion for Clarification of Ca** [Docket No. 1912] <br>    ○ November 30, 2005 – Certain Track II Defendants' Re [Docket No. 1923] <br>    ○ November 30, 2005 – Response of Defendant Watson for Clarification of Case Management Order #16" [Doc <br>    ○ December 1, 2005 – Order re: Plaintiffs' Motion for Cl Order #16 [Docket No. 1925] <br>    ○ December 9, 2005 – Track II Defendants' Submission [Docket No. 1950] <br>    ○ December 9, 2005 – Watson Pharmaceuticals, Inc.'s R Discovery Schedule [Docket No. 1951] <br>    ○ December 9, 2005 – Defendants Baxter Healthcare Cor Inc.'s Memorandum Regarding Track II Discovery Sch <br>    ○ December 9, 2005 – Plaintiffs' Memorandum in Suppo Discovery Schedule [Docket No. 1953] <br>    ○ December 15, 2005 – Plaintiffs' Reply to Watson Pharm Court Order Regarding Discovery Schedule [Docket No <br>    ○ December 16, 2005 – Watson Pharmaceuticals, Inc.'s M Memorandum in Support of Its Response to Court Orde [Docket No. 1970] <br><br> ○ February 16, 2006 – **Dey, Inc.'s and Abbott Laboratories' Obj** **Magistrate Judge Bowler Issued on February 4, 2006 Pursuan** [Docket No. 2140] <br>    ○ February 22, 2006 – Plaintiffs' Assented-to Motion for Abbott Laboratories' Objections to the Order of Chief February 4, 2006 to File Such Reply Until March 8, 20 <br>    ○ March 8, 2006 – Plaintiffs' Motion for Leave to File Pl and Abbott Laboratories' Objections to Chief Magistra Further Discovery of Massachusetts Health Plans [Doc |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | o March 8, 2006 – Plaintiffs' Opposition to Dey, Inc.'s a… Objections to Chief Magistrate Judge Bowler's Order D… Massachusetts Health Plans [Docket No. 2238]<br><br>o February 21, 2006 – **United Healthcare, Inc. and United Healt**… **Objections to Magistrate Judge's Order Granting Defendants**… 2144]<br>   o March 10, 2006 – Defendants' Response to Third Party… United HealthCare Insurance Company's Objections to… Order Granting Defendants' Motion to Compel [Docke…<br><br>o May 8, 2006 – **Plaintiffs' Motion to Certify Claims with Respe**… [Docket No. 2522]<br>   o May 16, 2006 – **Plaintiffs' Motion for Leave to Join** … **Proposed Class Representative** [Docket No. 2584]<br>      ▪ May 19, 2006 – Track Two Defendants' Opp… Leave to Join Harold Bean as a Plaintiff and … 2590]<br>      ▪ May 24, 2006 – Warrick Pharmaceuticals Co… Motion for Leave to Join Harold Bean as a Pl… [Docket No. 2599]<br>   o May 16, 2006 – **Track Two Defendants' Motion to S**… **Class Representative** [Docket No. 2582]<br>      ▪ May 26, 2006 – Plaintiffs' Memorandum in … Harold Bean as a Proposed Class Representat…<br>o June 15, 2006 – Defendants' Individual Memoranda of … Class Certification *(individual memorandum filed by ea*… (Redacted versions filed in last week of June/first week…<br>o July 19, 2006 – Plaintiffs' Reply Memorandum in Supp… With Respect to Track 2 Defendants [Docket No. 2889…<br>o August 4, 2006 – Track Two Proposal Concerning the … to Advise the Court on Track Two Class Certification […<br>o August 7, 2006 – Plaintiffs' Response to Track Two Pr… Appointment of a Neutral Expert to Advise the Court o… [Docket No. 2964]<br>o August 25, 2006 – Track Two Defendants' Memorandu… Further Opposition to Class Certification [Docket No. 3…<br>o August 25, 2006 – Track Two Defendants' Memorandu… Certification [Docket No. 3020] |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | <ul><li>September 5, 2006 – Plaintiff's Response to Track 2 D… Regarding Harold Bean [Notice of Filing Under Seal - … Donald E. Haviland [Docket No. 3065]</li><li>September 6, 2006 – Track Two Defendants' Notice of… to Class Certification [Docket No. 3071]</li><li>September 11, 2006 – Track Two Defendants' Supplem… Two Defendants' Motion for Leave to File the Rebuttal… Support of Track 2 Defendants' Opposition to Class Ce… Motion to Strike the Hartman Track 2 Dyckman Rebutt… Rebuttal and the Rosenthal Rebuttal) [Notice of Filing …</li><li>September 11, 2006 – Track Two Defendants' Notice o… Relevant to Class Certification [Docket No. 3094]</li><li>October 16, 2006 – Class Plaintiffs' Submission of the … Oral Request of the Court During the Class Certificatio… Track 2 (corrected October 17, 2006) [Docket No. 3220…</li><li>December 21, 2006 – Track Two Defendants' Motion t… Proposed Track Two Class Certification Order Submitt… Their Motion for Class Certification [Docket No. 3499…</li><li>July 25, 2007 – Defendant Amgen Inc.'s Supplemental … Class Certification [Docket No. 4506]</li><li>August 8, 2007 – Class Plaintiffs' Response to Amgen … Opposition to Class Certification [Docket No. 4609]</li><li>August 23, 2007 – Memorandum of Plaintiffs and Clas… Rev. David Aaronson, and Harold Bean in Response to… Supplemental Memorandum in Opposition to Class Cer…</li><li>August 31, 2007 – Plaintiffs' Supplemental Memorand… Certification Regarding State Law Issues [Docket No. 4…</li><li>September 21, 2007 – Individual Memorandum of Ave… Opposition to Plaintiffs' Supplemental Memorandum in… Certification Regarding State Law Issues [Docket No. 4…</li><li>September 21, 2007 – Response of Defendants Amgen … Inc. to Plaintiffs' Supplemental Memorandum in Suppo… Regarding State Law Issues [Docket No. 4740]</li><li>September 7, 2007 – Plaintiffs' Submission of Supplem… 2 Class Certification and State Law Issues [Docket No. …</li><li>September 14, 2007 – Watson Pharmaceuticals, Inc.'s … Response to Amgen and Watson's Supplemental Oppo… [Docket No. 4716]</li></ul> |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | o  June 22, 2006 – **Plaintiffs' Motion to Quash May 18, 2006 Am... Harvey Weintraub Filed by Defendant Warrick Pharmaceuti... 2755]** <br>    o  June 22, 2006 – Plaintiffs' Motion for Leave to File Un... and Exhibit 1 to the Declaration of Steve W. Berman in... 18, 2006 Amended Notice of Deposition of Harvey We... Warrick Pharmaceuticals Corporation [Docket No. 275... <br>    o  July 6, 2006 – Warrick's Memorandum in Opposition t... Quash May 18, 2006 Amended Notice of Deposition of... of Cross Motion for Leave to Take Deposition of Harve... Preservation of Testimony [Docket No. 2840] <br>    o  July 20, 2006 – Plaintiffs' Memorandum in Opposition... Corporation's Cross-Motion for Leave to Take the Dep... Purposes of Preservation of Testimony [Docket No. 28... <br>    o  August 3, 2006 – Warrick Pharmaceuticals Corporation... of Its Cross Motion for Leave to Take the Deposition o... of Preservation of Testimony [Docket No. 2950-2] <br><br> o  November 2, 2006 – **Defendant Immunex Corporation's Obje... by Chief Magistrate Judge Bowler Regarding Immunex's Mo... Regarding May 17, 2006, Deposition Notice** [Docket No. 3303] <br>    o  November 9, 2006 – Plaintiffs' Memorandum In Respo... Objections to October 23, 2006 Order by Chief Magistr... Immunex's Motion for Protective Order [Notice of Fili... <br><br> o  November 6, 2006 – **Plaintiffs' Objections to the October 23, 2... Bowler Re: Amgen Inc.'s Motion for Protective Order Relati... Deposition Notice Regarding Sales and Marketing** [Docket No... <br>    o  November 14, 2006 – Amgen Inc.'s Response to Plaint... Magistrate Judge Bowler's October 23, 2006 Order Gra... Protective Order [Docket No. 3361] <br><br> o  February 22, 2007 – **Plaintiffs' Objections to February 12, 200... Bowler Granting Defendant Abbott Laboratories' Motion for... Quash Plaintiffs' Third Party Subpoenas** [Docket No. 3802] <br>    o  March 8, 2007 – Abbott Laboratories Response to Plain... 2007 Order by Magistrate Judge Bowler Granting Defe... Motion for Protective Order and Motion to Quash Plain... [Docket No. 3837] |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | <ul><li>March 23, 2007 – Plaintiffs' Reply Brief in Support of 2007 Order by Magistrate Judge Bowler Granting Defe Motion for Protective Order and Motion to Quash Plain [Docket No. 3915]</li><li>March 22, 2007 – **Declaration of G. Raymond Pironti, Jr. Reg Preparing Direct Testimony via Declaration and Traveling fr Pursuant to Subpoena to Appear for Trial Testimony and Re** [Docket No. 3945]</li><li>July 13, 2007 – **Notice of Submission to Court of Declaration of Proprietary Filing Under Seal** [Docket No. 4460]</li><li>July 27, 2007 – Class Counsel's Response to the Declaration of D Response to Court Directive Concerning AstraZeneca Settlement</li><li>August 24, 2007 – Declaration of Donald E. Haviland, Jr., in Res Concerning the AstraZeneca Settlement [Docket No. 4660]</li><li>October 23, 2008 – **Plaintiffs' Offer of Proof Regarding Standi Corporation Retiree Medical Benefits Trust** [Docket No. 5641<ul><li>December 16, 2008 – Pla Regarding Standing of Pi Retiree Medical Benefits</li></ul></li><li>November 20, 2008 – **[Proposed] Consolidated Order Re: Mot Relating to AstraZeneca and the BMS Group** [Docket No. 569<ul><li>November 24, 2008 – Ob Pharmaceuticals LP to th Plaintiffs With Respect to of Multistate Cases [Doc</li><li>November 25, 2008 – Ob Company to the Propose With Respect to the Certi Multistate Cases [Docket</li><li>January 26, 2009 – Order Certification Order Pendi Judgment [Electronic Or</li></ul></li><li>March 2, 2009 – **Class Counsel Motion for Entry of an Order Track Two Settlement** [Docket No. 5934]<ul><li>[Proposed] Final Order and Judgment Granting Final A</li></ul></li></ul> |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Action Settlements, Approving Proposed Allocation of Class Counsel Application of Attorneys' Fees, Reimbu… and Compensation for Class Representatives [Docket N… <br>○ March 2, 2009 – Class Plaintiffs' Memorandum of Law… Approval of the Track Two Settlement [Docket No. 59… Kinsella Regarding Class Notice in the Track Two Sett… Declaration of Eric Miller Regarding Mailing of Notice… 5937] <br>○ March 2, 2009 – Class Counsel's Memorandum of Law… Attorneys' Fees, Reimbursement of Expenses and Com… Representatives in Association with the Track 2 Settlem… Declaration of Marc. H. Edelson in Support of Class Pl… Attorneys' Fees, Reimbursement of Expenses in Relati… No. 5939] <br>○ March 16, 2009 – Memorandum of Named Consumer … Approval of the Proposed Track Two Nationwide Class… [Docket No. 5953], Declaration of Donald E. Haviland… Named Consumer Plaintiffs in Opposition to Approval … Nationwide Class Certification and Settlement [Docket… <br>○ March 24, 2009 – Revised Memorandum of Named Co… Approval of the Proposed Track Two Nationwide Class… [Docket No. 5971] <br>○ April 9, 2009 – Class Plaintiffs' Response to Objection… Two Settlement [Docket No. 6003], Declaration of Stev… Plaintiffs' Response to Objections to Final Approval of… [Docket No. 6004], Declaration of Thomas M. Sobol in… Response to Objections to Final Approval to the Track … 6005], Declaration of Jeffrey S. Goldenberg [Docket N… Sugerman-Brozanm, Co-Consumer Allocation Counsel… the Track Two Settlement [Docket No. 6007], Declarat… of Final Approval of the Track Two Settlement [Docke… Lachance Regarding Consumer Class Members [Docke… <br>○ April 21, 2009 – Class Plaintiffs' Notice of Filing in Su… Objections to Final Approval of the Track Two Settlem… <br>○ April 23, 2009 – Reply of Objectors John Pentz, Conni… Class Plaintiffs' Response to Objections to Final Appro… [Docket No. 6021], Affidavit of Edward Cochran [Doc… <br>○ April 24, 2009 – Affidavit of Donald E. Haviland, Jr., i… Submission for Track Two Fairness Hearing [Docket N… |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | o January 28, 2010 – Class Plaintiffs' Notice of Status R… Track Two Settlement [Docket No. 6867]<br>o February 4, 2010 – Track Two Defendants' Response t… Regarding Track Two Settlement [Docket No. 6891]<br>o February 2, 2011 – Plaintiffs' Motion for Approval of … for Final Approval of Track Two Settlement [Docket N…<br>o May 24, 2011 – Omnibus Objection of Named Consum… Approval of the Proposed Track Two Nationwide Class…<br>    ▪ May 26, 2011 - Class Counsel's Motion to St… Omnibus Objection of Named Consumer Pla… of the Proposed Track Two Nationwide Class…<br>o May 24, 2011 – Opposition regarding Motion for Order… Entry of an Order Granting Final Approval of the Track… 7563]<br>o June 1, 2011 – Class Plaintiff's Notice Concerning Rec… Settlement Funds in the Proposed Track Two Settlemen…<br>o June 1, 2011 – Class Plaintiffs' Supplemental Respons… of the Track Two Settlement [Docket No. 7573]<br>o June 1, 2011 - Supplemental Declaration of Katherine … the Track Two Settlement [Docket No. 7574]<br>o June 1, 2011 - Declaration of Daniel Coggeshall Rega… Activity Related to Class 1 Members and Claims Activ… the Track Two Settlement [Docket No. 7575]<br>    ▪ June 21, 2011 – Track Two Defendants' Me… Two Class Action Settlement [Docket No. 76…<br>    ▪ July 5, 2011 – Memorandum of Law by Susa…<br>o July 6, 2011 – Certain Named Plaintiffs' Objections to Class Cou… Track Two Consumer Allocation [Docket No. 7654]<br>    o July 7, 2011 Class-Plaintiffs' Motion to Add Individual… Representatives for Track Two Settlement [Docket No.…<br>o August 3, 2011 - Defendant Amgen Inc.'s Individual Memorandu… Epogen® in the Proposed Track 2 Class Action Settlement [Dock…<br>o August 3, 2011 - Track Two Defendants' Memorandum in Suppo… Settlement [Docket No. 7696]<br>o August 5, 2011 - Corrected Exhibit A "T2-Settlement – Exhibit E…<br>o August 3, 2011 - Plaintiffs' Supplemental Submission in Support… Settlement [Docket No. 7697]<br>o Supplemental Declaration of Daniel Coggeshall Regarding Estim… Fund and Estimated Class 1 and Class 3 Consumer Payments for … |

8

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | No. 7698]<br>o [Redacted] Declaration of Raymond S. Hartman in Support of Tr… [Docket No. 7699]<br>o Affidavit of Thomas Trusky in Support of Class Counsel's Propo… Consumer Allocation and in Support of Final Approval of the Tra… 7700]<br>o Affidavit of Mariella Laday in Support of Class Counsel's Propos… Consumer Allocation and in Support of Final Approval of the Tra… 7701]<br>o Affidavit of Muriel Tonacchio in Support of Class Counsel's Pro… Two Consumer Allocation and in Support of Final Approval of th… No. 7702]<br>o [Redacted] Declaration of Steve W. Berman in Support of Plainti… Support of a Rebalanced and Redistributed Track Two Settlemen…<br>o August 4, 2011 - [Unredacted] Declaration of Steve W. Berman i… Supplemental Submission in Support of a Rebalanced And Redis… (Filed Under Seal) [Docket No. 7706]<br>o August 4, 2011 - [Unredacted] Declaration of Raymond S. Hartm… Settlement Allocation (Filed Under Seal) [Docket No. 7707]<br>o August 4, 2011 - Affidavit of Agnes Swayze in Support of Class … the Track Two Consumer Allocation and in Support of Final App… [Docket No. 7709]<br>o August 5, 2011 - Response of John Pentz, Connie Pentz and Cori… Supplemental Submissions in Support of a Rebalanced Track Tw…<br>    o August 5, 2011 - Certain Named Plaintiffs' Objections … Submission in Support of Rebalanced Track Two Settle…<br>o Declaration of Michael J. Lorusso, Esq., in Support of Opposition… No. 7729]<br>o Affidavit of Donald E. Haviland, Jr., in Support of Certain Name… Plaintiffs' Supplemental Submission in Support of Rebalanced Tr… 7731]<br>o August 9, 2011 - Sealed Exhibit B [Docket No. 7739]<br>o August 5, 2011 - Plaintiffs' Notice of Filing of [Proposed] Order … Settlement Revision to Affected Class Members and Scheduling … 7730]<br>o August 5, 2011 - Class Counsel's Emergency Motion to Strike th… Lorusso, Esq. in Support of Opposition to Track Two Settlement …<br>    o August 5, 2011 - Plaintiffs' Response to Certain Name… Plaintiffs' Supplemental Submission in Support of a Re… |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | [Docket No. 7737]<br>o August 10, 2011 - Plaintiffs' Motion to Strike Page 1 of Exhibit 4 August 8, 2011 Hearing [Docket No. 7743]<br>o August 15, 2011 - Response to Class Counsel's Emergency Motion Michael J. Lorusso, Esq., in Support of Opposition to Track Two<br>o August 15, 2011 - Response to Class Counsel's Motion to Strike Don Haviland During August 8, 2011 Hearing [Docket No. 7746<br>o August 19, 2011 - [Redacted] Plaintiffs' Second Supplemental Su Rebalanced Track Two Settlement [Docket No. 7750]<br>o Declaration of Steve W. Berman in Support of Plaintiffs' Second Support of a Rebalanced Track Two Settlement [Docket No. 775<br>o Second Supplemental Declaration of Daniel Coggeshall Regardin Settlement Fund and Estimated Class 1 and Class 3 Consumer Pa Settlement [Docket No. 7752]<br>o Declaration of Daniel Coggeshall Regarding the Class 3 Claims I Track Two Settlement [Docket No. 7753]<br>o August 22, 2011 - Plaintiffs' Second Supplemental Submission in Two Settlement [Docket No. 7760]<br>o August 22, 2011 - Supplemental Declaration of Raymond S. F Settlement Allocation [Docket No. 7761]<br>o August 26, 2011 - Track Two Defendants' Supplemental Memora Class Action Settlement [Docket No. 7767]<br>o October 3, 2011 - Objection to Track Two Settlement by Margare<br>o October 12, 2011 – Letter/request from Sean R. Matt to Margaret<br>o October 14, 2011 - Objection to Track Two Settlement by Phyllis<br>o October 21, 2011 – Letter/request from Sean R. Matt to Phyllis G [Docket No. 7857]<br>o October 14, 2011 - Objection to Track Two Settlement by Cynthi<br>o October 21, 2011 – Letter/request from Sean R. Matt to Cynthia Settlement [Docket No. 7856]<br>o October 17, 2011 - Objection to Track Two Settlement by Willia No. 7842]<br>o October 21, 2011 – Letter/request from Sean R. Matt to William Action Settlement [Docket No. 7855]<br>o October 20, 2011 - Objection to Track Two Settlement by Micha 7852]<br>o October 21, 2011 – Objection to Track Two Settlement by Carol<br>o November 3, 2011 – Objection to Track Two Settlement by Cynt<br>o November 10, 2011 – Plaintiffs' Response to the Court's Novemb |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Regarding Docket Numbers 7852, 7854 and 7883 [Docket No. 78<br>  o  November 18, 2011 – Objection to Track Two Settlement Revisi<br>     No. 7917]<br>        o  November 18, 2011 – Plaintiffs' Third Supplemental S<br>          Approval of the Rebalanced Track Two Settlement [Do<br>            ▪  Declaration of Daniel Coggeshall in Support<br>        o  November 21, 2011 – Plaintiffs' Response to the Court<br>          Order Regarding Docket Number 7917 [Docket No. 79<br>  o  December 7, 2011 – Response to Proposed Final Order [Docket N<br>  o  December 8, 2011 – Plaintiffs' Response to the Kline & Specter (<br>     [Docket No. 7977]<br>  o  December 8, 2011 – Judge Saris order regarding Dkt. No. 7975: "<br>     resolve their dispute. Any unresolved issues regarding attorneys f<br>     by 1/15/2012." [Docket No. 7978]<br><br>  o  March 27, 2009 – **Class Plaintiffs' Motion for Protective Orde**<br>     **Tonacchio Deposition** [Docket No. 5979]<br>        o  March 27, 2009 – Class Plaintiffs' Memorandum in Su<br>          Protective Order with Regard to Muriel Tonacchio Dep<br>          Declaration of Jennifer Fountain Connolly [ Docket No<br>        o  April 23, 2009 – Named Consumer Plaintiffs' Oppositi<br>          Protective Order with Regard to Muriel Tonacchio Dep<br>          Consumer Plaintiffs' Memorandum in Opposition to Cl<br>          Protective Order with Regard to Muriel Tonacchio Dep<br><br>  o  March 27, 2009 – **Motion by Prescription Access Litigation, C**<br>     **Care for All to Quash Subpoenas Duces Tecum Served by Do**<br>        o  March 27, 2009 – Memorandum of Prescription Access<br>          and Health Care for All in Support of Their Motion to (<br>          Served by Don Haviland [Docket No. 5983]; Declaratio<br>          [Docket No. 5984]<br>        o  April 23, 2009 – Named Consumer Plaintiffs' Respons<br>          Litigation, Community Catalyst and Health Care For A<br>          Tecum [Docket No. 6020], Named Consumer Plaintiffs<br>          Motion by Prescription Access Litigation, Community<br>          to Quash Subpoenas Duces Tecum [Docket No. 6020]<br><br>  o  November 23, 2009 – **The J&J Defendants' Post-Remand Mot**<br>     **Against Class 1 Residents of the Commonwealth of Massachu** |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | <ul><li>November 23, 2009 – The J&J Defendants' Memorand… Remand Motion for Summary Judgment Against Class … of Massachusetts [Docket No. 6668], The J&J Defenda… Support of Their Post-Remand Motion for Summary Ju… of the Commonwealth of Massachusetts [Docket No. 6…</li><li>January 15, 2010 – Plaintiffs' Combined Opposition to … Motions for Summary Judgment [Docket No. 6834], Pl… Statement of Disputed Material Facts in Opposition to … Motions for Summary Judgment [Docket No. 6835], D… Support [Docket No. 6836]</li><li>January 29, 2010 – The J&J Defendants' Reply Memor… Remand Motion for Summary Judgment Against Class … of Massachusetts [Docket No. 6869]</li><li>November 23, 2009 – **The J&J Defendants' Post-Remand Mot… Against Class 1 Residents of the District of Columbia and Sta… Commonwealth of Massachusetts** [Docket No. 6671]<ul><li>November 23, 2009 – The J&J Defendants' Memorand… Remand Motion for Summary Judgment Against Class … Columbia and States Other than the Commonwealth of …<ul><li>November 24, 2009 – The J&J Defendants' N… Appendix [Docket No. 6683]</li></ul></li><li>November 23, 2009 – The J&J Defendants' Local Rule … Their Post-Remand Motion for Summary Judgment Ag… District of Columbia and States other than the Common… No. 6673]</li><li>January 15, 2010 – Plaintiffs' Combined Opposition to … Motions for Summary Judgment [Docket No. 6834], Pl… Statement of Disputed Material Facts in Opposition to … Motions for Summary Judgment [Docket No. 6835], D… Support [Docket No. 6836]</li><li>January 29, 2010 – The J&J Defendants' Reply Memor… Remand Motion for Summary Judgment Against Class … Columbia and States other than The Commonwealth of …</li><li>March 5, 2010 – The J&J Defendants' Supplemental A… Defendants' Post-Remand Motion for Summary Judgm… the District of Columbia and States Other than the Com… [Docket No. 6947]<ul><li>March 15, 2010 – Plaintiffs' Response to the …</li></ul></li></ul></li></ul> |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Authority [Docket No. 6977]<br>■ June 29, 2010 – Status Report – Class 1 Plain… Defendants [Docket No. 7151]; Response by … Johnson [Docket No. 7152]<br>■ July 19, 2010 – Brief by All Plaintiffs – Class… Position Take by the Department of Justice R… Benchmark [Docket No. 7188]; Declaration b… No. 7189]; Statement of Counsel by Johnson …<br>■ July 21, 2010 – Stipulation and [Proposed] O… Representative, Mrs. Jimmie Oustad [Docket …<br>■ August 6, 2010 - Judge Saris Stipulation and … 1 Representative, Mrs. Jimmie Oustad [Dock…<br>■ September 3, 2010 – Judge Saris Memorandu… Denying in Part Motion for Summary Judgme…<br><br>o April 13, 2011 – **Notice Regarding Involvement of HealthCare… Don Haviland** [Docket No. 7501]<br>   o April 14, 2011 – Class Counsel's Response [Docket No…<br>   o May 2, 2011 – Reply in Response to Class Counsel's R… Involvement of HealthCare for All in Track 2 Settleme…<br><br>o April 21, 2011 – **Motion to Vacate or, in the Alternative, Modi… Order By Donald Haviland** [Docket No. 7511]<br>   o May 19, 2011 – Opposition to Motion to Vacate or, in t… June 22, 2010 Order [Docket No. 7547]<br>      ■ Declaration of Steve W. Berman in Support […<br><br>o April 28, 2011 – **Lead Counsel's Motion for Attorneys' Fees a… the Class Representatives in Association with the Track Two …**<br>   o April 28, 2011 – Memorandum in Support [Docket No.…<br>   o April 28, 2011 – Declaration of Steve Berman in Suppo…<br>   o April 28, 2011 – Declaration of Marc Edelson in Suppo…<br>   o July 5, 2011 – Class Counsel's Proposal to Redistribute… Allocation [Docket No. 7647]<br>      ■ July 5, 2011 – Declaration of Daniel Coggesh… Consumer Settlement Fund and Estimated Cl… Payments for the Track Two Settlement [Doc…<br>      ■ July 5, 2011 – Declaration of Steve W. Berm…<br>   o September 15, 2011 – Lead Counsel's Motion for Attor… |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Compensation to the Class Representatives in Associat… [Docket No. 7795]<br><br>o  November 17, 2011 – **Plaintiff's Motion for Modification of Fe…**<br>    o  November 17, 2011 – Memorandum in Support [Docke…<br>    o  November 17, 2011 – Affidavit of Kent Williams in Su…<br>    o  November 17, 2011 – Proposed Addendum [Docket No…<br>        ■  November 18, 2011 – Notice of Joinder in M…<br>            Counsel's Allocation of Fees to Include Time…<br>            State Court Actions [Docket No. 7923]<br>        ■  Amended Notice of Joinder [Docket No. 793…<br>    o  December 1, 2011 – Lead Class Counsel's Opposition t…<br>       Lead Counsel's Allocation of Fees to Include Time and…<br>       Actions [Docket No. 7957]<br>        ■  December 1, 2011 – Declaration of Steve W…<br>            7958]<br>        ■  December 2, 2011 – Sealed Exhibits 2 and 4…<br>    o  January 17, 2012 – Reply to Response to Motion for M…<br>       [Docket No. 8036]<br>    o  January 17, 2012 – Levy's Reply in Support of Motion…<br>       Joinder in Motion 7939 [Docket No. 8040]<br>    o  January 17, 2012 - Lead Class Counsel's Supplemental…<br>       Motion to Modify Lead Counsel's Allocation of Fees t…<br>       Incurred in State Court Actions {Docket No. 8041]<br>        ■  January 17, 2012 – Declaration of Steve W. …<br>            8042]<br>o  January 25, 2012 – Order: "I refer these motions (7908, 7941, 80…<br>   8050]<br>o  February 8, 2012 - Lead Class Counsel's Response to the Court's …<br>   No. 8050) [Docket No. 8067]<br>o  March 13, 2012 – First Notice of Withdrawal of Participation re …<br>   Allocation by Larry J. Crown [Docket No. 8100]<br>o  March 27, 2012 – Notice of Movant Levy's Withdrawal of All M…<br>   Modification of Lead Counsel's Allocation of Fees and Reimburs…<br>   8109]<br><br>o  December 1, 2011 – **Motion for Modification of Lead Counsel… Reimbursement of Expenses to Include Uncounted Time and … this MDL** [Docket No. 7941] |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | <ul><li>December 1, 2011 – Memorandum in Support [Docket</li><li>December 1, 2011 – Affidavit of Adam S. Levy in Sup</li><li>December 1, 2011 – Proposed Addendum [Docket No.</li></ul><br>o December 14, 2011 – Plaintiffs' Motion to Respond to Dkt. No. No. 7988]<br>o December 14, 2011 – Response and Opposition to Plaintiffs' Mo on January 15, 2011 [Docket No. 7989]<br>o December 15, 2011 – Judge Saris order regarding Dkt. No. 7988:<br>o January 4, 2012 – Lead Class Counsel's Opposition to Adam Lev Lead Counsels Allocation of Fees & Reimbursement of Expenses the Haviland Law Firm [Docket No. 8014]<ul><li>January 4, 2012 - Declaration of Steve W. Berman in S</li><li>January 4, 2012 - Plaintiffs' Notice of Filing Under Sea</li></ul>o January 5, 2012 - Reply to Response to Motion to Respond to Dk [Docket No. 8024]<ul><li>January 5, 2012 – Declaration in Support [Docket No.</li></ul>o January 17, 2012 – Reply to Response to Motion for Modificatio Fees and Reimbursement of Expenses to Include Uncounted Tim in this MDL [Docket No. 8037]<ul><li>Supplemental Affidavit of Adam S. Levy in Support [D</li></ul>o January 25, 2012 – Order: "I refer these motions (7908, 7941, 80 8050]<br>o February 8, 2012 - Lead Class Counsel's Response to the Court's No. 8050)  [Docket No. 8067]<br><br>o December 29, 2011 – **Co-Lead Counsel, Hoffman & Edelson, Pursuant to Fed. R. Civ. Proc. 23(h) to Stay Co-Lead Counsel Regard to the Class Settlements** [Docket No. 8000]<ul><li>December 29, 2011 – Affidavit of Marc H. Edelson in</li><li>December 29, 2011 – Memorandum in Support [Docke</li><li>December 29, 2011 – Proposed Order [Docket No. 800</li></ul>o January 12, 2012 – Lead Class Counsel's Opposition to Marc Ed Counsel's Distribution of Fees With Regard to the Class Settleme<ul><li>January 12, 2012 – Declaration of Steve W. Berman in</li></ul>o January 20, 2012 – Reply to Response to Motion for Attorney Fe<ul><li>January 20, 2012 – Sealed Exhibits 1-5 [Docket No. 80</li></ul>o January 25, 2012 – Order: "I refer these motions (7908, 7941, 80 8050]<br>o February 8, 2012 - Lead Class Counsel's Response to the Court's |

| CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | No. 8050) [Docket No. 8067]<br><br>o February 7, 2012 – **Letter/request (non-motion) from Alan La**... **and 3 Consumer Settlements** [Docket No. 8065]<br>o March 16, 2012 – Electronic Order: "Class Counsel shall file a re... 03/23/2012"<br>o<br>o March 22, 2012 – Lead Class Counsel's Response to the Court's ... 2012 Regarding Mr. Lansing [Docket No. 8103]<br>    o March 22, 2012 – Declaration of Edward Notargiacom... [Docket No. 8104]<br>    o March 22, 2012 – Declaration of Daniel Coggeshall Re... Distribution Check [Docket No. 8105]<br><br>o March 26, 2012 – **Lead Class Counsels Motion for Referral of** ... **Arbitration** [Docket No. 8108]<br>    o March 28, 2012 – Response to Motion filed by Kline &...<br>    o March, 29, 2012 – Response to Motion For Referral of ... Arbitration filed by Kent Williams [Docket No. 8111]<br>    o April 2, 2012 – Electronic Order: "ALLOWED with re... No. 8115<br>    o April 2, 2012 – Electronic Order: "The Court refers this... to the Magistrate Judge. I suggest you agree to arbitrati... on a nonbinding basis." [Docket No. 8116]<br>    o April 2, 2012 – Electronic Order – Motions referred to ...<br><br>o April 26, 2012 – Class Counsels' Motion To Destroy Documents ...<br>    o May 15, 2012 – Electronic Order – "Allowed without ...<br><br>o June 28, 2012 – Letters from class plaintiffs re track two settleme... |

16