# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *State of Iowa*<br>*v.*<br>  *Abbott Laboratories Inc., et al.* | ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 07-12141<br>)<br>) Judge Patti B. Saris<br>) |

## SEPTEMBER 2012 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for September 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  September 4, 2012

                                                                       Respectfully submitted,

                                                                       **KIRBY McINERNEY, LLP**
                                                                       825 Third Avenue
                                                                       New York, New York 10022
                                                                       (212) 371-6600

                        By:    /s/ Joanne M. Cicala_____
                                    Joanne M. Cicala

                                    *Counsel for the State of Iowa*

### September 2012 Status Report for the State of Iowa

**Settlement Order of Dismissal**

On August 10, 2012, the court entered plaintiff's and defendants' fifth joint motion to extend the 90-day settlement order of dismissal of claims against defendants King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., and Par Pharmaceutical Inc.  The order provides that claims against these defendants shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action after October 30, 2012 if settlement is not consummated. *See* Docket No. 8186.

.

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 4th day of September, 2012, she caused a true and correct copy of the above September 2012 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: September 4, 2012

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600