UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Pharmaceutical Industry Average Wholesale Price Litigation ) ) ) ) ) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>United States ex rel. Linnette Sun and Greg Hamilton, Relators ) ) ) ) | Judge Patti B. Saris |
| v. ) ) ) | |
| Baxter Healthcare Corporation,<br>Defendants ) ) ) | |

## NOTICE OF APPEARANCE OF JENNIFER M. VERKAMP, ON BEHALF OF LINNETTE SUN AND GREG HAMILTON AND MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and paragraph 16 of this Court's Case Management Order No. 1 entered in MDL No. 1456, the undersigned attorney requests that the Court admit Jennifer M. Verkamp to appear as co-counsel of record on behalf of Relators Linnette Sun and Greg Hamilton, *pro hac vice* in the above-captioned action.

In accordance with the procedures set forth in this Court's Case Management Order No. 1, the attached Certificate demonstrates that I am a member in good standing of various bars and familiar with the Local Rules of this Court.

Wherefore, the undersigned respectfully moves that she be admitted to practice before this court *pro hac vice* in the above-captioned case.

Respectfully submitted,

*Jennifer M. Verkamp*
Jennifer M. Verkamp
Morgan Verkamp LLC
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202
(513) 651-4400
(513) 651-4405 (fax)
jverkamp@morganverkamp

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of September, 2012, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

Jennifer M. Verkamp