UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Pharmaceutical Industry )<br>Average Wholesale Price )<br>Litigation )<br>)<br>) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: )<br>United States ex rel. Linnette Sun )<br>and Greg Hamilton, Relators )<br>)<br>v. )<br>)<br>Baxter Healthcare Corporation, )<br>Defendants )<br>)<br>) | Judge Patti B. Saris |

## CERTIFICATE OF JENNIFER M. VERKAMP

I, Jennifer M. Verkamp, hereby certify pursuant to Local Rule 83.5.3 and Case Management Order No. 1, section V entered in MDL No. 1456 that:

1. I am a partner at the law firm of Morgan Verkamp LLC and co-counsel for Relators Linnette Sun and Greg Hamilton in the above-captioned complaint.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: Ohio state bar, the federal district courts for the Northern and Southern Districts of Ohio, the United States Appellate Courts for the Sixth and Eleventh Circuits, as well as the United States Supreme Court.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Jennifer M. Verkamp

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2012, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

_____
Jennifer M. Verkamp