# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Pharmaceutical Industry Average Wholesale Price Litigation ) ) ) ) ) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>United States ex rel. Linnette Sun and Greg Hamilton, Relators ) ) ) ) | Judge Patti B. Saris |
| v. ) ) | |
| Baxter Healthcare Corporation, Defendants ) ) ) ) | |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Jennifer M. Verkamp for the purpose of representing Linnette Sun and Greg Hamilton, Relators, in this matter, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is granted, and that Jennifer M. Verkamp is admitted to practice before this Honorable Court in connection with the above-captioned case.

Patti B. Saris
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2012, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

Jennifer M. Verkamp