**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: Pharmaceutical Industry | ) | |
|      Average Wholesale Price | ) | |
|      Litigation | ) | MDL No. 1456 |
| | ) | Master File No. 1:01-CV-12257-PBS |
| | ) | Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: | ) | |
| United States ex rel. Linnette Sun | ) | |
|      and Greg Hamilton, Relators | ) | Judge Patti B. Saris |
| | ) | |
|           v. | ) | |
| | ) | |
| Baxter Healthcare Corporation, | ) | |
|      Defendants | ) | |
| | ) | |

### NOTICE OF APPEARANCE OF FREDERICK M. MORGAN, JR., ON BEHALF OF LINNETTE SUN AND GREG HAMILTON AND MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and paragraph 16 of this Court's Case Management Order No. 1 entered in MDL No. 1456, the undersigned attorney requests that the Court admit Frederick M. Morgan, Jr. to appear as co-counsel of record on behalf of Relators Linnette Sun and Greg Hamilton, *pro hac vice* in the above-captioned action.

In accordance with the procedures set forth in this Court's Case Management Order No. 1, the attached Certificate demonstrates that I am a member in good standing of various bars and familiar with the Local Rules of this Court.

Wherefore, the undersigned respectfully moves that he be admitted to practice before this court *pro hac vice* in the above-captioned case.

Respectfully submitted,


/s/ Frederick M. Morgan, Jr.
Frederick M. Morgan, Jr.
Morgan Verkamp LLC
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202
(513) 651-4400
(513) 651-4405 (fax)
rick.morgan@morganverkamp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th  day of September, 2012, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

<u>/s/ Frederick M. Morgan, Jr.</u>

Frederick M. Morgan, Jr.