UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Pharmaceutical Industry<br>    Average Wholesale Price<br>    Litigation<br><br>THIS DOCUMENT RELATES TO:<br>United States ex rel. Linnette Sun<br>    and Greg Hamilton, Relators<br><br>    v.<br><br>Baxter Healthcare Corporation,<br>    Defendants | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |

## CERTIFICATE OF FREDERICK M. MORGAN, JR.

I, Frederick Morgan, Jr., hereby certify pursuant to Local Rule 83.5.3 and Case Management Order No. 1, section V entered in MDL No. 1456 that:

1. I am a partner at the law firm of Morgan Verkamp LLC and co-counsel for Relators Linnette Sun and Greg Hamilton in the above-captioned complaint.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: U.S. District Court, Southern District of Ohio (8/15/84), U.S. District Court, Northern District of Ohio (6/8/06), United States Supreme Court (1/1/97), U.S. Court of Appeals, Sixth Circuit (11/19/90), U.S. Court of Appeals, Eleventh Circuit (4/23/01), U.S. Court of Appeals, First Circuit, (6/15/10).

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Frederick M. Morgan, Jr.
Frederick M. Morgan, Jr.
Morgan Verkamp LLC
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202
(513) 651-4400
(513) 651-4405 (fax)
rick.morgan@morganverkamp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of September, 2012, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

                                                           /s/ Frederick M. Morgan, Jr.

                                                           Frederick M. Morgan, Jr.