UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| 01-CV-12257-PBS | Chief Mag. Judge Marianne B. Bowler |

## STATUS REPORT SEPTEMBER 2012

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court listing the status of all pending motions to date.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS

By    /s/ Steve W. Berman                          DATED:  September 7, 2012
Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

| | |
|---|---|
| ON BEHALF OF DEFENDANTS<br><br>By   /s/ Heather K. McDevitt<br>Heather K. McDevitt, Esq.<br>Paul B. Carberry, Esq.<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY  10036<br><br>Attorneys for Defendant Sandoz Inc. | DATED:  September 7, 2012 |

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Heather K. McDevitt, an attorney, caused a true and correct copy of the foregoing **STATUS REPORT SEPTEMBER 2012** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 7, 2012, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By    **/s/ Heather K. McDevitt**
Heather K. McDevitt, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036