# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

                                                MDL No. 1456
                                                Master File: 1:01-cv-12257-PBS
_____    Sub-Category: 1:06-cv-11883-PBS

THIS DOCUMENT RELATES TO:

State of South Carolina - State Medicaid Case
_____

## SETTLEMENT ORDER OF DISMISSAL

  SARIS,  D. J.

      The Court having been advised on ___9/14/2012___ that the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.

                                                                By the Court,

  September 14, 2012                        /s/ Jennifer Anderson
        Date                                           Deputy Clerk

(AWP SC 90 day Dismissal Settlement.wpd - 12/98)