# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: *United States ex rel. Ven-A-Care of the Florida Keys, Inc., v. Baxter Healthcare Corporation and Baxter International, Inc.* ) ) ) ) ) ) | Judge Patti B. Saris |
| *Case No. 10-CV-11186-PBS* ) ) | |

## DEFENDANT BAXTER HEALTHCARE CORPORATION'S REQUEST FOR A TWO WEEK EXTENSION OF TIME TO RESPOND TO THE MOTION OF LINNETTE SUN AND GREG HAMILTON TO REOPEN THE JUDGMENT AND FOR A HEARING

Defendant Baxter Healthcare Corporation ("Baxter"), through counsel, respectfully requests a two-week extension of time – to and including October 5, 2012 – to respond to the Motion of Linnette Sun and Greg Hamilton to Reopen the Judgment and For a Hearing.

On September 7, 2012, relators Sun and Hamilton filed their motion to reopen the judgment in the *United States ex rel. Ven-A-Care of the Florida Keys, Inc., v. Baxter Healthcare Corporation and Baxter International, Inc.* Baxter's response to the motion is due September 21, 2012. We have contacted counsel for Sun/Hamilton, Ven-A-Care[1] and the government regarding this request, and all counsel consent to the two week extension.

---

[1] All parties also consent to the same two week extension of time for Ven-A-Care to respond to the motion to reopen.

Wherefore, Baxter respectfully requests that this Court grant this motion extending the date for responses to relators' motion to and including October 5, 2012.

Respectfully submitted,

Dated: September 19, 2012

/s/ Merle M. DeLancey
J. Andrew Jackson
Merle M. DeLancey
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
*Admitted pro hac*

Peter E. Gelhaar (BBO #188310)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Counsel for Defendant Baxter Healthcare
Corporation

DSMDB-3098832v1

## CERTIFICATE OF SERVICE

I hereby certify that I, Merle DeLancey, an attorney, caused a true and correct copy of the foregoing, DEFENDANT BAXTER HEALTHCARE CORPORATION'S REQUEST FOR A TWO WEEK EXTENSION OF TIME TO RESPOND TO THE MOTION OF LINNETTE SUN AND GREG HAMILTON TO REOPEN THE JUDGMENT AND FOR A HEARING, to be delivered to all counsel of record by electronic service via ECF, on SEPTEMBER 19, 2012, for posting and notification to all parties.

/s/ Merle M. DeLancey
Merle M. DeLancey
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

DSMDB-3098832v1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: *United States ex rel. Ven-A-Care of the Florida Keys, Inc., v. Baxter Healthcare Corporation and Baxter International, Inc.* *Case No. 10-CV-11186-PBS* | Judge Patti B. Saris |

## (PROPOSED) ORDER

For the reasons set forth in Defendant Baxter Healthcare Corporation's Motion For A Two Week Extension of Time To Respond To The Motion Of Linnette Sun And Greg Hamilton To Reopen The Judgment And For A Hearing, it is ORDERED:

Defendant Baxter Healthcare Corporation and Ven-A-Care shall respond to The Motion Of Linnette Sun And Greg Hamilton To Reopen The Judgment And For A Hearing on or before October 5, 2012.

_____
Hon. Patti B. Saris
U.S. District Court Judge