UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No.:  01-CV-12257-PBS<br>Sub-Category Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO<br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF
PLAINTIFFS' CLAIMS AGAINST DEFENDANTS PAR PHARMACEUTICAL, INC. AND
<u>PAR PHARMACEUTICAL COMPANIES, INC.</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (hereinafter "Settling Defendants") (Settling Defendants together with the Consolidated New York Counties, collectively the "Parties"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Parties' Settlement Agreement and Release, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  October 2, 2012

                        Respectfully submitted,

                   By:   /s/ Joanne M. Cicala
                        Joanne M. Cicala
                        Daniel Hume
                        Kirby McInerney LLP
                        825 Third Avenue
                        New York, NY 10022
                        212-371-6600

                        *On Behalf of Plaintiffs the Consolidated New York Counties*

By: /s/ Paul K. Dueffert
Paul K. Dueffert
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

*On Behalf of Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, I caused a true and correct copy of the foregoing, Stipulation of Dismissal With Prejudice of Plaintiffs' Claims Against Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ Kathryn B. Allen
Kathryn B. Allen
KIRBY McINERNEY LLP
825 Third Avenue
New York, New York 10022
(212) 371-6600