UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No.:  01-CV-12257-PBS<br>Sub-Category Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO<br>*State of Iowa  v. Abbott  Laboratories, Inc., et al.* | Judge Patti B. Saris |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF
PLAINTIFF'S CLAIMS AGAINST DEFENDANTS PAR PHARMACEUTICAL, INC. AND
<u>PAR PHARMACEUTICAL COMPANIES, INC.</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (hereinafter "Settling Defendants") (Settling Defendants together with the State of Iowa, collectively the "Parties"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the  terms of the Parties' Settlement Agreement and Release,  that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  October 2, 2012

        Respectfully submitted,

By:   /s/ Joanne M. Cicala
      Joanne M. Cicala
      Daniel Hume
      Kirby McInerney LLP
      825 Third Avenue
      New York, NY 10022
      212-371-6600

*On Behalf of the State of Iowa*

By:  /s/ Paul K. Dueffert
    Paul K. Dueffert
    Williams & Connolly LLP
    725 Twelfth Street, NW
    Washington, DC  20005
    (202) 434-5000

*On Behalf of Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, I caused a true and correct copy of the foregoing, Stipulation of Dismissal With Prejudice of Plaintiff's Claims Against Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

    /s/  Kathryn  B. Allen
    Kathryn B. Allen
    KIRBY McINERNEY LLP
    825 Third Avenue
    New York, New York 10022
    (212) 371-6600