# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br>   *State of Iowa* <br> *v.* <br>   *Abbott Laboratories Inc., et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No. 07-12141 <br><br> Judge Patti B. Saris |

## OCTOBER 2012 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for October 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  October 2, 2012

                                              Respectfully submitted,

                                              **KIRBY McINERNEY, LLP**
                                              825 Third Avenue
                                              New York, New York 10022
                                              (212) 371-6600

                          By:   /s/ Joanne M. Cicala_____
                                              Joanne M. Cicala

                                              *Counsel for the State of Iowa*

1

## October 2012 Status Report for the State of Iowa

**<u>Voluntary Dismissal of Claims Against Par</u>**

On October 2, 2012, plaintiff filed a Stipulation of Dismissal with Prejudice of Plaintiff's Claims Against Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. See Docket No. 8200.

**<u>Settlement Order of Dismissal</u>**

On August 10, 2012, the court entered plaintiff's and defendants' fifth joint motion to extend the 90-day settlement order of dismissal of claims against defendants King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Par Pharmaceutical Companies, Inc., and Par Pharmaceutical Inc. The order provides that claims against these defendants shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action after October 30, 2012 if settlement is not consummated. *See* Docket No. 8186, Sub-Docket No. 158. The order applies to the only remaining defendant in this action, King/Monarch.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 2nd day of October, 2012, she caused a true and correct copy of the above October 2012 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: October 2, 2012

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600