IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> ──────────────────────── <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Baxter Healthcare Corporation and Baxter International, Inc.* <br><br> ──────────────────────── | MDL No. 1456 <br><br> Master Docket 01-cv-12257 <br><br> Subcategory 06-11337 <br><br> Civil Action No. 10-cv-11186 <br><br> Judge Patti B. Saris |

**DECLARATION OF JAMES J. BREEN SUBMITTING EXHIBITS RELIED UPON IN VEN-A-CARE'S RESPONSE TO SUN AND HAMILTON'S MOTION TO REOPEN THE JUDGMENT AND FOR A HEARING, AND MEMORANDUM IN SUPPORT**

I, James J. Breen, under penalties as provided for in 28 U.S.C. § 1746, hereby certify that the following is true and correct:

1.) I am an attorney duly licensed to practice law in the States of Florida and Georgia and I am one of the attorneys of record for the Relator, Ven-A-Care of the Florida Keys, Inc. As such, I am admitted to practice before this court *pro hac vice*.

2.) Attached as Exhibit A is a true and correct copy of a publication "100-20 One-Time Notification" titled "Transmittal 112" which is pertains to "Change Request 3331" issued by the Department of Health & Human Services

(DHHS) Centers for Medicare & Medicaid Services (CMS) as of September 10, 2004.

3.) Attached as Exhibit B is a true and correct copy of the Department of Health & Human Services (DHHS) Centers for Medicare & Medicaid Services (CMS) Medicare Learning Network *MLN Matter*s publication which is known as MLN Matters Number MM333, related to Change Request #3331 and was titled, "MMA - Billing Instructions for Advate rAHF-PFM on Medicare Claims" with an effective date of July 25, 2003 and an implementation date of September 27, 2004.

4.) Attached as Exhibit C is a true and correct copy of the Relators' Redacted Fourth Amended Complaint originally filed June 4, 2010 in FLSD Docket under Document Nos. 7-1 and 7-2.

I declare under penalty of perjury the foregoing is true.

Dated: October 5, 2012

Respectfully Submitted,
Attorneys for Plaintiff,
Ven-A-Care of the Florida Keys, Inc.


 /s/   James J. Breen
James J. Breen
Florida Bar No. 297178
The Breen Law Firm P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA  30022
Direct Phone: 678-735-5052
Office Phone:  770-740-0008
Primary Fax: 678-252-5545

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copies of the foregoing document, filed this 5th day of October, 2012 via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and to be served on all counsel of record via electronic service by sending a copy of LexisNexis File & serve for posting and notification to all parties.

                                                /s/ James J. Breen

                                                James J. Breen