## CERTIFICATE OF SERVICE

        I hereby certify that I, Merle DeLancey, an attorney, caused a true and correct copy of the foregoing, BAXTER HEALTHCARE CORPORATION'S OPPOSITION TO MOTION OF LINETTE SUN AND GREG HAMILTON TO REOPEN THE JUDGMENT AND FOR A HEARING, to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on OCTOBER 5, 2011, for posting and notification to all parties.

        /s/ Merle DeLancey_____
        Merle DeLancey
        **DICKSTEIN SHAPIRO LLP**
        1825 Eye Street NW
        Washington, DC  20006
        Telephone:  (202) 420-2200
        Facsimile:  (202) 420-2201