# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ | ) ) ) ) ) | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 01:08-CV-11200 |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Baxter Healthcare Corporation and Baxter International, Inc.* *Case No. 10-CV-11186-PBS* _____ | ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION OF LINNETTE SUN AND GREG HAMILTON TO REOPEN THE JUDGMENT AND FOR A HEARING

Linnette Sun and Greg Hamilton, *qui tam* Relators in *United States ex rel. Sun and Hamilton v. Baxter*, No. 08-CV-11200 (the "*Sun/Hamilton* case"), and Movants under Rule 60(b)(6) in this case (the "*Ven-A-Care* case"), hereby move pursuant to Local Rule 7.1(b)(3) for leave to file a reply brief of not more than 20 pages in support of their Motion to Reopen the Judgment and for a Hearing (D.E. 29). In support of their Motion, Sun and Hamilton state as follows:

1.    On September 7, 2012, pursuant to the Court's invitation in a Memorandum and Order in the *Sun/Hamilton* case (D.E. 193), Movants Linnette Sun and Greg Hamilton filed in this *Ven-A-Care* case a Motion to Reopen the Judgment and for a Hearing. On October 5, 2012, Ven-A-Care and Baxter each filed separate responses to the Motion, totaling 37 pages and attaching nearly 300 pages of exhibits.

2.     The context for this Motion is procedurally complex, and the ultimate issues presented are unique. Sun and Hamilton believe that in order to address the arguments raised in response to their Motion properly, they need to file a reply.

3.     Ven-A-Care and Baxter have indicated that they consent to permitting Sun and Hamilton to file a reply of not more than 20 pages.

WHEREFORE, Relators Linnette Sun and Greg Hamilton seek leave of Court to file a 20-page Reply Brief to respond to arguments made in Ven-A-Care's and Baxter's responses, and that they be granted thirty (30) days, until and including November 12, 2012, to do so.

Dated: October 11, 2012                    Respectfully submitted,

                                                              LINNETTE SUN and GREG HAMILTON

                                                              By /s/ David J. Chizewer
                                                                  One of Their Attorneys

| | |
|---|---|
| Terry F. Moritz | Mark Allen Kleiman |
| David J. Chizewer | LAW OFFICE OF MARK ALLEN KLEIMAN |
| GOLDBERG KOHN LTD. | 2907 Stanford Avenue |
| 55 East Monroe Street – Suite 3300 | Venice, California 90292 |
| Chicago, Illinois 60603 | (310) 306-8094 |
| (312) 201-4000 | |
| | |
| Lauren John Udden | Frederick M. Morgan, Jr. |
| 15 West Carrillo Street – Suite 101B | Jennifer M. Verkamp |
| Santa Barbara, California 93101 | MORGAN VERKAMP LLC |
| (805) 879-7544 | 700 Walnut Street – Suite 400 |
| | Cincinnati, Ohio 45202-2015 |
| | (513) 651-4400 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 11, 2012, he caused a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION OF LINNETTE SUN AND GREG HAMILTON TO REOPEN THE JUDGMENT AND FOR A HEARING** to be served via the Court's ECF/electronic mailing system and LexisNexis File & Serve upon all parties of record.

    /s/ David J. Chizewer
    David J. Chizewer