## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) <br> IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *United States ex rel. Linnette Sun and Greg* ) <br> *Hamilton, Relators* ) <br> *v.* ) <br> *Baxter Healthcare Corporation* ) <br> ) | MDL NO. 1456 <br> Master File No.: 01-12257-PBS <br> Sub-Category Case No. 1:08-CV-11200 <br><br> Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF MATTHEW W. TURETZKY ON BEHALF OF BAXTER HEALTHCARE CORPORATION AND ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and paragraph 16 this Court's Case Management Order No. 1 entered in MDL No. 1456, the undersigned counsel hereby moves that Matthew W. Turetzky enter his appearance on behalf of Baxter Healthcare Corporation in the above-captioned action.

Mr. Turetzky is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's case Management Order No. 1. The attached Certificate demonstrates that Mr. Turetzky is a member in good standing of the State Bar of California and is admitted to practice before the United States Court of Federal Claims. The Certificate also demonstrates that Mr. Turetzky is familiar with the Local Rules of this Court.

The appropriate $50 filing fee is being submitted to the Court via ECF.

DSMDB-3107144v1

WHEREFORE, the undersigned counsel respectfully moves Mr. Turetzky's admission to practice before this Court *pro hac vice*.

/s/ Peter Gelhaar_____
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA   02108
(617) 720-2880
peg@dcglaw.com
BBO#:  188310

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that the moving party has communicated with counsel for Relators in an effort to resolve the dispute referred to in this Motion, and counsel for Relators consent to this Motion.

> /s/ Peter Gelhaar
> Donnelly, Conroy & Gelhaar, LLP
> One Beacon Street
> 33rd Floor
> Boston, MA  02108
> (617) 720-2880
> peg@dcglaw.com
> BBO#:  188310

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of October, 2012, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

> /s/  Peter Gelhaar
> Donnelly, Conroy & Gelhaar, LLP
> One Beacon Street
> 33rd Floor
> Boston, MA  02108
> (617) 720-2880
> peg@dcglaw.com
> BBO#:  188310

Dated:  October 15, 2012