UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Healthcare Corporation* | MDL NO. 1456 <br> Master File No.: 01-12257-PBS <br> Sub-Category Case No. 1:08-CV-11200 <br><br> Judge Patti B. Saris |

## CERTIFICATE OF MATTHEW W. TURETZKY

I, Matthew W. Turetzky, hereby certify pursuant to Local Rule 83.5.3(b) and Case Management Order No. 1, section V entered in MDL No. 1456 that:

1.  I am an associate at the law firm of Dickstein Shapiro LLP, attorneys for Baxter Healthcare Corporation in the above-captioned action.

2.  I am a member in good standing in all the courts of the State of California.

3.  I am also admitted to practice before the United States Court of Federal Claims.

3.  I have never been the subject of a professional disciplinary proceeding in any of the jurisdictions in which I am admitted to practice.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Matthew W. Turetzky
Matthews W. Turetzky
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC  20006

Dated:  October 15, 2012