UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>v.<br><br>*Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

### [PROPOSED] ORDER ON PLAINTIFFS' SIXTH UNOPPOSED MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO DEFENDANT KING/MONARCH GROUP

Saris, U.S.D.J.

The Court having reviewed Plaintiffs' Sixth Unopposed Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiffs and defendants King Pharmaceuticals Inc., King Research and Development and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group") in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional 60 days until December 31, 2012.

SO ORDERED by the Court.

Entered 31 day of October, 2012.

THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE