# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO:  *State of Iowa*  *v.*  *Abbott Laboratories Inc., et al.* | ) ) ) Judge Patti B. Saris ) ) ) ) |

## NOVEMBER 2012 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for November 2012, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: November 1, 2012

                                                Respectfully submitted,

                                                **KIRBY McINERNEY, LLP**
                                                825 Third Avenue
                                                New York, New York 10022
                                                (212) 371-6600

                        By:   /s/ Joanne M. Cicala_____
                                   Joanne M. Cicala

                                   *Counsel for the State of Iowa*

### November 2012 Status Report for the State of Iowa

**<u>Settlement Order of Dismissal</u>**

On October 31, 2012, the court entered plaintiff's sixth unopposed motion to extend the 90-day settlement order of dismissal of claims against the remaining defendant King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc. ("King/Monarch Group"). The order provides that claims against defendant King/Monarch Group shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action after December 31, 2012 if settlement is not consummated. *See* Docket No. 8214, Sub-Docket No. 161.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of November, 2012, she caused a true and correct copy of the above November 2012 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: November 1, 2012

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600