SEATTLE   BOSTON   CHICAGO   LOS ANGELES   PHOENIX   SAN FRANCISCO   206.623.7292   206.623.0594

**HAGENS BERMAN**

ATTORNEYS AT LAW
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
Direct (206) 268-9320
steve@hbsslaw.com

November 8, 2012

**Via Hand Delivery**

The Honarable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: *In Re Average Wholesale Litigation*, MDL No. 1456, GSK Settlement

Dear Judge Saris:

    I am writing to advise you of the actions we have taken in response to a letter from Assistant Attorney General James A. Donahue, III to you, dated October 18, 2012, concerning distribution of the remainder of any undistributed consumer settlement fund from the GSK AWP litigation.

    Today, in consultation with the settlement fund escrow agent, we determined the settlement fund remainder amount, calculated each state's share of the undistributed funds pursuant to the terms set forth in the Plan of Allocation of Unclaimed Consumer Funds (Docket No. 6365), wrote to assistant attorneys general in each state advising them of the calculation of their state's share of those funds, and requested that the assistant attorneys general confirm the correctness of the amount and provide us with transmittal instructions so that funds can be distributed. We will instruct the escrow agent to transmit each state its share of the unclaimed consumer funds as soon as we are instructed by each state to do so.

    We are available at Your Honor's convenience to provide any further information.

Sincerely,

*/s/ Steve W. Berman*

Steve W. Berman

SWB:aj