UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel* CITIZENS FOR CONSUME, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 01-12257-PBS |
| ABBOTT LABORATORIES, et al. | ) ) | |
| Defendants. | ) ) ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that James J. Fauci withdraws his appearance as counsel for the

Plaintiff, United States of America, in the above-captioned matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: November 14, 2012        By:     */s/ James J. Fauci*
                                         JAMES J. FAUCI
                                         Assistant U.S. Attorney
                                         United States Attorney's Office
                                         John J. Moakley U.S. Courthouse
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA  02210
                                         (617) 748-3100
                                         jeff.fauci@usdoj.gov

CERTIFICATE OF SERVICE

      I, James J. Fauci, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: November 14, 2012      By:    */s/ James J. Fauci*
                               JAMES J. FAUCI