IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL ) <br> INDUSTRY AVERAGE WHOLESALE ) <br> PRICE LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *United States of America ex rel.* ) <br> *Ven-A-Care of the Florida Keys, Inc. v.* ) <br> *Baxter Healthcare Corporation and* ) <br> *Baxter International, Inc.* ) <br> ) <br> _____ | MDL No. 1456 <br><br> Master Docket 01-cv-12257 <br><br> Subcategory 06-11337 <br><br> Civil Action No. 10-cv-11186 <br><br> Judge Patti B. Saris |

**NOTICE OF FILING PLEADING FROM TRANSFEROR COURT'S FILE**

COMES NOW the Relator, Ven-A-Care of the Florida Keys, Inc., and files with the Court, as Exhibit A to this notice:

1. A true and correct copy of the Ven-A-Care Second Amended Complaint, in redacted format, originally filed under seal on August 13, 1997, Case No. 95-1354-Civ-Marcus, Southern District of Florida. Before the above action was transferred to this MDL, Ven-A-Care's claims against Baxter were severed from its original Case No. 95-1354 and proceeded under Case No. 10-21745-Civ-Gold, Southern District of Florida. The court ordered Ven-A-Care to redact sealed allegations unrelated to the action against Baxter

and file the redacted copy of its Second Amended Complaint in Case No. 10-21745-Civ-Gold.

Dated: November 21, 2012

> Respectfully Submitted,
> Attorneys for Plaintiff,
> Ven-A-Care of the Florida Keys, Inc.
>
> //James J. Breen
>
> James J. Breen
> Florida Bar No. 297178
> The Breen Law Firm P.A.
> 5755 North Point Parkway, Suite 260
> Alpharetta, GA 30022
> Direct Phone: 678-735-5052
> Office Phone: 770-740-0008
> Primary Fax: 678-252-5545
> Secondary Fax: 770-740-9109

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copies of the foregoing document, filed this 21st day of November, 2012 via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and to be served on all counsel of record via electronic service by sending a copy of LexisNexis File & serve for posting and notification to all parties.

> //James J. Breen
>
> James J. Breen