IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Baxter Healthcare Corporation and Baxter International, Inc.* _____ | MDL No. 1456 Master Docket 01-cv-12257-PBS Subcategory 06-11337 Case No: 10-cv-11186-PBS Judge Patti B. Saris |

**VEN-A-CARE'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO SUN HAMILTON REPLY TO RESPONSE TO THEIR <u>MOTION TO REOPEN THE JUDGMENT AND FOR A HEARING</u>**

Relator, VEN-A-CARE OF THE FLORIDA KEYS, INC. ("Ven-A-Care"), hereby moves pursuant to local Rule 7.1(b)(3) for leave to file a sur-reply brief of not more than 20 pages in support of its Response to Sun and Hamilton's Motion to Reopen the Judgment and for a Hearing and Memorandum in Support (D.E. 30). In support of its Motion, Ven-A-Care states as follows:

1.   On September 7, 2012, pursuant to the Court's invitation in a Memorandum and Order in the case of *United States ex rel Sun/Hamilton v. Baxter* (D.E. 193), Non-party Movants Linnette Sun and Greg Hamilton filed in this closed case a Motion to Reopen the Judgment and for a Hearing. On October 5, 2012, Ven-A-Care and Defendant Baxter each filed separate responses to the Motion.

2. This Court granted the unopposed motion by Sun and Hamilton to file a reply to Ven-A-Care's Response (D.E. 35) and the Reply was filed on November 12, 2012 (D.E. 38).

3. After considering the Sun/Hamilton Reply, Ven-A-Care believes that a brief sur-reply will assist the Court and the parties in addressing certain of the key issues at the hearing presently scheduled for 2:30 PM on November 28, 2012. In light of the limited time before the scheduled hearing and the Thanksgiving Holiday, Ven-A-Care has attached its proposed Sur-Reply hereto as "Exhibit 1".

3. Sun/Hamilton and Baxter have indicated that they will not oppose a request by Ven-A-Care to file a sur-reply.

WHEREFORE, Ven-A-Care seeks leave of the Court to file the Sur-Reply attached hereto as Exhibit 1.

DATED:  November 21, 2012.

Respectfully submitted,

JAMES J. BREEN
Florida Bar No. 297178
The Breen Law Firm, P.A.
5755 North Point Parkway
Suite 260
Alpharetta, GA 30022
Phone (678) 735-5052
Fax: (770) 740-9109

C. JARRETT ANDERSON
Texas Bar No. 00796124
Anderson LLC
1409 Wathen Avenue
Austin, TX 78703
Phone: (512) 469-9191
Fax: (512) 532-0585

        RAND J. RIKLIN  
        Texas Bar No. 16924275  
        JOHN CLARK  
        Texas Bar No. 04287000  
        Goode Casseb Jones  
        Riklin Choate & Watson, P.C.  
        P. O. Box 120480  
        San Antonio, TX 78212  
        Phone: (210) 733-6030  
        Fax: (210) 733-0330  

        By:   /s/ James J. Breen  
              James J. Breen

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document, filed this 21st day of November, 2012 via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic File (NEF) and to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & serve for posting and notification to all parties.

        /s/   James J. Breen  
        James J. Breen