

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

October 18, 2012

Set up
conference
call

**ANTITRUST SECTION**
**14th Floor, Strawberry Square**
**Harrisburg, PA  17120**
**Tel:  (717) 787-4530**
**Fax:  (717) 787-1190**

The Honorable Patti B. Saris
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Saris:

In June 2009, a mediation was held before Eric Green, at your request, pursuant to Paragraph 6 (d) of the Settlement Agreement and Release of the GlaxoSmithKline defendants. That settlement allowed for disposition of residual funds through the mediation process. Id. at ¶ 22 (b) (vii) (b).

The Commonwealth presented a proposal to use surplus in Pennsylvania's Pharmaceutical Assistance Contract for the Elderly ("PACE") program to help uninsured and underinsured Pennsylvanians with prostate cancer.

Professor Green's mediation order provided that a second attempt would be made to give eligible consumers whose claims were rejected for incompleteness or similar reasons a chance to properly complete a claim, which would then be paid. Professor Green also ordered that any remainder would go to programs like the one designed by Pennsylvania's PACE program. A copy of a notice to the filing and the report are attached. Professor Green's report was approved by this court on August 5, 2009.

Since that mediation in June 2009 and your order in August, I have heard nothing about the status of these residual funds. I have reached out to counsel for the class and have not received any response. My most recent letter is enclosed.

Judge Saris
October 18, 2012
Page Two

     I ask that the court schedule a conference call so that we can discuss that status of the residual funds.

                                    Sincerely,

                                    James A. Donahue, III
                                    Chief Deputy Attorney General

JAD/dmh/Saris-908-AWP.ltr

Enclosure

cc:    Edward Notargiacom, Counsel for Class
        Robert Teitleman, Connecticut
        Kelley L. Hubbard, Counsel for Montana
        Nancy Bonnell, Counsel for Arizona
        Mark Kemberling, Counsel for Nevada