

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

November 29, 2012

**ANTITRUST SECTION**
14th Floor, Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
Fax: (717) 787-1190

The Honorable Patti B. Saris
**UNITED STATES DISTRICT COURT**
    **FOR THE DISTRICT OF MASSACHUSETTS**
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

   Re: In re Pharmaceutical Industry Average Wholesale Price Litigation
      MDL No. 1456, Civil Action: 01-CV-12257-PBS

Dear Judge Saris:

  On October 18, 2012 I sent you a letter requesting a status conference on the payments awarded by mediation held before Eric Green three years ago from the Glaxo settlement in this matter. Since that time, we have received the payments authorized under Judge Green's mediation proposal and your subsequent Order. Therefore, a status conference as I requested in that letter is not necessary.

  I have also contacted my colleagues in Arizona, Connecticut, Montana and Nevada and they either have received their money from the mediation, or are in the process of making arrangements to receive such funds. All are also satisfied that no status conference is needed.

  Thank you very much for your efforts in this matter. If you have any further questions, do not hesitate to contact me.

                Very truly yours,

                James A. Donahue, III
                Chief Deputy Attorney General

JAD/dmh/Saris-908-AWP-statusconference.ltr

Judge Saris
November 29, 2012
Page Two

cc: Edward Notargiacom, Counsel for Class
    Robert Teitleman, Connecticut
    Cort Jensen, Counsel for Montana
    Nancy Bonnell, Counsel for Arizona
    Mark Kemberling, Counsel for Nevada
    Maryellen Molloy, Judge Saris' Chambers