# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | : | |
| INDUSTRY AVERAGE | : | MDL No. 1456 |
| WHOLESALE PRICE LITIGATION | : | |
| | : | CIVIL ACTION: 01-CV-12257-PBS |
| | : | |
| This Document Relates to: | : | Judge Patti B. Saris |
| All Class Actions | : | |

## NOTICE OF CHANGE OF FIRM AFFILIATION
## AND WITHDRAWAL OF FORMER FIRM

TO:   Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliation and contact information for attorney Dianne M. Nast:

> Dianne M. Nast
> NastLaw LLC
> 1101 Market Street, Suite 2801
> Philadelphia, PA 19107
> Tele: (215) 923-9300
> Fax: (215) 923-9302
> dnast@nastlaw.com
>
> *Counsel for Plaintiffs*

All notices, filings and written communication regarding this action should be sent to the above firm and address.

Please withdraw the appearance of RodaNast, P.C.

Dated: December 3, 2012              Respectfully submitted,

/s/ Dianne M. Nast_____           /s/ Dianne M. Nast_____
Dianne M. Nast (PA24424)            Dianne M. Nast (PA24424)

| | |
|---|---|
| RodaNast, P.C. | NastLaw LLC |
| 801 Estelle Drive | 1101 Market Street, Suite 2801 |
| Lancaster, PA 17601 | Philadelphia, PA 19107 |
| Tele: (717) 892-3000 | Tele: (215) 923-9300 |
| Fax: (717) 892-1200 | Fax: (215) 923-9302 |
| dnast@rodanast.com | dnast@nastlaw.com |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I hereby certify that I, Dianne M. Nast, an attorney, caused a true and correct copy of the foregoing **Notice of Change of Firm Affiliation and Withdrawal of Former Firm** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 3, 2012, a copy to LexisNexis File and Serve for posting and notification to all parties.

              /s/ Dianne M. Nast
              Dianne M. Nast