# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE  WHOLESALE PRICE LITIGATION | MDL NO. 1456  C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | Judge Patti B. Saris |

## REQUEST FOR REMOVAL OF ATTORNEYS JORGE FRANCO, JR. AND LARRY J. CROWN FROM CM/ECF SERVICE LIST

Attorneys Jorge Franco, Jr. and Larry J. Crown hereby request that this Court remove them and the law firm of Jennings, Haug & Cunningham from the Court's service list and e-mail distribution list as their participation in this case has concluded.

Dated: December 6th, 2012             Respectfully Submitted,


/s/ Jorge Franco, Jr.
Jorge Franco, Jr.
Larry J. Crown
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
602-234-7800 telephone
602-277-5595
jf@jhc-law.com
ljc@jhc-law.com