UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

**[PROPOSED] ORDER ON PLAINTIFFS' SEVENTH UNOPPOSED MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO DEFENDANT KING/MONARCH GROUP**

Saris, U.S.D.J.

The Court having reviewed Plaintiffs' Seventh Unopposed Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiffs and defendants King Pharmaceuticals Inc., King Research and Development and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group") in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional 30 days until January 30, 2013.

SO ORDERED by the Court.

Entered ___ day of _____, 2012.        _____
                                             THE HONORABLE PATTI B. SARIS
                                             UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

  I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] ORDER ON PLAINTIFFS' SEVENTH UNOPPOSED MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO DEFENDANT KING/MONARCH** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  December 27, 2012          /s/ Kathryn B. Allen
                     Kathryn B. Allen
                     Kirby McInerney LLP
                     825 Third Avenue
                     New York, NY 10022
                     (212) 371-6600