**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 Civil Action No. 01-12257-PBS Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

**JANUARY 2013 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for January 2013, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  January 2, 2013

Respectfully submitted,

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By:   /s/ Joanne M. Cicala_____
Joanne M. Cicala

*Counsel for the State of Iowa*

1

**January 2013 Status Report for the State of Iowa**

**Settlement Order of Dismissal**

On December 27, 2012, plaintiff filed its seventh unopposed motion to extend the 90-day settlement order of dismissal of claims against the remaining defendant King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc. ("King/Monarch Group") by an additional 30 days.  The proposed order provides that claims against defendant King/Monarch Group shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action after January 30, 2013 if settlement is not consummated. *See* Docket No. 8240, Sub-Docket No. 164.  This motion remains *sub judice.*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 2nd day of January, 2013, she caused a true and correct copy of the above January 2013 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: January 2, 2013

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600