UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>v.<br><br>*Abbott Laboratories, et al.* | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No. 07-12141<br>(original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB)<br><br>Judge Patti B. Saris |

### [PROPOSED] ORDER ON PLAINTIFF'S SEVENTH UNOPPOSED MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO DEFENDANT KING/MONARCH

Saris, U.S.D.J.

The Court having reviewed Plaintiff's Seventh Unopposed Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiff and defendants King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group") in the above-entitled action;

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional 30 days until January 30, 2013.

SO ORDERED by the Court.

Entered 3 day of January, 2013

THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE