UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### KLINE & SPECTER'S WITHDRAWAL FROM MOTION FOR MODIFICATION OF LEAD CLASS COUNSEL'S ALLOCATION OF FEES TO INCLUDE TIME AND EXPENSE INCURRED IN RELATED STATE COURT ACTIONS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Kline & Specter, P.C. hereby withdraws from participation in the Motion for Modification of Lead Class Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions.

_____
Shanin Specter, Esquire
Kila Baldwin, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102-3712

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, January 14, 2013, Kline & Specter, P.C.'s Withdrawal from Motion for Modification of Lead Class Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions was duly filed with the Court through ECF and served on all counsel of record, via Lexis/Nexis File & Serve.

/s/ Barbara Carberry, Legal Assistant

2