UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>v.<br><br>*Abbott Laboratories, et al.* | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No. 07-12141<br>(original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB)<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER ON PLAINTIFF'S EIGHTH UNOPPOSED MOTION TO EXTEND THE 90-DAY ORDER OF DISMISAL AS TO DEFENDANT KING/MONARCH**

Saris, U.S.D.J.

The Court having reviewed Plaintiff's Eighth Unopposed Motion to Extend the 90-Day Order of Dismissal and having been advised that additional time is needed to conclude settlement discussions, finalize settlement papers and/or obtain required signatures provided for by the settlements between plaintiff and defendants King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc. (collectively "King/Monarch Group") in the above-entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional 30 days until March 1, 2013.

SO ORDERED by the Court.

Entered ___ day of _____, 2013.          _____
                                                THE HONORABLE PATTI B. SARIS
                                                UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

      I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] ORDER ON PLAINTIFF'S EIGHTH UNOPPOSED MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO DEFENDANT KING/MONARCH** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  January 29, 2013                                                             /s/ Kathryn B. Allen
                                                                      Kathryn B. Allen
                                                                       Kirby McInerney LLP
                                                                       825 Third Avenue
                                                                       New York, NY 10022
                                                                       (212) 371-6600