# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br><br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br><br>Master File No: 01-12257-PBS<br>Subcategory Case No: 03-10643-PBS<br><br><br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that S. Craig Holden, Kelly J. Davidson, Elissa F. Borges, M. Hamilton Whitman, and the law firm of Ober, Kaler, Grimes & Shriver, A Professional Corporation, hereby withdrawals their appearance as counsel in the above-captioned matter for Defendants Wyeth and Wyeth Pharmaceuticals Inc. (collectively "Wyeth"). This matter was resolved as to Wyeth by a Notice of Voluntary Dismissal of Plaintiffs' Claims Against Wyeth filed February 11, 2011.

Dated:    January 30, 2013

2599946 v.1

OBER, KALER, GRIMES & SHRIVER, A Professional Corporation


By:    /s/ Kelly J. Davidson
     Kelly J. Davidson
     (*admitted pro hac vice*)

     100 Light Street
     Baltimore, Maryland 21202
     (410) 685-1120

     *Attorneys for Defendant Wyeth*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 30th day of January 2013, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was delivered to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

                /s/
                Kelly J. Davidson