FILED
IN CLERKS OFFICE

2013 JAN 31  P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS

John K. D'Auria, Execut[or]
Estate of Vincent & Gerri D'Au[ria]
102 Princeton Ave
Brick, N.J. 08724

Hon. John Joseph Moakley
Office of the Clerk of the Court
U.S. Courthouse
1 Courthouse Way
Boston, Mass. 02210

Re: AWP TRACK 2 CLASS 3
Settlement
VINCENT & GERRI DAURIA
CLAIM NO. 9826
(Orig. check No 9315)

Dear Hon. John Joseph Moakley:

As Executor of my mother and father's estate (Vincent and Gerri D'Auria), I am writing to you because I have been getting the "run around" by the Administrator of the above-referenced settlement in my attempt to satisfy the above referenced claim number.

It appears that the Administrator crossed its records and now is non-responsive to my quest to have this matter settled fairly.

Specifically, in July, 2012 I received two (2) mailings from the Administrator. The first mailing came in the name of one of my parents who was deceased. I followed the directions and voided the check and submitted it with a letter and all of the required documentation to have it re-issued.

The second mailing was in the name of both parents and arrived days later. Inasmuch as both my parents are deceased, I followed the same exact procedure to have this second check re-issued: On August 3, 2012, I sent back the voided check for $35.00 together with a letter, copies of death certificates and my designation as Executor of the estate.

Subsequently, I received a re-issued check associated with the first mailing — a check in a smaller amount for the one parent.

I never received the second check for $35.00 that was in the name of both parents.

On October 16, 2012, I called the Administrator's office and was told that someone will research the matter and call me back. No one did!

On November 12, 2012, I called again and spoke with "Hzyzcv" who placed me on hold for a long time but he seemed to get to the heart of the matter and that the fact that two checks were issued caused the records to cross and intertwine. He saw this and said that he will "escalate this matter up." I never heard anything more!

On December 4, 2012, I called again and spoke to "Sue". She acknowledged that the issue had been escalated up in November by Hayzel. She made some comments that too much time had elapsed and I may have been out-of-time. Of course, I was incensed to hear this when I had been pushing this since August 3 2012!!! Finally, she told me, after an extensive "hold", the check was up for re-issuance but I must wait 4 to 6 weeks! Nothing happened!

On January 28, 2013, I called again and spoke with Ebony who could not provide me with any additional information. No help whatsoever!

My only recourse, at this point, in an effort to get justice for my deceased parents, is to write to you. I did everything that I was asked to do. That is acknowledged. The Administrator crossed the records associated with the final and second mailings and has been unresponsible.

Please help me.

Sincerely yours,

John K. D'Aurizi