UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *State of Iowa*<br><br>*v.*<br><br>   *Abbott Laboratories Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 07-12141<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## FEBRUARY 2013 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for February 2013, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: February 1, 2013

                                                    Respectfully submitted,

                                                  **KIRBY McINERNEY, LLP**
                                                  825 Third Avenue
                                                  New York, New York 10022
                                                  (212) 371-6600

                               By:   /s/ Joanne M. Cicala_____
                                                  Joanne M. Cicala

                                                  *Counsel for the State of Iowa*

1

## February 2013 Status Report for the State of Iowa

**Settlement Order of Dismissal**

On January 29, 2013, plaintiff filed its eighth unopposed motion to extend the 90-day settlement order of dismissal of claims against the remaining defendant King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc. ("King/Monarch Group") by an additional 30 days. The proposed order provides that claims against defendant King/Monarch Group shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action after March 1, 2013 if settlement is not consummated. *See* Docket No. 8249, Sub-Docket No. 167. This motion remains *sub judice*.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of February, 2013, she caused a true and correct copy of the above February 2013 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: February 1, 2013

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600