UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
_____

IN RE: PHARMACEUTICAL INDUSTRY           MDL No.  1456
AVERAGE WHOLESALE PRICE LITIGATION
_____           Civil Action: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:                     Judge Patti B. Saris
ALL ACTIONS

_____

## MOTION TO FILE REPLY MEMORANDUM

The undersigned respectfully moves the Court for leave to file a Reply Memorandum in Support of Motion to Compel Disclosure of Fee Agreement between Lead Counsel and Kline & Specter, attached hereto as Exhibit 1.

Lead Counsel oppose this motion.

Dated:  February 4, 2013                    /s/ Kent M. Williams
                                            Kent M. Williams
                                            WILLIAMS LAW FIRM
                                            1632 Homestead Trail
                                            Long Lake, MN  55356
                                            (763) 473-0314

                                            ONE OF THE CLASS COUNSEL FOR
                                            PLAINTIFFS

## RULE 7.1 CERTIFICATION

The undersigned certifies pursuant to Local Rule 7.1 that he has conferred with Lead Counsel and unable to resolve the issues raised in this motion.

Dated: February 4, 2013                     /s/ Kent M. Williams
                                            Kent M. Williams

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNOPPOSED MOTION TO FILE REPLY MEMORANDUM** and **EXHIBIT 1** to be served on all counsel of record via electronic service to be filed with the Clerk of this Court and served electronically on all registered parties via the Court's CM/ECF system.

Dated: February 4, 2013                    /s/ Kent M. Williams
                                           Kent M. Williams, Esq.