UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>v.<br><br>*Abbott Laboratories, et al.* | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No. 07-12141<br>(original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB)<br><br>Judge Patti B. Saris |

**PLAINTIFF'S NINTH UNOPPOSED MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO DEFENDANT KING/MONARCH**

Plaintiff State of Iowa ("plaintiff") hereby moves the Court to extend the 90-day Order of Dismissal of July 7, 2011 ("90-Day Order of Dismissal") (Docket No. 7657, Sub-Docket No. 122) a ninth time, to allow an additional 30 days to conclude settlement discussions with King Pharmaceuticals, Inc., King Research and Development and Monarch Pharmaceuticals Inc. (collectively "King/Monarch" or "King/Monarch Group"), obtain requisite signatures and file the necessary papers with the Court before the Order of Dismissal becomes final.  Defendant King/Monarch Group is the sole defendant remaining in the case, and does not oppose or object to the further extension of the 90-Day Order of Dismissal (Docket No. 7657, Sub-docket No. 122).

At a hearing on June 23, 2011, plaintiff reported to the Court that, except for one defendant, it had settled or reached agreements in principle to resolve all claims against all other

defendants in this action, including the King/Monarch Group.[1]  Plaintiff further reported that it would take some time to draft and negotiate the details of the settlement documents, obtain the requisite signatures and file formal dismissal papers.  Thereafter the Court entered an Order of Dismissal on July 7, 2011 allowing the parties 90 days to finalize the settlement.  (Docket No. 7657, Sub-Docket No. 122).  At the request of plaintiff and various settling defendants, the 90-day period was extended to December 5, 2011 by Electronic Court Order on October 6, 2011, and extended a second time to February 3, 2012 by Order dated December 9, 2011 (Docket No. 7982, Sub-Docket No. 144).  On February 16, 2012, the Court entered the parties' third joint motion to extend the settlement order of dismissal to May 3, 2012.  See the Court's February 16, 2012 Electronic Order.  On May 4, 2012, the 90-day period was extended again, until August 1, 2012, when the Court entered the parties' Fourth Joint Motion to Extend the 90-day Order of Dismissal as to Certain Defendants.  *See* Docket No. 8147.  On August 10, 2012, the Court entered the parties' Fifth Joint Motion to Extend the 90-Day Order of Dismissal and extended the 90-day period to October 30, 2012.  *See* Docket No. 8186, Sub-Docket No. 158*.*  On October 31, 2012, the Court entered plaintiff's Sixth Unopposed Motion to Extend the Order of Dismissal as to Defendant King/Monarch by another 30 days until December 31, 2012.  *See* Docket No. 8214, Sub-Docket No. 161.  On December 27, 2012, the Court entered plaintiff's Seventh Unopposed Motion to Extend the Order of Dismissal as to Defendant King/Monarch by another 30 days until January 30, 2013.  See Docket No. 8240, Sub-Docket No. 164.  On January 29, 2013 the Court entered plaintiff's Eighth Unopposed Motion to Extend the Order of Dismissal as to Defendant King/Monarch by another 30 days until March 1, 2013.  *See* Docket No. 8249, Sub-Docket No. 167.

---

[1] Iowa and the last defendant have since reached a settlement in principle, which was subject to a separate extended order dismissal and time frame.

In the time since July 7, counsel for Iowa and all the settling defendants, including the King/Monarch Group, have negotiated diligently and in good faith on the terms of each respective settlement agreement and related documents.  Plaintiff has finalized settlements and submitted formal dismissals for all defendants covered by the Court's 90-day Order of Dismissal of July 7, 2011 (Docket No. 7657, Sub-Docket No. 122), except for the King/Monarch Group. Despite their efforts, plaintiff and defendant King/Monarch need additional time to finalize negotiations, obtain requisite signatures and submit all necessary documents with the Court. Plaintiff does not anticipate problems finalizing their respective settlements and filing all necessary documents with the Court by April 1, 2013.

For the foregoing reasons, it is respectfully requested that the Court modify its 90-day Order of Dismissal of July 7, 2011 to allow plaintiff and defendant King/Monarch Group up to and including April 1, 2013 to file the requisite documents with the Court seeking dismissal with prejudice pursuant to their settlement.

Dated:  February 27, 2013

**KIRBY McINERNEY LLP**

By: /s/ Joanne M. Cicala  _
Joanne M. Cicala
825 Third Avenue
New York, New York 10022
(212) 371-6600

*Counsel for the State of Iowa*

## **CERTIFICATE OF SERVICE**

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing **PLAINTIFF'S NINTH UNOPPOSED MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL AS TO DEFENDANT KING/MONARCH** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  February 27, 2013                                  /s/ Kathryn B. Allen
                                                           Kathryn B. Allen
                                                           Kirby McInerney LLP
                                                           825 Third Avenue
                                                           New York, NY 10022
                                                           (212) 371-6600