# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, Inc., et al.* | ) ) ) Judge Patti B. Saris ) ) ) ) |

## MARCH 2013 STATUS REPORT ON BEHALF OF
## THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for March 2013, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: March 1, 2013

        Respectfully submitted,

        **City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

        **KIRBY McINERNEY, LLP**
        825 Third Avenue
        New York, New York 10022
        (212) 371-6600

By:  /s/ Joanne M. Cicala_____
      Joanne M. Cicala

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**March 2013 Status Report on Behalf of the
City of New York and New York Counties**

**Settlement Orders of Dismissal**

On February 28, 2013, plaintiffs requested to extend the 90-day settlement order of dismissal of claims against the remaining defendant King Pharmaceuticals Inc., King Research and Development, and Monarch Pharmaceuticals Inc. ("King/Monarch Group") by an additional 30 days. See Plaintiffs' [Corrected] Ninth Unopposed Motion to Extend the 90-Day Order of Dismissal as to Defendant King-Monarch Group [Docket No. 8263, Sub-docket No. 350]. The proposed order provides that claims against defendant King/Monarch Group shall be dismissed without cost and without prejudice of any party, upon good cause shown, to reopen the action after April 1, 2013 if settlement is not consummated. *See Id*. This motion remains *sub judice*.

**CERTIFICATE OF SERVICE**

I, Kathryn B. Allen, hereby certify that on the 1st day of March 2013, I caused a true and correct copy of the above March 2013 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: March 1, 2013

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600

3