**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Master File No.: 01-CV-12257-PBS Subcategory Case No. 07-12141 (original S. D. Iowa No. 4:07-cv-00461- JAJ-CFB) |
| THIS DOCUMENT RELATES TO: | |
| *State of Iowa* | Judge Patti B. Saris |
| *v.* | |
| *Abbott Laboratories, et al.* | |

**[PROPOSED] ORDER ON PLAINTIFF'S [CORRECTED] NINTH UNOPPOSED
MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL
AS TO DEFENDANT KING/MONARCH**

Saris, U.S.D.J.

The Court having reviewed Plaintiff's Ninth Unopposed Motion to Extend the 90-Day

Order of Dismissal and having been advised that additional time is needed to conclude settlement

discussions, finalize settlement papers and/or obtain required signatures provided for by the

settlements between plaintiff and defendants King Pharmaceuticals Inc., King Research and

Development, and Monarch Pharmaceuticals Inc. (collectively "King/Monarch") in the above-

entitled action:

IT IS ORDERED that the time period to reopen the action if settlement is not

consummated in the Settlement Order of Dismissal dated July 7, 2011 is extended an additional

30 days until April 1, 2013.

SO ORDERED by the Court.

Entered 4 day of March, 2013.

THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE