IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL ) <br> INDUSTRY AVERAGE ) <br> WHOLESALE PRICE LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *United States ex rel. Linnette Sun and* ) <br> *Greg Hamilton, Relators* ) <br> *v.* ) <br> *Baxter Healthcare Corporation* ) <br> ) <br> Case No. 08-CV-11200-PBS ) <br> _____ ) <br> ) <br> *United States of America ex rel.* ) <br> *Ven-A-Care of the Florida Keys, Inc. v.* ) <br> *Baxter Healthcare Corporation and* ) <br> *Baxter International, Inc.* ) <br> ) <br> Case No. 10-CV-11186-PBS ) <br> _____ ) | MDL No. 1456 <br> Master File No. 1:01-CV-12257-PBS <br> Sub-Category Case Nos. 1:08-CV-11200-PBS <br>   & 1:10-CV-11186-PBS <br><br> Judge Patti B. Saris |

### SUN/HAMILTON'S CONDITIONAL EMERGENCY
### MOTION TO CONTINUE EVIDENTIARY HEARING

Plaintiffs-Relators Linnette Sun and Greg Hamilton ("Sun/Hamilton"), by their undersigned counsel, hereby move to continue the evidentiary hearing currently scheduled for March 18-19, 2013, in the event this Court denies All Parties' Joint Motion for a Briefing Schedule in Lieu of Evidentiary Hearing, filed on March 12, 2013 (Dkt No. 211).  In support of this Motion, Sun/Hamilton state as follows.

1. An evidentiary hearing in the above-captioned cases is currently scheduled for March 18-19, 2013 for the sole purpose of determining whether the

Sun/Hamilton Relators were first-to-file claims against Baxter Healthcare Corporation ("Baxter") for pricing fraud on Baxter's Advate product.

   2. On March 12, 2013, all parties to the evidentiary hearing filed All Parties' Joint Motion for a Briefing Schedule in Lieu of Evidentiary Hearing.  Sun/Hamilton anticipated that if that motion were to be denied, they would then present the live testimony of Mr. Hamilton at the evidentiary hearing on March 18-19, 2013 (Ms. Sun passed away on December 24, 2013) (*see* All Parties' Joint Motion for a Briefing Schedule in Lieu of Evidentiary Hearing, fn.1, p. 2).

   3. Counsel for Sun/Hamilton learned this morning, March 14, 2013, that Mr. Hamilton underwent a medical procedure on Wednesday, March 13, 2013, which involved him receiving an epidural and steroid shots to address two herniated disks and an acute tear.  Mr. Hamilton is now heavily medicated, and his appearance at the evidentiary hearing on Monday, March 18, 2013, is not feasible.  Although counsel for Mr. Hamilton knew previously of his back issues, until today, March 14, 2013, counsel had been assured that Mr. Hamilton would be available for the evidentiary hearing on March 18.  That is no longer the case.

   4. Therefore, if this Court denies All Parties' Joint Motion for a Briefing Schedule in Lieu of Evidentiary Hearing and orders the parties to go forward with the evidentiary hearing, Sun/Hamilton request that the evidentiary hearing be continued to some date after March 31, 2013.

   WHEREFORE, Plaintiffs-Relators Linnette Sun and Greg Hamilton request that this Court continue the March 18-19, 2013 evidentiary hearing to some date after March 31, 2013.

-3-

Dated:  March 14, 2013             Respectfully submitted,

                                   LINNETTE SUN and GREG HAMILTON


                                   By     /s/ David J. Chizewer
                                          One of Their Attorneys

Terry F. Moritz                    Mark Allen Kleiman
David J. Chizewer                  LAW OFFICE OF MARK ALLEN KLEIMAN
GOLDBERG KOHN LTD.                 2907 Stanford Avenue
55 East Monroe Street – Suite 3300 Venice, California  90292
Chicago, Illinois  60603           (310) 306-8094
(312) 201-4000

Lauren John Udden                  Frederick M. Morgan, Jr.
15 West Carrillo Street – Suite 101B  Jennifer M. Verkamp
Santa Barbara, California  93101   MORGAN VERKAMP LLC
(805) 879-7544                     700 Walnut Street – Suite 400
                                   Cincinnati, Ohio  45202-2015
                                   (513) 651-4400

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on March 14, 2013, he caused a true and correct copy of the foregoing **SUN/HAMILTON'S CONDITIONAL EMERGENCY MOTION TO CONTINUE EVIDENTIARY HEARING** to be served via electronic mail, as a courtesy, and/or as indicated below, upon the following counsel of record:

James J. Breen
THE BREEN LAW FIRM
5755 North Point Parkway – Suite 260
Alpharetta, GA  30022
jbreen@breenlaw.com
*Via Electronic Mail & Federal Express*

Peter E. Gelhaar
DONNELLY, CONROY
  & GELHAAR, LLP
One Beacon Street – 33rd Floor
Boston, MA  02108
peg@dcglaw.com
*Via Electronic Mail*

Alison W. Simon
ALISON W. SIMON, P.A.
7800 S.W. 52 Ct.
P.O. Box 430457
Miami, FL  33243
asimon@awsimon.com
*Via Electronic Mail*

C. Jarrett Anderson
ANDERSON LLC
1409 Wathen
Austin, TX  78703
jarrett@anderson-llc.com
*Via Electronic Mail & Federal Express*

John E. Clark
Rand J. Ricklin
GOODE CASSEB JONES
  RIKLIN CHOATE & WATSON
2122 North Main Avenue
P.O. Box 120480
San Antonio, TX  78212
clark@goodelaw.com
riklin@goodelaw.com
*Via Electronic Mail*

Justin Draycott
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue
Washington, DC  20530
justin.draycott@usdoj.gov
*Via Electronic Mail & Federal Express*

Merle M. DeLancey, Jr.
J. Andrew Jackson
Matthew W. Turetzky
David Gunn
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC  20006-2403
delanceym@dicksteinshapiro.com
jacksona@dicksteinshapiro.com
turetzkym@dicksteinshapiro.com
gunnd@dicksteinshapiro.com
*Via Electronic Mail & Federal Express*

Carmen M. Ortiz
George B. Henderson, II
UNITED STATES
  ATTORNEY GENERAL'S OFFICE
1 Courthouse Way – Suite 9200
Boston, MA  02210
*Via U.S. Mail*

| | |
|---|---|
| Diana Shumans<br>Assistant Attorney General<br>OFFICE OF THE<br>  ATTORNEY GENERAL<br>Medicaid Fraud Control Unit<br>The Capitol PL-01<br>Tallahassee, FL  32399-1050<br>*Via U.S. Mail* | Edwin Godley Winstead, Jr.<br>UNITED STATES<br>  ATTORNEY'S OFFICE – DENVER<br>1225 17th Street, East – #700<br>Denver, CO  80202<br>*Via U.S. Mail* |

      /s/ David J. Chizewer
      David J. Chizewer