**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br>_____ | )<br>)<br>)<br>) |
| | ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>          *v.*<br>*Baxter Healthcare Corporation*<br><br>*Case No. 08-CV-11200-PBS*<br>_____ | )<br>) Master File No. 1:01-CV-12257-PBS<br>)<br>) Sub-Category Case Nos.<br>) 1:08-CV-11200-PBS &<br>) 1:10-CV-11186-PBS<br>)<br>) Judge Patti B. Saris<br>) |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Baxter Healthcare Corporation and Baxter International, Inc.*<br><br>*Case No. 10-CV-11186-PBS*<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX OF EXHIBITS TO SUN/HAMILTON'S PRE-HEARING**
**MEMORANDUM IN SUPPORT OF THEIR FIRST-TO-FILE POSITION**

-i-

## INDEX

*A whistleblower and its "pit bull,"*
    THE NATIONAL LAW JOURNAL & LEGAL TIMES, February 7, 2011.............EXHIBIT A

February 16, 2000 letter from the Office of the New York
    Attorney General, Medicaid Fraud Control Unit ........................................EXHIBIT B

January 28, 2013 Transcript of Deposition of Baxter's Corporate
Representative, Michael Bradley
    Bradley Deposition Exhibit 2
    Bradley Deposition Exhibit 7
    Bradley Deposition Exhibit 8
    Bradley Deposition Exhibit 9
    Bradley Deposition Exhibit 10
    Bradley Deposition Exhibit 13
    Bradley Deposition Exhibit 14 .......................................................EXHIBIT C

November 28, 2012 Transcript of Proceedings ......................................................EXHIBIT D