BRADLEY
DEPOSITION EXHIBIT
9



# US Pricing Strategy

## Advate Pricing Core Team

## 12/16/02

## Discussion Document

~AUTOFILE 1

BAX STATE E 0447977

# Agenda

- Objectives
- Key Assumptions
- Recommendation
- Rationale
- Contingencies/ Risks
- Next Steps

~AUTOFILE  2

BAX STATE E 0447978

# Objective

- Develop a pricing strategy that does all of the following things...

  - Optimizes revenue

  - Maximizes conversion

  - Gives us flexibility to maneuver throughout launch

  - Is justifiable to the community (customers)

  - Is reasonable and defensible to both government and private payers

~AUTOFILE  3

BAX STATE E 0447979

# Assumptions

- AWP is publicly available price data

- ASP not transparent to public; should not be disclosed to public

- Rely on Red Book as the key reference for prices (not responsible for First Data Bank)

- Must have consistent % difference

- Difficult to increase price; easier to decrease price

~AUTOFILE 4

BAX STATE E 0447980

# Assumptions

- Advate should be positioned as the premier product over Gen IIs

- The community expects to be charged a premium (over highest price product)

- Premiums > 23% are considered "prohibitively expensive"

- With current market position, do not want to compete on price

~AUTOFILE  5

BAX STATE E 0447981

## Assumptions:
## Helixate FS is right reference

| Product | First Data Bank | Red Book (November) |
|---|---|---|
| Kogenate FS | 2.03 | 2.03 |
| Helixate FS | 1.63 | 1.63 (currently 1.38) |
| Refacto | 1.36 | 1.36 |
| Recombinate | 1.63 | 1.33 |

~AUTOFILE  6

BAX STATE E 0447982

# Assumptions: Prices quoted to Homecare are similar

| Product | Estimated Homecare prices |
|---|---|
| Kogenate FS | 0.85 |
| Helixate FS | 0.85 |
| Refacto | 0.85 |
| Recombinate | 0.83 |

~AUTOFILE 7

BAX STATE E 0447983

# Recommendation:
## 15% premium over Helixate FS AWP: $1.87

Optimizes revenue
- +$20M in 2003 revenue v. par
- +$65M in 2004 revenue v. par

Maximizes conversion
- Strong balance between conversion and price; will develop advocates for conversion

Flexibility to maneuver
- Can decrease later; difficult to increase
- Don't want to compete on price

Justifiable to community
- Fair premiums with strong rationale for all stakeholders

Defensible to CMS
- Consistent with our documented processes

~AUTOFILE  8

BAX STATE E 0447984

# Recommendation:
# Estimated AWPs at Launch

| Product | First Data Bank | Red Book (November) |
|---------|-----------------|---------------------|
| Kogenate FS | 2.03 | 2.03 |
| **ADVATE** | **TBD by FDB** (Estimate: 2.34) | **1.87** |
| Helixate FS | 1.63 | 1.63 (currently 1.38) |
| Refacto | 1.36 | 1.36 |
| Recombinate | 1.69 (Est.) | 1.35 |

~AUTOFILE 9

BAX STATE E 0447985

# Recommendation:
# Estimated HCC Pricing at Launch

| Product | Estimated HCC Pricing |
|---|---|
| **ADVATE** | **1.04** |
| Kogenate FS | 0.85 |
| Helixate FS | 0.85 |
| Refacto | 0.85 |
| Recombinate | 0.85 |

AUTOFILE  10

BAX STATE E 0447986

# Rationale: Pricing at Premium Optimizes Revenue

## rFVIII H2 2003 Revenue at Par versus Premium

| | Advate at Par to Recombinate | | | Advate at Premium | | |
|---|---|---|---|---|---|---|
| | Units | ASP | $Rev (M) | Units | ASP | $Rev (M) |
| Recombinate | 248 | $0.85 | $211 | 308 | $0.85 | $262 |
| Advate | 175 | $0.85 | $149 | 115 | $1.04 | $120 |
| Total | 423 | | $360 | 423 | | $381 |

~AUTOFILE 11

BAX STATE E 0447987

# Rationale: Par converts more units; however, homecare advocacy can help to overcome this

| | % Pop. | % Units | Q3&Q4 Units (MAU) | % Conversion @ $0.85 | % Conversion @ $1.04 | Units @ $0.85 | Units @ $1.04 |
|---|---|---|---|---|---|---|---|
| 0-6 | 16% | 11% | 47 | 100% | 70% | 47 | 33 |
| 7-12 | 17% | 22% | 93 | 62% | 40% | 58 | 37 |
| 13-18 | 19% | 30% | 127 | 47% | 30% | 59 | 38 |
| 19-31 | 17% | 17% | 72 | 16% | 10% | 11 | 7 |
| >32 | 31% | 20% | 85 | 0% | 0% | 0 | 0 |
| Totals | 100% | 100% | 423 | 41% | 27% | 175 | 115 |

- Adult conversion increases at prices *below* par

BAX STATE E 0447988

# Rationale: Easier to decrease rather than increase

- Very difficult to justify price increases to community, payers, once price is established

  – Medicaid states are a key example

- Can lower prices later if necessary

- Want to compete on merits of products and services offered

~AUTOFILE 13

BAX STATE E 0447989

# Rationale: Fair premium within range of expectations

- Advate is significant advance in technology

- Customers expect a premium to current gen II products

- Premium is within range of what was expected

- Simultaneously positions Advate at a premium to Gen II while maintaining an 8% discount to Kogenate FS AWP

~AUTOFILE 14

BAX STATE E 0447990

# Rationale: Answers constituents key questions

| Constituent | Sensitivity to Price | Issues to Manage |
|---|---|---|
| Patients | Least sensitive to price; adults are most sensitive, price savvy | Program to capture adults<br><br>Need to address question of lifetime caps |
| Nurses | Concerned about helping patients navigate insurance coverage and lifetime caps | Need to address question of lifetime caps<br><br>Demonstrate that premium is fair and shouldn't be a barrier to prescribing |
| Physicians | Most know factor is expensive, but do not know price<br><br>Sensitive to societal cost impact | PHS physicians are often aware of price, need to be able justify with them<br><br>Demonstrate that premium is fair and shouldn't be a barrier to prescribing |
| Payers | Most know factor is expensive, but do not know price; expect 13% premium | Do not want to trigger utilization management |
| Homecare | Sensitive to their price<br><br>Concerned about payer scrutiny | Provide them with letters of justification to submit with claims to payers<br><br>Establish new codes for Medicare |
| NHF/ Chapters | Want to make sure companies are not gouging public | Educate them about the rationale behind 15% premium over Helixate (manage their expectations)<br><br>Ensure no barriers to getting endorsement by MASAC that can be used with payers |

AUTOFILE 15

BAX STATE E 0447991

# Rationale: Following our documented process

- As per legal, keeps a consistent 78% difference (average of Baxter FVIII products)

- Use of dossier support for the premium cost justification

  – Pharmacoeconomics

  – Investments made new technology development and manufacturing facility

  – Liability issues

~AUTOFILE 16

BAX STATE E 0447992

# Contingencies/ Risks

Potential Risk

- Aventis does not increase Red Book to $1.63

- Payers switch from AWP to other basis for reimbursement

Plan

- Advate AWP $1.82 (20% over Recombinate)

- Continue plan to differentiate Advate into new class of therapy

~AUTOFILE 17

BAX STATE E 0447993

# Contingencies/ Risks

Potential Risk

- Conversion rate not satisfactory

- Competitors discount below $0.80 (prior to launch)

Plan

- Assess whether conversion could be improved with price
- Re-evaluate pricing

- Assess whether gaining position
- If yes, implement 20% over Recombinate strategy

~AUTOFILE 18

BAX STATE E 0447994

# Next Steps

- Tools & Tactics
  - Send List Price updates to First Databank and Red Book: Res. Mike Bradley
  - Target States that don't use AWP for Medicaid reimbursement: Res. Mike Bradley
  - Applying for new J-code strategy (intermediate use of Q-code): Res. Mike Bradley
  - Justification letter for Homecare to use with payers: Res. Mike Bradley
  - Pricing justification letter to key customers: Res. Jill Kadam
  - Customer talking points & FAQ training for sales & marketing team by Health Economics team: Res. Jill Kadam and Mike Bradley
  - PR plan for senior customer team (Pete, Ken, Jim, Ted): Res. Jill Kadam

- Creative Pricing Options
  - Strategies for Medicaid/ care, PHS, VCC: Res. Andrew Thorrens, Jill Kadam, Mike Bradley
  - Comprehensive analysis of "out-of-the-box" options: Res. Andrew Thorrens, Jill Kadam, Bernadette Connolly
    - Packaging options
    - Promotions
    - Therapy pricing options

- Playbook
  - Detailed plans with timing & responsibility: Andrew Thorrens cord.
  - Contingency planning: Res. Andrew Thorrens

BAX STATE E 0447995

# Next Steps

- US Pricing Retreat #2: Res. Jill Kadam, Bernadette Connolly, John Park
  - Creative Pricing breakout
  - Developing tools & tactics
  - Detailed work planning

- Follow up to Deerfield Sept. Kick-off
  - Complete in Q1 03

- Medicare/Medicaid Strategy: Res. Mike Bradley

- Complete by Q2 03

- Payer simulations: Res. Mike Bradley, John Park
  - Dossier training
  - Negotiation strategies

- Complete by Q2 03

~AUTOFILE  20

BAX STATE E 0447996

# Sources

- North America Nurse Advisory Board
- Simon-Kucher study
- Roger Green study
- Covance global dossier
- Washington State University abstract
- BioScience Strat Plan
- NA/Global Demand Models
- First Data Bank/ Red Book
- NA Pricing Retreat #1 (Deerfield)
- Competitive Simulation #2 (Westlake)

~AUTOFILE 21

BAX STATE E 0447997

BRADLEY
DEPOSITION EXHIBIT
10

CASE 1:01-cv-12257-PBS   Document 8281-5   Filed 04/09/13   Page 24 of 77

# *Baxter*

July 26, 2002

Michael Bradley
Director Healthcare Economics
Baxter BioScience
1627 Lake Cook Road
Deerfield, IL. 60015

Kay Morgan
First Data Bank
The Hearst Corporation
1111 Bayhill Drive
Suite 350
San Bruno, CA 94066

Dear Kay:

Michael Heggie forwarded me your e-mail correspondence of July 15, 2002 setting forth the data fields First Databank uses in developing its price reports, together with your comments as to First Databank's price reporting methodology. We appreciate your taking the time to explain the process. Baxter Healthcare Corporation, like First Databank, is vitally interested in assuring that pricing information concerning our therapeutics is clear, accurate, and based on the experience in the marketplace.

The current business and published prices of Baxter BioScience (formerly Baxter Hyland Immuno) do not fit into the assumptions that First Databank normally uses as discussed in your e-mail. For that reason, I want to explain the pricing data that we can submit and the context in which it is commonly used. I hope that in this fashion you can properly assess this information in deciding how you determine it should be reported.

Baxter BioScience does not currently sell its therapeutics directly to wholesalers for resale on their own accounts; hence, we do not publish a Wholesale Acquisition Cost, WAC or WHN as that term is defined in your email. Baxter BioScience has always understood the term wholesaler to refer to full line wholesalers that deal in all classes of pharmaceuticals, as well as health and beauty aids. Wholesalers are distinct from specialty distributors, such as biological distributors, to whom Baxter BioScience has sold some of its therapeutics. Contrary to the assertion in your e-mail, Baxter BioScience has not been selling its therapeutics to wholesalers, even when they attempted to place orders. While some wholesalers have separate divisions set up as specialty distributors, merely quoting a price over the telephone would not establish that they actually are purchasing and distributing our therapeutics on their own accounts.



Nor does Baxter BioScience currently have a "direct price" as defined in your e-mail. The only currently published price which Baxter BioScience can submit is its "List Price". There too, Baxter BioScience has always set and utilized its List Price different from the definition and assumptions set forth in your e-mail. Baxter BioScience has always regarded its List Price as a manufacturer's suggested resale price. Specifically, it is more appropriately used as a suggested price from a provider (such as a hospital or clinic) to a patient. As such, it would already contain a mark up from a wholesaler (if one was even involved) and the provider. To add additional mark up to this List Price would be an error. On occasion, Baxter BioScience has offered and sold therapeutics at List Price to customers that do not have a regular account with us, as a courtesy price. The List Price for Baxter BioScience is the highest price we quote, but the vast majority of our customers receive discounts from this price, often substantial ones.

Accordingly, your e-mail has only one appropriate category for Baxter BioScience's List Price, that is as a Suggested Wholesale Price, or SWP. As stated in your e-mail, "SWP is the AWP suggested by the manufacturer". We believe that under the circumstances, our List Price is most appropriately treated by you as an SWP. The most current Baxter BioScience List Prices which should be regarded as SWP's are as follows: Please see Attachment A.

HIGHLY CONFIDENTIAL

**Attachment A**

| NDC | Product Name | Size / Activity Units | Old List | New List (SWP) (7/26/02) |
|---|---|---|---|---|
| 00944-2620-01 | Gammagard® S/D, Immune Globulin Intravenous (Human), Solvent detergent Treated | 0.5 gram | $64.80 | $64.80 |
| 00944-2620-02 | Gammagard® S/D, Immune Globulin Intravenous (Human), Solvent detergent Treated | 2.5 gram | $238.50 | $252.33 |
| 00944-2620-03 | Gammagard® S/D, Immune Globulin Intravenous (Human), Solvent detergent Treated | 5 gram | $477.00 | $504.65 |
| 00944-2620-04 | Gammagard® S/D, Immune Globulin Intravenous (Human), Solvent detergent Treated | 10 gram | $954.00 | $1009.30 |
| 64193-250-50 | Iveegam EN, Immune Globulin Intravenous (Human) | 5 gram | $408.00 | $412.80 |
| 00944-2938-01 | Recombinate™ Antihemophilic Factor (Recombinant) | 220-400 | $1.30 | $1.33 |
| 00944-2938-02 | Recombinate™ Antihemophilic Factor (Recombinant) | 401-800 | $1.30 | $1.33 |
| 00944-2938-03 | Recombinate™ Antihemophilic Factor (Recombinant) | 801-1240 | $1.30 | $1.33 |
| 54129-0222-04 | Feiba® VH, Anti-Inhibitor Coagulant Complex, Vapor Heated | 400-1200 | $1.53 | $1.55 |
| 00944-2935-01 | Hemofil® M Antihemophilic Factor (Human), Method M, Monoclonal Purified | 220-450 | $0.98 | $1.00 |
| 00944-2935-01 | Hemofil® M Antihemophilic Factor (Human), Method M, Monoclonal Purified | 451-849 | $0.98 | $1.00 |
| 00944-2935-01 | Hemofil® M Antihemophilic Factor (Human), Method M, Monoclonal Purified | 850-1240 | $0.98 | $1.00 |
| 54129-0244-02 | Bebulin® VH Factor IX Complex, Vapor Heated | 500-700 /factor IX units | $0.58 | $0.63 |
| 00944-0581-01 | Proplex® T Factor IX Complex, Heat Treated | 700-3900 /factor VII units | $0.35 | $0.39 |
| 00944-0491-01 | Buminate® Albumin (Human), USP, 5% Solution | 250 mL | $83.00 | $82.19 |
| 00944-0491-02 | Buminate® Albumin (Human), USP, 5% Solution | 500 mL | $166.00 | $164.38 |
| 00944-0490-01 | Buminate® Albumin (Human), USP, 25% Solution | 20 mL | $26.12 | $25.31 |
| 00944-0490-02 | Buminate® Albumin (Human), USP, 25% Solution | 50 mL | $83.00 | $82.19 |
| 00944-0490-03 | Buminate® Albumin (Human), USP, 25% Solution | 100 mL | $166.00 | $164.38 |

Thank you again for furnishing the information on how First Databank interprets pricing data submitted to it. If you have any questions regarding Baxter BioScience List Prices as set forth in this letter, please contact me at the above address or call 925-372-9096.

Very truly yours,

HIGHLY CONFIDENTIAL

Case 1:01-cv-12257-PBS   Document 8281-5   Filed 04/09/13   Page 27 of 77

Michael Bradley

HIGHLY CONFIDENTIAL

BAX MDL E 1937348

BRADLEY
DEPOSITION EXHIBIT
13

# Recombinant Factor VIII Business Plan
# 2004-2005



EXHIBIT

_13_

PENGAD 800-531-6989

1

HIGHLY CONFIDENTIAL

## Executive Summary

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

## I. Situation Analysis

### Disease State Overview:

#### Hemophilia

Hemophilia is a genetically inherited x-linked blood clotting disorder that primarily affects males; women can carry the disorder without demonstrating any symptoms. As the X chromosome is only present once in men (XY), men are much more likely than women, who have two X chromosomes (XX) to experience the symptoms associated with hemophilia, since the non h-linked X would be dominant in these carrier women. However, for those women that are carriers, each pregnancy has a 1 in 4 chance that the child will be a boy with hemophilia. When the father has hemophilia and the mother is not a carrier, the hemophilia gene will be passed onto their daughters, who will later become carriers; however, the son will not become a carrier.

The body depends upon certain blood clotting proteins, or factors, to stop bleeding after an injury, and also to promote the healing process. There are a total of 10 main factors that work together to initiate the clotting process. If one factor is missing in the chain, effectively breaking the chain, the clots cannot properly form, and the bleeding continues.

There are two main types of hemophilia: hemophilia A and hemophilia B (also known as Christmas disease). While both hemophilia A and B are caused by the lack of a specific clotting factor, hemophilia A is caused by a deficiency of Factor VIII, and hemophilia B is caused by a deficiency of Factor IX. The majority of people with hemophilia suffer from hemophilia A, with approximately 80% - 85% of the community having hemophilia A. There are essentially 3 clinical variations:

- Severe:     <1/% FVIII activity
- Moderate:   1-5% FVIII activity
- Mild:       >5% FVIII activity

It is estimated that 54% of the hemophilia population are severe, 19% are moderate and 27% are mild.

#### Incidence, Prevalence and Symptoms

While exact population figures are difficult to obtain, the National Hemophilia Foundation (NHF) estimates that there are 15,000 – 17,000 hemophilia A patients in the U.S. .Worldwide, the figure is estimated to be approximately 350,000. The World Health Organization (WHO) estimates that approximately 10,000 new babies are born each year (worldwide) with hemophilia.

While one in every 5,000 males is diagnosed with Hemophilia A, there is no known geographical or ethnic variation in the prevalence of hemophilia A. The discernable differences become apparent when evaluating survival rates, which hinge upon availability of medical care. It has been estimated that adequate care is available to only 25% of the affected global population, and those who are treated are primarily from industrialized countries. In the United States, adequate treatment is available to most of the affected population, and the general standard of care is considered high.

2

BAX MDL S 0989588

The main symptom associated with severe hemophilia A is internal bleeding. Typical target areas include the muscles of the upper arm, forearm and the upper leg. Typical target joints include the knee, elbow, and ankles. Associated with these types of bleeds is acute pain, particularly if the bleed goes untreated. Typically, a person with severe hemophilia A experiences an average of 35 bleeds per year, which can result in damage to cartilage and joints, as well as crippling arthritis, loss of muscle mass, and joint disease. Treatment of these symptoms can be as minor as on-demand infusion, or as major as prolonged hospitalization, or the forced use of crutches, canes, or wheelchairs. The result of these treatments can range from extended school absences to prolonged leaves from employment.

## Historical Therapies

Initial treatment in the 1940s and 1950s included only whole blood or plasma. While there was advancement to cryoprecipitate in the 1960s, treatment between 1966 and 1979 remained largely unchanged, as demonstrated in the following timeline:

- 1940s: Whole Blood
- 1950s: Fresh Frozen Plasma
- 1960s: Cryoprecipitate
- 1966: FVIII Concentrate (HEMOFIL)
- 1983: Heat-treated Concentrate (HEMOFIL T)
- 1987: Monoclonal Antibody (MAb) Purification (HEMOFIL pdAHF)
- 1988: Solvent/Detergent MAb Purification (HEMOFIL M pdAHF)
- 1992: Recombinant FVIII (RECOMBINATE rAHF)
- 2003: Recombinant FVIII – PFM (ADVATE rAHF-PFM)

A growing concern during this time was the appearance of inhibitors, which are antibodies that attack and destroy Factor VIII proteins that are contained in the factor therapy. Approximately 15% of (primarily severe) hemophilia A patients develop inhibitors, and while inhibitors are still a concern, Baxter developed the first anti-inhibitor coagulant complex (FEIBA) that significantly reduced this issue.

More recently, viral safety has become the predominant concern since it was discovered in the late 1980s that viruses were transmitted through the use of hemophilia factor therapies that were made with tainted blood donations. The HIV and HCV epidemics of the 1980's and 90's highlighted the vulnerability of hemophilia patients to the transmission of unknown blood-borne infections -- most patients with severe hemophilia became infected with HIV and HCV. It was not possible to predict the extent and consequences of the AIDS epidemic or of HCV transmission in the hemophilia population, nor the costs of treating these complications of transfusion therapy. In the wake of the HIV and HCV epidemics among hemophilia patients treated with plasma-derived FVIII in the 1980s, patients' trust in the oversight of their health care systems has been eroded. The costs of correcting and treating viral infections transmitted through blood have been extremely high and, in addition, substantial liability of public health systems around the world has followed viral infections of hemophilia community via blood products.

As a result, extremely stringent product testing and more robust viral inactivation steps have been instituted. In 1988, Baxter introduced the first monoclonal antibody purified solvent detergent treated Factor VIII therapy, called HEMOFIL M, that offered a factor therapy that was free of viruses such as HIV, hepatitis B and hepatitis C (HCV). Although effective detection and treatment of HIV and HCV has to large extent eliminated them as a major concern for factor replacement therapy, of greater concern today is the risk of infection with currently unknown or emerging viruses and other infectious agents, such as prions, that are less well understood:

- Variant Creutzfeld-Jacob disease (vCJD), a prion
- West Nile Virus (WNV)
- Hepatitis G Virus (GBV-C/HGV)
- TTV, a nonenveloped virus
- SEN-V, a nonenveloped virus potentially related to hepatitis transmission

As a consequence, there is a large amount of government, medical community and patient support for using safer, plasma- and albumin-free rFVIII products. The medical advisory boards of the US National Hemophilia

3

Foundation and the Association of Hemophilia Care Directors of Canada have publicly stated the need for rFVIII products that do not use animal- or human-derived substances in the development/manufacturing process due to possible risk of both known and unknown viral and prion transmission.

Currently, there are two types of factor therapies available, those being plasma derived and recombinant FVIII. While there have been great strides made to increase the safety of plasma derived FVIII therapies, Baxter introduced a revolutionary new FVIII therapy to the market in 1992 that incorporated recombinant technology to produce the first non-plasma-derived FVIII therapy treatment. This revolutionary new product, RECOMBINATE rAHF, offered people with hemophilia a level of safety that had not been available before in any prior product. Since the release of RECOMBINATE rAHF, other manufacturers have followed suit and have offered similar products to the market. While many of our competitors suffered debilitating shortages that spanned a close to 3-year time period, Baxter is the only manufacturer that has consistently increased the units available to the market since it's introduction of RECOMBINATE rAHF to the market in 1992. In 2003, Baxter again continued its tradition of innovation by introducing ADVATE rAHF-PFM to the market, which is the first recombinant factor therapy that contains no plasma or human albumin. Baxter made this factor therapy available to the market in accordance with the MASAC #141 guideline that states:

- "All efforts should be made to remove human albumin from recombinant factor VIII products."
- "Increased efforts should be made to eliminate human and bovine proteins from the manufacturing process of recombinant products."

## Market Overview:

### Recombinant FVIII Market Size

In the United States, approximately 75% of people with hemophilia use a recombinant FVIII therapy and approximately 25% use a plasma-derived FVIII. At the November 2003 MASAC Meeting, ADVATE was placed into a separate categaory of rFVIII. The published recommendation should be available in the near future.

The U.S. rFVIII market currently greater than 900MAU sold is estimated to be growing at 5-6% annually due to the following factors:

- Plasma users continue to switch to rFVIII therapies due to their higher safety profile
- Baxter, Bayer, Aventis and Wyeth shares of voice promoting rFVIII therapies
- Therapy programs continue to advocate greater prophylaxis use
- Demographics continue to shift toward a larger and heavier (kg's) pool of hemophilia A patients

The following graph depicts this estimated growth through 2005. Accordingly, one share point equates to ~10MAU. This growth rate is expected to slow in the following years, and will be reassessed in 2005.

4

HIGHLY CONFIDENTIAL

BAX MDL S 0989590



As identified, there are approximately 15,000 – 17,000 hemophilia A patients currently living in the U.S., 54% of which are diagnosed severe, 19% moderate, 27% mild.  Given that severe patients typically experience 35 bleeds per year and moderate and mild patients treat much less frequently, the vast majority of FVIII units are infused by the severe population.  Accordingly, the rFVIII patient base driving unit sales is estimated to be ~6,500 patients:

- An average of 16,000 hemophilia A patients * 54% severe * 75% on recombinant therapies results in an estimate of 6,480 severe hemophilia A rFVIII patients (2,160 patients are treated with plasma-derived therapies).
- A second calculation is derived by extrapolating homecare patient data we have from the Caremark and HRA databases.  Combined, these two homecare companies service 1,551 recombinant hemophilia A patients (as of March 2004) and represent approximately 24% of total Baxter redistribution.  This translates to an estimate of 6,454 hemophilia A rFVIII patients, very close to our first estimate.

Historically generic prescriptions have been the norm, although this is changing with product availability. There is significant downward pricing pressure from competitors, which is expected to increase through 2004 as the rFVIII surplus continues. The competition is evaluating alternate methods of distribution, such as the pharmacy benefits manager and direct contracting with the payers. In some cases they are beginning to make arrangements with these new customers. One of the major initiatives in 2004 will be to assess a new business model across Baxter BioPharmaceuticals. While RECOMBINATE rAHF has somewhat unfavorable reimbursement as compared to our competitors, ADVATE reimbursement is more in line with competition. New HPPA & OIG Guidelines will continue to make it very difficult to reach the consumer directly.

### Customers

The majority of Baxter's rFVIII units are distributed through its Homecare Companies, with the majority of those units going through our VCCs (Volume Commitment Customers).  The two largest VCC customers are Accredo/HHS and Caremark.  Sales by customer segment for ADVATE and Recombinate are shown separately below:

5

HIGHLY CONFIDENTIAL





**Patients:**

According to the MRB report published in April 2000, those patients who use rFVIII are typically younger patients and are generally HIV negative.  Many are pediatric or adolescent patients born after 1992 who have never infused with a plasma-derived product, although all age groups are currently using rFVIII products including ADVATE.  Unless there is an inhibitor development, most pediatric patients will never infuse with a plasma-derived product.

Many of the rFVIII consumers are on a prophylaxis regimen (three to four times per week), as the progression of primary and secondary prophylaxis was noted to have increased by approximately 2.8% in the year 2000.  More recent data was not readily available at this time (MRB, April, 2000).

There is no clear data that references the racial mix of these patients, so outside of the fact that the majority of people who have hemophilia are male, an assumption is made that the mix is similar to the general population.

Market research done by Baxter and Homecare companies in early 2003 prior to the ADVATE launch provided the following insights in terms of consumer concerns:  Out of 120 people surveyed (23% patients, 77% caregivers or family members), 91% said added safeguards against viral transmission would be the most important factor in changing to a new, theoretically safer FVIII therapy, followed by low rate of inhibitor development, and no addition of human or animal proteins.  Approximately half the respondents said a needle-less reconstitution device, higher IU vial size and lower diluent volume would make a new therapy more convenient for them; and 45% would switch to a new therapy with one or more of these improvements after they knew both the clinical data and that others had used it successfully over a period of time.

~~additional research regarding patient awareness levels~~

**Clinicians:**

6

HIGHLY CONFIDENTIAL

BAX MDL S 0989592

There are approximately 346 physicians and 288 nurse coordinators actively involved with hemophilia patients. Key hemophilia thought leaders are typically associated with HTCs (see below for definition). Nurse coordinators also play an important role in patient care, including treatment and product selection. Recognizing the importance of the clinician, Baxter has the following advisory boards:

- Hemophilia Nurse Partnership: Provides direction and feedback with our hemophilia strategies and tactics
- N.A. ADVATE Clinician Board: Consists of ADVATE research nurses and physician investigators who consult on hemophilia strategies and speak on behalf of ADVATE.

Currently, hospital pharmacists are not a target audience. However, this is a group of professionals that may become important for hospital product selection and as we begin a stronger ADVATE surgery campaign. Our clinicians are segmented by patient population (adult, pediatric or both), rAHF-PFM clinical experience (investigator or not) and desire to switch patients to ADVATE (immediately, over time, never).

███████████████████████████████

**Hemophilia Treatment Centers (HTCs):**
Studies have demonstrated that comprehensive clinical care benefits the person with hemophilia, caregivers and the community. Dr. Peter Levine studied the benefits of comprehensive care over a ten year period and found that by the tenth year all of the following decreased:
- Average number of days spent in the hospital
- Average days missed from school or work
- Out of pocket hemophilia-related expenses
- Total cost of treatment
- Unemployment

There are approximately 155 comprehensive care or Hemophilia Treatment Centers (HTCs) in the United States. 44 of these are publicly funded 340B entities and receive discounted Public Health Sector (PHS) pricing. Roughly 18% of all Baxter recombinant units sold are channeled through PHS HTCs. Another 6% of unit sales are placed with other non-PHS hospitals and blood banks.

**Homecare Companies (HCCs):**
Weekly, sometimes daily, treatment of hemophilia necessitates the need for home treatment. As a result, Homecare Companies (HCCs) play a very important role in the treatment of hemophilia. Historically, 70% of all Baxter recombinant units sold are channeled through HCCs with nearly 90% of those units sold to our top 14 accounts.

Our top 13 homecare company customers have signed Volume Commitment Contracts (VCCs) with Baxter to purchase set minimums at specified pricing. These contracts allow for annual 5% price increases and include minimum purchases for RECOMBINATE rAHF through 2004 and beyond, and HEMOFIL M negotiated annually. During 2003 several of these customers added ADVATE to their contract and in some cases extended the length of the contract.

The Home Care companies by virtue of their continual/ intimate contact with the patients on a regular basis were originally thought to be a critical element to drive the successful launch of ADVATE. Several strategies were determined early on to engage the VCCs in the ADVATE launch process. A contracting strategy was developed to not only add ADVATE to the existing VCC contract but to extend the contracts beyond the current end date of 2004 plus to lock up additional units in 2004.

Med panel market research indicated that of the patients who knew about ADVATE six months post launch, none of them got the information from their homecare company. Given the high level of contact between patients and the homecare companies, this lack of homecare as a source of information is disappointing. Additionally, the lack of homecare cooperation in actively moving patients from Recombinate to ADVATE has been a good indicator for the lack of either motivation of effectiveness on the part of the HCC. Future efforts towards HCCs will involve working with those that are willing to drive conversion but in general not putting any effort into driving programs with the HCCs.

**Biological Distributors:**

7

BAX MDL S 0989593

After taking RECOMBINATE rAHF off allocation, we offered Biological Distributors the chance to buy RECOMBINATE rAHF. The role Biological Distributors will play in the distribution of ADVATE is currently under evaluation. The amount of product they purchased in 2003 was minimal.

**National Hemophilia Foundation:**
The National Hemophilia Foundation (NHF) was founded over 50 years ago in order to foster awareness about hemophilia and advertise the need for state-of-the-art research. Today, the NHF positions itself as the recognized leader in promoting bleeding disorder clinical and scientific investigations. The NHF is non-for-profit organization that provides news (Medical Advisories, Legislative Updates, Industry Press Releases), plans events (Annual meeting, Washington Day, lobbying events), promotes research (grants program), provides resources (HANDI, e*Notes, HTC Directory) and develops programs. Two of the NHF's larger programs include their capital campaign for research development, "It's Time for a Cure" and their multi-pronged patient program, "National Prevention Program." The NHF also sponsors a bi-monthly journal for all members titled "HEMAware." The NHF has approximately 66 local chapters throughout the country that organize a variety of community outreach activities. The annual NHF meeting, as well as winter and fall chapter meetings, continue to be an excellent opportunity for Baxter to deliver key messages directly to patients.

Baxter continues to support the NHF. On an annual basis Baxter donates $1,500,000 to the NHF to sponsor a Fellowship program and close to an additional $500,000 for other program support.

**MASAC:**
MASAC is the Medical and Scientific Advisory Council of the NHF. Key hemophilia thought leaders sit on this council to create guidelines for treatment of hemophilia therapy. MASAC Recommendation is #89 that states, "Manufacturers of recombinant products are strongly encourage to remove human albumin from their products. Development, regulatory review, and licensure of non-albumin containing recombinant factor concentrates should be expedited." We have leveraged this guideline to drive physicians to quickly convert patients from currently available FVIIIs to ADVATE rAHF-PFM. Baxter Medical Affairs is working with MASAC to pass new guidance that recommends the prescribing and usage of plasma/albumin-free method rFVIII once commercially available in the US. At the MASAC meeting in November 2003, there was a new recommendation accepted which will put Advate in a separate category. It is not the full recommendation for ADVATE specifically which had been the goal but should be fairly positive and useful in presenting to payers. The published recommendation is expected by the end of the year.

**Hemophilia Federation of America:**
The Hemophilia Federation of America (HFA) is a national, non-profit advocacy organization established for and directed by persons with hemophilia and their families. The Federation exists for the sole purpose of serving its constituents as a patient advocate for, but not limited to, product safety, treatment, insurance and quality of life issues in a positive and pro-active manner. Its mission is to serve the needs of all families with coagulation disorders and complications of treatment, such as HIV and HCV. HFA publishes a newsletter titled, "Dateline Federation." HFA is a much smaller organization compared to the larger and more well known, National Hemophilia Foundation. Baxter is just beginning to establish a working relationship with HFA.

**Company**

*[There is providing company situation - there are a number of SWOT items that must be detailed here]*

**Baxter (RECOMBINATE rAHF):**
The key to success for ADVATE rAHF-PFM will be the combined effort of the team successfully converting the base of RECOMBINATE rAHF patients to ADVATE rAHF-PFM while successfully transferring the same "value" attributes associated with RECOMBINATE rAHF to ADVATE rAHF-PFM, with the additional added value of it being the ultimately safest factor therapy available.

**Competition**

**Bayer (Kogenate FS):**

8

BAX MDL S 0989594

Bayer has struggled in the hemophilia marketplace due to a number of negative occurrences. Some of those negative occurrences have been the alleged dumping of tainted plasma-derived product in the Far East, as well as a massively failed attempt to go direct to the consumer, thereby cutting out the HCCs, HTCs, and others. As a corporation, Bayer also faced harsh criticism from the U.S. Government for making the drug Cipro difficult to obtain after the events of September 11th – Cipro is the only drug on the market that can be used to treat anthrax. In fact, Bayer faced revocation of their proprietary patent for Cipro had they not come to an agreement with the US Government. Other manufacturing issues led to the severe shortage experienced in the market a few years ago. The events leading up to this shortage were set in motion by Bayer's decision to immediately discontinue Kogenate upon offering Kogenate FS. What Bayer didn't count on was the manufacturing issues that delayed the manufacture and availability of Kogenate FS, leaving them with no product offering. Their actions so outraged the community that they were banned from attending the national NHF Meetings in 2000 and 2001.

In 2002, Bayer announced that they would slowly be able to rebuild their manufacturing capabilities, but that didn't come without issue. Low potency would not become available until the fall of 2002, and numerous product recalls led to an inability to offer room temperature storage. Furthermore, Kogenate FS is not available in Super High (1500 IU/vial) potency. Despite these challenges, many caregivers and young patients prefer the smaller 2.5mL diluent size (vs. 10mL for Recombinate and 5mL for ADVATE), although this too carries a potential disadvantage: "lose a drop, lose a lot." Lastly, Bayer's touted "albumin-free formulation" (removal of human albumin from the final processing phase) is viewed by some as an advancement nearly on par with ADVATE's plasma/albumin-free processing. While technically untrue, this is one example (along with price reductions, longer half-life R&D) of how Bayer attempted to blunt ADVATE's launch.

In October 2003, Bayer announced that it intended to sell its plasma business, excluding Kogenate FS. While it was rumored that CSL was looking to purchase that division, CSL ultimately acquired Aventis Behring. Bayer's plasma business remains on the market.
In 2004, Bayer initiated a plan to contract directly with PBMs across the country to serve as a sole source supplier of factor product to that PBM's customers. After receiving a negative reception from the community, who viewed this as a way to restrict access to product, Bayer elected to abandon this plan and notified its partners that it would be withdrawing from their contractual agreements.

In 2004, Bayer reps have been informing customers of their intent to include the BioSet needle-less transfer device in all Kogenate FS boxes (timing ~Q3). This device has tested well with patients and nurses prior to its inclusion in the box primarily due to its pre-filled syringe, although a product filter is not incorporated into this device. Lack of this key safety feature relative to Baxject's 150-micron filter may prove to be a weakness for BioSet. Bayer reps have also been indicating Kogenate FS will achieve room temperature storage in the "near future."

**Aventis-Behring (Helixate FS):**
Aventis-Behring does not manufacture its own rFVIII. Instead, Helixate FS is manufactured by Bayer, and is distributed by Aventis. Since Aventis is merely the distributor, they are subject to all of Bayer's production and quality issues. When Bayer experienced all of the supply issues a few years ago with the introduction of Kogenate FS, and the subsequent discontinuation of Kogenate, Aventis suffered the same issues by default. While Bayer is often still subject to a negative market image, Aventis, conversely, enjoys a very positive image in the marketplace. One of the most positive perceptions of Aventis is that they are the leader in educational offerings, and share a strong partnership with those in the marketplace. Although Aventis and Bayer offer the same product under different trade names, Aventis has been able to differentiate itself from Bayer with its educational offerings. In August, 2003, Aventis introduced their version of the Factor Assist Program, named Choice Assurance. The major advantage that Factor Assist still has over Choice Assurance is that Factor Assist is applicable to *all* patients, while Choice Assurance does not cover Medicare patients.

While it was previously rumored that Aventis and Bayer would merge, that did not prove to be the case in 2003, as that merge was officially called off. However, recent market intelligence indicates that Aventis may be pulling back from their previous funding levels within the NHF, as well as within other patient organizations.

In April, 2004, CSL Limited, an Australian company, announced that it had completed its March 31st, 2004 acquisition of Aventis Behring. CSL is a group of companies that develops, manufactures, and markets pharmaceutical products of biological origin. The new company, named ZLB Behring, would be housed in the CSL Human Health Division. The CSL Human Health Division included not only the new ZLB Behring, but

9

HIGHLY CONFIDENTIAL

also included CSL Bioplasma and CSL Pharmaceutical. As a result of this acquisition, it appears that the North American hemophilia market will receive less (monetary) resources than was previously offered by Aventis Behring. Additionally, competitive intelligence confirmed that ZLB Behring would not be moving forward with their AB Choice Program, which was to be a rival to the Baxter Factor Assist Program. Further competitive intelligence confirmed that ZLB Behring would not have access to Bayer's BioSet needle-less reconstitution device, which would put them at a competitive disadvantage.

**Wyeth (ReFacto):**
Wyeth, formerly Genetics Institute, is a large pharmaceutical company that consists of two powerhouse companies (Wyeth and American Home Products). Baxter teamed up with the former GI in the 1980's to develop RECOMBINATE rAHF. Today, Wyeth openly and strategically takes leadership credit for the development of RECOMBINATE rAHF, which is the world's first genetically engineered rFVIII. Wyeth has a broad portfolio of products to treat hemophilia, including the world's first recombinant FIX (BeneFIX), an "albumin-light" B Domain Deleted (BDD) rFVIII, a hepatitis vaccine, and bone morphogenic protein to rebuild joint cartilage. Because Wyeth has never produced a plasma-derived factor concentrate, the market perceives them as a technological leader and has not experienced the backlash that some of the other pd FVIII manufacturers have endured.

While Wyeth has a solid reputation in the market, its recombinant factor offering – ReFacto – has not provided Wyeth the spectacular results that it had expected. Some of the unexpected results that ReFacto users have experienced are unreliable dosing and pharmacokinetic endpoints, such as lower percent response to first infusion, lower half life, greater mean dose, greater median dose and greater breakthrough bleeds relative to other FVIII products. Recently, Wyeth announced that it was changing the amount of protein that is currently contained in each of the nominal potencies, and that they were going to increase it by 20%; however, they would not be changing the nominal potencies. Their hope is that this additional 20% would put the actual results in line with what the expected results should be as far as half life and dosing. This change was initially approved by the EU, and was followed by FDA approval in August, 2003. This change, of course, comes close on the heels of the November, 2002 voluntary label changes that Wyeth instituted to address the following:

- Warning of high titer inhibitor development in PTPs. The insert now states that "patients using ReFacto should be monitored for the development of factor VIII inhibitors. If expected factor VIII activity plasma levels are not attained, or if bleeding is not controlled with an appropriate dose, an assay should be performed to determine if a factor VIII inhibitor is present".
- Reports from EU and US regarding low recovery and break-through bleeding with patients utilizing ReFacto prophylatically. The actual number of reports remains unconfirmed.

Wyeth's market share has decreased approximately 1 percentage point from 6% in 2001 to 5% in 2002. An excerpt from IMS in July states that "In July, Refacto IMS monthly sales continue to be under pressure, down 4/5% year over year to $2.8 million. Second quarter reported ReFacto sales decreased by 8% to 10.6 million, compared to IMS reported sales of $10.8 million. ReFacto uptakes continues to be impacted by changes in the market supply of Factor VIII products overall as well as changes to the ReFacto label."

Another hurdle that Wyeth has to address is that ReFacto utilizes the chromogenic assay test, which is rarely used in the United States (it is much more common in Europe). The basic issue is that there are differences between the one-stage and chromogenic assay measurements with ReFacto that are typically not found with other full-length FVIII products. In fact, ReFacto is the only factor therapy that uses this particular test. This presents issues for clinicians who are unfamiliar with using the chromogenic assay test, or with those physicians who utilize a lab that doesn't perform that particular assay test. One bright spot for Wyeth's product offering is that ReFacto is available in a Super High (2,000 IU/vial) potency, the highest assay available on the market.

Wyeth is currently conducting trials for their third generation ReFacto, which will go by the name ReFacto AF. Although Wyeth positions ReFacto AF as superior to Advate because of the removal of the monoclonal antibody in exchange for a synthetic ligand and a superior viral removal step in addition to the existing S/D step that is utilized in the manufacture of ReFacto, market intelligence tell us that there have been three patients who have experienced the onset of inhibitors, with one patient having a low titer inhibitor, and the other two patients have high titer inhibitors. While it still remains unknown as to the effect this will have on the approval of ReFacto AF, one would imagine that these were not the expected results that Wyeth had hoped

10

BAX MDL S 0989596

for.  Additional market intelligence confirmed that Wyeth filed an application for ReFacto AF on April 30th, 2003.

## Product Profile:

### Product Description

ADVATE rAHF-PFM is Baxter's latest technological advancement in the treatment of hemophilia A.  It is the first and only plasma/albumin-free recombinant factor VIII that combines unsurpassed pathogen safety of a plasma/albumin-free method and the proven efficacy of the RECOMBINATE rAHF Factor VIII molecule to help people with hemophilia A prevent and control bleeding episodes.  Unlike other factor VIII therapies, ADVATE rAHF-PFM is processed without the addition of human or animal plasma proteins and albumin (blood-derived components) in the cell culture process, purification or final formulation, eliminating the risk of infections caused by viruses and prions that can be carried in these protein additives.  The development of ADVATE rAHF-PFM was based on the same molecule as RECOMBINATE rAHF to provide a therapy with the same proven effectiveness.

ADVATE rAHF-PFM has been approved by the U.S. Food and Drug Administration (FDA) for the prevention and control of bleeding episodes and in the perioperative management of patients with hemophilia A.

ADVATE rAHF-PFM may be stored at room temperature for a period of up to six months, or until the expiration date, whichever is sooner.  It can also be stored refrigerated, without the diluent added to it for a period of 18 months or until the expiration date, whichever is sooner.  ADVATE rAHF-PFM should not be placed in the freezer.

### Plasma/Albumin-Free Processing

Production of ADVATE rAHF-PFM begins at Baxter's state-of-the-art biotechnology facility in Neuchatel, Switzerland.  This facility was designed for, and is dedicated to, the processing of recombinant therapies.  The facility covers 10,000 square meters (108,000 ft$^2$), and the Neuchatel operation employs more than 430 highly-skilled people from 22 countries.  This new facility represents a $130 million investment to meet current and future demands for ADVATE rAHF-PFM therapy.  Both Suites A and B at this facility have received FDA approval to produce ADVATE rAHF-PFM for the U.S.

At the initial stage, the recombinant DNA technology used to process ADVATE required a "host" cell.  The first advance in bringing ADVATE to market was the selection and adaptation of a cell line to produce rFVIII.  The Chinese hamster ovary (CHO) cell was chosen for the following reasons:

- The cell line has been very well studied and characterized,
- It has proven successful in producing other recombinant proteins,
- It is capable of consistent oligosaccharide processing,
- It is scalable to large volumes, and
- It is very resistant to infection by human viruses

**Cell Culture:**
Years ago during the development of ADVATE rAHF-PFM, one single clone of the RECOMBINATE rAHF-producing CHO cell was selectively isolated and adapted to consistently express high levels of rFVIII in a cell culture medium free of human or animal plasma proteins and albumin.  This single CHO cell was then allowed to multiply for many generations in this plasma/albumin-free medium creating a large pool of host cells from which ADVATE rAHF-PFM is produced.  Because no human or animal plasma proteins and albumin are used in the CHO-cell culture medium for ADVATE rAHF-PFM processing, these cells have now been successfully isolated from any new and emerging pathogens that could be carried in these protein additives.

CHO cells are cultured using a continuous chemostat perfusion process.  Fresh medium is added and rFVIII-containing conditioned medium is removed at the same rate.  The chemostat process maintains the CHO cells

11

in a steady-state growth phase that is optimal for producing rFVIII. The CHO cells also express von Willebrand factor (vWF), which acts as a stabilizer and protector of the fragile rFVIII during cell culture. ADVATE's cell culture medium contains a proprietary solution of plant-derived materials (amino acids, salts, sugars and vitamins), but no human or animal plasma proteins and albumin. Cell density, nutrient levels and by-product removal are consistently monitored and maintained for a period of weeks. Note: the chemostat perfusion techonology is a modification of the RECOMBINATE rAHF process, which uses a batch re-feed technology.

**Purification and Viral Inactivation:**
The rFVIII-rich medium removed from the culture vessel goes through a series of purification and viral inactivation steps. The first step is sterile filtration. The filtered medium is then purified in a stepwise fashion, using multiple chromatography columns to separate rFVIII from the impurities.

Immunoaffinity chromatography using monoclonal antibodies (MAb) is the cornerstone of the purification process. MAb recognize and bind to the rFVIII. rFVIII is held in place while the vWF and impurities are washed away. The MAb used in the process are expressed by hybridoma cells that are adapted to grow in a culture medium devoid of human- or animal-proteins and albumin. This is a marked difference from all other currently available rFVIII therapies which continue to use human or animal plasma proteins and albumin in their MAb cell culture medium. Monoclonal antibody purification technology has been used for over a decade in purifying plasma-derived and recombinant FVIII concentrates, and has a proven safety record with over six billion units of recombinant FVIII and untold billions of units of plasma-derived FVIII purified to date.

The next purification step is cation exchange chromatography, which takes advantage of electrical charge differeneces to separate rFIII from the impurities.

The next step is solvent/ detergent treatment, a dedicated viral inactivation step added to the new process (not used with the processing of RECOMBINATE rAHF). Solvent/ detergent treatment is a proven highly effective viral inactivation method that preserves the integrity of the rFVIII molecule.

The final purification step is anion exchange chromatography. This also takes advantage of the electrical charge differences between rFVIII and any remaining impurities. Upon completion of this step, bulk containers of rFVIII are ready to be shipped for final formulation at Baxter's form/ fill facility in Vienna, Austria.

**Final Formulation and Lyophilization:**
The final stage of processing, formulation and lyophilization (freeze-drying), is completed at Baxter's Vienna, Austria facility. Steps in this process include sterile filtration, aseptic filling of vials, and lyophilization of the fluid. Final formulation includes the addition of plasma protein- and albumin-free stabilizing and bulking agents and aseptic filling of vials. The replacement of human serum albumin used as a stabilizing agent in RECOMBINATE rAHF with non-protein stabilizers represents an important technological advance. ADVATE rAHF-PFM's stabilizers include salts, sugars, and amino acids. Specifically, trehalose (a sugar) is the primary stabilizer, while mannitol acts as a bulking agent.

Upon completion of this process, the actual potency and quantity of each ADVATE rAHF-PFM lot is determined. After this, each lot is transported to Baxter's final packaging facility in Lessines, Belgium. Final containers provide a concentrated rFVIII therapy that is processed without the addition of any human or animal plasma protein and albumin.

### Clinical Data

To date, the safety and efficacy of ADVATE rAHF-PFM have been evaluated in more than 150 patients with severe or moderately severe hemophilia A in clinical trials. There are seven clinical studies included in the development program for ADVATE rAHF-PFM:

- Pivotal Study with Previously Treated Patients (PTP) – study of safety and efficacy completed
- PTP Continuation Study -- ongoing, long-term study of patients who completed pivotal trial
- Surgery study – ongoing to evaluate ADVATE rAHF-PFM in prevention of bleeding during minor and major surgeries and dental procedures

12

- Pediatric study – ongoing study to evaluate safety and efficacy of ADVATE rAHF-PFM in patients under age 6
- Japanese Study – completed, required for registration in Japan
- Previously Untreated Patients – planned to begin in January 2004
- Phase IV Prophy Study – planned to begin in July 2004

Phase II-III clinical trials evaluated the safety, immunogenicity and efficacy of ADVATE rAHF-PFM in the treatment and prevention of bleeding in previously treated hemophilia patients in a variety of clinical settings:

- **Pivotal Study with Previously Treated Patients (PTP):** The pivotal study of 108 previously treated patients demonstrated that Recombinate and ADVATE rAHF-PFM are bioequivalent; that is, the body handles the biologics in identical fashion in so far as distribution in the body (area under the curve [AUC], recovery and half-life). This study further demonstrated that ADVATE rAHF-PFM stopped 93% of 510 bleeds with 1-2 infusions, and efficacy was considered good/excellent in 86% of bleeding episodes. Additionally, when patients were at least 80% compliant with their prescribed ADVATE rAHF-PFM prophylaxis protocol, they had an average of 4.3 bleeds/year. Less compliant subjects had 9.8 bleeds/year.
- **PTP Continuation Study:** 82 subjects completed the pivotal study and entered into the continuation study. A pharmacokinetic analysis done as part of this study demonstrated that patients' bodies handled ADVATE rAHF-PFM the same way at the beginning of the pivotal study as they did after at least 75 exposure days; that is, ADVATE rAHF-PFM continued its bioequivalence to Recombinate after 75 exposure days. Further, in this study no patients developed immune system inhibitors, and 92% of the participants' bleeding episodes were resolved with 1-2 infusions of ADVATE rAHF-PFM.
- **Pediatric Study:** Preliminary data evaluating use of ADVATE rAHF-PFM in 14 patients under age 6 suggest that ADVATE rAHF-PFM will be efficacious in treating pediatric hemophilia A patients. The October 2004 interim report will include data from 53 pediatric patients.
- **Surgery Study:** Preliminary data from an ongoing study of 41 hemophilia patients who had 44 procedures show ADVATE rAHF-PFM provided bleed control in patients undergoing major, minor and dental surgeries. ADVATE rAHF-PFM was rated excellent/good in its ability to control bleeding during surgery in 43 of 44 procedures; the rating of the remaining procedure was unknown. The ability to control bleeding after surgery was rated excellent/good in all 44 procedures.

ADVATE rAHF-PFM has an excellent safety profile. In clinical trials to date no serious adverse events, e.g. death or hospitalization, were reported as a direct result of treatment with ADVATE rAHF-PFM. The most commonly reported side effects with the use of ADVATE rAHF-PFM include a strange taste, headaches, dizziness and hot flashes. Itching at the infusion site, fever, sweating, chills, nausea, diarrhea, shortness of breath and pain in the upper abdomen or lower chest were also reported in some patients. In 7/108 patients in the pivotal study of previously treated patients who received a total of 12,597 infusions, 19 experienced non-serious adverse events (0.15% overall rate) that were possibly related to ADVATE rAHF-PFM; none of these led to discontinuation from the study.

ADVATE rAHF-PFM has a low incidence of inhibitor formation. As of the latest interim assessment report from our ongoing clinical trials, only one previously treated patient developed a low titer inhibitor, which was not persistent.

Baxter will conduct post-marketing trials with ADVATE rAHF-PFM to continue to obtain safety and efficacy data over long-term use of ADVATE rAHF-PFM in the treatment of hemophilia A. The ADVATE rAHF-PFM post-authorization safety surveillance study (PASS) currently at the investigator IRB approval step is designed to do just this. Other currently identified data gaps for ADVATE rAHF-PFM (July 2004) include pediatric, previously untreated patient (PUP), prophylaxis and ITI-switch data. The Phase III Pediatric study is nearing completion, and Phase IIIb PUP and Phase IV prophylaxis studies are planned to begin in 2004. Lastly, our Medical Affairs department is in the process of identifying and following potential ITI-switch case studies as the develop in the market.

**Packaging**

Current (2003/04):

13

BAX MDL S 0989599

Commercial packaging was developed during the pre-launch phase to provide the hemophilia community with enhanced product convenience and safety relative to currently available recombinant Factor VIII therapies. At the same time, Baxter initiated a global materials-standardization for all ADVATE rAHF-PFM packaging to streamline packaging operations and achieve cost efficiencies. Pre-launch customer surveys helped to establish our initial packaging configuration, which were later refined by Baxter's Hemophilia Nurse Advisory Board. At Baxter's Lessines, Belgium facility, each lot is currently final packaged according to the following:

- The unit carton is made from lightweight biodegradable cardboard
- Four potency ranges have the following nominal values: Low (L) 250AU, Mid (M) 500AU, High (H) 1,000AU and Super High (S) 1,500AU
- Actual potency ranges are 200-400, 401-800, 801-1200 and 1201-1800, respectively (note: the 1500 AU Super High vial is new to ADVATE rAHF-PFM and reduces the number of vials reconstituted per procedure)
- Factor vials have peel-off labels for accurate infusion logging
- A new smaller diluent volume of 5mL results in shorter infusion times for patients (note: RECOMBINATE rAHF contains a 10mL diluent vial)
- Each unit carton contains a hard-blister ancillary pack, with the following ancillaries chosen for patient safety and convenience:
    o One 23-Gauge Vacutainer brand Safety-Lok butterfly needle manufactured by Becton, Dickinson and Company. The needle is easily shielded and secured with one-handed activation. Large, flexible wings improve method of entry during infusion.
    o One 10mL Omnifix Luer Lock syringe manufactured by B.Braun may be used to infuse two vials of ADVATE rAHF-PFM simultaneously. A double-sealing ring allows slow aspiration and an easily noticeable backstop prevents unintentional withdrawal of plunger from barrel.
    o Two alcohol swabs: one for patient's arm, and a second for sterilizing factor and diluent vial lids
    o Two bandages for infusion site care
- One siliconized transfer needle and one siliconized filter needle are currently included for reconstitution and attachment to the butterfly needle. In 2004, our goal is to include one BAXJECT needle-less reconstitution device inside each ADVATE rAHF-PFM's unit carton, reducing the number of steps required for reconstitution and number of needles, thereby making the process quicker, easier and safer (note: the current siliconized transfer and filter needles are unique to ADVATE rAHF-PFM in that both needles are siliconized which eliminate the risk of stopper coring during reconstitution).
- The BAXJECT needle-less transfer device is available separately upon order in 5-packs with any factor purchase. Customer operations will ship these alongside each order, unless BAXJECTs are declined.
- Commercial printing on each unit carton includes:
    o ADVATE brand name, running man icon and branding colors: regal purple and humanity orange
    o Lot number, actual unit potency, expiration date, country of origin and contents description
    o Potency designation: L, M, H or S
    o Storage conditions
    o Stabilizing agents
    o Baxter corporate address and www.advate.com
    o The inner flap was identified as a unique piece of real estate to depict proper instructions for removing internal components
    o Physician and patient-friendly package insert is included inside
- ADVATE rAHF-PFM shelf-life under refrigeration is 18 months post-release (from the time vials are filled in Vienna, Austria)
- ADVATE rAHF-PFM may be stored at room temperature for up to six months, not to exceed the expiration date (note: once at room temperature, ADVATE rAHF-PFM should not be returned to refrigeration).
- Four unit cartons are shrink-wrapped together to form one commercial brick (note: a brick program was implemented in Q3 2003 to educate customers on the new packaging configuration used with ADVATE rAHF-PFM and the many benefits the new ancillary components provide)

**Future (2005+):**

14

HIGHLY CONFIDENTIAL

Since product availability in August 2004, patients, clinicians and homecare representatives have communicated packaging feedback for improvement. ADVATE's larger unit carton size leading to difficulty in storage (in the refrigerator) was identified as the most critical aspect to improve. To fully understand this and other needs, a qualitative Needs Assessment research study was initiated in Q1 2004 in conjunction with 4Sight, Inc., a research and design firm out of New York, NY. Three geographies in the U.S. were chosen for this research: NJ/NY, Chicago and Los Angeles. Through an in-depth interview methodology, the following key findings were discovered:

- **Package Size:** Current ADVATE packaging size is too large/ can't fit in refrigerator/ some patients have gone to every other week delivery or have purchased a second refrigerator for factor. The cubic volume of ADVATE's packaging is roughly twice that of Recombinate's, and it is clear from research that we must reduce the size of packaging to be at least as small as Recombinate's.
- **Ancillaries:** Most ancillaries packaged inside the ADVATE unit carton are wasted as homecare companies and treatment centers provide ancillaries tailored to the individual (different brand or gauge butterfly needle, different size syringe, different bandages/alcohol swabs or gauze pads). Further, our ancillaries are not approved on most hospital formularies so nurses do not have the option to save and utilize unopened ancillaries (they most go in the trash). The consensus is that we should include only the factor vial, diluent vial and one reconstitution device (needles or Baxject) inside our unit carton.
- **Reconstitution Device:** Baxject usage is based on individual preference and the training program employed at the local treatment center. That said, there are three distinct patient segment regarding reconstitution device: 1) Favorably disposed toward Baxject (typically, but not always, younger patients), 2) Prefer needles, but will use Baxject once inside box (probably the largest segment, a mix of patients), and 3) Negatively disposed toward Baxject and will continue to use needles because this is a known and fast routine (typically, but not always, older patients – many feel the lever is confusing and/or leads to residual volumes). On a side note, Kogenate FS's new device BioSet is testing favorably relative to Baxject, although it does not include a product filter. Lastly, it should be noted that almost universally homecare company representatives and nurses indicated we should be putting Baxject inside our unit cartons as their patients have been trained and told to expect this, and it would make their store rooms/ inventory systems much easier to manage.
- **Tamper Evidence Seals:** Tamper evidence features would be a nice to have for some patients, but not required for others (vial caps are a sufficient safety feature for most, although ADVATE's caps do not have a prominent lip and are difficult to pop off), but this would cause complications for homecare companies and hospitals which routinely open boxes to inspect for breakage and/or swap ancillaries. This has become a moot issue recently however, because FDA regulations are expected and product liability is a significant enough concern for us to include these features on all Baxter BioScience products in the near future.
- **Barcoding:** Some customers anticipate having the need (and the required technology) in the future to track inventory via barcoding in order to A) reduce medical error, and B) manage inventory more efficiently. Currently however, most customers do not have this technology. Regulations are expected on this as well, and combined with our tamper evidence initiative all BioScience products will have these in the 2004/5 timeframe.
- **Lot Number/ Potency Stamp:** Lot number data printed on the front panel of the unit carton is difficult to read based on how boxes are bricked front-to-back, and our font size is too small.
- **Dating:** Product dating and/or room temperature conditions are too limiting, especially as compared to Recombinate which had both three years dating at refrigerated or room temperature storage. It should be noted that Recombinate has these storage conditions due to its using albumin during final formulation, which is known to be an excellent stabilizer. For reasons already stated, albumin is not used in the processing or stabilization of ADVATE and storage conditions on par with Recombinate are unlikely to be achieved. Nonetheless, there may be room for improvement (see below and the tactical section).
- **Potency Designation:** More intuitive potency identifications would be preferred. Some expressed confusion regarding the lettering system of potency designation; S = small, M = medium, L = large? Others indicated a color-coding system like Recombinate uses would be preferred. In all cases, the potency stamp needs to be more prominent.
- **Potency Selection:** Lastly, patients would prefer greater potency selection, especially inclusion of a 2,000 – 3,000 unit vial, and/or multi-pack containers with five or ten factor vials inside.

15

BAX MDL S 0989601

As a result of these findings along with 11 months of post-licensure feedback, our team has been working on implementing the following changes through the end of 2004 and 2005 (please see additional details in the tactical section of this business plan):

- **Smaller Box:** Smallest unit carton size possible utilizing upgraded Lessines packaging lines without waiting for Baxject II needle-less reconstitution device.
- **No Ancillaries:** At the same time our smaller unit carton is available, ancillaries will no longer be packaged inside ADVATE's unit carton. We will maintain the flexibility of providing separate ancillary kits to patients in the future if necessary.
- **Baxject/ Baxject II:** Our marketing team is working closely with Regulatory to determine if Baxject in the box will be feasible in 2004, although the current development timeline of Baxject II (a.k.a. Tadpole) completes in Q1 2005 and may allow us to leapfrog Baxject altogether. Related to this decision is the possible requirement to revise Baxject packaging if the chosen smaller box configuration requires it.
- **Tamper Evidence Seals/ Barcoding:** As stated above, the business decision to move forward with these features due to product liability concerns and anticipated FDA mandates has been made.
- **Lot Information Stamps:** These will be incorporated into the Tamper Evident Seal/ Barcode placed on the top panel of the unit carton.
- **Potency Designation:** Our team is currently evaluating the option to utilize Recombinate's color-coding system to visually distinguish different potency categories. The future of the L, M, H, and S designations is uncertain at this time.
- **Potency Selection:** Two important initiatives will focus on the development of an Ultra High (2,000 IU/vial) potency and the expansion of nominal potency targets for the U.S. (our current license specifies that we target 250, 500, 1000 and 1500).

**Lot Numbering System**

The "Lot #" for ADVATE rAHF-PFM contains 10 characters. All 10 characters will always be the same between the factor vial and the unit carton, although in some instances the final two characters may differ between sub-lots (due to very large packaging runs or scheduling adjustments). Since these final two characters are for Baxter's internal purposes only to identify packaging sequence, there is no cause for concern.

While there was some confusion with lot numbers near the end of 2003, the lot numbering system for ADVATE was revised at the beginning of 2004 to ensure consistency between factor vial and unit carton. The visual aid below explains each component of the ADVATE rAHF-PFM lot number:

## ADVATE rAHF-PFM Lot Numbering System



HIGHLY CONFIDENTIAL

BAX MDL S 0989602

**Sales Performance**

Baxter leads the U.S. hemophilia marketplace with approximately 76.5% share, ~700MM annual units sold or nearly $600MM. With the launch of our latest innovation product ADVATE rAHF-PFM in August 2003, our long-term sales goal became the conversion of patients currently on Recombinate rAHF over to ADVATE rAHF-PFM. As of the end of 2003, we estimate ~10% of Recombinant rAHF patients had converted to ADVATE rAHF-PFM, and this percent has grown to ~15% through June 2004. Our 2004 U.S. rFVIII financial goals have been identified as:

| | Plan | Revised Forecast |
|---|---|---|
| • Recombinate rAHF | 484 MAU | 565 MAU |
| • ADVATE rAHF-PFM | 257 MAU | 165 MAU |
| • Total U.S. rFVIII | 741 MAU | 730 MAU |

2003/04 sales performance to date is summarized below. ADVATE is nearing the number #2 rFVIII brand in the market behind Recombinate rAHF-PFM:

| | 2003 Q1 | Q2 | Q3 | Q4 | 2004 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|
| Recombinate | 151.7 | 130.9 | 178.4 | 177.8 | 148.9 | 152.5 | | |
| $ | $126.5 | $108.9 | $150.9 | $150.0 | $125.6 | $128.6 | | |
| ADVATE | 0 | 0 | 10.2 | 33.8 | 22.1 | 25.6 | | |
| $ | 0 | 0 | $10.0 | $33.2 | $21.8 | $23.0 | | |

ADVATE conversions are expected to grow through the end of 2004 and 2005. One successful incentive program nearing its completion at the end of July 2004 has been the Trial Offer Program. When complete, this program will have provided samples to nearly 600 patients (>6MAU) and is estimated to be achieving 60% patient conversion. Another way to portray ADVATE conversions is on a ratio of units sold between the Baxter's two rFVIII thearpies:



Ratio R/A    6/1    3/1    2/1    1.5/1    1/1
                                                      Cross-over Point

17

BAX MDL S 0989603

One positive indication of ADVATE conversions is the steady rise in redistribution units:



2005 financial goals have not yet been identified.

## Pricing:

### Pricing Research

Based on the clinical, economic and social arguments ADVATE rAHF-PFM is differentiated and therefore commands a price premium over currently available rFVIII products. The amount of the price premium has been addressed in several qualitative and quantitative studies that are presented below. In general, the research indicated that customers would find a price premium of 5 – 20% over the current rFVIII products acceptable.

Simon-Kucher conducted market research with 30 physicians and nurses, 49 patients, 17 payers and 8 homecare companies. All parties were surveyed as to their expectations regarding pricing of ADVATE and their level of price sensitivity. The survey was conducted by asking price expectations in relation to the most expensive product currently on the market. Since the survey was conducted during the shortage, the assumption could be made that the reference product that physicians used was Recombinate. However, since the reference was never explicitly stated, that assumption is open to interpretation.

18

HIGHLY CONFIDENTIAL

BAX MDL S 0989604



**-Baxter-** ## Prices

USA
Physicians & Nurses

In the US, Recombinate ($ 0.90/unit) was the most expensive medication on the market when the study as conducted. Bayer manufactured products were virtually not on the market.

| Brand Name | List Price (S/IU) | ASP (S/IU) |
|---|---|---|
| Recombinate (Baxter) | 1.30 (1.63*) | 0.90 |
|  |  |  |
| Kogenate FS (Bayer) | 1.41 | 1.13 |
|  |  |  |

Remark: In the following, "price premium" refers to a premium price compared to the most expensive FVIII medication available in the US at the end of 2001 and beginning of 2002. Kogenate FS and Helixate FS were virtually not available.

\* $1.63 is the list price according to First Databank.

SIMON · KUCHER & PARTNERS - SB - KW (2U11BX_US_pricing presentation)P

3.15 Pricing of FFM
- 6 -

SIMON · KUCHER & PARTNERS

In additional to price sensitivity, the switching behavior of physicians was examined by using three different scenarios:

- Scenario 1: ADVATE becomes available in addition to all other available FVIII products. There are no plans to remove any of the currently available FVIII products
- Scenario 2: ADVATE is produced by the same manufacturer as the currently available recombinant FVIII Product X and Product X is no longer available 4 years after the launch of ADVATE.
- Scenario 3: Similar to Scenario B, except that Product X is no longer available **2 years** after the launch of ADVATE.

For each scenario, the switching behavior of the physicians to ADVATE (Scenario A) / from Product X to ADVATE (Scenario B+C) is asked:

- For different prices of ADVATE
- For different time points when patients are switched. There was no significant difference between Scenario B and C observed.

The results from the study are as follows:

- **Physicians only:** The scenario in which Recombinate is taken off the market 2 years after the launch of ADVATE seems to be the most realistic scenario. When regarding the price sensitivity of the physicians only, the profit-optimal price range goes up to a 3% price premium over Recombinate. However, at a price premium of 5%, the profit loss would be marginal. This finding is below the directly stated price expectations of the physicians, who think that a price premium of 5% would be acceptable and regard a premium of 16% as expensive. Experience shows that the expensive price is usually an upper limit for the optimal price.
- **Payers and homecare:** Payers, when asked directly, stated the same prices as physicians (acceptable: 5% premium; expensive: 16% premium). Homecare companies are more price sensitive and think that a 4% premium would be acceptable and an 8% premium is expensive.
- **Physicians, patients, homecare and payers:** The price sensitivity of physicians is influenced by the patients' demand for a product. By taking the lower price sensitivity of patients into account and adjusting the physicians' price sensitivity accordingly by including the number of patients who demand

19

a certain product, we derived a price response function that combines the physicians' and patients' perspectives.

By taking the price sensitivity of the directly stated price response functions of the segments homecare and payer (each 10% influence) into account, an overall price response function was derived. Looking at the optimistic scenario (stronger patient influence), the profit function is rather flat. The profit-optimal price range reaches a 5% premium.



### Scenario C - Active Request

USA Patients

When Recombinate is take from the market 2 years after the launch of PFM, even more patients would actively request to be switched to PFM.

An additional study was undertaken with the Roger Green agency to answer questions about which price should be the reference price when setting ADVATE pricing (Recombinate or the Gen IIs) and to understand the types of patients that physicians would put on ADVATE. The objectives of the study were:

- Examine US physicians' price sensitivity (stated and simulated) to ADVATE
- Capture physicians' perceptions and usage of ADVATE using patient profiles
- Assess the effect of price on prescribing decisions (below, at and above parity)
- Examine effect of patient attributes on treatment decisions
- Identify salient issues in the decision-analytical product selection process

The methodology consisted of qualitative interviews with 10 hematologists in Chicago (3), Los Angeles (4) and Orlando (3). Of these physicians, 5 doctors were affiliated with PHS/county hospitals and 5 doctors were not affiliated with PHS/county hospitals. The results are weighted to reflect type of physician where appropriate. Each interview lasted 45-60 minutes and included current product use and price knowledge, reaction to Hemofree product profile (ADVATE) and product selection for 15 simulated target patients at a premium price, then at parity and -20% (prices are relative to Kogenate FS at $2.03 AWP). Note that parity in this case already reflects a 44% increase from parity in the Simon Kucher study.

The results showed that the price knowledge of the physicians was limited.

20

HIGHLY CONFIDENTIAL

BAX MDL S 0989606

## *Respondents' price knowledge was limited*

- Non–PHS/county respondents "did not know"
- Estimates from PHS/county physicians were mixed



**Baxter**   FFM Pricing Research: November 2002   

During the research, two distinctive market segments emerged:

PHS/county hospitals: *Recombinant products are safe enough – their environment is cost sensitive*
- 27% patient profiles treated with ADVATE (weighted)
- Prescribe for "class" not product
- Used a lot of Recombinate, or recombinant unspecified
- More likely to leave patient on current med unless having problems

Other hospitals: *Safety is primary concern – not price sensitive*
- 62% of patient profiles treated with ADVATE (weighted)
- Frequently put all non-HIV patients on ADVATE

NOTE: *These are weighted percentages of profiles simulated, not representative market share – no naïve patients, etc.*



21

BAX MDL S 0989607

# Price sensitivity only occurs among PHS/county doctors

- **AT PARITY** - Only one other hospital doctor switched 2 HIV patients to PFM

| (PFM share weighted by HIV status) | Total weighted by type | Hospital type | | Revenue change |
|---|---|---|---|---|
| | | Other | PHS/county | |
| ▒▒▒▒▒▒▒ | ▒▒▒ | ▒▒▒ | 27%▒▒ | |
| ▒▒▒▒▒ | 56▒ | 64▒▒ | 27%▒▒ | |
| ▒▒▒▒▒ | ▒▒ | ▒▒▒ | 27%▒▒ | |

- **AT -20%** - Five PHS/county doctors switched patients to PFM
  - One switched all 6 HIV patients to PFM (previously treated 9 non-HIV)
  - The other doctors switched the few patients they previously had on Kogenate FS

**Baxter**   PFM Pricing Research: November 2002   

Additionally, the study concluded that the amount of premium will be payer driven NOT doctor driven. The simulation indicated that prices from a 20% premium to a 20% discount to Kogenate will have little impact on ADVATE use and safety driven doctors will use ADVATE even at a premium while doctors in cost conscious environments will not significantly increase use until price is below Kogenate.

Given the above information, the ADVATE core pricing team for the US met to determine a reasonable price for ADVATE. The objective was to develop a pricing strategy that did the following: optimizes revenue, maximizes conversion, leaves flexibility to maneuver throughout launch, is justifiable to the community (customers), and is reasonable and defensible to both government and private payers.

The team determined that the recommendation for ADVATE pricing would be based on the Red Book AWP of Helixate FS. The team felt that ADVATE would command a premium above Gen IIs. Having said that, Helixate FS was chosen as the appropriate reference due to the belief that the AWP for Kogenate is unreasonable. Other assumptions included: AWP is the publicly available price data, the ASP is not transparent to the public and should not be disclosed to the public, due to current Baxter issues with First Data Bank, the Red Book should be used as the key reference for prices, there must be a consistent % difference between ASP and List price, it is difficult to increase price (easier to decrease price), premiums > 23% are considered "prohibitively expensive", and with current market position we do not want to compete on price. Given all of the above, the team recommended a 15% price premium over Helixate FS which would result in a list price of $1.66 and an ASP of $0.98.

This recommendation is consistent with Baxter's documented processes keeping a 78% difference (average of Baxter FVIII products) between List Price and AWP. The dossier which is being developed by the global group for use in negotiating European pricing can support for the premium cost justification through documentation of pharmacoeconomics, investments made new technology development and manufacturing facility and liability issues.

To achieve this ASP, a tiered pricing structure was developed for the VCC tiers as outlined in the VCC section. Additionally, the pricing to the other segments was developed based on a philosophy similar to that used for Recombinate. However, in contrast to the VCCs, a wholesale acquisition price was developed for the biological distributors to try and help clean up the distribution channel. This WAC is subject to chargebacks for product that is sold to customers for whom we have contracts in place.

22

### Pricing by Product

Since the ADVATE launch, the competition has been driving down the price in the hemophilia market place and looking at alternate distribution channels including PBMs. Additionally, the major barrier identified in patients converting to ADVATE was the price and patient concern about lifetime caps. Finally, market research was done with patients and physicians that showed that the marketplace perception was that ADVATE was anywhere from 20 to 100% higher than Recombinate making it a product for which the expense was not justified by the product attributes.

Given the desire to increase the rate of conversion and the marketplace feedback surrounding pricing, it was determined that the price premium over Recombinate should be reduced from 16% to 5-7%, more in line with the original Simon Kucher research showing that a 5% premium was acceptable. This price discount was implemented on May 10, 2004. At the time of the discount, the list price was decreased proportionally more than the selling price to Baxter customers. This disproportionate decrease, caused some dissatisfaction with current customers. Discussions are ongoing to determine a way to communicate this price discount to the patients that will be consistent with the Phase-in/Phase-out strategy.

The following grid shows how estimated average selling prices (ASP's) by competitor have decreased over the last three years but now appear to have stabilized. Baxter ASP's are net of all discounts and credits. While Aventis and Bayer are clearly utilizing penetration pricing in an attempt to capture market share, Baxter must continue to demonstrate price leadership (set the ceiling) to both capture the value of ADVATE's differentiation as well as avoid a future price war.



Source: Estimated average prices

### Situation Analysis Summary:

The critical elements of ADVATE's situation analysis can be summarized in the following SWOT diagram, with external Opportunities and Threats noted first:

23

HIGHLY CONFIDENTIAL

BAX MDL S 0989609

| |
|---|
| • Conversion due to high Baxter brand equity and high RECOMBINATE share (76.5%) at launch<br>• Community/ MASAC asked for Plasma/Alb-Free<br>• High ADVATE brand awareness<br>• Incentive-friendly market (Trial Offer proves it)<br>• Product data reinforces trial/adoption decisions and may make a difference with mid-late adopter interest<br>• Growing rFVIII market (5-6%)<br>• Strong KOL's and early-adopter clinicians<br>• Plasma/Albumin-Free is valued by all age groups<br>• Low Refacto brand equity | • Pts and MDs are comfortable with current therapies (if it's not broke, don't fix) due to efficacy, inhibitor and insurance cap (price) fears when switching (also "spread the wealth")<br>• Mid/Late MDs may wait for patients to request switch<br>• High brand awareness has not led to high brand interest overall (non-traditional market)<br>• Low access/ ability to communicate with patients (HCCs, HTCs and Chapters are very protective)<br>• All rFVIII products viewed highly safe (p.risk)<br>• Prod. choice sometimes driven by potency selection/pkg<br>• Competitive blunting of ADVATE launch (lowering prices, longer ½-life research, albumin-free formulation)<br>• Evolving distribution channels |
| • Baxter Hemophilia leadership/ relationships<br>• Ownership of Plasma/Albumin-Free position<br>• Same cell line as proven RECOMBINATE<br>• Overall convenience leadership (SH potency, 5mL diluent, 6mo. RT storage)<br>• Strong sampling program relative to competition<br>• Assay accuracy and potency selection<br>• Baxject II viewed as more convenient than Baxject | • Price premium<br>• Lack of Ped., PUP, and ITI switch data<br>• Sales/ Marketing budget and/or guideline limitations<br>• Packaging is too large; ancillaries are wasted<br>• Baxject viewed as less convenient than BioSet<br>• 18 month dating<br>• Efficacy, inhibitor and half-life parity with FS and R |

Key Issues resulting from our situation analysis are defined as 1) Threats that reduce Opportunities, 2) Weaknesses that expose us unduly to Threats, or 3) Weaknesses that hamper our ability to capture Opportunities.  Prioritization of the resulting key issues is as follows:

- (T) Patients' and physicians' comfort with current therapies, (T) their fears of switching products and (W) our premium price have all inhibited (O) conversion despite (O) high brand awareness, (O) Baxter brand equity, (O) high RECOMBINATE share and (O) MASAC recommendation for Plasma/Albumin-Free processing.
- (T) Non-traditional market coupled with (T) low access to patients have limited our ability to drive (T) brand interest/ urgency, especially given (T) some Mid/Late MDs wait for patients to request product switch.
- (T) Limited understanding and/or importance level of pathogen risk by clinicians and patients has contributed to (T) comfort level with current therapies and (T) low brand interest.
- (W) Efficacy parity and data gaps have contributed to (T) comfort level with current therapies, especially with mid-late adopters.
- (T) Product choice sometimes driven by potency selection and dislike of (W) large packaging may reduce (T) brand interest.

## II. Marketing Strategy

The launch strategy for Advate was to build Advate into a billion dollar brand utilizing traditional pharma techniques and processes.  The initial strategy and programming associated with the strategy focused on the traditional cycle for launching a pharmaceutical.  The focus was on educating the clinicians and building brand awareness at both the clinician and patient levels.  Clinicians, once educated about the brand, would then begin prescribing the brand for all of their patients following the path outlined below.



24

BAX MDL S 0989610

The strategy then called for a shift at the 6-month mark to move from the awareness phase to the trial phase. In order to facilitate trial of Advate, a trial offer program was launched. This program offered six doses of Advate to any patient who wished to, with the agreement of their physician, determine if Advate might be the right product for them. This program follows the before path below:



## Critical Success Factors

We now have a greater understanding of ADVATE's market dynamics (11-months post-launch), and the key issues from our Situation Analysis lead into the Critical Success Factors upon which our strategy going forward must be built. Our market dynamics therefore are driving how we define success as well as the means we employ to achieve this success. Critical Success Factors are defined as 1) Strengths we must deploy to capture Opportunities and/or manage Threats, 2) Strengths we must make even stronger, or 3) Weaknesses we must reduce:

1.  Leverage (S) Baxter Hemophilia leadership to <u>overcome</u>** (T) barriers to patient access

    [Patient Access]

2.  (O) <u>Incentivize</u>** (T) brand interest and adoption

    [Interest and Adoption]

3.  Increase (T) patient and physician awareness/ importance of pathogen risk in order to reduce (T) comfort level with current therapies

    [Pathogen Risk is Important and Owned]

4.  Leverage (S) Plasma/Albumin-Free processing and (S) proven cell line, expand (S) potency selection and reduce (W) packaging size, and fill in (W) data gaps to reinforce (T) brand interest and adoption

    [Safest and Best Therapy]

*** Marketplace must tell us how***                                         25

HIGHLY CONFIDENTIAL                                         BAX MDL S 0989611

## Phase-in Strategy

While the launch of Advate has been very successful when compared to other launches in the hemophilia market space, it would be extremely beneficial to Baxter if the speed of product adoption could be increased. The launch strategy was re-evaluated with the help Hamilton and it became clear that a shift in strategy would need to take place in order to further increase the rate of adoption of Advate.

Because this is a low interest category, and a non-traditional market, typical advertising is not the most effective route to take. As highlighted earlier, our customers have been aware of Advate even prior to launch and yet have had very little interest in doing anything about it (until incentivized by the Trial Offer Program). To make an impact, the attack needs to be shifted from awareness and trial to interest. The subject of the promotion needs to be changed to create a sense of urgency for adoption. The strategy will be modified using



the Critical Success Factors as building blocks:

To facilitate interest and adoption of Advate, Baxter must offering original programming and exciting, compelling, powerful promotion, a series of time sensitive incentives, new messaging and bring value to the foundation and chapters. The ownership of the programming will go to the Chapters, giving them the credit for the ideas, while incentivizing the Patients' participation and action driving them to the Clinics.

**Phase-in/Phase-out Strategy:**
- Programming + Promotion + Incentives = Action + Participation + Adoption

In order to draw the hemophilia community to the original programming, the promotion will not be about Advate but about an exciting new event. Once the hemophilia community has shown interest and is actively participating in the event, we will have earned the right to show an Advate commercial that will focus on product positioning (for new Advate patients and prescribers) and reinforcement of behavior (for existing Advate patients and prescribers.)

Additionally, an important shift to notice in the tactical initiatives within this plan is the shift from talking about the condition of hemophilia to the lives and faces of persons with hemophilia A. The programming will be about the hemophilia community uniting them, integrating them, putting a face to hemophilia and will culminate with a major event. Following this strategy will shift the dynamics from the traditional marketing cycle to the

26

BAX MDL S 0989612

promotional cycle which is counter clockwise and counter intuitive. The need for this direct to consumer shift is strongly supported by the MedPanel market research which revealed a high likelihood that physicians will switch patients to Advate upon request.



The revised strategy will necessitate revision in each and every aspect of the marketing activities. The tactics must be subordinate to and aligned with the strategy. The table below highlights how some of the marketing activities will need to be refocused. Several of these such as communication/messaging, pricing and branding will be discussed in following sections.

|  | Old Strategy | Revised Strategy |
|---|---|---|
| Communication | Traditional Advertising | Promotion |
| Goal | Increased Awareness | Increased Interest, Increased Participation |
| Perspective | Community outreach | Member In-reach |
| Focus | Hemophilia | Persons w/ hemophilia |
| Scope | Single event | Multiple events – ongoing |
| Pricing | Price Cut | Subscription Plan |
| Adoption Metrics | 1X Trial Kit | Lifetime Adoption |
| Brand | Product | Program |
| Event | Dictate Ideas to Chapters | Guided Listening |

## Positioning

Since launch, ADVATE rAHF-PFM has been positioned as:

27

BAX MDL S 0989613

- **The safest and best factor VIII therapy for hemophilia A patients because it is the first and only factor VIII therapy that combines the unsurpassed pathogen safety of a plasma/albumin-free method with the proven efficacy of the RECOMBINATE rAHF molecule.**

While our external messaging that stems from this positioning has changed to align with FDA guidelines, our product positioning has not.

To date, the focus of our Advate launch has been on the brand concept with emphasis on efficacy and safety. While our product positioning will not change, as we move forward, we will also brand and position our Phase-In program. As message development moves forward, it will be critical to position not only the phase –in piece of the strategy but also the phase-out portion as the incentive portion of the strategy hinges on the removal of Recombinate as an incentive to action.

In February, the TBMs were instructed to begin talking about the possible phase-out of Recombinate by the end of 2004. While most physicians and homecare companies expected Recombinate to be phased out, understood the rational and approved of this initiative, there was a loud outcry by a vocal minority from both the patient and physician community. They viewed the phase out of Recombinate as the act of a desperate company. They did not want to be forced to take action but rather preferred to take that action when and if they were ready. Additionally, the Baxter Board of Directors was strongly opposed to removing Recombinate from the US market place and decreed that removal was not an option. Therefore, any switching incentives that involve the removal of Recombinate from the marketplace must be carefully constructed and delivered in a manor which will be understood and accepted by the hemophilia community and in accordance with Board approval.

## Branding Elements

ADVATE's orange is warm and friendly, the color of humanity. Royal purple is elegant, refined and regal. At the time of color selection, no other FVIII brand was utilizing these colors. Wyeth has since begun using these colors with their "It's My Life" campaign but has not associated these colors with a specific brand. ADVATE's running man icon is intended to represent mobility, action and activity; all of which represent qualities of life for persons with hemophilia A.

WFH 2002 market research showed that patients and treators viewed the running man as a strong, positive image that "implies more effective treatment," "good joint function," "…active, happy, optimistic," "the ability to have a quality of life," and "he can run and get on with life."

## Messaging

Messaging developed at launch to support the Advate positioning has been updated to incorporate FDA mandated changes and current market dynamics.

28

BAX MDL S 0989614

BAXTER CONFIDENTIAL - FOR INTERNAL USE ONLY [illegible]

[illegible]

| Why ADVATE? | Safety | Efficacy | Convenience | Supply | Pricing (only if asked) |
| --- | --- | --- | --- | --- | --- |
| ADVATE rAHF-PFM answers the continued need for safe treatment options. | ADVATE rAHF-PFM provides unsurpassed pathogen safety via plasma/albumin-free method for patients with hemophilia A | ADVATE rAHF-PFM is effective and captures the proven quality of RECOMBINATE rAHF | ADVATE rAHF-PFM is convenient to use | ADVATE rAHF-PFM is available immediately | ADVATE rAHF-PFM is the most advanced therapy available, but is priced within range of existing rFVIII therapies |
| • Serious concerns remain about possible transmission of known and unknown emerging viruses and infectious prions. • MASAC Recommendation #[illegible]: "All efforts should be made to remove human albumin from recombinant factor VIII products. Increased efforts should be made to eliminate human and bovine proteins from the manufacturing process of recombinant factor VIII products." • ADVATE is the first rFVIII therapy to meet these guidelines. | • ADVATE eliminates the [illegible] of viruses and infectious prions carried in protein additives. • For the past [illegible] years Baxter has progressively brought safer treatment options to the hemophilia community. ADVATE is Baxter's latest advance. CLINICAL SAFETY • ADVATE has a low incidence of inhibitor formation. (As of the latest interim assessment report from our ongoing clinical trials, only one previously treated patient developed a low titer inhibitor, which was not persistent). | • To continue the proven efficacy of RECOMBINATE, ADVATE was developed based on the same full length molecule • The pharmacokinetic properties of ADVATE are equal to RECOMBINATE | • Smaller infusion volumes, shorter infusion times (5mL current compared to 10mL with RECOMBINATE) • Super high potency (1500 IU/vial); fewer vials to mix. • Ancillaries inside each unit carton (items: syringe, safety sheath butterfly, bandage, alcohol swab, transfer and filter needles) and a patient-friendly package insert • The BAXJECT needle-less transfer device reduces steps required for reconstitution and number of needles, making the process quicker, easier and safer. | • Baxter has the capacity to meet anticipated demand • ADVATE is prepared in Neuchâtel, Switzerland at a new state-of-the-art processing facility. • Baxter is the only processor which has consistently increased supply of FVIII year after year without interruption. | • ADVATE is priced slightly higher than RECOMBINATE, but within the range of existing rFVIII therapies. • ADVATE uses complex, innovative technology • A new multi-million dollar facility in Neuchatel, Switzerland to ensure ADVATE supply now and in future • Baxter's multi-million dollar R&D investment to develop new hemophilia therapies Baxter |

Additionally, program branding, positioning and messaging around the new Phase-in/Phase-out strategy will be developed. The focus of the Phase-in/Phase-Out messaging will not be about getting people to "know about Advate" but getting them interested and motivated to try Advate. This message development is beginning immediately and will be tested with patients and clinicians prior to implementation.

## III. Tactical Plan

### Engage Community

According to the IMS Health, Direct to consumer (DTC) spend, which was virtually non-existent prior to 1996, grew 25% annually in that same time period. Today DTC spend represents more than 15.7% of total promotion spend. Historically, DTC initiatives were not feasible in the hemophilia community patients distrusted manufacturers as a result of the HIV and Hepatitis transmission from blood and blood-derivatives in the mid to late 1980s. However, in the last five years, Baxter, along with other factor manufacturers, have made great strides in building patients' trust and becoming an important partner in their hemophilia care. Several DTC initiatives have been well received in the past including hemophiliagalaxy, Plant Tours, Breakfast Symposia, Facts Food and Fun, "We're Working for You", Starter/Home/Self Infusion Kits, BaxPack, Factor Assist, Factor Plus and the RECOMBINATE rAHF Patient Package Insert/Nate campaign. All of these initiatives have been rolled under the "The Baxter Factor" umbrella that define who Baxter is and all that Baxter does for hemophilia patients.

Experience through the first 10 months of the launch have shown that clinicians will not drive the conversion of patients currently on a first or second generation rFVIII to a third generation rFVIII as aggressively as when rFVIII was first introduced. Clinicians feel that all currently available rFVIIIs are safe and they will not

encourage their patients to switch. Clearly, patients interest in switching to ADVATE needs to be increased. The tactics outlined below are designed specifically to get access to patients and are focused at the patient interest level. The result of the programming will drive patients into the physicians' offices where they will demand ADVATE.

**Original Programming**

| Stakeholder | Chapters/Patients |
|---|---|
| Objective | Develop an "In-Reach" program |
| Target Audience | Patients |
| Messages | Baxter, Here for You, helping the community (earn right to play commercial at some point during the event – see tactic 2) |
| Call to Action | Gain patient participation in exciting event through program promotion |
| Implementation | Guided listening to gain insight regarding original programming (interesting programming culminating at an event) |
| | Develop 3-4 ideas that are creative, offer value to the Chapters' members, persons w/ hemophilia, rather than the condition of hemophilia (i.e., connect them to one another) |
| | Frame and advance idea |
| | Execute idea as pilot program and test |
| | Improve idea from listening and advance the pilot |
| | Deliver HTC communications about what Baxter/ the chapters are doing |
| | Advertise/ promote the big idea - employ targeted media such as direct mail and telemarketing |
| | Roll out the final product regionally (with local customization) and nationally |
| Timing | Guided Listening mid-July; Idea Development mid- to late-July; Testing August; Message and Promotion Creation September; Local roll-out October/November; National roll-out November/December |
| Budget | TBD |
| Required TBM Response | Chapter and patient focus group attendees recommendations by end of June 28 |
| Responsibility | Bernadette Connolly |

For those patients who have already made the switch to ADVATE, a CRM program will re-enforce messages and build loyalty to the brand.

It will be essential to keep a close eye on the strategies employed by the HCCs as they continue to evolve within their marketplace. While they have not been helping gain or maintain ADVATE patients, they have also not implemented any strategies that could move patients to the Gen 2 recombinant products. Finally, while PHS is a different class than the HCCs, it has been in this segment that we have seen true differentiation in driving patients to ADVATE (specifically in those tied to a particularly strong ADVATE supporter clinician).

**Monitor HCCs (to determine evolving tactics)**

| Stakeholder | HCCS and consumers of all ages |
|---|---|
| Objective | Determine evolving HCC strategies that could be destructive to Baxter and Advate conversions. |
| Target Audience | HCCs |
| Messages | Patients should have access to all products without any one having an advantage orchestrated by the HCC (i.e. level playing field) |

30

BAX MDL S 0989616

| Call to Action | Treat all recombinant fVIII products equally |
|---|---|
| Implementation | Monitor through field intelligence and management discussions |
| Timing | Immediately and through 2004. |
| Budget | TBD |
| Required TBM Response | Field intelligence where appropriate |
| Responsibility | Jill Kadam, Senior Management |

### National Hemophilia Foundation Meeting (November)

| Stakeholder | Chapters/Patients |
|---|---|
| Objective | Put on a display of how the chapters executed/will execute the programming idea(s) |
| Target Audience | Patients and Chapters |
| Messages | TBD |
| Call to Action | Act now to participate in this exciting programming |
| Implementation | Develop Advertising of program with pre, during and post meeting promotion<br><br>Big show and tell event<br><br>Additional opportunities for program extensions into 2005 |
| Timing | November 2004 |
| Budget | TBD |
| Required TBM Response | None |
| Responsibility | Bernadette Connolly |

### Facts First

| Stakeholder | Patients (secondarily clinicians) |
|---|---|
| Objective | Facilitate conversion of patients to Advate clear understanding pathogen risk, Facilitate education around other issues in hemophilia (adherence, venous access, joint health, prophylaxis, Advoy, Baxject, reimbursement) |
| Target Audience | Patients |
| Messages | While current products are safe, there is a risk of emerging and unknown pathogens. As manufacturers, we can not provide elimination methods for future, unknown risks. With Advate, you can have piece of mind that you have eliminated the risk of emerging blood born pathogens that may be transmitted by factor products. Other messages around other topics are outlined in the respective marketing plans |
| Call to Action | Act now. |
| Implementation | Small meetings with live presentors |
| Timing | Q1-Q3, 2004 |
| Budget | $ 180,000 |
| Required TBM Response | Involvement in initial event planning Post-event follow-up with chapters & HTC; metrics tracking |
| Responsibility | Janie Davis |

## Incentivize Phase-in

### Communication of Price Discount

| Stakeholder | Patients (secondarily clinicians) |
|---|---|
| Objective | Facilitate conversion of patients to Advate clear understanding of the "true" price premium over Recombinate of 5-7% |

31

BAX MDL S 0989617

| Target Audience | Patients |
|---|---|
| Messages | Advate is only a slight premium over Recombinate and you can have piece of mind that you have eliminated the risk of emerging blood born pathogens that may be transmitted by factor products |
| Call to Action | Act now. |
| Implementation | Direct mail and other promotional avenues TBD |
| Timing | Q3, 2004 |
| Budget | TBD |
| Required TBM Response | TBD |
| Responsibility | Doreen Eaton |

**Phase-In Commercial**

| Stakeholder | Chapters/Patients |
|---|---|
| Objective | Create the "Commercial" and associated messaging |
| Target Audience | Clinicians and Patients |
| Messages | TBD and tested |
| Call to Action | Drive patients to HTC to ask physician for Advate through communication of Advate commercial (at event – see tactic 1) |
| Implementation | Develop Advate commercial to be played at programming |
| | Develop commercial and messaging |
| | Develop Foundation material |
| | Develop Phase-In Program |
| | Name and brand program |
| | Develop Phase-in Program messaging for HTCs |
| | Create phase-in kit |
| | Develop advertising, promotion and PR programs |
| Timing | Idea Development mid- to late-July; Testing August; Message and Promotion Creation September |
| Budget | TBD |
| Required TBM Response | HTC visits, deliver messages around programming and news about the phase-in program |
| Responsibility | Doreen Eaton, Bernadette Connolly |

**Incentive Development**

| Stakeholder | Chapters/Patients |
|---|---|
| Objective | Develop herding incentives that drive patients into their HTCs |
| Target Audience | |
| Messages | |
| Call to Action | Incentivized to act now |
| Implementation | Create series of time sensitive incentives to increase sense of urgency<br>Price discounts/subscriptions<br>Limited time offer Trial Offer (see tactic 5)<br>Recombinate phase-out |
| Timing | |
| Budget | TBD |

32

HIGHLY CONFIDENTIAL

BAX MDL S 0989618

| Required TBM Response | |
|---|---|
| Responsibility | |

## Enhance Need

The Pathogen Risk Strategic Initiative is designed to modify existing attitudes, beliefs and behaviors with a focus on pathogen risk and the emergence of new pathogens. The campaign will confront and challenge all spheres of influence and decision making within the hemophilia community to "raise the bar" of current treatment. The end goal is conversion to ADVATE.

The overall thrust of the campaign is *pathogen risk*. Once physicians have engaged in pathogen risk conversations and have demonstrated an understanding of the risks of emerging pathogens to hemophilia patients, we can begin to follow the pathogen risk message with a strong ADVATE presentation. By reviewing risks and challenges posed by emerging pathogens, we will raise awareness and promote learning. Having established this goal, bridge to ADVATE as a means to issue a call to action and facilitate change across individuals and institutions. This simple two-step process necessarily establishes the problem—emerging pathogens—and then, once the problem is established, presents the solution—ADVATE—for addressing effective and *safe* therapy, without the risk of viral infection.

Successfully implemented, the strategy will achieve the following objectives:

- Heighten awareness of the emergence of new pathogens and the impact on healthcare worldwide
- Promote learning of risk and complications associated with treatment
- Issue a call to action: to convert to ADVATE
- Institutionalize change and adoption of ADVATE among individuals and institutions

The starting point to accomplishing these objectives is an evidence-based message that communicates the depth of the challenge of emerging pathogens, which is then followed by the confidence offered by ADVATE. The pathogen risk message to the hemophilia community states simply, *"Given what we already know and particularly because of what we don't know, precautionary steps should be taken to eliminate the risk of infection."*

Acceptance of this message requires sustained efforts. Initial reactions from the medical community indicate that this message must become top of mind in order to pave the way for ADVATE adoption. Many clinicians are comfortable with the success of technologies such as recombinant processing and viral inactivation techniques in virtually eliminating hemophilia patients' risks associated with blood-borne transmission of HIV and HCV. This comfort and complacency is being challenged by new information about emerging pathogens. Emerging pathogens clearly threaten the effectiveness of current technologies and the risk of products for hemophilia therapy. The challenge to sales representatives is to effectively communicate the pathogen risk message and remove any feelings of complacency. Risk must first be perceived as very real before some physicians will be motivated to adopt ADVATE as their product of choice.

The plan is to roll out the Pathogen Risk program to the sales team in Q4 04. Along with the individual medical education tools, an all-encompassing Training Guide has been developed to provide specific detailed training information to the TBMs on each tool. The Training Guide will be comprised of the following four sections:

- Background: Emerging Pathogens and Infectious Diseases
- The Pathogen Safety Initiative
- Pathogen Safety Sales Materials
- Selling Pathogen Safety

A proposal is in development to plan a two or three day training meeting for all field-based personnel to ensure that full and proper training on all of the pathogen risk medical education tools occurs. Since there will be approximately six tools completed within the same time period, it is possible for us to train the field on all of

33

them at the same time. Because of the complexity of the Pathogen Risk Program, the training would be more effective if done in person rather than via conference call.

**Miami Update CD ROM**

| Stakeholder | Healthcare Professional/Medical Affairs/TBM |
|---|---|
| Objective | Highlight presentations from the 14th Annual Hemophilia Research Study Update Conference in a quick-reference format. |
| Target Audience | Healthcare Professional |
| Messages | The CD-ROM strongly supports key strategic pathogen risk messages (1,2,3,4,5) through cutting-edge research from these world-renowned authorities. |
| Call to Action | Identify targets to show the CD ROM, either chaperoned or unchaperoned |
| Implementation | Incorporated into the training proposal for August/September |
| Timing | August / September, 2004 |
| Budget | Covered by Global Marketing |
| Required TBM Response | Clinician visits, deliver messages associated with tool, set up Lunch & Learns where appropriate |
| Responsibility | Sherri Cohen |

**Miami Update Clinical Monograph**

| Stakeholder | Healthcare Professional/Medical Affairs/TBM |
|---|---|
| Objective | Highlight presentations from the 14th Annual Hemophilia Research Study Update Conference in a more clinical medium. |
| Target Audience | Healthcare Professional, primarily physician |
| Messages | The Clinical Monograph strongly supports key strategic pathogen risk messages (1,2,3,4,5) through cutting-edge research from these world-renowned authorities. |
| Call to Action | Identify targets to show the monograph, most likely as a leave-behind |
| Implementation | Incorporated into the training proposal for August/September |
| Timing | August / September, 2004 |
| Budget | Covered by Global Marketing |
| Required TBM Response | Clinician visits, deliver messages associated with tool, leave-behind for the physician |
| Responsibility | Sherri Cohen |

**Non-CME Webcasts**

| Stakeholder | Healthcare Professionals/Medical Affairs/TBM |
|---|---|
| Objective | Provide high-level virology message from Dr. David Onions, and tie back to hemophilia through Medical Affairs presentation |
| Target Audience | Healthcare professional, pharmacists, Home Care |
| Messages | The first presentation discusses the evolution of pathogens, and the second presentation ties the topic back to hemophilia, and how it affects that segment |
| Call to Action | Immediate action is necessary, as the dates for the webcasts are June 22, 2004; July 14th, 2004; July 21st, 2004 |

34

BAX MDL S 0989620

Summary

| Implementation | Invitations sent out to physician and nurse database; reminder cards sent to TBMs; reminder invitations will be sent out following each webcast |
|---|---|
| Timing | June and July, 2004 |
| Budget | $60,000 |
| Required TBM Response | Remind physicians who have registered to be sure to attend; invite any clinicians who did not receive an invitation |
| Responsibility | Sherri Cohen |

35

HIGHLY CONFIDENTIAL

BAX MDL S 0989621

### Annotated Clinical Compendium

| Stakeholder | Physicians / TBM / Medical Affairs |
|---|---|
| Objective | Provide scientific readings to clinicians that cover a wide array of topics such as Evolution of Pathogens; Prions; Lipid versus Non-Lipid Enveloped Viruses |
| Target Audience | Healthcare Professional, primarily physicians interested in the more scientific readings |
| Messages | All messages will be supported by this tool. Each reprint supports different messages, which will be outlined in summaries for each chapter. |
| Call to Action | Stimulate continued interest in the topic of pathogen risk; ultimate goal is to encourage conversion to Advate |
| Implementation | Will be covered in overall training, per training proposal |
| Timing | First installment will be available in Q3 04 |
| Budget | Covered by Global Marketing |
| Required TBM Response | Set up initial meeting with interested physicians to deliver first installment; follow up on a quarterly basis with new installments |
| Responsibility | Sherri Cohen |

### 60 Minutes CD ROM

| Stakeholder | Patients / HCPs / TBMs / Marketing Communications |
|---|---|
| Objective | Raise awareness of Pathogen Risk |
| Target Audience | Patient (Primary); HCP (Secondary) |
| Messages | Supports all six Pathogen Risk Messages |
| Call to Action | Encourage patients to ask their doctor to switch them to Advate |
| Implementation | Will be covered in overall training, per training proposal |
| Timing | Q3 04 |
| Budget | Covered by Global Marketing |
| Required TBM Response | Set up consumer events (if possible); set up Lunch & Learns either at the HTCs or in conjunction with an HTC event; set up a Lunch and Learn with chapters |
| Responsibility | Sherri Cohen |

### Interdisciplinary Forum

| Stakeholder | Physicians / Medical Affairs |
|---|---|
| Objective | Establish consensus statement and positioning statement on pathogen risk, as it relates to hemophilia, developed by KOLs in both virology and hemophilia. The results of the forum will also generate several new medical education tools, including a CME-accredited monograph and webcast, |
| Target Audience | HCPs |
| Messages | Tools will support all six Pathogen Risk Messages; Which tools will support what messages remained "to be determined" |

36

BAX MDL S 0989622

| Call to Action | Continue to promote awareness of pathogen risk, with the end goal being conversion to Advate |
|---|---|
| Implementation | TBD |
| Timing | TBD |
| Budget | TBD |
| Required TBM Response | TBD |
| Responsibility | Sherri Cohen |

## Optimize Product

Patient driven requests have been and will continue to be a key contributor to aggressive conversion/switch rates from current FVIII therapies to Advate. Therefore, the medical community needs to buy into the programming and to be receptive to the Advate commercial. The goal is to remove any physician barriers to prescribing Advate, once a patient makes the request. The medical Medical Marketing activities that are targeted towards removing any barriers that physicians may have will include:

- Peer-to-Peer Selling w/ CME/CEU slide decks
- Recombinant therapy workshops
- The PASS study

Global Medical Marketing activities* include:

- Phase IIIB/IV Clinical Trials
- Publication Strategy (see appendix)
- International Congress Symposia (see appendix)
- WFH 2004
- ASH 2004
- Updated product website
- *Each of these global initiatives will combine regional input and support

In 2002 a North America rAHF-PFM Clinician Board comprised of Advate investigators was created. The goal of the Clinician board was to develop key thought leaders who would prescribe Advate rAHF-PFM, write branded scripts and share the benefits of this new, innovative therapy with fellow clinicians and patients. The board was made up of 9 physicians and 6 nurses from the United States and Canada who were brought together at working meetings to achieve the following objectives:

Board Objectives:
- Provide input on clinician and patient slide kits (pre-launch and post-launch)
- Deliver presentations to clinicians and patients/caregivers
- Provide 1 on 1 discussion opportunities with peers
- Participate in Meet-the-Expert programs
- Serve as media spokespersons through pre-launch and launch

Board members signed an 18-month contract* w/ Baxter. Board members were compensated for attending meetings and delivering presentations.

Board Members:

37

HIGHLY CONFIDENTIAL

BAX MDL S 0989623

| Physcian | | Nurse | |
|---|---|---|---|
| Tarantino, Chair | Peoria | Giambartolomei, Chair | Aurora |
| Abshire | Atlanta | Cantini | Houston |
| DiPaolo | Iowa City | Klein | Southwest Calgary |
| Kulkarni | East Lansing | Koehlmann | Detroit |
| Leissinger | New Orleans | Mahoney-West | Farmingham |
| Manno | Philadelphia | McCarthy | NYC |
| Pipe | Ann Arbor | | |
| Teitel | Toronto | | |
| Wong | Los Angeles | | |

All clinicians serving on the board were part of the Advate clinical trials. The nurses selected were the Research Nurses that were integrally involved in the data collection and patient monitoring throughout the various arms of the trial. To date, 55 presentations have been delivered to more than 500 clinicians and more than 900 patients. Currently, the physicians deliver the Advate patient talks when requested as part of the Facts First program through 2004. Decisions about further board activities have been put on hold indefinitely.

*Post-Authorization Safety Surveillance (PASS)*
The ADVATE rAHF-PFM PASS is a pharmaco-epidemiological study that is not required by any regulatory authority or consumer group in the US. The primary goal is to document the safety profile of ADVATE when used in routine clinical practice. The secondary goal is to assess overall ADVATE hemostatic efficacy and impact on health-related quality of life (this is an optional part of the study.)

In sponsoring this study, we hope to rapidly extend the clinical experience of ADVATE in an uncontrolled setting and systematically document safety and efficacy in the routine clinical practice.

We are leveraging this study to speed up ADVATE conversions/switches by promoting that participating centers can make a significant scientific contribution, gain peace of mind with prescribing ADVATE, gain international visibility, be listed on publications/presentations and participate in investigator meetings.

All HTCs were invited to participate. Protocol review, IRB submission and contract negotiation is currently taking place.

**Phase IIB & IV Studies**

| Study | Objectives | Timing | # US Sites |
|---|---|---|---|
| PUP – Phase IIIB | Determine efficacy, bleeding episodes, immunogenecity, long-term safety, toxicity and pk parameters of ADVATE in 50 PUPs worldwide aged 0-2 years | 3 year duration commencing Q1 2004 | 15 |
| Prophylaxis – Phase IV | Compare bleeding episodes of prophylaxis versus on-demand regimens; compare bleeding episodes and total unit consumption with two different prophylaxis regimens (20-40IU/kg every 48 hours and 30-70IU/kg | 3 year duration commencing Q3 2004 | 15 |

38

HIGHLY CONFIDENTIAL

BAX MDL S 0989624

| | every 72 hours) for 50 patients worldwide of all ages | | . |
|---|---|---|---|

All Pediatric investigators were invited to participate in the PUP Study. Additional PUP investigators were strategically selected based on the criteria below:

| Study Site Criteria | Rational for Criteria |
|---|---|
| 1. Mid & Late Adopter Treator | Influence mid and late adopters; quicken conversion to ADVATE |
| 2. Pediatric Required/Both Ped and Adult Preferred | Need PUPs from pediatric practice but also want to expand influence/interest in adult population |
| 3. #Hemophilia A Patients at Center | The larger the center the greater the chance for PUPs and greater opportunity for ADVATE conversions/switches |
| 4. Geography | Distribute investigators across country to impact conversions/switches in all 3 areas |
| 5. Not on Current/Previous ADVATE Trial | Grow thought leaders and expand ADVATE clinical experience |

Phase IV Prophylaxis investigators were selected based on the criteria below:

| Study Site Criteria | Rational for Criteria |
|---|---|
| 1. Mid & Late Adopter Treater | Influence mid and late adopters; quicken conversion to ADVATE |
| 2. Adult or Pediatric/Adult Preferred | Adult population typically ahs lower percent of patients treating w/ a prophy regimen – drive and maintain prophy usage in adults |
| 3. #Hemophilia A Patients at Center | The larger the center the greater the number of eligible patients |
| 4. Geography | Distribute investigators across country to impact conversions/switches in all 3 areas |
| 5. Not on Current/Previous ADVATE Trial | Grow thought leaders and expand ADVATE clinical experience |

## IV. Budget & Timeline

Insert budget, headcount plan and Timeline

39

HIGHLY CONFIDENTIAL

4/12/04
Environmental Assessment for Gammagard SD

Confirmation from CMS of increased HOPPS reimbursement to $72.60

Distribution to Sales Force of Hotline Brochures

Receive completed survey from Parexel of top 17  Medicaid states
    5 out of 17 require prior authorization
    Reimbursement is across the board from WAC + 9% to AWP-25% to AWP-10%

HIGHLY CONFIDENTIAL

BAX MDL S 0989626

Gammagard S/D Direct vs Redistributed Unit Sales

|  | Q1 '02 | Q2 '02 | Q3 '02 | Q4 '02 | Q1 '03 | Q2 '03 | Q3 '03 | Q4 '03 |
|---|---|---|---|---|---|---|---|---|
| Direct | 0.298 | 0.304 | 0.310 | 0.324 | 0.297 | 0.244 | 0.240 | 0.241 |
| Redist | 0.636 | 0.571 | 0.662 | 0.707 | 0.860 | 1.121 | 1.368 | 1.308 |
| Totals | 0.934 | 0.875 | 0.972 | 1.031 | 1.157 | 1.365 | 1.608 | 1.549 |



Gammagard S/D Totals (Including National Accounts)

| | Q1 '02 | Q2 '02 | Q3 '02 | Q4 '02 | Q1 '03 | Q2 '03 | Q3 '03 | Q4 '03 |
|---|---|---|---|---|---|---|---|---|
| Direct | 0.298 | 0.304 | 0.310 | 0.324 | 0.297 | 0.244 | 0.240 | 0.241 |
| Redist | 0.636 | 0.571 | 0.662 | 0.707 | 0.860 | 1.121 | 1.388 | 1.308 |
| Totals | 0.934 | 0.875 | 0.972 | 1.031 | 1.157 | 1.365 | 1.608 | 1.549 |

BAX MDL S 0989627

## Recombinate Global Supply Projection
### 2004 - Forecast

IVAEUDet4_04-13-04.xis 4/16/2004

**US**

| | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Forecast | 70.6 | 34.6 | 34.5 | 79.9 | 40.0 | 40.0 | 40.0 | 46.7 | 46.7 | 46.7 | 43.3 | 43.3 | 43.3 | 539.0 |
| Releases | 48.2 | 52.8 | 67.1 | 38.5 | 109.2 | 34.9 | 60.0 | 51.0 | 27.0 | 27.0 | 0.0 | 63.3 | 30.0 | 585.5 |
| Inventory | 25.7 | 46.0 | 77.4 | 33.8 | 103.0 | 98.0 | 128.65 | 122.9 | 189.7 | 140.0 | 117.0 | 70.3 | 136.0 | Budget 484.0 |

**EU**

| | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Forecast | 65.6 | 27.4 | 32.0 | 34.6 | 31.2 | 35.1 | 29.9 | 28.1 | 20.6 | 25.0 | 21.7 | 19.9 | 18.3 | 323.7 |
| Releases | 45.1 | 25.7 | 45.8 | 51.5 | 34.8 | 16.1 | 35.3 | 29.0 | 24.5 | 19.3 | 0.0 | 23.4 | 9.7 | 315.0 |
| Inventory | 67.47.8 | 40.1 | 63.7 | 70.4 | 73.9 | 54.9 | 60.3 | 61.2 | 65.9 | 59.4 | 37.7 | 44.7 | 35.6 | Budget 381.0 |

**JPN**

| | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Forecast | 13.2 | 2.6 | 3.8 | 6.1 | 7.2 | 6.9 | 9.6 | 9.5 | 7.4 | 6.7 | 7.4 | 7.4 | 10.1 | 85.0 |
| Releases | 2.2 | 6.6 | 0.0 | 16.3 | 6.9 | 17.4 | 0.0 | 31.8 | 7.7 | 0.0 | 0.0 | 12.5 | 12.7 | 113.2 |
| Inventory | 4.4 | 8.1 | 14.4 | 14.5 | 15.5 | 26.0 | 16.4 | 38.9 | 39.3 | 32.6 | 25.1 | 30.2 | 32.6 | Budget 90.8 |

**IG**

| | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Forecast | 6.1 | 4.1 | 3.7 | 6.5 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 43.6 |
| Releases | 7.6 | 1.8 | 2.7 | 0.0 | 5.9 | 3.4 | 0.0 | 5.5 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 40.0 |
| Inventory | 8.1 | 13.5 | 12.6 | 13.2 | 16.9 | 16.0 | 12.0 | 15.0 | 11.7 | 11.4 | 10.9 | 7.5 | 6.7 | Budget 54.9 |

**CAN**

| | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Forecast | 4.5 | 2.7 | 3.4 | 4.1 | 0.0 | 2.6 | 3.3 | 4.4 | 4.4 | 4.4 | 4.4 | 4.5 | 4.3 | 42.6 |
| Releases | 7.6 | 1.8 | 10.9 | 6.4 | 6.5 | 0.0 | 3.3 | 3.9 | 0.0 | 5.8 | 0.0 | 0.0 | 5.8 | 43.1 |
| Inventory | 4.2 | 3.3 | 10.7 | 13.0 | 21.6 | 19.0 | 15.7 | 15.2 | 10.8 | 12.2 | 8.5 | 3.3 | 13.4 | Budget 43.6 |

**ARC**

| | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Forecast | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.2 | 4.2 | 4.2 | 12.5 |
| Releases | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.7 | 6.7 | 7.7 | 23.1 |
| Inventory | 0.0 | 0.00 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.7 | 7.0 | 2.5 | Budget 0.0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manufacturing Override | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

**Global**

| | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 160.2 | 71.4 | 77.4 | 131.2 | 81.7 | 87.9 | 85.9 | 91.8 | 82.4 | 86.0 | 84.3 | 82.5 | 83.5 | 1046.5 |
| Releases | 103.1 | 95.5 | 126.5 | 120.6 | 166.5 | 71.8 | 95.5 | 89.9 | 52.4 | 71.1 | 0.0 | 105.9 | 74.1 | 1120.5 |
| Inventory | 108.6 | 112.7 | 161.6 | 151.4 | 238.2 | 220.8 | 255.5 | 258.4 | 236.9 | 260.2 | 248.9 | 270.8 | 257.7 | Budget 1054.3 |

Changes to Plan

Baxter Confidential

Baxter Bioscience
Buminate Pipeline Report - AU's By Region
Prepared Apr 13, 2004

2004

**N.A.**

| | (open) | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | 972.9 | 1104.8 | 1609.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 14558.7 |
| Releases | | 888.7 | 1488.7 | 714.5 | 65.2 | 211.3 | 1458.0 | 0.0 | 0.0 | 2000.0 | 2000.0 | 1500.0 | 1500.0 | 11826.4 |
| Inventory | 7531.0 | 7446.6 | 7830.7 | 6936.2 | 3793.4 | 4796.7 | 5046.7 | 3838.7 | 2630.7 | 3422.7 | 4214.7 | 4596.7 | 4786.7 | |

Q1 Sales 3866.7 / Q1 Budget 4375.0 / Fin Fcst 0.0 / Q1 Rel. 3091.9
Q2 Sales 3624.0 / Q2 Budget 4375.0 / Fin Fcst 0.0 / Q2 Rel. 1734.5
Q3 Fcst 2630.7 / Q3 Budget 4375.0 / Fin Fcst 0.0 / Q3 Rel. 2000.0
Q4 Fcst 3654.0 / Q4 Budget 4375.0 / Fin Fcst 0.0 / Q4 Rel. 5000.0
Total 17500.0

**Japan**

| | (open) | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | 277.7 | 394.4 | 551.0 | 663.1 | 588.1 | 588.1 | 600.6 | 600.6 | 575.6 | 613.1 | 613.1 | 775.0 | 6840.4 |
| Releases | | 918.0 | 576.7 | 1299.3 | 451.3 | 121.8 | 822.0 | 511.3 | 324.5 | 698.0 | 698.0 | 511.3 | 884.8 | 7616.8 |
| Inventory | 929.2 | 1669.5 | 1751.7 | 2500.1 | 2288.2 | 1827.0 | 2055.9 | 1906.5 | 1600.4 | 1612.8 | 1807.7 | 1793.9 | 1805.8 | |

Q1 Sales 1223.1 / Q1 Budget 1400.0 / Fin Fcst 0.0 / Q1 Rel. 2794.0
Q2 Sales 1839.3 / Q2 Budget 1658.0 / Fin Fcst 0.0 / Q2 Rel. 1395.1
Q3 Fcst 1776.8 / Q3 Budget 1602.0 / Fin Fcst 0.0 / Q3 Rel. 1533.8
Q4 Fcst 2001.2 / Q4 Budget 1656.0 / Fin Fcst 0.0 / Q4 Rel. 2094.0
Total 3517.6

**IC**

| | (open) | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | 634.0 | 1257.0 | 1879.3 | 1398.6 | 1054.0 | 2002.3 | 1046.8 | 934.9 | 1928.3 | 1051.3 | 896.4 | 1956.5 | 16239.6 |
| Releases | | 10355.7 | 2698.0 | 1647.3 | 1230.1 | 1644.6 | 1000.0 | 0.0 | 0.0 | 2500.0 | 2500.0 | 2000.0 | 2000.0 | 18255.7 |
| Inventory | 2256.0 | 2459.7 | 3900.7 | 3669.0 | 3509.5 | 4091.1 | 3088.8 | 2042.0 | 1107.1 | 1678.3 | 3127.0 | 4230.6 | 4274.1 | |

Q1 Sales 3970.0 / Q1 Budget 3680.0 / Fin Fcst 0.0 / Q1 Rel. 6351.0
Q2 Sales 4454.9 / Q2 Budget 3774.8 / Fin Fcst 0.0 / Q2 Rel. 3387.3
Q3 Fcst 3910.1 / Q3 Budget 4812.9 / Fin Fcst 0.0 / Q3 Rel. 2500.0
Q4 Fcst 3904.2 / Q4 Budget 3906.0 / Fin Fcst 0.0 / Q4 Rel. 6500.0
Total 16196.0

**Total**

| | (open) | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | 2084.6 | 2756.2 | 4039.6 | 3269.7 | 2850.1 | 3798.4 | 2855.4 | 2743.5 | 3712.4 | 2872.4 | 2717.5 | 3939.5 | 37638.7 |
| Releases | | 2842.4 | 4763.4 | 3661.1 | 1746.6 | 1977.7 | 3280.0 | 511.3 | 324.5 | 5198.0 | 5198.0 | 4011.3 | 4384.8 | 37898.9 |
| Inventory | 10718.2 | 11476.6 | 13483.1 | 13166.3 | 11562.1 | 10709.6 | 10191.4 | 7847.2 | 5428.2 | 6913.8 | 9239.4 | 10433.3 | 10978.4 | |

Q1 Sales 8879.6 / Q1 Budget 9463.0 / Fin Fcst 0.0 / Q1 Rel. 11216.9
Q2 Sales 9918.2 / Q2 Budget 9608.0 / Fin Fcst 0.0 / Q2 Rel. 7084.9
Q3 Fcst 9311.3 / Q3 Budget 10805.0 / Fin Fcst 0.0 / Q3 Rel. 6033.8
Q4 Fcst 9529.4 / Q4 Budget 9138.0 / Fin Fcst 0.0 / Q4 Rel. 13594.0
Total 49219.0

HIGHLY CONFIDENTIAL

BAX MDL S 0989629

# ADVATE  PRICE DISCOUNT COMMUNICATIONS PLAN

5/6/2004

## Internal

| Date | Communication | Audience | Responsibility |
|---|---|---|---|
| May 6 | E-mail communication plan, internal Q&A and talking points, generic customer letter | TBMs | Doreen Eaton |
| May 6 10:30 am CT | Conference call to discuss price discount strategy and POA | TBMs | Peter O'Malley |
| TBD | Training via conference call – how to use the new Price Comparison tool | TBMs | Jim Galante/Paul Strasma |

## External

| Date | Communication | Audience | Responsibility |
|---|---|---|---|
| May 4 - 6 | Meeting to present re-pricing | Caremark; HHS | Peter O'Malley/ Jill Kadam/Blaine Forshage |
| May 6-7 | Phone calls to announce price discount | VCCs | Jill Kadam/Blaine Forshage |
| May 6-7 | Phone calls to announce price discount | HCCs and PHS Centers | Territory Business Managers (TBMs) |
| May 6 | Send letters with notification of new price | HCCs, VCCs, Direct Hospitals, GPOs, and Distributors | Customer Operations |
| May 10 | Fax PHS Centers price discount notification | PHS Centers | Customer Operations |
| May 22 | Industry Update – explain why we are lowering the price of ADVATE | MASAC members | Peter O'Malley/ Bruce Ewenstein |
| June 1 | Letter with price discount message | Healthcare Professionals, Patients | Doreen Eaton |
| June 7 | ADVANCES E-newsletter | Patients | Patrice Mitsos |
| TBD | Price Comparison tool | Healthcare Professionals | Paul Strasma/ Mike Bradley |

HIGHLY CONFIDENTIAL

# ADVATE PRICE DISCOUNT COMMUNICATIONS PLAN

## Internal

| Date | Communication | Audience | Responsibility |
|------|---------------|----------|----------------|
| May 6 | E-mail communication plan, internal Q&A and talking points, generic customer letter | TBMs | Doreen Eaton |
| May 6 10:30 am CT | Conference call to discuss price discount strategy and POA | TBMs | Peter O'Malley |
| TBD | Training via conference call – how to use the new Price Comparison tool | TBMs | Jim Galante/Paul Strasma |

## External

| Date | Communication | Audience | Responsibility |
|------|---------------|----------|----------------|
| May 4 - 6 | Meeting to present re-pricing | Caremark; HHS | Peter O'Malley/ Jill Kadam/Blaine Forshage |
| May 6-7 | Phone calls to announce price discount | VCCs | Jill Kadam/Blaine Forshage |
| May 6-7 | Phone calls to announce price discount | HCCs and PHS Centers | Territory Business Managers (TBMs) |
| May 6 | Send letters with notification of new price | HCCs, VCCs, Direct Hospitals, GPOs, and Distributors | Customer Operations |
| May 10 | Fax PHS Centers price discount notification | PHS Centers | Customer Operations |
| May 22 | Industry Update – explain why we are lowering the price of ADVATE | MASAC members | Peter O'Malley/ Bruce Ewenstein |
| June 1 | Letter with price discount message | Healthcare Professionals; Patients | Doreen Eaton |
| June 7 | ADVANCES E-newsletter | Patients | Patrice Mitsos |
| TBD | Price Comparison tool | Healthcare Professionals | Paul Strasma/ Mike Bradley |

5/6/2004

HIGHLY CONFIDENTIAL

BAX MDL S 0989631

FINALIZED 02/25/04
Updated February 25, 2004

Effective 4/1/04

## Current Customers w/ Extended Contracts/Pricing

| Product | Comments | Phys Office Clinic | Homecare | Non GPO Hosp Pharmacy | Authorized Biological Distributor | HTC (Non PHS) | Patient Direct | Retail Pharmacy |
|---|---|---|---|---|---|---|---|---|
| Advate | Non-VCC accounts | $0.96 | | $0.98 | $1.40* | $0.96 | N/A | $1.05 |
| Recombinate | Non-VCC accounts | $0.92 | $0.92 | $0.92 | $0.95 | $0.92 | N/A | $0.95 |
| Hemofil M | Non-VCC accounts | $0.62 | $0.62 | $0.62 | $0.63 | $0.62 | N/A | $0.65 |
| FEIBA VH | | $1.06 | $1.06 | $1.06 | $1.08 | $1.06 | N/A | $1.06 |
| Bebulin VH | | $0.59 | $0.59 | $0.59 | $0.59 | $0.59 | N/A | $0.59 |
| Proplex T | | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | N/A | $0.40 |

Any exceptions to the above guidelines must be approved by Sales Management
Contract extensions for accounts with outstanding DSO issues handled by exception via Marketing and Sales Management
* Subject to authorized charge backs

**Advate GPO Pricing**
Premier          $1.02
Other            $1.02

**Approved hemophilia biological distributors**
Actsys Medical Inc.
ASD Specialty Healthcare, Inc.
Bio-Med Plus
Blood Diagnostics Inc.
Blood Systems, Inc. (UBS)
Health Coalition
National Hospital Specialties
Cardinal Health (f.k.a. NSS Inc)
Medical Blood Services

5/4/2004

Baxter Confidential

HIGHLY CONFIDENTIAL

BAX MDL S 0989632

# BRADLEY
# DEPOSITION EXHIBIT
# 14

**From:**       Doreen Eaton
**To:**         Jeff Beck; Rob Rogers; RosaLee Satterthwaite; Blaine Forshage; Andy
                McGarvey; Larry Guiheen; Pete O'Malley; John Shannon
**CC:**         Jill Kadam
**BCC:**
**Sent Date:**     2004-07-16 17:51:48:000
**Received Date:** 2004-07-16 18:05:38:000
**Subject:**       For Internal Verbal Communications Only
**Attachments:**   ADVATE pricing question 7.16.04.doc

As discussed on today's sales call, attached are the ADVATE pricing question talking points. The
information contained in this document can be verbally communicated to the TBMs. This document cannot
be distributed.



ADVATE pricing question 7 16 04.doc

Best regards,
Doreen Eaton
Baxter BioScience
1627 Lake Cook Road
Deerfield, IL  60015
PH: (847) 940-5826
Fax: (847) 940-6525



HIGHLY CONFIDENTIAL

BAX MDL E 0034246

FOR INTERNAL VERBAL COMMUNICATION ONLY – DO NOT DISTRIBUTE
7/16/04

**1. What is the Price of ADVATE?**

- ADVATE represents a new advanced category in hemophilia A therapy yet is priced only 5-7% higher than RECOMBINATE rAHF as listed by the published databases.
  - As of July 1, 2004, published database prices for ADVATE are:
    - First Databank – 1.75
    - Redbook – 1.47
    - MediSpan – 1.75
  - As of July 1, 2004, published database prices for RECOMBINATE are:
    - First Databank – 1.63
    - Redbook – 1.40
    - MediSpan – 1.63
  - Baxter supplies information to databases, which use their own formulas to create published prices.
  - Payers use the databases published prices to determine their own reimbursement policies.

- Communicating one price is misleading and would not reflect what a patient actually pays
  - Reimbursement levels vary based on state and private insurance policies.

- No one should be discussing the true acquisition costs of our products.

- Questions about ASP, related to reimbursement issues, should be directed to Michael Bradley.

**2. How does the price of ADVATE compare to the price of other rFVIII therapies?**

- ADVATE is priced within the range of the other currently licensed rFVIII therapies.

**3. What resources are available to help patients understand the pricing of Factor VIII therapies?**

- *HemAware* has published several articles to help educate the hemophilia community about the pricing complexities of Factor VIII therapies. Baxter will have reprints of these articles available in early August.

PLEASE NOTE: This key message guide is intended for verbal communications. In all written communications, the full name, "ADVATE (Antihemophilic Factor (Recombinant), Plasma/Albumin-Free Method) rAHF-PFM" must be used for the first mention of the brand, and "ADVATE rAHF-PFM" used for all subsequent mentions in the document. It is permissible to simply state "ADVATE" in verbal communications only.

HIGHLY CONFIDENTIAL

BAX MDL E 0034247