# EXHIBIT "3" TO

RELATOR VEN-A-CARE'S PRE-HEARING BRIEF
AND PRESENTATION OF FACTS

**(Deposition of Baxter 30-b-6 witness, Michael Bradley,
taken on January 28, 2013)**

1           IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3    IN RE:  PHARMACEUTICAL            )

4    INDUSTRY AVERAGE WHOLESALE        )    MDL No. 1456

5    PRICE LITIGATION                  )

6    ---------------------------       )

7    THIS DOCUMENT RELATES TO:         )   Master File No.

8    UNITED STATES ex rel.             )   1:01-CV-12257-PBS

9    LINNETTE SUN and GREG HAMILTON,   )

10   Relators                         )      Sub-Category

11            v.                       )       Case Nos.

12   BAXTER HEALTHCARE CORPORATION     )   1:08-CV-11200-PBS

13   Case No. 08-CV-11200-PBS          )         and

14   ---------------------------       )   1:10-CV-11186-PBS

15   UNITED STATES OF AMERICA          )

16   ex rel. VEN-A-CARE OF THE         )

17   FLORIDA KEYS, INC.                )       Judge

18            v.                       )   Patti B. Saris

19   BAXTER HEALTHCARE CORPORATION     )

20   and BAXTER INTERNATIONAL, INC.    )

21   Case No. 10-CV-11186-PBS          )

22    THE VIDEOTAPED 30(b)(6) DEPOSITION OF BAXTER

23      HEALTHCARE CORP. by MICHAEL BRUCE BRADLEY

24          January 28, 2013 - 10:06 a.m.

```
 1              The videotaped 30(b)(6) deposition

 2    of BAXTER HEALTHCARE CORPORATION by

 3    MICHAEL BRUCE BRADLEY, called as a witness herein

 4    for examination, taken pursuant to the Federal

 5    Rules of Civil Procedure of the United States

 6    District Courts pertaining to the taking of

 7    depositions, taken before ROSANNE M. NUZZO, a

 8    Notary Public within and for the County of Will,

 9    State of Illinois, and a Certified Shorthand

10    Reporter of said state, at the law offices of

11    Goldberg Kohn Ltd., Suite 3300, 55 East Monroe

12    Street, Chicago, Illinois on Monday, January 28,

13    2013, at approximately 10:06 a.m.

14

15

16

17    PRESENT:

18

19            GOLDBERG KOHN LTD.,
              (55 East Monroe Street, Suite 3300,
              Chicago, Illinois  60603-5792,
20            312-201-4000), by:
              MR. DAVID J. CHIZEWER,
21            david.chizewer@goldbergkohn.com, and
              MS. BEATA G. BREWSTER,
22            beata.brewster@goldbergkohn.com,
                  appeared on behalf of the Plaintiffs;
23                Linnette Sun and Greg Hamilton,
                  Relators;
24
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Bruce Bradley

```
1    PRESENT (Continued):

2

3         THE BREEN LAW FIRM,
          (5755 North Point Parkway, Suite 260,
4         Alpharetta, Georgia  30022,
          770-740-0008), by:
5         MR. JAMES JOSEPH BREEN,
          jbreen@breenlaw.com,
6
               - and -
7
          ANDERSON LLC,
8         (1409 Wathen Avenue,
          Austin, Texas  78703,
9         512-469-9191), by:
          MR. C. JARRETT ANDERSON,
10        jarrett@anderson-llc.com,
               appeared on behalf of the Plaintiff,
11             Ven-A-Care of the Florida Keys, Inc.;

12

13        DICKSTEIN SHAPIRO LLP,
          (1825 Eye Street NW,
14        Washington, D.C.  20006-5403,
          202-420-2282), by:
15        MR. MERLE M. DeLANCEY,
          delanceym@dicksteinshapiro.com, and
16        MR. J. ANDREW JACKSON,
          jacksona@dicksteinshapiro.com,
17             appeared on behalf of the Defendant,
               Baxter Healthcare Corporation;
18

19

          OFFICE OF THE ATTORNEY GENERAL,
20        STATE OF FLORIDA,
          MEDICAID FRAUD CONTROL UNIT,
21        (PL-01, The Capitol,
          Tallahassee, Florida  32399-1050,
22        850-414-3300), by:
          MR. ANDREW H. McELROY, III,
23        Assistant Attorney General,
               appeared on behalf of the State of
24             Florida.
```

```
 1    PRESENT (by telephone and/or Internet
                 realtime streaming:)
 2

 3
           LAW OFFICE OF MARK ALLEN KLEIMAN,
 4         (2907 Stanford Avenue,
           Venice, California  90292,
 5         310-306-8094), by:
           MR. MARK ALLEN KLEIMAN,
 6         mkleiman@quitam.org,
                 appeared on behalf of the Plaintiffs,
 7         Linnette Sun and Greg Hamilton, Relators.

 8

 9
      ALSO PRESENT:
10
           MR. GREG HAMILTON, MBA,
11             Healthcare Industry Consultant,
               hjtennis27@aol.com,
12
           MR. MICHAEL BOLTON, Senior Counsel,
13             Baxter Healthcare Corporation,
               michael_bolton@baxter.com.
14

15

16

17

18

19    VIDEOTAPED BY:  JAMES PIERDZIOCH,
                      Elite Deposition Services.
20

21
      REPORTED BY:    ROSANNE M. NUZZO, CRR, RPR,
22                    CSR License No. 84-1388.

23

24
```

1                    I N D E X

2    WITNESS:                                    PAGE:

3    BAXTER HEALTHCARE CORPORATION by

4    MICHAEL BRUCE BRADLEY

5         BY MR. CHIZEWER....................    9

6         BY MR. BREEN.......................   82

7         BY MR. DeLANCEY....................  144

8         BY MR. CHIZEWER....................  148

9         BY MR. BREEN.......................  157

10

11

12                    * * * * *

13

14

15                E X H I B I T S

16   EXHIBIT NUMBER                      MARKED FOR ID

17   DEPOSITION EXHIBITS

18   Exhibit No. 1...........................   11

19   Exhibit No. 2...........................   20

20   Exhibit No. 3...........................   26

21   Exhibit No. 4...........................   30

22   Exhibit No. 5...........................   37

23   Exhibit No. 6...........................   41

24   Exhibit No. 7...........................   48

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Brian Bradley

| | |
|---|---|
| 1 | **E X H I B I T S  (Continued)** |
| 2 | **EXHIBIT NUMBER                    MARKED FOR ID** |
| 3 | **Exhibit No. 8......................... 62** |
| 4 | **Exhibit No. 9......................... 62** |
| 5 | **Exhibit No. 10........................ 71** |
| 6 | **Exhibit No. 11........................ 88** |
| 7 | **Exhibit No. 12........................ 98** |
| 8 | **Exhibit No. 13........................ 101** |
| 9 | **Exhibit No. 14........................ 106** |
| 10 | **Exhibit No. 15........................ 114** |
| 11 | **Exhibit No. 16........................ 119** |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

1     THE VIDEOGRAPHER:  We are on the record.  The

2     time is 10:06 a.m.

3          This is the videotaped deposition of

4     Baxter's corporate representative in the matter of

5     In Re: Pharmaceutical Industry Average Wholesale

6     Price Litigation.

7          We are at Goldberg Kohn, located in

8     Chicago, Illinois, on January 28th, 2013.  My name

9     is James Pierdzioch, and the court reporter is

10    Rosanne Nuzzo on behalf of Elite Deposition

11    Services.

12          Will counsel please state their

13    appearance and firm affiliation for the record.

14    MR. CHIZEWER:  This is David Chizewer.

15    I'm here with my colleague, Beata Brewster, from

16    Goldberg Kohn.  We represent the Plaintiff-

17    Relators in this case, Greg Hamilton and

18    Linnette Sun.

19          And I expect a representative of

20    Linnette Sun to state when those papers are

21    formally filed, as she had passed away in

22    December.

23          Also with me is one of the Relators,

24    Greg Hamilton.

1      MR. DeLANCEY:  Merle DeLancey, Dickstein

2  Shapiro, on behalf of Baxter Healthcare

3  Corporation.

4      MR. BOLTON:  Mike Bolton with Baxter

5  Healthcare.

6      MR. BREEN:  Jim Breen, representing Ven-A-Care

7  of the Florida Keys.

8      MR. ANDERSON:  Jarrett Anderson, counsel for

9  Ven-A-Care of the Florida Keys.

10      MR. McELROY:  Andrew McElroy for the State of

11  Florida.

12      MR. CHIZEWER:  We have also set up a call-in

13  line.  It's possible that the co-counsel to the

14  Relators, Mark Kleiman, may call in on.

15          If anybody else has a colleague that

16  they want to be able to access that line, just let

17  me know.  We'll give you the information.

18          Is anybody on the phone now?

19              (Short pause.)

20      THE VIDEOGRAPHER:  Okay.  Will the court

21  reporter please swear the witness.

22              (WHEREUPON, the witness was duly

23              sworn.)

24      THE COURT REPORTER:  Thank you.

```
 1              BAXTER HEALTHCARE CORPORATION by

 2                  MICHAEL BRUCE BRADLEY,

 3    called as a witness herein, having been first duly

 4    sworn, was examined and testified as follows:

 5                      EXAMINATION

 6    BY MR. CHIZEWER:

 7        Q.    Can you please state your full name for

 8    the record.

 9        A.    Michael Bruce Bradley.

10        Q.    Mr. Bradley, have you ever sat for a

11    deposition before?

12        A.    I have.

13        Q.    How many times?

14        A.    About two, three.

15        Q.    Okay.  When -- when was the last time

16    you sat for deposition?

17        A.    A few years ago.

18        Q.    Okay.  Let me just give you a couple

19    ground rules for today, okay?

20        A.    Yeah.

21        Q.    Perhaps the most important thing and

22    the thing that witnesses often do is to try and

23    answer a question that I'm asking before I'm

24    finished with the question.  Please don't do that
```

```
 1    because it's very hard to take down my question

 2    and your response at the same time.  So even if

 3    you know exactly what I'm asking you and you know

 4    what the answer is and you're anxious to get done,

 5    if you could just wait till I ask the question,

 6    maybe, and take a pause to see if anybody wants to

 7    make an objection, and then you can answer.  Okay?

 8         A.    Um-hum.  Okay.

 9         Q.    It's important that you give oral

10    responses to the questions as opposed to shaking

11    your head or just saying "uh-huh" or "uh-uh"

12    because that can -- those answers can get mixed up

13    on the transcript.

14              Do you understand?

15         A.    Yes.

16         Q.    If at any time you don't understand a

17    question that I'm asking, just let me know you

18    don't understand it, and I'll rephrase it to make

19    sure you do.

20         A.    Okay.

21         Q.    Okay?  Any time you want to take a

22    break, just let us know.  As long as there's not a

23    question pending, we can finish -- take a break.

24              If there's a question pending, finish
```

 1    the answer, and we'll take a break.

 2        A.    Okay.

 3        Q.    Good.  Any reason today why you can't

 4    give complete and truthful answers to my

 5    questions?

 6        A.    No.

 7                    (WHEREUPON, a certain document was

 8                     marked Deposition Exhibit No. 1.)

 9    BY MR. CHIZEWER:

10        Q.    Mr. Bradley, I've handed you what's

11    been marked as Bradley Deposition Exhibit No. 1,

12    which is a Notice of 30(b)(6) Deposition.

13              And on page 2, it's got a list of

14    subject matters for the deposition.  Have you seen

15    this document before?

16        A.    Yes, I have.

17        Q.    Okay.  You understand you've been

18    authorized by Baxter to speak on Baxter's behalf

19    with respect to the subject matters listed on

20    page 2 of the Exhibit 1 of the Notice?

21        A.    Yes.

22        Q.    Okay.  Could you describe the drug

23    Recombinate.

24        A.    Do you mean what it is?

1      Q.     Exactly.

2      A.     Recombinate is a recombinant form of

3  the Factor VIII protein.

4      Q.     What is it used for?

5      A.     For patients with hemophilia A.

6      Q.     Anybody else use it besides -- besides

7  patients with hemophilia A?

8      A.     I don't believe so.

9      Q.     And why do patients with hemophilia A

10  use Recombinate?

11      A.     The disease state hemophilia is, you

12  lack the Factor VIII protein, which is part of

13  the coagulation cascade; and if you're deficient

14  in that protein, then you can't sufficiently clot.

15      Q.     To whom does Baxter market Recombinate?

16      A.     We -- when you say "market," you

17  mean -- what do you mean by "market"?

18      Q.     Well, let's try it this way.  Who buys

19  Recombinate from Baxter?

20      A.     So we have a couple of customers;

21  primarily, specialty pharmacies which are really

22  licensed retail pharmacies; and then 340B

23  treatment centers, in-patient hospitals.

24

```
 1                    (WHEREUPON, Mr. J. Andrew Jackson

 2                     of Dickstein Shapiro LLP entered

 3                     the deposition proceedings.)

 4    BY THE WITNESS:

 5         A.    Primarily, that's it.

 6    BY MR. CHIZEWER:

 7         Q.    When you say "primarily, that's it,"

 8    are there other customers that -- that Baxter

 9    sells Recombinate to?

10         A.    Yeah.  We have a few customers, a few

11    blood banks, a few physicians' offices.

12         Q.    And if we focus on the time period just

13    prior to the launch of Advate, would the list of

14    Baxter customers of Recombinate be the same?

15         A.    Yes.

16         Q.    Just to make sure I have it right,

17    you said that the main and primary customers of

18    Recombinate for Baxter are specialty pharmacies,

19    340B treatment centers, in-patient hospital use,

20    some blood banks, and some physicians' offices?

21         A.    Correct.

22         Q.    And you couldn't think of any other

23    customers, is that correct?

24         A.    I mean, maybe rarely a -- a biological
```

 1    distributor, but that's very rare.

 2        Q.    What is a biological distributor?

 3        A.    A biological distributor is a company

 4    that focuses on purchasing and distribution of

 5    various biologics.

 6        Q.    Would you refer to the -- the different

 7    categories of customers as "classes of trade"?

 8    Would you use that term?

 9        A.    Yeah, we've used it.

10        Q.    Or do you just -- do you prefer just

11    "categories of customers"?  How do you refer to

12    the different categories?

13        A.    We just use "categories of customers."

14        Q.    Categories of customers?  Okay.

15              Of the categories of customers that you

16    mention that purchase Recombinate, which category

17    purchases the most?

18        A.    The specialty pharmacy.

19        Q.    What percent of the sales of

20    Recombinate by Baxter are accounted for by

21    specialty pharmacies, approximately?

22        A.    Today?

23        Q.    Through today.

24        A.    Recombinate today?

1    Q.    Why don't we focus on the period of

2    time just prior to the launch of Advate.

3    A.    Just -- okay.  I -- approximately

4    60 percent of our sales.

5    Q.    And what about to 340B treatment

6    centers?

7    A.    Approximately 25 percent.

8    Q.    And if we focused on the time period

9    today, how would the allocation of sales among the

10   categories of customers change?

11   A.    Relatively the same.

12   Q.    Okay.  Just prior to the launch of

13   Advate, what price per unit were your specialty

14   pharmacies paying for Recombinate?

15   A.    Oh, let's see.  The best I can recall,

16   I believe it was in the mid 80s.

17   Q.    When you say "mid 80s," somewhere

18   between 80 and 89 cents per unit?

19   A.    The best I can recall.

20   Q.    Okay.  Again focusing on the period of

21   time just prior to the launch of Advate, what were

22   the -- what were Baxter's competitors for selling

23   Recombinate?

24   A.    Right before Advate was launched, it

1    would be Bayer with Kogenate, CSL with Helixate,

2    and I believe it would have been Wyeth with

3    ReFacto.

4        Q.    And what was the pitch you made to

5    Baxter's categories of customers that purchased

6    Recombinate to get them to purchase Recombinate

7    instead of the competitive products?

8        A.    So can you clarify "pitch"?  I'm not

9    exactly sure what you mean by "pitch."

10        Q.    The sales techniques.  What were you

11    telling your categories of customers to get them

12    to purchase Recombinate instead of the

13    competitors' products?

14        A.    Well, when we launched Recombinate,

15    it was the first genetically derived Factor VIII

16    protein.  And then Bayer and CSL, which is

17    basically the same product -- Helixate and

18    Kogenate are the same product.  When they

19    launched, we launched our proven campaign just

20    to -- to tell our customers how proven Recombinate

21    was.

22        Q.    So, in other words, taking of it --

23    taking advantage of the fact that it was already

24    out there on the market and shown to work as

```
 1    opposed to a new product that hadn't been tried

 2    yet by your competitors?

 3         A.    The main goal for Recombinate at that

 4    time was to let the stakeholders in the hemophilia

 5    community know that Recombinate was a proven

 6    therapy that has been shown by the significant

 7    proportion of the population to work.

 8         Q.    And what market share did Recombinate

 9    have of the factor market at the time just prior

10    to the launch of Advate?

11         A.    I believe it was 70, 80 percent.

12         Q.    Did Baxter compete on price with

13    respect to Recombinate for -- looking at the

14    period of time just prior to the launch of Advate?

15         A.    I would say that was a very, very minor

16    part of our overall strategy.

17         Q.    Again focusing on the period of time

18    just prior to the launch of Advate, how did Baxter

19    report to First DataBank about the pricing of

20    Recombinate?

21         A.    At the time, I believed we supplied

22    list price, but there -- there was a transition

23    where First DataBank required WAC.

24         Q.    And the time just prior to the launch
```

```
 1    of Advate, how was Baxter reporting to other

 2    data banks regarding the pricing of Recombinate?

 3         A.    The only other -- there was three

 4    databases:  Medispan, Red Book, First DataBank.

 5    Medispan, First DataBank, I think I just answered

 6    that question.  Red Book, I believe we supplied

 7    list price.

 8         Q.    And just prior to the launch of Advate,

 9    what list price were you providing to First

10    DataBank for Recombinate?

11         A.    I can't recall.  I mean, I'd need to

12    look at some of the documentation.

13         Q.    If you had to guess, what would you...

14         A.    I believe the list was -- I'm not gonna

15    guess.

16         Q.    Okay.  At some point in time, did

17    Baxter begin reporting a WAC price to First

18    DataBank for Recombinate?

19         A.    Eventually, yes.

20         Q.    When?

21         A.    I believe it was around the time of

22    the -- the Advate approval, Advate launch, in that

23    time frame.

24         Q.    And when -- when Baxter first started
```

1     to report a WAC price for Recombinate, what price

2     was reported?

3         A.     I believe $1.40 a unit.

4         Q.     And did Baxter report a WAC price for

5     Recombinate to the other data banks?

6         A.     Yes.

7         Q.     And at the time of that reporting, was

8     the same -- in other words, whenever it started

9     reporting the WAC price to First DataBank, it

10     began reporting the same WAC price to the other

11     data banks?

12         A.     I don't believe that was the case.

13     This -- this was ten years ago.

14         Q.     Right.

15         A.     So I know that First DataBank was the

16     first database, I think, to change their reporting

17     mechanisms.

18         Q.     Okay. So Baxter would not have been

19     reporting a WAC price for Recombinate to any

20     databank prior to when it was reporting -- it

21     first started reporting the WAC price to First

22     DataBank, is that right?

23         A.     That, I really don't recall. I mean,

24     what I can tell you is that we will report the

In Re: Pharmaceutical Industry Average Wholesale Price Litigation    Michael Bruce Bradley

```
 1    price that the databases tell us we need to

 2    report.

 3                   (WHEREUPON, a certain document was

 4                   marked Deposition Exhibit No. 2.)

 5    BY MR. CHIZEWER:

 6         Q.    Mr. Bradley, you've been handed what's

 7    been marked as Bradley Deposition Exhibit No. 2.

 8    It's a letter dated November 16th, 2001 to Dennis

 9    Smith of Center for Medicare & Medicaid Services,

10    what we call "CMS," sent by Merle DeLancey and

11    Andrew Jackson.  It's identified with the Bates

12    number of BAX MDL S 108841 through 8843.

13                   Are you familiar with this letter?

14         A.    I am.

15         Q.    Baxter authorized its counsel to send

16    this letter to CMS on or about November 16, 2001?

17         A.    We did.

18         Q.    Okay.  If I can direct your attention

19    to the last page of the letter, in the first full

20    paragraph on that page, Baxter reports that,

21    quote:

22                   "First DataBank's new definition

23               of AWP -- as apparently mandated by

24               Department of Justice attorneys -- is
```

```
 1              a radical departure from the actions

 2              previously demonstrated by First

 3              DataBank with respect to Baxter

 4              BioScience's therapies."

 5                  Does Baxter stand by that statement?

 6      A.      Yes.

 7      Q.      What was the change that -- or the

 8   "radical departure" that FDB made that -- that was

 9   being referred to in this November 16th, 2001

10   letter?

11      A.      I believe -- and you might have to

12   correct me if I'm wrong because there's been --

13      MR. DeLANCEY:  I don't get to do that.

14      THE WITNESS:  Oh.

15   BY THE WITNESS:

16      A.      There's so many documents.

17              I believe what First DataBank began

18   doing is reported our list price that we sent to

19   them, they began reporting it as WAC.

20   BY MR. CHIZEWER:

21      Q.      And they began creating or --

22   creating AWPs and reporting AWPs based on WAC

23   pricing, is that correct?

24      A.      They came out with the new -- a
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Bruce Bradley

1    definition of WAC.  We sub- -- we submitted list

2    pricing to them.  They took it upon themselves to

3    put the list price as a WAC.

4        Q.    And you noticed that change started to

5    take place in June 2001, is that right?

6        A.    I believe so, if that's what the letter

7    states.

8        Q.    Okay.  And did FDB ultimately use this

9    new ADL -- AWP calculation method with respect to

10   Advate as well?

11       A.    I don't believe so, because this was

12   two years before Advate was launched.

13       Q.    Right.  But once Advate was launched,

14   was First DataBank still using the method of

15   creating AWPs by using a WAC price?

16       A.    Correct.

17       Q.    And that was a departure from what FDB

18   had been doing prior to June 2001, is that right?

19       A.    As I stated, we traditionally submitted

20   our list price to First DataBank.  They took it

21   upon themselves to include it -- to put it in WAC.

22   We did not report WAC to them at this time.

23       Q.    And you said at some -- at some

24   point -- strike that.

```
 1                  Once Advate was launched, were you

 2    originally reporting a list price of Advate to

 3    FDB?

 4         A.    I don't believe so.  I believe we

 5    supplied WAC to First DataBank.

 6         Q.    And upon the Advate launch, what was

 7    the WAC that you were reporting to First DataBank?

 8         A.    I believe our launch WAC was $1.50

 9    at -- per unit.

10         Q.    And how was that calculated?

11         A.    The WAC price is calculated by an

12    analysis, an internal analysis we did, with legal

13    review, to look at our other therapies that we

14    currently had on the market.

15         Q.    And then what?

16         A.    Oh, I don't know.  We -- what more do

17    you want?

18         Q.    Well, tell me, how did you get to the

19    price of $1.50?

20         A.    Oh, the exact price?

21         Q.    Yeah.  I'm sorry.

22         A.    So there was a -- as I indicated, we

23    had an internal legal review.  We -- we looked at

24    the current difference between what our ASP is and
```

1    what our published WAC is for our other hemophilia

2    therapies.

3              And then, there was certain people

4    within Baxter BioScience that determined what we

5    were going to set our WAC at based on what our

6    legal department -- what the legal guidance was.

7        Q.    Did you say it was based on the WAC of

8    other hemophilia products that Baxter was selling?

9        A.    It was based on the percentage

10   difference between our ASP, our selling price, and

11   then our published WAC for our other hemophilia

12   therapies.

13       Q.    So it was based on your average selling

14   price of -- so -- strike that question.

15             So in order to report WAC for Advate

16   when it was launched, one of the things you took

17   into consideration was the ASP or the average

18   selling price of Advate?

19       A.    Our internal average of what we sell

20   all of our products for.  This is our internal

21   average selling price.

22             And then, with legal guidance, they

23   gave us a range of what we could create as our

24   published WAC.

1      Q.     And at the time that Advate was

2   launched, what was the WAC for Recombinate?

3      A.     I stated earlier, I believed it was

4   $1.40, but I -- I'm not a hundred percent sure.

5   I'm going to need to see some documents on that.

6      Q.     How was the WAC for Recombinate

7   determined?

8      A.     Very similarly.  We -- we did have

9   another hemophilia therapy already on the market.

10     Q.     So could you describe how you

11  determined the WAC specifically for Recombinate.

12     A.     No.  I -- I did not.  I wasn't familiar

13  with how they did that specifically.

14     Q.     If I could turn your attention back to

15  the November 16th letter to CMS from Baxter's

16  counsel.  If you could look at the last sentence

17  of the first paragraph, it says:

18             "Baxter BioScience does not sell

19         to full-line wholesalers and, thus,

20         does not have WAC prices."

21             Was that true with respect to

22  Recombinate in November 16th, 2001?

23     A.     I believe, at the time, that we did not

24  sell Recombinate to wholesalers.

In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Michael Bradley

1    Q.    And was it true at that time that you

2  did not -- that Baxter did not sell Recombinate to

3  any wholesalers or just to -- that they didn't

4  sell it to full-line wholesalers?

5    A.    I believe your second statement.  We

6  did not sell to full-line wholesalers.

7    Q.    Did Baxter, in fact, sell to other

8  types of wholesalers?  Strike that question.

9          On or around November 2001, did Baxter,

10  in fact, sell Recombinate to other types of

11  wholesalers other than full-line wholesalers?

12    A.    I can't for sure answer that question.

13  I'm not -- I don't have that information.

14    Q.    So it's possible that in November 16th,

15  2001, Baxter was, in fact, selling Recombinate to

16  some type of wholesalers, right?

17    MR. DeLANCEY:  Objection, asked and answered.

18          You can answer.

19  BY THE WITNESS:

20    A.    They may have.  I'm just not familiar

21  with that information.

22              (WHEREUPON, a certain document was

23               marked Deposition Exhibit No. 3.)

24

1    BY MR. CHIZEWER:

2        Q.    Mr. Bradley, you have been handed

3    what's been marked as Deposition Exhibit No. 3.

4    It's a document, it has your name on it at the

5    top, "Michael Bradley," entitled "Key Healthcare

6    Economics Issues."  It's got a date of May 1st,

7    2002.

8              Are you familiar with this document?

9        A.    Yes.

10       Q.    At the top of the document is a chart

11   listing Products and Actual List Prices and First

12   DataBank List Prices.

13             Does this chart reflect -- reflect your

14   recollection as to what the actual list price of

15   Recombinate was on or around May 2002?

16       A.    Yes.

17       Q.    And what was it?

18       A.    It says the First -- are you talking

19   about the -- the First DataBank list price, or are

20   you talking about the list price in the other

21   databases?

22       Q.    What was the actual list price of

23   Recombinate that Baxter was reporting to First

24   DataBank on or around May 2002?

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Fritz Bradley

```
 1        A.    $1.30 per unit.

 2        Q.    If you could review what's listed in

 3   the first paragraph there under "Update," just

 4   read it to yourself and let me know when you're

 5   finished, please.

 6              (Short pause.)

 7   BY THE WITNESS:

 8        A.    Okay.

 9   BY MR. CHIZEWER:

10        Q.    You're reporting here that Kay Morgan

11   with First DataBank was sent -- saying to Baxter

12   that they needed to report a WAC price, is that

13   correct?

14        A.    Correct.

15        Q.    And what do you understand a WAC price

16   to be?

17        A.    The wholesale acquisition cost.

18        Q.    And how do you determine wholesale

19   acquisition cost?

20        A.    By definition, that's the -- the price

21   that you sell your products to the wholesale

22   distribution channel.

23        Q.    So if Baxter was selling Recombinate

24   to some type of wholesale distribution channel,
```

```
 1    it would have just looked at that price, and that

 2    would have been the WAC price, is that correct?

 3         A.    Correct.

 4         Q.    And it -- in here, you are reporting

 5    that Baxter plans on updating the list prices in

 6    June and that Baxter currently did not have

 7    definitions for various customer categories, is

 8    that right?

 9         A.    Correct.

10         Q.    Were you responsible for helping to

11    determine the WAC price?

12         A.    At this point, I was probably

13    consulted, but I -- I didn't have the final say.

14         Q.    You would have been aware, though, of

15    the WAC prices that were ultimately reported to

16    First DataBank for Recombinate and Advate --

17         A.    Yes.

18         Q.    -- right?

19         MR. DeLANCEY:  Just let him finish his

20    question.

21         THE WITNESS:  Oh, sorry.

22         MR. CHIZEWER:  You're doing pretty well so

23    far.

24         THE WITNESS:  I knew that would happen.
```

1      MR. CHIZEWER:  You're doing pretty well so

2  far.

3      MR. DeLANCEY:  You've got to do something

4  wrong.

5              (WHEREUPON, a certain document was

6              marked Deposition Exhibit No. 4.)

7  BY MR. CHIZEWER:

8      Q.   Mr. Bradley, you have been handed

9  what's been marked as Deposition Exhibit No. 4.

10  It's just a -- a list of "Advate Pricing."

11          Does this pricing look familiar to you?

12      A.   Some.

13      Q.   Okay.  It contains a list of prices and

14  then different descriptions of the price.

15          "1.50 WAC," does that mean the WAC for

16  Advate was $1.50?

17      A.   Correct.

18      Q.   And then it says $1.66 for "Red Book

19  List."  What does that mean?

20      A.   Well, at the time, First DataBank

21  required the submission of a WAC in order to -- to

22  put the information into their databases.

23  Red Book required a list price.

24      Q.   Okay.  And then it says $1.88

1    "First DataBank List."

2         A.    Correct.

3         Q.    Was that the price that Baxter was

4    reporting to First DataBank for Advate?

5         A.    No.

6         Q.    What was -- what did $1.88 represent?

7         A.    The $1.88 represents -- this is what

8    this other letter is about -- is what the way

9    First DataBank works is, they take the WAC, and

10   they add 25 percent to it.  And that's how they

11   create -- we have a list here, but it's their

12   published AWP.

13        Q.    Okay.  Below that, it says $1.15

14   "Open Market."  What does that mean?

15        A.    Open market would be customers that

16   don't sign a committed contract to us or just

17   a spot market price for someone interested in

18   purchasing our therapies.

19        Q.    Then it says 84 cents "PHS."  What does

20   that mean?

21        A.    So "PHS" is the Public Health Service,

22   also known as 340B pricing.

23        Q.    Okay.  Does $1.11 "GPO," does that --

24   does "GPO" stand for Group Purchasing

In Re: Pharmaceutical Industry Average Wholesale Price Litigation-Michael Bradley

```
 1     Organizations?
 2          A.    Correct.
 3          Q.    So that was the price that you were
 4     charging for Advate to group purchasing organ- --
 5     organizations?
 6          A.    Well, that's what this -- what I'm
 7     reading here, that's what it says, yes.
 8          Q.    Then it says $1.01 to $1.07 "VCCs."
 9     What are VCCs?
10          A.    So those would be volume committed
11     contracts.
12          Q.    And to whom did Baxter typically have
13     volume committed contracts for Advate?
14          A.    So these would be, once again, the --
15     the specialty pharmacy providers, the SPPs.
16          Q.    Anybody else?
17          A.    No.  By and large, VCCs are
18     specifically for specialty pharmacy customers.
19          Q.    Okay.  It says $1.09 "Premier."
20     Is Premier a group purchasing organization?
21          A.    Yes.
22          Q.    So they got special pricing over the --
23     some of the other group purchasing organizations,
24     is that right?
```

 1          A.     That -- that's what this says.

 2          Q.     Okay.  And the same thing for

 3     "Novation"?

 4          A.     Correct.

 5          Q.     And then it says $1.09 "Tier V."

 6     What does "Tier V" mean?

 7          A.     I believe Tier -- Tier V were small

 8     specialty pharmacy customers that weren't

 9     necessarily signing a volume committed contract.

10          Q.     When First DataBank was -- began asking

11     Baxter for WAC pricing for Recombinate, did you

12     have any understanding of why First DataBank

13     wanted WAC pricing and what they were after by

14     doing that?

15          A.     I understood at the time that they had

16     changed their pricing rep- -- their price

17     reporting.

18          Q.     And did you know the -- did you have

19     an understanding or an opinion as to the reason

20     why they were changing?

21          A.     As I recall, they wanted to standardize

22     the price reporting throughout their entire

23     database.

24          Q.     What do you mean by "standardize"?

1     A.     I believe at the time, their different

2     pharmaceutical companies were reporting different

3     types of information to First DataBank.  Some

4     would do list, some would do WAC.  And I

5     believe -- this is ten years ago, even more --

6     I believe they wanted to standardize it across

7     all drug categories.

8          Q.     And did you have an understanding of

9     how First DataBank wanted the manufacturers to

10    calculate their WAC for the products?

11         A.     I -- I don't recall.

12         Q.     Did you have an expectation that First

13    DataBank's switch to WAC pricing would affect the

14    level of AWP that First DataBank would report?

15         A.     Only if they used or submitted list

16    price as their WAC.

17         Q.     Well, prior to moving to WAC pricing,

18    First DataBank was calculating the AD- -- AWP as

19    simply the list price that Baxter reported,

20    for example, for Recombinate, correct?

21         A.     Correct.

22         Q.     And is it your testimony that Baxter

23    expected that if they gave an actual WAC price to

24    First DataBank, that the AWP that would result

1    from that WAC price would be the same as the list

2    price that was previously being reported?

3         A.    Can you say that again?

4         Q.    Is it your testimony that Baxter

5    expected that if it reported an actual WAC price

6    to First DataBank for Recombinate, say, that the

7    AWP that First DataBank calculated from that WAC

8    would be the same as the list price that Baxter

9    had been previously reporting for Recombinate?

10        A.    Yes.  It was our intention to make sure

11   that whatever price First DataBank has requested

12   for us to submit to them, that eventually on that

13   published price, their published list price, that

14   would have no impact.

15        Q.    That was Baxter's intention?

16        A.    Correct.

17        Q.    What did you -- did you form an opinion

18   as to what you thought the Department of Justice's

19   objective was in terms of having First DataBank

20   ask for WAC pricing instead of just reporting AWP

21   as the list price that they got from the

22   manufacturers?

23        A.    I don't recall any DOJ involvement in

24   this matter.

```
 1        Q.    So your -- the November 16th letter
 2   attributed the new -- the radical departure that
 3   First DataBank was taking to some mandate from
 4   Department of Justice attorneys, correct?
 5        A.    I'll -- I'll have to read the letter
 6   again.  I don't recall that specifically.
 7        Q.    Sure.  Take -- take a look at --
 8        MR. BREEN:  Are you talking about the
 9   November 16th letter?
10        MR. CHIZEWER:  Yeah.
11   BY MR. CHIZEWER:
12        Q.    If you look at the November 16th
13   letter, if I could refer your attention back to
14   the sentence we read before on the last page, the
15   first full paragraph, you are saying:
16             "First DataBank's new definition of
17          AWP - as apparently mandated by Department
18          of Justice attorneys..."
19        MR. BREEN:  Which letter are you reading from?
20        MR. CHIZEWER:  The November 16th letter,
21   page 3.
22        MR. DeLANCEY:  2001.
23        MR. CHIZEWER:  2001.
24        MR. DeLANCEY:  Page 3, first full paragraph.
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Bradley

```
 1    BY THE WITNESS:

 2         A.    I -- I -- I can't provide you any

 3    additional information.  I understand it's in the

 4    letter, but I don't recall any specifics.

 5    BY MR. CHIZEWER:

 6         Q.    It never entered Baxter's mind that

 7    perhaps the reason that the Department of Justice

 8    was mandating reporting based on WAC was because

 9    the previous AWPs reported through list pricing

10    had been inflated?

11         A.    I don't recall.

12         Q.    Okay.

13                   (WHEREUPON, a certain document was

14                    marked Deposition Exhibit No. 5.)

15    BY MR. CHIZEWER:

16         Q.    Mr. Bradley, I've -- I've handed you

17    what's been marked as Deposition Exhibit No. 5,

18    which is a letter dated February 7th, 2003 to

19    Chuck Duarte, the Medical Director -- Medicaid

20    Director in Nevada from you.  It's identified as

21    Bates number BAX MDL E 1947353 to 35 -- to 355.

22                   Did you send this letter to Mr. Duarte

23    on or about February 7th, 2003?

24         A.    I did.
```

1    Q.    Okay.  And in this letter, you explain

2  to Mr. Duarte your understanding that the

3  Department of Justice had created revised AWPs to

4  better reflect actual selling prices, is that

5  right?

6    A.    Yes.

7    Q.    So you knew that the new AWPs that were

8  being created through WAC were to better reflect

9  actual selling prices, correct?

10    MR. DeLANCEY:  Objection, mis- -- completely

11  mixing apples and oranges here.

12    THE WITNESS:  Thank you.

13    MR. DeLANCEY:  That's not what he testified

14  to.

15         But go ahead.

16  BY THE WITNESS:

17    A.    So, as Merle said, you're talking about

18  two different things here.

19         What the DOJ did back then is, they

20  took a survey of wholesalers, companies that we

21  didn't even sell product to, basically, and they

22  created revised AWPs, what we call the DOJ AWPs;

23  totally different than what we do when we supply

24  the necessary information to the databases.

```
 1    BY MR. CHIZEWER:

 2         Q.    Well, you were reporting here that:

 3               DOJ was requiring "First DataBank

 4            to survey 'wholesalers' for pricing

 5            information."

 6               Is that right?

 7         A.    Correct.

 8         Q.    Okay.  And then you say:

 9               "In fact, the entities" that "First

10            DataBank surveyed" include -- "included

11            traditional wholesalers and biological

12            distributors."

13               Correct?

14         A.    Correct.

15         Q.    And they did that to come up with WAC

16    pricing, correct?

17         A.    I can't tell you that.

18         Q.    Okay.  You mentioned that Baxter sold

19    biological -- excuse me.  Strike that question.

20               You mentioned that Baxter sold

21    Recombinate to biological distributors, is that

22    correct?

23         A.    I stated they may have, yes.

24         Q.    Okay.  And did Baxter also sell Advate
```

```
 1     to biological distributors?

 2          A.     They may have.

 3          Q.     And when Baxter was coming up with its

 4     WAC pricing for Recombinate -- no, strike that

 5     question.

 6                 When Baxter was coming up with its

 7     WAC pricing for Advate, did it use the price that

 8     it charged for Advate to biological distributors

 9     as the WAC?

10          A.     I believe I already answered your

11     question on how we calculated the WAC.

12          Q.     Okay.  But you can answer this, this

13     question.

14          A.     Okay.  What -- what we did is, we --

15     we do -- did an analysis on our -- our current

16     hemophilia products of what we sell them for and

17     what our current published WAC pricing is.

18                 With legal guidance, we created the WAC

19     for Advate.

20          Q.     You did not simply take the price that

21     you were -- that Baxter was charging biological

22     distributors for Advate and use that as a WAC,

23     did you?

24          A.     No.
```

```
 1              (WHEREUPON, a certain document was

 2              marked Deposition Exhibit No. 6.)

 3   BY MR. CHIZEWER:

 4        Q.    Mr. Bradley, I've handed you what's

 5   been marked as Deposition No. 6.  It's an undated

 6   draft letter to a Medicaid -- generic Medicaid

 7   director.  It's not signed, but it does have your

 8   block signature at the end, and it's identified as

 9   EX PATT 014590.

10              This is a draft of the letter that you

11   ultimately sent to Mr. Duarte, correct?

12        A.    Yes.  This looks like, yes, this would

13   be a letter that was still in draft form.

14        Q.    Right.  And is that your handwriting on

15   the draft?

16        A.    No.

17        Q.    Do you know whose handwriting that is?

18        A.    No.

19        Q.    Do you recall who helped you draft the

20   letter to Mr. Duarte?

21        A.    We always had legal review.  I can't

22   say that this is anyone from legal's writing.

23        Q.    In the final letter, you mention that

24   DOJ required First DataBank to survey wholesalers
```

1    for pricing information, and then you go on to

2    list the specific types of entities that D- --

3    First DataBank surveyed, including traditional

4    wholesalers and biological distributors.

5              But in your original -- or in the

6    earlier draft which is in Exhibit 6, you also

7    stated that First DataBank surveyed "traditional

8    wholesalers," and you list a few traditional

9    wholesalers; "biological distributors," you list a

10   couple biological distributors; and then you add

11   "and specialty wholesalers" and then list a few

12   specialty wholesalers.

13                   (WHEREUPON, there was a short

14                    interruption.)

15        MR. CHIZEWER:  Just hit "1" on the phone.

16                   (Short pause.)

17        MR. DeLANCEY:  Why don't you just go off.

18        MR. CHIZEWER:  That's fine.  Go off the

19   record.

20        THE VIDEOGRAPHER:  The time is 10:58 a.m.

21   We are going off the record.

22                   (WHEREUPON, there was a short

23                    interruption.)

24        THE VIDEOGRAPHER:  The time is 10:59 a.m.

```
 1              We are back on the record.

 2    BY MR. CHIZEWER:

 3        Q.    Why, in the final version of the

 4    letter that you actually sent to Mr. Duarte on

 5    February 7th, 2003, did you strike the specific

 6    reference to specific "biological distributors"

 7    and strike the reference to "specialty

 8    wholesalers" altogether?

 9        A.    I can only say that probably was --

10    whoever was reviewing it, most likely legal, just

11    decided that that information was not necessary

12    for the letter.

13        Q.    Wasn't Baxter selling Advate to

14    specialty wholesalers in February of 2003?

15        A.    No.  We were selling to specialty

16    pharmacies.

17        MR. DeLANCEY:  In February 2003.  Go back to

18    his -- it wasn't around yet, so it couldn't sell

19    it.

20              But go ahead.  Ask -- can you clarify

21    that answer?

22        MR. CHIZEWER:  Yeah.  I'll -- well, we'll

23    strike that question and answer.

24        MR. DeLANCEY:  Okay.
```

```
 1    BY MR. CHIZEWER:

 2         Q.    When did Baxter finally start selling

 3    Advate?

 4         A.    I believe -- I don't know the exact

 5    time -- August/September 2003.

 6         Q.    Okay.  In February 2003, wasn't Baxter

 7    selling Recombinate to specialty wholesalers?

 8         A.    We may have had very small sales to

 9    them.  Traditionally, the bulk of our sales is to

10    specialty pharmacies.

11         Q.    And when Advate hit the market in late

12    2003, wasn't Baxter selling Advate to specialty

13    wholesalers?

14         A.    I don't recall.  As I mentioned, over

15    60 percent of our sales is to the specialty

16    pharmacies.

17         MR. CHIZEWER:  Okay.  Let's take a break.

18         MR. DeLANCEY:  Okay.

19         THE VIDEOGRAPHER:  This is the end of Tape

20    No. 1.  The time is 11:01 a.m.  We are going off

21    the record.

22              (WHEREUPON, a recess was had.)

23         THE VIDEOGRAPHER:  This is the beginning of

24    Disk No. 2.  The time is 11:09 a.m.
```

```
 1              We are back on the record.
 2   BY MR. CHIZEWER:
 3       Q.    If Baxter had been selling Advate to
 4   specialty wholesalers, then Baxter could have
 5   simply calculated its WAC price for Advate by
 6   referring to the price it charged to those
 7   specialty wholesalers, correct?
 8       A.    I don't believe so.
 9       Q.    Why not?
10       A.    I thought I've already done this a
11   couple times, is tell you exactly how we
12   calculated our WAC price.
13       Q.    Right.  You -- I think you explained
14   how you calculated your WAC price because -- and
15   the rationale -- part of the rationale for that
16   calculation was the fact that Baxter did not sell
17   Advate to specialty wholesalers, correct?
18       MR. DeLANCEY:  Objection.  That's not his
19   testimony.
20              You still have to answer.
21   BY THE WITNESS:
22       A.    We may have sold a very small amount of
23   Advate to what they consider here as a specialty
24   wholesaler, but it definitely wasn't one of our
```

 1   main customers.

 2   BY MR. CHIZEWER:

 3       Q.    What do you consider "a very small

 4   amount," like what percent of the sales of Advate?

 5       A.    I can't answer that; a thousand,

 6   two thousand, four thousand units.  It's not even

 7   perceptible to an overall percentage of our

 8   business.

 9       Q.    Was it less than 10 percent of your

10   business?

11       A.    Yes.

12       Q.    Was it less than 5 percent of your

13   business?

14       A.    Yes.

15       Q.    If specialty wholesalers would have

16   made up, say, 10 to 15 percent of Baxter's --

17   Baxter's business for Advate, then it could have

18   simply referred to the price it was charging those

19   specialty wholesalers to come up with a WAC,

20   correct?

21       A.    No.

22       Q.    Why not?

23       A.    It's not the way that we calculated our

24   WAC price.

1     Q.    I know it's not the way you did it

2  because you didn't have --

3     A.    Well, I'm not going to speculate on

4  what we could have done.

5     MR. DeLANCEY:  Mike, let him finish --

6     THE WITNESS:  Right.

7     MR. DeLANCEY:  -- what he's saying.

8     THE WITNESS:  Right.  Okay.

9  BY MR. CHIZEWER:

10    Q.    So if 10 to 15 percent of your Advate

11  business had been to specialty wholesalers, you're

12  not sure how that would -- or if that would have

13  impacted the wholesale acquisition cost that you

14  reported for Advate, correct?

15    A.    Correct.

16    Q.    With respect to Advate, is First

17  DataBank still calculating AWP by marking up a

18  reported WAC price?

19    A.    No, they are not.

20    Q.    How do they calculate AWP for Advate

21  now?

22    A.    By a lawsuit that was settled,

23  I believe last year, they are no longer allowed to

24  publish an AWP.

```
 1            THE COURT REPORTER:  I'm sorry?

 2            THE WITNESS:  Publish an AWP.

 3    BY MR. CHIZEWER:

 4        Q.    Prior to the lawsuit that you're

 5    referencing, was -- up until that lawsuit, was

 6    FDB still calculating an AWP for Advate based on

 7    a reported WAC price?

 8        A.    Yes, I believe that's the case.

 9                  (WHEREUPON, a certain document was

10                  marked Deposition Exhibit No. 7.)

11    BY MR. CHIZEWER:

12        Q.    Mr. Bradley, I've handed you what's

13    been marked as Deposition Exhibit No. 7.  It's a

14    fax cover sheet from Louise Westcott to a number

15    of people, and it attaches a letter dated

16    June 2nd, 2000 to First DataBank from Paul Ashba.

17    It's identified as Bax_Sun_Lex_6925 to 6927.

18              Are you familiar with the June 2000

19    letter sent to First DataBank by Mr. Ashba?

20        A.    I am.

21        Q.    In this letter, Baxter is complaining

22    to First DataBank because they are reporting a

23    published price of 85 cents per unit for

24    Recombinate, is that right?
```

1      A.     Correct.

2      Q.     At that time, was -- were any of

3  Baxter's customers being sold Recombinate for

4  85 cents per unit?

5      A.     I believe, yes.

6      Q.     Did you let First DataBank know in this

7  June 2000 letter that that 85 cents per unit was,

8  in fact, a price that Baxter was using to some

9  customers?

10     A.     I don't recall that.

11     Q.     Why was Baxter complaining to First

12  DataBank about the published price of 85 cents per

13  unit for Recombinate?

14     A.     Well, there are a number of reasons.

15            First and foremost, this was very near

16  what we were selling our products to our customers

17  at, okay?  And so the way that some customers were

18  using this published AWP is, they would discount

19  it, as they do, and they were actually reimbursing

20  less for our product than we were selling it for.

21     Q.     Were state Medicaid agencies using the

22  price that way?

23     A.     Some.

24     Q.     Was First DataBank using that 85 cent

1    per unit price as a WAC to mark up to calculate

2    an AWP?

3         A.    No.

4         Q.    How did you know that?

5         A.    The DOJ AWPs, as it was referred to in

6    another letter, were calculated based on surveys

7    to customers that most were not our customers.

8    They were supposed to be updated every six months,

9    and they weren't.  So we had core issues with

10   that.

11        Q.    How did First DataBank respond to this

12   June 2000 letter?

13        A.    I don't recall the specifics.  I --

14   I do know that this DOJ AWP was around for a

15   couple years.

16        Q.    Have you ever heard of Florida

17   Infusion?

18        A.    Maybe.

19        Q.    Do you know if Florida Infusion is a

20   specialty wholesaler?

21        A.    That, I don't know.

22        Q.    Okay.  Have you ever heard of

23   Biomed Plus?

24        A.    Yes.

```
 1          Q.     What is Biomed Plus?

 2          A.     I believe they are a small- to

 3     mid-sized specialty pharmacy.

 4          Q.     Do you know if they're a wholesaler?

 5          A.     I do not believe they are.

 6          Q.     How about ASD, have you ever heard of

 7     ASD?

 8          A.     I have.

 9          Q.     What is ASD?

10          A.     ASD is a branch of one of the larger

11     wholesalers.

12          Q.     Did Baxter sell Advate to ASD when --

13          A.     I believe --

14          Q.     -- it was first launched?

15          A.     Sorry.

16          Q.     That's all right.

17          A.     I believe we sold product to their

18     specialty pharmacy division of ASD.

19          Q.     Was it common for wholesalers to have

20     specialty pharmacy divisions?

21          A.     You'll have to give me the time frame.

22          Q.     Okay.  Let's say at about the time of

23     the launch of Advate, was it common for

24     wholesalers to have specialty pharmacy divisions?
```

 1        A.    I believe it wasn't common.

 2        Q.    Did Baxter sell what you would consider

 3   a significant amount of Advate to specialty

 4   pharmacies that were divisions of wholesalers?

 5        A.    We did not sell a significant amount

 6   of Advate to wholesalers or their specialty

 7   pharmacies that were associated with them.

 8        Q.    Do you know whether the specialty

 9   pharmacy divisions of specialty wholesalers

10   actually had wholesale licenses?

11        A.    I don't -- I don't know.

12        Q.    When Baxter informed CMS that it did

13   not sell Recombinate to wholesalers, was it

14   excluding specialty pharmacies that were divisions

15   of wholesalers?

16        MR. DeLANCEY:  Objection in terms of the basis

17   for the question.

18             But go ahead.

19   BY THE WITNESS:

20        A.    I would say that specialty pharmacy

21   divisions that are part of wholesalers are treated

22   as specialty pharmacies for the purposes of our

23   sales.

24

```
 1    BY MR. CHIZEWER:

 2         Q.    Okay.  Could you describe what Advate

 3    is.

 4         A.    Advate is a third generation

 5    recombinant Factor VIII protein.

 6         Q.    And what does Advate do?

 7         A.    Very similar to Recombinate, it

 8    supplies the missing Factor VIII in the

 9    coagulation cascade for persons with hemophilia A.

10         Q.    Does it differ in any way from

11    Recombinate?

12         A.    Some.

13         Q.    How does it differ?

14         A.    Just basically, the Recombinate

15    molecule, that has been weaned off of any human or

16    animal proteins, and it also has one additional

17    viral inactivation step.

18         Q.    Do you mean the recombinant molecule in

19    Advate has been weaned off of any human and animal

20    proteins and also has --

21         A.    Yes.

22         Q.    -- one additional step?

23         A.    Yes.

24         Q.    Okay.  Did the differences between
```

1    Advate and Recombinate change the way you marketed

2    Advate?

3         A.    Yes.

4         Q.    Could you explain that difference --

5    those differences in marketing strategy.

6         A.    We marketed Advate at the time of

7    launch as the next generation Recombinate.

8    Basically, it's a proven molecule, that we were

9    able to take all human and animal protein out of

10   the manufacturing process.

11        Q.    Did you say, "We marketed Advate at

12   the time of launch as the next generation

13   'Recombinate'" or "'recombinant'"?

14        A.    Recombinate.

15        Q.    So the -- the marketing materials you

16   submitted for Advate refer to it as the next

17   generation Recombinate?

18        A.    Third generation, I believe is what we

19   used.

20        Q.    Third generation Recombinate?

21        A.    Third generation recombinant

22   Factor VIII.

23        Q.    All right.  Well, there's a -- there's

24   a difference between -- I want to -- I want to be

```
 1    real clear on what you're saying because there's

 2    a difference between marketing Advate as the next

 3    generation Recombinate as opposed to a next

 4    generation recombinant, right?

 5         A.    Recombinant?

 6         Q.    Recombinant, yes.  Which --

 7         A.    We did both.

 8         Q.    So you -- we would expect to see

 9    marketing materials, then, for Advate, calling it

10    the next generation Recombinate?

11         A.    Or something similar.

12         Q.    Well, just what do you mean, "something

13    similar"?

14         A.    Well, I don't know if we used the exact

15    wording that you used, but we did have marketing

16    materials that had Recombinate, Recombinate and

17    Advate together.

18         Q.    To compare them, correct?

19         A.    Yes.

20         Q.    Okay.  In fact, the goal was to convert

21    as many people who were using Recombinate and to

22    get them to use Advate instead --

23         A.    Yes.

24         Q.    -- correct?
```

```
 1          A.    Correct.

 2          Q.    And what was the strategy that you were

 3    going to use to convince people from switching

 4    from Recombinate to Advate?

 5          A.    So you're gonna have to define

 6    "people."

 7          Q.    Well, the people who use -- there's

 8    only one group of people, I think that you

 9    identified, who use these Factor VIII products,

10    and that's hemophiliacs, correct?

11          A.    So you're talking the end user of the

12    product?  Because you have physicians that

13    prescribe it, too, right?

14          Q.    Right.  Right.

15          A.    So I just -- when you say "people,"

16    I have to know specifically what you mean.

17          MR. DeLANCEY:  Patients?

18    BY MR. CHIZEWER:

19          Q.    The people who are using the product,

20    your goal was to convert the people who were using

21    Recombinate, and as many as possible of them, to

22    get them to use Advate instead of Recombinate,

23    correct?

24          A.    Correct.
```

1      Q.     And what was -- what was the strategy

2  that you were going to use to make that conversion

3  happen?

4      MR. DeLANCEY:  Right.  His concern was, are

5  you referring to patients?  I mean --

6      MR. CHIZEWER:  Right.

7  BY MR. CHIZEWER:

8      Q.     Ultimately, that's who has to --

9  patients are the ones -- only ones who are using

10  it, right?

11      A.     Physicians prescribe it.

12      Q.     Prescribe it, but then -- they

13  prescribe it, and then the patient would convert,

14  correct?

15      A.     So you're talking about patients?

16      Q.     Right.  Well --

17      A.     I just need -- are you talking about

18  patients?

19      Q.     Yes.

20      A.     Okay.

21      Q.     I'm talking about any strategy you were

22  using -- I want you to describe any strategy you

23  were using to accomplish the ultimate end goal of

24  getting patients who were using Recombinate to

1  switch to Advate.

2      A.    Okay.  So there's a couple things that

3  are important to patients at that time, right?

4  Because Recombinate was the first genera- --

5  Recombinate was the first generation product.  It

6  was very important to the community that we take

7  the human and animal protein out of the product,

8  which we did for Advate, right?

9          It was very important to them to have

10  low inhibitor risk, which our clinical trials

11  showed, right?

12          And it's very important to them to have

13  increased convenience, which Advate showed them,

14  okay?  So what we did is, "we said Recombinate has

15  been proven.  This is the next generation.  This

16  is Advate."

17      Q.    And you believe that because of the

18  differences between Advate and Recombinate, that

19  a reasonable goal was to make Advate a billion

20  dollar brand in the first year of launch, correct?

21      A.    I believe it was the similarities to

22  Recombinate that would help us convert patients

23  onto Advate.

24      Q.    Well, to get people from switching

1    from one drug that they're using to another, your

2    testimony is that Baxter's strategy was to show

3    how similar they were?

4         A.    Yes.

5         Q.    Okay.  And why, then, would anybody pay

6    more for Advate than Recombinate?

7         A.    So, as I said before, you have to

8    realize the history of hemophilia, right?  Because

9    when factor was created by plasma, over half the

10   population died of HIV, right?  We came out with

11   Recombinate.  It was the first generation

12   recombinant Factor VIII.  It still has human and

13   animal protein.  Second generation still had human

14   and animal protein.

15         Advate was the first recombinant

16   Factor VIII product that did not have any human or

17   animal protein, right?  It's the same molecule as

18   Recombinate, free of human and animal protein.

19         And, thus, the perception by the

20   hemophiliac community, as you called "people,"

21   that this is what they had been waiting for; they

22   had been waiting for a product that worked as well

23   as Recombinate that was free of human and animal

24   proteins.

```
 1        Q.    And it was that difference between

 2   Advate and Recombinate that was going to allow

 3   Baxter to obtain a price premium for Advate,

 4   correct?

 5        A.    That, among other things.

 6        Q.    What were the other things?

 7        A.    Well, I mean, it costs a lot of money

 8   to do the clinical trials, et cetera.  So this is

 9   the new generation.  We built new plants for it.

10   We -- you know, we had the -- we had the

11   clinicals.  We had et cetera.  So there was an

12   anticipation there would be a slight price

13   premium.

14        Q.    What do you mean, "a slight price

15   premium"?

16        A.    Whatever the market would bear upon --

17   after we did our research and launched the

18   product.

19        Q.    What were you shooting for when you --

20   at the time of launch --

21        A.    I believe between --

22        Q.    -- in terms of a price premium for

23   Advate over Recombinate.

24        A.    -- between -- and I can't remember
```

1    exactly, so I'll say between 5 and 15 percent.

2         Q.    "PFM" stands for plasma-free method, is

3    that right?

4         A.    Yes.

5         Q.    So that was the -- when you referred to

6    PFM, that was what Advate was, right?

7         A.    Correct.

8         Q.    And was it true that -- did you believe

9    that PFM was, by far and away, the largest single

10   opportunity for Baxter in 2002?

11        A.    Not me -- I can't say just me

12   personally, but from a corporate standpoint, we

13   thought this was what the community has been

14   waiting for.

15        Q.    In terms of the cost of manufacturing

16   the drug, it costs less to manufacture Advate than

17   Recombinate, correct?

18        A.    Yes.

19        Q.    And just to be clear, Recombinate did

20   not have a plasma-free method, correct?

21        A.    Recombinate did -- was not totally free

22   of human- and animal-based proteins.

23        Q.    It couldn't be categorized as a PFM?

24        A.    Correct.

1              (WHEREUPON, a certain document was

2               marked Deposition Exhibit No. 8.)

3  BY MR. CHIZEWER:

4      Q.    Mr. Bradley, I've handed you what's

5  been marked as Deposition Exhibit No. 8.  It's a

6  document entitled "Plasma/Albumin Free Method,

7  rAHF, Business Plan 2003," identified as BAX

8  MDL E 8565597 to 6706.

9          Does this -- is this the Baxter

10 business plan for Advate as of 2003?

11     A.    I believe it is.

12             (WHEREUPON, a certain document was

13              marked Deposition Exhibit No. 9.)

14 BY MR. CHIZEWER:

15     Q.    You've also been handed what's been

16 marked as Deposition Exhibit No. 9, which is a

17 document entitled "US Pricing Strategy, Advate

18 Pricing Core Team, 12/16/02, Discussion Document,"

19 identified as BAX STATE E 447977 to 997.

20         Does this document represent the

21 pricing strategy for Advate at or around

22 December 2002?

23     A.    I believe this is a document that

24 reviews the pricing strategy in that date range.

1      Q.    If I could direct your attention to the

2  page of the stric- -- of the pricing strategy

3  ending in 81.  The last two digits are 81.

4      A.    Okay.

5      Q.    It says:

6            "The community expects to be charged

7        a premium (over highest price product)."

8            That's for Advate, correct?

9      A.    No.  Well, state -- restate the

10 question.

11     Q.    I'm sorry.  That wasn't a very good

12 question.

13     A.    I might have just misunderstood the

14 question.

15     Q.    No.  That was not a good question.

16            One of the assumptions that Baxter was

17 making with respect to the pricing strategy for

18 Advate was that the community expected to be

19 charged a premium for Advate over the

20 highest-priced existing product, correct?

21     A.    Correct.

22     Q.    If I could direct your attention to

23 the US Pricing Strategy document page 85.  This

24 document shows "Estimated AWPs" for Advate

1    "at Launch," correct?  In bold.

2         A.    This would be our strategy at -- at

3    this time.

4         Q.    Okay.  And the strategy was to report

5    a list price for Advate to Red Book of $1.87?

6         A.    Correct.

7         Q.    And you were also going to report a

8    list price of Advate to First DataBank of $1.87,

9    and then you assumed that was going to be marked

10   up by 25 percent pursuant to their new radical

11   departure strategy, such that you're estimating an

12   AWP for Advate by First DataBank of $2.34?  Is

13   that right?

14        A.    Well, what this document is saying is,

15   it would be to be determined by First DataBank, as

16   I believe we were still in discussions with them.

17   But the estimate is there.

18        Q.    And the next page, page 86 of the

19   Pricing Strategy, shows the "Estimated HCC

20   Pricing" of Advate "at Launch," and "HCC" stands

21   for Home Care?

22        A.    Home Care Company.

23        Q.    Okay.  And so the estimated pricing to

24   home care companies for Advate was $1.04 per unit,

1    correct?

2         A.    Correct.

3         Q.    And that represented a premium over

4    Recombinate of about 25 percent, is that correct?

5         A.    Oh, I'll have to calculate it, but --

6    let's see.  It looks similar to that, yes.

7         Q.    You were expecting the difference

8    between your -- strike the question.

9              You were expecting pharmacies,

10   specialty pharmacies, to earn larger spreads on

11   sales of Advate than they did on Recombinate,

12   correct?

13        A.    No.  That's not what we're looking at

14   here.

15        Q.    Well, wasn't the estimated spread

16   between the AWP of Recombinate and the HCC pricing

17   of Recombinate smaller than the estimated spread

18   between the AWP of Advate and the home care price

19   of Advate?

20        MR. DeLANCEY:  Are you talking about what's in

21   this strategy document or what actually happened?

22   BY MR. CHIZEWER:

23        Q.    You can answer.

24        A.    I was just gonna say the same thing.

1      This -- this -- this is a document that was --

2          MR. CHIZEWER:  That figures.

3    BY THE WITNESS:

4          A.    This was a document that was almost a

5    year before the launch, so you have to look at

6    what we were strategizing on at the time and what

7    actually happened once we launched the product.

8    BY MR. CHIZEWER:

9          Q.    Right.  But my question was, I think,

10   based on what you were expecting from the

11   strategy.

12         A.    I --

13         Q.    So -- so let me ask --

14         A.    I can't --

15         Q.    I'm sorry.

16         MR. DeLANCEY:  Let him finish.

17   BY MR. CHIZEWER:

18         Q.    The strate- -- based on the pricing

19   strategy for Advate, you were expecting that

20   specialty pharmacies were going to earn a bigger

21   spread between the AWP and the price of Rec- -- of

22   Recombinate -- strike that.  I'll ask it again.

23              Based on the pricing of Advate, you

24   were expecting your specialty pharmacy customers

1    to earn a bigger spread on Advate than they did on

2    Recombinate?

3         A.    I can't get what you just said from

4    this document right here.

5         Q.    You can't get what I just said from

6    looking at both the document on page 86 and the

7    document on page 85?

8         A.    No, because, I mean, Red Book pricing

9    is different than First DataBank pricing.  We were

10   currently working with First DataBank to try to

11   rectify what was in their databases.  And in -- in

12   all reality, what insurance companies pay for our

13   product is -- is a legal binding contract between

14   the provider and the distributor.  So we don't

15   have a clear view of exactly what these home care

16   companies are getting reimbursed.

17        Q.    Don't you calculate AWPs in order to

18   determine what your customer's reimbursement is

19   going to be for the product?

20        A.    No.  I don't understand your question.

21        Q.    You're making as- -- in this pricing

22   strategy, you are making estimates of AWPs for

23   your products, correct?

24        A.    Correct.

1    Q.    Why do you bother to try and estimate

2    AWPs for the product?  What's -- what's the

3    meaning of AWP to you?

4    A.    The -- the AWP is the primary basis

5    point for a lot of private insurers and, at the

6    time, Medicaid, their basis for reimbursing for

7    all drugs.

8    Q.    What was the price that you initial- --

9    initially sold Advate to for home care companies?

10   A.    Upon the launch of the product?

11   Q.    Correct.

12   A.    Well, it varied.  I believe it was

13   somewhere in the high 90 cent per unit range.

14   Q.    So 98 cents, 99 cents?  That's what you

15   mean by "high" 90s?

16   A.    I believe, yeah, that's -- it varied by

17   customer.

18   Q.    What is the lowest price that you ever

19   reported to First DataBank as a price for Advate?

20   A.    The lowest price for -- are you talking

21   WAC?

22   Q.    Any price that you reported to First

23   DataBank.

24   A.    I believe, in reviewing some of the

```
 1    documents last week, that for First DataBank,

 2    we -- our lowest WAC submitted was $1.40 per unit.

 3         Q.    What did you understand to be the use

 4    of First DataBank by state Medicaid programs?

 5         A.    Well, first of all, I want to preface

 6    that every state sets their own reimbursement

 7    formula, right, first of all.  And factor is a lot

 8    different than other traditional pharmaceuticals

 9    for many states.

10              So traditionally, and it's even the

11    case today, AWP is used as a basis for

12    pharmaceutical drug reimbursement to the

13    distribution channel.

14         Q.    But my question was:  What was your

15    understanding of how state Medicaid programs made

16    use of information provided by First DataBank?

17         A.    So the -- the states that use First

18    DataBank would use that AWP and usually would have

19    some type of discount off of that for outpatient

20    drug reimbursement.

21         Q.    And did Baxter have an understanding of

22    specifically how a state Medicaid program would

23    actually literally use or receive and implement

24    the data they got from First DataBank?
```

```
 1        A.    We would do surveys to know exactly

 2   what type of formula each state would use.

 3        Q.    Right.  But apart from just the

 4   formula, once they knew -- once they -- they could

 5   see the First DataBank reporting, the AWP, for

 6   example --

 7        A.    Um-hum.

 8        Q.    -- what did they do with that data to

 9   actually provide reimbursement?

10        MR. DeLANCEY:   "They," you mean states?

11        MR. CHIZEWER:   Right, the state Medicaid

12   programs.

13   BY THE WITNESS:

14        A.    Well, I believe that -- this is just

15   their -- you know, from being on the outside, that

16   they would base their reimbursement for various

17   pharmaceuticals based off of whatever discount

18   they had put on to the AWP plus a dispensing fee.

19   So every state is different.

20   BY MR. CHIZEWER:

21        Q.    And do you know anything about the

22   data feeds that would actually be supplied from

23   First DataBank to the state Medicaid programs and

24   how those data feeds would work in creating the
```

1    reimbursement?

2        A.    The only thing I really fully

3    understand about the data feeds is, sometimes

4    they're daily, sometimes weekly, sometimes

5    monthly, and sometimes even quarterly.

6        Q.    But that those data feeds from

7    First DataBank are -- go directly into the state

8    Medicaid program pricing, is that right?

9        A.    Oh, like I -- I just said, I know that

10   the states base their reimbursement for

11   pharmaceuticals off of the information they get

12   from First DataBank.

13                    (WHEREUPON, a certain document was

14                     marked Deposition Exhibit No. 10.)

15   BY MR. CHIZEWER:

16       Q.    Mr. Bradley, I've handed you what's

17   been marked as Deposition Exhibit No. 10.  It's a

18   letter dated July 26, 2002 to Kay Morgan from you,

19   identified as BAX MDL E 1937345 to 48.

20                Did you send this letter to Kay Morgan

21   on or about July 26, 2002?

22       A.    I believe I did.

23       Q.    In the very first sentence of that

24   letter, you say:

1              "Michael Heggie forwarded me your

2         e-mail correspondence of July 15th,

3         2002 setting forth the data fields

4         First DataBank uses in developing its

5         price reports, together with your

6         comments as to First DataBank's price

7         reporting methodology."

8              Did that e-mail expl- -- correspondence

9    explain how First DataBank calculated WAC?

10        A.    I believe what the gist of this letter

11   is, the fact that we -- we wanted First DataBank

12   to better explain to us what type of information

13   they needed us to report to them based on the fact

14   that we didn't have a whole lot of business to the

15   traditional wholesale class of trade.

16        Q.    And did the e-mail that Ms. Morgan sent

17   to Michael Heggie that was then forwarded to you

18   provide that explanation?

19        A.    I don't recall the specific e-mail;

20   but based on the gist of this letter, I think this

21   was a follow-up with her just to gain some

22   clarification.

23        Q.    What do you think was the customer

24   category of Baxter for Advate that would have been

1    closest to wholesaler?

2         A.    Oh, I can't speculate.

3         Q.    You can't answer that question?

4         A.    Nope.

5         Q.    Did you think about that question

6    when deciding what kind of pricing to report to

7    First DataBank?

8         A.    The question I thought of when I was

9    dealing with this issue with Kay or BioScience

10   was, is, we wanted to correct the problem that was

11   out there.  We wanted First DataBank to work with

12   us to -- to tell us exactly what type of

13   information we needed to provide them other than

14   WAC.

15        Q.    I understand what you did think.

16              My question to you is:  During this

17   time period, 2001/2002, when First DataBank was

18   saying they wanted WAC pricing, did you ever think

19   to yourself what category of Baxter customer was

20   the closest to a wholesaler?

21        A.    No.

22        MR. DeLANCEY:  Objection, asked and answered.

23        THE WITNESS:  What?

24        MR. DeLANCEY:  Slow down.

```
 1    BY MR. CHIZEWER:
 2        Q.    The -- in the third paragraph of the
 3    letter, you state to Ms. Morgan:
 4              "Baxter BioScience has always
 5           understood the term wholesaler to
 6           refer to full line wholesalers that
 7           deal in all classes of pharmaceuticals,
 8           as well as health and beauty aids."
 9              Is that an accurate description of how
10    Baxter understands the term "wholesaler"?
11        A.    I believe it was at the time, yes.
12        Q.    So at that time, if there was a
13    wholesaler that was purchasing Baxter products,
14    but they didn't carry health and beauty aids, in
15    Baxter's mind, that was not a wholesaler, correct?
16        MR. DeLANCEY:  Objection.  That's not what the
17    letter says.
18              But you can answer.
19    BY THE WITNESS:
20        A.    It's the same thing.  It says "as
21    well."  It doesn't say "has to be."
22    BY MR. CHIZEWER:
23        Q.    The sentence that you wrote to
24    Ms. Morgan on July 26, 2002, in which you say,
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Michael Bruce Bradley

```
 1    "Baxter BioScience has always understood the term
 2    wholesaler to refer to full line wholesalers that
 3    deal in all classes of pharmaceuticals, as well as
 4    health and beauty aids," do you belive that
 5    sentence is confusing at all?
 6         A.    It could be seen as that way.
 7         Q.    Did you ever try and correct it to
 8    Ms. Morgan?
 9         A.    No.
10         MR. CHIZEWER:  Let's take one more break.  I'm
11    getting close to the end, actually.
12         THE VIDEOGRAPHER:  The time is 11:55 a.m.
13    We are going off the record.
14                   (WHEREUPON, a recess was had.)
15         THE VIDEOGRAPHER:  This is the beginning of
16    Disk No. 3.  The time is 12:12 p.m.
17                   We are back on the record.
18    BY MR. CHIZEWER:
19         Q.    Are home care companies and specialty
20    pharmacies the same thing?
21         A.    By Baxter's definition, yes.
22         Q.    After the launch of Advate, did the
23    price that Baxter charged specialty pharmacies for
24    Advate ever go up?
```

1      A.     Oh, boy.  Maybe.  That, I don't know.

2  I mean, there's so many different situations.

3      Q.     In general, from the time that Advate

4  was launched, what has been the -- sort of the

5  general direction of the pricing for Advate?

6      A.     Down.

7      Q.     And just to clarify, since the launch

8  of Advate, has there ever been a time when more

9  than 5 percent of Advate's sales went to specialty

10  wholesalers?

11      A.     No.

12      Q.     Is that also true for Recombinate?

13      A.     Correct.

14      Q.     Have you heard the term "average

15  manufacturing price"?

16      A.     Yes.

17      Q.     Is that also known as "AMP"?

18      A.     Yes.

19      Q.     What's your understanding of the

20  definition of average manufacturing price --

21      A.     I --

22      Q.     -- or AMP?

23      A.     I can't give an exact definition.

24  It's -- it's in statute.  It's a calculated price,

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Bruce Bradley

```
 1    I believe excluding some government entities, that

 2    we submit to CMS.

 3         Q.    Does -- so Baxter submits AMPs for

 4    Advate and Recombinate to CMS?

 5         A.    Correct.

 6         Q.    And just in general, how does Baxter

 7    calculate an AMP?

 8         MR. DeLANCEY:  Are you going to connect this

 9    up to the Notice?

10         MR. CHIZEWER:  Yes.

11         MR. DeLANCEY:  Go ahead.

12    BY MR. CHIZEWER:

13         Q.    In general, how does Baxter

14    calculate --

15         MR. DeLANCEY:  No, no.  Connect it up to the

16    Notice.  "AMP" is not anywhere in the deposition

17    letter.

18         MR. CHIZEWER:  Oh, I'm sorry.  I didn't

19    know -- well, let me go back and look at the

20    Notice.

21                   (Short pause.)

22         MR. CHIZEWER:  All right.  I think it relates

23    to the "Comparisons between Recombinate and Advate

24    with respect to... pricing strategy."
```

1      MR. DeLANCEY:  So if you want to ask him if

2  AMP was used in pricing strategy, I'll let you do

3  that.  Asking him as to how we calculate AMP --

4      MR. CHIZEWER:  Okay.

5      MR. DeLANCEY:  -- I don't see it connected at

6  all.

7      MR. CHIZEWER:  I got it.  I got it.  Fair

8  enough.

9  BY MR. CHIZEWER:

10      Q.    Did Baxter ever intend the AMP prices

11  that it reported to any government entity to be

12  used as a way to figure out the reimbursement for

13  Advate?

14      A.    AMP is calculated and sent to CMS to be

15  used in our Medicaid rebate.

16      Q.    The Medicaid rebate, however, is

17  something that's calculated completely independent

18  of reimbursement levels by state Medicaid

19  programs, correct?

20      A.    Correct.

21      Q.    Okay.

22      A.    I guess I don't understand your

23  question.

24      Q.    State Medicaid programs come up with

1    reimbursement amounts for Advate and for

2    Recombinate, correct?

3        A.    Correct.

4        Q.    Okay.  Did Baxter ever provide AMPs for

5    Advate to any government entity with the -- with

6    the intention that those AMPs be used in the

7    calculation of those reimbursement levels?

8        A.    I don't believe we submitted an AMP

9    directly to any state Medicaid.  We would submit

10   them to CMS.

11       Q.    And to the extent that Baxter did

12   submit AMPs to any state Medicaid program, it

13   certainly was not with the intention of having

14   those AMPs affect the reimbursement price,

15   correct?

16       A.    I can't answer --

17       MR. ANDERSON:  Objection, outside the scope of

18   the Notice.

19   BY MR. CHIZEWER:

20       Q.    You can answer.

21       MR. DeLANCEY:  You still have to answer.

22       THE WITNESS:  Oh, I still have to answer?

23       MR. ANDERSON:  In your personal capacity,

24   if you know.  You're not testifying for the

```
 1   corporation.

 2   BY THE WITNESS:

 3       A.    Each state has their own way of

 4   calculating their rates, right?  And for a factor,

 5   it's a lot different than it would be for a

 6   pharmaceutical drug, right?  So some of the

 7   states, such as California, require ASP.  Some

 8   require acquisition cost.  I do not believe that

 9   any state requested our direct AMP from us.

10   BY MR. CHIZEWER:

11       Q.    And you didn't provide the AMP to any

12   state with the intention that they use that AMP to

13   determine a reimbursement level for Advate, for

14   example?

15       A.    No.  As I stated earlier --

16       MR. ANDERSON:  Objection.

17       MR. DeLANCEY:  Objection, beyond the scope.

18   BY THE WITNESS:

19       A.    So as I stated before, we submit --

20   Baxter submits AMP to CMS as a basis for the

21   calculation of the state Medicaid rebates.

22   BY MR. CHIZEWER:

23       Q.    And that's the only reason, correct?

24       A.    Correct.
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation    Michael Eric Bradley

1     Q.    Prior to 2001, did First DataBank ever

2    ask Baxter for a WAC price for any of its

3    products?

4     A.    Not directly, no.

5     Q.    Did they ever ask you for it

6    indirectly?

7     A.    They had always had an overview of the

8    prices that you could submit to them, and

9    I believe -- and I'm -- you know, this is -- I'm

10    not a hundred percent sure.  But I do believe that

11    WAC price was one of those prices that was on

12    their various lists of pricing that you could

13    submit to them.

14     Q.    But prior to around -- prior to June

15    2000 -- June 2001, Baxter was never reporting a

16    WAC price to First DataBank, correct?

17     A.    I believe that's the case.

18     MR. CHIZEWER:  No further questions.

19    I reserve the right to ask follow-up based on

20    Ven-A-Care's examination.

21          Do you want to break for lunch, or do

22    you want to -- well, I guess it's up to the --

23     MR. BREEN:  Let's break for lunch.

24     MR. CHIZEWER:  Okay.

1          THE VIDEOGRAPHER:  The time is 12:20 p.m.

2     We are going off the record.

3                    (WHEREUPON, at 12:20 p.m., the

4                     deposition of MICHAEL BRUCE

5                     BRADLEY was recessed until

6                     1:30 p.m., this date, Monday,

7                     January 28, 2013.)

8          THE VIDEOGRAPHER:  The time is 1:39 p.m.

9               We are back on the record.

10                    EXAMINATION

11    BY MR. BREEN:

12         Q.    Mr. Bradley, I'm Jim Breen.

13    I represent Ven-A-Care of the Florida Keys,

14    a Relator in one of the actions against Baxter

15    that was resolved last year.

16               Have we ever met each other before

17    today?

18         A.    No.

19         Q.    Now, you're here as a designated

20    corporate spokesperson at the request of

21    Sun/Hamilton, and you were shown Exhibit 1 earlier

22    today, which are the topics that you've been

23    designated to be prepared to testify about.

24               Do you have a copy of that in front of

```
 1    you?

 2         A.    I do.

 3         Q.    Now, there was a series of questions

 4    towards the end of your -- of Mr. Chizewer's

 5    questions regarding average manufacturer's price

 6    or AMP.  Do you recall that line of questions?

 7         A.    I do.

 8         Q.    Okay.  Did you -- before coming here

 9    today, did you believe you were designated to

10    prepare to testify about average manufacturer's

11    price?

12         MR. CHIZEWER:  Objection to form.

13         MR. BREEN:  What's wrong with that question?

14         MR. CHIZEWER:  I think it's leading.

15    BY MR. BREEN:

16         Q.    Before coming here today, did you

17    believe you were designated to prepare to testify

18    about average manufacturer's price?

19         MR. CHIZEWER:  Same objection.

20    BY THE WITNESS:

21         A.    No.

22    BY MR. BREEN:

23         Q.    You can answer.  Okay.  Now -- we'll

24    get back to that.
```

```
 1              As I said, I represent Ven-A-Care of

 2    the Florida Keys.  Do you know Ven-A-Care to be a

 3    specialty pharmacy?

 4         A.    I believe it is, yes.

 5         Q.    And you understand that Ven-A-Care is

 6    the qui tam Relator that first brought average

 7    wholesale pricing cases?

 8         A.    Yes.

 9         Q.    Okay.  And first brought an action

10    against Baxter back in the '90s, correct?

11         A.    Yes.

12         Q.    Now, throughout your -- your testimony

13    today, you were asked a series of questions where

14    you used the term "specialty pharmacy."  Do you

15    recall using that term?

16         A.    I do.

17         Q.    And at one time, you even -- I believe

18    you even said, and I may be confused, that ASD

19    was, in your understanding, a specialty pharmacy.

20         A.    What I recollect as saying is that the

21    traditional pharmaceutical wholesalers have

22    established entities within their company that can

23    be seen as specialty pharmacies.

24         Q.    Now, I want to dir- -- I want to ask a
```

1    little bit about that because that -- that --

2    I'm -- to clarify that.

3              Are you saying that they are

4    pharmacies, specialty pharmacies, that actually

5    provide IV therapies and infusions; or are you

6    saying that they're divisions that sell to those

7    types of pharmacies?

8         A.    It's my understanding that, for

9    instance, some- -- someone like AS- -- or a

10   company such as ASD is a subsidiary of a larger

11   wholesaler.  And we, as Baxter, treat them as we

12   would any other specialty pharmacy.

13        Q.    So you -- now, when you say "specialty

14   pharmacy" in connection with ASD, are you talking

15   about a healthcare company that provides

16   pharmaceutical services to patients, or are you

17   talking about a division that sells therapeutic

18   products to pharmacies?

19        A.    No.  I'm talking about -- our term

20   within Baxter, a "specialty pharmacy" is, they

21   sell -- they ship the product directly to the

22   patient and bill the insurer direct, so it's not

23   a business-to-business.  It's a business to an end

24   user.

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Eric Bradley

```
 1          Q.    Okay.  So your understanding is, ASD
 2   was an actual specialty pharmacy?
 3          A.    Correct.
 4          Q.    Have you ever heard of --
 5          MR. CHIZEWER:  Objection, asked and answered.
 6   BY MR. BREEN:
 7          Q.    Have you ever heard of Coram?
 8          A.    Yes.
 9          Q.    Have you ever heard of Caremark?
10          A.    Yes.
11          Q.    Do you know what they are?
12          A.    Well, we consider the part that we deal
13   with them as specialty pharmacies, that they are
14   larger entities for other business issues.
15          Q.    Okay.  They're big customers of Baxter,
16   though, correct?
17          A.    Yes.
18          Q.    In the area of biological products?
19          A.    Correct.
20          Q.    Okay.  Now, you were asked a question
21   about an entity known as Biomedical Plus.  Do you
22   recall that?
23          A.    Biomed Plus, yes.
24          Q.    Okay.  Are they specialty distributors?
```

```
 1        A.    To the best of my knowledge, they are

 2   more like a specialty pharmacy.

 3        Q.    Okay.  Now, were you prepared today to

 4   testify about the nature of the business of Biomed

 5   Plus, ASD, and these other entities that you've

 6   been asked about?

 7        A.    No.

 8        MR. CHIZEWER:  Objection to form.

 9   BY THE WITNESS:

10        A.    No.

11   BY MR. BREEN:

12        Q.    Okay.  Did you believe you were

13   designated to testify about those specific topics?

14        MR. CHIZEWER:  Same objection.

15   BY THE WITNESS:

16        A.    No.

17   BY MR. BREEN:

18        Q.    Okay.  Do you have any information

19   available to you that would indicate that Biomed

20   Plus is not a specialty distributor that sells

21   products to specialty pharmacies?

22        A.    I'm not aware.  I don't have any

23   information available to me.

24        Q.    Not one way or the other, correct?
```

 1          A.    Correct.

 2          Q.    Okay.  Now, in response to a couple of

 3   questions that Mr. Chizewer asked you early on,

 4   I believe that you indicated that when -- that

 5   Advate is a third generation of Recombinate?

 6          A.    Correct.

 7          Q.    And when I say "Recombinate," I mean

 8   Recombinate with an "a-t-e" at the end of it.

 9          A.    Correct.

10          Q.    And Recombinate is a trademarked name

11   that Baxter assigns to certain products, correct?

12          A.    To a product, right.

13          Q.    Okay.  And so --

14          MR. BREEN:  Let me have this marked as

15   Exhibit 11.  We're going to continue on with the

16   marking protocols.

17                     (WHEREUPON, said document was

18                      marked Deposition Exhibit No. 11.)

19   BY MR. BREEN:

20          Q.    And I'll ask that you just take a look

21   at the first page of this document for now,

22   "Recombinant Factor VIII Global Manufacturing

23   Capacity Update, November 2000."

24                Do you see that?

1          A.     I do.

2          Q.     In November of 2000, which generation

3     of Recombinate was Baxter actually marketing?

4          A.     That was recombinant -- Recombinate,

5     sorry.

6          Q.     Okay.  Would that be the second

7     generation?

8          A.     First.

9          Q.     First, okay.

10               And when did Baxter come out with a

11    second generation recombinant?

12         A.     We didn't.

13         Q.     All right.  So when you call it -- when

14    you talk about the third generation Recombinate,

15    what are you talking about?

16         A.     So it's considered first generation of

17    recombinant factor proteins, which was

18    Recombinate --

19         Q.     Okay.

20         A.     -- okay?  So they -- they have plasma

21    within the manufacturing process, but also, plasma

22    is a stabilizer.

23               Generation II is the next level, which

24    we don't have a product, where they took the

```
 1    plasma out of the vial, still used it in the

 2    manufacturing process.

 3              Generation III, which was Advate, took

 4    out all human and animal protein from both the

 5    cell culture and the vial.

 6        Q.    Okay.  So by November of 2000, was

 7    Baxter in the process of developing its

 8    Generation III recombinant?

 9        A.    Yes.

10        Q.    Now, I'll ask -- have you ever seen

11    this document before, this Manufacturing Capacity

12    Update?

13        A.    No.

14        Q.    I'll ask if you'll go to page -- it's

15    Bates numbered on the lower right-hand corner

16    GH 000771.  And at the top, it's -- there's a

17    chart, "Recombinant Factor VIII Global Marketing

18    Capacities."  Do you see that?

19        A.    Yes.

20        Q.    And if you look at the chart, you'll

21    see the first one is Kogenate FS.  That's the

22    Bayer product, correct?

23        A.    Correct.

24        Q.    And then, ReFacto, that's the
```

```
 1   Neuchatel product, is that correct?

 2        A.    That -- I believe it was Wyeth at

 3   the --

 4        Q.    Wyeth?  Okay.

 5        A.    -- time.

 6        Q.    And then the next one is what?

 7        A.    Recombinate.

 8        Q.    Recombinate?

 9        A.    Right.

10        Q.    Okay.  And if you will look in the

11   third column, you see "Date of Full Production"?

12        A.    Yes.

13        Q.    And if we drop down, it says

14   in production third quarter of '02.  Do you see

15   that?

16        A.    Yes.

17        Q.    So does this -- what does this mean?

18   Does this mean that Baxter is projecting when

19   something will be in production?

20        A.    I -- I don't know.

21        Q.    Okay.  Okay.  All right.  Let's drop

22   down -- let's drop down to the notes on the table.

23   Do you see that?

24        A.    Um-hum.  Yes.
```

1    Q.    And the last note says:

2          "Launch dates for Recombinate are

3        the projected approval dates for the

4        protein-free formulation."

5          Do you see that?

6    A.    Yes.

7    Q.    What was the protein-free formulation

8    that Baxter was projecting would be approved back

9    in November of 2000?

10   A.    So looking at this information down

11   below, it seems that they're talking about Advate

12   because Advate would be the protein formulate

13   re- -- the protein-free formulation of

14   Recombinate.

15   Q.    And I recall during your testimony in

16   response to Mr. Chizewer's questions, you actually

17   indicating that the product that was eventually

18   marketed under the name Advate was just considered

19   internally at Baxter to be the new improved

20   version of Recombinate, correct?

21   A.    Correct.

22   Q.    And is this document consistent with

23   that recollection of yours?

24   A.    It is.

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Fritz Bradley

```
 1        MR. CHIZEWER:  Objection to form.

 2   BY THE WITNESS:

 3        A.    It is.

 4   BY MR. BREEN:

 5        Q.    Okay.  Now, if you could look at

 6   Exhibit 9 from -- that Mr. Chizewer showed you

 7   earlier today.  And the date -- this document is

 8   entitled "Advate Pricing Core Team."  Do you see

 9   that?

10        A.    I do.

11        Q.    And the date is December 16th, 2002?

12        A.    Correct.

13        Q.    Now, so is it -- is it correct that

14   by December 16th, 2002, Baxter's personnel were

15   already thinking about and planning how Advate

16   would be priced once it came on the market?

17        A.    Yes.

18        Q.    Even though it wasn't approved by the

19   FDA for -- for actual distribution yet, correct?

20        A.    Yes.

21        Q.    Okay.  Now, the folks that were doing

22   this work, were you -- were you part of this,

23   this -- this group?

24        A.    I was part of it, yes.
```

1      Q.    Okay.  And were these folks the same

2  folks that -- that would do the same type of

3  pricing planning for Recombinate?

4      A.    It wouldn't be the same people because

5  Recombinate was ten years before.  You know what?

6  In my capacity at Baxter when Recombinate was

7  launched, I was -- I was not part of the pricing

8  core team, so I really can't answer that question.

9      Q.    Let me ask the question this way.  If

10  the -- if the same personnel worked at Baxter at

11  the time that Recombinate was launched and were

12  in the same positions by the time Advate was

13  launched, would it be the same folks handling the

14  pricing projections?

15      MR. CHIZEWER:  Objection to form.

16  BY THE WITNESS:

17      A.    Yes.

18  BY MR. BREEN:

19      Q.    Okay.  So let me ask the question in

20  a -- in a -- in a better way, okay?

21          With the exception of -- of transfers

22  of personnel, did the same personnel, by position

23  at Baxter, handle the pricing strategy for Advate

24  as has -- as handled the pricing strategy for

1    Recombinate?

2         A.    I think for the most part, there --

3    there were additions for the launch of Advate.

4         Q.    Additional personnel?

5         A.    Additional personnel, yes --

6         Q.    But they were --

7         A.    -- with functional expertise.

8         Q.    But they were working in the same

9    functional area at Baxter, correct?

10        MR. CHIZEWER:  Objection to form.

11   BY THE WITNESS:

12        A.    For the most part.  There -- it's a

13   little difficult to answer because we had become a

14   bit broader organization then, so we have -- there

15   was more functional expertise in this pricing core

16   team than I believe would have been there for

17   Recombinate; but they're fairly similar.

18   BY MR. BREEN:

19        Q.    Okay.  More functional expertise?

20        A.    Right.

21        Q.    So the core team would basically have

22   been improved over the years?

23        A.    Correct.

24        Q.    Okay.  But there wasn't a different

1    core team running around handling Recombinate

2    pricing than was handling Advate pricing?

3         MR. CHIZEWER:  Objection to form.

4    BY MR. BREEN:

5         Q.    Is that correct?

6         A.    Yes.  Yes.

7         Q.    Let me ask it in a -- in a better way.

8              Was there a separate core team for

9    Recombinate pricing in December of '02 than there

10   was for Advate pricing?

11        MR. CHIZEWER:  Objection, asked and answered.

12        MR. BREEN:  I believe you objected to my

13   question, so I'm trying to overcome your

14   objection.

15   BY THE WITNESS:

16        A.    I -- as I said, I wasn't at a -- at a

17   functional area for the launch of Recombinate that

18   I could fully answer that question.  My assumption

19   is, we would be doing the same analysis with very

20   similar personnel in order to determine our

21   pricing strategy.

22   BY MR. BREEN:

23        Q.    Okay.  Now, again, this is

24   December 16th, 2002.  And I believe you testified

 1    that this was just an early planning document,

 2    correct?

 3        A.    That's -- was my assumption, yes.

 4        Q.    Now, are you aware that by

 5    December 16th, 2002, the Ven-A-Care case and the

 6    resulting investigations had -- had existed for a

 7    number of years?

 8        A.    I most likely knew.

 9        Q.    Okay.  And you say that you were -- you

10    were -- well, let me ask the question this way.

11             Was Baxter aware by December 16th, 2002

12    that the Department of Justice and the states and

13    Congress were investigating drug company pricing

14    conduct as a result of the Ven-A-Care allegations?

15        A.    Yes.

16        Q.    Okay.  There was no -- that was not --

17    that was -- that was clear to everybody that was

18    responsible for this pricing area of Baxter,

19    correct?

20        A.    Yeah, maybe not too specific, but we

21    knew there was litigation going on.

22        Q.    Okay.  And did you know that Baxter and

23    other drug companies' pricing representation

24    conduct was being closely scrutinized and

1    investigated by the Department of Justice?

2        A.    Yes.

3        Q.    And did you know that Congress was

4    investigating it?

5        A.    I believe so.

6        Q.    And did you know that the States'

7    Attorneys Generals were concerned about it?

8        A.    Yes.

9        Q.    Okay.  So this Pricing Strategy early

10   draft, December 16th, '02 Discussion Document,

11   does this reflect the actual pricing decisions

12   that Baxter made with respect to Advate?

13       A.    No, it does not.

14       MR. BREEN:  All right.  Let's have the next

15   one marked as Exhibit 12.

16                    (WHEREUPON, said document was

17                    marked Deposition Exhibit No. 12.)

18       THE WITNESS:  Oh.

19   BY MR. BREEN:

20       Q.    Now, this document is entitled

21   "BSC NA 2003 Strategic Plan Assumptions," and in

22   the far right, it says "Last Updated:  5/1/03."

23              Do you see that?

24       A.    I do.

```
 1          Q.    Now, if you'll look at the first

 2    section, it says:

 3                "U.S. Factor VIII Assumptions:

 4           Overall, market is expanding at a

 5           rate of about 5 percent per year."

 6                Do you see that?

 7          A.    I do.

 8          Q.    And if we look at the bullet points

 9    under that, I'll direct your attention down to

10    No. 9.  It says:

11                "Recombinate units will shift to

12           Advate after launch in June" of "2003

13           with Advate capturing 14% of" the

14           "units in 2003, 42% in 2004, 80% in 2005

15           and 100% thereafter."

16                Do you see that?

17          A.    I do.

18          Q.    Then we go down to paragraph 13.  It

19    says:

20                "Our Advate pricing of" 95 percent

21           per unit -- "$0.95 per unit will" res- --

22           "will be reimbursable by state, federal

23           and private pay.  However," increased --

24           "increasing PHS and/or Medicaid rebates
```

1        will cause the ASP to decline."

2            Do you see that?

3    A.    I do.

4    Q.    Now, first off, taking your attention

5    back to paragraph 9, there's some assumptions here

6    made about the Advate capturing the market and,

7    I would assume, Recombinate's share going down.

8    Is that correct?

9    A.    That's correct.

10    Q.    And what is that about?

11    A.    Well, this is our forecasting

12    assumption, upon the launch of Advate, what the

13    market share of Advate would be over the next two

14    to three years.

15    Q.    So, now -- now, I see both the words

16    "Recombinate" and "Advate" being looked at

17    together in the same document on the same line.

18    Do you see that?

19    A.    I do.

20    Q.    So by May of 2003, were the same

21    personnel at Baxter that were responsible for

22    making projections about Recombinate making the

23    projections about Advate also?

24    A.    Yes, I believe they were.

1          Q.    Now, if we go down, paragraph 10 says:

2                "ASP growth Recombinate will continue

3          to increase."

4                Do you see that?

5          A.    I do.

6          Q.    What does that mean?

7          A.    I believe it means that our overall

8    selling prices for Recombinate, our first

9    generation Factor VIII, will continue to increase.

10         Q.    Now, if we go down to paragraph 13, it

11   says:  "Our Advate pricing of" 95 percent -- $0.95

12   per unit."  Do you see that?

13         A.    Yes.

14         Q.    Now, is that actual, what your -- what

15   your expected actual price was to be?

16         A.    Yes.

17         Q.    Now -- all right.  Now, hold onto that

18   one.

19         MR. BREEN:  And we'll mark this one as -- are

20   we at 13 now?

21         THE COURT REPORTER:  Yes.

22                     (WHEREUPON, said document was

23                      marked Deposition Exhibit No. 13.)

24

```
 1   BY MR. BREEN:

 2       Q.    This is a multipage document.  It is

 3   titled "Recombinant Factor VIII Business Plan,

 4   2004 through 2005."  Do you see that?

 5       A.    I do.

 6       Q.    Now, if you will go to page 23 of the

 7   business plan, which is Bates numbered, it ends in

 8   9609 --

 9       A.    Okay.

10       Q.    -- and you'll see there's a section

11   here on "Pricing by Product."  Do you see that?

12       A.    I do.

13       Q.    At the top, it says:

14             "Since the Advate launch, the

15          competition has been driving down the

16          price in the hemophilia market place

17          and looking at" alternative (sic)

18          "distribution channels including PBMs."

19             Do you see that?

20       A.    I do.

21       Q.    So, now, is this a -- a -- a look at

22   what was going on in the Factor VIII marketplace

23   after Advate had been out for a couple years?

24       A.    Yes.
```

1      Q.    And where it says that "the competition

2  has been driving down the price in the... market

3  place," is that consistent with your recollection

4  of what was going on?

5      A.    Yes.

6      Q.    Now, if we go down to the next

7  paragraph, it says:

8           "Given the desire to increase

9         the rate of conversion and the

10        marketplace feedback surrounding

11        pricing, it was determined that the

12        price premium over Recombinate

13        should be reduced from 16% to 5-7%,

14        more in line with the original

15        Simon Kucher research showing that

16        a 5% premium was acceptable."

17      Q.    Do you see that?

18      A.    I do.

19      Q.    Now, what was that about?

20      A.    Once we've -- just like any other

21  launched product, we launched it at a certain

22  price point based on research that we have done

23  with the various stakeholders.

24           Once it was out on the market, we

1    really realized that the price that we launched

2    it at was, most likely, too much of a premium over

3    Recombinate, so we decided to lower our prices.

4         Q.    And then you go on to say:

5              "This price discount was

6              implemented on May 10th, 2004.  At

7              the time of the discount, the list

8              price was decreased proportionately

9              more than the selling price to"

10             Baxter's "customers."

11             Do you see that?

12        A.    I do.

13        Q.    What does that mean?

14        A.    So we decreased our ASP for Advate.

15   But based on our own internal protocol, any time

16   we have a price change on our direct price, we

17   have to change the information we give to the

18   databases.  And, in actuality, we lowered the

19   database pricing more than we did the direct

20   selling price to our customers.

21        Q.    So if we go back to this early working

22   paper, which is Exhibit 9, which has some

23   projections on it about what a list price in an

24   AWP might be --

1      A.      Correct.

2      Q.      -- did that ever happen?

3      A.      No.

4      Q.      Were those prices ever set?

5      A.      They were not.

6      Q.      And, as a matter of fact, once Advate

7   was launched and was in the marketplace, did

8   Baxter increase or decrease its spread on Advate?

9      A.      I believe we --

10     MR. CHIZEWER:  Object to form.

11  BY THE WITNESS:

12     A.      (Continuing) -- we decreased it.

13  BY MR. BREEN:

14     Q.      Okay.  And when you decreased the

15  spread on Advate, do you know whether that was

16  consistent with desires of the Department of

17  Justice and the other investigative body --

18  government investigative bodies?

19     A.      I believe part of the overall decision

20  only for market forces was the fact that there was

21  increased scrutiny in pricing in general at

22  that -- at this time.

23     Q.      So did that -- okay.

24     MR. BREEN:  Let me -- let me do one more.

```
 1              Let me show you what will be marked as
 2   Exhibit 14 --
 3                    (WHEREUPON, said document was
 4                    marked Deposition Exhibit No. 14.)
 5   BY MR. BREEN:
 6        Q.    (Continuing) -- which purports to be an
 7   e-mail from Doreen Eaton to Jeff Beck and others.
 8              Do you see that?
 9        A.    I do.
10        Q.    The Sent Date is July 16th, 2004.
11   Would that be about a point in time when Advate
12   had been on the market for about a year?
13        A.    Yes.
14        Q.    And the e-mail says:
15              "As discussed on today's sales
16          call, attached are the Advate pricing
17          question talking points."
18              Do you see that?
19        A.    I do.
20        Q.    Now, if we go to the next page, there's
21   a question:  "What" -- No. 1, it says:  "What is
22   the Price of Advate?"  Do you see that?
23        A.    I do.
24        Q.    And then the bullet point says:
```

```
 1              "Advate represents a new advanced
 2        category of hemophilia A therapy yet"
 3        it's "priced only 5-7% higher than
 4        Recombinate as listed by the published
 5        databases."
 6              Do you see that?
 7    A.    I do.
 8    Q.    The next bullet point:
 9              "As of July 1" of "2004," the
10        "published database prices for Advate
11         are..."
12              What is the one for First DataBank?
13    A.    $1.75 per unit.
14    Q.    So -- and if you go to Exhibit 9 that
15  Mr. Chizewer showed you today, what is the draft
16  pro forma that was being discussed in December of
17  2002?
18    A.    So, yes, looking at No. 9, for
19  Red Book, it was $1.87; and for First DataBank,
20  that we have an estimate of $2.34.
21    Q.    So -- but what -- what, in fact, was
22  the -- the price published by First DataBank?
23    A.    $1.75 per unit.
24    Q.    Okay.  Now -- and then, from there,
```

1    Baxter continually -- further reduced the list

2    price, correct?

3         A.    Correct.

4         Q.    And further reduced the spread?

5         A.    Correct.

6         Q.    Now, is this the point -- where it says

7    "priced... 5-7% higher than Recombinate," are you

8    saying that Baxter is trying to get 5 percent --

9    5 to 7 percent more money to Baxter than it is

10   getting for Recombinate?

11        A.    No.  When we're talking about price

12   here, we're talking external pricing that some of

13   our customers would see, which would be the

14   database prices.

15        Q.    The database prices, okay.

16             But you're not talking about Advate

17   having a bigger spread than Recombinate?

18        A.    No.

19        Q.    Okay.  Let me see one more thing.

20             Oh, on bullet point 2, the same

21   document, it says:

22             "Advate is priced within the

23        range of... other currently licensed

24        Factor VIII therapies."

1          Do you see that?

2     A.    I do.

3     Q.    So what does that mean when you say

4  "other... Factor VIII therapies"?

5     A.    So when you look at the other

6  recombinant Factor VIII therapies in that

7  category, right -- Kogenate, Helixate, ReFacto --

8  what this -- this, in a sense, is saying is that

9  Advate is priced within ranges of other like

10 therapies.

11    Q.    And so when Baxter's personnel

12 evaluated what ranges Advate was priced in, they

13 were doing so in comparison to all other

14 Factor VIIIs, including Recombinate, correct?

15    A.    Correct.

16    Q.    So were there -- was there other people

17 at Baxter that were different from the folks that

18 would have been responsible for this type of memo

19 that were separately evaluating the pricing of

20 Recombinate?

21    A.    No.

22    Q.    They were all the same people, right?

23    A.    Correct.

24    Q.    So you've got the same folks at Baxter

 1   that are pricing Recombinate as are pricing

 2   Advate?

 3        A.    Correct.

 4        Q.    The same folks at Baxter reporting the

 5   pricing of Advate and Recombinate to the databases

 6   like First DataBank, correct?

 7        A.    Correct.

 8        Q.    The same division of Baxter is

 9   manufacturing Recombinate as is manufacturing

10   Advate, correct?

11        A.    Correct.

12        Q.    The same -- what about the -- the --

13   the -- the ultimate patient?  Is the ultimate

14   patient base that needs Recombinate any different

15   than the patient base that needs Advate?

16        A.    No, not at all.

17        Q.    Has Baxter ever been aware of any

18   differences in the patients that were taking those

19   products?

20        A.    No.

21        Q.    How about the way it was administered

22   to those patients?  Was there any difference

23   whatsoever in the way Recombinate was administered

24   to the patient as Advate?

1          MR. CHIZEWER:  Objection to form.

2      BY THE WITNESS:

3          A.    No.  The only difference is, is,

4      Advate had less diluent, so it had 5 mLs of

5      diluent instead of 10.

6      BY MR. BREEN:

7          Q.    That means it was less volume?

8          A.    Less volume.

9          Q.    So it could be -- it could be infused

10     faster?

11         A.    Correct.

12         Q.    And the patient would be at risk --

13     at lower risk for things like -- like -- would

14     they be at lower risk for anything because of the

15     faster --

16         A.    It's a patient convenience issue.

17         Q.    Just more convenient?

18         A.    Yes.

19         Q.    But it goes in the same way, through an

20     IV, correct?

21         A.    Yes.

22         Q.    Okay.  Through an infusion?

23         A.    Correct.

24         Q.    And that's -- is that -- is that why

```
 1    specialty pharmacies like Ven-A-Care were the

 2    primary healthcare providers that provided that

 3    product?

 4         A.    Yes.

 5         Q.    Okay.  So same patients, same

 6    administration, same -- same medical condition.

 7               How about the -- the healthcare

 8    providers that were providing Advate and

 9    Recombinate to the patients, was there any

10    difference between them?

11         A.    Not at all.

12         Q.    So the same doctor would be taking care

13    of the same patient and making a decision as to

14    whether it was Recombinate or Advate, correct?

15         A.    True.

16         Q.    Okay.

17         A.    Right.

18         Q.    Well, how about -- now -- now, how

19    does -- typically, how does these -- how do the

20    patients get the Factor VIII blood product?  Who

21    takes it to them?

22         A.    So there's primarily two ways, and the

23    ones I'm focusing on, our two biggest customer

24    segments, right.  So we have the specialty
```

1    pharmacies, and we have the 340B hemophilia

2    treatment centers.

3              And, for the most part, both of those

4    entities purchased the product from us.  We ship

5    it to them.  They repackage it and send it to the

6    patient via overnight delivery.

7         Q.    And then -- and then, does somebody

8    help the patient infuse the product intravenously?

9         A.    Some.  Some do, some don't.  But the

10   primary -- the -- most of the hemophilia

11   population either infuses themselves, or they have

12   a caregiver, but there is a subsegment that needs

13   a nurse.

14        Q.    A home health nurse?

15        A.    A home health nurse come into their

16   home, yes.

17        Q.    Okay.  And that would be a nurse

18   provided by companies like Coram or Caremark or

19   something like that --

20        A.    Correct.

21        Q.    -- correct?  Okay.

22              So 4 -- 340Bs are clinics?

23        A.    340Bs are the designated

24   federally-funded hemophilia treatment centers.

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Bruce Bradley

```
 1        Q.    Okay.  So any -- from Baxter's

 2   perspective, was there any difference whatsoever

 3   between the healthcare providers that would be

 4   interfacing with the patient to provide Advate as

 5   opposed to Recombinate, any difference whatsoever?

 6        A.    None at all.

 7        Q.    Okay.  The same healthcare providers.

 8   All right.  Now --

 9        MR. BREEN:  Where are we at?  15?

10        THE COURT REPORTER:  Yes.

11        MR. BREEN:  Okay.  This will be Exhibit 15.

12             (WHEREUPON, said document was

13              marked Deposition Exhibit No. 15.)

14   BY MR. BREEN:

15        Q.    This purports to be an e-mail chain.

16   First, on the top, it's from Tracy L. Anderson to

17   Pete O'Malley, dated July 27th, 2005.  Do you see

18   that?

19        A.    I do.

20        Q.    "Subject:  Priority - Hemophilia

21   Question."

22             And then, if we go down to the

23   next-to-the-last paragraph, it says:

24             "Royal, take a look at the attached
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation    Michael Eric Bradley

```
 1              spreadsheet which lists all of our

 2              customers and their commitments for

 3              Advate and Recombinate."

 4         Do you see that?

 5    A.    I do.

 6    Q.    So let's go to the spreadsheet, and

 7    specifically, I'll draw your attention to Bates

 8    page ends in 6428.

 9         Now, the first thing I'm going to ask

10    you is:  Did the same people at Baxter prepare --

11    you'll see there's -- there's data here about

12    Advate, and there's data about Recombinate.

13         Do you see that?

14    A.    Yes, I do.

15    Q.    And it's all in one Excel spreadsheet

16    or some kind of spreadsheet, right?

17    A.    Yes.

18    Q.    Did the same people at Baxter prepare

19    the information for Advate as they did for

20    Recombinate?

21    A.    Yes.

22    Q.    Okay.  Now -- and you'll look at these

23    account numbers in column A.  Do you see that?

24    A.    Yes.
```

```
 1          Q.    And -- and you see how the account

 2    numbers repeat themselves for Advate and

 3    Recombinate?

 4          A.    Yes.

 5          Q.    Now, what is going on here?  What is

 6    this -- what is this spreadsheet showing us?

 7          A.    So I'm assuming what this spreadsheet

 8    shows is, the account number is the customer

 9    number, right, so these would be each individual

10    comp- -- companies.

11               And then, across the -- the top column,

12    or one of the top columns -- or rows, I guess you

13    would call it -- is, you'd have the different

14    units purchased based on quarter.

15          Q.    So is -- is Baxter looking at -- at the

16    comparison of individual specific customers that

17    are buying both Advate and Recombinate?

18          A.    Yes.

19          Q.    To see if they're succeeding in getting

20    customers to buy Advate more than Recombinate,

21    correct?

22          A.    Correct.

23          Q.    Now, at this particular point in time,

24    to the extent that -- that Advate and Recombinate
```

1    were reimbursed by HCPCS codes by Medicare, do you

2    know if they were being reimbursed under the same

3    code?

4         A.    They were --

5         Q.    What --

6         A.    -- being reimbursed.

7         Q.    What does that mean?

8         A.    So the way CMS defines -- defines the

9    way that they set their coverage and reimbursement

10   is based on a HCPCS or J Code.

11              And CMS made a decision that both

12   Advate and Recombinate, along with Kogenate, would

13   all be reimbursed under the same recombinant

14   factor HCPCS code.

15        Q.    Okay.  So Baxter is looking at Advate

16   and Recombinate together to determine if it's

17   successfully moving patients from Recombinate to

18   Advate, correct?

19        A.    Correct.

20        Q.    At the same time, they -- CMS that runs

21   the Medicare program is reimbursing Advate and

22   Recombinate at one reimbursement amount, correct?

23        A.    Correct.

24        Q.    A common reimbursement amount?

```
 1        A.    Correct.

 2        Q.    Now, go to the next page.  You'll see

 3   we've got specific customers and what have you.

 4             Is this the backup data for the summary

 5   spreadsheet we just looked at?

 6        A.    Without really diving into it, I would

 7   assume that's what this is.

 8        Q.    But is that typically the type of thing

 9   you see at Baxter when they try to compare

10   customer volume and purchases?

11        A.    Yes.

12        Q.    Right.  Well, look at the -- for

13   example, let's take the first one.  Well, take --

14   row 3 is Coram Healthcare.  Do you see that?

15        A.    I do.

16        Q.    And the owner agreement number is

17   34137170.

18             So if we flip back to the first

19   page and look at row 5, 34137170, do you see that?

20        MR. DeLANCEY:  You read the wrong number.

21        MR. BREEN:  Oh, I did.  I'm sorry.

22   BY MR. BREEN:

23        Q.    Let's start -- let's start all over

24   again.  Row 3, Coram, on the second page,
```

1    34251473, do you see that?

2        A.    Yes.

3        Q.    And then we go back to row 3, 34- -- on

4    the page before that --

5        A.    Right.

6        Q.    -- 34251473.  Do you see that?

7        A.    I do.

8        Q.    So we can match them up by -- by their

9    customer number?

10       A.    Yes.

11       Q.    Okay.  Now --

12   MR. BREEN:  No. 16 --

13               (WHEREUPON, said document was

14                marked Deposition Exhibit No. 16.)

15               (WHEREUPON, discussion was had off

16                the record.)

17   BY MR. BREEN:

18       Q.    (Continuing) -- is a multipage

19   document.  It purports to be an e-mail chain that

20   begins from Peter Fang to Adeel Kheiri and others

21   dated February 27th, 2004.  Do you see that?

22       A.    I do.

23       Q.    And it purports to be a -- to attach

24   a -- a document called Advate Report, and the

1    subject is "US Advate Weekly Report."  Do you see

2    that?

3         A.    I do.

4         Q.    Now, if we go to the next page, there's

5    an attachment that says "Advate Launch Update" by

6    the "BioScience Operating Committee, March 1st,

7    2004."  Do you see that?

8         A.    I do.

9         Q.    Now, by March 1, 2004, Advate had been

10   on the market for about nine months, correct?

11   Eight months?

12        A.    Eight months, maybe, yes.

13        Q.    About eight months.

14             Now, the BioScience Operating

15   Committee, was that specific just to Advate, or

16   did it also consider Recombinate?

17        A.    No.  It's -- it was the operating

18   committee for BioScience, so it would be all

19   products.

20        Q.    All products, okay.  And were you on

21   that committee?

22        A.    No.

23        Q.    But there were not different people

24   on -- on that comm- -- in other words, there

 1   wasn't a BioScience Operating Committee for Advate

 2   and another one for Recombinate?

 3        A.    Correct.  There were not.

 4        Q.    Okay.  So let's go on into this

 5   document, and we'll go to page 23 of the document,

 6   which is -- last Bates numbers are 7060.  It says

 7   Key Account Data Analysis.  Do you see that?

 8        A.    I do.

 9        Q.    Now, it says:

10              "Analysis of Sales at Customer

11          Level.  Advate Account Status - VCC.

12          Number of Units Sold by Channel."

13              What is "VCC"?

14        A.    Volume committed customer.

15        Q.    Okay.  So these are customers that get

16   a better price if they meet certain volume

17   targets, correct?

18        A.    Correct.

19        Q.    As -- they get an earned discount or an

20   earned rebate?

21        A.    At this time, I believe it was a

22   discount.

23        Q.    Okay.  So the more -- the more volume

24   they commit to and meet their goal, the better the

```
 1    deal they get?

 2         A.    Correct.

 3         Q.    And is that common in the

 4    pharmaceutical industry?

 5         A.    I believe so.

 6         Q.    Now, would these be Baxter's larger

 7    customers?

 8         A.    Yes.

 9         Q.    So, for example, oh, I see Coram on

10    here again.  Do you see Coram?

11         A.    Yes.

12         Q.    And I see Kaiser.  Do you see -- you

13    see Kaiser on here?

14         A.    I do.

15         Q.    Option Care?

16         A.    Yes.

17         Q.    Those are all big healthcare providers,

18    aren't they?

19         A.    Correct.

20         Q.    Now, if we look at -- it's kind of hard

21    to read because of the -- it's -- it's -- this is

22    not in color.  But look at Coram, the shading that

23    represents Coram.

24               And then, if we go over to the
```

1    actual -- the bar graph, do you see those, those

2    large spikes that seem to indicate those are

3    Coram?

4        A.    You know, I think that would be

5    Accredo, but I'm not sure because it's hard to

6    read this because Accredo's looks the same as --

7        Q.    As Coram?

8        A.    And Accredo at the time was, by far,

9    our largest customer.

10       Q.    Okay.  All right.  So -- so what --

11   all right.  So what is this -- what is this table

12   telling us, then?

13       A.    This is -- tells me when I'm reading it

14   is, this is the number of units sold by channel

15   based on various weeks.

16       Q.    Okay.  And you say your largest

17   customer was who at the time?

18       A.    Accredo.

19       Q.    And what is Accredo?

20       A.    Accredo is a -- our largest specialty

21   pharmacy company.

22       Q.    By the way, as far as your -- your

23   customers go that you sell this product to, would

24   you agree that specialty pharmacies are the ones

1    that you deal with the most and sell the most to?

2          A.    Yes.

3          Q.    So they would be in a position to know

4    what the actual market prices are, correct?

5          A.    Correct.

6          Q.    Because they're the ones negotiating

7    with Baxter --

8          A.    Right.

9          Q.    -- and -- and authorized to buy product

10   from Baxter, correct?

11         A.    Correct.

12         Q.    Now, if you could flip through to

13   page 29 of the report, and the last four Bates

14   numbers are 7066.  "Patient Demand Analysis," do

15   you see that?

16         A.    I do.

17         Q.    And on the -- on the right-hand side,

18   it's got "Advate Patient Conversions, New Patients

19   by Old Product (Number of Patients)."  Do you see

20   that?

21         A.    I do.

22         Q.    Now -- and then, if you look inside the

23   table, you'll see the -- the recombinant products

24   in the marketplace, correct?

1      A.      Correct.

2      Q.      Including Recombinate?

3      A.      Yes.

4      Q.      So is this table an organization of

5   information about the number of patients that are

6   converting from other recombinants to Advate?

7      A.      Yes, it is.

8      Q.      And why was Baxter following this

9   particular data?

10      A.      I mean, for a couple reasons.  We

11   wanted to -- we wanted to see if the strategy and

12   tactics that we have laid out for conversion were

13   working.  And then, we wanted to see what product

14   the converted patients were coming from.

15      Q.      So, again, I see Recombinate on here,

16   and it's color-coded.  So Baxter actually wants to

17   be able to visualize the number of patients that

18   are switching from Recombinate to Advate, correct?

19      A.      Correct.

20      Q.      And, again, as far as the folks at

21   Baxter goes, the same people are looking at this

22   document for Recombinate as they are for Advate,

23   correct?

24      A.      Yes.

In Re: Pharmaceutical Industry Average Wholesale Price Litigation  Michael Eric Bradley

1    Q.    Okay.  Now, we'll flip that page, and

2    we'll see on the next one "Advate Patient Losses,

3    New Patients by Old Product."  Do you see that?

4    A.    Um-hum.  Yes, sir.  Yes.

5    Q.    And, again, we've got them all listed,

6    and Recombinate is on there again.  What does this

7    tell us?

8    A.    Well, I believe what this is saying is,

9    these are the patients that we have actually lost

10   per month, right.

11   Q.    And, in other words, that had switched

12   from Advate back to another recombinant?

13   A.    Correct.

14   Q.    Including Recombinate?

15   A.    Right.

16   Q.    So -- and this is -- this document is

17   February 2004, correct?

18   A.    Yes.

19   Q.    And so -- so Baxter is actu- -- is

20   trying to shift as many patients from Recombinate

21   and other recombinants to Advate, correct?

22   A.    Correct.

23   Q.    And this document is telling Baxter

24   that to the extent it's successful and to the

1    extent that it's unsuccessful because some are

2    shifting back?

3         A.    Correct.

4         Q.    And what -- what did Baxter do in the

5    face of these market conditions?  Did it increase

6    its list price for Advate?

7         A.    No.  We lowered both our direct selling

8    price and the pricing that we submit to the

9    databases.

10        Q.    Did it increase its spread for Advate?

11        A.    No.

12        Q.    But if Baxter would have increased its

13   spread for Advate, wouldn't that have incentivized

14   more of its provider customers to buy Advate

15   rather than Recombinate?

16        A.    Possibly.

17        Q.    So why didn't Baxter do that?

18        A.    We knew it wasn't the right thing to

19   do, and the -- the distributors don't have that

20   much power to switch patients in the first place.

21        Q.    Okay.  Now... anything else we want to

22   do?

23              Going back to First DataBank, did First

24   DataBank ever treat Advate pricing any different

1    than it treated Recombinate pricing?

2        MR. CHIZEWER:  Objection to form.

3    BY THE WITNESS:

4        A.    I believe no.

5    BY MR. BREEN:

6        Q.    Did First DataBank ever ask Baxter for

7    any information about Advate pricing that it did

8    not ask for regarding Recombinate pricing?

9        A.    No.

10        Q.    Did Baxter ever provide First DataBank

11    with any information about Advate pricing that it

12    did not provide about Recombinate pricing?

13        A.    No.

14        Q.    How about any of other -- Baxter's

15    other biological products?

16        A.    I'm only aware of the products that

17    I was responsible for on the hemophilia and IG

18    side, and no.

19        Q.    Now, going back to, if you recall, some

20    of the questions you were asked today about -- and

21    you were shown some documents -- about the

22    Department of Justice asking First DataBank to

23    report some different AWPs, do you recall that?

24        A.    Yes.

1     Q.     And you indicated that went on for a

2  couple years, but they -- they were never updated,

3  correct?

4     A.     Correct.

5     Q.     Do you know where the Department of

6  Justice got the pricing it used to calculate what

7  it believed should be the AWPs that were reported?

8     A.     What we were told is that they did an

9  internal survey, and I believe one of those

10  letters had some of the -- the companies that were

11  surveyed, about what their -- what their selling

12  price was for a variety, but not all, a variety of

13  hemophilia products.

14     Q.     Okay.  Do you know whether the

15  Department of Justice relied upon any particular

16  provider in the industry that had access to

17  pricing through biological distributors?

18     MR. CHIZEWER:  Objection to form.

19  BY THE WITNESS:

20     A.     Not that I'm aware of.

21  BY MR. BREEN:

22     Q.     And do you know whether Ven-A-Care

23  provided the Department of Justice with the input

24  that it utilized for those pricings --

```
 1          MR. CHIZEWER:  Same objection.

 2   BY MR. BREEN:

 3       Q.    (Continuing) -- those -- those AWP --

 4   those DOJ AWPs?

 5          MR. CHIZEWER:  Same objection.

 6   BY THE WITNESS:

 7       A.    Not that I'm aware of.

 8   BY MR. BREEN:

 9       Q.    Okay.

10          THE COURT REPORTER:  I'm sorry?

11   BY MR. BREEN:

12       Q.    Do you know whether Ven-A-Care provided

13   the Department of Justice with any of the

14   information they used for the DOJ AWPs?

15          MR. CHIZEWER:  Objection to the foundation.

16   BY THE WITNESS:

17       A.    No.

18   BY MR. BREEN:

19       Q.    All right.  Now, you were asked some

20   questions -- one second.

21              You were asked some questions today

22   about whether Baxter ever provided the states with

23   average manufacturer pricing to be used in

24   connection with reimbursement.
```

```
 1              Do you realize -- do you remember that

 2    series of questions?

 3         A.    I do.

 4         Q.    And one of the first things I asked you

 5    was whether you had prepared yourself or been

 6    prepared as a 30(b)(6) corporate designee to

 7    testify about that topic.  Do you recall?

 8         A.    Yes.

 9         Q.    Okay.  And you -- you were not so

10    prepared, were you?

11         A.    I was not.

12         Q.    Okay.  So I want to just drill down a

13    little bit in -- in that particular -- that

14    particular area.

15              You're from San Francisco, right?

16         A.    I am.

17         Q.    So -- and -- and do you have any

18    particular knowledge about Medi-Cal and how

19    Medi-Cal was reimbursed for Baxter's biological

20    products over the last twenty years?

21         A.    Yes.

22         Q.    And do you know whether there came a

23    time when the California legislature required

24    manufacturers to report AMP so that Medi-Cal could
```

```
 1    at least consider them in evaluating their

 2    reimbursement amounts?

 3         MR. CHIZEWER:  Objection to form.

 4    BY THE WITNESS:

 5         A.    So what the legislation or regulation

 6    did, it was -- it required manufacturers to supply

 7    ASP.

 8    BY MR. BREEN:

 9         Q.    Now, that's in 2006, correct?

10         A.    That is correct.

11         Q.    Okay.

12         MR. CHIZEWER:  Objection to form.

13    BY MR. BREEN:

14         Q.    Do you know if, prior to 2006,

15    California required manufacturers to supply AMP so

16    they could use it to evaluate their reimbursement?

17         MR. CHIZEWER:  Objection to form.

18    BY THE WITNESS:

19         A.    I -- I believe that was the case.

20    BY MR. BREEN:

21         Q.    Separate from the ASP, correct?

22         MR. CHIZEWER:  Same objection.

23    BY THE WITNESS:

24         A.    No.
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Bruce Bradley

```
 1   BY MR. BREEN:
 2        Q.    Okay.  Do you know whether the state of
 3   Texas ever required manufacturers to provide AMP
 4   so they could evaluate their reimbursement?
 5        A.    Yes.
 6        MR. CHIZEWER:  Objection to form.
 7   BY MR. BREEN:
 8        Q.    Do you know when that was?
 9        MR. CHIZEWER:  Same objection.
10   BY THE WITNESS:
11        A.    No.
12   BY MR. BREEN:
13        Q.    Okay.  Do you know whether any other
14   states have ever used AMP to evaluate their
15   reimbursement?
16        MR. CHIZEWER:  Same objection.
17   BY THE WITNESS:
18        A.    I can't answer that.
19        MR. BREEN:  Well, since counsel has objected
20   to every one of these questions, I'm going to ask
21   what the basis is so I can correct my questions.
22             What's the basis of your objections,
23   counsel?
24        MR. CHIZEWER:  Well, he just -- you haven't
```

```
 1    established that this witness has any knowledge

 2    of, or what the basis of his knowledge would be,

 3    as to how -- what requirements there are for state

 4    reimbursements.

 5              And you seem to have an objection for

 6    him to testify with respect to AMP issues.

 7         MR. BREEN:  Is that it?

 8         MR. CHIZEWER:  Yes.

 9    BY MR. BREEN:

10         Q.    Okay.  Now, you're -- are you involved

11    in reporting AMP or best price for Baxter for

12    Medicaid rebate program purposes?

13         A.    No.

14         Q.    Okay.  So when you were asked how AMP

15    is calculated, you said, "Well, it's -- it's

16    specifically provided by statute how you do it,"

17    correct?

18         A.    Correct.

19         Q.    And -- and -- but you're not an expert

20    in that?  You don't know how?

21         A.    Correct.

22         Q.    Okay.  Do you know what a MAC is?

23         A.    Yes.

24         Q.    What is a MAC?
```

```
 1        A.    Maximum allowable cost.

 2        Q.    And that is a term used in connection

 3   with what, to your knowledge?

 4        A.    Usually, it's a -- it's either a public

 5   or private insurer, and it's the maximum allowable

 6   price they'll pay for a certain category of -- of

 7   drugs.

 8        Q.    Do you know whether the state Medicaid

 9   programs have the authority to set MACs, or

10   maximum allowable charges or costs, on Baxter

11   biological products?

12        A.    I believe they do.

13        Q.    Okay.  And over the years, have you

14   ever been aware of any states that opted to

15   reimburse Baxter's biological blood factors on

16   the basis of invoice cost?

17        A.    Yes.

18        Q.    How about on the basis of average

19   selling price?

20        A.    Yes.

21        Q.    How about on the basis of wholesaler

22   acquisition cost?

23        A.    Yes.

24        Q.    Now, you have been with Baxter how
```

```
 1    long?

 2        A.    Twenty years.

 3        Q.    And how -- and how long have you worked

 4    in a position where you would have exposure to,

 5    and knowledge of, the topics we have been talking

 6    about today, i.e., what Baxter reports that are --

 7    that's used to set Medicaid reimbursement and --

 8    and how all that goes on?  How long have you been

 9    in a position to be aware of that?

10        A.    Seventeen of the twenty years.

11        Q.    Okay.  Seventeen of the twenty years.

12    So that will take us -- let's do the math.  We're

13    in 2013, right?  So we're going back to, what,

14    '97?

15        A.    Yeah.  I mean, I don't really do it

16    took much now, so it was basically when I started

17    up until a couple years ago.

18        Q.    And during that period of time, have

19    you observed any changes in the way that states

20    scrutinize market prices before they set

21    reimbursement for blood factors?

22        A.    Yes.

23        Q.    Tell us about that.  What has been

24    your --
```

```
 1          A.      So --

 2          Q.      What have you observed?

 3          A.      -- over the course of twenty years,

 4   we've seen a slow shift in the state reimbursement

 5   formulas for factor because many states have

 6   unique reimbursement for factor as opposed to

 7   their other pharmaceuticals.  We've seen states

 8   transition and, as you mentioned earlier, to a

 9   number of different reimbursement formulas,

10   everything from -- from the way California bases

11   it on ASP, Michigan does actual acquisition cost;

12   you know, Florida currently puts out a bid to

13   certain hemophilia distributors.

14              So every single state can potentially

15   be different, and most of the large states have a

16   unique reimbursement formula for factor as opposed

17   to their other drugs.

18          Q.      Now, let's talk about that.

19              Baxter, other divisions, sell other

20   pharmaceutical products, correct?

21          A.      Correct.

22          Q.      So IV fluids, for example?

23          A.      Right.

24          Q.      What is unique about blood factors,
```

```
 1    to your knowledge, if anything, that would --

 2    would -- would cause states to scrutinize them

 3    differently for reimbursement purposes than other

 4    drugs and biologicals?

 5         A.    Oh, there's a couple reasons.

 6               One, there's between 20 and 2- --

 7    25 and 30 percent of all hemophilia patients are

 8    on Medicaid, right?  Traditionally, most people --

 9    maybe Medicaid's are 12 percent, so there's a

10    higher disproportion or share of hemophilia

11    patients that utilize Medicaid, okay?

12               And then, also, the fact that it's a --

13    it's a fairly high-priced product.

14               So with those two combined, I think

15    when the states look at trying to cut their costs

16    with, you know, the increased budget crisis that

17    they have been in, that they -- they looked at

18    scrutinizing hemophilia.

19         Q.    And is that because they've got,

20    proportionally, the smallest number of patients

21    that are -- that are -- that are costing the

22    states the most dollars for one particular

23    product?

24         A.    Yeah.  That one quarter of all
```

```
 1    hemophilia patients are -- they -- their factor is

 2    paid for by Medicaid.

 3         Q.    Now, are you aware that Medicaid

 4    programs reimburse for more than 30,000 different

 5    NDC number drugs and biologicals?

 6         A.    Oh, I knew it was a lot.  I wasn't

 7    aware of the 30,000, but I knew that it was a lot,

 8    yes.

 9         Q.    You know it's-- it's lots and lots and

10    lots?

11         A.    Right.

12         Q.    Okay.  Yet, the hemophilia factors are

13    a very, very small subset in terms of number of

14    products, correct?

15         A.    Correct.

16         Q.    But they're an extremely expensive

17    subset for Medicaid programs?

18         A.    Yes.

19         Q.    Is that why the Medicaid programs have

20    scrutinized them for reimbursement purposes?

21         A.    Yes.

22         Q.    Okay.  So you mentioned California with

23    the average selling price.  When -- does Baxter

24    report its average selling price to California in
```

```
 1   response to -- to that reimbursement methodology?

 2        A.   Yes.

 3        Q.   And what is its average -- what -- how

 4   does it calculate its average selling price that

 5   it sends to California?

 6        MR. CHIZEWER:  Objection to form.

 7   BY THE WITNESS:

 8        A.   So that --

 9   BY MR. BREEN:

10        Q.   Well, wait a minute.  Does it calculate

11   its average selling price it sends to California

12   the same way it calculates the average selling

13   price you testified about earlier today in

14   response to Mr. Chizewer's questions?

15        A.   Yes.

16        Q.   Okay.  So how does it calculate the

17   average selling price it sends to California?

18        A.   So, once again, I'm not part of the

19   finance department that goes into this

20   specifically, but it's in statute of how you --

21   how you have to calculate an ASP.

22             And for California, we take each of our

23   individual NDC numbers, we calculate it based on

24   that formula -- which I don't know all the
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Michael Bruce Bradley

```
 1    particulars of -- and then we submit it to the

 2    state on a quarterly basis.

 3         Q.    And you do the same for Advate as you

 4    do for Recombinate?

 5         A.    Yes.

 6         Q.    Okay.  And for the rest of your

 7    biological products, correct?

 8         A.    For the biologics that are created in

 9    BioScience, yes.

10         Q.    And you -- did you indicate that you

11    thought it's been since 2006 California has

12    reimbursed on ASP?

13         A.    You mentioned the date.  I know that

14    there was -- there was legislation and/or

15    regulation that caused it to change, yes.

16         Q.    Okay.  So do you also -- are you also

17    aware that Baxter has, by agreement, resolved its

18    issues with California regarding the -- the

19    average wholesale price liability issues?

20         A.    Yes.

21         MR. CHIZEWER:  Objection to form.

22    BY MR. BREEN:

23         Q.    And, so, since that agreement, to

24    your knowledge, has Baxter reported ASP to
```

1   California?

2        A.    We have.

3        Q.    Okay.  How about in Texas, has Baxter

4   resolved its AWP-type liability with the state of

5   Texas?

6        MR. CHIZEWER:  Objection to form.

7   BY THE WITNESS:

8        A.    Yes.

9   BY MR. BREEN:

10        Q.    And -- and since that time, has Baxter

11   reported to Texas any kind of special pricing that

12   Baxter -- that Texas asks for in order to set

13   reimbursement?

14        A.    We will provide whatever the state

15   requests -- requests of us.

16        Q.    Well, in the case of Texas, do you

17   know, you personally know what Baxter has provided

18   Texas in response to its request since Texas and

19   Baxter settled their issues --

20        A.    Yes.

21        Q.    -- regarding AWP?

22        A.    Yes.  I believe we supply them with

23   AMP.

24        Q.    With AMP, okay.

```
 1              And to your knowledge, has Baxter ever

 2   refused to provide a state with specific market

 3   pricing information to allow the state to set

 4   Medicaid reimbursement upon that state's request?

 5        A.    Not that I'm aware of, we've never ever

 6   not supplied the requested information.

 7        Q.   Okay.  Now, this --

 8        MR. BREEN:  Why don't we take a brief break,

 9   and I'll see if I'm ready to wrap up.

10        THE WITNESS:  Sure.

11        THE VIDEOGRAPHER:  Okay.  The time is

12   2:37 p.m.  We are going off the record.

13                   (WHEREUPON, a recess was had.)

14        THE VIDEOGRAPHER:  This is the beginning of

15   Disk No. 4.  The time is 2:50 p.m.

16              We are back on the record.

17        MR. BREEN:  I have no further questions at

18   this time.  I pass the witness.

19        MR. CHIZEWER:  Just a few follow-up --

20        MR. DeLANCEY:  Yeah, I've got a couple.

21        MR. CHIZEWER:  Oh, okay.  Do you want to go

22   first.

23

24
```

```
 1                    EXAMINATION

 2   BY MR. DeLANCEY:

 3        Q.    Let me ask you questions about Advate,

 4   Recombinate.

 5             Are Advate and Recombinate the same

 6   active protein?

 7        A.    Yes.

 8        Q.    Do Advate and Recombinate have

 9   identical -- I'm not going to say this right, but

10   I'm going to try -- pharmo -- pharmacokinetics

11   profiles?

12        MR. CHIZEWER:  Objection, leading.

13   BY THE WITNESS:

14        A.    Yes, they do.

15   BY MR. DeLANCEY:

16        Q.    Are Advate and Recombinate considered

17   bioequivalents?

18        MR. CHIZEWER:  Same objection.

19   BY THE WITNESS:

20        A.    Yes.

21   BY MR. DeLANCEY:

22        Q.    Was Advate marketed as building on the

23   reputation of Recombinate?

24        MR. CHIZEWER:  Same objection.
```

```
 1    BY THE WITNESS:

 2         A.    Yes, it was.

 3    BY MR. DeLANCEY:

 4         Q.    Was Advate marketed as an enhanced

 5    version of Recombinate?

 6         A.    Yes.

 7         MR. CHIZEWER:  Same objection.

 8    BY THE WITNESS:

 9         A.    Yes.

10    BY MR. DeLANCEY:

11         Q.    Are Advate and Recombinate marketed to

12    the same doctors?

13         A.    Yes.

14         Q.    Are Advate and Recombinate marketed to

15    the same patient population?

16         A.    Yes.

17         Q.    Are both Advate and Recombinate sold by

18    Baxter BioScience?

19         A.    Yes.

20         Q.    Are Advate and Recombinate sold to the

21    same -- through the same distribution channels?

22         A.    Yes.

23         Q.    Do Advate and Recombinate service the

24    same disease state, hemophilia A?
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Michael Brian Bradley

```
 1        A.    Yes.

 2        Q.    Does Baxter BioScience produce both

 3   Advate and Recombinate?

 4        A.    Yes.

 5        Q.    Are Advate and Recombinate considered

 6   genetically equivalent?

 7        MR. CHIZEWER:  Objection to form.

 8   BY THE WITNESS:

 9        A.    Yes.

10   BY MR. DeLANCEY:

11        Q.    Are Advate and Recombinate produced

12   from the same cell line?

13        A.    Yes.

14        Q.    Are Advate and Recombinate both

15   reimbursed and covered under the same HCPCS

16   J Code 7192?

17        A.    Yes.

18        Q.    Are Advate and Recombinate sold by the

19   same Baxter BioScience sales force?

20        A.    Yes, they are.

21        Q.    And do Advate and Recombinate have the

22   same competitors?

23        A.    Yes.

24        Q.    You were asked earlier by Mr. Chizewer
```

1    regarding AMP/BP reporting by Baxter BioScience to

2    states, and you said Baxter BioScience doesn't

3    report AMPs and BPs to states.  Do you recall

4    that?

5         A.    Yes.

6         Q.    Okay.  If I ask you that same question

7    now, do -- does Baxter BioScience or has Baxter

8    BioScience reported AMPs and BPs for its biologics

9    to state Medicaid programs, what's your answer?

10        MR. CHIZEWER:  Objection, leading; and --

11   and asked and answered.

12   BY THE WITNESS:

13        A.    We do.

14   BY MR. DeLANCEY:

15        Q.    And how do you know that?

16        MR. CHIZEWER:  Same objection.

17   BY THE WITNESS:

18        A.    So during the break, I was shown

19   documents that prove that we have submitted AMP to

20   BP from the states in the past.

21        MR. DeLANCEY:  I pass.

22

23                        ###

24

```
 1              FURTHER EXAMINATION

 2   BY MR. CHIZEWER:

 3       Q.    Mr. Bradley, could I refer you back to

 4   Exhibit 14.  This was an e-mail of February of

 5   2004 from Doreen Eaton to a team of people at

 6   Baxter.

 7              I believe you stated that the attached

 8   talking points regarding the pricing of Advate was

 9   something that was available to the people who did

10   price reporting both for Recombinate and Advate,

11   correct?

12       A.    Restate the question again.

13       Q.    I'm going to refer you back to

14   Exhibit 14.  This was an e-mail of February 2004

15   from Doreen Eaton to a team of people at Baxter.

16              And I believe you stated that the

17   attached talking points to this e-mail regarding

18   the pricing of Advate were available to both the

19   people who did price reporting about Recombinate

20   and Advate, is that correct?

21       A.    Okay, yes.

22       Q.    I'd like to refer you to the sixth

23   bullet point under item No. 1, "What is the Price

24   of Advate?"  And the sixth talking point says:
```

```
 1            "No one should be discussing the

 2         true acquisition costs of our products."

 3            Do you see that?

 4    A.    Yes.

 5    Q.    Why is that?  Why is that a talking

 6 point?

 7    A.    This was a talking point because this

 8 was a document going out.  If you look at who this

 9 was sent to, this was the leads of our external

10 sales organization.  So they were getting pricing

11 questions regarding Advate, what this document was

12 telling them via talking points.

13            You can talk about publicly-available

14 information that's in these databases.  You cannot

15 talk about what we're actually selling the product

16 to our customers for.

17    Q.    Were any of the people -- the people on

18 this e-mail list aware of the price reporting from

19 Baxter to First DataBank?

20    A.    I would say they should have been.

21    Q.    After the launch of Advate, why did

22 Baxter continue to make and sell Recombinate?

23    A.    You have to realize that hemophilia

24 patients are a very powerful patient base.  As
```

1    I said earlier, half of them died of HIV.

2            So we were told in no uncertain terms

3    by our customers -- I'm talking if you want to

4    call them patients -- that they are very

5    comfortable with Recombinate, and it is not

6    something that they will easily switch to quickly,

7    a certain subsegment.

8        Q.    So your understanding that -- was that

9    patients were making a distinction between

10   Recombinate and Advate, is that right?

11       A.    No.  I was -- what I'm saying is that

12   they were very comfortable with the product they

13   have been currently on for ten years.

14       Q.    Did Baxter agree that Advate and

15   Recombinate should be reim- -- reimbursed under

16   the same J Code?

17       A.    That's not our decision.

18       Q.    I understand it's not your decision,

19   but --

20       A.    It's not Baxter's decision.

21       Q.    I understand it's not Baxter's

22   decision.  Whose decision is it?

23       A.    From a HCPCS perspective, it's CMS.

24       Q.    Okay.  And did Baxter agree with

 1    CMS's decision to reimburse Advate and Recombinate

 2    under the same J Code?

 3         A.    We didn't agree, but we abide by their

 4    decision.

 5         Q.    Why didn't you agree?  Why didn't

 6    Baxter not agree that Advate and Recombinate

 7    should be reimbursed under the same J Code?

 8         A.    There was a new statute, 1847(a),

 9    which I believed impacted all biologics and

10    pharmaceuticals in the 2003 time frame.

11              And with the Medicare Modernization

12    Act, it allowed newly-licensed products under BLA

13    to get a separate ASP.  In order to get a separate

14    ASP, you had to get a new HCPCS code.

15              So we -- we -- we applied twice.  The

16    government said no, and we abided by it.

17         Q.    What were the arguments that Baxter

18    made to CMS to try and convince CMS not to

19    reimburse Advate under the same J Code as

20    Recombinate?

21         A.    The same -- if you want to call them

22    arguments, the same justifications we do with our

23    other customers; the fact that it's -- it's the

24    next generation recombinant Factor VIII that is

1    manufactured without any human or animal proteins.

2         Q.    Did Baxter make any arguments, as to

3    why Advate should not be reimbursed under the same

4    J Code of Recombinate, that Baxter didn't believe

5    were true?

6         A.    No.

7         Q.    You testified that some states

8    developed MACs for drug reimbursement of Advate,

9    correct?

10        A.    Correct.

11        Q.    Do you have information as to how any

12   one particular state who -- that was using a MAC

13   decided what that MAC should be?

14        A.    I -- I can't give you specifics.

15   I know that states use various formulas to

16   determine how they create their MACs.

17        Q.    Do you know to what extent any state

18   may have relied on information supplied to them by

19   First DataBank in order to derive what their MAC

20   should be?

21        A.    I -- I believe some states used the

22   published information from the databases.

23        Q.    Do you know -- and you don't know which

24   states did and which states didn't, is that right?

In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Michael Eric Bradley

```
 1        A.     Not off the top of my head, no.
 2        Q.     You also testified that states
 3   developed other individual formulas with respect
 4   to their reimbursements for Advate, correct?
 5        A.     Correct.
 6        Q.     And do you know what -- to what extent
 7   any state may have relied on information they got
 8   from First DataBank to derive what particular
 9   formula they should use for reimbursement of
10   Advate?
11        A.     So from the -- from the information
12   that I have and that I've reviewed, the whole idea
13   of -- of states creating a different type of
14   reimbursement formula is not to use the
15   information that's in First DataBank.
16        Q.     Do you know whether states actually
17   used information from First DataBank in order to
18   derive the formulas for reimbursement of Advate?
19        A.     Some states did use the information
20   based in First DataBank.
21        Q.     And do you know which states did and
22   which states didn't?
23        A.     Yes.  I mean, I can't give them to you
24   right now but, I mean, I knew back then.
```

```
 1          Q.     Okay.  Right now, as of right now, you

 2    don't know?

 3          A.     No.

 4          Q.     I believe you said that California

 5    required Baxter to report an ASP for Advate in

 6    order to develop a reimbursement for Advate, is

 7    that correct?

 8          A.     Correct.

 9          Q.     What ASP did you report to California

10    once they started requiring an ASP for Advate?

11          A.     Well, so we supplied the same ASP as we

12    would have sent to CMS.

13          Q.     And what was that ASP?

14          A.     The amount?

15          Q.     Correct.

16          A.     I have no idea.

17          Q.     I believe you testified that Texas

18    required that Baxter report to them an AMP at some

19    point so that Texas could develop a reimbursement

20    for Advate based on AMP, is that right?

21          A.     No.

22          Q.     Okay.  What information did Texas

23    require?

24          A.     Texas required our AMP.  What they did
```

1    with that was up to them.

2         Q.    All right.  So you have no idea whether

3    Texas actually used the AMP that you reported to

4    them in order to develop a reimbursement level, is

5    that right?

6         A.    Correct.

7         Q.    Do you have knowledge with respect to

8    how any state who received an AMP from Baxter may

9    or may not have used it in determining the

10   reimbursement level for Advate?

11        A.    Based on information that we discussed

12   with counsel, we supplied AMP and BP to all the

13   states.  What they did with it was their decision.

14        Q.    So you're not aware of even what

15   purpose Baxter supplied AMP information to the

16   states, is that right?

17        A.    Correct.

18        Q.    And I guess the information that

19   counsel supplied to you during the break didn't

20   explain for what purpose the states used AMP

21   information, for example?

22        A.    We started --

23        MR. DeLANCEY:  Objection to the extent you're

24   asking for attorney-client communications.

In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Michael Eric Bradley

```
 1          MR. CHIZEWER:  I think it's been waived.

 2   BY MR. CHIZEWER:

 3          Q.    You can go ahead.

 4          MR. DeLANCEY:  I don't.

 5          MR. CHIZEWER:  Are you instructing him not to

 6   answer the question?

 7          MR. DeLANCEY:  Yes.

 8          MR. CHIZEWER:  Okay.

 9   BY MR. CHIZEWER:

10          Q.    Are you accepting your attorney's --

11          MR. DeLANCEY:  Yes, he is.

12   BY MR. CHIZEWER:

13          Q.    -- instruction not to answer the

14   question?

15          MR. CHIZEWER:  I need -- I need his answer.

16          MR. DeLANCEY:  Okay.

17   BY THE WITNESS:

18          A.    I accept.

19          MR. CHIZEWER:  Okay.  Let me talk to them for

20   a minute.

21                    (Short pause.)

22          MR. CHIZEWER:  I have no further questions.

23          MR. BREEN:  I have some follow-up, but I think

24   you're next.  Do you have any follow-up?
```

1          MR. DeLANCEY:  No, I don't have any.

2          MR. BREEN:  You don't have any?

3          MR. DeLANCEY:  No.

4          MR. BREEN:  Just a few brief clarifications.

5          THE VIDEOGRAPHER:  Microphone, please.

6                    (Short pause.)

7          MR. BREEN:  Testing.  Can you hear me?

8          THE VIDEOGRAPHER:  Yes.

9                    FURTHER EXAMINATION

10    BY MR. BREEN:

11         Q.    You mentioned you provide the same --

12    Baxter provides the same ASP to California for

13    Advate that it provides to CMS.

14              Do you recall saying -- testi- --

15    responding to Mr. Chizewer's question --

16         A.    Yes.

17         Q.    -- that way?  Okay.

18              First off, you provide the same ASP

19    for Advate, but you also -- Baxter also provides

20    ASP for all its other biological products to

21    California, correct?

22         A.    Yes.

23         Q.    Nothing unique about Advate in that

24    regard?

```
 1          A.    No.

 2          Q.    And you said it's the same ASP you

 3   provide to CMS.  The -- the ASP provided to CMS,

 4   is it the same as the AMP?

 5          A.    No.

 6          Q.    And is it provided under the same

 7   statute as the AMP?

 8          A.    No.

 9          Q.    Okay.  The ASP, is it provided based

10   upon the Medicare programs' shift to ASP

11   reimbursement?

12          A.    Yes.

13          Q.    Do you know when that occurred?

14          A.    No.

15          Q.    Would it be sometime in the mid 2000s?

16          A.    It's sometime in the 2000s, yes.

17          Q.    Okay.  Now, so does -- does that mean

18   the Medicare program reimburses for Baxter's blood

19   factors on the basis of ASP today?

20          A.    Yes.

21          Q.    So it doesn't rely upon the information

22   that comes from the data banks?

23          MR. CHIZEWER:  Objection to form.

24
```

In Re: Pharmaceutical Industry Average Wholesale Price Litigation Michael Bruce Bradley

```
 1    BY MR. BREEN:

 2         Q.    Let me restate the question.

 3              Is ASP something that's gotten from

 4    First DataBank?

 5         MR. CHIZEWER:  Objection to form.

 6    BY THE WITNESS:

 7         A.    Yes.

 8    BY MR. BREEN:

 9         Q.    Now, ASP --

10         A.    AW- -- no, ASP is not.

11         Q.    It's not from First DataBank.

12         MR. CHIZEWER:  Same objection.

13    BY MR. BREEN:

14         Q.    Okay.  What, if anything, does First

15    DataBank have to do with ASP?

16         MR. CHIZEWER:  Objection to form.

17    BY THE WITNESS:

18         A.    Nothing.

19    BY MR. BREEN:

20         Q.    Okay.  So Baxter provides ASP directly

21    to the Medicare, to CMS, so it can reimburse for

22    Medicare's payments for blood factors, correct?

23         A.    Correct.

24         Q.    Including Advate and Recombinate?
```

1      A.      Correct.

2      Q.      Okay.  The same thing for all other

3  biological manufacturers, to your knowledge?

4      A.      Yes.

5      Q.      Okay.  California requires the same ASP

6  to reimburse for your blood factors today?

7      A.      Yes.

8      MR. CHIZEWER:  Objection to form.

9  BY MR. BREEN:

10      Q.      Correct?

11      A.      Yes.

12      Q.      Now, you indicated that you don't know

13  what states do with AMP or what purpose they're

14  provided with AMP.

15              But is it your understanding that they

16  get this information so they can evaluate their

17  own reimbursement for your products?

18      MR. CHIZEWER:  Objection to form, and asked

19  and answered.

20  BY THE WITNESS:

21      A.      Based on the discussion that we had

22  earlier, I do know that Baxter, before 2005,

23  supplied all states with AMP and BP for our

24  therapies.

```
 1    BY MR. BREEN:
 2         Q.    And my question is -- and I don't want
 3    to delve into attorney-client privileged
 4    discussions, but you are a 30(b)(6) witness, which
 5    means you're appropriately and must be prepared to
 6    testify to topics.  But I realize you were never
 7    prepared for the AMP questions, right?  So -- so
 8    we're in an area -- a gray area here.
 9              But my question is:  Is it your
10    understanding that the AMPs are being provided to
11    the states or were provided to the states to
12    assist the states in their reimbursement for
13    Baxter's products?
14         MR. CHIZEWER:  Objection to form.
15    BY THE WITNESS:
16         A.    I really don't know how the states
17    use that information.  They could use it to --
18    to determine the reimbursement, they couldn't.
19    I just don't have that knowledge.
20    BY MR. BREEN:
21         Q.    You testified earlier that -- that
22    you -- you evaluated and had information about how
23    each state reimburses for Baxter's products,
24    correct?
```

1        A.      Right.

2        Q.      But does that information include

3   knowing whether the states select a MAC instead of

4   using the reimbursement formula?

5        MR. CHIZEWER:  Objection to form.

6   BY THE WITNESS:

7        A.      The information I collected was, for

8   every state, I had what -- exactly what their --

9   what their reimbursement formula was for factor.

10   So it -- they -- it could range from anything from

11   information from First DataBank to information

12   that we send them to calculated MAC.  Every state

13   can be different.

14   BY MR. BREEN:

15        Q.      Okay.  But just because a state gets

16   information from First DataBank and reimburses for

17   some drugs on the basis of First DataBank's

18   information, does that also mean that the state

19   can't set a MAC?

20        A.      No.  The state can --

21        MR. CHIZEWER:  Objection to form.

22   BY THE WITNESS:

23        A.      The state can do whatever they want.

24   They can set a MAC.

1    BY MR. BREEN:

2        Q.    Do you know what a federal upper limit

3    is?

4        A.    Yes.

5        Q.    What's a federal upper limit?

6        A.    Oh, this is too late in the day --

7        Q.    I know.

8        A.    -- for this kind of stuff.

9        Q.    Sorry about that.

10       A.    So I believe the federal upper limit is

11   the highest amount that I think either the state

12   or the federal government will pay for a therapy.

13   I don't know how you --

14       Q.    Okay.  So is it your understanding that

15   it's in -- it's calculated by CMS, and the states

16   are told they've got -- they can't go higher than

17   that?

18       A.    Correct.

19       Q.    All right.  Do you know whether the

20   federal upper limit formula was changed by

21   Congress in recent years?

22       A.    I don't know.

23       Q.    Have you ever heard of a formula,

24   250 percent of AMP?

In Re: Pharmaceutical Industry Average Wholesale Price Litigation   Michael Bruce Bradley

```
 1        A.    Yes.

 2        Q.    Pardon me?

 3        A.    Yes.

 4        Q.    And in what context have you heard of

 5   the formula, 250 percent of AMP?

 6        A.    Probably in the millions of information

 7   that I've read on all the healthcare changes.

 8   I -- I do recollect over the past year or two that

 9   they -- they did change the -- the definition for

10   the federal upper limit.

11        Q.    So even if a state is reimbursing based

12   upon information from First DataBank, they still

13   can't exceed the federal upper limit, can they?

14        A.    That -- to my knowledge, that's the

15   case.

16        MR. BREEN:  Thank you.

17             No further questions.

18        MR. CHIZEWER:  Nothing.

19        THE VIDEOGRAPHER:  Okay.  That concludes the

20   deposition.  The time is 3:10 p.m.  We are off the

21   record.

22             FURTHER DEPONENT SAITH NAUGHT.

23

24             (Time noted:  3:10 p.m.)
```

```
  1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
  2    IN RE:  PHARMACEUTICAL           )
       INDUSTRY AVERAGE WHOLESALE       )      MDL No. 1456
  3    PRICE LITIGATION                 )
       -----------------------------    )
  4    UNITED STATES ex rel.            )     Master File No.
       LINNETTE SUN and GREG HAMILTON   )   1:01-CV-12257-PBS
  5                  v.                  )
       BAXTER HEALTHCARE CORPORATION     )     Sub-Category
  6    Case No. 08-CV-11200-PBS         )       Case Nos.
       -----------------------------    )   1:08-CV-11200-PBS
  7    UNITED STATES OF AMERICA         )          and
       ex rel. VEN-A-CARE OF THE        )   1:10-CV-11186-PBS
  8    FLORIDA KEYS, INC.               )
                    v.                   )
  9    BAXTER HEALTHCARE CORPORATION     )       Judge
       and BAXTER INTERNATIONAL, INC.   )   Patti B. Saris
 10    Case No. 10-CV-11186-PBS         )

 11              I hereby certify that I have read the

 12    foregoing transcript of my deposition given at the

 13    time and place aforesaid, consisting of Pages 1 to

 14    164, inclusive, and I do again subscribe and make

 15    oath that the same is a true, correct and complete

 16    transcript of my deposition so given as aforesaid,

 17    and includes changes, if any, so made by me.

 18

 19                            MICHAEL BRUCE BRADLEY

 20

 21    SUBSCRIBED AND SWORN TO
       before me this      day
 22    of              , A.D. 200 .

 23

 24         Notary Public
```

```
 1   STATE OF ILLINOIS )

 2                    )  SS:

 3   COUNTY OF W I L L )

 4             I, ROSANNE M. NUZZO, a Notary Public

 5   within and for the County of Will, State of

 6   Illinois, and a Certified Shorthand Reporter,

 7   CSR No. 84-1388, of said state, do hereby certify:

 8             That previous to the commencement of the

 9   examination of the witness, the witness was duly

10   sworn to testify the whole truth concerning the

11   matters herein;

12             That the foregoing deposition

13   transcript was reported stenographically by me,

14   was thereafter reduced to typewriting under my

15   personal direction, and constitutes a true record

16   of the testimony given and the proceedings had;

17             That the said deposition was taken

18   before me at the time and place specified;

19             That I am not a relative or employee or

20   attorney or counsel, nor a relative or employee of

21   such attorney or counsel for any of the parties

22   hereto, nor interested directly or indirectly in

23   the outcome of this action.

24             IN WITNESS WHEREOF, I do hereunto set
```

1    my hand of office at Chicago, Illinois, this 31st

2    day of January, 2013.

3

4

5

6              Notary Public, Will County, Illinois.

7              My commission expires May 16, 2013.

8

9

10

11

12    C.S.R. Certificate No. 84-1388.

13

14

15

16

17

18

19

20

21

22

23

24

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL )
INDUSTRY AVERAGE )
WHOLESALE PRICE LITIGATION )
                                                          )
                                                          )          MDL No. 1456
THIS DOCUMENT RELATES TO: )                     Master File No. 1:01-CV-12257-PBS
*United States ex rel. Linnette Sun and* )         Sub-Category Case Nos. 1:08-CV-11200-PBS
*Greg Hamilton, Relators* )                          & 1:10-CV-11186-PBS
        *v.* )
*Baxter Healthcare Corporation* )                   Judge Patti B. Saris
                                                          )
*Case No. 08-CV-11200-PBS* )
                                                          )
                                                          )
*United States of America ex rel.* )
*Ven-A-Care of the Florida Keys, Inc. v.* )
*Baxter Healthcare Corporation and* )
*Baxter International, Inc.* )
                                                          )
*Case No. 10-CV-11186-PBS* )
                                                          )

## SUN/HAMILTON'S NOTICE OF 30(B)(6) DEPOSITION
## IN CONNECTION WITH FIRST-TO-FILE HEARING

To:   See attached Certificate of Service

        **PLEASE TAKE NOTICE** that on January 28, 2013, at 10:00am, at the

offices of Goldberg Kohn Ltd., located at 55 East Monroe Street, Suite 3300, Chicago,

Illinois 60603, the deposition of Baxter Healthcare Corporation, pursuant to Federal Rule of

Civil Procedure 30(b)(6), shall be taken upon oral examination and videotape before an

officer authorized to administer oaths by the laws of the United States.



Pursuant to Federal Rule of Civil Procedure 30(b)(6), Baxter Healthcare Corporation is required to designate one or more officers, partners, directors, managing agents, and/or other persons who can testify on its behalf as to the following matters:

## SUBJECT MATTER FOR DEPOSITION

1.      The marketing strategy for Advate from the initial consideration of that strategy through May 31, 2005.

2.      The pricing for Advate from the initial consideration of that strategy through May 31, 2005, including:

(a)     Pricing strategy for sales to specialty pharmacies and wholesalers;

(b)     Communications of pricing to First DataBank;

(c)     The decision to disclose to CMS in 2003 and 2004 the AWP and Retail ("Hospital Pricing") for Advate in connection with Baxter's request that Advate be reimbursed as a "single source" drug.

(d)     The research, workshops and spreadsheets described in Item 1 of Sun/Hamilton's First-to-File Document Requests.

3.      Comparisons between Recombinate and Advate with respect to pharmacology and with respect to Baxter's marketing strategy and pricing strategy.

-2-

Dated:  December 11, 2012          Respectfully submitted,

                                   LINNETTE SUN and GREG HAMILTON

                                   By _____
                                         One of Their Attorneys

Terry F. Moritz                    Mark Allen Kleiman
David J. Chizewer                  LAW OFFICE OF MARK ALLEN KLEIMAN
GOLDBERG KOHN LTD.                 2907 Stanford Avenue
55 East Monroe Street – Suite 3300 Venice, California  90292
Chicago, Illinois  60603           (310) 306-8094
(312) 201-4000

Lauren John Udden                  Frederick M. Morgan, Jr.
15 West Carrillo Street – Suite 101B   Jennifer M. Verkamp
Santa Barbara, California  93101   MORGAN VERKAMP LLC
(805) 879-7544                     700 Walnut Street – Suite 400
                                   Cincinnati, Ohio  45202-2015
                                   (513) 651-4400

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 11, 2012, he caused a true and correct copy of the foregoing **SUN/HAMILTON'S NOTICE OF 30(B)(6) DEPOSITION IN CONNECTION WITH FIRST-TO-FILE HEARING** to be served via electronic mail, as a courtesy, and/or as indicated below, upon the following counsel of record:

James J. Breen
THE BREEN LAW FIRM
5755 North Point Parkway – Suite 260
Alpharetta, GA  30022
jbreen@breenlaw.com
*Via Electronic Mail & Federal Express*

Alison W. Simon
ALISON W. SIMON, P.A.
7800 S.W. 52 Ct.
P.O. Box 430457
Miami, FL  33243
asimon@awsimon.com
*Via Electronic Mail*

John E. Clark
GOODE CASSEB JONES
  RIKLIN CHOATE & WATSON
2122 North Main Avenue
San Antonio, TX  78212
haumann@goodelaw.com
*Via Electronic Mail*

Merle M. DeLancey, Jr.
J. Andrew Jackson
Matthew W. Turetzky
David Gunn
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC  20006-2403
delanceym@dicksteinshapiro.com
jacksona@dicksteinshapiro.com
turetzkym@dicksteinshapiro.com
gunnd@dicksteinshapiro.com
*Via Electronic Mail & Federal Express*

Peter E. Gelhaar
DONNELLY, CONROY
  & GELHAAR, LLP
One Beacon Street – 33rd Floor
Boston, MA  02108
peg@dcglaw.com
*Via Electronic Mail*

Justin Draycott
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue
Washington, DC  20530
justin.draycott@usdoj.gov
*Via Electronic Mail & Federal Express*

Carmen M. Ortiz
George B. Henderson, II
UNITED STATES
  ATTORNEY GENERAL'S OFFICE
1 Courthouse Way – Suite 9200
Boston, MA  02210
*Via U.S. Mail*

Edwin Godley Winstead, Jr.
UNITED STATES
  ATTORNEY'S OFFICE – DENVER
1225 17th Street, East – #700
Denver, CO  80202
*Via U.S. Mail*

Diana Shumans
Assistant Attorney General
OFFICE OF THE
 ATTORNEY GENERAL
Medicaid Fraud Control Unit
The Capitol PL-01
Tallahassee, FL  32399-1050
*Via U.S. Mail*

David J. Chizewer

# DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 828-2282*
*E-Mail Address: DeLanceyM@dsmo.com*

November 16, 2001

Mr. Dennis Smith
Director, Center for Medicaid & State Operations
Centers for Medicare & Medicaid Services
7500 Security Boulevard
S2-26-12
Baltimore, MD 21244



Re:     First DataBank

Dear Mr. Smith:

We are writing on behalf of the BioScience Division of Baxter Healthcare
Corporation to notify the Centers for Medicare and Medicaid Services ("CMS") regarding
certain new price reporting practices by First DataBank, the primary, independent publisher
of drug prices. First DataBank has changed its practice of reporting Baxter BioScience
therapy prices, resulting in the reporting of prices much higher than it has historically
reported. Previously, First DataBank has reported list prices relayed by Baxter BioScience
as average wholesale prices ("AWP"). Since June 2001, however, First DataBank has been
increasing Baxter BioScience's list prices by 25% and reporting those increased amounts as
AWPs. In addition, First DataBank has been reporting Baxter BioScience's list prices as
wholesale acquisition costs ("WAC"); Baxter BioScience does not sell to full-line
wholesalers and, thus, does not have WAC prices.

As a result of First DataBank's change in practice, Baxter BioScience has received
numerous requests from customers concerned about the resulting effect on their Medicaid
reimbursements, since many state Medicaid agencies reference First DataBank's
publication. Therefore, Baxter BioScience contacted First DataBank on this matter. First
DataBank has represented to Baxter BioScience that it is reporting prices as it was
instructed to do by Department of Justice attorneys. Since June of this year, Baxter
BioScience has repeatedly contacted and attempted, albeit unsuccessfully, to convince First
DataBank to correct its errors. We bring this problem to CMS's attention with the hope
that it will be corrected by those responsible for making health care policy decisions.

On June 14, 2001, Baxter BioScience notified First DataBank that it had
increased the "list price" for five of its therapies – RECOMBINATE rAHF, HEMOFIL M
AHF, PROPLEX T PCC, FEIBA VH AICC, and GAMMAGARD S/D IVIG. (Tab 1).
Baxter BioScience's June 14 letter made clear that it was updating its "list prices" and that
"at any given time, purchasers are able to purchase [Baxter BioScience] therapies at prices
below List Price." On June 19, 2001, Baxter BioScience called First DataBank to correct
two NDC codes on the June 14 list price update. During this call, Alisha Nielsen of First

*1177 Avenue of the Americas • 41st Floor • New York, New York 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*

HIGHLY CONFIDENTIAL                                                           BAX MDL S 0108841

Mr. Smith
November 16, 2001
Page 2

DataBank stated for the first time that First DataBank would not be reporting Baxter
BioScience's list prices as it had done in the past. Ms. Nielsen appeared to concede that
First DataBank's new practice with regard to reporting AWP was a departure from its prior
practice. She agreed to check with her supervisor to see if she could correct the situation.
Soon thereafter, Baxter BioScience learned that First DataBank was publishing AWPs that
exceeded Baxter BioScience's list prices by approximately 25% and was also inaccurately
reporting Baxter BioScience's list prices as WACs.

On June 21, Baxter BioScience again contacted Ms. Nielsen (via telephone and
facsimile) to get First DataBank to correct this situation. (Tab 2). Ms. Nielsen stated that
she did not have the authority to correct First DataBank's errors; thus, she referred the
Baxter BioScience representative to her supervisor, Kay Morgan. Baxter BioScience
explained to Ms. Morgan that as a result of First DataBank's new practice with regard to
reporting of AWP, First DataBank was reporting Baxter BioScience's therapy prices at
much increased levels and, in the case of WACs, reporting prices that do not exist. Ms.
Morgan stated that First DataBank was reporting Baxter BioScience's AWPs and WACs as
it was instructed to do by the Department of Justice and, as a result, she would not correct
the errors.

Ms. Morgan stated that First DataBank considered Baxter BioScience's list prices
to be the transaction prices at which Baxter BioScience sells therapies to wholesalers. First
DataBank does not define what entities it considers to be a wholesaler.[1] As a result, First
DataBank is reporting Baxter BioScience's list prices as WACs. Simply put, we have no idea
how First DataBank reached this erroneous conclusion. Baxter BioScience informed Ms.
Morgan that it does not currently sell GAMMAGARD S/D to full-line wholesalers and,
with few exceptions, has not sold coagulation factors to full-line wholesalers; thus, there are
no WAC prices for these therapies.

Next, Ms. Morgan attempted to defend First DataBank's methodology for
establishing the AWPs it was reporting for Baxter BioScience's therapies. She represented
that First DataBank surveyed "wholesalers" who reported that they mark-up Baxter
BioScience therapies by 25% before reselling the therapies to providers. Again, because
Baxter BioScience does not sell these therapies to full-line wholesalers, we do not know
how this can be the case. Significantly, First DataBank apparently did not seek to
determine whether these wholesalers were reselling Baxter BioScience's therapies at the
prices it was reporting or even if they were actually selling Baxter BioScience therapies at all
(or were simply listing Baxter BioScience therapies in their catalogs and in fact do not have
them to sell). (Tab 3). Ms. Morgan did not reveal the identity of the entities First
DataBank surveyed.

Baxter BioScience is not currently selling these therapies to full-line wholesalers
and is not selling these therapies to any other tier of the market at the prices being reported
by First DataBank. These therapies are sold to other tiers of the market including
biological distributors, hospitals, and home care companies, at prices discounted below list

---

[1]      Federal regulations similarly do not define "wholesaler."

view [https://v5.lextranet.com/lcs/customDB/omni/inner_view.lcs?session_key=6f31-5101f9dd-103946-86b5-7c6b-794a-7ee2-51120171objectID=21!Page 3 of :

Mr. Smith
November 16, 2001
Page 3

price. Notwithstanding Baxter BioScience's repeated requests, First DataBank has refused to correct its new reporting practices and continues to report as AWPs prices that are 25% higher than Baxter BioScience's list prices and WACs equal to its list prices.

First DataBank's new definition of AWP – as apparently mandated by Department of Justice attorneys – is a radical departure from the actions previously demonstrated by First DataBank with respect to Baxter BioScience's therapies. First DataBank has previously reported Baxter BioScience list price updates as AWPs. The actual prices paid by customers may vary either above (depending upon the source of supply) or below those reported prices.

On July 5, Baxter BioScience received First DataBank's then current Price History Report (electronic version) which showed that First DataBank was continuing to report Baxter BioScience's therapy prices at the elevated levels. On July 11, Baxter BioScience again requested that First DataBank correct this practice. (Tab 4). First DataBank has refused to make any corrections and continues to inaccurately report AWPs that are approximately 25% higher than Baxter BioScience's list prices and Baxter BioScience's list prices as WACs.

In sum, we raise this issue with CMS in the hope that it will be corrected by those responsible for making health care policy decisions. Baxter BioScience reported its "list prices" to First DataBank. When it updated its list prices, Baxter BioScience specifically informed First DataBank that its list prices are not transaction prices; Baxter BioScience sells its therapies to different tiers of the market at prices discounted off its list prices. Baxter BioScience assumes no responsibility for the prices being reported by First DataBank.

Sincerely,

Merle M. DeLancey Jr.
J. Andrew Jackson

Counsel for Baxter BioScience

MMD/mgm

Enclosures

cc:     Larry Reed
        Mary E. Riordan
        Shari L. Fleishman

1568726 v2· TCVY02!.DOC                      DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

HIGHLY CONFIDENTIAL                                                              BAX MDL S 0108843

Michael Bradley                                                    5/1/2002

## Key Healthcare Economics Issues:

**First Data Bank:**
*Issue: Incorrect list price in database.*

| Product | Actual List Price | First Databank List Price |
|---|---|---|
| Recombinate | $1.30/unit | $1.63/unit |
| Hemofil M | $0.98/unit | $1.23/unit |
| Feiba VH | $1.53/unit | $1.50/unit |
| Bebulin | $0.58/unit | $0.55/unit |
| Proplex T | $0.35/unit | $0.44/unit |
| Gammagard SD | $95.40/gram | $119.25/gram |
| IveeGam EN | $80.00/gram | $80.00/gram |

*Update:*
Have had numerous discussions with Kay Morgan regarding this issue. She feels that this is a Baxter issue and that we need to provide here with a WAC price. The process FDB uses is to add 25% on to the WAC to create a list price. HCE is in the process of getting pricing definitions and the exact process necessary to update our list prices from FDB. We plan on updating our list prices in June. Baxter BioScience currently does not have definitions for our various customer categories.

## Medicaid:
### Additional Rebates:
*Pending Senate Bill:*
Would increase Medicaid rebates by an additional 3%. Would also decrease PHS price by 3% since discount is based on the Medicaid reimbursement formula.

*Update:*
Sarah Gregg taking the lead.

*Supplemental Rebates:*
Due to ongoing budget constraints many states are looking for ways to decrease funding for programs. The states are looking at cutting various Medicaid and state-based programs in order to address the budget crisis. They are also looking at asking manufacturers to pay additional Medicaid rebates above the current 15.1% of AMP. These rebates can be anywhere from 1-10% above what we currently pay. States that are of significant concern are: PA, MN, KS, CT, WI, MA, NC, OH, and CA.

*Rebates on state specific programs:*
Currently Baxter participates in a few senior and ADAP programs whereby we pay additional rebates. Historically these are programs that have a very low impact on our business. Recently states are looking at children's, hemophilia and chronic disease programs. States that are significant concern are: WI, CA, OH, KY, SC, FL, and KS. If Baxter chooses not to participate there is a chance our products would need to go through the prior authorization process.

*Update:*
Baxter has been successful in both Maryland and Minnesota at carving hemophilia out of additional rebate programs or killing the legislation all together. HCE is working with the PPTA to use the resources of other members in order to target other key states. Baxter BioScience has funded contract lobbyists in key states in order to stave off impending legislation. In the process of determining financial impact and determining exposure in all state-based programs. In California we may already be paying rebates on state programs. Neither the state nor Baxter has the necessary information.

C:\DOCUME~1\wardlet\LOCALS~1\Temp\C.program Files.Notes.Data\Key Healthcare Economics Issues 05-01.doc



HIGHLY CONFIDENTIAL                                          BAX MDL S 0796979

Michael Bradley                                                    5/1/2002

**Questions:**
➢ What should be our position as these rebate requests come in?
➢ If we choose not to participate, are we willing to fight?
➢ What other negotiation points can we use? Supply, product choice, limited information.
➢ If we choose not to participate will they come at us harder next year?
➢ Will prior authorization impact our factor products reimbursed by Medicaid and state HAP's?
➢ Will non-participation impact launch of PFM?
➢ What will the competition do?
➢ Does BioScience have budgeted monies to hire contract lobbyists?
➢ Should we use PPTA state lobbyist funds to hire state-specific lobbyists?
➢ What will be the impact on Medication Delivery if we decide not to participate?
➢ Does it make sense for us to participate in such programs if it gives us a strategic advantage? Can
   we negotiate taking this issue off the table?
➢ How creative can we be? What about a disease management program such as the Pfizer program
   in Florida?

**Communication:**
*Issue: How best to communicate activities both internally and externally.*

*Update:* Currently creating internal web-based database that would allow HCE to add and update a variety
of Medicaid information. Erin is working with Donna C. to integrate information into Illumination. Ideas to
increase internal communication include: Powerpack updates, e-newsletter, and e-mail. Ideas for external
communication include: Hemophilia Newsbrief, galaxy, and blast fax updates.

C:\DOCUME~1\wardlet\LOCALS~1\Temp\C.program Files.Notes.Data\Key Healthcare Economics issues
05-01.doc

HIGHLY CONFIDENTIAL                                    BAX MDL S 0796980

ADVATE Pricing

1.50 WAC
1.66 Red Book List
1.88 First Databank List
1.15 Open Market
0.84 PHS
1.11 GPO
1.01 – 1.07 VCCs
1.09 Premier
1.09 Novation
1.09 Tier V

16-18% premium over R
0.11-0.16 premium over R



HIGHLY CONFIDENTIAL

BAX STATE E 0173930

X MDL E 1947353-56 [file:///S:/Cases/7030.001%20(Sun-Baxter%20Healthcare)/Baxter%2030(b)(6)%20Dep%20(potential%20exhibits)/BAX%20MDL%2Page 1 of 4

Case 1:01-cv-12257-PBS Document 8282-3 Filed 04/09/13 Page 180 of 478

Baxter Healthcare Corporation
1627 Lake Cook Road
Deerfield, Illinois 60015
800.241.9360

# *Baxter*

February 7, 2003

Chuck Duarte
Medicaid Director
Division of Health Care Financing and Policy
1100 E. Williams, Suite 116
Carson City, Nevada 89701

Dear Chuck,

On behalf of Baxter Healthcare Corporation, I am writing to inform you of our concerns regarding your Medicaid program's reimbursement policy for selected brands of hemophilia factor concentrates. Baxter is one of the leading suppliers of hemophilia therapies in the United States.

Hemophilia is an inherited lifelong disorder that impacts the normal function of the clotting system. People affected with this bleeding disorder are prone to prolonged bleeding episodes into their muscles and joints. Current treatment involves intravenous infusion of factor concentrates. The frequency and dosage of infusion are based on the severity of the disease, weight of the patient, and significance of the current bleeding episode. Contrary to the general perception of hemophilia, the greatest danger to these patients is not from external cuts but from internal bleeding into joints, muscles, and organs. Without proper treatment, people with hemophilia face a life of severely limited activity, frequent hospitalizations, pain, disability, and the possibility of an early death.

## Reliance on DOJ Revised AWPs Published by First Databank

Currently, Nevada relies upon "revised AWPs" created by the Department of Justice ("DOJ") and First Databank when reimbursing providers for some, but not all, brands of hemophilia factor concentrates. Other brands of factor concentrates are reimbursed based on different information published by First Databank.

DOJ created these revised AWP's approximately three years ago. It contended that the revised AWPs better reflected the actual selling prices for a number of drugs and, as a result, should be used by states in determining reimbursement rates. That proposition, which was debatable then, can no longer be seriously contended. To determine its revised AWPs, DOJ required First Databank to survey "wholesalers" for pricing information. In fact, the entities First Databank surveyed included traditional wholesalers and biological distributors (. The revised AWPs were to be updated every six months so that they reflected the dynamics of the marketplace. They have *never* been updated. Reliance on this three-year-old data could have an adverse impact on the care received by the hemophilia community.



EXHIBIT

PENGAD 800-631-6989

**5**

Baxter has received numerous inquiries from customers concerned about the effect this outdated data has on Medicaid reimbursements. In Baxter's case, some of the revised AWPs are at or below the prices at which Baxter currently sells therapies directly to home care providers. This issue has caused some providers to switch patients to other therapeutics based not on clinical effectiveness but on economic factors alone.

## Reliance on Other Information Published by First Databank

Several months ago, you may have received a letter from Aventis Behring informing you of the inadequacies of AWP-based reimbursement. The letter reviewed current Medicaid reimbursement practices and asked all Medicaid agencies to discontinue using AWP (as reported by First Databank) as a basis for reimbursement. This is just one more example of the inadequacies of the current reimbursement system. Baxter concurs with Aventis that AWP data published by First Databank, either on its own or at the behest of the Department of Justice is not an appropriate basis for determining reimbursement. We have repeatedly advised First Databank that its published reports using its own methodology greatly overstate the prices for certain Baxter therapeutics.

## Reimbursement Based Upon Accurate Information

Baxter applauds your efforts in monitoring drug usage and reimbursement during this time of budget consolidation but it is vitally important that Medicaid patients have access to their prescribed hemophilia therapy. As a result, it is imperative that the reimbursement formulas for all drugs utilize accurate data. Many states have reviewed their reimbursement rates for factor and have created unique formulas specific for hemophilia factor concentrates. Some states have surveyed providers to get a better understanding of current pricing for factor concentrates. Other states have created WAC or MAC pricing based on processor's invoices. Still other states use formulas based on steeper discounts from AWPs. The common thread in all of these efforts is that states are seeking to develop formulas that are cost effective and better reflect the marketplace, while at the same time, do not adversely impact patient choice or care.

Baxter has regularly submitted to the Division of Health Care Financing and Policy its current average processing price ("AMP") and best price ("BP") data in connection with its reporting of rebates. We hope that this information, together with the enclosed list prices, assists you in evaluating the data you receive from commercial reporting services. Upon request, Baxter will be happy to meet and provide additional information.

In addition, the Center for Medicare and Medicaid Services ("CMS") recently developed revised hemophilia factor pricing for its Hospital Outpatient Prospective Payment system. The revised pricing was based on hospital charge data. While not perfect, CMS felt that the final reimbursement rates more accurately reflect the current pricing for hemophilia factor concentrates in the marketplace. For example, all brands of recombinant factor VIII are to be reimbursed in this program at $1.01/unit. Please note that there is additional reimbursement under a separate APC for the administration of factor VIII.

HIGHLY CONFIDENTIAL

Baxter strongly urges you to review all of your current reimbursement rates for factor concentrates. You will notice that there are wide discrepancies between brands. Your program should not reimburse based upon overstated prices determined by commercial reporting services. Nor should you utilize reimbursement formulas based on antiquated information that encourages providers to switch patients based on economic factors alone. Health care providers cannot treat patients at a loss for very long. This serves to limit patient choice and access to therapy. The most cost effective therapies for hemophilia patients may not be available as a consequence. The National Hemophilia Foundation has concluded that patient choice and access to therapy is key for successful hemophilia treatment.

We urge you to be proactive in this situation. The hemophilia community deserves the safest and most reliable therapies. All brands of factor concentrates should be made available to patients based on clinical effectiveness and accessibility without the state unduly weighting the economic factors and thereby distorting the providers' decisions as to which therapy to prescribe.

If you have any further questions, please do not hesitate to contact me at 925-372-9096.

Yours truly,

Michael Bradley
Director Healthcare Economics
Baxter BioScience
925-372-9096
Michael_b_bradley@baxter.com

DL E 1947353-56 [file:///S:/Cases/7030.001%20(Sun-Baxter%20Healthcare)/Baxter%2030(b)(6)%20Dep%20(potential%20exhibits)/BAX%20MDL%20Page 4 of 4

Case 1:01-cv-12257-PBS   Document 8282-3   Filed 04/09/13   Page 183 of 478

**CURRENT (AS OF 3/14/02) LIST PRICE**

| Therapy Name | NDC (Therapy Code) | Unit of Measure | List Price** |
|---|---|---|---|
| RECOMBINATE rAHF | 0944293801 (060351) | AHF (EA) | $1.33 |
| RECOMBINATE rAHF | 0944293802 (060352) | AHF (EA) | $1.33 |
| RECOMBINATE rAHF | 0944293803 (060353) | AHF (EA) | $1.33 |
| PROPLEX T Prothrombin Concentrate | 0944058101 (060739) | AHF (EA) | $0.39 |
| HEMOFIL M AHF | 0944293501 (060792) | AHF (EA) | $1.00 |
| HEMOFIL M AHF | 0944293501 (060793) | AHF (EA) | $1.00 |
| HEMOFIL M AHF | 0944293501 (060795) | AHF (EA) | $1.00 |
| FEIBA VH AICC | 64196022204 (922204) | AHF (EA) | $1.55 |

\*\*     List Price is determined from information obtained from the Red Book published by Thomson Medical Economics.

Please note that, at any given time, purchasers are able to purchase Baxter therapies at prices below list price. If you would like information regarding pricing to a specific class of trade or category of customers, please fax a written request to Michael Bradley specifically identifying the class of trade with examples of the customers falling therein and we will provide a written response.

HIGHLY CONFIDENTIAL

[date]

(State Medicaid)
Address
Suite
City, state, Zip

Dear [Medicaid Director]:

On behalf of the BioScience business of Baxter Healthcare Corporation, I am writing to inform you of our concerns regarding your Medicaid program's reimbursement policy for selected brands of hemophilia factor concentrates. Baxter BioScience is one of the leading suppliers of hemophilia therapies in the United States.

Hemophilia is an inherited lifelong disorder that ~~impacts~~ dosage the normal function of the clotting system. People affected with this bleeding disorder are prone to prolonged bleeding episodes into their muscles and joints. Current treatment involves intravenously infusing factor concentrates. The frequency of infusion and ~~dosing size~~ is based on the severity of the disease, weight of the patient, and significance of the current bleeding episode. Contrary to the general perception of hemophilia, the greatest danger to these patients is not from external cuts but from internal bleeding into joints, muscles, and organs. Without proper treatment, people with hemophilia face a life of severely limited activity, frequent hospitalizations, pain, disability, and the possibility of an early death.

### Reliance on DOJ Revised AWPs Published by First Databank

Currently, (insert State name here) relies upon "revised AWPs" created by the Department of Justice ("DOJ") ~~XXXXXX~~ and First Databank when reimbursing providers for some, but not all, brands of hemophilia factor concentrates. Other brands of factor concentrates are reimbursed based on different information published by First Databank.

DOJ created these revised AWP's approximately three years ago. It contended that the revised AWPs better reflected the actual selling prices for a number of drugs and, as a result, should be used by states in determining reimbursement rates. That proposition, which was debatable then, can no longer be seriously contended. To determine its revised AWPs, DOJ required First Databank to survey "wholesalers" for pricing information. In fact, the entities First Databank surveyed included traditional wholesalers (~~Bergen Brunswig, McKesson~~), biological distributors (~~BioMed Plus, ASD Specialty Homecare~~), and specialty wholesalers (~~Florida Infusion, Triall Medical~~). The revised AWPs were to be updated every six months so that they reflected the dynamics of the marketplace. They have *never* been updated. Reliance on this three-year-old data could have an adverse impact on the care received by the hemophilia community.

1557855 v1; X#1R01!.DOC



Baxter BioScience has received numerous inquiries from customers concerned about the effect this outdated data has on Medicaid reimbursements. In Baxter's case, some of the revised AWPs are at or below the prices at which Baxter currently sells therapies to home care providers. This issue has caused some providers to switch patients to other therapeutics based not on clinical effectiveness but on economic factors alone.

### Reliance on Other Information Published by First Databank

Several months ago, you may have received a letter from Aventis Behring informing you of the inadequacies of AWP-based reimbursement. The letter reviewed current Medicaid reimbursement practices and asked all Medicaid agencies to discontinue using AWP (as reported by First Databank) as a basis for reimbursement. This is just one more example of the inadequacies of the current reimbursement system. Baxter concurs with Aventis that AWP data published by First Databank, either on its own or at the behest of the Department of Justice is not an appropriate basis for determining reimbursement. We have repeatedly advised First Databank that its published reports using its own methodology greatly overstate the prices for certain Baxter BioScience therapeutics.

### Reimbursement Based Upon Accurate Information

Baxter applauds your efforts in monitoring drug usage and reimbursement during this time of budget consolidation but it is vitally important that Medicaid patients have access to their prescribed hemophilia therapy. As a result, it is imperative that the reimbursement formulas for all drugs utilize accurate data. Many states have reviewed their reimbursement rates for factor and have created unique formulas specific for hemophilia factor concentrates. Some states have surveyed providers to get a better understanding of current pricing for factor concentrates. Other states have created WAC or MAC pricing based on processors invoices. Still other states use formulas based on steeper discounts from AWPs. The common thread in all of these efforts is that states are seeking to develop formulas that are cost effective and better reflect the marketplace, while at the same time, do not adversely impact patient choice or care.

Baxter BioScience has regularly submitted to the [name of state Medicaid bureau] its current average processing price ("AMP") and best price ("BP") data in connection with its reporting of rebates. We hope that this information, together with the enclosed list prices, assists you in evaluating the data you receive from commercial reporting services. Upon request, Baxter will be happy to meet ~~and provide~~ additional information, ⌐with you to discuss any      ⌐you believe you need

In addition, the Center for Medicare and Medicaid Services ("CMS") recently developed revised hemophilia factor pricing for its Hospital Outpatient Prospective Payment system. The revised pricing was based on hospital charge data. While not perfect, CMS felt that the final reimbursement rates more accurately reflect the current pricing for hemophilia factor concentrates in the marketplace. For example, all brands of recombinant factor VIII are to be reimbursed in this program at $1.01/unit. Please note that there is additional reimbursement under a separate APC for the administration of factor VIII.

Baxter strongly urges you to review all of your current reimbursement rates for factor concentrates. You will notice that there are wide discrepancies between brands. Your program should not reimburse based upon overstated prices determined by commercial reporting services. Nor should you utilize reimbursement formulas based on antiquated information that encourages providers to switch patients based on economic factors alone. Health care providers cannot treat patients at a loss for very long. This serves to limit patient choice and access to therapy. The most cost effective therapies for hemophilia patients may not be available as a consequence. The National Hemophilia Foundation has concluded that patient choice and access to therapy is key for successful hemophilia therapy.

We urge you to be proactive in this situation. The hemophilia community deserves the safest and most reliable therapies. All brands of factor concentrates should be made available to patients based on clinical effectiveness and accessibility without the state unduly weighting the economic factors and thereby distorting the providers' decisions as to which therapy to prescribe.

If you have any further questions, please do not hesitate to contact me at 925-372-9096.

Yours truly,

Michael Bradley
Director Healthcare Economics
Baxter BioScience
925-372-9096
Michael_b_bradley@baxter.com

1200 Parkdale Rd., Rochester, MI 48307
Phone: 248-608-3255  Fax: 248-652-0670

*Baxter*
**Hyland Immuno**

# Fax Cover Sheet

| **To:** | Anna Richo, 818-550-4567 | **From:** | Louise Westcott |
|---|---|---|---|
| | Larry Guiheen, 847-940-5964 | | |
| | Suzanne Dawson, 847-948-4026 | | |
| | Mark MacDougall, 202-887-4288 | | |
| | Steve Ross, 202-887-4288 | | |
| | John Spear, 202-296-7177 | | |
| | Deborah Spak, 847-948-2016 | | |

**Date:** 06/02/00                                **Pages:** 3

**Re:** First DataBank Final Letter          **CC:**

NOTICE: This communication is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, dissemination, distribution, or copying of this communication is prohibited.  If you received this communication in error, please notify us immediately by telephone (collect) and return the original to us at the above address.  Your assistance is appreciated.

● **Comments:**

Redacted - Privileged



RECEIVED
JUN  2 2000
ANNA S. RICHO
ASSOCIATE GENERAL COUNSEL

JUN 02 2000 11:40                                                         248 652 0670          PAGE.01

CONFIDENTIAL

**EXHIBIT**

**7**

PENGAD 800-631-6989

INT00000506

Bax_Sun_Lex_0006925

iner_view [https://v5.lextranet.com/lcs/customDB/omni/inner_view.lcs?session_key=6f31-5101f9dd-103946-86b5-7c6b-794a-7ee2-51120171objectID=20(Page 2 of 3
Case 1:01-cv-12257-PBS Document 8282-3 Filed 04/09/13 Page 188 of 478

06/02/00 FRI 13:34 FAX 248 652 0670      BAXTER ROCHESTER,MI      ☒002

HYLAND IMMUNO

Baxter Healthcare Corporation
1200 Parkdale Road
Rochester, Michigan 48307-1744
248.652.7872
Fax: 248.652.0670

# *Baxter*

June 2, 2000

First DataBank
1111 Bayhill Drive
Suite #350
San Bruno, CA 94066

### VIA FACSIMILE

Gentlemen:

As you know, the Hyland Immuno Division of our Company prepares
Recombinate™ Antihemophilic Factor (Recombinant). The NDC Codes for this therapy
are 0944-2938-01, 0944-2938-02, 0944-2938-03. It has recently come to our attention
that your Company, in connection with some undisclosed agreement with the Department
of Justice, is publishing pricing associated with Recombinate™ rAHF which is
erroneous. Specifically, you are reporting a published price of $0.85 per unit. We have
no idea how you have determined that figure.

Although there are reports that First DataBank is publishing numbers which have
been calculated and provided by an attorney in the Civil Division of the Department of
Justice, T. Reed Stephens, a cohort of Mr. Stephens recently stated unequivocally that
First DataBank was publishing such numbers based on its own independent survey of
wholesalers. The figure being published is being represented to the states as an average
of the actual prices charged to or by wholesalers. Since Recombinate™ rAHF is not sold
to wholesalers, we are aware of no basis for the figure you are associating with
Recombinate™ rAHF in this manner.

Baxter feels compelled to insist that you either provide it with information
establishing a basis for the putative pricing information you are publishing, or that you
immediately cease and desist from publishing it. As we know you are aware, the Justice
Department is currently conducting an investigation aimed at attempting to make drug
companies responsible, in some way, for Medicaid claims submitted by third parties
which are reimbursed in part based on information published by your Company. While
we have and will continue to dispute such theories, we cannot responsibly allow your
Company to make representations concerning our therapies in a way which erroneously
suggests that Recombinate™ rAHF is being sold to or available from wholesalers.
Moreover, we are told that you are referring to this figure as some variant of "AWP",
which it clearly is not. Baxter's AWP for Recombinate™ rAHF is its list price of $1.28.
Your publishing of an $0.85 AWP places patients at risk, as states are using your newly-
published figures as the equivalent of a traditional AWP, and are further reducing that
amount when reimbursing providers -- resulting in reimbursement below the price at

JUN 02 2000 11:40                        248 652 0670          PAGE.02

CONFIDENTIAL                                                    INT00000507

Bax_Sun_Lex_0006926

inner_view [Https://v5.lextranet.com/lcs/customDB/omni/inner_view.lcs?session_key=6f31-5101f9dd-103946-86b5-7c6b-794a-7ee2-51120171objectID=20(Page 3 of 3

06/02/00  FRI 13:35 FAX 248 652 0670  Case 1:01-cv-12257-PBS  Document 8282-3  Filed 04/09/13  Page 189 of 478  BAXTER ROCHESTER,MI  ⓘ003

First DataBank
June 2, 2000
Page 2

which Recombinate™ rAHF is actually being sold to a large number of providers. This fact, in conjunction with the Justice Department's involvement in these matters, make it imperative that we resolve this matter as soon as possible.

In order to bring about a prompt resolution of this matter, please provide us with your response by June 16, 2000.

Sincerely yours,

Paul O. Ashba, Esq.
Senior Counsel, Hyland Immuno Division
Baxter Healthcare Corporation

CONFIDENTIAL

INT00000508

Bax_Sun_Lex_0006927

HIGHLY CONFIDENTIAL

# Plasma/Albumin Free Method
# rAHF
# Business Plan 2003

~AUTODATE



BAX MDL E 0856597

IIGHLY CONFIDENTIAL

# Overview

- Objectives
- Environment
- Clinicals
- Brand Basics
- Logistics
- Medical Education
- DTP
- Illumination
- Pricing/Reimbursement
- Training

~AUTODATE

BAX MDL E 0856598

HIGHLY CONFIDENTIAL

# Objectives

- Pre-Launch
  - Maintain 84% rFVIII leadership position
  - Position Baxter as a leader & innovator
  - Build awareness of and need for PFM
    - Treators = prescribe the brand
    - Patients = demand the brand
- Launch
  - Make PFM a billion dollar brand in first year of launch
  - Convert 52% of R patients to PFM in 2003 (< 6 mo)
  - Obtain price premium

~AUTODATE

BAX MDL E 0856599

# "It (PFM) is by far and away the largest single opportunity for Baxter."

## - Harry Kraemer

BusinessWeek Online March 28, 2002



~AUTODATE

BAX MDL E 0856600

HIGHLY CONFIDENTIAL

# Objectives
# FVIII Sales

In 2001, Baxter's worldwide FVIII product sales were responsible for 17.7% of Baxter's total profit.  In that same time period, North America FVIII sales alone were responsible for 10.6% of Baxter's profit.

~AUTODATE

BAX MDL E 0856601

HIGHLY CONFIDENTIAL

# Objectives
# Historical Peak Sales

**Previous launches in hemophilia have not been as fast reaching their peak sales as we would like for PFM.**



### # of years to reach the peak sales from launch

Legend: Recombinate — Benefix — NovoSeven — PFM

Source: Internal data, Annual reports

~AUTODATE

BAX MDL E 0856602

HIGHLY CONFIDENTIAL

# Objectives
# Move All Patients to PFM



~AUTODATE

BAX MDL E 0856603

inner_view [https://v5.lextranet.com/lcs/customDB/omni/inner_view.lcs?session_key=6f31-51019dd-103946-66b5-7c6b-794a-7ee2-5112017i objectID=?Page 7 of 110

HIGHLY CONFIDENTIAL

# Objectives
# Target Markets

- Target all patients
  - Recombinate users & PUPs
  - Albumin-light users
  - Plasma-derived users
- Focus messages toward late adopters



~AUTODATE

BAX MDL E 0856604

HIGHLY CONFIDENTIAL

# Objectives
# Early v. Late Adopters

**Pursue both. However, focus positioning work & mainstream messaging on late adopters. Want to reinforce message early & frequently. Largest group of customers. Emphasize new technology message to early's who gravitate towards innovation.**

## EU



23%
19%    20%
38%



▦ **Early**
▩ **Late**
☐ **MD Rec**
▥ **Skeptic**

– Late adopters
  • Risk averse
  • Require higher level of comfort
  • Prefer longer product track record
  • Pursue product information in journals and internet
  • US: higher percentage on prophy

~AUTODATE

– Early adopters
  • Intrigued with innovation
  • Less knowledgeable about hemophilia
  • More reliant on physician
  • Less savvy regarding data gathering

## US



20%

80%

BAX MDL E 0856605

HIGHLY CONFIDENTIAL

# Environment
# Marketplace Trends

- 80% RECOMBINATE position
- 170mau inventory surplus
- Generic scriptwriting
- Declining R sales in PHS & non-PHS HTCs
- Downward pricing pressure
- Competitive favorable reimbursement
- BDD label changes
- Bayer & Aventis comeback
- Competitor Gen 3
  - ReFacto AF beginning clinicals
  - Kogenate 3 on hold
~AUTODATE
- New HIPPA & OIG guidelines

BAX MDL E 0856606

HIGHLY CONFIDENTIAL

# Process Comparison
# R vs KFS vs PFM

|  | Recombinate™ | rAHF-PFM |
|---|---|---|
| Host cell | A1C6<br>CHO cell | GD8/6<br>CHO cell |
| Transfection vectors | Human FVIII and<br>vWF cDNAs | Human FVIII and<br>vWF cDNAs |
| Cell culture medium | Includes albumin, insulin, and<br>aprotinin of bovine origin | Contains no human- or animal-<br>sourced raw materials |
| Cell culture process | Discontinuous batch<br>re-feed | Continuous ("chemostat")<br>perfusion |
| rAHF purification | Immunoaffinity,<br>cation-exchange (Mono S),<br>anion-exchange (Mono Q)<br>chromatographies | Immunoaffinity,<br>cation-exchange (Source 3OS),<br>anion-exchange (Mono Q)<br>chromatographies |
| Dedicated viral inactivation step | None | Solvent-detergent treatment |
| Final product formulation | Stabilized in HSA | No protein excipients |
| Final product reconstitution volume | 10 mL | 5 mL |

~AUTODATE

BAX MDL E 0856607

HIGHLY CONFIDENTIAL

# Environment Comparison

## RECOMBINATE

- Cryopreservation
  - Human albumin
- Cell Culture
  - Bovine albumin
- Viral Inactivation
  - None
- Formulation
  - Human albumin
- Features
  - 10mL
  - 1000 IU/vial
  - 3 year room temp

~AUTODATE

## rAHF-PFM

- Cryopreservation
  - NO albumin
- Cell Culture
  - NO albumin
- Viral Inactivation
  - S/D step
- Formulation
  - NO albumin
- Features
  - 5mL
  - 1500 IU/vial
  - 3-6 months room temp

BAX MDL E 0856608

HIGHLY CONFIDENTIAL

# Environment SWOT

**Strengths**

- **Plasma/Albumin Free Method**
- **Enhanced features**
  - 5mL diluent*
  - Four potency sizes*
  - BAXJECT
  - Ancillaries
- *proven* **RECOMBINATE**
  - Undisputed efficacy
  - Continuous supply
  - Market leader (84%)

**Opportunities**

- First to launch
- VCCs & Firm Offers
- Co-marketing
- Patient database
- Hemophilia focused sales force
- KOL development
- Increased utilization
- *Competition already has better

~AUTODATE

**Weakness**

- **Limited perceived value of safety enhancement**
- Price
- Monoclonal antibody column
- S/D viral inactivation
- No prophylaxis indication
- 5mL diluent
- 1500IU superhigh
- CI label data
- No enhancements in the pipeline

**Threats**

- Oversupplied market
- Price wars
- Competitive Gen 3
  - ReFacto AF
  - Kogenate 3
- Limited number of patients
- Generic script writing
- HIPPA guidelines

BAX MDL E 0856609

# Enviornment
# Value Proposition of Safety

**PFM is evaluated as the safest product. However, the safety level of all FVIII medications is considered to be high.**



Completely safe 100

+15

+5

+3

73

88

93

96

50

Not safe at all   0

| Best plasma-derived product | Gen 1 Recombinant FVIII | Gen 2 Recombinant FVIII | PFM |

(n = 30)

**USA**
**Physicians & Nurses**
~AUTODATE

3.1.4  Value Analysis of PFM

HIGHLY CONFIDENTIAL

BAX MDL E 0856610

HIGHLY CONFIDENTIAL



BAX MDL E 0856611

HIGHLY CONFIDENTIAL



BAX MDL E 0856912

HIGHLY CONFIDENTIAL

# Clinical Trial Update

- Completed trials
  - PTP Pivotal
- On-going trials
  - PTP Continuation
  - Surgery
  - Pediatric
  - PUP
  - Japan
- In development
  - Phase IV program

~AUTODATE

BAX MDL E 0856613

# Clinicals
# Trial Update

- Completed trials
  - PTP Pivotal
- On-going trials
  - PTP Continuation
  - Surgery
  - Pediatric
  - PUP
  - Japan
- In development
  - Phase IV program

~AUTODATE

HIGHLY CONFIDENTIAL

BAX MDL E 0856614

HIGHLY CONFIDENTIAL

# Regulatory Update-FDA

- BLA Submission                                June 2002
    - Pivotal Study data
    - Surgery Study – 10 study subjects
- Facility inspections                          September 2002
    - Neuchâtel
    - Vienna
- BLA Supplement                                September 2002
    - Continuation Study – inhibitor data on 27study subjects
    - Pediatric PTP Study – PK data on 13 study subjects
- Study Site Audits                             November 2002
- BLA Supplement                                January 2003
    - Additional safety data from the
      Continuation and Pediatric studies
- BLA Supplement                                March 2003
    - Additional data from Pediatric study
- End of 10 month Review                        April 2003
    - List of questions and deficiencies
- ~AUTODATE Approval (estimate)                 Q3 2003

BAX MDL E 0856615

HIGHLY CONFIDENTIAL

# Clinicals
# Regulatory Update-FDA

- **BLA Submission**                        June 2002
    - Pivotal Study data
    - Surgery Study – 10 study subjects

- **Facility inspections**                  September 2002
    - Neuchâtel
    - Vienna

- **BLA Supplement**                        September 2002
    - Continuation Study – inhibitor data on 27study subjects
    - Pediatric PTP Study – PK data on 13 study subjects

- **Study Site Audits**                     November 2002

- **BLA Supplement**                        January 2003
    - Additional safety data from the
      Continuation and Pediatric studies

- **BLA Supplement**                        March 2003
    - Additional data from Pediatric study

- **End of 10 month Review**                April 2003
    - List of questions and deficiencies

- ~AUTODATE Approval (estimate)             Q3 2003

BAX MDL E 0856616

HIGHLY CONFIDENTIAL

# Clinicals
# Regulatory Update-EMEA

- MAA Submission                    September 2002
    - Pivotal Study data
    - Surgery Study – 10 study subjects
    - Continuation Study – inhibitor data on 27 study subjects
    - Pediatric PTP Study – PK data on 13 study subjects

- Acceptance of Application     October 21, 2002

- Circulation of Assessment
  Report                                        December 31, 2002

- MAA Amendment
    - Additional safety and efficacy data from
      Continuation and Pediatric studies

- Draft list of questions            February 14, 2003
- Approval (estimate)              Q3/Q4 2003
- ~Switzerland???                    ???

BAX MDL E 0856617

HIGHLY CONFIDENTIAL

# Regulatory Update-Canada

- New Drug Submission     September 2002

  - Pivotal Study data
  - Surgery Study – 10 study subjects
  - Continuation Study – inhibitor data on 27 study subjects
  - Pediatric PTP Study – PK data on 13 study subjects

- Approval (estimate)       Q4 2003

~AUTODATE

BAX MDL E 0856618

HIGHLY CONFIDENTIAL

# Clinicals
# Regulatory Update-Canada

- ## New Drug Submission       September 2002

    - Pivotal Study data
    - Surgery Study – 10 study subjects
    - Continuation Study – inhibitor data on 27 study subjects
    - Pediatric PTP Study – PK data on 13 study subjects

- ## Approval (estimate)                Q4 2003

~AUTODATE

BAX MDL E 0856619

HIGHLY CONFIDENTIAL

# Clinicals
# Pre-clinical Development Summary

- Results from the preclinical development program

- Demonstrated that the rAHF-PFM process retained the physicochemical characteristics of Recombinate rAHF

- Predicted a level of safety, tolerability, and hemostatic efficacy of rAHF-PFM comparable with Recombinate rAHF in ~AU patients

BAX MDL E 0856620

HIGHLY CONFIDENTIAL

# Clinicals
# Pivotal Conclusions

- Recombinate rAHF and rAHF-PFM$_{pilot}$ are bioequivalent
- rAHF-PFM$_{pilot}$ and rAHF-PFM$_{commercial}$ are bioequivalent
- Hemostatic efficacy of rAHF-PFM$_{pilot}$ consistent with that of Recombinate rAHF
- Neoantigenicity risk of rAHF-PFM$_{pilot}$ appears to be in-line with previously developed rFVIII therapeutics
- rAHF-PFM is well tolerated with no SAEs
- rAHF-PFM$_{commercial}$ experience to be expanded in PTP Continuation study

~AUTODATE

BAX MDL E 0856621

HIGHLY CONFIDENTIAL

# Clinicals
# Continuation Interim Conclusions

- Similar pharmacokinetics comparing commercial after at least 75 exposure days and pilot rAHF-PFM

- Efficacy good in large majority of cases

- Safety profile good

- No SAE, no product related AE, no inhibitors (Oct 2002)

~AUTODATE

BAX MDL E 0856622

HIGHLY CONFIDENTIAL

# Clinicals
# Surgery Conclusions

## In the 10 subjects included in the latest interim report*

- rAHF-PHF demonstrated effective surgical prophylaxis and perioperative management of hemostasis

- Was safe and well tolerated

~AUTODATE
*September 2002.

BAX MDL E 0856623

HIGHLY CONFIDENTIAL

# Clinicals
# Pediatric Conclusions

- Pharmacokinetic data are key surrogates for efficacy of new FVIII concentrates
- Pharmacokinetic data in pediatric patients <6 years of age is consistent with results from patients ≥10 years, taking greater plasma volume into account
- Data suggest that rAHF-PFM is effective in hemophilia A patients <6 years of age
- A single infusion of rAHF-PFM in previously treated children <6 years old is safe and well tolerated

~AUTODATE

BAX MDL E 0856624

HIGHLY CONFIDENTIAL

# Brand Basics
# Branding

- FDA approved name yesterday!

~AUTODATE

BAX MDL E 0856625

HIGHLY CONFIDENTIAL

# Brand Basics
# Brand & Positioning

## Brand Concept

"PFM is the ultimate hemophilia therapy for all hemophilia A patients because it combines the *proven* RECOMBINATE molecule with the security of a protein-free process (by Baxter)"

## Positioning Platform

"PFM is the first choice in hemophilia therapy because it puts <u>life first</u>."

~AUTODATE

BAX MDL E 0856626

HIGHLY CONFIDENTIAL

# Wyeth Campaign



~AUTODATE

They are pioneers in the development of recombinant products for the treatment of both hemophilia A and B. They have been first to market a number of cutting-edge recombinant products. And today they continue to seek treatment options to better the lives of patients like me.

Now they've entered into historic partnerships with the world's leading hemophilia advocacy groups. And they're committing millions of dollars every year towards finding a cure through gene therapy.

It's my life—and I know Wyeth is behind me all the way.

BAX MDL E 0856627

HIGHLY CONFIDENTIAL

# Brand Basics
# Positioning Strategy

Although one core concept that delivers on the "life first" position will be developed, we will focus on the brand concept heavier in the first 9-12 months—or launch phase



**Convert**

**Emphasize brand concept**

**Lock and Grow**

**Create focus on "life first" higherground**

2Q 2003

2Q 2004

?

~AUTODATE

BAX MDL E 0856628

HIGHLY CONFIDENTIAL

# Brand Basics
# Messaging

~AUTODATE

BAX MDL E 0856629

HIGHLY CONFIDENTIAL

# Brand Basics
# Messaging

~AUTODATE

BAX MDL E 0856930

HIGHLY CONFIDENTIAL

# Brand Basics
# Messaging

~AUTODATE

BAX MDL E 0856631

HIGHLY CONFIDENTIAL

# Brand Basics
# Insights

~AUTODATE

BAX MDL E 0856632

HIGHLY CONFIDENTIAL

# Brand Basics
# Strategic Map

## NOW THINK

I am generally satisfied with the efficacy of the range of recombinant products I prescribe/use. However, I know there is always the potential for a safety risk.

## INTUIT

Despite a generic mindset that has prevailed in the past, physicians, nurses, caregivers and patients <u>do</u> have specific criteria for what they are looking for in a brand.

## STRATEGY

Establish PFM  as the first choice in hemophilia management.

## FOCUS OF COMMUNICATION

1. PFM  is the first choice in hemophilia therapy because it is protein free.
2. PFM is the first choice in hemophilia therapy because it puts life first.

## NEW THINK

~AUTODATE

I've made the best choice.  PFM is the brand I choose.

BAX MDL E 0856633

HIGHLY CONFIDENTIAL

# Brand Basics
# Core Concepts

~AUTODATE

BAX MDL E 0856634

inter_view [https://v5.lextranet.com/lcs/customDB/omni/inner_view.lcs?session_key=6f31-5101f9dd-103946-86b5-7c6b-794a-7ee2-511201710objectID=Page 38 of 110

HIGHLY CONFIDENTIAL

# Logistics Packaging







- 1 ½ inch wider
- Biodegradable
- Use the real-estate
- 5mL diluent
- PI & PPI
- BaxJect
- L, M, H, S potency
- Hard Blister Packed Ancillaries
  - Vacutainer 25G safety sheath butterfly, 10cc Syringe, Alcohol Pads, Bandage

*NEW!*

BAX MDL E 0856635

HIGHLY CONFIDENTIAL

# Logistics
# Operating Plan & Supply

|  | Product | Units | ASP | Revenue |
|---|---|---|---|---|
| US | R | 555 | 0.85 | 472 |
|  | PFM | 199 | 0.93 | 185 |
| Canada | R | 44 | 0.87 | 38 |
|  | PFM | 12 | 1.00 | 12 |
| NA | R | 599 | 0.84 | 503 |
|  | PFM | 211 | 0.93 | 196 |

'03/'02
Unit Growth

US 13%
+89mau

Canada 14%
+6.5mau

|  | R | PFM |
|---|---|---|
| 2003 | 1.117 | 1.141 |
| 2004 | 1.141 | 1.237 |
| 2005 | 0.616 | 2.365 |
| 2006 | 0.351 | 2.495 |

~AUTODATE

BAX MDL E 0856636

HIGHLY CONFIDENTIAL

# Logistics
# Licensure Delay = Supply at Risk



~AUTODATE

BAX MDL E 0856637

IGHLY CONFIDENTIAL

# Logistics
# Conversion Programs

- Swap out customer inventories
- Sampling program
- Consignment
- BaxStor w/ one month supply
- Clinician template letter
- Plan for each HTC

~AUTODATE

BAX MDL E 0856638

view [https://v5.lextranet.com/lcs/customDB/omni/inner_view/cs?session_key=6f31-510119dd-103946-86b5-7c6b-794a-7ee2-511201171objectID=Page 42 of 110

# Logistics
# Conversion Messages

~AUTODATE

HIGHLY CONFIDENTIAL

BAX MDL E 0856639

HIGHLY CONFIDENTIAL

# Logistics
# VCC Strategy

- HCC PFM Kit

~AUTODATE

BAX MDL E 0856640

HIGHLY CONFIDENTIAL

# Medical Education Initiatives

- NA PFM Clinician Board
- Peer-to-Peer Selling
- All Treator Meeting
- Recombinant Therapy Workshops
- HTC PFM Kit
- Professional Collateral
- "the right choice for surgery"

~AUTODATE

BAX MDL E 0856641

HIGHLY CONFIDENTIAL

# Medical Education
# NA PFM Clinician Board



## MISSION

Develop and implement an on-going educational communications program designed to provide greater insight and understanding into patient treatment and care within the hemophilia community.

~AUTODATE

BAX MDL E 0856642

HIGHLY CONFIDENTIAL

# Medical Education
# NA PFM Clinician Board



## BOARD OBJECTIVES

1. Provide input on clinician and patient slide kits
2. Deliver presentations to clinicians and patients/caregivers
3. Consultant shall attend 4 working meetings during 2002 and 2003
4. Consultant shall deliver 3 rAHF-PFM talks in 2003*
5. Consultant shall deliver 3 rAHF-PFM talks in 2004*
6. Participate in media interviews

*All clinicians have signed an 18 month contract

~AUTODATE

BAX MDL E 0856643

HIGHLY CONFIDENTIAL

# Medical Education
# NA PFM Clinician Board



| Physician | | Nurse | |
|---|---|---|---|
| Tarantino, Chair | Peoria | Giambartolomei, Chair | Aurora |
| Abshire | Atlanta | Cantini | Houston |
| DiPaolo | Iowa City | Hatcher | Indianapolis |
| Kulkarni | East Lansing | Klein | Southwest Calgary |
| Leissinger | New Orleans | Koehlmann | Detroit |
| Manno | Philadelphia | Mahoney-West | Farmingham |
| Pipe | Ann Arbor | McCarthy | NYC |
| Teitel | Toronto | | |
| Wong | Los Angeles | | |

~AUTODATE

BAX MDL E 0856644

HIGHLY CONFIDENTIAL

# Medical Education
# NA PFM Clinician Board



## MEETINGS

- November 7-8, 2002 Clinician Board Kick-Off Meeting, Chicago
- December 7, 2002 ASH Reception & Dinner, Philadelphia*
- January 15, 2002 Webcast - Physician review of Clinical CME/CEU slide deck
- January 24, 2002 Webcast - Nurse review of Patient Slide deck
- February 7-9, 2003 Clinician Board Meeting II, Lake Las Vegas
- May 14-18, 2002 Clinician Board Meeting III, Neuchatel
- July 12-18, 2003 ISTH Reception & Dinner, Birmingham*
- August 2003 Date and Location TDB (post-licensure)

*For those clinicians attending the Congress

~AUTODATE

BAX MDL E 0856645

HIGHLY CONFIDENTIAL

# Medical Education
# Peer-to-Peer Selling

- Objective: Educate prescribers as to why PFM is the best FVIII for all hemophilia A patients
- Program: Utilize Clinician Board to create & deliver CME/CEU PFM presentation pre- and post-licensure
- ROI: For every severe patient converted to PFM (on-demand child – prophylaxis adult):
  - $8,000 - $38,000 R to PFM*
  - $20,000 - $109,000 M to PFM*
  - $34,000 - $186,000 new patient**

  *Incremental ASP & GP
  **Incremental GP

~AUTODATE

BAX MDL E 0856646

HIGHLY CONFIDENTIAL

# Medical Education Command Central

- IntraMed's speakers bureau management group
- Provide turn-key support services for requesting, coordinating and tracking Peer-to-Peer and Clinician-to-Patient programs
  - Staff a toll-free hotline regarding all aspects of program coordination
  - Program requests, invitations, logistics, speaker(s) identification, registration, materials, honoraria, travel
  - On-site support to ensure proper CME/CEU accreditation at Peer-to-Peer programs
  - Post-program support
    - Evaluations
    - Attendee demographics
    - Thank you letter

~AUTODATE

BAX MDL E 0856647

HIGHLY CONFIDENTIAL

# Medical Education
# All Treator Meeting

- Objective:  Educate physicians and nurses as to clinical efficacy and safety of PFM

- Program:  Interactive 2 day scientific forum developed and lead by NA Clinician Board

- Timing:  1 month post US licensure

~AUTODATE

BAX MDL E 0856848

HIGHLY CONFIDENTIAL

# Medical Education
# Recombinant Therapy Workshops

- Objectives:
  - Marginalize ReFacto efficacy & maintain R position
  - Increase working knowledge of and demand for PFM
- Feb 21-22 Charleston & Apr 4-5 Half Moon Bay
- Interactive thought leader forum to discuss
  - Importance of the B-domain
  - Are all FVIII molecules the same? (Meta-Analysis)
  - Peer case study presentations
  - Treatment options & issues
  - PFM development
  ~AUTODATE
  - PFM clinical update

BAX MDL E 0856649

HIGHLY CONFIDENTIAL

# Medical Education Professional Collateral

~AUTODATE

BAX MDL E 0856660

inner_view [https://lv5.lextranet.com/lcs/customDB/onmi/inner_view.tcs?session_key=6f31-5!01!9dd-103946-86b5-7c6b-794a-7ee2-5112017!objectID-Page 54 of 110

HIGHLY CONFIDENTIAL

# Medical Education
## "the right choice for surgery"

❖ Objective:  Capture the 75mau surgery market and
   subsequent "halo effects" because of PFM's:

   ❖ Safety
   ❖ Stability
   ❖ CI label data

❖ Concerns:

   • Stability not finalized
   • No CI indication
   • Label instructions at risk



❖ Audience:  Doctors, Nurses, Pharmacists?

❖ Program:  TBD
~AUTODATE

BAX MDL E 0856651

HIGHLY CONFIDENTIAL

# Medical Education
# CI Market Research

Discussion Agenda

Qualitative study description

Qualitative study key findings

Next steps

~AUTODATE

BAX MDL E 0856652

HIGHLY CONFIDENTIAL

# CI Qualitative Study Description

- **Purpose:** Understand pharmacists' role (if any) in deciding hemophilia therapy brand and continuous infusion usage; determine current knowledge of continuous infusion (CI) and identify continuing education opportunities

- **Research Method:** Twenty face to face interviews will be conducted by NOP Healthcare. Recruiting and interviews are still ongoing.  Results will be available by December 31.

- **Interview Participants: 12 interviews conducted to date**

(CI Experience = 2/3 of participants)

| Participants | Experienced in CI | Inexperienced in CI |
|---|---|---|
| 2 Pharmacists | 1 | 1 |
| 5 Hematologists | 3 | 2 |
| 5 Nurses | 4 | 1 |

~AUTODATE

BAX MDL E 0856653

HIGHLY CONFIDENTIAL

# CI Qualitative Study
# Key Findings

- Hematologists and nurses are the real decision makers

  - Determine brand of factor, dosing, and preparation instructions

- Pharmacists that refuse to reconstitute Factor VIII for CI do so mainly because of no CI indication on product insert

- Pharmacists need data on stability

- Brand of factor prescribed is typically patients current RX

  - Different brands may be substituted depending on hospital supply and reimbursement

- Most desired information is a written protocol that explains dosing and stability of different brands

~AUTODATE

BAX MDL E 0856654

HIGHLY CONFIDENTIAL

# CI Qualitative Study Next Steps

- Receive topline report by December 31, 2002

- Prepare recommendations for medical education initiatives by January 10, 2002

- Meet with Intramed to discuss development of medical education initiatives by January 13, 2002

~AUTODATE

BAX MDL E 0856655

HIGHLY CONFIDENTIAL

# DTP Initiatives*

- Clinician-to-Patient Selling
- *We're Working* for You Neuchatel
- "R & M Need Your Help" Direct Mail Campaign
- Patient Package Insert
- Website
- Patient Collateral & Patient PFM Kit
- HTC, Chapter & HCC Co-Marketing
- Other based on market research

*HIPPA guidelines will be taken into consideration & may limit opportunities

~AUTODEMIA

BAX MDL E 0856656

HIGHLY CONFIDENTIAL

# DTP
# Clinician-to-Patient Selling

- Objective: Increase patient awareness of and demand for PFM

- Program: Utilize Clinician Board to create & deliver patient/caregiver targeted PFM presentation pre- and post-licensure

- ROI: For every severe patient converted to PFM (on-demand child – prophylaxis adult):
    - $8,000 - $38,000 R to PFM*
    - $20,000 - $109,000 M to PFM*
    - $34,000 - $186,000 new patient**

    *Incremental ASP & GP
    **Incremental GP

~AUTODATE

BAX MDL E 0856657

HIGHLY CONFIDENTIAL

# DTP
# *We're Working* for You Neuchatel





BAX MDL E 0856658

HIGHLY CONFIDENTIAL

# DTP
# "RECOMBINATE Needs Your Help"

- Objective: Engage R & M patients w/ opportunity to offer input and voice needs for future FVIII therapies. Ultimately announce PFM!

- Audience: Patients & Caregivers

- Program: 4 wave direct mail
  – Patient database
  – Galaxy database
  – HCC Co-Marketing

~AUTODATE

BAX MDL E 0856659

HIGHLY CONFIDENTIAL

# DTP
# Patient Package Insert

~AUTODATE

BAX MDL E 0856660

HIGHLY CONFIDENTIAL

# DTP
# Website

- Product-specific

~AUTODATE

BAX MDL E 0856661

HIGHLY CONFIDENTIAL

# DTP
# Collateral

~AUTODATE

BAX MDL E 0856662

HIGHLY CONFIDENTIAL

# DTP
# HCC Co-Marketing

~AUTODATE

BAX MDL E 0856663

HIGHLY CONFIDENTIAL

# DTP
# Market Research & Recommendations

~AUTODATE

BAX MDL E 0856664

HIGHLY CONFIDENTIAL

# DTP
# Market Research

## Discussion Agenda

Secondary market research overview

Description of qualitative study

Key findings from qualitative study

Key recommendations

Next steps

~AUTODATE

BAX MDL E 0856665

HIGHLY CONFIDENTIAL

# DTP
# Secondary Market Research Overview

- Conducted by Jelena Popadic

- Purpose of study was to identify best demonstrated practices from all industries

- Findings analyzed by Bernadette and Jelena and presented to Pete's staff on August 1

~AUTODATE

BAX MDL E 0856666

HIGHLY CONFIDENTIAL

# DTP Secondary Market Research Overview

– Key findings/recommendations

- Integrate DTC effort with other elements of the marketing mix

- Plan for different phases

- Ensure that the message is right and consistent

- Keep message simple

- Perform marketing activities that drive professional acceptance and consumer recommendations

~AUTODATE

BAX MDL E 0856667

HIGHLY CONFIDENTIAL

# DTP Primary Research Qualitative Study Description

- **Purpose:** Identify patient/caregiver information needs and communication vehicle preferences

- **Research Method:** Twenty face to face interviews with patients/caregivers conducted by NOP Healthcare

- **Sample Demographics:**
  - (7) Chicago, (7) LA, (6) Philadelphia
  - Patient age varied, 40% was in 12-17 age category
  - Mixed income and educational levels
  - 60% were Recombinate users

~AUTODATE

BAX MDL E 0856668

HIGHLY CONFIDENTIAL

# DTP Qualitative Study
# Key Findings

- Patients/Caregivers welcome a DTP program designed to raise awareness

- Strong preference to discuss new product info with an HTC and Home Care Company before switching

- Majority of respondents would have higher confidence if information source was from an HTC or NHF or local chapters

- Information must justify price/safety ratio compared to existing recombinant products

- Message to allay fears about inhibitor development from switching to new products or using a product on a prophylactic regimen

~AUTODATE

BAX MDL E 0856699

HIGHLY CONFIDENTIAL

# DTP Qualitative Study Key Findings

## OVERALL FEEDBACK FROM PARTICIPANTS

DTC message must provide a credible safety message in an understandable format for patients/caregivers and must be endorsed by HTC physicians

~AUTODATE

BAX MDL E 0856670

HIGHLY CONFIDENTIAL

# DTP Qualitative Study Key Findings

- Most influential source of info:
  - HTC Physician

- Preferred sources of info:
  - HTC
  - NHF/Local Chapters
  - Home Care Companies

~AUTODATE

BAX MDL E 0856671

HIGHLY CONFIDENTIAL

# DTP Qualitative Study Key Findings

- **Desired info:**
  - Safety: Side effects (long and short term) and inhibitor rates
  - Efficacy: Dosing, frequency of dosing, product half life
  - Differences between PFM and other products
  - Clinical trial data (side effects, inhibitor rates, efficacy, study details)
  - Storage
  - Administration
  - Manufacturing process
  - Supply/Availability
  - ~AUTODATE
  - Price/Private Insurance Issues

BAX MDL E 0856672

HIGHLY CONFIDENTIAL

# DTP Qualitative Study Key Recommendations

- Deliver a credible and understandable safety message that is endorsed by physicians
- Use two-way communication with the patients/caregivers
- Involve HTCs in the DTP campaign

~AUTODATE

BAX MDL E 0856673

HIGHLY CONFIDENTIAL

# DTP Qualitative Study Key Recommendations

## Promotional Ideas to Evaluate:

- Direct mail brochure/CD with a free trial of PFM after doctor's approval

- Direct mail brochure with telephone card with free minutes after calling manufacturer to activate

- Telephone card or free trial offer of PFM included with Hemofil M and Recombinate product

- Fun event sponsored by HTC and/or local NHF chapter with presentation by clinical board member

~AUTODATE

BAX MDL E 0856674

# DTP Qualitative Study
# Key Recommendations

## Promotional Ideas to Evaluate:

- Call Baxter to hear information about product and register for sweepstakes to win a family trip to Switzerland and tour PFM plant

- Brochures should include a visit to hemophilia galaxy and signing up for the sweepstakes through the PFM info-space

- Brochures should be given to NHF and local chapters. These can also be in electronic format so they can be included in emails to patients

- Brochures with free trial offers should be provided to HTCs and placed on revolving carts at comprehensive care clinics

HIGHLY CONFIDENTIAL

BAX MDL E 0856675

HIGHLY CONFIDENTIAL

# DTP Qualitative Study
# Key Recommendations

Events:

- Combined HTC/Local Chapter Event
    - Presentation by clinical board member
    - Clinical Trial Patient Testimonial
    - Game show type event for adult patients/caregivers (potential prize is family vacation to next NHF conference)
    - Scavenger hunt for young kids with each item providing information about PFM

~AUTODATE

BAX MDL E 0856676

HIGHLY CONFIDENTIAL

# DTP Qualitative Study Key Recommendations

Events:

- Hemophilia Camp
    - Presentation by clinical board member
    - Clinical Trial Patient Testimonial
    - Game show type event for adult patients/caregivers (potential prize is family vacation to next NHF conference)
    - Scavenger hunt for young kids with each item providing information about PFM

~AUTODATE

BAX MDL E 0856677

HIGHLY CONFIDENTIAL

# DTP Qualitative Study Next Steps

- Brainstorming and prioritization session to flush out ideas for DTC initiatives
  - Identify initiatives to put into action in 2003
  - Identify timeframe: pre-launch, post-launch, or both
  - Participants: Bernadette, Deborah, Doreen, Jacinda, Kristen, Shannon, Rachel, and Jane
  - Date of meeting: December 13, 2002
- Gather information necessary for implementation (cost, logistics, people,etc.)
~AUTODATE Target completion date is January 20

BAX MDL E 0856678

HIGHLY CONFIDENTIAL

# DTP Qualitative Study Next Steps

- Initiate contact with vendors/key people necessary to implement- Target completion date is January 31
- Rollout of initiative - timeframe depends on selection of initiatives decided on from the brainstorming session

~AUTODATE

BAX MDL E 0856679

HIGHLY CONFIDENTIAL

# Illumination Initiatives



- Siebel Transactions
- Analytics
- Power Pack
- Leads & Opportunities
- Collaboration

~AUTODATE

BAX MDL E 0856680

HIGHLY CONFIDENTIAL

# Illumination
# Siebel Transactions

- Obtain and enter all customer email addresses
- Obtain and enter customers necessary for medical education direct mail
- Input HTC factor usage data
- Capture CI



~AUTODATE

BAX MDL E 0856681

HIGHLY CONFIDENTIAL

# Illumination Analytics

- Measure PFM conversion post-launch

| Rep Name | PFM Sales | |
|----------|-----------|---------|
| | Units | Dollars |
| Sales Rep 1 | 1000 | $1000 |
| Sales Rep 2 | 750 | $900 |
| Sales Rep 3 | 600 | $600 |

Weekly ranking report

Conversion chart



~AUTODATE

BAX MDL E 0856682

HIGHLY CONFIDENTIAL

# Illumination Power Pack

~AUTODATE

BAX MDL E 0856683

HIGHLY CONFIDENTIAL

# Illumination
# Leads & Opportunities

- Utilize functionality to conduct campaigns with clinicians and chapters
  - Create Opportunities for sales when PFM is not the Baxter FVIII product of choice
  - Create Opportunities for sales when PFM has not been ordered for a week or month or ever

| New | | Copy | | Cancel | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account | NCS HEALTHCARE | | | Account # | 34308555 | Revenue | 150,000.00 ... | | Prob % | 50% |
| Address | 3305 MAIN ST   STE 205 | | ... | *Opportunity Name | PFM Launch ... | Due Date | 6/15/2002 | | Created | 5/7/2002 |
| | | | | Description | Implement the ... | Sales Method | Default Sale | Lead Quality | 1-Exce | |
| City | VANCOUVER | State | WA | Team | FLETCHC ... | Sales Stage | 02 - Close/Win | | | |
| Zip | 99663 | | | Source | Sales Objective | Reason Won/Lost | Product Features | | | |

~AUTODATE

BAX MDL E 0856684

HIGHLY CONFIDENTIAL

# Illumination
# Collaboration

~AUTODATE

BAX MDL E 0856685

HIGHLY CONFIDENTIAL

# PFM Worksite Discussion Agenda

- Introduction
- Key Contacts
- Example of Site
- Next Steps

~AUTODATE

BAX MDL E 0856686

HIGHLY CONFIDENTIAL

BAX MDL E 0856687

# PFM Worksite Introduction

- This purpose of this site is to allow the PFM team to share files, conduct and track file reviews, and post comments
- It serves as a forum for exchanging information across all aspects of the PFM launch among a group of team members
- It stores content and allows easy retrieval
- Access is restricted to PFM team members

~AUTODATE

HIGHLY CONFIDENTIAL

# PFM Worksite
# Key Contacts

- Worksite Administrators: Bernadette Connolly,Binita Choksi, and PFM Marketing Manager
- General: Bernadette Connolly and Binita Choksi
- Product: Bernadette Connolly
- Communication: Doreen Eaton and Jennifer Alampi
- DTP: Doreen Eaton and Jennifer Alampi
- Medical Education: Marc Salit and Bruce Ewenstein
- Price/Reimb/Contracts: Jill Kadam, Mike Bradley, Laura Gschwind
- Sales: Ken Trader, Marlene Gallagher, and Andrew McGarvey
- Training: Jia Li and Binita Choksi
- Finance: Talha Ashraf, Adeel Kheiri, and Melissa Macek
- Simulation: Bernadette Connolly
- Illumination: Chris Geissler

~AUTODATE

BAX MDL E 0856688

HIGHLY CONFIDENTIAL

Back ▾   ⤵ 🗗 ⌂   🔍Search  ⭐Favorites  📙History   🖨▾ 🖊   🖹 🗐 🐾   ∅Send

ess 🔳 ispatch?datasource=workspace&operation=zoom&objectId=!VER:1:0!IMANAGE!COLLABORATION_TYPE!APP!:FACILITY$100!BASE::WORKSPACE$114!&returnUrl=21039496045718 ▾  ↻

Edit   View   Favorites   Tools   Help

CONFIDENTIAL: ALL CONTENT FOR BAXTER INTERNAL USE ONLY

**axter**   Intranet Home   www.baxter.com   Baxter Directories   Search   Feedback

Science   **Go My WorkSite | Options | About | Help | Log Off** - Binita Choks

🔍 Search

🏠 Home   🗄 Baxter   🗄 BioScience PFM Workspace

🗄 **BioScience PFM Workspace**   Close

| General | Product | Com | DTP | MedEd | Price/Reimb/Contracts | Sales | Training | Finance | Simulation | Other |

▼ 🗂 Table of Contents   · Add | Add Folder | Edit

▼ 🗒 NA Core Team   Add | Edit

Edit | Copy | Move

| ✓ | Name | Office Phone | Tag |
|---|------|--------------|-----|
| ☐ | 🔖 Choksi, Binita | 847-940-6281 | ✉ |

▼ 🗂 NA Business Plan   Add | Add Folder | Edit

▼ 🗂 Milestones   Add | Add Folder | Edit

▼ 🗂 NA Weekly Scorecard/Updates   Add | Add Folder | Edit

Details | View | Check Out | History | Edit | Copy | Move

| ✓ | ✓ Tags | Document Title | Document Description | Usage Limitations | Modified Date 🔖 ⋎ |
|---|--------|----------------|----------------------|-------------------|--------------------|
| ☐ | ⌐] Overview | NA PFM Sr Mng Update 08-01-02 | | Internal . | 11/18/02 |

▼ 🗂 Licensure Status   Add | Add Folder | Edit

Details | Edit | Copy | Move

| ✓ | Name |
|---|------|
| ☐ 🗂 | Canada Status |
| ☐ 🗂 | US Status |

BAX MDL E 0856689

HIGHLY CONFIDENTIAL

Back ▾      ⅅ ⌂   🔍 Search   ☆ Favorites   🕒 History   ⬇▾ ⬇      ▤ ▯ ▨      ⦿ Send

ess ⬚ e=project&operation=zoom&objectId=!VER:1:0!IMANAGE!COLLABORATION_TYPE!APP::FACILITY$100!BASE::WORKSPACE$114!APP::PROJECT$1183!&returnUrl=21039496045718 ▾    ⌀

Edit   View   Favorites   Tools   Help

🔍 Search

🌸 Home   🐦 Baxter   🏛 BioScience PFM Workspace   ⚡ Com

## 🏛 BioScience PFM Workspace

Close

| General | Product | Com | DTP | MedEd | Price/Reimb/Contracts | Sales | Training | Finance | Simulation | Other |

Add Content   Layout   Edit

▼ ⬚ Advertising                                                                 Add | Add Folder | Edit

▼ ⬚ Collateral                                                                  Add | Add Folder | Edit

▼ ⬚ Direct Mail                                                                 Add | Add Folder | Edit

▼ ⬚ Events                                                                      Add | Add Folder | Edit

Details | Edit | Copy | Move

| ☑ | | Name |
|---|---|---|
| ☐ | ⬚ | ASH |
| ☐ | ⬚ | ISTH |
| ☐ | ⬚ | NHF |

▼ ⬚ Internal Communications                                                     Add | Add Folder | Edit

Details | Edit | Copy | Move

| ☑ | | Name |
|---|---|---|
| ☐ | ⬚ | Employee Meetings |

▼ ⬚ Promotion                                                                   Add | Add Folder | Edit

▼ ⬚ Public Relations                                                            Add | Add Folder | Edit

Created By: baxteradmin  11/13/02 4:47 PM                    Security:  POL_ALL
Modified By: baxteradmin  12/9/02 2:10 PM                    Tags:

BAX MDL E 0856690

HIGHLY CONFIDENTIAL



BAX MDL E 0856691

HIGHLY CONFIDENTIAL

Back ▾    ⟳ ⟲ ⌂    🔍 Search  ⭐ Favorites  🕘 History   📧▾ 🖨    📄 📋 ⬛    ⌀Send

ess 🔗 LLABORATION_TYPE!APP!:FACILITY$100!BASE::WORKSPACE$114!APP!:PROJECT$1183!APP!:FOLDER$1189!APP!:FOLDER$1191!APP!:FOLDER$1312!&returnUrl=81039497185640 ▾

Edit  View  Favorites  Tools  Help

CONFIDENTIAL: ALL CONTENT FOR BAXTER INTERNAL USE ONLY

**axter**     Intranet Home   www.baxter.com   Baxter Directories      Search          Feedback

Science                                              🔲 **My WorkSite | Options | About | Help | Log Off** – Binita Choks

                                                                                        ⚲ Search

🏠 Home   🏢 Baxter   🏛 BioScience PFM Workspace   ✍ Com   🗓 Events   🗓 ASH   🗓 2002

🗁 **Edit Document Folder**                                                          **Save**   **Cance**

Edit the information for the document folder. Click Save.

|  Name: | 2002 | ❶ |

Description: [                                                    ]

Security:  POL_ALL                                                Tag: [         ]
                                                                     ＋
                                                                     －  ⓘ

Notify Members: [         ]              When Documents Are:  ☑ Added
                  ＋                                          ☐ Deleted
                  －                                          ☐ Modified

BAX MDL E 0856692

# Pricing

~AUTODATE

HIGHLY CONFIDENTIAL

BAX MDL E 0856693

HIGHLY CONFIDENTIAL

# Reimbursement

~AUTODATE

BAX MDL E 0856694

HIGHLY CONFIDENTIAL

# Training

~AUTODATE

BAX MDL E 0856695

HIGHLY CONFIDENTIAL

# Training Plan
# Discussion Agenda

Team

Audience

Objectives

Key Dates

Materials

Training Agendas

~AUTODATE

BAX MDL E 0856696

HIGHLY CONFIDENTIAL

# Training Team

**Sales Training** – Jim Galante and Jia Li

**Sales** - Blaine Forshage, Chad Fletcher, and 3 Reps (TBD)

**Regulatory Affairs** - TBD

**Medical Education** – Marc Salit and Bruce Ewenstein

**Medical Affairs** – Gerry Spotts and Liz Yi

**Marketing** – Bernadette Connolly, Binita Choksi, PFM Marketing
   Manager

**Customer Operations** – TBD


Note: Roles will range from planning logistics, creating materials,
   reviewing materials, approving materials, and training the
~AUTODATE audiences.

BAX MDL E 0856697

HIGHLY CONFIDENTIAL



~AUTODATE

BAX MDL E 0856698

HIGHLY CONFIDENTIAL

# Training Objectives

- Refresh knowledge of hemophilia disease state
- Provide internal team with solid understanding of PFM
    - Ensure team understands the need for PFM
    - Build competency in differentiating PFM from other Factor VIII products (Recombinate and other recombinant products)
    - Help team learn key talking points of clinical studies
    - Provide answers for potential questions about PFM

➤ Create excitement about PFM



~AUTODATE

BAX MDL E 0856699

# Key Dates

- Apr 29      PFM Distance Learning Modules available
- June 18      Distribute Distance Learning Modules to Reps and Marketing
- June 27      Reps complete modules and submit quiz answers
- July 15      Marketing on-site training session
- July 15      Submit Q&A for SOP review
- July 31      Q&A completed and reviewed
- Aug 6      Reps receive PFM pre-launch meeting package
- Aug 6      Customer Ops on-site training session
- Aug 13 – 15      Launch meeting (location TBD)

Critical Rate Determining Events:

- Dates for distribution of training materials, on-site trainings, and launch meeting can fluctuate based on FDA approval date
- Completion of Distance Learning Modules is dependent upon key data availability and quick internal approval after receiving vendor output

Note:

~AUTODATE
- Reps will receive ongoing training until launch (product updates, literature, etc.)

HIGHLY CONFIDENTIAL

BAX MDL E 0856700

HIGHLY CONFIDENTIAL

# Training Materials

- Distance Learning Modules
    - Module 1: Science, Disease State, and Manufacturing Process
    - Module 2: Product Information
    - Module 3: SWOT/Competitive Information/Selling Scenarios
- PFM Pre-launch meeting package
    - Outline of vision, expectations, and incentives via video
    - Competency workbooks
    - Feedback summary via quiz results and surveys
- PFM Selling Kit
    - Detailed strategy accessible via power pack
    - Product monograph
    - Physician brochure
    - Patient brochure
    - Rep objection handler via CD, video, and DVD
    - Slide series
~AUTODATE Branded give-aways

IIGHLY CONFIDENTIAL

# **Launch Meeting Agenda**

- Communication of product need, vision, and expectations of sales force
- Presentations on competency, incentive, and feedback
- Overview of microbiology, viral transmission, and theoretical risks
- Overview of disease state, product, and manufacturing (advanced)
- Key differences between PFM and other recombinant products (advanced)
- Overview of clinical data
- PFM reimbursement update
- PFM distribution channels update
- PFM marketing strategy
- Quizzes on pharmokinetics, clinical data, and product information
- Selling exercises
  - Role playing with sales aid, package insert, and clinical studies
  - 2,5,10 minute sales call
  - Handling objections
  - Features and benefits selling
  - Closing
- Team building activity

~AUTODATE

BAX MDL E 0856702

HIGHLY CONFIDENTIAL

# Marketing On-site Training Agenda

- Communication of product need, vision, and expectations
- Product Overview/Clinical Development
- Key differences between PFM and other recombinant products
- PFM features and benefits
- Financial expectations
- Product display and examples of communication tools

Note: Agenda topics are dependent upon length of time marketing is available. If length of time increases, pricing and reimbursement can be added and promotional materials can be discussed. Otherwise, separate lunch and learn sessions can be held to discuss these and other topics.
~AUTODATE

BAX MDL E 0856703

# Customer Operations
# On-Site Training Agenda

- Communication of product need, vision, and expectations
- Product Overview/Clinical Development
- Key differences between PFM and other recombinant products
- PFM features and benefits
- Q&A discussion

~AUTODATE

HIGHLY CONFIDENTIAL

BAX MDL E 0856704

HIGHLY CONFIDENTIAL

# Timeline

~AUTODATE

BAX MDL E 0856705

inner_view [https://v5.lextranet.com/lcs/customDB/omni/inner_view.lcs?session_key=6f31-5101f9dd-103946-86b5-7c6b-794a-7ee2-5112017 1objectIPage 109 of 110

# Announcement

- Sherri Cohen
  - New R & M Marketing Manager
  - Jan 13 start date
- PFM Marketing Manager
  - Offer stage

~AUTODATE

# US Pricing Strategy

Advate Pricing Core Team

12/16/02

Discussion Document

BAX STATE E 0447977

~AUTOFILE  1

# Agenda

- Objectives
- Key Assumptions
- Recommendation
- Rationale
- Contingencies/ Risks
- Next Steps

BAX STATE E 0447978

~AUTOFILE 2

# Objective

- Develop a pricing strategy that does all of the following things...
  - Optimizes revenue
  - Maximizes conversion
  - Gives us flexibility to maneuver throughout launch
  - Is justifiable to the community (customers)
  - Is reasonable and defensible to both government and private payers

BAX STATE E 0447979

# Assumptions

- AWP is publicly available price data

- ASP not transparent to public; should not be disclosed to public

- Rely on Red Book as the key reference for prices (not responsible for First Data Bank)

- Must have consistent % difference

- Difficult to increase price; easier to decrease price

BAX STATE E 0447980

~AUTOFILE 4

# Assumptions

- Advate should be positioned as the premier product over Gen IIs

- The community expects to be charged a premium (over highest price product)

- Premiums > 23% are considered "prohibitively expensive"

- With current market position, do not want to compete on price

BAX STATE E 0447981

~AUTOFILE 5

# Assumptions:
# Helixate FS is right reference

| Product | First Data Bank | Red Book (November) |
|---|---|---|
| Kogenate FS | 2.03 | 2.03 |
| Helixate FS | 1.63 | 1.63 (currently 1.38) |
| Refacto | 1.36 | 1.36 |
| Recombinate | 1.63 | 1.33 |

BAX STATE E 0447982

~AUTOFILE 6

# Assumptions: Prices quoted to Homecare are similar

| Product | Estimated Homecare prices |
|---|---|
| Kogenate FS | 0.85 |
| Helixate FS | 0.85 |
| Refacto | 0.85 |
| Recombinate | 0.83 |

BAX STATE E 0447983

~AUTOFILE  7

# Recommendation:
## 15% premium over Helixate FS AWP: $1.87

Optimizes revenue

- +$20M in 2003 revenue v. par
- +$65M in 2004 revenue v. par

Maximizes conversion

- Strong balance between conversion and price; will develop advocates for conversion

Flexibility to maneuver

- Can decrease later; difficult to increase
- Don't want to compete on price

Justifiable to community

- Fair premiums with strong rationale for all stakeholders

Defensible to CMS

- Consistent with our documented processes

~AUTOFILE  8

# Recommendation:
# Estimated AWPs at Launch

| Product | First Data Bank | Red Book (November) |
|---|---|---|
| Kogenate FS | 2.03 | 2.03 |
| **ADVATE** | **TBD by FDB**<br>**(Estimate: 2.34)** | **1.87** |
| Helixate FS | 1.63 | 1.63<br>(currently 1.38) |
| Refacto | 1.36 | 1.36 |
| Recombinate | 1.69 (Est.) | 1.35 |

BAX STATE E 0447985

# Recommendation:
# Estimated HCC Pricing at Launch

| Product | Estimated HCC Pricing |
|---|---|
| **ADVATE** | **1.04** |
| Kogenate FS | 0.85 |
| Helixate FS | 0.85 |
| Refacto | 0.85 |
| Recombinate | 0.85 |

BAX STATE E 0447986

~AUTOFILE 10

# Rationale: Pricing at Premium Optimizes Revenue

## rFVIII H2 2003 Revenue at Par versus Premium

|  | Advate at Par to Recombinate | | | Advate at Premium | | |
|---|---|---|---|---|---|---|
|  | Units | ASP | $Rev (M) | Units | ASP | $Rev (M) |
| Recombinate | 248 | $0.85 | $211 | 308 | $0.85 | $262 |
| Advate | 175 | $0.85 | $149 | 115 | $1.04 | $120 |
| Total | 423 |  | $360 | 423 |  | $381 |

BAX STATE E 0447987

~AUTOFILE  11

# Rationale: Par converts more units; however, homecare advocacy can help to overcome this

|  | % Pop. | % Units | Q3&Q4 Units (MAU) | % Conversion @ $0.85 | % Conversion @ $1.04 | Units @ $0.85 | Units @ $1.04 |
|---|---|---|---|---|---|---|---|
| 0-6 | 16% | 11% | 47 | 100% | 70% | 47 | 33 |
| 7-12 | 17% | 22% | 93 | 62% | 40% | 58 | 37 |
| 13-18 | 19% | 30% | 127 | 47% | 30% | 59 | 38 |
| 19-31 | 17% | 17% | 72 | 16% | 10% | 11 | 7 |
| >32 | 31% | 20% | 85 | 0% | 0% | 0 | 0 |
| Totals | 100% | 100% | 423 | 41% | 27% | 175 | 115 |

- Adult conversion increases at prices **below** par

BAX STATE E 0447988

~AUTOFILE 12

# Rationale: Easier to decrease rather than increase

- Very difficult to justify price increases to community, payers, once price is established
  - Medicaid states are a key example
- Can lower prices later if necessary
- Want to compete on merits of products and services offered

BAX STATE E 0447989

~AUTOFILE  13

# Rationale: Fair premium within range of expectations

- Advate is significant advance in technology
- Customers expect a premium to current gen II products
- Premium is within range of what was expected
- Simultaneously positions Advate at a premium to Gen II while maintaining an 8% discount to Kogenate FS AWP

BAX STATE E 0447990

~AUTOFILE  14

# Rationale: Answers constituents key questions

| Constituent | Sensitivity to Price | Issues to Manage |
|---|---|---|
| Patients | Least sensitive to price; adults are most sensitive, price savvy | Program to capture adults<br>Need to address question of lifetime caps |
| Nurses | Concerned about helping patients navigate insurance coverage and lifetime caps | Need to address question of lifetime caps<br>Demonstrate that premium is fair and shouldn't be a barrier to prescribing |
| Physicians | Most know factor is expensive, but do not know price<br>Sensitive to societal cost impact | PHS physicians are often aware of price, need to be able justify with them<br>Demonstrate that premium is fair and shouldn't be a barrier to prescribing |
| Payers | Most know factor is expensive, but do not know price; expect 13% premium | Do not want to trigger utilization management |
| Homecare | Sensitive to their price<br>Concerned about payer scrutiny | Provide them with letters of justification to submit with claims to payers<br>Establish new codes for Medicare |
| NHF/ Chapters | Want to make sure companies are not gouging public | Educate them about the rationale behind 15% premium over Helixate (manage their expectations)<br>Ensure no barriers to getting endorsement by MASAC that can be used with payers |

~AUTOFILE 15

BAX STATE E 0447991

# Rationale: Following our documented process

- As per legal, keeps a consistent 78% difference (average of Baxter FVIII products)

- Use of dossier support for the premium cost justification
  - Pharmacoeconomics
  - Investments made new technology development and manufacturing facility
  - Liability issues

BAX STATE E 0447992

~AUTOFILE  16

# Contingencies/ Risks

Potential Risk

- Aventis does not increase Red Book to $1.63

- Payers switch from AWP to other basis for reimbursement

Plan

- Advate AWP $1.82 (20% over Recombinate)

- Continue plan to differentiate Advate into new class of therapy

BAX STATE E 0447993

~AUTOFILE  17

# Contingencies/ Risks

Potential Risk

- Conversion rate not satisfactory

- Competitors discount below $0.80 (prior to launch)

Plan

- Assess whether conversion could be improved with price
- Re-evaluate pricing

- Assess whether gaining position
- If yes, implement 20% over Recombinate strategy

BAX STATE E 0447994

~AUTOFILE 18

# Next Steps

- Tools & Tactics
  - Send List Price updates to First Databank and Red Book: Res. Mike Bradley
  - Target States that don't use AWP for Medicaid reimbursement: Res. Mike Bradley
  - Applying for new J-code strategy (intermediate use of Q-code): Res. Mike Bradley
  - Justification letter for Homecare to use with payers: Res. Mike Bradley
  - Pricing justification letter to key customers: Res. Jill Kadam
  - Customer talking points & FAQ training for sales & marketing team by Health Economics team: Res. Jill Kadam and Mike Bradley
  - PR plan for senior customer team (Pete, Ken, Jim, Ted): Res. Jill Kadam

- Creative Pricing Options
  - Strategies for Medicaid/ care, PHS, VCC: Res. Andrew Thorrens, Jill Kadam, Mike Bradley
  - Comprehensive analysis of "out-of-the-box" options: Res. Andrew Thorrens, Jill Kadam, Bernadette Connolly
    - Packaging options
    - Promotions
    - Therapy pricing options

- Playbook
  - Detailed plans with timing & responsibility: Andrew Thorrens cord.
  - Contingency planning: Res. Andrew Thorrens

BAX STATE E 0447995

~AUTOFILE 19

# Next Steps

- US Pricing Retreat #2:  Res.  Jill Kadam, Bernadette Connolly, John Park
  - Creative Pricing breakout
  - Developing tools & tactics
  - Detailed work planning

- Follow up to Deerfield Sept. Kick-off
  - Complete in Q1 03

---

- Medicare/Medicaid Strategy: Res. Mike Bradley

- Complete by Q2 03

---

- Payer simulations:  Res. Mike Bradley, John Park
  - Dossier training
  - Negotiation strategies

- Complete by Q2 03

BAX STATE E 0447996

~AUTOFILE  20

# Sources

- North America Nurse Advisory Board
- Simon-Kucher study
- Roger Green study
- Covance global dossier
- Washington State University abstract
- BioScience Strat Plan
- NA/Global Demand Models
- First Data Bank/ Red Book
- NA Pricing Retreat #1 (Deerfield)
- Competitive Simulation #2 (Westlake)

BAX STATE E 0447997

# US Pricing Strategy

Advate Pricing Core Team

12/16/02

Discussion Document

BAX STATE E 0447977

~AUTOFILE   1


EXHIBIT
**9**

# Agenda

- Objectives
- Key Assumptions
- Recommendation
- Rationale
- Contingencies/ Risks
- Next Steps

BAX STATE E 0447978

~AUTOFILE 2

# Objective

- Develop a pricing strategy that does all of the following things...
    - Optimizes revenue
    - Maximizes conversion
    - Gives us flexibility to maneuver throughout launch
    - Is justifiable to the community (customers)
    - Is reasonable and defensible to both government and private payers

BAX STATE E 0447979

~AUTOFILE  3

# Assumptions

- AWP is publicly available price data
- ASP not transparent to public; should not be disclosed to public
- Rely on Red Book as the key reference for prices (not responsible for First Data Bank)
- Must have consistent % difference
- Difficult to increase price; easier to decrease price

BAX STATE E 0447980

~AUTOFILE   4

# Assumptions

- Advate should be positioned as the premier product over Gen IIs

- The community expects to be charged a premium (over highest price product)

- Premiums > 23% are considered "prohibitively expensive"

- With current market position, do not want to compete on price

BAX STATE E 0447981

~AUTOFILE 5

# Assumptions:
# Helixate FS is right reference

| Product | First Data Bank | Red Book (November) |
|---------|-----------------|---------------------|
| Kogenate FS | 2.03 | 2.03 |
| Helixate FS | 1.63 | 1.63 (currently 1.38) |
| Refacto | 1.36 | 1.36 |
| Recombinate | 1.63 | 1.33 |

BAX STATE E 0447982

~AUTOFILE  6

# Assumptions: Prices quoted to Homecare are similar

| Product | Estimated Homecare prices |
|---|---|
| Kogenate FS | 0.85 |
| Helixate FS | 0.85 |
| Refacto | 0.85 |
| Recombinate | 0.83 |

BAX STATE E 0447983

~AUTOFILE 7

# Recommendation:
## 15% premium over Helixate FS AWP: $1.87

Optimizes revenue

- +$20M in 2003 revenue v. par
- +$65M in 2004 revenue v. par

Maximizes conversion

- Strong balance between conversion and price; will develop advocates for conversion

Flexibility to maneuver

- Can decrease later; difficult to increase
- Don't want to compete on price

Justifiable to community

- Fair premiums with strong rationale for all stakeholders

Defensible to CMS

- Consistent with our documented processes

BAX STATE E 0447984

~AUTOFILE  8

# Recommendation:
# Estimated AWPs at Launch

| Product | First Data Bank | Red Book (November) |
|---|---|---|
| Kogenate FS | 2.03 | 2.03 |
| **ADVATE** | **TBD by FDB** (Estimate: 2.34) | **1.87** |
| Helixate FS | 1.63 | 1.63 (currently 1.38) |
| Refacto | 1.36 | 1.36 |
| Recombinate | 1.69 (Est.) | 1.35 |

BAX STATE E 0447985

~AUTOFILE  9

# Recommendation:
# Estimated HCC Pricing at Launch

| Product | Estimated HCC Pricing |
|---|---|
| **ADVATE** | **1.04** |
| Kogenate FS | 0.85 |
| Helixate FS | 0.85 |
| Refacto | 0.85 |
| Recombinate | 0.85 |

BAX STATE E 0447986

~AUTOFILE  10

# Rationale: Pricing at Premium Optimizes Revenue

## rFVIII H2 2003 Revenue at Par versus Premium

| | Advate at Par to Recombinate | | | Advate at Premium | | |
|---|---|---|---|---|---|---|
| | Units | ASP | $Rev (M) | Units | ASP | $Rev (M) |
| Recombinate | 248 | $0.85 | $211 | 308 | $0.85 | $262 |
| Advate | 175 | $0.85 | $149 | 115 | $1.04 | $120 |
| Total | 423 | | $360 | 423 | | $381 |

BAX STATE E 0447987

~AUTOFILE  11

# Rationale: Par converts more units; however, homecare advocacy can help to overcome this

|  | % Pop. | % Units | Q3&Q4 Units (MAU) | % Conversion @ $0.85 | % Conversion @ $1.04 | Units @ $0.85 | Units @ $1.04 |
|---|---|---|---|---|---|---|---|
| 0-6 | 16% | 11% | 47 | 100% | 70% | 47 | 33 |
| 7-12 | 17% | 22% | 93 | 62% | 40% | 58 | 37 |
| 13-18 | 19% | 30% | 127 | 47% | 30% | 59 | 38 |
| 19-31 | 17% | 17% | 72 | 16% | 10% | 11 | 7 |
| >32 | 31% | 20% | 85 | 0% | 0% | 0 | 0 |
| Totals | 100% | 100% | 423 | 41% | 27% | 175 | 115 |

- Adult conversion increases at prices *below* par

BAX STATE E 0447988

~AUTOFILE  12

# Rationale: Easier to decrease rather than increase

- Very difficult to justify price increases to community, payers, once price is established
  - Medicaid states are a key example
- Can lower prices later if necessary
- Want to compete on merits of products and services offered

BAX STATE E 0447989

~AUTOFILE  13

# Rationale: Fair premium within range of expectations

- Advate is significant advance in technology
- Customers expect a premium to current gen II products
- Premium is within range of what was expected
- Simultaneously positions Advate at a premium to Gen II while maintaining an 8% discount to Kogenate FS AWP

BAX STATE E 0447990

~AUTOFILE 14

# Rationale: Answers constituents key questions

| Constituent | Sensitivity to Price | Issues to Manage |
|---|---|---|
| Patients | Least sensitive to price; adults are most sensitive, price savvy | Program to capture adults<br><br>Need to address question of lifetime caps |
| Nurses | Concerned about helping patients navigate insurance coverage and lifetime caps | Need to address question of lifetime caps<br><br>Demonstrate that premium is fair and shouldn't be a barrier to prescribing |
| Physicians | Most know factor is expensive, but do not know price<br><br>Sensitive to societal cost impact | PHS physicians are often aware of price, need to be able justify with them<br><br>Demonstrate that premium is fair and shouldn't be a barrier to prescribing |
| Payers | Most know factor is expensive, but do not know price; expect 13% premium | Do not want to trigger utilization management |
| Homecare | Sensitive to their price<br><br>Concerned about payer scrutiny | Provide them with letters of justification to submit with claims to payers<br><br>Establish new codes for Medicare |
| NHF/ Chapters | Want to make sure companies are not gouging public | Educate them about the rationale behind 15% premium over Helixate (manage their expectations)<br><br>Ensure no barriers to getting endorsement by MASAC that can be used with payers |

BAX STATE E 0447991

# Rationale: Following our documented process

- As per legal, keeps a consistent 78% difference (average of Baxter FVIII products)

- Use of dossier support for the premium cost justification
    - Pharmacoeconomics
    - Investments made new technology development and manufacturing facility
    - Liability issues

BAX STATE E 0447992

~AUTOFILE  16

# Contingencies/ Risks

Potential Risk

Plan

- Aventis does not increase Red Book to $1.63

- Payers switch from AWP to other basis for reimbursement

- Advate AWP $1.82 (20% over Recombinate)

- Continue plan to differentiate Advate into new class of therapy

BAX STATE E 0447993

~AUTOFILE  17

# Contingencies/ Risks

Potential Risk

Plan

- Conversion rate
  not satisfactory

- Assess whether
  conversion could be
  improved with price
- Re-evaluate pricing

- Competitors
  discount below
  $0.80 (prior to
  launch)

- Assess whether
  gaining position
- If yes, implement 20%
  over Recombinate
  strategy

BAX STATE E 0447984

~AUTOFILE  18

# Next Steps

- Tools & Tactics
  - Send List Price updates to First Databank and Red Book: Res. Mike Bradley
  - Target States that don't use AWP for Medicaid reimbursement: Res. Mike Bradley
  - Applying for new J-code strategy (intermediate use of Q-code): Res. Mike Bradley
  - Justification letter for Homecare to use with payers: Res. Mike Bradley
  - Pricing justification letter to key customers: Res. Jill Kadam
  - Customer talking points & FAQ training for sales & marketing team by Health Economics team: Res. Jill Kadam and Mike Bradley
  - PR plan for senior customer team (Pete, Ken, Jim, Ted): Res. Jill Kadam

- Creative Pricing Options
  - Strategies for Medicaid/ care, PHS, VCC: Res. Andrew Thorrens, Jill Kadam, Mike Bradley
  - Comprehensive analysis of "out-of-the-box" options: Res. Andrew Thorrens, Jill Kadam, Bernadette Connolly
    - Packaging options
    - Promotions
    - Therapy pricing options

- Playbook
  - Detailed plans with timing & responsibility: Andrew Thorrens cord.
  - Contingency planning: Res. Andrew Thorrens

BAX STATE E 0447996

~AUTOFILE 19

# Next Steps

- US Pricing Retreat #2:  Res.  Jill Kadam, Bernadette Connolly, John Park
  - Creative Pricing breakout
  - Developing tools & tactics
  - Detailed work planning

- Follow up to Deerfield Sept. Kick-off
  - Complete in Q1 03

---

- Medicare/Medicaid Strategy: Res. Mike Bradley

- Complete by Q2 03

---

- Payer simulations:  Res. Mike Bradley, John Park
  - Dossier training
  - Negotiation strategies

- Complete by Q2 03

BAX STATE E 0447996

~AUTOFILE  20

# Sources

- North America Nurse Advisory Board
- Simon-Kucher study
- Roger Green study
- Covance global dossier
- Washington State University abstract
- BioScience Strat Plan
- NA/Global Demand Models
- First Data Bank/ Red Book
- NA Pricing Retreat #1 (Deerfield)
- Competitive Simulation #2 (Westlake)

~AUTOFILE 21

# *Baxter*

July 26, 2002

Michael Bradley
Director Healthcare Economics
Baxter BioScience
1627 Lake Cook Road
Deerfield, IL. 60015

Kay Morgan
First Data Bank
The Hearst Corporation
1111 Bayhill Drive
Suite 350
San Bruno, CA 94066

Dear Kay:

Michael Heggie forwarded me your e-mail correspondence of July 15, 2002 setting forth the data fields First Databank uses in developing its price reports, together with your comments as to First Databank's price reporting methodology. We appreciate your taking the time to explain the process. Baxter Healthcare Corporation, like First Databank, is vitally interested in assuring that pricing information concerning our therapeutics is clear, accurate, and based on the experience in the marketplace.

The current business and published prices of Baxter BioScience (formerly Baxter Hyland Immuno) do not fit into the assumptions that First Databank normally uses as discussed in your e-mail. For that reason, I want to explain the pricing data that we can submit and the context in which it is commonly used. I hope that in this fashion you can properly assess this information in deciding how you determine it should be reported.

Baxter BioScience does not currently sell its therapeutics directly to wholesalers for resale on their own accounts; hence, we do not publish a Wholesale Acquisition Cost, WAC or WHN as that term is defined in your email. Baxter BioScience has always understood the term wholesaler to refer to full line wholesalers that deal in all classes of pharmaceuticals, as well as health and beauty aids. Wholesalers are distinct from specialty distributors, such as biological distributors, to whom Baxter BioScience has sold some of its therapeutics. Contrary to the assertion in your e-mail, Baxter BioScience has not been selling its therapeutics to wholesalers, even when they attempted to place orders. While some wholesalers have separate divisions set up as specialty distributors, merely quoting a price over the telephone would not establish that they actually are purchasing and distributing our therapeutics on their own accounts.



Nor does Baxter BioScience currently have a "direct price" as defined in your e-mail. The only currently published price which Baxter BioScience can submit is its "List Price". There too, Baxter BioScience has always set and utilized its List Price different from the definition and assumptions set forth in your e-mail. Baxter BioScience has always regarded its List Price as a manufacturer's suggested resale price. Specifically, it is more appropriately used as a suggested price from a provider (such as a hospital or clinic) to a patient. As such, it would already contain a mark up from a wholesaler (if one was even involved) and the provider. To add additional mark up to this List Price would be an error. On occasion, Baxter BioScience has offered and sold therapeutics at List Price to customers that do not have a regular account with us, as a courtesy price. The List Price for Baxter BioScience is the highest price we quote, but the vast majority of our customers receive discounts from this price, often substantial ones.

Accordingly, your e-mail has only one appropriate category for Baxter BioScience's List Price, that is as a Suggested Wholesale Price, or SWP. As stated in your e-mail, "SWP is the AWP suggested by the manufacturer". We believe that under the circumstances, our List Price is most appropriately treated by you as an SWP. The most current Baxter BioScience List Prices which should be regarded as SWP's are as follows: Please see Attachment A.

## Attachment A

| NDC | Product Name | Size / Activity Units | Old List | New List (SWP) (7/26/02) |
|-----|--------------|-----------------------|----------|--------------------------|
| 00944-2620-01 | Gammagard® S/D, Immune Globulin Intravenous (Human), Solvent detergent Treated | 0.5 gram | $64.80 | $64.80 |
| 00944-2620-02 | Gammagard® S/D, Immune Globulin Intravenous (Human), Solvent detergent Treated | 2.5 gram | $238.50 | $252.33 |
| 00944-2620-03 | Gammagard® S/D, Immune Globulin Intravenous (Human), Solvent detergent Treated | 5 gram | $477.00 | $504.65 |
| 00944-2620-04 | Gammagard® S/D, Immune Globulin Intravenous (Human), Solvent detergent Treated | 10 gram | $954.00 | $1009.30 |
| 64193-250-50 | Iveegam EN, Immune Globulin Intravenous (Human) | 5 gram | $408.00 | $412.80 |
| 00944-2938-01 | Recombinate™ Antihemophilic Factor (Recombinant) | 220-400 | $1.30 | $1.33 |
| 00944-2938-02 | Recombinate™ Antihemophilic Factor (Recombinant) | 401-800 | $1.30 | $1.33 |
| 00944-2938-03 | Recombinate™ Antihemophilic Factor (Recombinant) | 801-1240 | $1.30 | $1.33 |
| 54129-0222-04 | Feiba® VH, Anti-Inhibitor Coagulant Complex, Vapor Heated | 400-1200 | $1.53 | $1.55 |
| 00944-2935-01 | Hemofil® M Antihemophilic Factor (Human), Method M, Monoclonal Purified | 220-450 | $0.98 | $1.00 |
| 00944-2935-01 | Hemofil® M Antihemophilic Factor (Human), Method M, Monoclonal Purified | 451-849 | $0.98 | $1.00 |
| 00944-2935-01 | Hemofil® M Antihemophilic Factor (Human), Method M, Monoclonal Purified | 850-1240 | $0.98 | $1.00 |
| 54129-0244-02 | Bebulin® VH Factor IX Complex, Vapor Heated | 500-700  /factor IX units | $0.58 | $0.63 |
| 00944-0581-01 | Proplex® T Factor IX Complex, Heat Treated | 700-3900 /factor VII units | $0.35 | $0.39 |
| 00944-0491-01 | Buminate® Albumin (Human), USP, 5% Solution | 250 mL | $83.00 | $82.19 |
| 00944-0491-02 | Buminate® Albumin (Human), USP, 5% Solution | 500 mL | $166.00 | $164.38 |
| 00944-0490-01 | Buminate® Albumin (Human), USP, 25% Solution | 20 mL | $26.12 | $25.31 |
| 00944-0490-02 | Buminate® Albumin (Human), USP, 25% Solution | 50 mL | $83.00 | $82.19 |
| 00944-0490-03 | Buminate® Albumin (Human), USP, 25% Solution | 100 mL | $166.00 | $164.38 |

Thank you again for furnishing the information on how First Databank interprets pricing data submitted to it. If you have any questions regarding Baxter BioScience List Prices as set forth in this letter, please contact me at the above address or call 925-372-9096.

Very truly yours,

Case 1:01-cv-12257-PBS   Document 8282-3   Filed 04/09/13   Page 345 of 478

Michael Bradley

# RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY UPDATE NOVEMBER 2000

BAXTER HYLAND IMMUNO
BAXTER HEALTHCARE CORPORATION
550 NORTH BRAND BOULEVARD
GLENDALE, CA  91203
CONTACT   JACKIE WEINSTEIN
TELEPHONE   818-550-4779
FACSIMILE   818-550-4772

PREPARED
BY
RICHARD P  LOOMIS
24401 VIA SANTA CLARA
MISSION VIEJO, CA  92692
TELEPHONE  949-768-5655
FAX   949-768-5737
RICHARDLOOMIS@HOME COM

PROPRIETARY NOTICE  The material contained in this
document is unique and proprietary to BAXTER HYLAND IMMUNO
Unauthorized use  or disclosure of this material  or the ideas
presented in this document is in direct violation of the proprietary
rights of BAXTER HYLAND IMMUNO   This entire document including
any copies  must be returned to BAXTER HYLAND IMMUNO upon
request



EXHIBIT
11

PENGAD 800-631-6989

GH000768

November 2000                                                          Page
RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY

**EXECUTIVE SUMMARY** . . . . . . 2
KEY FINDINGS 3
**PROJECT BACKGROUND** . . . . . . . 3
OBJECTIVES —
METHODOLOGY —
**BAYER CORPORATION KOGENATE FS®** . . . . . . . . 9
CURRENT AND FUTURE MANUFACTURING CAPACITY 9
PRODUCT LAUNCH DATES —
PRICING STRATEGY —
**GENETICS INSTITUTE REFACTO®** . . . . 15
CURRENT AND FUTURE MANUFACTURING CAPACITY 5
PRODUCT LAUNCH DATES 5
**OTHER SUPPLY RELATED ISSUES** .. ... . . 23
BAYER DIRECT℠ —
PROJECTED KOGENATE FS® SUPPLY 2002 & 2003 —

**ADDENDUM   BAYER RFVIII SUPPLY MODEL FOR YEAR 1999** . . . 44

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000769

### RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY

## EXECUTIVE SUMMARY

This research was conducted in late October 2000 verify and update rFVIII manufacturing capacity estimates contained in a previous competitive intelligence report prepared in June 2000 for Baxter Hyland Immuno The objective of this follow-up research was to estimate the current and potential manufacturing capacity for Bayer's Kogenate FS® and Genetics Institute's Refacto®

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000770

Case 1:01-cv-12257-PBS   Document 8282-3   Filed 04/09/13   Page 349 of 478

**KEY FINDINGS**

The key findings of this research are summarized in the table below.

| Product | Manufacturing Sites and Capacity | | Date of Full Production | Launch Dates | |
|---|---|---|---|---|---|
| Kogenate FS® | Berkeley, CA | <500 MAU | In production 2002 2005 | EU | 4Q00 |
| | Expanded capacity | <500 MAU | | NA | 4Q00 |
| | Wuppertal, Germany | 750 MAU | | Japan | 2K. |
| | | | | Australia | 4Q00 |
| | | | | NZ | Launched |
| Refacto® | Stockholm, Sweden | <250 MAU | In production 2002 2004 | EU | Launched |
| | St Louis, MO | Unknown | | NA | March 2000 |
| | Dublin, Ireland | Unknown | | | 'effecti' e 4Q01 |
| | | | Japan filing | Japan | Yamanouchi |
| | | | | Australia | No schedule |
| | | | | NZ | No schedule |
| Recombinate® | Thousand Oaks, CA | 750-825MAU | In Production 3Q02 | EU | 1Q03 |
| | Neuchatel, Swit | 750-1000MAU | | NA | 3Q03 |
| | On contract from GI | | | | |
| | 2000 | 380MAU | | | |
| | 2001 | 392MAU | | | |
| | 2002 | 271MAU | | | |
| | 2003 | 271MAU | | | |
| | 2004 | 273MAU | | | |
| | 2005 | 273MAU | | | |

Notes on table

- Bayer made a final decision on Wuppertal as the European manufacturing site in Jul 2000

- GI was only able to sell approximately 100 MAUs of Refacto® in 1999 therefore the actual capacity for Stockholm is given as less than 250 MAU

- Due to supply issues, Refacto® is not expected to be a significant player in the North American market until 2002

- Baxter Neuchatel capacity will be 750 MAU for old formulation and 1000MAU for protein-free formulation

- Launch dates for Recombinate® are the projected approval dates for the protein-free formulation

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000771

...te 2000

Page 5

# RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## Major Events Timeline

| Item | 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bayer Berkeley Site full production | | | | | | | • | | | |
| Bayer Wuppertal full production | | | | | | | | | | • |
| GI St. Louis in full production | | | | | | | • | | | |
| GI Dublin in full production | | | | | | | | | • | |
| Baxter TO in full production | | October 2000 | | | | | | | | |
| Baxter Neuchatel in full production | | | | | | | | 3Q03 | | |
| Kogenate FS® NA approval | June 2000 | | | | | | | | | |
| Kogenate FS® EU approval | August 2000 | | | | | | | | | |
| Kogenate FS® Jap approval | | | • | • | • | • | | | | |
| Kogenate FS® Australia approval | | • | | | | | | | | |

GH000772

## PROJECT BACKGROUND

Since the mid-1990s, the manufacturers of rFVIII products have taken initiatives to both improve the safety and increase the available global inventory of these products. The result has been the introduction of new products with reduced amounts of human proteins and thus reducing the chance of viral infection such as took place in the late 1980s and early 1990s

Beyond the introduction of new and safer products, the industry has seen a significant increase in the planned manufacturing capacity for rFVIII products

Baxter Hyland Immuno's key new competitors in the rFVIII market are Bayer Corporation's Kogenate FS® and Genetic Institute's Refacto® I is therefore critical that Baxter Hyland Immuno's senior management be kept up-to-date on the details surrounding these two products' timing of launch in various regional markets and the near-term supply of these products

The ultimate concern by Baxter is that as the global manufacturing capacity of rFVIII suppliers increases significantly over the next five years, the supply of rFVIII will ultimately outstrip demand. This would create a new market dynamic in which rFVIII suppliers would find themselves in a competitive environment much more challenging than currently

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

GH000773

## OBJECTIVES

As a follow-up to the initial competitive intelligence report prepared for Baxter Hyland Immuno in June 2000, it was decided that the current and near-term (up to 2005) manufacturing capacity figures should be verified and/or updated

## METHODOLOGY

**Data Collection** Richard Loomis conducted extensive data collection to gather all available public information on rFVIII manufacturing and distribution. Data sources include commercial and public databases, Internet and published sources

**Analysis** Raw data was then analyzed by Mr Loomis and items of interest were followed up with primary (human source) research. Findings from human source collection were then integrated with raw secondary data and analyzed for significance in terms of Baxter Hyland's intelligence needs

**Report** This report was then compiled utilizing secondary and primary source material as well as analysis conducted by Mr Loomis in cooperation with Baxter Hyland staff in marketing and operations. Human source interview summaries are attached as an addendum to this report. Copies of the secondary source material used in preparing this report are available on request. Identities of human sources are concealed to protect these persons from potential embarrassment and to preserve them for future use

**Ethics** Mr Loomis operates within strict intelligence collection guidelines to ensure that Baxter Hyland Immuno does not incur legal or public relations liabilities that might stem from the use of unethical methods. Mr Loomis' intelligence collection methods are in keeping with the guidelines of the Society of Competitive Intelligence Professionals (SCIP) and are in compliance with a

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000774

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

federal and local statutes covering privacy and commercial proprietary information

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000775

## BAYER CORPORATION KOGENATE FS

### CURRENT AND FUTURE MANUFACTURING CAPACITY

**United States**

*Current Berkeley capacity*

Estimating the current supply capacity of Berkeley has been complicated by conflicting information given by Bayer to the press and NHF. As recently as September 2000 Bayer was telling the press that they could supply enough Kogenate FS for 700 patients[1]. In November 2000 Bayer revised this estimate to NHF to be 1700 patients[2]. However, NHF estimates that Bayer supplies approximately 3000 patients with Kogenate and Kogenate FS. Through an analysis of 1999 sales figures and applying certain reasonable assumptions, a current capacity figure is arrived at as follows

Assuming the following

- Bayer's total patient base is 3,000[2]
- Bayer's on-demand patients represent 70 percent of this base[2]
- Kogenate sales for 1999 were approximately $401.3 million[4]

Approximate estimated supply of Kogenate in 1999   400 MAU
(See addendum for detailed figures)

In 1996 a Baxter internal memo reported that a Baxter scientist named R. De? ?? calculated Bayer's annual Kogenate capacity at their old facility founding 5? ? be approximately 200 MAUs[5]. In the same memo was a quote from a Bayer R&D official from a prepared statement to the US Congress in 1995 that Bayer's investing several hundred million dollars at each of the multipurpose facilities

---

[1] New York Times, September 27, 2000
[2] Interview – Senior Staff, National Hemophilia Foundation
[3] Interview – Senior Marketing Staff, Baxter Hyland Immuno Europe
[4] MedAdNews , May 2000
[5] Internal memo, Baxter Hyland Immuno, June 12, 1996

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard ● Glendale, California 9120?

GH000776

RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

(Clayton, NC and Berkeley, CA) to nearly double manufacturing capacity and support leading edge research and development activities" From this statement, Baxter personnel at the time estimated that the Berkeley facility could have an annual capacity of 500 MAUs of Kogenate

So, the estimates given by Baxter personnel in 1996 and an analysis of the sales figures done for 1999, both show a maximum capacity of approximately 500MAUs

*Estimated future capacity of Berkeley, California facility*

In 1996, Bayer began construction of a new Kogenate manufacturing facility on the Berkeley campus According to a review of engineering drawings of this plant conducted by Mr Loomis in June 2000, this new facility, building 60, is a 100 000 square foot plant with two bioreactor suites of six 200-liter bioreactors each for a total of twelve bioreactors plus two spare 200-liter bioreactors Building 60 was approved for production by the FDA in June-2000 [6] (See June 2000 Intelligence Report for engineering drawings )

According to Baxter manufacturing personnel, the new technology being used by Bayer could yield up to ten times the capacity of an equivalent sized bioreactor at Baxter [7] This means that a single, 200-liter bioreactor at Berkeley could theoretically produce the same amount as a 2000-liter conventional bioreactor This translates into a theoretical maximum capacity for building 60 of 1000 MAUs per year (250 MAU per 3 bioreactors x 4 = 1000 MAU total)

In statements to the press and to the NHF, Bayer has indicated that they hope to double the capacity of the Berkeley facility by sometime in '002 [8][9] These statements,

---

[6] FDA approval letter to Bayer dated June 26, 2000 (FDA reference number 98-0656
[7] Interview – BDS Program Manager, Baxter Hyland Immuno
[8] Manufacturing Chemist, August 1999
[9] Interview – Senior Staff NHF, November 2000

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

GH000777

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

combined with earlier capacity estimates and known details of Building 60 an point's

an estimated total theoretical capacity of approximately 1000 MAUs per year in 2002

However, due to the lower yields of BHK cells (the source material for Kogenate FS)
versus CHO cells (the source material for Recombinate®) the actual production
capacity of Bayer's Berkeley facility is likely to be somewhat less than 1000 MAUs

From this information, a reasonable estimated potential capacity range for Bayer's
Berkeley facility is approximately 750 MAUs per year. This assumes that the
difficulties involved in using BHK cells as a source material cause a 25% loss of
efficiency in the bioreaction

*Other Planned Berkeley expansion*

In August 2000, Bayer announced that it was granted approval by the City of Berkeley
to develop 14 additional acres just south of its present 34-acre site[1]. Over the next
five years, Bayer will spend approximately $120 million in constructing new facilities
on the property

Plans for the site include

- A three-story, 100,000 square foot warehouse/packaging facility
- A two-story, approximately 80,000 square foot Bulking and Sterile Fill
  facility

### Europe

*Wuppertal, Germany*

In April, 1999 Bayer Chairman Manfred Schneider said Bayer plans to build a second
genetic engineering production site for its hemophilia medication Kogenate and tra

---

[10] Interview - Director of Operations, Baxter Hyland Immuno
[11] Bayer press release, August 9, 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000778

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

the Wuppertal Germany site was high on the list[12] This was confirmed by a press report in July 2000 that indicated that Bayer had decided on building a Kogenate plant in Wuppertal and completing it by 2005[13] Bayer does some Kogenate process development and also has a pilot plant at that location[14]

According to Baxter manufacturing managers, if Bayer keeps to a typical timeline for such a manufacturing facility, they should have the plant built and approved by sometime in 2005 if work begins in late 2000 or 1Q01[15]

These estimates were recently confirmed when Bayer announced that they had decided to go forward with the Wuppertal project with a planned cost of $193 9 million[16] and an expected completion date of 2005[17]

Regarding capacity of the Wuppertal facility, it is interesting to note that the early press report announcing the planned Wuppertal project stated that Bayer was planning to spend the equivalent of $146 million on building this manufacturing facility[17] This is almost precisely the same amount Baxter has budgeted for the Neuchatel facility Given this information, a rough estimate of the future capacity of Wuppertal would be approximately 750 MAU depending upon actual yield of the bioreactor suites

*Wuppertal likely to be a Protein-free Kogenate facility*

At a recent Bayer Kogenate Symposium in Europe, the Wuppertal plant plan was announced along with an announcement of Bayer plans for a 3rd generation (protein-free) product[18] This announcement, along with a 2005 completion date for

---

[12] AFX News April 28, 1999   Also reported in Chemical Business Newsbase May 5, 1999
[13] Chemical Week , July 19, 2000
[14] Interview - Investor Relations Manager, Bayer AG
[15] Interview – Operations staff, Baxter Hyland Immuno
[16] Chemical Week, November 8, 2000
[17] Chemical Week, July 19, 2000
[18] Interview – Senior Marketing staff, Baxter Hyland Immuno, Europe, November 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000779

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

Wuppertal, points to this facility being likely dedicated to production of a so-called 3rd generation product

### PRODUCT LAUNCH DATES

**United States and Canada**

Kogenate FS® was approved in the U S in June 2000 [19]

**Europe**

Kogenate FS® was approved in the EU in August 2000 [20]  Bayer launched the product in the UK in September 2000 [21]  Bayer is expected to launch in the rest of the EU by the end of 2000

**Japan and Asia**

According to Bayer Corp  sources in the U S , Kogenate FS  is expected to be approved in Japan sometime in 2001 [22]  In the same conversation, the source indicated the expected launch approval date in Australia is 4Q00  Kogenate FS  as approved in New Zealand in 4Q99

---

[19] Med Ad News, August 2000
[20] Bayer press release, August 7, 2000
[21] Marketletter, September 11, 2000
[22] Interview – Director, Public Policy & Communications, Bayer Corp

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000780

## PRICING STRATEGY

Bayer has positioned Kogenate FS® as a replacement for Kogenate and pricing in Europe to date has been identical to the old product [23],[24] However, retail pricing in the U S of Kogenate FS® has been nearly 25% higher than that of other rFVIII products [25]

The confusion surrounding the pricing of Kogenate FS was clarified by NHF staff during an interview conducted in November 2000 [26]  During this interview NHF indicated that although the average wholesale price (AWP) of Kogenate and Kogenate FS is identical at a $1 28 per unit, the PHS and non-PHS pricing is quite different  It is summarized in the table below

| Price scale | Kogenate | Kogenate FS |
|-------------|----------|-------------|
| AWP | $1 28 | $1 28 |
| Non-PHS | $0 82 | $1 13 |
| PHS | $0 70 | $0 96 |

---

[23] Internal memo, Baxter Hyland Immuno, October 6, 1999
[24] Interview – Senior Product Manager, Baxter Hyland Immuno
[25] National Hemophilia Foundation press release, September 26, 2000
[26] Interview – Senior NHF staff, November 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard ▪ Glendale, California 91, 03

GH000781

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## GENETICS INSTITUTE REFACTO®

### CURRENT AND FUTURE MANUFACTURING CAPACITY

**United States**

*St. Louis, MO*

In August 1998, Genetics Institute purchased a biotech manufacturing fac·· ·· ··
the town of Berkeley, Missouri near St Louis  This is one of the o dest b ····
manufacturing facilities in the U S , having been originally b·· ·· ·· ··· ···
1980s

Rumors that GI was having problems bringing this facility on-line na e ····
widespread  Delays could be due to equipment problems or s ·mp y d ···· ··· ··
bringing the plant into compliance with current FDA guidelines ·· Since the S·
Louis facility was originally built, the guidelines for biotech manufacturing s··
as the U S Pharmacopoeia (currently USP 24 – NF 19 effective January ····
have been revised considerably  The expense and effort requ·· ·· to upgrade ··
existing facility to these new standards can be extreme

Certainly given that Refacto® is already approved in the U S  it can be ass···· ··
that GI had hoped to have an adequate supply of the product ava lab·e for the
North American market and be supplying that market through the ·· S  p ··

Also, the U S Refacto® approval included an indication for l m ted prop·· ··· ·
administration of Refacto®   Although physicians often administer ··· ··· ··
products prophylactically for severe hemophilia on an off-label basis ·o g·· ··· ·g·
the trouble to gain regulatory approval for such an indication ··· ·· ···
manufacturer expected to have a considerable supply  This s because

---

[27] Interview – Director of Operations, Baxter Hyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confiden a
550 North Brand Boulevard • Glendale, California 9120·

GH000782

prophylactic use of rFVIII requires a much greater supply than conventional use of the product [28]

In January 1999, an individual interviewing for a quality assurance position at the St. Louis facility was told that the plant was scheduled to be in consistency manufacturing in either 4Q99 or 1Q00 [29] This information correlates with company statements that the St Louis plant is scheduled to be in full production and approved by the FDA sometime in late 2001 [30] Further confirmation of a late 2001 or 2002 production date comes from the National Hemophilia Foundation Their sources in the field indicate that delays in St Louis are expected to push full production out to 2002 [31] For this reason, NHF believes that Refacto® will not have an impact on the U S market for two years despite the FDA approval of the product in March 2000

In October 2000, a senior NHF source stated that recently Genetics Institute had told NHF that they hoped to have the St Louis plant in full production sometime in calendar year 2002 [32] Despite continued rumors that GI is planning to abandon the St Louis plant, GI continues to indicate that the schedule for this facility is basically on schedule and due for production sometime in 2002

It is noteworthy that although the St Louis plant is scheduled to come on-line sometime in 2002, almost no published announcements have been made about this facility nor is it mentioned in any of American Home Products' recent SEC filings However, AHP has made extensive public statements regarding the construction of a biotech plant in Dublin, Ireland, which is not due to be completed until sometime in 2004

---

[28] Interview – Technical Marketing Manager, Baxter Hyland Immuno
[29] Interview – Director of Operations, Baxter Hyland Immuno
[30] Interview – VP North American Corporate Communications, American Home Products
[31] Interview – Director of Government Relations, NHF
[32] Interview – Director of Government Relations, NHF October 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

GH000783

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

**Europe**

*Stockholm, Sweden*

Currently, Refacto® is manufactured for Genetics Institute at the Pharmacia & Up ohn facility in Stockholm Sweden   This plant is considered to have a maximum capacity of 250 MAUs  However, in 1999 GI only sold approximately 100 MAUs of Refac of in the EU  Further limits of production problems in Stockholm were indicated during a February 2000 meeting between Baxter marketing managers and American Home Products' European marketing personnel  During this meeting the AHP exec es indicated frustration regarding supply issues surrounding both Benefix and Refacto

*Dublin, Ireland*

In early April 2000 American Home Products announced plans to est approximately $685 million to expand its Wyeth Medica Ireland manufacturing operations by building a new biotechnology facility at The Grange Castle Sout Dublin County, Ireland  The products planned to be manufactured at the expanded Ireland facility include "Antihaemophilic Factor VIII for patients with Haemoph a a formulated in the absence of Human Serum Albumin "[34]  In the same announcement AHP indicated that the company planned to begin construction on this site the Fa of  2000 and be operational sometime in 2004  Contacts at Genet cs Institute the United States indicated that construction of the plant in Ireland wou d not impact the company's plans for St  Louis[35]  This source went on to state that the company intended that Stockholm would continue to supply Refacto® to the EU and U S small quantities) until St  Louis was operational  St  Louis wou d supp  the North American market, and Ireland would supply Refacto® globally

*Capacity in Dublin*

Calculations for Refacto capacity is currently impossible for two reasons  first  tt ttle is known about the planned facility, and second, the facility will not be ded ated

---

[33] Interview – Director of Coagulation Products, Europe, Baxter Hyland Immuno
[34] AHP press release, April 4, 2000
[35] Interview – VP North American Corporate Communications, American Home Products

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000784

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

to exclusive production of Refacto  Besides Refacto, the Dublin facility is planned to produce three other products, Prevnar, Enbrel, and BMP2 [36]

## PRODUCT LAUNCH DATES

### United States and Canada

The U S  FDA approved Refacto® in early March 2000 [37]  However, due to supply problems and delays in getting their St Louis plant on-line, Refacto® is not expected to be a major player in the North American market until 2002  The company had indicated that small amounts of the product were planned to be diverted from Europe by September 2000 [38]  As of November 2000, GI informed NHF that they will not even begin to market Refacto® until early 2001 [39]

### Europe

Refacto® was approved in the EU in 2Q99  Since this approval, Refacto® has been able to sell to between 6 and 7% of the EU market  According to Baxter sources in Europe, much of this initial success can be traced to shortages of  old formulation Kogenate® in Europe in 1999 [40]

---

[36] Chemical Market Reporter, April 10, 2000
[37] AHP Press release, March 7, 2000
[38] Interview -- Director of Government Relations, NHF
[39] NHF Medical Advisory #371, September 11, 2000
[40] Interview -- Senior Marketing Analyst, Global Marketing, Baxter Hyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
530 North Brand Boulevard • Glendale, California 9 203

GH000785

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

### Japan and Asia

According to an AHP source in the U S , the regulatory filing for Refacto® in Japan is being handled by Yamanouchi Pharmaceuticals[41]   The source did no know  the projected approval date for Japan   The source did indicate that the company had no current schedule for gaining approval of Refacto® in Australia or New Zealand

---

[41] Interview – VP International Corporate Communications, American Home Products

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard ● G endale, California 91203

GH000786

**RECOMBINANT FACTOR VIII INTELLIGENCE REPORT**

## OTHER SUPPLY RELATED ISSUES

### BAYER DIRECT[SM]

In September 2000, Bayer announced that Kogenate FS® would be distributed in the U S through a direct distribution program called Bayer Direct[SM]  Bayer claims that this program is designed to maintain a reliable supply to patients at consistent pricing similar to first-generation rFVIII products[42]  However, this program has proven to be very controversial and extremely unpopular with NHF   According to a senior NHF executive, Bayer informed NHF of Bayer Direct[SM] on Thursday  August 31, 2000 and launched the program the following Tuesday, September 5, 2000[43]  This source indicated that there remains "a wide chasm" between Bayer and NHF regarding the ethics of implementing such a distribution program  In fact, on September 25, 2000, the same day as the official launch of Bayer Direct[SM], NHF announced that it was renouncing all corporate support from Bayer in protest over Bayer Direct[SM][44]  NHF accused Bayer of attempting to profiteer through this distribution scheme noting that patients would be restricted to only one source for Kogenate FS with a price set at the non-PHS rate

As a result of the BayerDirect controversy, Bayer has now indicated that they will continue to supply Kogenate to hospitals, clinics and home health care companies[45]  As of this report going to print, NHF had not had direct talks with Bayer regarding this new policy

---

[42] Bayer press release, September 26, 2000
[43] Interview – NHF staff, October 2000
[44] NHF press release, September 26, 2000
[45] New York Times, November 11, 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

GH000787

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

Interestingly, Bayer had originally planned to enroll approximately 300 patients in BayerDirect for Kogenate FS   However, as of this report going to print NHF indicates that only 70 patients have signed up for the program [46]

### PROJECTED KOGENATE FS® SUPPLY 2002 & 2003

An estimate of Kogenate FS® sales for 2002 is $518 million.[47]   This translates into a projected supply of Kogenate FS® for 2002 of approximately 508 MAU

An estimate of Kogenate FS® sales for 2003 is $700 million [48]   This translates into a projected supply of Kogenate FS® for 2003 of approximately 686 MAU

(Note   These calculations based on a per unit net price of $1 02   See addendum

---

[46] Interview — Senior NHF staff, November 2000
[47] MedAdNews, May 2000
[48] Chemical Week, July 19, 2000

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale  California 91203

GH000788

**ADDENDUM: BAYER RFVIII SUPPLY MODEL FOR YEAR 1999**

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

**Addendum**
**Bayer rFVIII Supply Model for Year 1999**



| | | |
|---|---|---|
| **On Demand rFVIII patient model** | | |
| | | |
| Total estimated Bayer patients | 3,000 | |
| Total est Bayer on demand patients | 2,100 | |
| | | |
| Average patient weight (kg) | 77 | |
| Average dose per kg weight | 50 | |
| Average units per year per patient | 45,900 | |
| | | |
| Total annual est Bayer on demand units | 96,390,000 | |
| | | |
| | | |
| **Prophylactic rFVIII patient model** | | |
| | | |
| Total estimated Bayer patients | 3,000 | |
| Total est Bayer prophylactic patients | 900 | |
| | | |
| Average patient weight (kg) | 77 | |
| Average dose per kg weight | 30 | |
| Average units per year per patient | 330,480 | |
| | | |
| Total annual est Bayer prophylactic units | 297,432,000 | |
| | | |
| Total annual est Bayer rFVIII supply | 393,822,000 | |
| | | |
| Average realized price per unit | $1 02 | |

> Note   Average realized price per unit based on 1999 Kogenate
> sales of $403 4 million

Prepard by Richard Loomis 11/22/00
Confidential

GH000790

NOTE

## Index of Interviews

Senior Staff National Hemophilia Foundation, Washington, DC          2
Senior Operations Staff, Baxter Hyland Immuno                        4
Senior Marketing Staff, Baxter Hyland Immuno                         6
Senior Staff, National Hemophilia Foundation, Washington, DC         8

GH000791

## Senior Staff, National Hemophilia Foundation, Washington, DC

Interview·       BHI2-1

Title:          Senior Staff

Organization:   National Hemophilia Foundation, Washington, DC

Background.

This contact has direct access to information regarding projected supplies of rFVIII products in the U S   This contact frequently meets with senior management of rFVIII suppliers to discuss issues surrounding the supply of rFVIII products  ·

Source Comments:

The source was questioned about NHF's current information on rFVIII manufacturing capacity

Regarding GI's Refacto plant in St Louis, the source indicated that the last word GI had given NHF was that this facility is scheduled to be in full production sometime in calendar year 2002   NHF was not aware that the American Home Products plant being built in Ireland is also planned to produce Refacto beginning in 2004   GI's supply of Refacto from Stockholm continues to be limited and NHF indicates that the company is not taking on any new customers for the time being as a result

Regarding Kogenate FS, the contact was not sure about the timing of Berkeley's starting up going into full production   The source stated that NHF's understanding was that Bayer is still waiting on approval of a 200 liter fermenter   NHF was not aware of Bayer's plans to build a European Kogenate manufacturing facility in Wuppertal Germany

The contact went on to discuss some background on NHF's position on Bayer Direct. According to the source, Bayer notified NHF on Thursday  August 31 2000 that Bayer Direct would be launched the following Tuesday, September 5, 2000   NHF had no prior

warning from Bayer regarding this program   When asked if NHF had made any progress in persuading Bayer to modify the Bayer Direct program, the source stated that there remained "a wide chasm of disagreement" between the two parties

**Analyst Comments**

Bayer was granted approval of the Kogenate FS production in building 60 in an approval letter from the FDA dated June 26, 2000   The reference the source makes to Bayer awaiting approval of a 200 liter fermenter may be in error   The analyst suspects that Bayer was actually telling NHF that they were awaiting approval of the entire production facility in building 60   Building 60 is made up of twelve 200 liter bioreactors (plus two spare 200 liter reactors) utilizing a new process technology that is significantly different from what Bayer had used in the past in producing Kogenate   This will be verified in a future interview with this contact

*Senior Operations Staff, Baxter Hyland Immuno*

**Interview:**       **BHI2-2**

**Title:**           Senior Staff

**Organization:**    Baxter Hyland Immuno

**Background:**

This source has a large network of contacts within the biotech industry and was contacted for an update on competitive capacity as well as information regarding the latest timelines for Baxter's rFVIII production facilities

## Source comments

The source said that he had heard that Bayer's Berkeley plant had lost a lot of Kogenate FS due to mold problems

When asked about Bayer's plans for Wuppertal, the source indicated that if Bayer sticks with a fairly standard timeline they should be approved and capable of full production in 2005 This assumes 6 months to plan, 2 years to build, and 2 years to validate and approve the facility

Given that Bayer's stated capital outlay for Wuppertal is similar to Baxter's for Neuchatel, the source estimated that Wuppertal will have a capacity of between 750-1000 MAUs per year

Regarding Genetics Institute, the source stated that he is still hearing rumors that GI is planning to abandon the St Louis plant  He noted that GI is building a new 225 000 square foot facility at its Andover Maryland campus  However, the source was uncertain of this facility's purpose

Regarding the status of Baxter's Neuchatel plant, the source stated that live cell cultures were to be run in November 2000 and conformance lots were planned for December 2000 or January 2001  In Thousand Oaks, suite B had received FDA approval and has already run 7 campaigns   Thousand Oaks' suite C has run 5 campaigns and is hoping to gain FDA approval within two weeks

The interview concluded with the source providing updated contact information for other Baxter operations staff personnel

**Analyst comments:**

The Kogenate FS lot referred to be the source may be either lo  670H076 or 670H071C which were voluntarily withdrawn by Bayer in late August 2000 due to low potency

*Senior Marketing Staff, Baxter Hyland Immuno*

| | |
|---|---|
| **Interview:** | BHI2-3 |
| **Title:** | Senior Marketing Staff |
| **Organization:** | Baxter Hyland Immuno |

**Background:**

This source has access to competitive pricing information from the field sales force   Also this source is knowledgeable regarding the typical dosing regimens for hemophilia patients

**Source comments**

The source provided the following pricing information for Kogenate FS

| *Pricing category* | *Cost per unit* |
|---|---|
| Average Wholesale Price | $1 28 |
| Direct-to-Patient | $1 13 |
| PHS | $0 99 |

The conversation then turned to the typical dosing regimens for hemophiliacs being treated with rFVIII   The source indicated that on-demand patients typically use rFVIII once per month at a dosage of 50 units/kg   In the case of prophylactic patients the dosage regimen is typically 25-40 units/kg

GH000796

**Analyst comments·**

The PHS pricing for Kogenate FS has been recently reduced (according to NHF sources) to 96 cents per unit

The dosage regimen information and pricing was used by the analyst to construct a supply model for Kogenate FS using dollar sales projections supplied by Bayer   This is to be included in the final report of this project as an addendum

*Senior Staff, National Hemophilia Foundation, Washington, DC*

Interview:        BHI2-4

Title:            Senior Staff

Organization:     National Hemophilia Foundation, Washington. DC

**Background:**

This source was contacted a second time for this project to clarify issues surrounding the pricing structure of Kogenate FS   Press releases by NHF had indicated that Kogenate FS was being sold at a 25% premium over the old formulation   Countering this was recent repeated statements by Bayer that Kogenate FS is priced at the same level as the old formulation

**Source comments:**

When asked to clarify the discrepancy between statements by NHF and Bayer regarding Kogenate FS pricing, the source indicated that the average wholesale price (AWP) for Kogenate and Kogenate FS was indeed, identical   This is why Bayer can claim that Kogenate FS is at the same price level as the old formulation   However  AWP is a somewhat arbitrary number, in that it does not reflect actual retail pricing of the product. Additionally, although the AWP is supposedly a wholesale price, the actual retail pricing of the product is less than AWP  The NHF source summarized the Kogenate and Kogenate FS pricing structure as follows

GH000798

| Pricing category | Kogenate (old formula) | Kogenate FS |
|---|---|---|
| AWP | $1 28 | $1 28 |
| Non-PHS | $0 82 | $1 13 |
| PHS | $0 70 | $0 96 |

The source pointed out that in the Bayer Direct distribution scheme patients would be charged at the non-PHS price level of $1 13 per unit versus the old non-PHS price level of $0 82 per unit   In addition, Bayer is attempting to distribute Kogenate FS exclusively through Bayer Direct, which would translate into many more patients at the non-PHS price level

Finally, the source was asked the number of patients that NHF estimates Bayer serves with Kogenate each year   The source indicated that although Bayer has given patient numbers ranging from 700-1700 patients, NHF estimates that Bayer actually has 3000 patients using Kogenate or Kogenate FS

The analyst brought up Bayer statements that they hope to enroll approximately 700 patients in Bayer Direct   The source indicated that due to the negative publicity surrounding the Bayer Direct program, Bayer has only been able to enroll 70 patients in Bayer Direct as of late October 2000

Finally, the source was asked about NHF's information regarding the approval of Bayer's expansion suite in Berkeley   The source indicated that the last word Bayer had given NHF, was that they were awaiting FDA approval of a new 200 liter bioreactor in Berkeley   The analyst asked the source if it was possible that Bayer was awaiting approval on a *type of 200 liter reactor, not just a single, 200 liter unit*   In other words, could it be possible that Bayer was actually awaiting approval for a group of 200 liter bioreactors?   The source stated that this it was definitely possible that he had been mistaken in assuming that Bayer was only waiting approval of one, 200 liter bioreactor   The source stated that he was not familiar with the details of the manufacturing facility in Berkeley and this could have caused him to make an incorrect assumption

**Analyst comments:**

The new PHS pricing level of $0 96 is slightly lower than Baxter's last information.   _ _ _ placed this at $0 99 per unit.

The information on estimated number of patients that Bayer has using Kogenate and Kogenate FS will be used in the rFVIII supply model addendum to the final report of this project

---

HIGHLY CONFIDENTIAL

# BSC NA 2003 STRATEGIC PLAN ASSUMPTIONS

Last Updated : 5/1/03

## US rFVIII Assumptions:

**Overall, market is expanding at a rate of about 5% per year (organic growth). 8% with marketing programs**

ADUATE 9/1-/03

1. Supply outstrips demand for the foreseeable future and pricing pressures continue. However, there is no price war.
2. Competitive inventory is becoming short dated with large amounts approaching the 12 month mark. Pricing pressures will increase causing share loss (see #4)
3. Aventis becoming increasingly aggressive in the plasma side of the business.
4. Announcement made at end of 2004 that RECOMBINATE will be phased out of our hemophilia product portfolio mid 2005 with resulting share loss (see #4).
5. Baxter looses 2% share in 2004 (mainly in the PHS and medicaid arena) based on increased competition and 5% in 2005 due to pulling RECOMBINATE from the market.
6. Market rFVIII will have unit volume growth rates of approximately 8%/year as long as marketing growth programs continue to be funded.
7. Increased spending in phase IV and clinical trials will be required to prevent further share erosion.
8. Unit volume growth depends on continuous supply of forecasted brands (Advate or RECOMBINATE), forecasted potencies (low, mid, hi and super high) and inventory coverage of each brand of at least two weeks at all times.
9. RECOMBINATE units will shift to Advate after launch in June 2003 with Advate capturing 14% of units in 2003, 42% in 2004, 80% in 2005 and 100% thereafter.
10. ASP growth for RECOMBINATE will continue to increase. This will help ensure the necessary shift of patients from RECOMBINATE to Advate
11. Pricing pressures from a well-supplied market as well as reimbursement issues will force Advate price increases to be minimal with ASP staying at or below $1.00/IU.
12. Advate launch will be by July 1, 2003. The US will receive sufficient units to convert patients to our forecast.
13. Our Advate pricing of $0.95/IU will be reimbursable by state, federal and private pay. However, increasing PHS and/or medicaid rebates will cause the ASP to decline. Particular focus in California and Ohio.
14. Our Volume Commitment Contract customers continue to honor their contracts through Advate launch.
15. Other than ReFacto AF, no other new rfVIIIs enter the market place.

## Canada rFVIII Assumptions:

1. Market growth of 5.5% per annum
2. Advate priced at 17% premium on Recombinate price.
3. Price increase of 2.5% in 2004, and 1% per annum for 2005-2006. 2007 prices flat to 2006 due to competitive pressures.
4. RECOMBINATE units will shift to Advate after launch in June 2004 with Advate capturing 24% of units in 2004, 69% in 2005, 96% in 2006 and 98% thereafter.
5. Launch Advate in June 2004 and gain 11.3% market share by the end of 2004.
6. From 2005 Wyeth launches its 3rd gen product to compete with Advate.
7. Market share at year end is 55%, 70%, 75%, and 75% in 2004, 2005, 2006, and 2007, respectively.

## US pdFVIII Assumptions:

1. Due to the over supply of rFVIII re-entering the US market, sales for HEMOFIL M continue to decline at 8%/year through 2007.
2. Small numbers of HEMOPHIL M patients will be switched to Advate.
3. Primary goal should be to gain market position from competitive pdFVIII.
4. HEMOFIL M DVI is launched Q1/05 in NA and HEMOPHIL M is pulled from the market in 2006 with no resulting loss of market share
5. The continuation of HEMOFIL M will strongly depend on internal product strategies, standard production costs and Baxter's plasma franchise.
6. With increasing pricing pressure on the rFVIII market, price increases for HEMOFIL M will come to a halt and eventually prices might decline.
7. Increasing PHS and/or medicaid rebates will cause the ASP to decline. Particular focus in California and Ohio.

## US FEIBA Assumptions:

1. Increased market size due to product choice and adoption of high utilization therapies.
2. Combination therapy with FEIBA VH and N7 used in most inhibitor patients. N7 continues growth in surgical arena.
3. FEIBA marketing programs continue physician education, physicians then convert inhibitor patients to FEIBA prophylaxis.
4. Increasing PHS and/or medicaid rebates will cause the ASP to decline. Particular focus in California and Ohio.
5. Super High potency (200 - 2500 U/vial in 50 ml) available by 2004 will help enhance competitive position. No RT storage late 2004.
6. Hyate C stock out due to reoccurrence of porcine parvovirus.
7. Autoplex T inconsistent supply and potency availability.
8. FEIBA DVI launches mid 2007.
9. Prophy indication available in 2005.

## Canada FEIBA Assumptions:

1. There are 3 additional patients in 2003 who drive an incremental 1.4M units of sales in 2004.
2. Price increase of 2.5% implemented in April 2004, and 1% per annum in April of subsequent years.

BAX MDL S 0900938



EXHIBIT

PENGAD 800-631-6989

# Recombinant Factor VIII Business Plan
## 2004-2005



1

HIGHLY CONFIDENTIAL

BAX MDL S 0989587

## Executive Summary

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## I.  Situation Analysis

### Disease State Overview:

#### Hemophilia

Hemophilia is a genetically inherited x-linked blood clotting disorder that primarily affects males; women can carry the disorder without demonstrating any symptoms. As the X chromosome is only present once in men (XY), men are much more likely than women, who have two X chromosomes (XX) to experience the symptoms associated with hemophilia, since the non h-linked X would be dominant in these carrier women. However, for those women that are carriers, each pregnancy has a 1 in 4 chance that the child will be a boy with hemophilia. When the father has hemophilia and the mother is not a carrier, the hemophilia gene will be passed onto their daughters, who will later become carriers; however, the son will not become a carrier.

The body depends upon certain blood clotting proteins, or factors, to stop bleeding after an injury, and also to promote the healing process. There are a total of 10 main factors that work together to initiate the clotting process. If one factor is missing in the chain, effectively breaking the chain, the clots cannot properly form, and the bleeding continues.

There are two main types of hemophilia: hemophilia A and hemophilia B (also known as Christmas disease). While both hemophilia A and B are caused by the lack of a specific clotting factor, hemophilia A is caused by a deficiency of Factor VIII, and hemophilia B is caused by a deficiency of Factor IX. The majority of people with hemophilia suffer from hemophilia A, with approximately 80% - 85% of the community having hemophilia A. There are essentially 3 clinical variations:

- Severe:      <1/% FVIII activity
- Moderate:   1-5% FVIII activity
- Mild:         >5% FVIII activity

It is estimated that 54% of the hemophilia population are severe, 19% are moderate and 27% are mild.

#### Incidence, Prevalence and Symptoms

While exact population figures are difficult to obtain, the National Hemophilia Foundation (NHF) estimates that there are 15,000 – 17,000 hemophilia A patients in the U.S. .Worldwide, the figure is estimated to be approximately 350,000. The World Health Organization (WHO) estimates that approximately 10,000 new babies are born each year (worldwide) with hemophilia.

While one in every 5,000 males is diagnosed with Hemophilia A, there is no known geographical or ethnic variation in the prevalence of hemophilia A. The discernable differences become apparent when evaluating survival rates, which hinge upon availability of medical care. It has been estimated that adequate care is available to only 25% of the affected global population, and those who are treated are primarily from industrialized countries. In the United States, adequate treatment is available to most of the affected population, and the general standard of care is considered high.

2

BAX MDL S 0989588

The main symptom associated with severe hemophilia A is internal bleeding. Typical target areas include the muscles of the upper arm, forearm and the upper leg. Typical target joints include the knee, elbow, and ankles. Associated with these types of bleeds is acute pain, particularly if the bleed goes untreated. Typically, a person with severe hemophilia A experiences an average of 35 bleeds per year, which can result in damage to cartilage and joints, as well as crippling arthritis, loss of muscle mass, and joint disease. Treatment of these symptoms can be as minor as on-demand infusion, or as major as prolonged hospitalization, or the forced use of crutches, canes, or wheelchairs. The result of these treatments can range from extended school absences to prolonged leaves from employment.

### Historical Therapies

Initial treatment in the 1940s and 1950s included only whole blood or plasma. While there was advancement to cryoprecipitate in the 1960s, treatment between 1966 and 1979 remained largely unchanged, as demonstrated in the following timeline:

- 1940s: Whole Blood
- 1950s: Fresh Frozen Plasma
- 1960s: Cryoprecipitate
- 1966:  FVIII Concentrate (HEMOFIL)
- 1983:  Heat-treated Concentrate (HEMOFIL T)
- 1987:  Monoclonal Antibody (MAb) Purification (HEMOFIL pdAHF)
- 1988:  Solvent/Detergent MAb Purification (HEMOFIL M pdAHF)
- 1992:  Recombinant FVIII (RECOMBINATE rAHF)
- 2003:  Recombinant FVIII – PFM (ADVATE rAHF-PFM)

A growing concern during this time was the appearance of inhibitors, which are antibodies that attack and destroy Factor VIII proteins that are contained in the factor therapy. Approximately 15% of (primarily severe) hemophilia A patients develop inhibitors, and while inhibitors are still a concern, Baxter developed the first anti-inhibitor coagulant complex (FEIBA) that significantly reduced this issue.

More recently, viral safety has become the predominant concern since it was discovered in the late 1980s that viruses were transmitted through the use of hemophilia factor therapies that were made with tainted blood donations. The HIV and HCV epidemics of the 1980's and 90's highlighted the vulnerability of hemophilia patients to the transmission of unknown blood-borne infections -- most patients with severe hemophilia became infected with HIV and HCV. It was not possible to predict the extent and consequences of the AIDS epidemic or of HCV transmission in the hemophilia population, nor the costs of treating these complications of transfusion therapy. In the wake of the HIV and HCV epidemics among hemophilia patients treated with plasma-derived FVIII in the 1980s, patients' trust in the oversight of their health care systems has been eroded. The costs of correcting and treating viral infections transmitted through blood have been extremely high and, in addition, substantial liability of public health systems around the world has followed viral infections of hemophilia community via blood products.

As a result, extremely stringent product testing and more robust viral inactivation steps have been instituted. In 1988, Baxter introduced the first monoclonal antibody purified solvent detergent treated Factor VIII therapy, called HEMOFIL M, that offered a factor therapy that was free of viruses such as HIV, hepatitis B and hepatitis C (HCV). Although effective detection and treatment of HIV and HCV has to large extent eliminated them as a major concern for factor replacement therapy, of greater concern today is the risk of infection with currently unknown or emerging viruses and other infectious agents, such as prions, that are less well understood:

- Variant Creutzfeld-Jacob disease (vCJD), a prion
- West Nile Virus (WNV)
- Hepatitis G Virus (GBV-C/HGV)
- TTV, a nonenveloped virus
- SEN-V, a nonenveloped virus potentially related to hepatitis transmission

As a consequence, there is a large amount of government, medical community and patient support for using safer, plasma- and albumin-free rFVIII products. The medical advisory boards of the US National Hemophilia

3

BAX MDL S 0989589

Foundation and the Association of Hemophilia Care Directors of Canada have publicly stated the need for rFVIII products that do not use animal- or human-derived substances in the development/manufacturing process due to possible risk of both known and unknown viral and prion transmission.

Currently, there are two types of factor therapies available, those being plasma derived and recombinant FVIII. While there have been great strides made to increase the safety of plasma derived FVIII therapies, Baxter introduced a revolutionary new FVIII therapy to the market in 1992 that incorporated recombinant technology to produce the first non-plasma-derived FVIII therapy treatment. This revolutionary new product, RECOMBINATE rAHF, offered people with hemophilia a level of safety that had not been available before in any prior product. Since the release of RECOMBINATE rAHF, other manufacturers have followed suit and have offered similar products to the market. While many of our competitors suffered debilitating shortages that spanned a close to 3-year time period, Baxter is the only manufacturer that has consistently increased the units available to the market since it's introduction of RECOMBINATE rAHF to the market in 1992. In 2003, Baxter again continued its tradition of innovation by introducing ADVATE rAHF-PFM to the market, which is the first recombinant factor therapy that contains no plasma or human albumin. Baxter made this factor therapy available to the market in accordance with the MASAC #141 guideline that states:

- **"All efforts should be made to remove human albumin from recombinant factor VIII products."**
- **"Increased efforts should be made to eliminate human and bovine proteins from the manufacturing process of recombinant products."**

## Market Overview:

### Recombinant FVIII Market Size

In the United States, approximately 75% of people with hemophilia use a recombinant FVIII therapy and approximately 25% use a plasma-derived FVIII.  At the November 2003 MASAC Meeting, ADVATE was placed into a separate categaory of rFVIII. The published recommendation should be available in the near future.

The U.S. rFVIII market currently greater than 900MAU sold is estimated to be growing at 5-6% annually due to the following factors:

- Plasma users continue to switch to rFVIII therapies due to their higher safety profile
- Baxter, Bayer, Aventis and Wyeth shares of voice promoting rFVIII therapies
- Therapy programs continue to advocate greater prophylaxis use
- Demographics continue to shift toward a larger and heavier (kg's) pool of hemophilia A patients

The following graph depicts this estimated growth through 2005. Accordingly, one share point equates to ~10MAU. This growth rate is expected to slow in the following years, and will be reassessed in 2005.

4

HIGHLY CONFIDENTIAL



As identified, there are approximately 15,000 -- 17,000 hemophilia A patients currently living in the U.S., 54% of which are diagnosed severe, 19% moderate, 27% mild. Given that severe patients typically experience 35 bleeds per year and moderate and mild patients treat much less frequently, the vast majority of FVIII units are infused by the severe population. Accordingly, the rFVIII patient base driving unit sales is estimated to be ~6,500 patients:

- An average of 16,000 hemophilia A patients * 54% severe * 75% on recombinant therapies results in an estimate of 6,480 severe hemophilia A rFVIII patients (2,160 patients are treated with plasma-derived therapies).
- A second calculation is derived by extrapolating homecare patient data we have from the Caremark and HRA databases. Combined, these two homecare companies service 1,551 recombinant hemophilia A patients (as of March 2004) and represent approximately 24% of total Baxter redistribution. This translates to an estimate of 6,454 hemophilia A rFVIII patients, very close to our first estimate.

Historically generic prescriptions have been the norm, although this is changing with product availability. There is significant downward pricing pressure from competitors, which is expected to increase through 2004 as the rFVIII surplus continues. The competition is evaluating alternate methods of distribution, such as the pharmacy benefits manager and direct contracting with the payers. In some cases they are beginning to make arrangements with these new customers. One of the major initiatives in 2004 will be to assess a new business model across Baxter BioPharmaceuticals. While RECOMBINATE rAHF has somewhat unfavorable reimbursement as compared to our competitors, ADVATE reimbursement is more in line with competition. New HPPA & OIG Guidelines will continue to make it very difficult to reach the consumer directly.

## Customers

The majority of Baxter's rFVIII units are distributed through its Homecare Companies, with the majority of those units going through our VCCs (Volume Commitment Customers). The two largest VCC customers are Accredo/HHS and Caremark. Sales by customer segment for ADVATE and Recombinate are shown separately below:

5





**Patients:**

According to the MRB report published in April 2000, those patients who use rFVIII are typically younger patients and are generally HIV negative.  Many are pediatric or adolescent patients born after 1992 who have never infused with a plasma-derived product, although all age groups are currently using rFVIII products including ADVATE.  Unless there is an inhibitor development, most pediatric patients will never infuse with a plasma-derived product.

Many of the rFVIII consumers are on a prophylaxis regimen (three to four times per week), as the progression of primary and secondary prophylaxis was noted to have increased by approximately 2.8% in the year 2000.  More recent data was not readily available at this time (MRB, April, 2000).

There is no clear data that references the racial mix of these patients, so outside of the fact that the majority of people who have hemophilia are male, an assumption is made that the mix is similar to the general population.

Market research done by Baxter and Homecare companies in early 2003 prior to the ADVATE launch provided the following insights in terms of consumer concerns: Out of 120 people surveyed (23% patients, 77% caregivers or family members), 91% said added safeguards against viral transmission would be the most important factor in changing to a new, theoretically safer FVIII therapy, followed by low rate of inhibitor development, and no addition of human or animal proteins.  Approximately half the respondents said a needle-less reconstitution device, higher IU vial size and lower diluent volume would make a new therapy more convenient for them; and 45% would switch to a new therapy with one or more of these improvements after they knew both the clinical data and that others had used it successfully over a period of time.

~~See the research regarding patient awareness levels~~

**Clinicians:**

6

BAX MDL S 0989592

There are approximately 346 physicians and 288 nurse coordinators actively involved with hemophilia patients. Key hemophilia thought leaders are typically associated with HTCs (see below for definition). Nurse coordinators also play an important role in patient care, including treatment and product selection. Recognizing the importance of the clinician, Baxter has the following advisory boards:

- Hemophilia Nurse Partnership: Provides direction and feedback with our hemophilia strategies and tactics
- N.A. ADVATE Clinician Board: Consists of ADVATE research nurses and physician investigators who consult on hemophilia strategies and speak on behalf of ADVATE.

Currently, hospital pharmacists are not a target audience. However, this is a group of professionals that may become important for hospital product selection and as we begin a stronger ADVATE surgery campaign. Our clinicians are segmented by patient population (adult, pediatric or both), rAHF-PFM clinical experience (investigator or not) and desire to switch patients to ADVATE (immediately, over time, never).

████████████████████████████

### Hemophilia Treatment Centers (HTCs):

Studies have demonstrated that comprehensive clinical care benefits the person with hemophilia, caregivers and the community. Dr. Peter Levine studied the benefits of comprehensive care over a ten year period and found that by the tenth year all of the following decreased:

- Average number of days spent in the hospital
- Average days missed from school or work
- Out of pocket hemophilia-related expenses
- Total cost of treatment
- Unemployment

There are approximately 155 comprehensive care or Hemophilia Treatment Centers (HTCs) in the United States. 44 of these are publicly funded 340B entities and receive discounted Public Health Sector (PHS) pricing. Roughly 18% of all Baxter recombinant units sold are channeled through PHS HTCs. Another 6% of unit sales are placed with other non-PHS hospitals and blood banks.

### Homecare Companies (HCCs):

Weekly, sometimes daily, treatment of hemophilia necessitates the need for home treatment. As a result, Homecare Companies (HCCs) play a very important role in the treatment of hemophilia. Historically, 70% of all Baxter recombinant units sold are channeled through HCCs with nearly 90% of those units sold to our top 14 accounts.

Our top 13 homecare company customers have signed Volume Commitment Contracts (VCCs) with Baxter to purchase set minimums at specified pricing. These contracts allow for annual 5% price increases and include minimum purchases for RECOMBINATE rAHF through 2004 and beyond, and HEMOFIL M negotiated annually. During 2003 several of these customers added ADVATE to their contract and in some cases extended the length of the contract.

The Home Care companies by virtue of their continual/ intimate contact with the patients on a regular basis were originally thought to be a critical element to drive the successful launch of ADVATE. Several strategies were determined early on to engage the VCCs in the ADVATE launch process. A contracting strategy was developed to not only add ADVATE to the existing VCC contract but to extend the contracts beyond the current end date of 2004 plus to lock up additional units in 2004.

Med panel market research indicated that of the patients who knew about ADVATE six months post launch, none of them got the information from their homecare company. Given the high level of contact between patients and the homecare companies, this lack of homecare as a source of information is disappointing. Additionally, the lack of homecare cooperation in actively moving patients from Recombinate to ADVATE has been a good indicator for the lack of either motivation of effectiveness on the part of the HCC. Future efforts towards HCCs will involve working with those that are willing to drive conversion but in general not putting any effort into driving programs with the HCCs.

### Biological Distributors:

7

BAX MDL S 0989593

After taking RECOMBINATE rAHF off allocation, we offered Biological Distributors the chance to buy RECOMBINATE rAHF. The role Biological Distributors will play in the distribution of ADVATE is currently under evaluation. The amount of product they purchased in 2003 was minimal.

**National Hemophilia Foundation:**
The National Hemophilia Foundation (NHF) was founded over 50 years ago in order to foster awareness about hemophilia and advertise the need for state-of-the-art research. Today, the NHF positions itself as the recognized leader in promoting bleeding disorder clinical and scientific investigations. The NHF is non-for-profit organization that provides news (Medical Advisories, Legislative Updates, Industry Press Releases), plans events (Annual meeting, Washington Day, lobbying events), promotes research (grants program), provides resources (HANDI, e*Notes, HTC Directory) and develops programs. Two of the NHF's larger programs include their capital campaign for research development, "It's Time for a Cure" and their multi-pronged patient program, "National Prevention Program." The NHF also sponsors a bi-monthly journal for all members titled "HEMAware." The NHF has approximately 66 local chapters throughout the country that organize a variety of community outreach activities. The annual NHF meeting, as well as winter and fall chapter meetings, continue to be an excellent opportunity for Baxter to deliver key messages directly to patients.

Baxter continues to support the NHF. On an annual basis Baxter donates $1,500,000 to the NHF to sponsor a Fellowship program and close to an additional $500,000 for other program support.

**MASAC:**
MASAC is the Medical and Scientific Advisory Council of the NHF. Key hemophilia thought leaders sit on this council to create guidelines for treatment of hemophilia therapy. MASAC Recommendation is #89 that states, "Manufacturers of recombinant products are strongly encourage to remove human albumin from their products. Development, regulatory review, and licensure of non-albumin containing recombinant factor concentrates should be expedited." We have leveraged this guideline to drive physicians to quickly convert patients from currently available FVIIIs to ADVATE rAHF-PFM. Baxter Medical Affairs is working with MASAC to pass new guidance that recommends the prescribing and usage of plasma/albumin-free method rFVIII once commercially available in the US. At the MASAC meeting in November 2003, there was a new recommendation accepted which will put Advate in a separate category. It is not the full recommendation for ADVATE specifically which had been the goal but should be fairly positive and useful in presenting to payers. The published recommendation is expected by the end of the year.

**Hemophilia Federation of America:**
The Hemophilia Federation of America (HFA) is a national, non-profit advocacy organization established for and directed by persons with hemophilia and their families. The Federation exists for the sole purpose of serving its constituents as a patient advocate for, but not limited to, product safety, treatment, insurance and quality of life issues in a positive and pro-active manner. Its mission is to serve the needs of all families with coagulation disorders and complications of treatment, such as HIV and HCV. HFA publishes a newsletter titled, "Dateline Federation." HFA is a much smaller organization compared to the larger and more well known, National Hemophilia Foundation. Baxter is just beginning to establish a working relationship with HFA.

**Company**

[Here is providing a company situation statement that are appropriate or would items that must be detailed here]

**Baxter (RECOMBINATE rAHF):**
The key to success for ADVATE rAHF-PFM will be the combined effort of the team successfully converting the base of RECOMBINATE rAHF patients to ADVATE rAHF-PFM while successfully transferring the same "value" attributes associated with RECOMBINATE rAHF to ADVATE rAHF-PFM, with the additional added value of it being the ultimately safest factor therapy available.

**Competition**

Bayer (Kogenate FS):

8

BAX MDL S 0989594

Bayer has struggled in the hemophilia marketplace due to a number of negative occurrences. Some of those negative occurrences have been the alleged dumping of tainted plasma-derived product in the Far East, as well as a massively failed attempt to go direct to the consumer, thereby cutting out the HCCs, HTCs, and others. As a corporation, Bayer also faced harsh criticism from the U.S. Government for making the drug Cipro difficult to obtain after the events of September 11th – Cipro is the only drug on the market that can be used to treat anthrax. In fact, Bayer faced revocation of their proprietary patent for Cipro had they not come to an agreement with the US Government. Other manufacturing issues led to the severe shortage experienced in the market a few years ago. The events leading up to this shortage were set in motion by Bayer's decision to immediately discontinue Kogenate upon offering Kogenate FS. What Bayer didn't count on was the manufacturing issues that delayed the manufacture and availability of Kogenate FS, leaving them with no product offering. Their actions so outraged the community that they were banned from attending the national NHF Meetings in 2000 and 2001.

In 2002, Bayer announced that they would slowly be able to rebuild their manufacturing capabilities, but that didn't come without issue. Low potency would not become available until the fall of 2002, and numerous product recalls led to an inability to offer room temperature storage. Furthermore, Kogenate FS is not available in Super High (1500 IU/vial) potency. Despite these challenges, many caregivers and young patients prefer the smaller 2.5mL diluent size (vs. 10mL for Recombinate and 5mL for ADVATE), although this too carries a potential disadvantage: "lose a drop, lose a lot." Lastly, Bayer's touted "albumin-free formulation" (removal of human albumin from the final processing phase) is viewed by some as an advancement nearly on par with ADVATE's plasma/albumin-free processing. While technically untrue, this is one example (along with price reductions, longer half-life R&D) of how Bayer attempted to blunt ADVATE's launch.

In October 2003, Bayer announced that it intended to sell its plasma business, excluding Kogenate FS. While it was rumored that CSL was looking to purchase that division, CSL ultimately acquired Aventis Behring. Bayer's plasma business remains on the market.
In 2004, Bayer initiated a plan to contract directly with PBMs across the country to serve as a sole source supplier of factor product to that PBM's customers. After receiving a negative reception from the community, who viewed this as a way to restrict access to product, Bayer elected to abandon this plan and notified its partners that it would be withdrawing from their contractual agreements.

In 2004, Bayer reps have been informing customers of their intent to include the BioSet needle-less transfer device in all Kogenate FS boxes (timing ~Q3). This device has tested well with patients and nurses prior to its inclusion in the box primarily due to its pre-filled syringe, although a product filter is not incorporated into this device. Lack of this key safety feature relative to Baxject's 150-micron filter may prove to be a weakness for BioSet. Bayer reps have also been indicating Kogenate FS will achieve room temperature storage in the "near future."

**Aventis-Behring (Helixate FS):**
Aventis-Behring does not manufacture its own rFVIII. Instead, Helixate FS is manufactured by Bayer, and is distributed by Aventis. Since Aventis is merely the distributor, they are subject to all of Bayer's production and quality issues. When Bayer experienced all of the supply issues a few years ago with the introduction of Kogenate FS, and the subsequent discontinuation of Kogenate, Aventis suffered the same issues by default. While Bayer is often still subject to a negative market image, Aventis, conversely, enjoys a very positive image in the marketplace. One of the most positive perceptions of Aventis is that they are the leader in educational offerings, and share a strong partnership with those in the marketplace. Although Aventis and Bayer offer the same product under different trade names, Aventis has been able to differentiate itself from Bayer with its educational offerings. In August, 2003, Aventis introduced their version of the Factor Assist Program, named Choice Assurance. The major advantage that Factor Assist still has over Choice Assurance is that Factor Assist is applicable to _all_ patients, while Choice Assurance does not cover Medicare patients.

While it was previously rumored that Aventis and Bayer would merge, that did not prove to be the case in 2003, as that merge was officially called off. However, recent market intelligence indicates that Aventis may be pulling back from their previous funding levels within the NHF, as well as within other patient organizations.

In April, 2004, CSL Limited, an Australian company, announced that it had completed its March 31st, 2004 acquisition of Aventis Behring. CSL is a group of companies that develops, manufactures, and markets pharmaceutical products of biological origin. The new company, named ZLB Behring, would be housed in the CSL Human Health Division. The CSL Human Health Division included not only the new ZLB Behring, but

9

also included CSL Bioplasma and CSL Pharmaceutical. As a result of this acquisition, it appears that the North American hemophilia market will receive less (monetary) resources than was previously offered by Aventis Behring. Additionally, competitive intelligence confirmed that ZLB Behring would not be moving forward with their AB Choice Program, which was to be a rival to the Baxter Factor Assist Program. Further competitive intelligence confirmed that ZLB Behring would not have access to Bayer's BioSet needle-less reconstitution device, which would put them at a competitive disadvantage.

**Wyeth (ReFacto):**
Wyeth, formerly Genetics Institute, is a large pharmaceutical company that consists of two powerhouse companies (Wyeth and American Home Products). Baxter teamed up with the former GI in the 1980's to develop RECOMBINATE rAHF. Today, Wyeth openly and strategically takes leadership credit for the development of RECOMBINATE rAHF, which is the world's first genetically engineered rFVIII. Wyeth has a broad portfolio of products to treat hemophilia, including the world's first recombinant FIX (BeneFIX), an "albumin-light" B Domain Deleted (BDD) rFVIII, a hepatitis vaccine, and bone morphogenic protein to rebuild joint cartilage. Because Wyeth has never produced a plasma-derived factor concentrate, the market perceives them as a technological leader and has not experienced the backlash that some of the other pd FVIII manufacturers have endured.

While Wyeth has a solid reputation in the market, its recombinant factor offering – ReFacto – has not provided Wyeth the spectacular results that it had expected. Some of the unexpected results that ReFacto users have experienced are unreliable dosing and pharmacokinetic endpoints, such as lower percent response to first infusion, lower half life, greater mean dose, greater median dose and greater breakthrough bleeds relative to other FVIII products. Recently, Wyeth announced that it was changing the amount of protein that is currently contained in each of the nominal potencies, and that they were going to increase it by 20%; however, they would not be changing the nominal potencies. Their hope is that this additional 20% would put the actual results in line with what the expected results should be as far as half life and dosing. This change was initially approved by the EU, and was followed by FDA approval in August, 2003. This change, of course, comes close on the heels of the November, 2002 voluntary label changes that Wyeth instituted to address the following:

- Warning of high titer inhibitor development in PTPs. The insert now states that "patients using ReFacto should be monitored for the development of factor VIII inhibitors. If expected factor VIII activity plasma levels are not attained, or if bleeding is not controlled with an appropriate dose, an assay should be performed to determine if a factor VIII inhibitor is present".
- Reports from EU and US regarding low recovery and break-through bleeding with patients utilizing ReFacto prophylatically. The actual number of reports remains unconfirmed.

Wyeth's market share has decreased approximately 1 percentage point from 6% in 2001 to 5% in 2002. An excerpt from IMS in July states that "in July, Refacto IMS monthly sales continue to be under pressure, down 4/5% year over year to $2.8 million. Second quarter reported ReFacto sales decreased by 8% to 10.6 million, compared to IMS reported sales of $10.8 million. ReFacto uptakes continues to be impacted by changes in the market supply of Factor VIII products overall as well as changes to the ReFacto label."

Another hurdle that Wyeth has to address is that ReFacto utilizes the chromogenic assay test, which is rarely used in the United States (it is much more common in Europe). The basic issue is that there are differences between the one-stage and chromogenic assay measurements with ReFacto that are typically not found with other full-length FVIII products. In fact, ReFacto is the only factor therapy that uses this particular test. This presents issues for clinicians who are unfamiliar with using the chromogenic assay test, or with those physicians who utilize a lab that doesn't perform that particular assay test. One bright spot for Wyeth's product offering is that ReFacto is available in a Super High (2,000 IU/vial) potency, the highest assay available on the market.

Wyeth is currently conducting trials for their third generation ReFacto, which will go by the name ReFacto AF. Although Wyeth positions ReFacto AF as superior to Advate because of the removal of the monoclonal antibody in exchange for a synthetic ligand and a superior viral removal step in addition to the existing S/D step that is utilized in the manufacture of ReFacto, market intelligence tell us that there have been three patients who have experienced the onset of inhibitors, with one patient having a low titer inhibitor, and the other two patients have high titer inhibitors. While it still remains unknown as to the effect this will have on the approval of ReFacto AF, one would imagine that these were not the expected results that Wyeth had hoped

10

BAX MDL S 0989596

for.  Additional market intelligence confirmed that Wyeth filed an application for ReFacto AF on April 30th, 2003.

## Product Profile:

### Product Description

ADVATE rAHF-PFM is Baxter's latest technological advancement in the treatment of hemophilia A.  It is the first and only plasma/albumin-free recombinant factor VIII that combines unsurpassed pathogen safety of a plasma/albumin-free method and the proven efficacy of the RECOMBINATE rAHF Factor VIII molecule to help people with hemophilia A prevent and control bleeding episodes.  Unlike other factor VIII therapies, ADVATE rAHF-PFM is processed without the addition of human or animal plasma proteins and albumin (blood-derived components) in the cell culture process, purification or final formulation, eliminating the risk of infections caused by viruses and prions that can be carried in these protein additives.  The development of ADVATE rAHF-PFM was based on the same molecule as RECOMBINATE rAHF to provide a therapy with the same proven effectiveness.

ADVATE rAHF-PFM has been approved by the U.S. Food and Drug Administration (FDA) for the prevention and control of bleeding episodes and in the perioperative management of patients with hemophilia A.

ADVATE rAHF-PFM may be stored at room temperature for a period of up to six months, or until the expiration date, whichever is sooner.  It can also be stored refrigerated, without the diluent added to it for a period of 18 months or until the expiration date, whichever is sooner.  ADVATE rAHF-PFM should not be placed in the freezer.

### Plasma/Albumin-Free Processing

Production of ADVATE rAHF-PFM begins at Baxter's state-of-the-art biotechnology facility in Neuchatel, Switzerland.  This facility was designed for, and is dedicated to, the processing of recombinant therapies.  The facility covers 10,000 square meters (108,000 ft$^2$), and the Neuchatel operation employs more than 430 highly-skilled people from 22 countries.  This new facility represents a $130 million investment to meet current and future demands for ADVATE rAHF-PFM therapy.  Both Suites A and B at this facility have received FDA approval to produce ADVATE rAHF-PFM for the U.S.

At the initial stage, the recombinant DNA technology used to process ADVATE required a "host" cell.  The first advance in bringing ADVATE to market was the selection and adaptation of a cell line to produce rFVIII.  The Chinese hamster ovary (CHO) cell was chosen for the following reasons:

- The cell line has been very well studied and characterized,
- It has proven successful in producing other recombinant proteins,
- It is capable of consistent oligosaccharide processing,
- It is scalable to large volumes, and
- It is very resistant to infection by human viruses

**Cell Culture:**
Years ago during the development of ADVATE rAHF-PFM, one single clone of the RECOMBINATE rAHF-producing CHO cell was selectively isolated and adapted to consistently express high levels of rFVIII in a cell culture medium free of human or animal plasma proteins and albumin.  This single CHO cell was then allowed to multiply for many generations in this plasma/albumin-free medium creating a large pool of host cells from which ADVATE rAHF-PFM is produced.  Because no human or animal plasma proteins and albumin are used in the CHO-cell culture medium for ADVATE rAHF-PFM processing, these cells have now been successfully isolated from any new and emerging pathogens that could be carried in these protein additives.

CHO cells are cultured using a continuous chemostat perfusion process.  Fresh medium is added and rFVIII-containing conditioned medium is removed at the same rate.  The chemostat process maintains the CHO cells

11

HIGHLY CONFIDENTIAL

in a steady-state growth phase that is optimal for producing rFVIII. The CHO cells also express von Willebrand factor (vWF), which acts as a stabilizer and protector of the fragile rFVIII during cell culture. ADVATE's cell culture medium contains a proprietary solution of plant-derived materials (amino acids, salts, sugars and vitamins), but no human or animal plasma proteins and albumin. Cell density, nutrient levels and by-product removal are consistently monitored and maintained for a period of weeks. Note: the chemostat perfusion techonology is a modification of the RECOMBINATE rAHF process, which uses a batch re-feed technology.

**Purification and Viral Inactivation:**
The rFVIII-rich medium removed from the culture vessel goes through a series of purification and viral inactivation steps. The first step is sterile filtration. The filtered medium is then purified in a stepwise fashion, using multiple chromatography columns to separate rFVIII from the impurities.

Immunoaffinity chromatography using monoclonal antibodies (MAb) is the cornerstone of the purification process. MAb recognize and bind to the rFVIII. rFVIII is held in place while the vWF and impurities are washed away. The MAb used in the process are expressed by hybridoma cells that are adapted to grow in a culture medium devoid of human- or animal-proteins and albumin. This is a marked difference from all other currently available rFVIII therapies which continue to use human or animal plasma proteins and albumin in their MAb culture medium. Monoclonal antibody purification technology has been used for over a decade in purifying plasma-derived and recombinant FVIII concentrates, and has a proven safety record with over six billion units of recombinant FVIII and untold billions of units of plasma-derived FVIII purified to date.

The next purification step is cation exchange chromatography, which takes advantage of electrical charge differeneces to separate rFIII from the impurities.

The next step is solvent/ detergent treatment, a dedicated viral inactivation step added to the new process (not used with the processing of RECOMBINATE rAHF). Solvent/ detergent treatment is a proven highly effective viral inactivation method that preserves the integrity of the rFVIII molecule.

The final purification step is anion exchange chromatography. This also takes advantage of the electrical charge differences between rFVIII and any remaining impurities. Upon completion of this step, bulk containers of rFVIII are ready to be shipped for final formulation at Baxter's form/ fill facility in Vienna, Austria.

**Final Formulation and Lyophilization:**
The final stage of processing, formulation and lyophilization (freeze-drying), is completed at Baxter's Vienna, Austria facility. Steps in this process include sterile filtration, aseptic filling of vials, and lyophilization of the fluid. Final formulation includes the addition of plasma protein- and albumin-free stabilizing and bulking agents and aseptic filling of vials. The replacement of the human serum albumin used as a stabilizing agent in RECOMBINATE rAHF with non-protein stabilizers represents an important technological advance. ADVATE rAHF-PFM's stabilizers include salts, sugars, and amino acids. Specifically, trehalose (a sugar) is the primary stabilizer, while mannitol acts as a bulking agent.

Upon completion of this process, the actual potency and quantity of each ADVATE rAHF-PFM lot is determined. After this, each lot is transported to Baxter's final packaging facility in Lessines, Belgium. Final containers provide a concentrated rFVIII therapy that is processed without the addition of any human or animal plasma protein and albumin.

## Clinical Data

To date, the safety and efficacy of ADVATE rAHF-PFM have been evaluated in more than 150 patients with severe or moderately severe hemophilia A in clinical trials. There are seven clinical studies included in the development program for ADVATE rAHF-PFM:

- Pivotal Study with Previously Treated Patients (PTP) – study of safety and efficacy completed
- PTP Continuation Study – ongoing, long-term study of patients who completed pivotal trial
- Surgery study – ongoing to evaluate ADVATE rAHF-PFM in prevention of bleeding during minor and major surgeries and dental procedures

12

BAX MDL S 0989598

- Pediatric study – ongoing study to evaluate safety and efficacy of ADVATE rAHF-PFM in patients under age 6
- Japanese Study – completed, required for registration in Japan
- Previously Untreated Patients – planned to begin in January 2004
- Phase IV Prophy Study – planned to begin in July 2004

Phase II-III clinical trials evaluated the safety, immunogenicity and efficacy of ADVATE rAHF-PFM in the treatment and prevention of bleeding in previously treated hemophilia patients in a variety of clinical settings:

- **Pivotal Study with Previously Treated Patients (PTP):** The pivotal study of 108 previously treated patients demonstrated that Recombinate and ADVATE rAHF-PFM are bioequivalent; that is, the body handles the biologics in identical fashion in so far as distribution in the body (area under the curve [AUC], recovery and half-life). This study further demonstrated that ADVATE rAHF-PFM stopped 93% of 510 bleeds with 1-2 infusions, and efficacy was considered good/excellent in 86% of bleeding episodes. Additionally, when patients were at least 80% compliant with their prescribed ADVATE rAHF-PFM prophylaxis protocol, they had an average of 4.3 bleeds/year. Less compliant subjects had 9.8 bleeds/year.
- **PTP Continuation Study:** 82 subjects completed the pivotal study and entered into the continuation study. A pharmacokinetic analysis done as part of this study demonstrated that patients' bodies handled ADVATE rAHF-PFM the same way at the beginning of the pivotal study as they did after at least 75 exposure days; that is, ADVATE rAHF-PFM continued its bioequivalence to Recombinate after 75 exposure days. Further, in this study no patients developed immune system inhibitors, and 92% of the participants' bleeding episodes were resolved with 1-2 infusions of ADVATE rAHF-PFM.
- **Pediatric Study:** Preliminary data evaluating use of ADVATE rAHF-PFM in 14 patients under age 6 suggest that ADVATE rAHF-PFM will be efficacious in treating pediatric hemophilia A patients. The October 2004 interim report will include data from 53 pediatric patients.
- **Surgery Study:** Preliminary data from an ongoing study of 41 hemophilia patients who had 44 procedures show ADVATE rAHF-PFM provided bleed control in patients undergoing major, minor and dental surgeries. ADVATE rAHF-PFM was rated excellent/good in its ability to control bleeding during surgery in 43 of 44 procedures; the rating of the remaining procedure was unknown. The ability to control bleeding after surgery was rated excellent/good in all 44 procedures.

ADVATE rAHF-PFM has an excellent safety profile. In clinical trials to date no serious adverse events, e.g. death or hospitalization, were reported as a direct result of treatment with ADVATE rAHF-PFM. The most commonly reported side effects with the use of ADVATE rAHF-PFM include a strange taste, headaches, dizziness and hot flashes. Itching at the infusion site, fever, sweating, chills, nausea, diarrhea, shortness of breath and pain in the upper abdomen or lower chest were also reported in some patients. In 7/108 patients in the pivotal study of previously treated patients who received a total of 12,597 infusions, 19 experienced non-serious adverse events (0.15% overall rate) that were possibly related to ADVATE rAHF-PFM; none of these led to discontinuation from the study.

ADVATE rAHF-PFM has a low incidence of inhibitor formation. As of the latest interim assessment report from our ongoing clinical trials, only one previously treated patient developed a low titer inhibitor, which was not persistent.

Baxter will conduct post-marketing trials with ADVATE rAHF-PFM to continue to obtain safety and efficacy data over long-term use of ADVATE rAHF-PFM in the treatment of hemophilia A. The ADVATE rAHF-PFM post-authorization safety surveillance study (PASS) currently at the investigator IRB approval step is designed to do just this. Other currently identified data gaps for ADVATE rAHF-PFM (July 2004) include pediatric, previously untreated patient (PUP), prophylaxis and ITI-switch data. The Phase III Pediatric study is nearing completion, and Phase IIIb PUP and Phase IV prophylaxis studies are planned to begin in 2004. Lastly, our Medical Affairs department is in the process of identifying and following potential ITI-switch case studies as the develop in the market.

**Packaging**

Current (2003/04):

13

Commercial packaging was developed during the pre-launch phase to provide the hemophilia community with enhanced product convenience and safety relative to currently available recombinant Factor VIII therapies. At the same time, Baxter initiated a global materials-standardization for all ADVATE rAHF-PFM packaging to streamline packaging operations and achieve cost efficiencies. Pre-launch customer surveys helped to establish our initial packaging configuration, which were later refined by Baxter's Hemophilia Nurse Advisory Board. At Baxter's Lessines, Belgium facility, each lot is currently final packaged according to the following:

- The unit carton is made from lightweight biodegradable cardboard
- Four potency ranges have the following nominal values: Low (L) 250AU, Mid (M) 500AU, High (H) 1,000AU and Super High (S) 1,500AU
- Actual potency ranges are 200-400, 401-800, 801-1200 and 1201-1800, respectively (note: the 1500 AU Super High vial is new to ADVATE rAHF-PFM and reduces the number of vials reconstituted per procedure)
- Factor vials have peel-off labels for accurate infusion logging
- A new smaller diluent volume of 5mL results in shorter infusion times for patients (note: RECOMBINATE rAHF contains a 10mL diluent vial)
- Each unit carton contains a hard-blister ancillary pack, with the following ancillaries chosen for patient safety and convenience:
    - One 23-Gauge Vacutainer brand Safety-Lok butterfly needle manufactured by Becton, Dickinson and Company. The needle is easily shielded and secured with one-handed activation. Large, flexible wings improve method of entry during infusion.
    - One 10mL Omnifix Luer Lock syringe manufactured by B.Braun may be used to infuse two vials of ADVATE rAHF-PFM simultaneously. A double-sealing ring allows slow aspiration and an easily noticeable backstop prevents unintentional withdrawal of plunger from barrel.
    - Two alcohol swabs: one for patient's arm, and a second for sterilizing factor and diluent vial lids
    - Two bandages for infusion site care
- One siliconized transfer needle and one siliconized filter needle are currently included for reconstitution and attachment to the butterfly needle. In 2004, our goal is to include one BAXJECT needle-less reconstitution device inside each ADVATE rAHF-PFM's unit carton, reducing the number of steps required for reconstitution and number of needles, thereby making the process quicker, easier and safer (note: the current siliconized transfer and filter needles are unique to ADVATE rAHF-PFM in that both needles are siliconized which eliminate the risk of stopper coring during reconstitution).
- The BAXJECT needle-less transfer device is available separately upon order in 5-packs with any factor purchase. Customer operations will ship these alongside each order, unless BAXJECTs are declined.
- Commercial printing on each unit carton includes:
    - ADVATE brand name, running man icon and branding colors: regal purple and humanity orange
    - Lot number, actual unit potency, expiration date, country of origin and contents description
    - Potency designation: L, M, H or S
    - Storage conditions
    - Stabilizing agents
    - Baxter corporate address and www.advate.com
    - The inner flap was identified as a unique piece of real estate to depict proper instructions for removing internal components
    - Physician and patient-friendly package insert is included inside
- ADVATE rAHF-PFM shelf-life under refrigeration is 18 months post-release (from the time vials are filled in Vienna, Austria)
- ADVATE rAHF-PFM may be stored at room temperature for up to six months, not to exceed the expiration date (note: once at room temperature, ADVATE rAHF-PFM should not be returned to refrigeration).
- Four unit cartons are shrink-wrapped together to form one commercial brick (note: a brick program was implemented in Q3 2003 to educate customers on the new packaging configuration used with ADVATE rAHF-PFM and the many benefits the new ancillary components provide)

**Future (2005+):**

14

Since product availability in August 2004, patients, clinicians and homecare representatives have communicated packaging feedback for improvement. ADVATE's larger unit carton size leading to difficulty in storage (in the refrigerator) was identified as the most critical aspect to improve. To fully understand this and other needs, a qualitative Needs Assessment research study was initiated in Q1 2004 in conjunction with 4Sight, Inc., a research and design firm out of New York, NY. Three geographies in the U.S. were chosen for this research: NJ/NY, Chicago and Los Angeles. Through an in-depth interview methodology, the following key findings were discovered:

- **Package Size:** Current ADVATE packaging size is too large/ can't fit in refrigerator/ some patients have gone to every other week delivery or have purchased a second refrigerator for factor. The cubic volume of ADVATE's packaging is roughly twice that of Recombinate's, and it is clear from research that we must reduce the size of packaging to be at least as small as Recombinate's.
- **Ancillaries:** Most ancillaries packaged inside the ADVATE unit carton are wasted as homecare companies and treatment centers provide ancillaries tailored to the individual (different brand or gauge butterfly needle, different size syringe, different bandages/alcohol swabs or gauze pads). Further, our ancillaries are not approved on most hospital formularies so nurses do not have the option to save and utilize unopened ancillaries (they most go in the trash). The consensus is that we should include only the factor vial, diluent vial and one reconstitution device (needles or Baxject) inside our unit carton.
- **Reconstitution Device:** Baxject usage is based on individual preference and the training program employed at the local treatment center. That said, there are three distinct patient segment regarding reconstitution device: 1) Favorably disposed toward Baxject (typically, but not always, younger patients), 2) Prefer needles, but will use Baxject once inside box (probably the largest segment, a mix of patients), and 3) Negatively disposed toward Baxject and will continue to use needles because this is a known and fast routine (typically, but not always, older patients – many feel the lever is confusing and/or leads to residual volumes). On a side note, Kogenate FS's new device BioSet is testing favorably relative to Baxject, although it does not include a product filter. Lastly, it should be noted that almost universally homecare company representatives and nurses indicated we should be putting Baxject inside our unit cartons as their patients have been trained and told to expect this, and it would make their store rooms/ inventory systems much easier to manage.
- **Tamper Evidence Seals:** Tamper evidence features would be a nice to have for some patients, but not required for others (vial caps are a sufficient safety feature for most, although ADVATE's caps do not have a prominent lip and are difficult to pop off), but this would cause complications for homecare companies and hospitals which routinely open boxes to inspect for breakage and/or swap ancillaries. This has become a moot issue recently however, because FDA regulations are expected and product liability is a significant enough concern for us to include these features on all Baxter BioScience products in the near future.
- **Barcoding:** Some customers anticipate having the need (and the required technology) in the future to track inventory via barcoding in order to A) reduce medical error, and B) manage inventory more efficiently. Currently however, most customers do not have this technology. Regulations are expected on this as well, and combined with our tamper evidence initiative all BioScience products will have these in the 2004/5 timeframe.
- **Lot Number/ Potency Stamp:** Lot number data printed on the front panel of the unit carton is difficult to read based on how boxes are bricked front-to-back, and our font size is too small.
- **Dating:** Product dating and/or room temperature conditions are too limiting, especially as compared to Recombinate which had both three years dating at refrigerated or room temperature storage. It should be noted that Recombinate has these storage conditions due to its using albumin during final formulation, which is known to be an excellent stabilizer. For reasons already stated, albumin is not used in the processing or stabilization of ADVATE and storage conditions on par with Recombinate are unlikely to be achieved. Nonetheless, there may be room for improvement (see below and the tactical section).
- **Potency Designation:** More intuitive potency identifications would be preferred. Some expressed confusion regarding the lettering system of potency designation; S = small, M = medium, L = large? Others indicated a color-coding system like Recombinate uses would be preferred. In all cases, the potency stamp needs to be more prominent.
- **Potency Selection:** Lastly, patients would prefer greater potency selection, especially inclusion of a 2,000 – 3,000 unit vial, and/or multi-pack containers with five or ten factor vials inside.

15

As a result of these findings along with 11 months of post-licensure feedback, our team has been working on implementing the following changes through the end of 2004 and 2005 (please see additional details in the tactical section of this business plan):

- **Smaller Box:** Smallest unit carton size possible utilizing upgraded Lessines packaging lines without waiting for Baxject II needle-less reconstitution device.
- **No Ancillaries:** At the same time our smaller unit carton is available, ancillaries will no longer be packaged inside ADVATE's unit carton. We will maintain the flexibility of providing separate ancillary kits to patients in the future if necessary.
- **Baxject/ Baxject II:** Our marketing team is working closely with Regulatory to determine if Baxject in the box will be feasible in 2004, although the current development timeline of Baxject II (a.k.a. Tadpole) completes in Q1 2005 and may allow us to leapfrog Baxject altogether. Related to this decision is the possible requirement to revise Baxject packaging if the chosen smaller box configuration requires it.
- **Tamper Evidence Seals/ Barcoding:** As stated above, the business decision to move forward with these features due to product liability concerns and anticipated FDA mandates has been made.
- **Lot Information Stamps:** These will be incorporated into the Tamper Evident Seal/ Barcode placed on the top panel of the unit carton.
- **Potency Designation:** Our team is currently evaluating the option to utilize Recombinate's color-coding system to visually distinguish different potency categories. The future of the L, M, H, and S designations is uncertain at this time.
- **Potency Selection:** Two important initiatives will focus on the development of an Ultra High (2,000 IU/ vial) potency and the expansion of nominal potency targets for the U.S. (our current license specifies that we target 250, 500, 1000 and 1500).

**Lot Numbering System**
The "Lot #" for ADVATE rAHF-PFM contains 10 characters. All 10 characters will always be the same between the factor vial and the unit carton, although in some instances the final two characters may differ between sub-lots (due to very large packaging runs or scheduling adjustments). Since these final two characters are for Baxter's internal purposes only to identify packaging sequence, there is no cause for concern.

While there was some confusion with lot numbers near the end of 2003, the lot numbering system for ADVATE was revised at the beginning of 2004 to ensure consistency between factor vial and unit carton. The visual aid below explains each component of the ADVATE rAHF-PFM lot number:

## ADVATE rAHF-PFM Lot Numbering System



For more information, please call 1-888-4ADVATE                      *Baxter*

16

### Sales Performance

Baxter leads the U.S. hemophilia marketplace with approximately 76.5% share, ~700MM annual units sold or nearly $600MM. With the launch of our latest innovation product ADVATE rAHF-PFM in August 2003, our long-term sales goal became the conversion of patients currently on Recombinate rAHF over to ADVATE rAHF-PFM. As of the end of 2003, we estimate ~10% of Recombinate rAHF patients had converted to ADVATE rAHF-PFM, and this percent has grown to ~15% through June 2004. Our 2004 U.S. rFVIII financial goals have been identified as:

|   | | Plan | Revised Forecast |
|---|---|---|---|
| • | Recombinate rAHF | 484 MAU | 565 MAU |
| • | ADVATE rAHF-PFM | 257 MAU | 165 MAU |
| • | Total U.S. rFVIII | 741 MAU | 730 MAU |

2003/04 sales performance to date is summarized below. ADVATE is nearing the number #2 rFVIII brand in the market behind Recombinate rAHF-PFM:

|  | 2003 Q1 | Q2 | Q3 | Q4 | 2004 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|
| **Recombinate** | 151.7 | 130.9 | 178.4 | 177.8 | 148.9 | 152.5 | | |
| **$** | $126.5 | $108.9 | $150.9 | $150.0 | $125.6 | $128.6 | | |
| **ADVATE** | 0 | 0 | 10.2 | 33.8 | 22.1 | 25.6 | | |
| **$** | 0 | 0 | $10.0 | $33.2 | $21.8 | $23.0 | | |

ADVATE conversions are expected to grow through the end of 2004 and 2005. One successful incentive program nearing its completion at the end of July 2004 has been the Trial Offer Program. When complete, this program will have provided samples to nearly 600 patients (>6MAU) and is estimated to be achieving 60% patient conversion. Another way to portray ADVATE conversions is on a ratio of units sold between the Baxter's two rFVIII thearpies:



**Ratio R/A**     6/1     3/1     2/1     1.5/1     1/1
                                          **Cross-over Point**

17

BAX MDL S 0989603



One positive indication of ADVATE conversions is the steady rise in redistribution units:



2005 financial goals have not yet been identified.

## Pricing:

### Pricing Research

Based on the clinical, economic and social arguments ADVATE rAHF-PFM is differentiated and therefore commands a price premium over currently available rFVIII products. The amount of the price premium has been addressed in several qualitative and quantitative studies that are presented below. In general, the research indicated that customers would find a price premium of 5 – 20% over the current rFVIII products acceptable.

Simon Kucher conducted market research with 30 physicians and nurses, 49 patients, 17 payers and 8 homecare companies. All parties were surveyed as to their expectations regarding pricing of ADVATE and their level of price sensitivity. The survey was conducted by asking price expectations in relation to the most expensive product currently on the market. Since the survey was conducted during the shortage, the assumption could be made that the reference product that physicians used was Recombinate. However, since the reference was never explicitly stated, that assumption is open to interpretation.

18



**-Baxter-** **Prices** | USA Physicians & Nurses |

In the US, Recombinate ($ 0.90/unit) was the most expensive medication on the market when the study as conducted. Bayer manufactured products were virtually not on the market.

| Brand Name | List Price (S/IU) | ASP (S/IU) |
|---|---|---|
| Recombinate (Baxter) | 1.30 (1.63*) | 0.90 |
| | | |
| Kogenate FS (Bayer) | 1.41 | 1.13 |
| | | |

Remark: In the following, "price premium" refers to a premium price compared to the most expensive FVIII medication available in the US at the end of 2001 and beginning of 2002. Kogenate FS and Helixate FS were virtually not available.

* $1.53 is the list price according to First Databank

SIMON • KUCHER & PARTNERS · S3 · KW (2)11BX_US_pricing presentation)? 3.15 Pricing of FFM
- 6 -

SIMON · KUCHER & PARTNERS

In additional to price sensitivity, the switching behavior of physicians was examined by using three different scenarios:

- Scenario 1: ADVATE becomes available in addition to all other available FVIII products. There are no plans to remove any of the currently available FVIII products
- Scenario 2: ADVATE is produced by the same manufacturer as the currently available recombinant FVIII Product X and Product X is no longer available 4 years after the launch of ADVATE.
- Scenario 3: Similar to Scenario B, except that Product X is no longer available 2 years after the launch of ADVATE.

For each scenario, the switching behavior of the physicians to ADVATE (Scenario A) / from Product X to ADVATE (Scenario B+C) is asked:

- For different prices of ADVATE
- For different time points when patients are switched. There was no significant difference between Scenario B and C observed.

The results from the study are as follows:

- **Physicians only:** The scenario in which Recombinate is taken off the market 2 years after the launch of ADVATE seems to be the most realistic scenario. When regarding the price sensitivity of the physicians only, the profit-optimal price range goes up to a 3% price premium over Recombinate. However, at a price premium of 5%, the profit loss would be marginal. This finding is below the directly stated price expectations of the physicians, who think that a price premium of 5% would be acceptable and regard a premium of 16% as expensive. Experience shows that the expensive price is usually an upper limit for the optimal price.
- **Payers and homecare:** Payers, when asked directly, stated the same prices as physicians (acceptable: 5% premium; expensive: 16% premium). Homecare companies are more price sensitive and think that a 4% premium would be acceptable and an 8% premium is expensive.
- **Physicians, patients, homecare and payers:** The price sensitivity of physicians is influenced by the patients' demand for a product. By taking the lower price sensitivity of patients into account and adjusting the physicians' price sensitivity accordingly by including the number of patients who demand

19

a certain product, we derived a price response function that combines the physicians' and patients' perspectives.

By taking the price sensitivity of the directly stated price response functions of the segments homecare and payer (each 10% influence) into account, an overall price response function was derived. Looking at the optimistic scenario (stronger patient influence), the profit function is rather flat. The profit-optimal price range reaches a 5% premium.



An additional study was undertaken with the Roger Green agency to answer questions about which price should be the reference price when setting ADVATE pricing (Recombinate or the Gen IIs) and to understand the types of patients that physicians would put on ADVATE. The objectives of the study were:

- Examine US physicians' price sensitivity (stated and simulated) to ADVATE
- Capture physicians' perceptions and usage of ADVATE using patient profiles
- Assess the effect of price on prescribing decisions (below, at and above parity)
- Examine effect of patient attributes on treatment decisions
- Identify salient issues in the decision-analytical product selection process

The methodology consisted of qualitative interviews with 10 hematologists in Chicago (3), Los Angeles (4) and Orlando (3). Of these physicians, 5 doctors were affiliated with PHS/county hospitals and 5 doctors were not affiliated with PHS/county hospitals. The results are weighted to reflect type of physician where appropriate. Each interview lasted 45-60 minutes and included current product use and price knowledge, reaction to Hemofree product profile (ADVATE) and product selection for 15 simulated target patients at a premium price, then at parity and -20% (prices are relative to Kogenate FS at $2.03 AWP). Note that parity in this case already reflects a 44% increase from parity in the Simon Kucher study.

The results showed that the price knowledge of the physicians was limited.

20

HIGHLY CONFIDENTIAL

BAX MDL S 0989606

## *Respondents' price knowledge was limited*

- Non–PHS/county respondents "did not know"
- Estimates from PHS/county physicians were mixed



**Baxter** · ·          PFM Pricing Research: November 2002   

During the research, two distinctive market segments emerged:

PHS/county hospitals: *Recombinant products are safe enough – their environment is cost sensitive*
- 27% patient profiles treated with ADVATE (weighted)
- Prescribe for "class" not product
- Used a lot of Recombinate, or recombinant unspecified
- More likely to leave patient on current med unless having problems

Other hospitals: *Safety is primary concern – not price sensitive*
- · 62% of patient profiles treated with ADVATE (weighted)
- Frequently put all non-HIV patients on ADVATE

*NOTE:  These are weighted percentages of profiles simulated, not representative market share – no naïve patients, etc.*

21

HIGHLY CONFIDENTIAL                                                    BAX MDL S 0989607

## Price sensitivity only occurs among PHS/county doctors

- **AT PARITY** - Only one other hospital doctor switched 2 HIV patients to PFM

| (PFM share weighted by HIV status) | Total weighted by type | Hospital type | | Revenue change |
|---|---|---|---|---|
| | | Other | PHS/county | |
| | | | 27% | |
| | | | 27% | |

- **AT -20%** - Five PHS/county doctors switched patients to PFM
    - One switched all 6 HIV patients to PFM (previously treated 9 non-HIV)
    - The other doctors switched the few patients they previously had on Kogenate FS

**Baxter**    PFM Pricing Research: November 2002    

Additionally, the study concluded that the amount of premium will be payer driven NOT doctor driven. The simulation indicated that prices from a 20% premium to a 20% discount to Kogenate will have little impact on ADVATE use and safety driven doctors will use ADVATE even at a premium while doctors in cost conscious environments will not significantly increase use until price is below Kogenate.

Given the above information, the ADVATE core pricing team for the US met to determine a reasonable price for ADVATE. The objective was to develop a pricing strategy that did the following: optimizes revenue, maximizes conversion, leaves flexibility to maneuver throughout launch, is justifiable to the community (customers), and is reasonable and defensible to both government and private payers.

The team determined that the recommendation for ADVATE pricing would be based on the Red Book AWP of Helixate FS. The team felt that ADVATE would command a premium above Gen IIs. Having said that, Helixate FS was chosen as the appropriate reference due to the belief that the AWP for Kogenate is unreasonable. Other assumptions included: AWP is the publicly available price data, the ASP is not transparent to the public and should not be disclosed to the public, due to current Baxter issues with First Data Bank, the Red Book should be used as the key reference for prices, there must be a consistent % difference between ASP and List price, it is difficult to increase price (easier to decrease price), premiums > 23% are considered "prohibitively expensive", and with current market position we do not want to compete on price. Given all of the above, the team recommended a 15% price premium over Helixate FS which would result in a list price of $1.66 and an ASP of $0.98.

This recommendation is consistent with Baxter's documented processes keeping a 78% difference (average of Baxter FVIII products) between List Price and AWP. The dossier which is being developed by the global group for use in negotiating European pricing can support for the premium cost justification through documentation of pharmacoeconomics, investments made new technology development and manufacturing facility and liability issues.

To achieve this ASP, a tiered pricing structure was developed for the VCC tiers as outlined in the VCC section. Additionally, the pricing to the other segments was developed based on a philosophy similar to that used for Recombinate. However, in contrast to the VCCs, a wholesale acquisition price was developed for the biological distributors to try and help clean up the distribution channel. This WAC is subject to chargebacks for product that is sold to customers for whom we have contracts in place.

22

### Pricing by Product

Since the ADVATE launch, the competition has been driving down the price in the hemophilia market place and looking at alternate distribution channels including PBMs. Additionally, the major barrier identified in patients converting to ADVATE was the price and patient concern about lifetime caps. Finally, market research was done with patients and physicians that showed that the marketplace perception was that ADVATE was anywhere from 20 to 100% higher than Recombinate making it a product for which the expense was not justified by the product attributes.

Given the desire to increase the rate of conversion and the marketplace feedback surrounding pricing, it was determined that the price premium over Recombinate should be reduced from 16% to 5-7%, more in line with the original Simon Kucher research showing that a 5% premium was acceptable. This price discount was implemented on May 10, 2004. At the time of the discount, the list price was decreased proportionally more than the selling price to Baxter customers. This disproportionate decrease, caused some dissatisfaction with current customers. Discussions are ongoing to determine a way to communicate this price discount to the patients that will be consistent with the Phase-in/Phase-out strategy.

The following grid shows how estimated average selling prices (ASP's) by competitor have decreased over the last three years but now appear to have stabilized. Baxter ASP's are net of all discounts and credits. While Aventis and Bayer are clearly utilizing penetration pricing in an attempt to capture market share, Baxter must continue to demonstrate price leadership (set the ceiling) to both capture the value of ADVATE's differentiation as well as avoid a future price war.



Source: Estimated average prices

### Situation Analysis Summary:

The critical elements of ADVATE's situation analysis can be summarized in the following SWOT diagram, with external Opportunities and Threats noted first:

23

BAX MDL S 0989609

| | |
|---|---|
| • Conversion due to high Baxter brand equity and high RECOMBINATE share (76.5%) at launch<br>• Community/ MASAC asked for Plasma/Alb-Free<br>• High ADVATE brand awareness<br>• Incentive-friendly market (Trial Offer proves it)<br>• Product data reinforces trial/adoption decisions and may make a difference with mid-late adopter interest<br>• Growing rFVIII market (5-6%)<br>• Strong KOL's and early-adopter clinicians<br>• Plasma/Albumin-Free is valued by all age groups<br>• Low Refacto brand equity | • Pts and MDs are comfortable with current therapies (if it's not broke, don't fix) due to efficacy, inhibitor and insurance cap (price) fears when switching (also "spread the wealth")<br>• Mid/Late MDs may wait for patients to request switch<br>• High brand awareness has not led to high brand interest overall (non-traditional market)<br>• Low access/ ability to communicate with patients (HCCs, HTCs and Chapters are very protective)<br>• All rFVIII products viewed highly safe (p.risk)<br>• Prod. choice sometimes driven by potency selection/pkg<br>• Competitive blunting of ADVATE launch (lowering prices, longer ½-life research, albumin-free formulation)<br>• Evolving distribution channels |
| • Baxter Hemophilia leadership/ relationships<br>• Ownership of Plasma/Albumin-Free position<br>• Same cell line as proven RECOMBINATE<br>• Overall convenience leadership (SH potency, 5mL diluent, 6mo. RT storage)<br>• Strong sampling program relative to competition<br>• Assay accuracy and potency selection<br>• Baxject II viewed as more convenient than Baxject | • Price premium<br>• Lack of Ped., PUP, and ITI switch data<br>• Sales/ Marketing budget and/or guideline limitations<br>• Packaging is too large; ancillaries are wasted<br>• Baxject viewed as less convenient than BioSet<br>• 18 month dating<br>• Efficacy, inhibitor and half-life parity with FS and R |

Key Issues resulting from our situation analysis are defined as 1) Threats that reduce Opportunities, 2) Weaknesses that expose us unduly to Threats, or 3) Weaknesses that hamper our ability to capture Opportunities. Prioritization of the resulting key issues is as follows:

- (T) Patients' and physicians' comfort with current therapies, (T) their fears of switching products and (W) our premium price have all inhibited (O) conversion despite (O) high brand awareness, (O) Baxter brand equity, (O) high RECOMBINATE share and (O) MASAC recommendation for Plasma/Albumin-Free processing.
- (T) Non-traditional market coupled with (T) low access to patients have limited our ability to drive (T) brand interest/ urgency, especially given (T) some Mid/Late MDs wait for patients to request product switch.
- (T) Limited understanding and/or importance level of pathogen risk by clinicians and patients has contributed to (T) comfort level with current therapies and (T) low brand interest.
- (W) Efficacy parity and data gaps have contributed to (T) comfort level with current therapies, especially with mid-late adopters.
- (T) Product choice sometimes driven by potency selection and dislike of (W) large packaging may reduce (T) brand interest.

## II. Marketing Strategy

The launch strategy for Advate was to build Advate into a billion dollar brand utilizing traditional pharma techniques and processes. The initial strategy and programming associated with the strategy focused on the traditional cycle for launching a pharmaceutical. The focus was on educating the clinicians and building brand awareness at both the clinician and patient levels. Clinicians, once educated about the brand, would then begin prescribing the brand for all of their patients following the path outlined below.



24

The strategy then called for a shift at the 6-month mark to move from the awareness phase to the trial phase. In order to facilitate trial of Advate, a trial offer program was launched. This program offered six doses of Advate to any patient who wished to, with the agreement of their physician, determine if Advate might be the right product for them. This program follows the before path below:



## Critical Success Factors

We now have a greater understanding of ADVATE's market dynamics (11-months post-launch), and the key issues from our Situation Analysis lead into the Critical Success Factors upon which our strategy going forward must be built. Our market dynamics therefore are driving how we define success as well as the means we employ to achieve this success. Critical Success Factors are defined as 1) Strengths we must deploy to capture Opportunities and/or manage Threats, 2) Strengths we must make even stronger, or 3) Weaknesses we must reduce:

1. Leverage (S) Baxter Hemophilia leadership to overcome** (T) barriers to patient access

   Patient Access

2. (O) Incentivize** (T) brand interest and adoption

   Interest and Adoption

3. Increase (T) patient and physician awareness/ importance of pathogen risk in order to reduce (T) comfort level with current therapies

   Pathogen Risk is Important and Owned

4. Leverage (S) Plasma/Albumin-Free processing and (S) proven cell line, expand (S) potency selection and reduce (W) packaging size, and fill in (W) data gaps to reinforce (T) brand interest and adoption

   Safest and Best Therapy

*** Marketplace must tell us how*

25

## Phase-in Strategy

While the launch of Advate has been very successful when compared to other launches in the hemophilia market space, it would be extremely beneficial to Baxter if the speed of product adoption could be increased. The launch strategy was re-evaluated with the help Hamilton and it became clear that a shift in strategy would need to take place in order to further increase the rate of adoption of Advate.

Because this is a low interest category, and a non-traditional market, typical advertising is not the most effective route to take. As highlighted earlier, our customers have been aware of Advate even prior to launch and yet have had very little interest in doing anything about it (until incentivized by the Trial Offer Program). To make an impact, the attack needs to be shifted from awareness and trial to interest. The subject of the promotion needs to be changed to create a sense of urgency for adoption. The strategy will be modified using



*Critical Success Factors*

| Patient Access | Interest and Adoption | Pathogen Risk is Important and Owned | Safest and Best Therapy |

*Marketing Strategy*

Phase In ADVATE  (Phase Out RECOMBINATE)

*Strategic Objectives*

| Engage Community With Original Programming | Incentivize Clinician & Patient Phase In Participation | Enhance The Need For Plasma/ Albumin-Free Processing | Optimize Product Data, Features and Benefits |

*Action, Participation and Adoption*       *Reinforcement of Behavior*

*Program Positioning*       *Product Positioning*

the Critical Success Factors as building blocks:

To facilitate interest and adoption of Advate, Baxter must offering original programming and exciting, compelling, powerful promotion, a series of time sensitive incentives, new messaging and bring value to the foundation and chapters. The ownership of the programming will go to the Chapters, giving them the credit for the ideas, while incentivizing the Patients' participation and action driving them tö the Clinics.

### Phase-in/Phase-out Strategy:
* Programming + Promotion + Incentives = Action + Participation + Adoption

In order to draw the hemophilia community to the original programming, the promotion will not be about Advate but about an exciting new event. Once the hemophilia community has shown interest and is actively participating in the event, we will have earned the right to show an Advate commercial that will focus on product positioning (for new Advate patients and prescribers) and reinforcement of behavior (for existing Advate patients and prescribers.)

Additionally, an important shift to notice in the tactical initiatives within this plan is the shift from talking about the condition of hemophilia to the lives and faces of persons with hemophilia A. The programming will be about the hemophilia community uniting them, integrating them, putting a face to hemophilia and will culminate with a major event. Following this strategy will shift the dynamics from the traditional marketing cycle to the

26

BAX MDL S 0989612

promotional cycle which is counter clockwise and counter intuitive. The need for this direct to consumer shift is strongly supported by the MedPanel market research which revealed a high likelihood that physicians will switch patients to Advate upon request.



The revised strategy will necessitate revision in each and every aspect of the marketing activities. The tactics must be subordinate to and aligned with the strategy. The table below highlights how some of the marketing activities will need to be refocused. Several of these such as communication/messaging, pricing and branding will be discussed in following sections.

| | Old Strategy | Revised Strategy |
|---|---|---|
| Communication | Traditional Advertising | Promotion |
| Goal | Increased Awareness | Increased Interest, Increased Participation |
| Perspective | Community outreach | Member In-reach |
| Focus | Hemophilia | Persons w/ hemophilia |
| Scope | Single event | Multiple events – ongoing |
| Pricing | Price Cut | Subscription Plan |
| Adoption Metrics | 1X Trial Kit | Lifetime Adoption |
| Brand | Product | Program |
| Event | Dictate Ideas to Chapters | Guided Listening |

## Positioning

Since launch, ADVATE rAHF-PFM has been positioned as:

27

BAX MDL S 0989613

- **The safest and best factor VIII therapy for hemophilia A patients because it is the first and only factor VIII therapy that combines the unsurpassed pathogen safety of a plasma/albumin-free method with the proven efficacy of the RECOMBINATE rAHF molecule.**

While our external messaging that stems from this positioning has changed to align with FDA guidelines, our product positioning has not.

To date, the focus of our Advate launch has been on the brand concept with emphasis on efficacy and safety. While our product positioning will not change, as we move forward, we will also brand and position our Phase-In program. As message development moves forward, it will be critical to position not only the phase –in piece of the strategy but also the phase-out portion as the incentive portion of the strategy hinges on the removal of Recombinate as an incentive to action.

In February, the TBMs were instructed to begin talking about the possible phase-out of Recombinate by the end of 2004. While most physicians and homecare companies expected Recombinate to be phased out, understood the rational and approved of this initiative, there was a loud outcry by a vocal minority from both the patient and physician community. They viewed the phase out Recombinate as the act of a desperate company. They did not want to be forced to take action but rather preferred to take that action when and if they were ready. Additionally, the Baxter Board of Directors was strongly opposed to removing Recombinate from the US market place and decreed that removal was not an option. Therefore, any switching incentives that involve the removal of Recombinate from the marketplace must be carefully constructed and delivered in a manor which will be understood and accepted by the hemophilia community and in accordance with Board approval.

## Branding Elements

ADVATE's orange is warm and friendly, the color of humanity. Royal purple is elegant, refined and regal. At the time of color selection, no other FVIII brand was utilizing these colors. Wyeth has since begun using these colors with their "It's My Life" campaign but has not associated these colors with a specific brand. ADVATE's running man icon is intended to represent mobility, action and activity; all of which represent qualities of life for persons with hemophilia A.

WFH 2002 market research showed that patients and treators viewed the running man as a strong, positive image that "implies more effective treatment," "good joint function," "...active, happy, optimistic," "the ability to have a quality of life," and "he can run and get on with life."

## Messaging

Messaging developed at launch to support the Advate positioning has been updated to incorporate FDA mandated changes and current market dynamics.

28

BAX MDL S 0989614



Additionally, program branding, positioning and messaging around the new Phase-in/Phase-out strategy will be developed. The focus of the Phase-in/Phase-Out messaging will not be about getting people to "know about Advate" but getting them interested and motivated to try Advate. This message development is beginning immediately and will be tested with patients and clinicians prior to implementation.

## III. Tactical Plan

### Engage Community

According to the IMS Health, Direct to consumer (DTC) spend, which was virtually non-existent prior to 1996, grew 25% annually in that same time period. Today DTC spend represents more than 15.7% of total promotion spend. Historically, DTC initiatives were not feasible in the hemophilia community because patients distrusted manufacturers as a result of the HIV and Hepatitis transmission from blood and blood-derivatives in the mid to late 1980s. However, in the last five years, Baxter, along with other factor manufacturers, have made great strides in building patients' trust and becoming an important partner in their hemophilia care. Several DTC initiatives have been well received in the past including hemophiliagalaxy, Plant Tours, Breakfast Symposia, Facts Food and Fun, "We're Working for You", Starter/Home/Self Infusion Kits, BaxPack, Factor Assist, Factor Plus and the RECOMBINATE rAHF Patient Package Insert/Nate campaign. All of these initiatives have been rolled under the "The Baxter Factor" umbrella that define who Baxter is and all that Baxter does for hemophilia patients.

Experience through the first 10 months of the launch have shown that clinicians will not drive the conversion of patients currently on a first or second generation rFVIII to a third generation rFVIII as aggressively as when rFVIII was first introduced. Clinicians feel that all currently available rFVIIIs are safe and they will not

29

encourage their patients to switch. Clearly, patients interest in switching to ADVATE needs to be increased. The tactics outlined below are designed specifically to get access to patients and are focused at the patient interest level. The result of the programming will drive patients into the physicians' offices where they will demand ADVATE.

**Original Programming**

| Stakeholder | Chapters/Patients |
|---|---|
| Objective | Develop an "In-Reach" program |
| Target Audience | Patients |
| Messages | Baxter, Here for You, helping the community (earn right to play commercial at some point during the event – see tactic 2) |
| Call to Action | Gain patient participation in exciting event through program promotion |
| Implementation | Guided listening to gain insight regarding original programming (interesting programming culminating at an event)<br><br>Develop 3-4 ideas that are creative, offer value to the Chapters' members, persons w/ hemophilia, rather than the condition of hemophilia (i.e., connect them to one another)<br><br>Frame and advance idea<br><br>Execute idea as pilot program and test<br><br>Improve idea from listening and advance the pilot<br><br>Deliver HTC communications about what Baxter/ the chapters are doing<br><br>Advertise/ promote the big idea - employ targeted media such as direct mail and telemarketing<br><br>Roll out the final product regionally (with local customization) and nationally |
| Timing | Guided Listening mid-July; Idea Development mid- to late-July; Testing August; Message and Promotion Creation September; Local roll-out October/November; National roll-out November/December |
| Budget | TBD |
| Required TBM Response | Chapter and patient focus group attendees recommendations by end of June 28 |
| Responsibility | Bernadette Connolly |

For those patients who have already made the switch to ADVATE, a CRM program will re-enforce messages and build loyalty to the brand.

It will be essential to keep a close eye on the strategies employed by the HCCs as they continue to evolve within their marketplace. While they have not been helping gain or maintain ADVATE patients, they have also not implemented any strategies that could move patients to the Gen 2 recombinant products. Finally, while PHS is a different class than the HCCs, it has been in this segment that we have seen true differentiation in driving patients to ADVATE (specificially in those tied to a particularly strong ADVATE supporter clinician).

**Monitor HCCs (to determine evolving tactics)**

| Stakeholder | HCCS and consumers of all ages |
|---|---|
| Objective | Determine evolving HCC strategies that could be destructive to Baxter and Advate conversions. |
| Target Audience | HCCs |
| Messages | Patients should have access to all products without any one having an advantage orchestrated by the HCC (i.e. level playing field) |

HIGHLY CONFIDENTIAL

| Call to Action | Treat all recombinant fVIII products equally |
|---|---|
| Implementation | Monitor through field intelligence and management discussions |
| Timing | Immediately and through 2004. |
| Budget | TBD |
| Required TBM Response | Field intelligence where appropriate |
| Responsibility | Jill Kadam, Senior Management |

**National Hemophilia Foundation Meeting (November)**

| Stakeholder | Chapters/Patients |
|---|---|
| Objective | Put on a display of how the chapters executed/will execute the programming idea(s) |
| Target Audience | Patients and Chapters |
| Messages | TBD |
| Call to Action | Act now to participate in this exciting programming |
| Implementation | Develop Advertising of program with pre, during and post meeting promotion<br><br>Big show and tell event<br><br>Additional opportunities for program extensions into 2005 |
| Timing | November 2004 |
| Budget | TBD |
| Required TBM Response | None |
| Responsibility | Bernadette Connolly |

**Facts First**

| Stakeholder | Patients (secondarily clinicians) |
|---|---|
| Objective | Facilitate conversion of patients to Advate clear understanding pathogen risk, Facilitate education around other issues in hemophilia (adherence, venous access, joint health, prophylaxis, Advoy, Baxject, reimbursement) |
| Target Audience | Patients |
| Messages | While current products are safe, there is a risk of emerging and unknown pathogens. As manufacturers, we can not provide elimination methods for future, unknown risks. With Advate, you can have piece of mind that you have eliminated the risk of emerging blood born pathogens that may be transmitted by factor products. Other messages around other topics are outlined in the respective marketing plans |
| Call to Action | Act now. |
| Implementation | Small meetings with live presentors |
| Timing | Q1-Q3, 2004 |
| Budget | $ 180,000 |
| Required TBM Response | Involvement in initial event planning<br>Post-event follow-up with chapters & HTC; metrics tracking |
| Responsibility | Janie Davis |

## Incentivize Phase-in

**Communication of Price Discount**

| Stakeholder | Patients (secondarily clinicians) |
|---|---|
| Objective | Facilitate conversion of patients to Advate clear understanding of the "true" price premium over Recombinate of 5-7% |

31

BAX MDL S 0989617

| Target Audience | Patients |
|---|---|
| Messages | Advate is only a slight premium over Recombinate and you can have piece of mind that you have eliminated the risk of emerging blood born pathogens that may be transmitted by factor products |
| Call to Action | Act now. |
| Implementation | Direct mail and other promotional avenues TBD |
| Timing | Q3, 2004 |
| Budget | TBD |
| Required TBM Response | TBD |
| Responsibility | Doreen Eaton |

**Phase-In Commercial**

| Stakeholder | Chapters/Patients |
|---|---|
| Objective | Create the "Commercial" and associated messaging |
| Target Audience | Clinicians and Patients |
| Messages | TBD and tested |
| Call to Action | Drive patients to HTC to ask physician for Advate through communication of Advate commercial (at event – see tactic 1) |
| Implementation | Develop Advate commercial to be played at programming<br><br>Develop commercial and messaging<br><br>Develop Foundation material<br><br>Develop Phase-In Program<br><br>Name and brand program<br><br>Develop Phase-in Program messaging for HTCs<br><br>Create phase-in kit<br><br>Develop advertising, promotion and PR programs |
| Timing | Idea Development mid- to late-July; Testing August; Message and Promotion Creation September |
| Budget | TBD |
| Required TBM Response | HTC visits, deliver messages around programming and news about the phase-in program |
| Responsibility | Doreen Eaton, Bernadette Connolly |

**Incentive Development**

| Stakeholder | Chapters/Patients |
|---|---|
| Objective | Develop herding incentives that drive patients into their HTCs |
| Target Audience | |
| Messages | |
| Call to Action | Incentivized to act now |
| Implementation | Create series of time sensitive incentives to increase sense of urgency<br>Price discounts/subscriptions<br>Limited time offer Trial Offer (see tactic 5)<br>Recombinate phase-out |
| Timing | |
| Budget | TBD |

32

BAX MDL S 0989618

| Required TBM Response | |
|---|---|
| Responsibility | |

## Enhance Need

The Pathogen Risk Strategic Initiative is designed to modify existing attitudes, beliefs and behaviors with a focus on pathogen risk and the emergence of new pathogens. The campaign will confront and challenge all spheres of influence and decision making within the hemophilia community to "raise the bar" of current treatment. The end goal is conversion to ADVATE.

The overall thrust of the campaign is *pathogen risk*. Once physicians have engaged in pathogen risk conversations and have demonstrated an understanding of the risks of emerging pathogens to hemophilia patients, we can begin to follow the pathogen risk message with a strong ADVATE presentation. By reviewing risks and challenges posed by emerging pathogens, we will raise awareness and promote learning. Having established this goal, bridge to ADVATE as a means to issue a call to action and facilitate change across individuals and institutions. This simple two-step process necessarily establishes the problem—emerging pathogens—and then, once the problem is established, presents the solution—ADVATE—for addressing effective and *safe* therapy, without the risk of viral infection.

Successfully·implemented, the strategy will achieve the following objectives:

- Heighten awareness of the emergence of new pathogens and the impact on healthcare worldwide
- Promote learning of risk and complications associated with treatment
- Issue a call to action: to convert to ADVATE
- Institutionalize change and adoption of ADVATE among individuals and institutions

The starting point to accomplishing these objectives is an evidence-based message that communicates the depth of the challenge of emerging pathogens, which is then followed by the confidence offered by ADVATE. The pathogen risk message to the hemophilia community states simply, *"Given what we already know and particularly because of what we don't know, precautionary steps should be taken to eliminate the risk of infection."*

Acceptance of this message requires sustained efforts. Initial reactions from the medical community indicate that this message must become top of mind in order to pave the way for ADVATE adoption. Many clinicians are comfortable with the success of technologies such as recombinant processing and viral inactivation techniques in virtually eliminating hemophilia patients' risks associated with blood-borne transmission of HIV and HCV. This comfort and complacency is being challenged by new information about emerging pathogens. Emerging pathogens clearly threaten the effectiveness of current technologies and the risk of products for hemophilia therapy. The challenge to sales representatives is to effectively communicate the pathogen risk message and remove any feelings of complacency. Risk must first be perceived as very real before some physicians will be motivated to adopt ADVATE as their product of choice.

The plan is to roll out the Pathogen Risk program to the sales team in Q4 04. Along with the individual medical education tools, an all-encompassing Training Guide has been developed to provide specific detailed training information to the TBMs on each tool. The Training Guide will be comprised of the following four sections:

- Background: Emerging Pathogens and Infectious Diseases
- The Pathogen Safety Initiative
- Pathogen Safety Sales Materials
- Selling Pathogen Safety

A proposal is in development to plan a two or three day training meeting for all field-based personnel to ensure that full and proper training on all of the pathogen risk medical education tools occurs. Since there will be approximately six tools completed within the same time period, it is possible for us to train the field on all of

33

BAX MDL S 0989619

them at the same time. Because of the complexity of the Pathogen Risk Program, the training would be more effective if done in person rather than via conference call.

**Miami Update CD ROM**

| | |
|---|---|
| Stakeholder | Healthcare Professional/Medical Affairs/TBM |
| Objective | Highlight presentations from the 14th Annual Hemophilia Research Study Update Conference in a quick-reference format. |
| Target Audience | Healthcare Professional |
| Messages | The CD-ROM strongly supports key strategic pathogen risk messages (1,2,3,4,5) through cutting-edge research from these world-renowned authorities. |
| Call to Action | Identify targets to show the CD ROM, either chaperoned or unchaperoned |
| Implementation | Incorporated into the training proposal for August/September |
| Timing | August / September, 2004 |
| Budget | Covered by Global Marketing |
| Required TBM Response | Clinician visits, deliver messages associated with tool, set up Lunch & Learns where appropriate |
| Responsibility | Sherri Cohen |

**Miami Update Clinical Monograph**

| | |
|---|---|
| Stakeholder | Healthcare Professional/Medical Affairs/TBM |
| Objective | Highlight presentations from the 14th Annual Hemophilia Research Study Update Conference in a more clinical medium. |
| Target Audience | Healthcare Professional, primarily physician |
| Messages | The Clinical Monograph strongly supports key strategic pathogen risk messages (1,2,3,4,5) through cutting-edge research from these world-renowned authorities. |
| Call to Action | Identify targets to show the monograph, most likely as a leave-behind |
| Implementation | Incorporated into the training proposal for August/September |
| Timing | August / September, 2004 |
| Budget | Covered by Global Marketing |
| Required TBM Response | Clinician visits, deliver messages associated with tool, leave-behind for the physician |
| Responsibility | Sherri Cohen |

**Non-CME Webcasts**

| | |
|---|---|
| Stakeholder | Healthcare Professionals/Medical Affairs/TBM |
| Objective | Provide high-level virology message from Dr. David Onions, and tie back to hemophilia through Medical Affairs presentation |
| Target Audience | Healthcare professional, pharmacists, Home Care |
| Messages | The first presentation discusses the evolution of pathogens, and the second presentation ties the topic back to hemophilia, and how it affects that segment |
| Call to Action | Immediate action is necessary, as the dates for the webcasts are June 22, 2004; July 14th, 2004; July 21st, 2004 |

34

BAX MDL S 0989620

| Implementation | Invitations sent out to physician and nurse database; reminder cards sent to TBMs; reminder invitations will be sent out following each webcast |
|---|---|
| Timing | June and July, 2004 |
| Budget | $60,000 |
| Required TBM Response | Remind physicians who have registered to be sure to attend; invite any clinicians who did not receive an invitation |
| Responsibility | Sherri Cohen |

35

HIGHLY CONFIDENTIAL

BAX MDL S 0989621

**Annotated Clinical Compendium**

| Stakeholder | Physicians / TBM / Medical Affairs |
|---|---|
| Objective | Provide scientific readings to clinicians that cover a wide array of topics such as Evolution of Pathogens; Prions; Lipid versus Non-Lipid Enveloped Viruses |
| Target Audience | Healthcare Professional, primarily physicians interested in the more scientific readings |
| Messages | All messages will be supported by this tool. Each reprint supports different messages, which will be outlined in summaries for each chapter. |
| Call to Action | Stimulate continued interest in the topic of pathogen risk; ultimate goal is to encourage conversion to Advate |
| Implementation | Will be covered in overall training, per training proposal |
| Timing | First installment will be available in Q3 04 |
| Budget | Covered by Global Marketing |
| Required TBM Response | Set up initial meeting with interested physicians to deliver first installment; follow up on a quarterly basis with new installments |
| Responsibility | Sherri Cohen |

**60 Minutes CD ROM**

| Stakeholder | Patients / HCPs / TBMs / Marketing Communications |
|---|---|
| Objective | Raise awareness of Pathogen Risk |
| Target Audience | Patient (Primary); HCP (Secondary) |
| Messages | Supports all six Pathogen Risk Messages |
| Call to Action | Encourage patients to ask their doctor to switch them to Advate |
| Implementation | Will be covered in overall training, per training proposal |
| Timing | Q3 04 |
| Budget | Covered by Global Marketing |
| Required TBM Response | Set up consumer events (if possible); set up Lunch & Learns either at the HTCs or in conjunction with an HTC event; set up a Lunch and Learn with chapters |
| Responsibility | Sherri Cohen |

**Interdisciplinary Forum**

| Stakeholder | Physicians / Medical Affairs |
|---|---|
| Objective | Establish consensus statement and positioning statement on pathogen risk, as it relates to hemophilia, developed by KOLs in both virology and hemophilia. The results of the forum will also generate several new medical education tools, including a CME-accredited monograph and webcast, |
| Target Audience | HCPs |
| Messages | Tools will support all six Pathogen Risk Messages; Which tools will support what messages remained "to be determined" |

HIGHLY CONFIDENTIAL

BAX MDL S 0989622

| Call to Action | Continue to promote awareness of pathogen risk, with the end goal being conversion to Advate |
|---|---|
| Implementation | TBD |
| Timing | TBD |
| Budget | TBD |
| Required TBM Response | TBD |
| Responsibility | Sherri Cohen |

## Optimize Product

Patient driven requests have been and will continue to be a key contributor to aggressive conversion/switch rates from current FVIII therapies to Advate. Therefore, the medical community needs to buy into the programming and to be receptive to the Advate commercial. The goal is to remove any physician barriers to prescribing Advate, once a patient makes the request. The medical Medical Marketing activities that are targeted towards removing any barriers that physicians may have will include:

- Peer-to-Peer Selling w/ CME/CEU slide decks
- Recombinant therapy workshops
- The PASS study

Global Medical Marketing activities* include:

- Phase IIIB/IV Clinical Trials
- Publication Strategy (see appendix)
- International Congress Symposia (see appendix)
- WFH 2004
- ASH 2004
- Updated product website
- *Each of these global initiatives will combine regional input and support

In 2002 a North America rAHF-PFM Clinician Board comprised of Advate investigators was created. The goal of the Clinician board was to develop key thought leaders who would prescribe Advate rAHF-PFM, write branded scripts and share the benefits of this new, innovative therapy with fellow clinicians and patients. The board was made up of 9 physicians and 6 nurses from the United States and Canada who were brought together at working meetings to achieve the following objectives:

Board Objectives:
- Provide input on clinician and patient slide kits (pre-launch and post-launch)
- Deliver presentations to clinicians and patients/caregivers
- Provide 1 on 1 discussion opportunities with peers
- Participate in Meet-the-Expert programs
- Serve as media spokespersons through pre-launch and launch

Board members signed an 18-month contract* w/ Baxter. Board members were compensated for attending meetings and delivering presentations.

Board Members:

37

BAX MDL S 0989623

| Physcian | | Nurse | |
|---|---|---|---|
| Tarantino, Chair | Peoria | Giambartolomei, Chair | Aurora |
| Abshire | Atlanta | Cantini | Houston |
| DiPaolo | Iowa City | Klein | Southwest Calgary |
| Kulkarni | East Lansing | Koehlmann | Detroit |
| Leissinger | New Orleans | Mahoney-West | Farmingham |
| Manno | Philadelphia | McCarthy | NYC |
| Pipe | Ann Arbor | | |
| Teitel | Toronto | | |
| Wong | Los Angeles | | |

All clinicians serving on the board were part of the Advate clinical trials. The nurses selected were the Research Nurses that were integrally involved in the data collection and patient monitoring throughout the various arms of the trial. To date, 55 presentations have been delivered to more than 500 clinicians and more than 900 patients. Currently, the physicians deliver the Advate patient talks when requested as part of the Facts First program through 2004. Decisions about further board activities have been put on hold indefinitely.

*Post-Authorization Safety Surveillance (PASS)*
The ADVATE rAHF-PFM PASS is a pharmaco-epidemiological study that is not required by any regulatory authority or consumer group in the US. The primary goal is to document the safety profile of ADVATE when used in routine clinical practice. The secondary goal is to assess overall ADVATE hemostatic efficacy and impact on health-related quality of life (this is an optional part of the study.)

In sponsoring this study, we hope to rapidly extend the clinical experience of ADVATE in an uncontrolled setting and systematically document safety and efficacy in the routine clinical practice.

We are leveraging this study to speed up ADVATE conversions/switches by promoting that participating centers can make a significant scientific contribution, gain peace of mind with prescribing ADVATE, gain international visibility, be listed on publications/presentations and participate in investigator meetings.

All HTCs were invited to participate. Protocol review, IRB submission and contract negotiation is currently taking place.

**Phase IIB & IV Studies**

| Study | Objectives | Timing | # US Sites |
|---|---|---|---|
| PUP – Phase IIIB | Determine efficacy, bleeding episodes, immunogenecity, long-term safety, toxicity and pk parameters of ADVATE in 50 PUPs worldwide aged 0-2 years | 3 year duration commencing Q1 2004 | 15 |
| Prophylaxis – Phase IV | Compare bleeding episodes of prophylaxis versus on-demand regimens; compare bleeding episodes and total unit consumption with two different prophylaxis regimens (20-40IU/kg every 48 hours and 30-70IU/kg | 3 year duration commencing Q3 2004 | 15 |

38

BAX MDL S 0989624

| | every 72 hours) for 50 patients worldwide of all ages | | |
|---|---|---|---|

All Pediatric investigators were invited to participate in the PUP Study. Additional PUP investigators were strategically selected based on the criteria below:

| Study Site Criteria | Rational for Criteria |
|---|---|
| 1. Mid & Late Adopter Treator | Influence mid and late adopters; quicken conversion to ADVATE |
| 2. Pediatric Required/Both Ped and Adult Preferred | Need PUPs from pediatric practice but also want to expand influence/interest in adult population |
| 3. #Hemophilia A Patients at Center | The larger the center the greater the chance for PUPs and greater opportunity for ADVATE conversions/switches |
| 4. Geography | Distribute investigators across country to impact conversions/switches in all 3 areas |
| 5. Not on Current/Previous ADVATE Trial | Grow thought leaders and expand ADVATE clinical experience |

Phase IV Prophylaxis investigators were selected based on the criteria below:

| Study Site Criteria | Rational for Criteria |
|---|---|
| 1. Mid & Late Adopter Treater | Influence mid and late adopters; quicken conversion to ADVATE |
| 2. Adult or Pediatric/Adult Preferred | Adult population typically ahs lower percent of patients treating w/ a prophy regimen – drive and maintain prophy usage in adults |
| 3. #Hemophilia A Patients at Center | The larger the center the greater the number of eligible patients |
| 4. Geography | Distribute investigators across country to impact conversions/switches in all 3 areas |
| 5. Not on Current/Previous ADVATE Trial | Grow thought leaders and expand ADVATE clinical experience |

## IV. Budget & Timeline

Insert budget, headcount plan, and timeline

39

BAX MDL S 0989625

4/12/04
Environmental Assessment for Gammagard SD

Confirmation from CMS of increased HOPPS reimbursement to $72.60

Distribution to Sales Force of Hotline Brochures

Receive completed survey from Parexel of top 17  Medicaid states
      5 out of 17 require prior authorization
      Reimbursement is across the board from WAC + 9% to AWP-25% to AWP-10%

HIGHLY CONFIDENTIAL

Gammagard S/D Direct vs Redistributed Unit Sales

|        | Q1 '02 | Q2 '02 | Q3 '02 | Q4 '02 | Q1 '03 | Q2 '03 | Q3 '03 | Q4 '03 |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| Direct | 0.298  | 0.304  | 0.310  | 0.324  | 0.297  | 0.244  | 0.240  | 0.241  |
| Redist | 0.636  | 0.571  | 0.662  | 0.707  | 0.860  | 1.121  | 1.368  | 1.308  |
| Totals | 0.934  | 0.875  | 0.972  | 1.031  | 1.157  | 1.365  | 1.608  | 1.549  |



Gammagard S/D Totals (Including National Accounts)

BAX MDL S 0989627

# Recombinate Global Supply Projection
## 2004 - Forecast

| | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US** | | | | | | | | | | | | | | |
| Sales Forecast | 70.8 | 34.6 | 34.5 | 78.9 | 40.0 | 40.0 | 40.0 | 46.7 | 46.7 | 46.7 | 43.3 | 43.3 | 40.3 | 539.0 |
| Releases | 48.2 | 52.8 | 57.1 | 39.5 | 109.3 | 34.9 | 60.8 | 51.0 | 22.0 | 22.0 | 53.3 | 53.3 | 33.0 | 585.0 |
| Inventory | 26.7 | 46.0 | 27.4 | 33.8 | 103.0 | 98.0 | 118.8 | 122.9 | 100.2 | 0.99.7 | 58.4 | 76.3 | 70.0 | Total 2004 Budget |
| | | | | | Q2 Sales | | | | Q3 Sales | Q3740.0 | Q4 Sales | 136.0 | 484.0 | |
| | | | | | Q2 Budget | | | | Q3 Budget | Q3717.0 | Q4 Budget | 115.0 | | |
| | | | | | Q2 Rel. | | | | Q3 Rel. | 121.1 | Q4 Rel. | 100.3 | | |
| **EU** | | | | | | | | | | | | | | Total |
| Sales Forecast | 65.8 | 27.4 | 32.0 | 34.6 | 31.2 | 35.1 | 29.9 | 28.1 | 20.6 | 25.0 | 21.7 | 19.9 | 18.3 | 323.7 |
| Releases | 45.1 | 25.7 | 45.8 | 51.5 | 34.8 | 16.1 | 35.3 | 29.0 | 24.5 | 19.3 | 0.0 | 23.4 | 8.7 | 315.0 |
| Inventory | 40.8 | 40.1 | | 70.4 | 73.9 | 54.9 | 60.3 | 61.2 | 65.9 | 59.4 | 37.7 | 34.2 | 32.6 | 381.0 |
| | | | | | Q2 Sales | Q2 Sales | 96.2 | | Q3 Sales | | Q4 Sales | | | Total 2004 Budget |
| | | | | | Q2 Budget | Q2 Budget | 86.7 | | Q3 Budget | 90.6 | Q4 Budget | | | |
| | | | | | Q2 Rel. | Q2 Rel. | 86.2 | | Q3 Rel. | 72.8 | Q4 Rel. | | | |
| **JPN** | | | | | | | | | | | | | | Total |
| Sales Forecast | 13.2 | 2.8 | 3.8 | 6.1 | 7.2 | 6.9 | 9.6 | 9.5 | 7.4 | 6.7 | 7.4 | 7.4 | 10.1 | 85.0 |
| Releases | 2.2 | 6.6 | 0.0 | 16.3 | 8.1 | 17.4 | 0.0 | 31.8 | 7.7 | 0.0 | 0.0 | 12.5 | 12.7 | 113.2 |
| Inventory | 4.4 | 8.4 | 14.8 | | 15.6 | 26.0 | | 38.9 | 20.6 | 32.5 | 25.1 | 20.2 | 25.5 | Total 2004 Budget |
| | | | Q1 Sales | | Q2 Sales | | Q2 | | Q3 Sales | 23.6 | Q4 Sales | | 25.5 | 90.8 |
| | | | Q1 Budget | 12.6 | Q2 Budget | | | | Q3 Budget | 31.3 | Q4 Budget | | 25.5 | |
| | | | Q1 Rel. | 22.9 | Q2 Rel. | | | | Q3 Rel. | 39.6 | Q4 Rel. | | 25.3 | |
| **IC** | | | | | | | | | | | | | | Total |
| Sales Forecast | 6.1 | 4.1 | 3.7 | 6.5 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 43.6 |
| Releases | 0.0 | 8.6 | 2.1 | 2.9 | 5.9 | 3.4 | 0.0 | 5.5 | 2.0 | 0.0 | 2.7 | 0.0 | 1.2 | 40.9 |
| Inventory | 8.1 | 13.56 | 12.6 | 13.2 | 15.9 | 16.0 | 12.7 | 15.0 | 11.7 | 11.4 | 10.8 | 7.5 | 6.7 | Total 2004 Budget |
| | | | Q1 Sales | 14.3 | Q2 Sales | | 9.8 | | Q3 Sales | 9.8 | Q4 Sales | | 8.8 | 54.9 |
| | | | Q1 Budget | 9.7 | Q2 Budget | | 12.6 | | Q3 Budget | 15.8 | Q4 Budget | | 8.6 | |
| | | | Q1 Rel. | 18.5 | Q2 Rel. | | 9.3 | | Q3 Rel. | 8.4 | Q4 Rel. | | 2.6 | |
| **CAN** | | | | | | | | | | | | | | Total |
| Sales Forecast | 4.5 | 2.7 | 3.4 | 4.1 | 0.0 | 2.6 | 3.3 | 4.4 | 4.4 | 4.4 | 4.4 | 4.5 | 4.5 | 42.6 |
| Releases | 7.6 | 1.8 | 10.9 | 6.4 | 8.5 | 0.0 | 0.0 | 3.9 | 0.0 | 5.8 | 0.0 | 0.0 | 5.8 | 43.1 |
| Inventory | 4.2 | 3.3 | 4.6 | 10.7 | 13.0 | 19.0 | 15.7 | 13.2 | 10.8 | 12.2 | 7.2 | 3.3 | 4.8 | 43.6 |
| | | | Q1 Sales | 10.2 | Q2 Sales | | 6.6 | | Q3 Sales | 13.2 | Q4 Sales | | 13.4 | Total 2004 Budget |
| | | | Q1 Budget | 11.1 | Q2 Budget | | 4.7 | | Q3 Budget | 11.2 | Q4 Budget | | 9.6 | |
| | | | Q1 Rel. | 18.1 | Q2 Rel. | | 9.9 | | Q3 Rel. | 6.4 | Q4 Rel. | | 9.6 | |
| **ARC** | | | | | | | | | | | | | | Total |
| Sales Forecast | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.2 | 4.2 | 4.2 | 12.5 |
| Releases | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.7 | 6.7 | 7.7 | 23.1 |
| Inventory | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 7.0 | 10.5 | Total 2004 Budget |
| | | | Q1 Sales | 0.0 | Q2 Sales | | 0.0 | | Q3 Sales | 0.0 | Q4 Sales | | 72.6 | 0.0 |
| | | | Q1 Budget | | Q2 Budget | | | | Q3 Budget | | Q4 Budget | | | |
| | | | Q1 Rel. | 0.0 | Q2 Rel. | | 0.0 | | Q3 Rel. | 0.0 | Q4 Rel. | | 23.1 | |
| **Manufacturing Override** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 0.0 |
| **Global** | | | | | | | | | | | | | | Total |
| Sales | 160.2 | 71.4 | 77.4 | 131.2 | 81.7 | 87.9 | 85.9 | 91.8 | 82.4 | 66.0 | 84.3 | 82.5 | 80.9 | 1046.5 |
| Releases | 103.8 | 95.5 | 177.4 | 129.8 | 166.5 | 71.8 | 131.3 | 121.1 | 53.9 | 71.1 | 114 | 105.9 | 74.8 | 1120.5 |
| Inventory | 188.5 | 1127 | 161.8 | 151.4 | 236.2 | 200.1 | 230.1 | 255.4 | 236.5 | 221.4 | 149.5 | 170.3 | 152.7 | Total 2008 Budget |
| | | | Q1 Sales | 280.0 | Q2 Sales | 3255.5 | | Q3 Sales | 290.2 | Q4 Sales | | 259.7 | 1054.3 |
| | | | Q1 Budget | 269.0 | Q2 Budget | 289.4 | | Q3 Budget | 269.9 | Q4 Budget | | 259.2 | |
| | | | Q1 Rel. | 342.8 | Q2 Rel. | 354.2 | | Q3 Rel. | 265.8 | Q4 Rel. | | 192.0 | |

Changes to Plan

Baxter Confidential

Baxter Bioscience
Buminate Pipeline Report - AU's By Region
Prepared Apr 13, 2004

2004

## N.A.

| N.A. | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 97.9 | 1104.8 | 1609.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 1208.0 | 14558.7 |
| Releases | 888.7 | 1488.7 | 714.5 | 65.2 | 211.3 | 1458.0 | 0.0 | 0.0 | 2000.0 | 2000.0 | 1500.0 | 1500.0 | 11826.4 |
| Inventory | 7531.0 | 7446.6 | 7830.7 | 6936.2 | 5793.4 | 4796.7 | 5046.7 | 3838.7 | 2630.7 | 3422.7 | 4214.7 | 4596.7 | 4796.7 |

| | Q1 Sales | | | Q2 Sales | | | Q3 Fcst | | | Q4 Fcst | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 Budget | | | Q2 Budget | | | Q3 Budget | | | Q4 Budget | | | |
| | Fin Fcst | | | Fin Fcst | | | Fin Fcst | | | Fin Fcst | | | 17500.0 |
| | Q1 Rel. | | | Q2 Rel. | | | Q3 Rel. | | | Q4 Rel. | | | |
| Sales | 2696.7 | | | 3624.0 | | | 3624.0 | | | 3624.0 | | | |
| Budget | 4375.0 | | | 4375.0 | | | 4375.0 | | | 4375.0 | | | |
| Fin Fcst | 0.0 | | | 0.0 | | | 0.0 | | | 0.0 | | | |
| Rel. | 3091.9 | | | 1734.5 | | | 2000.0 | | | 5000.0 | | | |

## Japan

| Japan | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 277.7 | 394.4 | 551.0 | 663.1 | 588.1 | 588.1 | 600.6 | 600.0 | 575.6 | 613.1 | 613.1 | 775.0 | 6840.4 |
| Releases | 918.0 | 576.7 | 1299.3 | 451.3 | 121.8 | 822.0 | 511.3 | 324.5 | 698.0 | 698.0 | 511.3 | 884.8 | 7816.8 |
| Inventory | 929.2 | 1559.5 | 1751.7 | 2200.1 | 2288.2 | 1822.0 | 2055.9 | 1966.5 | 1890.4 | 1612.8 | 1807.7 | 1735.9 | 1905.8 | 2091.2 | 1966.0 | 2094.0 |

| | Q1 Sales | | | Q2 Sales | | | Q3 Fcst | | | Q4 Fcst | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 Budget | | | Q2 Budget | | | Q3 Budget | | | Q4 Budget | | | 6517.0 |
| | Fin Fcst | | | Fin Fcst | | | Fin Fcst | | | Fin Fcst | | | |
| | Q1 Rel. | | | Q2 Rel. | | | Q3 Rel. | | | Q4 Rel. | | | |
| Sales | 1223.1 | | | 1639.3 | | | | | | 2001.2 | | | |
| Budget | 1400.0 | | | 1689.0 | | | 1602.0 | | | 1650.0 | | | |
| Fin Fcst | 0.0 | | | 0.0 | | | 0.0 | | | 0.0 | | | |
| Rel. | 2794.0 | | | 1395.1 | | | 1533.8 | | | 2094.0 | | | |

## IC

| IC | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 834.0 | 1257.0 | 1879.0 | 1396.6 | 1054.0 | 2002.3 | 1046.6 | 934.9 | 1928.8 | 1051.3 | 896.4 | 1956.5 | 16239.6 |
| Releases | 1035.7 | 2698.0 | 1647.3 | 1230.1 | 1644.6 | 1000.0 | 0.0 | 0.0 | 2500.0 | 2500.0 | 2000.0 | 2000.0 | 18255.7 |
| Inventory | 2256.0 | 2459.7 | 3990.2 | 3669.0 | 3509.5 | 4091.1 | 3088.8 | 2042.0 | 1107.1 | 1678.3 | 3127.0 | 4230.6 | 4274.1 |

| | Q1 Sales | | | Q2 Sales | | | Q3 Fcst | | | Q4 Fcst | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 Budget | | | Q2 Budget | | | Q3 Budget | | | Q4 Budget | | | 16199.0 |
| | Fin Fcst | | | Fin Fcst | | | Fin Fcst | | | Fin Fcst | | | |
| | Q1 Rel. | | | Q2 Rel. | | | Q3 Rel. | | | Q4 Rel. | | | |
| Sales | 3970.0 | | | 4454.9 | | | | | | 3904.2 | | | |
| Budget | 3588.0 | | | 374.8 | | | 483.2.0 | | | 3905.0 | | | |
| Fin Fcst | 0.0 | | | 0.0 | | | 0.0 | | | 0.0 | | | |
| Rel. | 6361.0 | | | 3474.7 | | | 2500.0 | | | 5500.0 | | | |

## Total

| Total | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 2084.6 | 2756.2 | 4039.0 | 3269.7 | 2850.1 | 3798.4 | 2855.4 | 2743.5 | 3712.4 | 2872.4 | 2717.5 | 3939.5 | 37638.7 |
| Releases | 2842.4 | 4763.4 | 3661.1 | 1746.6 | 1977.7 | 3280.0 | 511.3 | 324.5 | 5198.0 | 5198.0 | 4011.3 | 4384.8 | 37898.9 |
| Inventory | 10718.2 | 11476.0 | 13463.1 | 13165.3 | 11582.1 | 10709.5 | 10191.4 | 8911.2 | 7847.2 | 5428.2 | 6913.3 | 9239.4 | 10978.4 | 10573.2 | 10878.4 |

| | Q1 Sales | | | Q2 Sales | | | Q3 Fcst | | | Q4 Fcst | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 Budget | | | Q2 Budget | | | Q3 Budget | | | Q4 Budget | | | 40216.0 |
| | Fin Fcst | | | Fin Fcst | | | Fin Fcst | | | Fin Fcst | | | |
| | Q1 Rel. | | | Q2 Rel. | | | Q3 Rel. | | | Q4 Rel. | | | |
| Sales | 8879.8 | | | 8911.2 | | | | | | 5529.4 | | | |
| Budget | 9463.0 | | | 9608.0 | | | 10305.0 | | | 10136.0 | | | |
| Fin Fcst | 0.0 | | | 0.0 | | | 0.0 | | | 0.0 | | | |
| Rel. | 11246.9 | | | 7084.3 | | | 6033.8 | | | 12594.0 | | | 37898.9 |

HIGHLY CONFIDENTIAL

BAX MDL S 0989629

# ADVATE PRICE DISCOUNT COMMUNICATIONS PLAN

## Internal

| Date | Communication | Audience | Responsibility |
|---|---|---|---|
| May 6 | E-mail communication plan, internal Q&A and talking points, generic customer letter | TBMs | Doreen Eaton |
| May 6 10:30 am CT | Conference call to discuss price discount strategy and POA | TBMs | Peter O'Malley |
| TBD | Training via conference call – how to use the new Price Comparison tool | TBMs | Jim Galante/Paul Strasma |

## External

| Date | Communication | Audience | Responsibility |
|---|---|---|---|
| May 4 - 6 | Meeting to present re-pricing | Caremark; HHS | Peter O'Malley/ Jill Kadam/Blaine Forshage |
| May 6-7 | Phone calls to announce price discount | VCCs | Jill Kadam/Blaine Forshage |
| May 6-7 | Phone calls to announce price discount | HCCs and PHS Centers | Territory Business Managers (TBMs) |
| May 6 | Send letters with notification of new price | HCCs, VCCs, Direct Hospitals, GPOs, and Distributors | Customer Operations |
| May 10 | Fax PHS Centers price discount notification | PHS Centers | Customer Operations |
| May 22 | Industry Update – explain why we are lowering the price of ADVATE | MASAC members | Peter O'Malley/ Bruce Ewenstein |
| June 1 | Letter with price discount message | Healthcare Professionals; Patients | Doreen Eaton |
| June 7 | ADVANCES E-newsletter | Patients | Patrice Mitsos |
| TBD | Price Comparison tool | Healthcare Professionals | Paul Strasma/ Mike Bradley |

5/6/2004

HIGHLY CONFIDENTIAL

BAX MDL S 0989630

# ADVATE PRICE DISCOUNT COMMUNICATIONS PLAN

## Internal

| Date | Communication | Audience | Responsibility |
|------|---------------|----------|----------------|
| May 6 | E-mail communication plan, internal Q&A and talking points, generic customer letter | TBMs | Doreen Eaton |
| May 6 10:30 am CT | Conference call to discuss price discount strategy and POA | TBMs | Peter O'Malley |
| TBD | Training via conference call – how to use the new Price Comparison tool | TBMs | Jim Galante/Paul Strasma |

## External

| Date | Communication | Audience | Responsibility |
|------|---------------|----------|----------------|
| May 4 - 6 | Meeting to present re-pricing | Caremark; HHS | Peter O'Malley/ Jill Kadam/Blaine Forshage |
| May 6-7 | Phone calls to announce price discount | VCCs | Jill Kadam/Blaine Forshage |
| May 6-7 | Phone calls to announce price discount | HCCs and PHS Centers | Territory Business Managers (TBMs) |
| May 6 | Send letters with notification of new price | HCCs, VCCs, Direct Hospitals, GPOs, and Distributors | Customer Operations |
| May 10 | Fax PHS Centers price discount notification | PHS Centers | Customer Operations |
| May 22 | Industry Update – explain why we are lowering the price of ADVATE | MASAC members | Peter O'Malley/ Bruce Ewenstein |
| June 1 | Letter with price discount message | Healthcare Professionals; Patients | Doreen Eaton |
| June 7 | ADVANCES E-newsletter | Patients | Patrice Mitsos |
| TBD | Price Comparison tool | Healthcare Professionals | Paul Strasma/ Mike Bradley |

5/6/2004

HIGHLY CONFIDENTIAL

BAX MDL S 0989631

**FINALIZED 02/25/04**

Updated February 25, 2004

Effective 4/1/04

**Current Customers w/ Extended Contracts/Pricing**

| Product | Comments | Phys Office Clinic | Homecare | Non GPO Hosp Pharmacy | Authorized Biological Distributor | HTC (Non PHS) | Patient Direct | Retail Pharmacy |
|---|---|---|---|---|---|---|---|---|
| Advate | Non-VCC accounts | $0.96 | $0.96 | $0.98 | $1.40* | $0.96 | N/A | $1.05 |
| Recombinate | Non-VCC accounts | $0.92 | $0.92 | $0.92 | $0.95 | $0.92 | N/A | $0.95 |
| Hemofil M | Non-VCC accounts | $0.62 | $0.62 | $0.62 | $0.63 | $0.62 | N/A | $0.65 |
| FEIBA VH | | $1.06 | $1.06 | $1.06 | $1.08 | $1.06 | N/A | $1.06 |
| Bebulin VH | | $0.59 | $0.59 | $0.59 | $0.59 | $0.59 | N/A | $0.59 |
| Proplex T | | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | N/A | $0.40 |

Any exceptions to the above guidelines must be approved by Sales Management

Contract extensions for accounts with outstanding DSO issues handled by exception via Marketing and Sales Management

* Subject to authorized charge backs

**Advate GPO Pricing**
Premier          $1.02
Other          $1.02

**Approved hemophilia biological distributors**
Actsys Medical Inc.
ASD Specialty Healthcare, Inc.
Bio-Med Plus
Blood Diagnostics Inc.
Blood Systems, Inc. (UBS)
Health Coalition
National Hospital Specialties
Cardinal Health (f.k.a. NSS Inc)
Medical Blood Services

5/4/2004

Baxter Confidential

HIGHLY CONFIDENTIAL

BAX MDL S 0989632

| | |
|---|---|
| **From:** | Doreen Eaton |
| **To:** | Jeff Beck; Rob Rogers; RosaLee Satterthwaite; Blaine Forshage; Andy McGarvey; Larry Guiheen; Pete O'Malley; John Shannon |
| **CC:** | Jill Kadam |
| **BCC:** | |
| **Sent Date:** | 2004-07-16 17:51:48:000 |
| **Received Date:** | 2004-07-16 18:05:38:000 |
| **Subject:** | For Internal Verbal Communications Only |
| **Attachments:** | ADVATE pricing question 7.16.04.doc |

As discussed on today's sales call, attached are the ADVATE pricing question talking points. The information contained in this document can be verbally communicated to the TBMs. This document cannot be distributed.



ADVATE pricing question 7 16 04.doc

Best regards,
Doreen Eaton
Baxter BioScience
1627 Lake Cook Road
Deerfield, IL 60015
PH: (847) 940-5826
Fax: (847) 940-6525



HIGHLY CONFIDENTIAL

BAX MDL E 0034246

FOR INTERNAL VERBAL COMMUNICATION ONLY – DO NOT DISTRIBUTE
7/16/04

## 1. What is the Price of ADVATE?

- ADVATE represents a new advanced category in hemophilia A therapy yet is priced only 5-7% higher than RECOMBINATE rAHF as listed by the published databases.
  - As of July 1, 2004, published database prices for ADVATE are:
    - First Databank – 1.75
    - Redbook – 1.47
    - MediSpan – 1.75
  - As of July 1, 2004, published database prices for RECOMBINATE are:
    - First Databank – 1.63
    - Redbook – 1.40
    - MediSpan – 1.63
  - Baxter supplies information to databases, which use their own formulas to create published prices.
  - Payers use the databases published prices to determine their own reimbursement policies.

- Communicating one price is misleading and would not reflect what a patient actually pays
  - Reimbursement levels vary based on state and private insurance policies.

- No one should be discussing the true acquisition costs of our products.

- Questions about ASP, related to reimbursement issues, should be directed to Michael Bradley.

## 2. How does the price of ADVATE compare to the price of other rFVIII therapies?

- ADVATE is priced within the range of the other currently licensed rFVIII therapies.

## 3. What resources are available to help patients understand the pricing of Factor VIII therapies?

- *HemAware* has published several articles to help educate the hemophilia community about the pricing complexities of Factor VIII therapies. Baxter will have reprints of these articles available in early August.

PLEASE NOTE: This key message guide is intended for verbal communications. In all written communications, the full name, 'ADVATE (Antihemophilic Factor (Recombinant), Plasma/Albumin-Free Method) rAHF-PFM" must be used for the first mention of the brand, and "ADVATE rAHF-PFM" used for all subsequent mentions in the document. It is permissible to simply state "ADVATE" in verbal communications only.

Page 1 of 1

HIGHLY CONFIDENTIAL

BAX MDL E 0034247

| From: | Tracy L Anderson |
|---|---|
| To: | Pete O'Malley |
| CC: | Royal Stewart |
| BCC: | |
| Sent Date: | 2005-07-27 19:02:54:000 |
| Received Date: | 2005-07-27 19:02:54:000 |
| Subject: | Priority-Hemophilia Question |
| Attachments: | YTD VCC REPORT 07.25.05.xls , VCC hemophilia tier pricing 2005.xls |

Pete,
HOSS (Priority) is trending at over 300% for their Recombinate sales this year. Royal would like to increase their overall 2005 commitment to 11MAU and change their price accordingly to $0.87/unit as of the day they sign the Amendment. Before I go to finance and get their approval, I need to make sure you are ok with this. I've attached a couple spreadsheets detailing where the other VCC accounts are at as well as what our current Hemophilia Tiers are.

Please reply with your approval.

Tracy Anderson
Sr. Contract Sales Analyst
Baxter BioScience
One Baxter Parkway, DF3-3E
Deerfield, IL 60015
Ph: 847.940.5850/Fax: 847.940.5797
Tracy_L_Anderson@baxter.com

CONFIDENTIALITY NOTICE: This eMail and any attachments may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify me immediately. Thank you for your cooperation.
----- Forwarded by Tracy L Anderson/CORP/NA/Baxter on 07/27/2005 01:59 PM -----

Tracy L Anderson
07/26/2005 05:10 PM

To: Royal Stewart
cc: Brian Carter
Subject: Priority-Hemophilia Question

Royal,
Take a look at the attached spreadsheet which lists all of our customers and their commitments for Advate and Recombinate. There are a few of them that are trending way above their commitment. I've also attached the Hemophilia commitment guideline prices that were established at the beginning of the year.

I think we need to discuss this further and perhaps pull in Ted/Pete, whoever is appropriate.

HIGHLY CONFIDENTIAL



BAX MDL E 3196425

Tracy Anderson
Sr. Contract Sales Analyst
Baxter BioScience
One Baxter Parkway, DF3-3E
Deerfield, IL 60015
Ph: 847.940.5850/Fax: 847.940.5797
Tracy_L_Anderson@baxter.com

CONFIDENTIALITY NOTICE: This eMail and any attachments may contain information that is
privileged or confidential. If you are not the intended recipient, please delete the e-mail and
any attachments and notify me immediately. Thank you for your cooperation.
Brian Carter

Brian Carter
07/22/2005 09:07 AM

To: tracy_l_anderson@baxter.com
cc:
Subject: Priority Acq Press Release Final.pdf

An attachment named PRIORITY ACQ PRESS RELEASE FINAL.PDF was removed.

FYI

Brian Carter
Manager, Sales Operations
Baxter BioScience
847.940.6946
fax 847.940.6628

CONFIDENTIALITY NOTICE: This email and any attachments may contain information that is
privileged or confidential. If you are not the intended recipient, please delete the email and any
attachments and notify me immediately. Thank you for your cooperation.

—— Forwarded by Brian Carter/BioSci/NA/Baxter on 07/22/2005 09:07 AM ——

Royal Stewart
07/22/2005 08:43 AM

To: Brian Carter/BioSci/NA/Baxter@Baxter
cc:
Subject: Priority Acq Press Release Final.pdf

Royal Stewart
Director, National Accounts
Baxter BioScience
847-722--2435 cell phone
985-792-0452 office phone

HIGHLY CONFIDENTIAL

BAX MDL E 3196426

Royal_Stewart@baxter.com

---- Forwarded by Royal Stewart/BioSci/NA/Baxter on 07/22/2005 08:43 AM ----

"Hamilton, Greg" <Greg.Hamilton@Curascript.com>
07/22/2005 06:49 AM

To: "Donna K Lander" <donna_k_lander@uhc.com>, "Jeannette Scinto"
<jeannette.scinto.b@bayer.com>, "Laura Kruzic" <lgravina9@hotmail.com>, "Laurie Kelley"
<laurie@kelleycom.com>, "Michael Gabay" <michael.gabay.b@bayer.com>,
royal_stewart@baxter.com
cc:
Subject: Priority Acq Press Release Final.pdf

Greetings from Chicago........this was announced last night ( see attachment ). Looks like it'll
be a very busy and exciting year.
Greg

This message contains confidential information that may be legally privileged, protected by
work product concepts, privacy laws and rules and/or intellectual property laws and rules. This
message is intended solely for the recipient named above. If you have received this e-mail in
error and are not the intended recipient, do not read the contents and notify the sender
immediately. After notifying the sender, completely delete this e-mail (and all copies in any
format) from your computer system and records. Electronic mail transmissions over the
Internet are not guaranteed to be secure or error free and may contain disruptive electronic
viruses. Recipients are strongly advised to use anti-virus software to scan this e-mail and any
attachments for viruses. CuraScript Pharmacy, Inc. accepts no liability for damages caused by
any viruses that may be received by recipient over the Internet.

HIGHLY CONFIDENTIAL

BAX MDL E 3196427

YTD Purchases as of July 25, 2005

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADVATE | | | | | | | | |
| 2 | Acct # | Q2 Drivers | Q2 Units | Q2 Rebates | YTD Units | YTD Rebates | Annual Commit | Bal Owed | % Purchases |
| 3 | 34251473 | 1,371,512 | 1,127,518 | 601,519 | 0 | 3,100,446 | 3,364,000 | -263,554 | 92% |
| 4 | 34140254 | 4,388,109 | 1,729,918 | 843,416 | 0 | 6,141,538 | 16,500,000 | -10,358,462 | 37% |
| 5 | 34131170 | 1,254,424 | 1,056,152 | 732,800 | 0 | 3,552,278 | 7,000,000 | -3,447,324 | 51% |
| 6 | 34231613 | 776,360 | 644,370 | 61,197 | 0 | 1,754,927 | 3,050,000 | -1,295,073 | 58% |
| 7 | 35763000 | 365,660 | 376,400 | 185,760 | 0 | 1,057,640 | 3,000,000 | -1,962,360 | 35% |
| 8 | 34134728 | 7,842,719 | 16,482,992 | 4,767,052 | 0 | 29,092,763 | 70,000,000 | -40,907,237 | 42% |
| 9 | 34323433 | 1,365,812 | 1,481,522 | 505,734 | 0 | 3,373,068 | 3,750,000 | -376,932 | 90% |
| 10 | 34253026 | 1,968,654 | 2,053,099 | 435,027 | 0 | 4,438,630 | 7,000,000 | -2,561,370 | 63% |
| 11 | 34140189 | 607,225 | 895,587 | 321,396 | 0 | 1,824,208 | 3,000,000 | -1,175,792 | 61% |
| 12 | Total | | | | | | | | |
| 13 | RECOMBINATE | | | | | | | | |
| 14 | Acct # | Q2 Drivers | Q2 Units | Q2 Rebates | YTD Units | YTD Rebates | Annual Commit | Bal Owed | % Purchases |
| 15 | 34251473 | 2,918,337 | 3,519,753 | 1,276,892 | 0 | 7,714,982 | 12,425,000 | -4,710,038 | 62% |
| 16 | 34140254 | 4,888,273 | 5,440,959 | 3,576,118 | 0 | 13,955,350 | 37,000,000 | -24,044,650 | 37% |
| 17 | 34131170 | 2,106,800 | 3,286,240 | 1,780,140 | 0 | 7,771,500 | 2,000,000 | -3,771,500 | 389% |
| 18 | 34231613 | 766,360 | 865,000 | 103,960 | 0 | 2,485,450 | 3,050,000 | -564,550 | 86% |
| 19 | 34134728 | 31,866,757 | 47,960,163 | 5,255,310 | 0 | 64,797,219 | 129,270,400 | -6,473,861 | 88% |
| 20 | 34134729 | 2,871,914 | 3,062,466 | 1,021,731 | 0 | 8,062,413 | 6,000,000 | 922,413 | 117% |
| 21 | 34323433 | 927,608 | 934,902 | 33,380 | 0 | 1,874,270 | 3,000,000 | -1,125,630 | 62% |
| 22 | 34253026 | 2,171,919 | 2,206,399 | 564,328 | 0 | 1,805,611 | 11,000,000 | -6,194,389 | 44% |
| 23 | 34140189 | 500,490 | 505,080 | 140,076 | 0 | 1,145,320 | 2,400,000 | -1,254,360 | 48% |
| 24 | Total | | | | | | | | |

HIGHLY CONFIDENTIAL

BAX MDL E 3196428

| | Agreement Owner | Agreement Owner Name | 2003 Committment | 2003 Price | 2004 Committment | Estimated 2005 | 2006 Committment | 2004/Price |
|---|---|---|---|---|---|---|---|---|
| 2 | 34140254 | APEX THERAPEUTIC CARE INC | 35,800,000 | $0.870 | 41,000,000 | 38,463,210 | | $0.870 |
| 3 | 34251473 | CORAM HEALTHCARE | 15,100,000 | $0.870 | 13,800,378 | 10,919,865 | 8,000,000 | $0.870 |
| 4 | 34137170 | DBA HEMOPHILIA OF THE SUNSHINE | 4,763,180 | $0.880 | 2,550,000 | 6,932,531 | 450,000 | $0.680 |
| 5 | 34231613 | FACTOR SUPPORT NETWORK PHARM | 4,750,000 | $0.880 | 3,500,000 | 5,652,263 | 1,000,000 | $0.680 |
| 6 | 34134726 | HEMOPHILIA HEALTH SVCS INC | 151,000,000 | $0.840 | 183,000,009 | 159,274,731 | 49,000,000 | $0.660 |
| 7 | 34140189 | IHTC | | | 2,600,000 | | | $0.680 |
| 8 | 34251575 | OPTION CARE INC | 4,400,000 | $0.890 | 4,400,000 | | | $0.690 |
| 9 | 34250326 | PEDIATRIC SVCS OF AMERICA PSA | 7,766,762 | $0.890 | 7,515,769 | 7,968,398 | | $0.690 |
| 10 | 34362493 | NATIONAL CORNERSTONE | | | 3,000,000 | 2,476,945 | | $0.690 |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | 34140254 | APEX THERAPEUTIC CARE INC | 3,500,000 | $1.010 | 7,000,000 | 14,461,143 | | $0.930 |
| 16 | 34251473 | CORAM HEALTHCARE | 1,026,000 | $1.030 | 3,273,838 | 5,414,143 | 3,000,000 | $0.950 |
| 17 | 34137170 | DBA HEMOPHILIA OF THE SUNSHINE | 1,200,000 | $1.020 | 4,000,000 | 5,812,753 | 8,365,270 | $0.930 |
| 18 | 35783900 | FPP LLC | | | 1,112,264 | | 3,000,000 | $0.940 |
| 19 | 34231613 | FACTOR SUPPORT NETWORK PHARM | 250,000 | $1.030 | 2,000,000 | 2,052,766 | 3,000,000 | $0.935 |
| 20 | 34134728 | HEMOPHILIA HEALTH SVCS INC | 17,000,000 | $0.975 | 38,000,000 | 72,877,027 | 146,000,000 | $0.905 |
| 21 | 34140189 | IHTC | | | 2,000,000 | | 3,000,000 | $0.905 |
| 22 | 34251575 | OPTION CARE INC | | | 2,000,000 | | | $0.890 |
| 23 | 34250326 | PEDIATRIC SVCS OF AMERICA PSA | 760,000 | $1.020 | 4,000,000 | 7,298,480 | 313,404 | $0.530 |
| 24 | 34362493 | NATIONAL CORNERSTONE | | | 2,500,000 | 4,889,305 | 3,750,000 | $0.535 |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | 34251473 | CORAM HEALTHCARE | 1,300,000 | $0.580 | 300,000 | | | $0.560 |
| 30 | 34140254 | CURATIVE (APEX THERAPEUTIC CARE INC) | 2,500,000 | $0.570 | 2,000,000 | | | $0.560 |
| 31 | 34134728 | HEMOPHILIA HEALTH SVCS INC | 32,200,000 | $0.520 | 33,000,000 | | | $0.505 |
| 32 | 34362493 | NATIONAL CORNERSTONE | | | 500,000 | | | $0.560 |
| 33 | 34251575 | OPTION CARE INC | 500,000 | $0.590 | 500,000 | | | $0.590 |
| 34 | 34250326 | PEDIATRIC SVCS OF AMERICA PSA | | | 300,000 | | | $0.580 |
| 35 | | | | | | | | |
| 36 | | | | | | | | |

HIGHLY CONFIDENTIAL

BAX MDL E 3198429

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 37 | | = Volume Contract is Expiring 12/04. | | | | | | |

HIGHLY CONFIDENTIAL

BAX MDL E 3196430

## RECOMBINATE VCC PRICING/VOLUME TIERS

|        | MAU's    | Price  |   |
|--------|----------|--------|---|
| Tier 1 | >50      | $0.85  | 0 |
| Tier 2 | 11 - 44.9| $0.87  | 0 |
| Tier 3 | 2 -10.9  | $0.89  | 0 |
| Tier 4 | 0 - 1.99 | $0.92  | 0 |

## ADVATE VCC PRICING/VOLUME TIERS

Original Agreement was set up as a multi year agreement through 2006

|        | MAU's    | Price   | Commitment thru 2005 |      |
|--------|----------|---------|----------------------|------|
| Tier 1 | 70+      | $0.515  | $  0.91              | 0.9  |
| Tier 2 | 14 - 70  | $0.520  | $  0.93              | 0.92 |
| Tier 3 | 7 - 13.9 | $0.540  | $  0.94              | 0.93 |
| Tier 4 | 2.5 - 6.9| $0.550  | $  0.95              | 0.94 |
| Tier 5 | 0 - 2.5  | $0.560  | $  0.96              | 0.96 |

## HEMOFIL M VCC: PRICING/VOLUME TIERS

| MAU's      | Price  |
|------------|--------|
| > 28       | $0.58  |
| 16 - 27.9  | $0.59  |
| 10 -16.9   | $0.60  |
| 6 -9.9     | $0.00  |
| 2 - 5.9    | $0.63  |

| MAU's     |
|-----------|
| 1 - 1.9   |
| .3 - .99  |
| .25 - 299 |
| -         |
| < 250K    |

Payment Terms

2%30 N31
1%30 N31
1.5%15, 1%30 N31
2%30 N31
2%45 N46
1.5%2, 1%30 N31
2%2, 1.5%30 N31
1%30 N31
N45

BAX MDL E 3198431

Y2005 VCC PRICING/VOLUME TIERS

| | A | B | C | D |
|---|---|---|---|---|
| 1 | ADVATE VCC PRICING/VOLUME TIERS | | | |
| 2 | | MAU's | Commitment thru 2005 | Original Agreement was set up as a muld year agreement through 2008 |
| 3 | Tier 1   70+ | | $   0.91 | $   0.90 |
| 4 | Tier 2   14 – 70 | | $   0.93 | $   0.92 |
| 5 | Tier 3   7 – 13.9 | | $   0.94 | $   0.93 |
| 6 | Tier 4   2.5 - 6.9 | | $   0.95 | $   0.94 |
| 7 | Tier 5   0 - 2.5 | | $   0.96 | $   0.96 |
| 8 | RECOMBINATE  VCC PRICING/VOLUME TIERS | | | |
| 9 | | MAU's | Price | |
| 10 | Tier 1   >50 | | $0.85 | |
| 11 | Tier 2   11 - 44.9 | | $0 87 | |
| 12 | Tier 3   2 -10.9 | | $0.89 | |
| 13 | Tier 4   0 - 1.99 | | $0.92 | |
| 14 | HEMOFIL M VCC: PRICING/VOLUME TIERS | | | |
| 15 | MAU's | Price | MAU's | Price |
| 16 | > 28 | $0.515 | 1 - 1 9 | $0.58 |
| 17 | 16 - 27.9 | $0 520 | .3 - 99 | $0.59 |
| 18 | 10 -15 9 | $0 540 | .25 – 299 | $0.60 |
| 19 | 6 -9.9 | $0.550 | | |
| 20 | 2-5.9 | $0.560 | < 250K | $0.63 |
| 21 | FEIBA: PRICING/VOUME TIERS | | | |
| 22 | FECU's | Price | | |
| 23 | > 0 | $1 11 | | |

HIGHLY CONFIDENTIAL

BAX MDL E 3196432

| From: | Peter Fang |
|---|---|
| To: | Adeel Kheiri; Andy McGarvey; Bemadette Connolly; Deborah Heidecke; Doreen Eaton; Jennifer Rogers; Jill Kadam; Jim Hauert; John Park; Larry Guiheen; Lauren Miller; Lauren Sigler; Louise Makin; Michael Baldridge; Michael B Bradley; Patrice Mitsos; Patrick Derbas; Pete O'Malley; Robert Miller; Ron Lloyd; Talha Ashraf |
| CC: | |
| BCC: | |
| Sent Date: | 2004-02-27 17:44:27:000 |
| Received Date: | 2004-02-27 17:48:43:000 |
| Subject: | US ADVATE Weekly Report |
| Attachments: | Advate Report 022604.ppt |

Dear NA Team:

Please find attached the most updated ADVATE weekly report.

Note the following:

a) Patient numbers have been adjusted based on HHS discrepancies in their raw data.

Let me know if you have any questions,

Best,

Peter



Advate Report 022604.ppt

Click to add my contact info to your organizer:
http://my.infotriever.com/zb8nk2bq



HIGHLY CONFIDENTIAL

BAX MDL E 3207037

HIGHLY CONFIDENTIAL

# ADVATE LAUNCH UPDATE

## BioScience Operating Committee
## March 1, 2004

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

1

*Baxter*

BAX MDL E 3207038

CONFIDENTIAL

# Table of Contents

◈ Factory to Market Sales Data

◈ Key Account Data Analysis

◈ Patient Demand Analysis

◈ Market Attitudes Assessment

◈ Reimbursement Update

◈ Market Position Data

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

2

*Baxter*

BAX MDL E 3207039

HIGHLY CONFIDENTIAL

# Factory to Market Sales Data

## a. Current Sales Update

| | 2/20 thru 2/26* | | QTD '04 | | Since Launch | |
|---|---|---|---|---|---|---|
| Customer | Units | Revenues | Units | Revenues | Units | Revenues |
| VCC | 784.5 k | $785.3 k | 3.5 M | $3.6 M | 33.8 M | $33.7 M |
| Homecare/ Other | 180.7 k | $195.1 k | 3.2 M | $3.4 M | 10.3 M | $10.4 M |
| PHS | 385.7 k | $322.9 k | 3.2 M | $2.6 M | 9.8 M | $8.7 M |
| TOTAL | 1.4 M | $1.3 M | 9.8 M | $9.6 M | 53.9 M | $52.8 M |

| | | Q1 Budget | 44.0 M | $42.2 M |
|---|---|---|---|---|
| | | Variance/Sales Remaining | (34.2) M | $(32.6) M |

* Revenues represent shipped/billed Friday thru Thursday

CONFIDENTIAL NOT FOR DISTRIBUTION

3

*Baxter*

BAX MDL E 3207040

HIGHLY CONFIDENTIAL

# Factory to Market Sales Data

## a. Current Sales Update

| Customer | 2/20 thru 2/26* | | | Since Launch |
| --- | --- | --- | --- | --- |
| | # New Accts Ordering | # Existing Accts Reordering | # of Accts Purchased | # of Accts Purchased** |
| VCC | – | 7 | 7 | 13/13 = 100% |
| Homecare / Other | – | 9 | 9 | 59/400⁺ = 15% |
| PHS | – | 5 | 5 | 29/57 = 51% |
| TOTAL | – | 21 | 21 | 99/471⁺ = 21% |

** Restated
*  Revenues represent shipped/billed Friday thru Thursday
⁺Approx.# of other customers

4

CONFIDENTIAL NOT FOR DISTRIBUTION

**Baxter**

HIGHLY CONFIDENTIAL

# Factory to Market Sales Data

## b. Weekly Sales Trend vs. Forecast

**ADVATE Cumulative Unit Sales in Quarter**
**Progress to Q1 Budget Target**





Cumulative ADVATE sales assuming straight-line growth

~AUTODATE    **Actual cumulative ADVATE sales**

5

***Baxter***

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207042

HIGHLY CONFIDENTIAL

# Factory to Market Sales Data

## b. Weekly Sales Trend vs. Forecast

### ADVATE Cumulative Unit Sales in Quarter
### Progress to Q1 Revised Target



☐ Cumulative ADVATE sales assuming straight-line growth

— Actual cumulative ADVATE sales

~AUTODATE

6

*Baxter*

BAX MDL E 3207043

CONFIDENTIAL NOT FOR DISTRIBUTION

HIGHLY CONFIDENTIAL

# Factory to Market Sales Data

## d. Benchmark Vs. Other Hemophilia Launches

| Product | First License | Year 1 | Year 2 | Year 3 |
|---------|---------------|--------|--------|--------|
| Recombinate | US: 12/10/92 | 1 | 78 | 175 |
| Benefix | US: 2/11/97 | 68 | 153 | 203 |
| NovoSeven | EU: 2/23/96 | 23 | 59 | 135 |
| Kogenate | US: 2/25/93 | 23 | 215 | 295 |
| Refacto | EU: 4/15/99 | 49 | 130 | 210 |
| | | | | |
| ADVATE (WW)* | US: 8/25/03 | 47 | 512 | 932 |
| ADVATE (NA)* | US: 8/25/03 | 45 | 261 | 597 |

Based on full year results

*Year 2 and Year 3 numbers are based on Strategic Plan

Source: Wyeth, Novo Nordisk, Bayer, and Wyeth Financial Reports, Baxter Global Finance
~AUTODATE

7

CONFIDENTIAL NOT FOR DISTRIBUTION

*Baxter*

BAX MDL E 3207044

HIGHLY CONFIDENTIAL

# Factory to Market Sales Data

## d. Benchmark Vs. Other Hemophilia Launches

**Sales Rampup - Comparison between Recombinate and ADVATE**



Based on US Finance; Global Finance
Recombinate sales initiated on 12/92; ADVATE sales initiated on 8/03
~AUTODATE

8

*Baxter*

BAX MDL E 3207045

CONFIDENTIAL NOT FOR DISTRIBUTION

HIGHLY CONFIDENTIAL

# Factory to Market Sales Data

## e. US PPTA Data



Source: PPTA, Baxter Global Finance

AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

9

*Baxter*

HIGHLY CONFIDENTIAL

# Table of Contents

◈ Factory to Market Sales Data

◈ Key Account Data Analysis

◈ Patient Demand Analysis

◈ Market Attitudes Assessment

◈ Reimbursement Update

◈ Market Position Data

~AUTODATE

CONFIDENTIAL  NOT FOR DISTRIBUTION

10

*Baxter*

BAX MDL E 3207047

HIGHLY CONFIDENTIAL

# Key Account Data Analysis



## Analysis of Sales By Product Type
### Total Recombinate and ADVATE Unit Sales
### All Accounts
### In Millions of Units

~AUTODATE

11

**Baxter**

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207048

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Analysis of Sales By Product Type

**Total Recombinate and ADVATE Unit Sales
VCC Only
In Millions of Units**

**Total Recombinate and ADVATE Unit Sales
PHS/HTC Only
In Millions of Units**





~AUTODATE

**Weeks from Launch**

12

*Baxter*

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207049

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Analysis of Sales By Product Type

**Total Recombinate and ADVATE Unit Sales**
**New York Blood**
**In Millions of Units**



**Total Recombinate and ADVATE Unit Sales**
**Indiana HTC**
**In Millions of Units**



~AUTODATE

**Weeks from Launch**

13

*Baxter*

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207050

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Analysis of Sales By Product Type

### Total Recombinate and ADVATE Daily Orders
### All Accounts
### In Number of Daily Orders



**Weeks from Launch**

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

14

*Baxter*

BAX MDL E 3207051

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Analysis of Sales by Customer Type





~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207052

15

**Baxter**

HIGHLY CONFIDENTIAL

# Key Account Data Analysis



## Analysis of Sales by Customer Type

**ADVATE Account Status**
**Number of Units Sold by Channel**
**(000s of Units)**

~AUTODATE

16

CONFIDENTIAL NOT FOR DISTRIBUTION

*Baxter*

BAX MDL E 3207053

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Analysis of Sales by Customer Type

**ADVATE Account Status
By Number of Orders
(# of Accounts)**



**Weeks from Launch**
~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

**ADVATE Unit Sales
By Number of Orders
(Millions of Units)**



**Weeks from Launch**

17

*Baxter*

BAX MDL E 3207054

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Analysis of Sales by Customer Type

### ADVATE Reordering Rate
### All Accounts
### (# of Accounts)



**Weeks from Launch**

~AUTODATE

### ADVATE Reordering Rate
### By Channel
### (% of Ordered Accounts)



**Weeks from Launch**

18

*Baxter*

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207055

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Analysis of Sales by Customer Type



**ADVATE Reordering Rate**
**VCC Accounts**
**(# of Accounts)**



**ADVATE Reordering Rate**
**PHS/HTC Accounts**
**(# of Accounts)**

**Weeks from Launch**
~AUTODATE

**Weeks from Launch**

19

*Baxter*

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207058

HIGHLY CONFIDENTIAL

# Key Account Data Analysis



## Percent of Accounts Ordering Based on Volume of Business

### Total Recombinate and ADVATE Unit Sales
### All Accounts

~AUTODATE
Note: Includes all booked sales from 8/20/03
CONFIDENTIAL NOT FOR DISTRIBUTION

20

**Baxter**

BAX MDL E 3207057

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Percent of Accounts Ordering Based on Volume of Business

### Total Recombinate and ADVATE Unit Sales
### VCC Accounts Only



Note: Includes all booked sales from 8/20/03
~AUTODATE

21

*Baxter*

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207058

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## Percent of Accounts Ordering Based on Volume of Business

### Total Recombinate and ADVATE Unit Sales
### PHS/HTC Accounts Only



~AUTODATE
Note: Includes all booked sales from 8/20/03

CONFIDENTIAL NOT FOR DISTRIBUTION

*Baxter*

BAX MDL E 3/207/059

HIGHLY CONFIDENTIAL

# Key Account Data Analysis



## Analysis of Sales at Customer Level

**ADVATE Account Status - VCC**
**Number of Units Sold by Channel**
(000s of Units)

| ☒ ACDO | ■ ALPHA | ◻ AHF | ◻ CMX | ▧ CORAM |
|---|---|---|---|---|
| ■ CURATIVE | ■ HEMO SUNSHINE | ◻ FACTOR SUPPORT | ■ HRA | ◻ KAISER |
| ⊞ NU FACTOR | ▧ OPTION CARE | ■ PSA | | |

**Weeks from Launch**

~AUTODATE

23

*Baxter*

CONFIDENTIAL NOT FOR DISTRIBUTION

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## d. Analysis of Top HTC Accounts Not Ordering or Reordering Regularly

| Account | # of Units | | | Key Barriers (i.e. physician driven, reimbursement?) |
|---|---|---|---|---|
| | Recombina te | ADVATE | % ADV | |
| Dartmouth Hitchcock | 3.6M (+0.2) | 0.002 (N/C) | 0% | ◉ Patient have not been asking for Advate because they are very comfortable with Recombinate. Meeting scheduled December 16 to discuss 2004. HTC is providing information. Must get patients involved. |
| Rhode Island | 2.8M (N/C) | - | 0% | ◉ Patients have received mailing from chapter but are currently not approaching the HTC. Patients seem to be taking a wait and see attitude. Patient involvement is key |
| DEVOS Children's Hospital | 1.8M (+0.1) | - | 0% | ◉ Dr. Mitchelle sees no reps but Kevin was able to get her to dinner at NHF. RN's attended symposium however, Dr. feels like product needs to be on market longer before she feels confident in prescribing. Mid-adopter, Rep expects that Doc will not be a barrier upon patient demand. |
| Gulf States Hemophilia Ctr | 2.3M (+0.1) | 0.4M (+0.1) | 14% | ◉ Target for Sampling program. Working with purchasing agent to pull Advate through center. Pete O'Malley has made call on center. |
| Fairview and Univ Med Ctr | 3.0M (N/C) | 0.05M (N/C) | 2% | ◉ Need to get patients to request product. They have identified 2 patients the week of 12/7/03 that will go on ADVATE and this is a PUP study ctr. |
| Hemophilia of Georgia ~AUTODATE (+0.1M) | 5.0M | 0.3M (N/C) | 6% | ◉ Have four patients on Advate. Slowed by the lot numbering issue early in the quarter. Met with Dr. Abshire on Wednesday December 18. |

CONFIDENTIAL NOT FOR DISTRIBUTION

*Baxter*

BAX MDL E 3207061

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## d. Analysis of Top VCC Accounts Not Ordering or Reordering Regularly

| | # of Units (from 8/18) | | | |
|---|---|---|---|---|
| Account | Recombinate | ADVATE | % ADV | Key Barriers (i.e. physician driven, reimbursement?) |
| Coram | 7.7M (+0.2) | 0.8M (+0.2) | 9% | ◈Not seeing the demand at the patient level. California reimbursement continues to be a big issue in this account. |
| PSA | 5.6M (+0.2) | 0.5M (N/C) | 8% | ◈Have been concerned about taking on more product because of short dating. With the new potencies becoming available PSA will purchase their commitment, but would like to see a broader range of potencies. Are getting many questions from patients in the Southeast (NC/SC) |
| American Homecare Federation | 2.4M (N/C) | 0.14M (N/C) | 6% | ◈Patient demand will drive sales AHF is committed to providing their patients with whatever product they request. We are trying influence AHF to send a mailing. |
| Kaiser | 3.8M (+0.1) | 0.2M (N/C) | 6% | ◈Kaiser is a closed system (also the insurance entity) Advate brings additional cost to Kaiser. This may be reason for sluggish start. |

CONFIDENTIAL NOT FOR DISTRIBUTION

**Baxter**

BAX MDL E 3207062

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## ւe. Analysis of Top HTC Accounts with Highest ADVATE Conversion

| Account | # of Units (from 8/18) | | | Key Successes (i.e. physician driven, reimbursement?) |
|---|---|---|---|---|
| | Recombin ate | ADVATE | % ADV | |
| IHTC | 5.0M (+0.1) | 2.8M (+0.2) | 36% | ◈ Key Advate Investigator.  Dr. Shapiro has been an early, vocal supporter of conversion.  Rep relationship is paramount as well. |
| CBDC | 2.1M (+0.1) | 1.5M (N/C) | 43% | ◈Dr. T is on the speakers bureau, and has been an early supporter of Advate.  Switching patients.  Baxter TBM relationship is strong. |
| Childrens Hosp Med Ctr | 3.2M (N/C) | 1.0M (N/C) | 23% | ◈Strong support from nursing staff.  Dr. Gruppo is an has been on study.  Baxter rep relationship is very important. |
| Cascade Hemophilia Consortium | 2.8M (+0.2) | 0.9M (+0.1) | 24% | ◈Demand driven both at MD and consumer level.  Dr. Pipe is on speakers bureau and was on clinical trial. |
| New York Blood | 9.2M (+0.4) | 1.9M (N/C) | 17% | ◈Do not have access to patients, no chapter.  Dr. DeMichele NYH anticipates all of her Recombinate patients will switch in time.  Dr. Arkin and Lipton LIJ do not feel there is a large difference between Advate and the current products.  We are pursuing a Region II educational opportunity to include Advate. November redistribution up significantly.                          26 |

~AUTQDATE

CONFIDENTIAL NOT FOR DISTRIBUTION

*Baxter*

BAX MDL E 3207063

HIGHLY CONFIDENTIAL

# Key Account Data Analysis

## e. Analysis of Top VCC/Other Accounts with Highest ADVATE Conversion

| Account | # of Units (from 8/18) | | | Key Successes (i.e. physician driven, reimbursement?) |
| --- | --- | --- | --- | --- |
| | Recombin ate | ADVATE | % ADV | |
| Curative | 14.1M (N/C) | 1.9M (+0.2) | 12% | ❖ Physician Driven, they are becoming more supportive of Advate as Q4 continues. |
| Factor Support | 2.3M (+0.1) | 0.9M (+0.1) | 28% | ❖Patient Demand, Physician Driven. Expect to hit goal. |
| HRA | 14.6M (+0.7) | 2.5M (+0.2) | 15% | ❖Support from HCC, getting information out to the consumer. Patient demand. Meeting Monday December 15 to discuss additional mailing. In contrast to PSA demand from Southeast has been slow. |
| Caremark | 65.4M (+2.2) | 9.1M (+0.3) | 12% | ❖More momentum in the past month. Ordering at Demand, Expect balance of contract commitment to be placed week of 12/29/03. |
| Accredo/HHS | 79.6M (+2.2) | 16.2M (+0.2) | 17% | ❖ Large order of 9 MAU of Advate week of December 8th, 2003. We are seeing more HHS cooperation and expect primary demand to follow. |

~AUTODATE                                                                27

BAX MDL E 3207084

CONFIDENTIAL  NOT FOR DISTRIBUTION

**Baxter**

HIGHLY CONFIDENTIAL

# Table of Contents

◆ Factory to Market Sales Data

◆ Key Account Data Analysis

◆ Patient Demand Analysis

◆ Market Attitudes Assessment

◆ Reimbursement Update

◆ Market Position Data

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

28

*Baxter*

BAX MDL E 3207085

HIGHLY CONFIDENTIAL

# Patient Demand Analysis

## a. Patient Growth per Month / Demographics (CMX/HHS/HRA)

**ADVATE Patient Conversions**
**New Patients by Age Group**
**(# of Patients)**

**ADVATE Patient Conversions**
**New Patients by Old Product**
**(# of Patients)**





**Weeks from Launch**

**Weeks from Launch**

~AUTODATE
Source: CMX / HHS / HRA Data up to 2/12. HHS data adjusted to reflect patients not previously captured.
CONFIDENTIAL NOT FOR DISTRIBUTION

29

*Baxter*

BAX MDL E 320/7066

HIGHLY CONFIDENTIAL

# Patient Demand Analysis

## a. Patient Loss per Month / Demographics (CMX/HHS/HRA)



**ADVATE Patient Losses**
**New Patients by Age Group**
**(# of Patients)**



**ADVATE Patient Losses**
**New Patients by Old Product**
**(# of Patients)**

~AUTODATE
Source: CMX / HHS / HRA Data up to 2/12. Assumes patient loss 30 days after last prescription.

CONFIDENTIAL NOT FOR DISTRIBUTION

30

*Baxter*

BAX MDL E 3207087

HIGHLY CONFIDENTIAL

# Patient Demand Analysis

## a. Patient Growth per Month / Demographics (CMX/HHS/HRA)

**ADVATE Patient Status**
**Total Patients**
**(# of Patients)**



**Weeks from Launch**

**ADVATE Unit Status**
**Total Units**
**(000s of Units)**



**Weeks from Launch**

~AUTODATE
Source: CMX / HHS / HRA Data up to 2/12. Includes impact of patient loss. HHS data adjusted to reflect patients not previously captured.

31

*Baxter*

CONFIDENTIAL – NOT FOR DISTRIBUTION

BAX MDL E 3207068

HIGHLY CONFIDENTIAL

# Patient Demand Analysis

## c. Patient Dosing (CMX/HHS/HRA)

**ADVATE Dosing**
**Total Patients**
**(# of Patients)**

**ADVATE Unit Status**
**Total Units**
**(000s of Units)**





~AUTODATA **Weeks from Launch**     **Weeks from Launch**    32
Source: CMX / HHS / HRA Data up to 2/12. Includes impact of patient loss. HHS data adjusted to reflect patients not previously captured.

*Baxter*

BAX MDL E 3207069

CONFIDENTIAL - NOT FOR DISTRIBUTION

HIGHLY CONFIDENTIAL

# Patient Demand Analysis

## d. Competitive Conversions (CMX/HHS/HRA)





~AUTODATA **Weeks from Launch** **Weeks from Launch** 33
Source: CMX / HHS / HRA Data up to 2/12. Includes impact of patient loss. HHS data adjusted to reflect *Baxter*

CONFIDENTIAL - NOT FOR DISTRIBUTION patients not previously captured.

BAX MDL E 3207070

HIGHLY CONFIDENTIAL

# Table of Contents

◈ Factory to Market Sales Data

◈ Key Account Data Analysis

◈ Patient Demand Analysis

◈ Market Attitudes Assessment

◈ Reimbursement Update

◈ Market Position Data

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

34

*Baxter*

BAX MDL E 3207071

HIGHLY CONFIDENTIAL

# Table of Contents

◈ Factory to Market Sales Data

◈ Key Account Data Analysis

◈ Patient Demand Analysis

◈ Market Attitudes Assessment

◈ Reimbursement Update

◈ Market Position Data

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

35

*Baxter*

BAX MDL E 3207072

HIGHLY CONFIDENTIAL

# Table of Contents

◈ Factory to Market Sales Data

◈ Key Account Data Analysis

◈ Patient Demand Analysis

◈ Market Attitudes Assessment

◈ Reimbursement Update

◈ Market Position Data

~AUTODATE

36

CONFIDENTIAL NOT FOR DISTRIBUTION

*Baxter*

BAX MDL E 3207073

HIGHLY CONFIDENTIAL

# Market Position Data



BAX MDL E 3207074

~AUTODATE

**Month**

37

***Baxter***

CONFIDENTIAL NOT FOR DISTRIBUTION

HIGHLY CONFIDENTIAL

# Market Position Data



BAX MDL E 3207075

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

HIGHLY CONFIDENTIAL

# Market Position Data



BAX MDL E 3207076

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

39

*Baxter*

HIGHLY CONFIDENTIAL

# Market Position Data



BAX MDL E 3207077

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

40

*Baxter*

HIGHLY CONFIDENTIAL

# Market Position Data



BAX MDL E 3207078

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

HIGHLY CONFIDENTIAL

# Market Position Data



*Baxter*

~AUTODATE

CONFIDENTIAL NOT FOR DISTRIBUTION

BAX MDL E 3207079