UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

KENT M. WILLIAMS AND WILLIAMS LAW FIRM'S
WITHDRAWAL FROM MOTION FOR MODIFICATION OF
LEAD COUNSEL'S ALLOCATION OF FEES TO INCLUDE
TIME AND EXPENSE INCURRED IN STATE COURT ACTIONS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Kent Williams and Williams Law Firm hereby withdraw from participation in the Motion for Modification of Lead Class Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court Actions.

Dated: April 11, 2013                /s/ Kent M. Williams
                                     Kent M. Williams
                                     Williams Law Firm
                                     1632 Homestead Trail
                                     Long Lake, MN  55356

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 11, 2013, the above Withdrawal from Motion for Modification of Lead Counsel's Allocation of Fees to Include Time and Expense Incurred in Related State Court was duly filed with the Court through ECF and served on all counsel of record, via Lexis/Nexis File & Serve.

/s/ Kent M. Williams
Kent M. Williams, Esq.