UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sun Subdocket No. 1:08-CV-11200-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of David Gunn as counsel for Defendants Baxter International, Inc. and Baxter Healthcare Corporation in the above-captioned matters.

DATED this 1st day of May 2013.

            Respectfully submitted,

              /s/ David Gunn
            David Gunn
            **DICKSTEIN SHAPIRO LLP**
            1825 Eye Street, NW
            Washington, DC  20006
            Telephone:  (202) 420-2200
            Facsimile:    (202) 420-2201

## CERTIFICATE OF SERVICE

I hereby certify that I, Matthew Turetzky, an attorney, caused a true and correct copy of the foregoing Notice of Withdrawal to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on May 1, 2013, for posting and notification to all parties.

/s/ Matthew Turetzky
Matthew Turetzky
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC  20006
Telephone:   (202) 420-2200
Facsimile:    (202) 420-2201
