UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>  *v.*<br>  *Abbott Laboratories, Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 03-10643<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**MAY 2013 STATUS REPORT ON BEHALF OF
THE CITY OF NEW YORK AND NEW YORK COUNTIES**

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for May 2013, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: May 2, 2013

                                        Respectfully submitted,

                                **City of New York and New York Counties in
                                MDL 1456 except Nassau and Orange, by**

                                **KIRBY McINERNEY, LLP**
                                825 Third Avenue
                                New York, New York 10022
                                (212) 371-6600

        By:   /s/ Joanne M. Cicala_____
                     Joanne M. Cicala

1

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

## May 2013 Status Report on Behalf of the
## City of New York and New York Counties

### Settlement Orders of Dismissal

On April 5, 2013, the Court set a hearing for May 6, 2013 at 2:30pm EST regarding Plaintiffs' Renewed Unopposed Motion to Extend the 90-Day Order of Dismissal as to Defendant King-Monarch Group (Docket No. 8275, Sub-docket No. 353). *See* Docket No. 8280, Sub-docket No. 355. The Court ordered all counsel to appear in person if the case is not settled before the scheduled hearing. *See id.*

On May 1, 2013, the parties executed their settlement agreement. Counsel will inform the court presently.

### CERTIFICATE OF SERVICE

I, Kathryn B. Allen, hereby certify that on the 2nd day of May 2013, I caused a true and correct copy of the above May 2013 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: May 2, 2013

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
101 College Street
Dripping Springs, TX 78620
(512) 858-1800

3