## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *State of Iowa*<br>*v.*<br>  *Abbott Laboratories Inc., et al.* | ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 07-12141<br>)<br>) Judge Patti B. Saris<br>) |

## MAY 2013 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for May 2013, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  May 2, 2013

                                                                 Respectfully submitted,

                                                                 **KIRBY McINERNEY, LLP**
                                                                 825 Third Avenue
                                                                 New York, New York 10022
                                                                 (212) 371-6600

                               By:   /s/ Joanne M. Cicala_____
                                             Joanne M. Cicala

                                             *Counsel for the State of Iowa*

1

### May 2013 Status Report for the State of Iowa

**Settlement Order of Dismissal**

On April 5, 2013, the Court set a hearing for May 6, 2013 at 2:30pm EST regarding plaintiff's Renewed Unopposed Motion to Extend the 90-Day Order of Dismissal as to Defendant King-Monarch Group (Docket No. 8276, Sub-docket No. 173). *See* Docket No. 8280, Sub-docket No. 175. The Court ordered all counsel to appear in person if the case is not settled before the scheduled hearing. *See id.*

On May 1, 2013, the parties executed their settlement agreement. Counsel will inform the Court presently.

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 2nd day of May, 2013, she caused a true and correct copy of the above May 2013 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: May 2, 2013

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
101 College Street
Dripping Springs, TX 78620
(512) 858-1800