# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.*<br><br>       and<br><br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Joanne M. Cicala, Kathryn B. Allen, James P. Carroll, Jr., Lloyd Donders, Daniel Hume, Roger W. Kirby, David Kovel, J. Bradely Vart, Joceyln R. Normand, Kalyani Adusumilli, Michael Coons, and Kenneth G. Walsh, and the law firm of Kirby McInerney LLP, hereby withdraw their appearance as counsel for the Plaintiffs in the above captioned actions. The matters in the above captioned actions have been resolved.

Dated: May 8, 2013

**KIRBY McINERNEY LLP**

By: _____/s/_____
Joanne M. Cicala, Esq.
825 Third Avenue
New York, New York 10022
(212) 371-6600

*On behalf of the MDL litigating New York Counties, other than the Counties of Nassau and Orange and the State of Iowa.*

**CERTIFICATE OF SERVICE**

    I, Kathryn Allen, hereby certify that on the 8th day of May 2013, I caused a true and correct copy of the above Notice of Withdrawal of Appearance to be delivered to all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

| | |
|---|---|
| Dated:  May 8, 2013 | /s/ Kathryn B. Allen<br>Kathryn B. Allen<br>Kirby McInerney LLP<br>825 Third Avenue<br>New York, NY 10022 |