UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUME, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ABBOTT LABORATORIES, et al.<br><br>　　　　Defendants. | Civ. Action No. 01-12257-PBS |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF E. ABIM THOMAS

Pursuant to Local Rule 83.5.2 (c), please withdraw the appearance of E. Abim Thomas as one of the counsel of record for Defendant Eisai, Inc. ("Eisai").  Brien T. O'Connor of Ropes & Gray shall continue his appearance as counsel of record for Eisai in this matter.

Dated:  May 31, 2013

Respectfully submitted,

/s/ E. Abim Thomas
E. Abim Thomas (BBO #657342)
Goodwin Procter LLP
53 State Street
Boston, MA  02109
Tel:  (617) 570-1000
Fax:  (617) 523-1231
athomas@goodwinprocter.com

*Counsel for Defendant Eisai, Inc.*

LIBA/2401991.1

2

## CERTIFICATE OF SERVICE

      I, E. Abim Thomas, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2013.

                                                        /s/ E. Abim Thomas