UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456 ) CIVIL ACTION NO. 01-12257-PBS ) |

**CASE MANAGEMENT ORDER**

May 31, 2013

Saris, C.J.

    Based on my review of the docket, there are no more pending matters in this multi-district litigation.  Therefore, this MDL will be closed on June 14, 2013.

                                    /s/ PATTI B. SARIS
                                    PATTI B. SARIS
                                    CHIEF UNITED STATES DISTRICT JUDGE