# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Baxter Healthcare Corporation and Baxter International, Inc.* *Case No. 10-CV-11186-PBS* | ) ) ) ) ) ) MDL No. 1456 ) ) Master File No. 1:01-CV-12257-PBS ) ) Sub-Category Case No. ) 1:10-CV-11186-PBS ) ) Judge Patti B. Saris |

## SUN/HAMILTON'S NOTICE OF APPEAL

Notice is hereby given that Linnette Sun ("Sun") and Greg Hamilton ("Hamilton") (collectively "Relators Sun and Hamilton"), movants under Rule 60(b)(6) in the above-referenced matter, hereby appeal to the United States Court of Appeals for the First Circuit from the final Order entered in this action on May 31, 2013, in favor of Relator Ven-A-Care of the Florida Keys and Defendant Baxter Healthcare Corporation, and against Movants Sun and Hamilton, denying Movants' motion under Rule 60(b)(6) (Dkt. No. 58, the "Order").

Dated: June 28, 2013 Respectfully submitted,

LINNETTE SUN and GREG HAMILTON


By: /s/ David J. Chizewer
 One of Their Attorneys

| | |
|---|---|
| Terry F. Moritz | Mark Allen Kleiman |
| David J. Chizewer | LAW OFFICE OF MARK ALLEN KLEIMAN |
| GOLDBERG KOHN LTD. | 2907 Stanford Avenue |
| 55 East Monroe Street – Suite 3300 | Venice, California  90292 |
| Chicago, Illinois  60603 | (310) 306-8094 |
| (312) 201-4000 | |
| | |
| Lauren John Udden | Frederick M. Morgan, Jr. |
| 15 West Carrillo Street – Suite 101B | Jennifer M. Verkamp |
| Santa Barbara, California  93101 | MORGAN VERKAMP LLC |
| (805) 879-7544 | 700 Walnut Street – Suite 400 |
| | Cincinnati, Ohio  45202-2015 |
| | (513) 651-4400 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a true and correct copy of **SUN/HAMILTON'S NOTICE OF APPEAL** to be served via the Court's ECF/electronic mailing system on June 28, 2013, and/or via Federal Express or U.S. Mail, proper postage prepaid, on June 28, 2013, as indicated below, upon the following counsel of record:

James J. Breen
THE BREEN LAW FIRM
5755 North Point Parkway – Suite 260
Alpharetta, GA  30022
jbreen@breenlaw.com
*Via ECF Mailing System*
  *& Federal Express*

Alison W. Simon
ALISON W. SIMON, P.A.
7800 S.W. 52 Ct.
P.O. Box 430457
Miami, FL  33243
asimon@awsimon.com
*Via ECF Mailing System*

John E. Clark
GOODE CASSEB JONES
  RIKLIN CHOATE & WATSON
2122 North Main Avenue
P.O. Box 120480
San Antonio, TX  78212
clark@goodelaw.com
*Via ECF Mailing System*

Peter E. Gelhaar
DONNELLY, CONROY
  & GELHAAR, LLP
One Beacon Street – 33rd Floor
Boston, MA  02108
peg@dcglaw.com
*Via ECF Mailing System*

C. Jarrett Anderson
ANDERSON LLC
1409 Wathen
Austin, TX  78703
jarrett@anderson-llc.com
*Via ECF Mailing System*
  *& Federal Express*

Merle M. DeLancey, Jr.
J. Andrew Jackson
Matthew W. Turetzky
David Gunn
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC  20006-2403
delanceym@dicksteinshapiro.com
jacksona@dicksteinshapiro.com
turetzkym@dicksteinshapiro.com
gunnd@dicksteinshapiro.com
*Via ECF Mailing System*
  *& Federal Express*

Justin Draycott  
U.S. DEPARTMENT OF JUSTICE  
Civil Division  
950 Pennsylvania Avenue  
Washington, DC  20530  
justin.draycott@usdoj.gov  
*Via ECF Mailing System*  
   *& Federal Express*

Diana Shumans  
Assistant Attorney General  
OFFICE OF THE  
  ATTORNEY GENERAL  
Medicaid Fraud Control Unit  
The Capitol PL-01  
Tallahassee, FL  32399-1050  
*Via U.S. Mail*

Carmen M. Ortiz  
George B. Henderson, II  
UNITED STATES  
  ATTORNEY GENERAL'S OFFICE  
1 Courthouse Way – Suite 9200  
Boston, MA  02210  
*Via U.S. Mail*

Edwin Godley Winstead, Jr.  
UNITED STATES  
  ATTORNEY'S OFFICE – DENVER  
1225 17th Street, East – #700  
Denver, CO  80202  
*Via U.S. Mail*

/s/ David J. Chizewer  
David J. Chizewer