```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE        )<br>LITIGATION                     )<br>_____)<br>                                )<br>THIS DOCUMENT RELATES TO:       )<br>                                )<br>UNITED STATES ex rel. LINNETTE  )<br>SUN and GREG HAMILTON, RELATORS )<br>v. BAXTER HEALTHCARE            )<br>CORPORATION                     )<br>_____ ) | MDL NO. 1456<br>CIVIL ACTION NO. 01-12257-PBS<br>SUBCATEGORY NO. 08-11200-PBS |

## PARTIAL FINAL JUDGMENT

__SARIS,  C. D. J.__

In accordance with the Court's Order dated __August 16, 2013__ granting __Relators'__ Motion for Entry of Judgment under Rule 54(b) (Partial Final) in the above-entitled action, it is hereby ORDERED:

Judgment for __Baxter on the False Claims Act claims__

By the Court,

__August 16, 2013__          __/s/ Jennifer LaFlamme__
      Date                       Deputy Clerk

(Judgment for SJ.wpd - 12/98)