UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Hemoglobin Therapeutics; Baxter International Inc.; Baxter Healthcare Corporation* <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 <br> Master File No. 1:01-CV-12257-PBS <br> Sub-Category Case No. 1:08-CV-11200 <br><br> Judge Patti B. Saris |

## SUN/HAMILTON'S NOTICE OF APPEAL

Notice is hereby given that Linnette Sun ("Sun") and Greg Hamilton ("Hamilton") (collectively "Relators Sun and Hamilton"), Plaintiffs in the above-referenced matter, hereby appeal to the United States Court of Appeals for the First Circuit from the Partial Final Judgment entered in this action on August 16, 2013, in favor of Defendant Baxter Healthcare Corporation, and against Plaintiffs Sun and Hamilton (Dkt. No. 235). In appealing from the Judgment, Plaintiffs-Appellants appeal from the entire Judgment against them, including all interlocutory orders, judgments, decrees, decisions, rulings and opinions that the District Court made in this case, and that have merged into and become part of the Judgment, shaped the Judgment, are related to the Judgment, and upon which the Judgment is based, including but not limited to the District Court's May 31, 2013 Memorandum Opinion and Order (Dkt. No. 228), and the District Court's January 26, 2012 entry of partial summary judgment (Dkt. No. 158).

Dated:  August 27, 2013		Respectfully submitted,

			LINNETTE SUN and GREG HAMILTON


			By:	/s/ David J. Chizewer
				One of Their Attorneys

| | |
|---|---|
| Terry F. Moritz<br>David J. Chizewer<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street – Suite 3300<br>Chicago, Illinois  60603<br>(312) 201-4000 | Mark Allen Kleiman<br>LAW OFFICE OF MARK ALLEN KLEIMAN<br>2907 Stanford Avenue<br>Venice, California  90292<br>(310) 306-8094 |
| Lauren John Udden<br>15 West Carrillo Street – Suite 101B<br>Santa Barbara, California  93101<br>(805) 879-7544 | Frederick M. Morgan, Jr.<br>Jennifer M. Verkamp<br>MORGAN VERKAMP LLC<br>700 Walnut Street – Suite 400<br>Cincinnati, Ohio  45202-2015<br>(513) 651-4400 |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a true and correct copy of **SUN/HAMILTON'S NOTICE OF APPEAL** to be served via the Court's ECF/electronic mailing system on August 27, 2013, and/or via Federal Express or U.S. Mail, proper postage prepaid, on August 27, 2013, as indicated below, upon the following counsel of record:

James J. Breen
THE BREEN LAW FIRM
5755 North Point Parkway – Suite 260
Alpharetta, GA  30022
jbreen@breenlaw.com
*Via ECF Mailing System*
  *& Federal Express*

Alison W. Simon
ALISON W. SIMON, P.A.
7800 S.W. 52 Ct.
P.O. Box 430457
Miami, FL  33243
asimon@awsimon.com
*Via ECF Mailing System*

John E. Clark
GOODE CASSEB JONES
 RIKLIN CHOATE & WATSON
2122 North Main Avenue
P.O. Box 120480
San Antonio, TX  78212
clark@goodelaw.com
*Via ECF Mailing System*

Peter E. Gelhaar
DONNELLY, CONROY
 & GELHAAR, LLP
One Beacon Street – 33rd Floor
Boston, MA  02108
peg@dcglaw.com
*Via ECF Mailing System*

C. Jarrett Anderson
ANDERSON LLC
1409 Wathen
Austin, TX  78703
jarrett@anderson-llc.com
*Via ECF Mailing System*
  *& Federal Express*

Merle M. DeLancey, Jr.
J. Andrew Jackson
Matthew W. Turetzky
David Gunn
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC  20006-2403
delanceym@dicksteinshapiro.com
jacksona@dicksteinshapiro.com
turetzkym@dicksteinshapiro.com
gunnd@dicksteinshapiro.com
*Via ECF Mailing System*
  *& Federal Express*

| | |
|---|---|
| Justin Draycott<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>950 Pennsylvania Avenue<br>Washington, DC  20530<br>justin.draycott@usdoj.gov<br>*Via ECF Mailing System*<br>   *& Federal Express* | Carmen M. Ortiz<br>George B. Henderson, II<br>UNITED STATES<br>   ATTORNEY GENERAL'S OFFICE<br>1 Courthouse Way – Suite 9200<br>Boston, MA  02210<br>*Via U.S. Mail* |
| Diana Shumans<br>Assistant Attorney General<br>OFFICE OF THE<br>   ATTORNEY GENERAL<br>Medicaid Fraud Control Unit<br>The Capitol PL-01<br>Tallahassee, FL  32399-1050<br>*Via U.S. Mail* | Edwin Godley Winstead, Jr.<br>UNITED STATES<br>   ATTORNEY'S OFFICE – DENVER<br>1225 17th Street, East – #700<br>Denver, CO  80202<br>*Via U.S. Mail* |

                                                /s/ David J. Chizewer
                                                David J. Chizewer