# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Healthcare Corporation* _____ | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 Judge Patti B. Saris |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Linnette Sun and Greg Hamilton (collectively "Relators Sun and Hamilton") and Defendant Baxter Healthcare Corporation ("Defendant", and together with Relators collectively, the "Parties") hereby stipulate to the entry of an order dismissing with prejudice all of Sun's remaining claims under 31 U.S.C. § 3730(h) and her related statutory and common law claims for retaliation in the above-captioned civil action, with the Parties to bear their own respective costs and attorneys' fees.

-2-

Dated:  June 9, 2015

Respectfully submitted,

| RELATORS LINNETTE SUN and GREG HAMILTON | DEFENDANT BAXTER HEALTHCARE CORPORATION |
|---|---|
| /s/ David J. Chizewer<br>David J. Chizewer<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street – Suite 3300<br>Chicago, Illinois  60603<br>(312) 201-4000 | /s/ Merle M. DeLancey<br>Merle M. DeLancey<br>Daniel A. Broderick<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, DC  20006-2403<br>(202) 420-2200 |

Mark Allen Kleiman
LAW OFFICE OF
  MARK ALLEN KLEIMAN
2907 Stanford Avenue
Venice, California  90292
(310) 306-8094

Frederick M. Morgan, Jr.
Jennifer M. Verkamp
MORGAN VERKAMP LLC
700 Walnut Street – Suite 400
Cincinnati, Ohio  45202-2015
(513) 651-4400

Lauren John Udden
LAW OFFICES OF
  LAUREN JOHN UDDEN
15 West Carrillo Street – Suite 101B
Santa Barbara, California  93101
(805) 879-7544

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 9, 2015, he caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to be served via the Court's ECF/electronic mailing system and LexisNexis File & Serve upon all parties of record.

/s/ David J. Chizewer