# EXHIBIT C

# IMPACTING
# LIVES
# EVERYWHERE





# IMPACTING LIVES EVERYWHERE

City of Hope was founded as a beacon of compassion in the West. In the 103 years since, we have grown into a top research and treatment center with global reach. Our mission: to prevent and cure cancer, diabetes and other life-threatening diseases.

Our experts work together to bring new treatments to patients faster. Scientists at City of Hope collaborate nationally and internationally to investigate the cures of tomorrow. Every discovery, breakthrough and advancement is powered by the donations of our generous supporters — a nationwide network of industry groups, chapters, foundations and dedicated individuals — who all share the vision of transforming the future of health.

**OUR CREDO**:
"There is no profit in curing the body if in the process, we destroy the soul."

## GROUNDBREAKING TREATMENTS AND TECHNOLOGY

» Numerous breakthrough cancer drugs, including Herceptin, Rituxan, and Avastin are based on technology pioneered by City of Hope and are saving lives worldwide.

» City of Hope has three on-site manufacturing facilities that enable investigators to manufacture promising new therapies without the high cost and delays encountered by other research centers. These capabilities save years of development time and ensure that we can rapidly and efficiently translate discoveries into beneficial treatments.

» A pioneer in bone marrow transplantation, City of Hope has performed more than 13,000 bone marrow and stem cell transplants. Today, City of Hope operates the largest, most successful bone marrow transplant programs of its kind in the world.

» City of Hope is a national leader in islet cell transplantation, which has the potential to reverse type 1 diabetes. In addition, we provide islet cells for research at other institutions throughout the U.S.

» Our scientists pioneered the application of blood stem cell transplants to treat patients with HIV and AIDS-related lymphoma. This treatment ultimately may cure not only lymphoma, but also HIV/AIDS, and our researchers are expanding their studies with a new clinical trial.

## CITY OF HOPE BY THE NUMBERS



Founding member of the National Comprehensive Cancer Network's top **27** cancer centers

Awarded more than **$72.9** million in research grants

# CITY OF HOPE COLLABORATIONS

City of Hope investigators participate in approximately 500 collaborative studies around the world.

Chatchada Karanes, M.D., director of the Cord Blood Transplant Program and Anthony Stein, M.D., director of the Leukemia Program, partner with the Fred Hutchinson Cancer Research Center to study new ways to treat leukemia, including the use of cord blood and other novel treatments for patients having stem cell transplants.

Dean Lim, M.D., is partnering with the Mayo Clinic and the Princess Margaret Cancer Consortium in Toronto, Canada, to study novel treatments for various types of head and neck cancers.

Robert J. Morgan, M.D., co-director of the gynecological cancers program, partners with UC Davis to study the effectiveness of a novel treatment in four types of cancer: nonsmall cell lung cancer, breast cancer, bladder cancer and head and neck cancer.

## COLLABORATE, INNOVATE, ACCELERATE

» A uniquely collaborative environment makes it easy for laboratory and clinical researchers at City of Hope to more quickly translate breakthroughs into therapies.

» City of Hope researchers are investigating ways to harness the body's natural defenses to fight cancer, an approach known as 'immunotherapy.' One approach reprograms patients' T cells to defeat lymphoma and brain cancer. Another shuts off a gene that promotes cancer while stimulating the immune system to fight lymphoma, melanoma, brain, ovarian and prostate cancers.

» At City of Hope, our scientists believe there are numerous medicinal compounds in nature that have yet to be discovered and they are looking at a vast array of natural products to learn more about their anti-cancer properties. Scientists in the Program in Natural Therapies are working together across disciplines to discover cancer-fighting agents from herbs, fruits and vegetables and translating them into powerful, less toxic therapies.

## RAISING RESEARCH AND TREATMENT STANDARDS GLOBALLY

» The Center for Cancer Survivorship provides specialized follow-up care and education for survivors of pediatric, prostate and breast cancers. The research is helping physicians understand the long-term effects of cancer and its treatment — influencing how care is delivered today.

» In 2010, we were the first institution in the world to use neural stem cells as a targeted delivery mechanism to treat patients with glioma, an aggressive type of brain tumor.

» By investigating the molecular mechanisms of diabetes complications, City of Hope scientists are helping develop effective new treatments. They are also studying the use of blood stem cell transplantation to reboot the immune system in type 1 diabetes, an autoimmune disease.



2,000 (1995) • 7,000 (2007) • 11,000 (2013) • 13,000+ (2016)

More than **13,000** bone marrow and stem cell transplants



In a given year, City of Hope conducts more than **400** trials enrolling more than **6,000** patients.

One of **45** National Cancer Institute-designated comprehensive cancers centers

# CITY OF HOPE COLLABORATIONS



NCCN + SWOG + RTOG + COG + CT + Pharma

HIGH — LOW
+ Patients Treated (Density)

City of Hope participates in more than 500 collaborative projects with more than 400 institutions in 40 states and 30 countries, including:

**National Comprehensive Cancer Network**
(NCCN) – City of Hope is a founding member of the National Comprehensive Cancer Network, an alliance of 27 of the world's leading cancer centers.

**Southwest Oncology Group**
(SWOG) – Funded by the National Cancer Institute (NCI), the Southwest Oncology Group is one of the largest cooperative organizations in the United States running clinical trials of cancer treatments.

**Radiation Therapy Oncology Group**
(RTOG) – The Radiation Therapy Oncology Group is an NCI-funded international clinical research cooperative, seeking to improve survival and quality of life for cancer patients.

**Children's Oncology Group**
(COG) – The Children's Oncology Group is the world's largest childhood cancer research organization. Researchers at City of Hope have played a critical role in developing COG's long-term follow-up guidelines for survivors of childhood cancer.

**Multisite Clinical Trials**
(CT) – Last year, City of Hope conducted more than 400 studies enrolling more than 6,000 patients.

**Pharmaceutical Production/Trial Collaboration**
(Pharma) – Our Center for Biomedicine & Genetics manufactures promising new genetic and cellular agents created by researchers for use in clinical trials nationwide.

**Southern California Islet Consortium**
Islet cell transplantation is a procedure with the promise of reversing type 1 diabetes. Hosted by City of Hope, the Southern California Islet Consortium is a collaboration of five leading biomedical research institutions.



1500 E. DUARTE ROAD, DUARTE, CA 91010-3000 | 800-826-HOPE | WWW.CITYOFHOPE.ORG

PHL 25479