# EXHIBIT B

RESEARCH NEWS

# CAR T IS ASCO'S "ADVANCE OF THE YEAR"

New Report Highlights Immunotherapy and the Critical Role of Funding

by CITY OF HOPE STAFF



The American Society of Clinical Oncology (ASCO) has named CAR T cell therapy as its cancer "Advance of the Year." The announcement is part of ASCO's Annual Report on Progress Against Cancer. **William Dale, M.D., Ph.D.**, the Arthur M. Coppola Family Chair in Supportive Care Medicine here at City of Hope, was an editor of the report, contributing both his perspective as a palliative care physician and geriatrician, as well as his health policy expertise.

"As a new member of the editorial staff for the report, I appreciated the chance to call attention to this and other important patient-centered care," Dr. Dale says. "CAR T therapy offers a chance to maximize the science in precision medicine to treat cancer, while minimizing the toxicities for the person being treated. It fits perfectly with Samuel Golter's mission for City of Hope to cure the body without destroying the soul."

Advancing CAR T therapy is one of our strategic priorities, as we strive to accelerate the impact we make on our patients and surrounding communities.

City of Hope has been a pioneer and leader in the CAR T field for over 20 years. In 2015, we established the Center for CAR T Cell Therapy. As an enterprise, we are leading the way in advancing CAR T therapies in innovative ways:

- Applying our proprietary CAR T cell technology in active preclinical and clinical programs across a range of hematologic cancers and solid tumors
- Collaborating with other academic researchers to advance clinical research in areas of high unmet medical need
- Partnering with global biopharmaceutical companies to make their therapies available to patients

Last fall, we became one of the first authorized centers for administering axicabtagene ciloleucel ("axi-cel," commercially called Yescarta, available through Kite/Gilead Pharma) to adults with relapsed or refractory large B cell lymphoma, after the therapy received Food and Drug Administration (FDA)-approval. We are in the process of becoming certified to provide the FDA-approved tisagenlecleucel T-suspension (commercially known as Kymriah, available through Novartis) for the treatment of children and young adults with refractory B cell acute lymphoblastic leukemia (ALL).



> CAR T therapy offers a chance to maximize the science in precision medicine to treat cancer, while minimizing the toxicities for the person being treated. It fits perfectly with Samuel Golter's mission for City of Hope to cure the body without destroying the soul.
>
> — **WILLIAM DALE, M.D., PH.D.**
> an editor for the ASCO annual report

## WHEN IT COMES TO CAR T, WE HAVE THE DISTINCTION OF MANY "FIRSTS."

- We were the first to investigate the IL13Rα2 target and we are the first and only cancer center to treat patients with CAR T cells targeting the IL13Rα2 antigen, which is overexpressed in a majority of glioblastomas.

- We were the first to administer CAR T cell therapy locally in the brain through direct injection to the tumor site and/or through infusion in the ventricular system. Led by Drs. **Christine Brown, Ph.D.**, the Heritage Provider Network Professor in Immunotherapy, and **Behnam Badie, M.D.**, the vice chair of the Department of Surgery, this groundbreaking work was published in the *New England Journal of Medicine* and caught the world's attention.

- We are the first to offer CAR T trials targeting CD123 in acute myeloid leukemia, and to use CAR T cell therapy to treat patients with the rare disease BPDCN (blastic plasmacytoid dendritic cell neoplasm). This work is being led by **Elizabeth Budde, M.D., Ph.D.**

- We are conducting clinical trials using cellular immunotherapy to treat patients with high-risk ALL. Led by **Samer Khaled, M.D.**, our current CAR T clinical trial for adult ALL has achieved remission for all of the study participants.

Our comprehensive CAR T program continues to address some of the hardest-to-treat cancers by accelerating innovative clinical research approaches. To date, we have treated 165 patients in CAR T clinical trials. Currently, we are conducting 14 trials, with more than 120 patients enrolled.

This includes investigative research into CAR T as a bridge to bone marrow transplant for leukemia and lymphoma patients. In the coming months, new trials will open for HER2-positive breast cancer that has metastasized to the brain, prostate cancer and myelodysplastic syndromes.

You can find a full list of our CAR T cell clinical trials at **CityofHope.org/car-t-cell-clinical-trials**.

The full content of ASCO's 13th Annual Report on Progress against Cancer is available at **asco.org/research-progress/reports-studies/clinical-cancer-advances-2018**.

---

Many people like to leave a gift to charity in their will or trust to support causes that have been important in their lives. Your gift can make a difference for those who will turn to us for help in the future by helping City of Hope continue our breakthrough research and treatments.

To learn more or designate a gift in your will for a specific City of Hope program such as CAR T cell therapy, contact:

**Planned Giving**
plannedgiving@coh.org
(800) 232-3314
**myplanwithcoh.org**



CityofHope.org