UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: TRACK 2 SETTLEMENT | Judge Patti B. Saris |

[~~PROPOSED~~] ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR CY PRES DISTRIBUTION OF REMAINING TRACK TWO SETTLEMENT CONSUMER FUNDS

Upon review of the Class Plaintiffs' Status Report and Motion for Final *cy pres* Distribution, and any response thereto, it is hereby ORDERED as follows:

1. Class Plaintiffs' Motion for payment of fees and expenses of the Administrator in the total amount of $115,297.46 is GRANTED.

2. Class Plaintiffs' Motion for final *cy pres* distribution of the remaining Track Two TPP fund to City of Hope is also GRANTED. The Court finds that the cost of making a third distribution to consumer claimants would be prohibitive and that the City of Hope is an appropriate recipient of the remaining consumer funds.

DATE: 7/30/18, 2018

_____
Hon. Patti B. Saris
United States District Judge